David A. Luttinger Jr. (NJ Bar No. 004092000)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
dluttinger@cov.com
Tel:  (212) 841-1000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDIO COUTINHO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>BRASKEM S.A., *et al.*<br><br>                Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>HON. CLAIRE C. CECCHI<br>HON. EDWARD S. KIEL<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JORDAN S. JOACHIM** |

       PLEASE TAKE NOTICE that on a date determined by the Court, counsel for Defendants Braskem S.A., Roberto Lopes Pontes Simões, Fernando Musa, and Pedro Van Langendonck Teixeira de Freitas, in the above-captioned action will move before the Honorable Claire C. Cecchi of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an order, pursuant to Local Civil Rule 101.1(c), admitting Jordan S. Joachim to appear and participate *pro hac vice* in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that Movant will rely upon the attached Certification of David A. Luttinger Jr. and Declaration of Jordan S. Joachim in support of this motion. No brief is necessary because the law in this area is well settled.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiffs have advised that they consent to the relief sought in this Motion.

Dated: New York, New York
April 22, 2021

Respectfully submitted,

COVINGTON & BURLING LLP

By:   s/ David A. Luttinger Jr.
      David A. Luttinger Jr.
      (NJ Bar No. 004092000)

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 841-1000
dluttinger@cov.com

*Attorney for Defendants*