David A. Luttinger Jr. (NJ Bar No. 004092000)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
dluttinger@cov.com
Tel: (212) 841-1000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDIO COUTINHO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BRASKEM S.A., *et al.*<br><br>  Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>HON. CLAIRE C. CECCHI<br>HON. EDWARD S. KIEL<br><br>**CERTIFICATION OF LOCAL COUNSEL DAVID A. LUTTINGER JR. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JORDAN S. JOACHIM** |

I, DAVID A. LUTTINGER JR., hereby declare under penalty of perjury as follows:

1.   I am an attorney admitted to practice in the State of New Jersey, a member of the bar of this court, and a member of Covington & Burling LLP, counsel for Defendants in this matter. I make this Certification in support of Defendants' application to admit my colleague Jordan S. Joachim *pro hac vice* in this matter. Counsel for Plaintiff have advised that they consent to this *pro hac*

*vice* application. I am personally familiar with the facts set forth in this Certification.

2. I have been a member in good standing of the Bar of the State of New Jersey since May 2000.

3. As set forth in his declaration, Mr. Joachim is a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against Mr. Joachim in any jurisdiction, and no discipline has previously been imposed on Mr. Joachim in any jurisdiction.

4. Upon his admission *pro hac vice*, I will continue to participate and serve as counsel of record in this matter and will assure that all pleadings, briefs and other papers filed with the Court Case shall be signed and filed by an attorney of record who is authorized to practice before this Court. In addition, I will ensure that Mr. Joachim complies with all Rules of this Court, including all relevant disciplinary rules during the period of his admission.

5. Should this application be granted, Mr. Joachim will make all his payments due to the New Jersey Fund for Client Protection, as required by N.J. Court R. 1:28-2(a) and Local Civil Rule 101.1(c), and otherwise abide by all requirements of Local Civil Rule 101.1.

6. Pursuant to Local Civil Rule 101.1, it is respectfully requested that the Court admit Jordan Joachim *pro hac vice* in this matter.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on April 22, 2021

*s/ David A. Luttinger Jr.*
David A. Luttinger Jr.
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 841-1000
Fax: (646) 441-9062
Email: dluttinger@cov.com
