David A. Luttinger Jr. (NJ Bar No. 004092000)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
dluttinger@cov.com
Tel:  (212) 841-1000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDIO COUTINHO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BRASKEM S.A., *et al.*<br><br>    Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>HON. CLAIRE C. CECCHI<br>HON. EDWARD S. KIEL<br><br>**DECLARATION OF JORDAN S. JOACHIM IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, JORDAN S. JOACHIM, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of New York and am an attorney at Covington & Burling LLP, counsel for Defendants in the above-captioned matter.  I submit this Declaration in support of the application for my admission *pro hac vice* pursuant to Local Rule 101.1.

2. My law firm has been retained as counsel for Defendants in this litigation.

3. I am a member of good standing of the following bars:

| Bar | Date Admitted |
|---|---|
| State of New York<br><br>Appellate Division, First Judicial Department<br>41 Madison Avenue (at 26th Street) - 26th Floor<br>New York, N.Y. 10010 | June 27, 2016 |
| United States District Court for the Southern District of New York<br><br>Ruby J. Krajick, Clerk of the Court<br>500 Pearl Street<br>New York, NY 10007 | December 13, 2016 |
| United States District Court for the Eastern District of New York<br><br>Douglas C. Palmer, Clerk of the Court<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | August 29, 2018 |
| United States Court of Appeals for the Second Circuit<br><br>Attorney Admissions<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | December 16, 2019 |
| United States Court of Appeals for the Third Circuit<br><br>Attorney Admissions<br>James A. Byrne U.S. Courthouse<br>601 Market Street | January 22, 2021 |

| | |
|---|---|
| Philadelphia, PA 19106<br>United States Court of Appeals for the Federal Circuit<br><br>Attorney Admissions<br>717 Madison Place, N.W.<br>Washington D.C. 20439 | January 3, 2019 |

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. My colleague David A. Luttinger Jr. is admitted to the bar of the State of New Jersey, and is serving as counsel of record on this matter, as required by L. Civ. R. 101.1(c).

6. I further agree to (1) make a payment of $150 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3); (2) abide by all New Jersey court rules; (3) notify this Court immediately of any matter affecting my standing at the Bar of any other Court; and (4) have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

7. I respectfully request to be permitted to appear as counsel *pro hac vice* in this case.

3

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on April 20, 2021

_____
Jordan S. Joachim