David A. Luttinger Jr. (NJ Bar No. 004092000)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
dluttinger@cov.com
Tel: (212) 841-1000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDIO COUTINHO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>BRASKEM S.A., *et al.*<br><br>                    Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>HON. CLAIRE C. CECCHI<br>HON. EDWARD S. KIEL<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JORDAN S. JOACHIM** |

This matter having been brought to the Court by David A. Luttinger Jr., of Covington & Burling LLP, counsel for Defendants, for an Order, pursuant to Local Civil Rule 101.1, permitting Jordan S. Joachim, of the law firm of Covington & Burling LLP to be admitted *pro hac vice* to this Court for purposes of this matter, and counsel for Plaintiffs having consented to the entry of this Order, and the Court having considered this request and for good cause shown;

IT IS ON THIS _____ day of _____, 2021;

ORDERED that Jordan S. Joachim, of the law firm of Covington & Burling LLP (the "Applicant"), be admitted to this Court *pro hac vice* on behalf of Defendants for purposes of this action pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that the Applicant shall abide by the Rules of this Court, including all relevant disciplinary rules; and it is further

ORDERED that the Applicant shall notify the Court immediately of any matter affecting the Applicant's standing as a member of the Bar of any court; and it is further

ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by David A. Luttinger, Jr. said attorney being authorized to practice in the Unites States District Court for the District of New Jersey, who shall be held responsible for her and for the conduct of the matter and of the Applicant; and it is further

ORDERED that the Applicant shall pay the required annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and this payment shall be made for any year in which the Applicant continues to represent a client in the pending matter; and it is further

ORDERED that the Applicant shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey.

_____<br>HON. EDWARD S. KIEL