UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MATSUKAWA CO., LLC, and RAINER SENN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br><br>    Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>**DECLARATION OF DAVID A. LUTTINGER JR.** |

I, DAVID A. LUTTINGER JR., an attorney duly licensed to practice law before the United States District Court for the District of New Jersey, hereby declare:

1.      I am a member of Covington & Burling LLP, which represents Defendants Braskem S.A. ("Braskem), Roberto Lopes Pontes Simões, Fernando Musa, and Pedro Van Langendonck Teixeira de Freitas, in this action.  I am familiar with the facts set forth herein and submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of minutes from a March 21, 2019 meeting before the Commission on Transparency, Governance, Inspection, and Control and Consumer Protection (CTFC) of the

Brazil Federal Senate, which are available at https://www25.senado.leg.br/web/ atividade/notas-taquigraficas/-/notas/r/8276, in both the original Portuguese and as translated into English, along with the translator's certification dated June 17, 2021.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a press release entitled "Federal, Labor and State Public Ministries mediate agreement between Braskem and City Hall of Maceió (AL)," dated April 8, 2019, and published by the Brazil Federal Prosecution Office (MPF), in both the original Portuguese and as translated into English, along with the translator's certification dated June 17, 2021.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of an article entitled "City Councilors will confront Braskem using data from CPRM and IMA on sinking of the soil," dated May 15, 2019, and published by Diário do Poder, in both the original Portuguese and as translated into English, along with the translator's certification dated June 17, 2021.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a excerpts of a transcript of a YouTube video entitled "AUDIÊNCIA PÚBLICA CPRM 08 05 19," uploaded on May 8, 2019, and available at https://www.youtube.com/ watch?v=9Ys5ogNn2mM, in both the original Portuguese and as translated into English, along with the translator's certification dated June 16, 2021.

2

6. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript for a Braskem earnings conference call held on May 9, 2019 regarding Braskem's first quarter of 2019 financial results.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Agreement to Support Vacating Risk Areas and cover letter, as filed in Case Nos. 0803836-61.2019.4.05.8000 and 0806577-74.2019.4.05.80001 in the 3rd Federal Court of the Judicial Section of Alagoas on January 3, 2020, and the accompanying docket report, in both the original Portuguese and as translated into English, along with the translator's certification dated June 24, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Braskem's Form 20-F for the fiscal year ended December 31, 2019, as filed with the SEC on June 15, 2020.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a Form 6-K filed by Braskem with the SEC on September 15, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a Form 6-K filed by Braskem with the SEC on December 30, 2020.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a Form 6-K/A filed by Braskem with the SEC on January 3, 2020.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of an analyst report entitled "Braskem SA: In the passenger's seat," published by UBS, and dated January 8, 2020.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from IAS 37: Provisions, Contingent Liability and Contingent Assets, as published by the IFRS Foundation.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Braskem's Form 20-F for the fiscal year ended December 31, 2017, as filed with the SEC on October 7, 2019.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of Braskem's Form 20-F for the fiscal year ended December 31, 2018, as filed with the SEC on October 17, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2021 in New York, New York

_s/ David A. Luttinger Jr._
David A. Luttinger Jr.

4