# EXHIBIT 1



**FEDERAL SENATE**
**GENERAL SECRETARY OF THE BOARD**
SECRETARY FOR PARLIAMENTARY REGISTRATION AND WRITING

**MEETING**
03/21/2019 - 7th - Commission on Transparency, Governance, Inspection, and Control
and Consumer Protection (CTFC)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - Good morning, everyone. I want to say that I am absolutely sure this morning will be extremely productive, in a week in which we will seek an alignment of intentions. Each one has a position, and, today, this morning, here in the board of this Commission, I am sure we are going to do what those who place confidence in the bodies and in the people expect.

Therefore, I declare the 7th Extraordinary Meeting of the Commission on Transparency, Governance, Inspection, and Control and Consumer Protection of the 1st Ordinary Legislative Session of the 56th Legislature open.

The purpose of this meeting is to hold a public hearing to discuss the situation faced by the District of Pinheiro and its surroundings, in the Municipality of Maceió, state of Alagoas, which, for an unknown reason, is suffering shocks and damage that have motivated the vacation of the area by residents. In compliance with CTFC Requirements No. 5, 12, and 14, of 2019, all written by me, this public hearing was unanimously approved.

It is important to elucidate that this hearing is also interactive, that is, people can participate making comments and questions through the e-Citizenship Portal, at senado.leg.br/ecidadania or by calling the Hello Senate tool, at 0800-612211. This participation is a regulatory participation, it is part of the way we conduct this public hearing, which has a nature - and now I explain to the others present - a little different from what happens in the City Councils and State Legislature in terms of intervention. There is a whole procedure to be followed and a Regulation to be obeyed.

This way, we will hold a hearing in four parts. The first part concerns the discussion about the technical definition of the causes that led to the characterization of the problem in the District of Pinheiro, when we will have, at the Board, a CPRM representative, a representative of the National Mining Agency (ANM) of the Ministry of Mines and Energy, a CASAL representative, a Braskem representative, and a representative of the

Regional Council of Engineering, Architecture and Agronomy, CREA. This will be the first part.

The second part will focus on the consequences of the likely confirmation of the possibility of disaster in the region. The members of the Board are the Secretary of Civil Defense of Maceió, the representative of the Local Government of Maceió, the representative of the Civil Defense of Alagoas, the representative of the Ministry of Regional Development, the representative of Ufal, and of Caixa Econômica Seguradora.

In a third moment, in the third part, we will have a Board practically with the control bodies, here represented by the Public Prosecutors' Office of the State of Alagoas, also by the Federal Public Prosecutors' Office, with its Regional Office of the Attorney General of Alagoas; representative of the Federal Attorney General; of the Labor Public Prosecutors' Office; of the Public Defender's Office of Alagoas; also of the Brazilian Bar Association - OAB of Alagoas; and of the Court of Appeals.

And, at the fourth Board, we will also have the members of the civil society: representatives of Nudec, the representative of SOS Pinheiro, representative of the Association of Entrepreneurs of the District of Pinheiro, and the representative of the Special Investigation Commission on Pinheiro established in the City Council of Maceió.

So, in principle, these four parts have the function of being extremely efficient - and this is everyone's goal.

Continuing, I know that the State is following this moment, the radio stations are on Rádio Senado, people are on TV Senado, on Senate social media, on the Senate YouTube channel, that is, participation is guaranteed. And, objectively, this public hearing aims at organizing the entire situation of Pinheiro and its surroundings. The dimension of the problem and all the influences it produces in the daily lives of the local population and the entire city demonstrate the national importance of the claim, which has the interference and direct dependence of the most diverse public bodies, which is why triggering the national solidarity typical of a federation is justified. The situation, totally atypical, urgently requires the institutional dialogue in order to build solutions.

In addition, I would like to count on the commitment of all those present with productivity, which was exactly my intention when proposing the holding of this public hearing. We understand the delicacy of the matter, but we will benefit of this moment when everyone is at the board to seek to build bridges that shall lead us to the best possible solution to this problem and to strengthen transparency with the population.

So, gentlemen, now I want to make a testimony to everyone who is acting - and it is not as of a month ago, but as of at least a year ago - on this subject. I know it is a hard work, I know that there are several institutional relationships, several meetings, and you have always been present - here I speak of those who work directly on a daily basis, when asked. I followed several meetings and, in those where I was not present, there was always someone from my team, following and making the reports. This is not a matter based on press news at all. It is also on talking about the feelings of those people who are here, and it all depends on how we see a problem.

Representative Tereza Nelma, I see now that Alagoas can indeed set a great example for this Country. At a time like this, we have the opportunity to tell the Country that, from what we are used to - just acting when there is a problem - Alagoas is doing it differently. We, here, in a preventive manner, are all attentive, all paying attention, and looking for solutions. So, this is very difficult to happen in this Country.

Welcome, Senator! Good morning!

Normally, tragedies happen, and then one seeks to solve what can no longer be solved, one seeks only a solution to the problems. In this specific case, I repeat, Alagoas can say that, in this Country, which does not have this habit, the culture of working with prevention... Here are the Civil Defense representatives, who had difficulty making an evacuation plan, to put an evacuation plan in practice with the population. Who here is used to working that way? There are no sirens scattered around the city. Why? Because this Country is not used to earthquakes, to disasters. However, in a situation like this, there are several indications... And, above all, people are experiencing great difficulty on a daily basis and are already leaving their houses almost compulsorily or due to the climate of terrorism that is created every day. Nobody knows what is' going on.

You, who have done this hard work, I repeat, who have gone through several institutions taking opinions, who were in search of the most advanced in terms of technology on this Planet, certainly demonstrate here a keen republican sense, you demonstrate that, despite your families not being there - I believe that most of you have family members in this region - you are concerned with what could be a problem in the lives of many other families.

So, therefore, I would like to invite the representative of CPRM, Antônio Carlos Bacelar, to form this first part. I invite you to compose the Board. He is the Hydrology and Territorial Management Officer at the Brazilian Geological Survey (CPRM). (*Pause.*)

I also invite Mr. Thales de Queiroz Sampaio; the representative of the National Mining Agency, Victor Hugo Froner, General Officer of the National Mining Agency; the representative of the Ministry of Mines and Energy, Frederico Bedran, Geology and Mineral Production Officer; the representative of Casal, Mr. Jorge Briseno Torres, Advisor to Casal Operational Vice-Chairmanship; the representative of Braskem, Mr. Alexandre de Castro, Business Officer; and the representative of Crea, who is here – whose name was not given to me.

I also want to record - I have already talked about the importance of popular participation - the importance of the Members of Parliament who are present here: Representative Tereza Nelma, always a participant in the causes that interfere with people's lives; Representative Marx Beltrão, Coordinator of the Federal Bench, who has also been following this issue closely;

Representative Jó Pereira, always active - it is great for this Commission to receive you, who, in essence, also seeks to hold public hearings to listen to people, not to take pictures to post on Facebook, but to obtain referrals and results.

I also greet our dear Pauline, who also represents here the Association of Alagoas Municipalities and who is the Mayor of Campo Alegre.

Gradually, I mention the authorities present here, so that we can continue.

Thales, good morning! I greeted everyone, but I had not yet' greeted him.

To start this Board meeting, which deals with damage management and with technical surveys, I invite the CPRM representative, so that he can give an explanation. (*Pause.*)

As the purpose here is to obtain information and as there is an alignment between the Ministry of Mines and Energy and CPRM, reversing the order is not a problem, even because information can be extracted right away.

Therefore, I will give the floor to the representative of the Ministry of Mines and Energy, Frederico Bedran, Geology and Mineral Production Officer;

Ten minutes will be given for your speech.

**MR. FREDERICO BEDRAN** - Senator, good morning!

I appreciate the invitation, on behalf of the Ministry of Mines and Energy, although on one hand I say that it is not a very happy time for us all to be here, on the other hand, I think that this sum of positive intentions, as the Senator said, can bring good results to our work.

I want to greet all the representatives of the civil society who are here, the representatives of the Judiciary and other bodies, and all the Members of Parliament involved here, as well as our partners of CPRM and ANM, the others who make up this Board, and the other gentlemen.

Senator, these structures that we are observing, subsidence, fractures, and fissures, are not new. There are signs of these facts occurring for more than a decade. But the Ministry has been working on this for a long time. CPRM has been involved in this for a long time, since last year, and ANM is always concerned, acting in an attempt to define the causes.

In this Government, in the beginning of January, Mr. Minister Bento Albuquerque issued an administrative rule determining that ANM and CPRM - ANM is a government agency, a regulatory agency linked to the Ministry of Mines and Energy, and CPRM is a government company, also linked to the Ministry of Mines and Energy - promote actions to try to identify the causes, gathering indications of what is really happening.

CPRM has a role, as you will see in the presentation by Mr. Thales and Mr. Bacelar, in the studies related to earth-related phenomena, referring to earthquakes, landslides, and floods.

We have a huge expertise in the area of risk mapping and a very strong performance with the Civil Defense in the national scenario.

ANM has the intrinsic task of inspecting mineral activities and of establishing appropriate sanctions. It is incumbent upon the Secretary of Geology and Mining, to which I belong, to precisely monitor and coordinate all these efforts.

In addition to the teams that are in Maceió, agency teams and CPRM teams, working hard, the representatives of the bodies, the officers, and the Secretary of Geology and Mining himself have already been recently present in the district of Pinheiro and met with the local government and other representatives.

ANM, in view of its functions, has been formalizing several requirements for the company that explores rock salt in the region. Among these studies that have been requested since 2012, there is a determination to assess the possible impact of these mining activities on the stability of the land and possible impacts on overlying structures, homes, stores, and others.

CPRM, still within its functions, has also been working, preparing geotechnical and geological maps, carrying out a series of geophysical, aerial, and terrestrial, radar and bathymetric surveys, all of these, Senator, in order for us to try to reach the causes.

So, we are not going to measure efforts to try to unravel this. We do not have a definite cause yet, as the Senator rightly said, which can be a natural cause, such as geological faults and other issues, but can also be human causes. Regardless of the cause and the result of these natural or human variables, the visible effects are already there, which are cracks in people's houses, fissures, and subsidence. So, we have to act now in these protection and Civil Defense actions.

Then, the actions under our responsibility at this moment are really focused on Civil Defense, both state and municipal defense. But the Federal Government is not out of this. We are acting under the coordination of Cenad - soon after, Mr. Braun will talk a little about Cenad's work - and we are working in a coordinated manner with all the bodies involved in the issue, to give all the support to the state and municipal bodies, that is, the efforts available in the Federal Government, in view of its functions, are being carried out, both for the continuation of investigations and the attempt to verify the causes, as well as for the protection and Civil Defense.

I' will stop here. Thank you again.

I think our bodies, ANM and CPRM, will be able to give more technical details, which will clarify the fact even more, meeting the desire of each one.

Thank you very much.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - I appreciate Mr. Frederico's speech. This commitment by the Federal Government is important. I will also ask some questions about this interaction with the Federal Government at the end of this part.

I give the floor to CPRM representative, so that he can also present his explanation.

**MR. ANTÔNIO CARLOS BACELAR NUNES** - Honorable Senator, Chairman of the Commission on Transparency, Governance, Inspection, and Control and Consumer Protection, I would like, on your behalf, to greet all members of this public hearing, called and approved by the Federal Senate due to Your request; I want to greet all politicians; I

want to greet the Federal Public Prosecutors' Office, the State Public Prosecutors' Office, the class representative entities.

I want to greet the members of the Board: Mr. Frederico Bedran, in this act representing our Ministry of Mines and Energy; the Chief Executive Officer of the National Mining Agency, Mr. Bicca; the other representative at the Board, who is next to Bicca, Mr. Jorge; Mr. Alexandre, one of Braskem's officers; my colleague geologist from CPRM, from the Brazilian Geological Survey, Mr. Thales Queiroz.

Senator, today is a very important day not only for Maceió, specifically for the district of Pinheiro and for Alagoas, but also for the Federal Senate, for Brazil, because this is an opportunity for us to also introduce our company, Companhia de Pesquisa de Recursos Minerais, which, by federal force, today is established as the Brazilian Geological Survey. It is a company that, now, in August 2019, will complete its 50th anniversary. It is a company that has the fundamental mission of researching and disseminating geological, hydrological, and hydrogeological knowledge to Brazil, to Brazilian citizens, and to the institutions of the municipal and state Governments and the Federal Government.

The Brazilian Geological Survey is a company linked to the Ministry of Mines and Energy that operates throughout the national territory, carrying out basic geological mapping, geophysical surveys, all investigations that occur in the Brazilian territory.

I am the Hydrology and Territorial Management Officer. This matter is up to our Executive Board. And, in this act, I am also representing Mr. Chairman, Mr. Esteves Colnago, who is traveling abroad.

I want to tell you, ladies and gentlemen, that it is an honor to show Brazil the breadth of services that have already been performed and are being performed in Brazil, more specifically in the State of Alagoas, in Maceió, in the district of Pinheiro.

Last year, we were initially visited by representatives of the Local Government of Maceió. On that occasion, we received representatives at our headquarters, to talk exactly about the phenomena that were happening in the district of Pinheiro.

We informed the visitors, at the time, that CPRM was already present in the State of Alagoas, promoting some surveys, but that, from that date, we identified the presence of our researchers in that region.

Here, I would like to emphasize to you that, from the end of June, more precisely in July, we intensified the geotechnical research that is being carried out in the district of Pinheiro. Just as an example, today there are around 53 technicians from the Brazilian Geological Survey permanently working on the research to identify the cause or causes that may be affecting that community, with fissures, cracks, possible sinking that are occurring in the district of Pinheiro. We have a schedule that we are strictly adhering to.

As soon as the Federal Government took over the Nation's destinies, the Federal Government told us about the number one concern with the situation in the district of Pinheiro. We, from that moment, are doing the surveys. I want to say to you, ladies and gentlemen, that the Federal Government is present day by day through researchers from CPRM, from the Brazilian Geological Survey. For you, ladies and gentlemen, to have an

idea, I interrupted many other important projects at the national level, which are stipulated by our PPA, to attend to this natural disaster in Pinheiro, in Maceió. There are people there from the Superintendence of Recife, Rio de Janeiro, Brasília, from all parts of this Country where there is a technician with expertise on the subject.

In our company, well before this phenomenon, in agreement with the Government of Japan, we sent our technicians to be trained in Japan, as we understand that Japan...

(*The bell rings.*)

**MR. ANTÔNIO CARLOS BACELAR NUNES** - Senator, will you allow me to talk for a while longer? (*Pause.*)

Japan is one of the countries that most understands natural disasters, such as earthquakes, *tsunamis,* and variations caused by nature. So, we are present with the knowledge, with the *expertise,* of these people in Pinheiro.

We have established a service and research schedule for the district of Pinheiro according to our technical availability. We are using the most modern geophysical technologies in Pinheiro. Several methods have already been applied, and many others, if necessary, will be replicated, in order to reach an understanding for the identification of the cause; this can be caused by a natural phenomenon or a human phenomenon. We are moving forward. We use several geophysical methods, which are more or less signaling the situation of instability in the district of Pinheiro.

We ended, just now, Messrs. Senators and Messrs. Representatives, ladies and gentlemen, authorities, the geophysical audio-magnetotelluric method, which is a modern method that has penetration capacity beyond the salt layer, from where the rock salt ore is being extracted. We will need a few days, around 10 to 15 days, to process these data, to compare them with the other electroresistance data, the interferometry, to compare with the seismic. We have already done the bathymetry of Mundaú Lagoon. We are advancing research to identify the cause or causes.

I know that time is tight, Senator, and that the subject is throbbing, important. We have to talk and discuss today, in this public hearing, the possibilities that Geology and Civil Engineering can bring to calm the people of the district of Pinheiro, the people of Maceió, in the State of Alagoas, and of Brazil.

I was sitting there, and I carefully listened your position, Mr. Chairman Rodrigo Cunha. This House is preparing itself for a phenomenon that is about to happen or not. I want to tell you that the risk of disaster is installed in the district of Pinheiro. We, from the Brazilian Geological Survey, can never omit information that is true, that is accurate. Our job is not to penalize anyone. I think the main function of this public hearing is the preservation of lives.

So, it is in this sense, Mr. Senator Chairman, ladies and gentlemen, that we move forward. I am here just doing this institutional introductory part of our company, to show you and Brazil the greatness of the Brazilian Geological Survey. CPRM is a State company, not a Government company; it is a geoscientific research company, and, for this purpose, it needs the support of the Brazilian Congress, it needs the support of the Federal

Government, of the state and municipal Governments, in short, it needs the support of everyone. And we are moving towards research, and research goes beyond political issues. It is the politicians who solve the political part. We are here to provide technical, safe, and accurate information.

I would like to thank you for this opportunity to show you and Brazil what CPRM does at the level of Brazil. Here, for example, there is only 5% missing to cover the area of the entire national Territory with geophysics. And we are, in our Executive Board, also responsible for surface water sources. In partnership with the National Water Agency, we also take care of groundwater, we take care of Brazilian geoprocessing, we take care of surveys in the risk area. It was imposed in our PPA to make the surveys of 821 Municipalities, and, today, we have already mapped 1,560 Brazilian Municipalities, identifying the areas of risk: high risk, medium risk, and low risk. And we also do the geoenvironmental part.

Senator, we want to end our institutional speech here and make ourselves available to the Federal Senate, the Federal Council...

(*The bell rings.*)

**MR. ANTONIO CARLOS BACELAR NUNES** - ...the State Legislature, and the state and municipal governments for any clarification that may be necessary and that is within our knowledge.

The Brazilian Geological Survey is honored to be here participating in this public hearing so important for the State of Alagoas, more precisely for the people of the district of Pinheiro, in Maceió.

Thank you very much.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I will make comments at the end of the part.

Following on from the presentation of CPRM, here well represented by its Officer, here we have Thales, who is already a well-known figure in the State of Alagoas. We have a demonstration, Mr. Officer, that CPRM is present in Alagoas: if Thales walks on any street in Maceió, he is recognized, precisely because he is always kind and always on the field. So, here too, Thales, your vision, your experience, and the information you have are very important so that we can standardize our understandings here.

**MR. THALES QUEIROZ SAMPAIO** - Of course, Senator.

Good morning, everyone!

I greet everyone by greeting the Senator and I will now go straight to the point. If the Senator allows me, I will speak standing up, facing the screen, and I will walk a little bit here in the front. Could it be?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - I just want to know if there is a wireless microphone available. (*Pause.*)

**MR. THALES QUEIROZ SAMPAIO** - I think so.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - So, yes, please go on, Thales.

**MR. THALES QUEIROZ SAMPAIO** - Well, everyone, Mr. Bacelar has talked a lot about the Brazilian Geological Survey.

I greet my colleagues from the Ministry of Mines and Energy, Bicca, Frederico, well, I greet everyone, Representatives, Senators, Federal Attorneys, Prosecutors, the people from the district of Pinheiro, who I know are anxious.

We will try to show only that... Where do I have to point to move forward? Back? (*Pause.*)

O.k.

The presentation would have the following topics: team; brief history - I think the history was very well contextualized by Mr. Bacelar -; the contextualization of the problem; the lines of investigation, monitoring and its methods; a work schedule; the studies carried out and the preliminary results; and the considerations and measures, which we identify at the end.

So, I will go through the history and the timeline very quickly and stop here, also very quickly, just to show that the Alagoas Basin, which is a sedimentary basin - that is, it is a basin that was formed from other rocks during continental drift and, specifically, during the separation between South America and Africa -, is a completely structured basin, it is a basin that, naturally, has fractures and geological faults.

In the city of Maceió, we have fractures and geological faults across the city, in several places, as well as in the city of Salvador, in the city of Recife, well, the Brazilian coast is rich in geological structures as it is the nature of the formation of these rocks itself.

This is the updated geological map of the State of Alagoas. This map was released by CPRM in 2017.

Here we have a *zoom* of this map and, here, a little bit more *zoom*, where you can see – I am not happy, because you will not be able to see so well - a big fault that starts here, from our continental platform, the Brazilian legal continental platform, goes into, goes through Mundaú Lagoon, goes through... The district of Pinheiro is here, and here we have an oil field. That fault is the Tabuleiro Fault, and the oil field is the Tabuleiro dos Martins Field.

You can see that we have several faults - here is the updated geological map - that is, it is rich in faults, and here are only the major faults, both within the continental platform and on the continent. If we go to the crystalline area, then there are many faults. And these old faults that we have under this basin are also likely to be reactivated.

Here is an image of the district with salt mining. What we are seeing in green is what is being mined today, and what we are seeing in red is what has already been mined.

Regarding salt mining, I think a presentation will be made by Braskem, I think I am going to talk about it. So there are 35 in all, of which 4 are in operation and 31 are deactivated.

Here we have 4 lines of investigation.

We have the geotechnical characteristics of the region soils and the form of occupation of the district, where we will examine the most superficial part, the support part, the occupation part of the district - if it is built correctly, if it has basic sanitation, if it has drainage, etc., etc.

Second hypothesis: presence of voids (cavities, caves) in the soil and subsoil of the region, resulting from natural causes or from human actions. We know that there are 35 cavities built in a controlled manner by Braskem and we are looking for other types of cavities that can happen in limestone, and we have a lot of limestone in the stratigraphic column of the district of Pinheiro and the Alagoas Basin as a whole.

Finally, the extraction of groundwater, because, associated with the extraction of salt, we have the exploitation of groundwater. So, the same mining time, 40 and a few years, there is also the exploding of groundwater, which is how we can get the salt out — I'm not going to talk about the process because, of course, Braskem will do.

Our original schedule pointed to an answer at the end of May showing the possible causes of the effects that we are seeing in the district of Pinheiro. We have already brought this schedule to the end of April pursuant to the guidance of Mr. Bacelar, the guidance of the Ministry of Mines and Energy, the guidance of the National Mining Agency, but, especially, the guidance of our Officer, who is in distress, and all of us who are working in the district of Pinheiro are in distress, because the work is very different. Unlike the geology work that I have done throughout most of my life, in which I had no contact with the public and I did not feel the suffering, or the sadness, or the disillusionment of people, in the district of Pinheiro it is completely different: we feel the sadness, anxiety, people get sick, etc. So, the Brazilian Geological Survey will do everything to reach its conclusions, and these conclusions will be reached together with universities. At the recommendation of the Secretary of Geology, Mining, and Mineral Transformation, Mr. Alexandre, we are going to incorporate the academy for the integrated analysis of the data in order not to have the endorsement of the academy, but to have a shared thinking with academic thinking on the issues of the district of Pinheiro.

(*Intervention outside the microphone.*)

**MR. THALES QUEIROZ SAMPAIO** - And the United States Geological Survey - well remembered, my Officer. The United States Geological Survey already has a lot of data, they are examining a lot of data. We have already had two videoconferences with them, and we will have a next one, in which we will arrange their arrival to close our studies.

Here is the mapping of evidence, which everyone knows: high, medium, and low zone. I will go through this very quickly. I just wanted to draw your attention to this map here. Please pay attention to this map, which is what we called the Map of Features, where we indicated that there was a fracture, where there was a rupture. We did not understand why there was such a break in this place in the district, but we will understand now, a little ahead.

Here's what we did at the lagoon - Bacelar has already commented on it.

Here, the electroresistance method. In the electroresistance method, we clearly see that, in an area where there are no fractures, this is the pattern, and, in the district of Pinheiro, the pattern is the one you are seeing. What you are seeing in blue and vertical is interpreted here as very conductive zones, as zones of failures and fractures.

Then we are doing a series of complementary referrals to be able to have a 3D model. This will be ready by April 20.

This is us checking the stratigraphic column with the electroresistance data: it matches perfectly.

Again, our Map of Features, but then, with a more superficial study, a geotechnical study of the district. Professor Galindo has already made many repairs in the district, but these repairs have no effect. He'll get tired of fixing it and not seeing anything happen. So, what we understand is that the problem is no longer a superficial problem, but that there is something more important in the district.

Here is the seismological network. The Brazilian Geological Survey participates in the group of institutions that monitors the Brazilian seismological network, we even participate by contributing funds, and we are now going to contribute funds to the seismological network. When there was an earthquake in Pinheiro, there was a single seismometer, installed 80 kilometers away. Today we have 6 seismometers installed.

Here is the gravimetry method. We see two gravimetric anomalies that we still don't understand well, but we imagine that the salt layer is not a flat layer, that there is some movement in the salt layer, but we will have this when we finish processing these data.

Here the audio-magnetotelluric that Mr. Bacelar talked about. There are 100 points collected in the district, we are processing all of this.

Here an outcrop that is 20 kilometers from the district of Pinheiro. This is the Barreiras Formation - it looks like limestone, but it is not - the Barreiras Formation cut inappropriately. You are clearly seeing the fractures that exist in the Barreiras Formation and, therefore, there are fractures and faults in the Barreiras Formation. And this fracture is opening up: it is so because this cut should not have been made this way and, evidently, there is a little bit of gully. This is 20 kilometers from the district of Pinheiro.

Here we did a whole study of the urban occupation of the district to understand what had happened there. The Seismic AWD, which Braskem is doing, will help us a lot in the interpretation along with our data.

And now we start to discuss the results of the interferometric analysis of radar images from April 2016 to December 2018. I will explain it better - this is very important.

There is an Italian company, Telespazio, which has images of the city of Maceió. For operational reasons of their satellite, they check their satellite and collect images of Maceió since 2010, Mrs. Raquel, and, from... We bought images from April 2016, and

these images showed this design. What does that mean? Where you are seeing green is that there is no movement and, where you are seeing red, there is movement.

Here is the district of Pinheiro, and the end of the red spot marks the zone that we are seeing ruptured, that we are seeing broken. And the red dots, what are they? These are points that are going down, they are points that are in subsidence.

Then I will show you several images.

This is how to collect by satellite.

Here is a closer image, where I show the speed of subsidence. You can see here...

Let me see if the pointer works. If it worked, it would be great.

It doesn't work, unfortunately.

Here you are seeing these two dots. Their speed of subsidence, that is, of going down, is 188.4mm per year, 3.5mm more or less, which is the margin of error. This means that, in two years, we can have a subsidence close to 40cm in this area. In fact, we cannot, we had a subsidence close to 40cm in this area, and this area is within Braskem's area, these two dots that I am showing.

Here, a few more dots, also within the Braskem area, with a subsidence speed of 188mm per year. If you multiply that by 2.5, which was the time we took, it will also be around 40cm in that period of time.

There, another dot with speed.

I'm going to move on to this image that I enlarged. You saw that the interferometry that we ordered is much larger than the district of Pinheiro. This is to show that all of this is quiet, you don't see any of this moving around. In this zone that you are seeing in orange, there are red dots. This zone, which begins to turn pink, then orange, and then yellow, is the zone that we are seeing to break.

Why is this the zone that is breaking? These are the zones that the CPRM has mapped, as that is where the houses are broken. And why are the houses broken there? Because this whole part here is quiet, it is not going down, and this whole part here, that makes up practically the entire district of Pinheiro, is going down. Then did we understand why it was breaking in the red, orange, and yellow zone? Because there is a part closer to the lagoon that is in subsidence, that is, it is going down, and this part that is in green, this huge part, is not going down, there is a transition zone where there is a break. I'll show you.

We have a short movie here.

I'm showing you: here are the little red ones. I put only the red zones; including, here, with all the bottom part, the Mutange part. And, here, the zones that we mapped. These zones are in orange, yellow, and then, they get here, and they are already green - these are the zones we mapped.

Here, a few more speeds. In the green zones you are seeing a speed... Not in a green zone, in a slightly yellowish green zone: 13mm per year; in a green zone, 3mm per year, that is, within the margin of error - it can be zero, even the subsidence there.

Here, again, the areas of the people within the zones, for you to see.

Here I show a few more speeds right there in the lower part of the district of Pinheiro: speed of 168mm per year. And again...

Oh, we can't see. We were supposed to see it... Oh, it's the movie!

Can you please activate this short movie for me? (*Pause.*)

(*The video is displayed.*)

**MR. THALES QUEIROZ SAMPAIO** - We will go forward two and a half years now. The satellite measures the same point 60 times a year.

So, time is passing. Today we are in August 2016. The area is in subsidence.

Why was everything green? Because that was when they started measuring.

So, the area is advancing, the area is advancing, and the area is moving; it goes a little ahead and then it comes back a bit. Why? Because it stopped moving. So, the movement is relative.

You have graphics. For each point of this you have a graph in which you can see the movement. I'll talk about it after the short movie is over.

(*The bell rings.*)

**MR. THALES QUEIROZ SAMPAIO** - You can move forward and finish the movie. You can take the movie off and go back to the PowerPoint, please.

That red spot of subsidence...

What did we do? Yesterday we were in Rio with the Telespazio people and we thoroughly examined this material. And what did we understand? It has been moving, since April 2016, which is what we bought as an image. But it's very interesting, because the graph pattern has something important in January 2018. And more, as of June 2017, subsidence started to increase. As of June 2017, we notice, in several points, that subsidence started to increase.

Pass it on for me, please, because I think it's not...

Well, here I come back. What is the interpretation that can be given here? Everyone, I'm almost finishing. Senator, I apologize, but the information is important. If you have this half-moon, which is the shape we see, fissure movements, rotational movements, which

are slow movements, we say the following: a fissure is never dangerous, because it warns that it will break, but it breaks. Sometimes it takes a while to break, but it does.

I've already seen a lot of fissures. I was in an area in Rio Grande do Sul - Jorge, help me - area of the city of that guy who was secretary of civil defense, I was with the field team there and I saw a beautiful fissure that was breaking, breaking, breaking, nobody bothered, and suddenly it went down 10m. It just came down. The trees were all standing, but it went down 10m.

What happens in the fissure movement? You can simply have a part that goes down the way it is here or, imagine that you don't see it here, this part went down, and that area was all intact. How does it warn us? It warns like this: cracking, opening cracks, fractures. That's how it warns us.

So, what does geology tell us in the district of Pinheiro? That the land formed a system over 40 years, where there was groundwater extraction, salt mining, inadequate urban occupation, lack of basic sanitation, lack of adequate drainage, all of this and the system was in balance. However, the system started to become unbalanced, so we imagine, ten years ago, from the news that we have from the district of Pinheiro, but we see in the interferometry that, as of 2017, this movement is increasing. There is only a link of the image that we are seeing with a possible geological process that is possible to happen in the district, but it is slow.

Here the hypotheses, what we already know about each hypothesis. I won't be long, the presentation stays with you, but I wanted to show here, just to reinforce what Mr. Bacelar said, in number 2, the presence of cavities, underground caves, erosive cavities. We already see this forming at the crossing of normal faults at conglomeratic levels of the Barreiras Formation, that is, they are very shallow caves. Several conductive anomalies: faults, voids, or saturated soil. We will understand this when we cross all methods. Finally, tectonic structures and features.

We confirmed the presence of faults in the underground to a depth of, at least, 60m, because our team is very strict. I saw perfectly up to 150m in their data, but they said no, only up to 60m. So, only up to 60m. We are awaiting confirmation of the continuity in greater depth, awaiting newsletters from the seismic network. And different interferometry deformation speeds, which we saw yesterday in Rio de Janeiro.

The considerations and measures are what we said. There is a scenario in which you have a sudden movement, and another in which you can have it. When is it a sudden movement? When fissure stops being fissure and falls.

Then, in this case, we need exemplary monitoring from the seismic point of view, from the point of view of interferometry, movement sensors in the district itself, and, more than that, worldwide, Senator. In developed countries, there are areas of risk, whether by volcano, tsunami warning, or avalanche in the Alps.

In other words, people are used to receiving news, leaving that area, and, after the event, coming back. So, people find it very strange in Brazil when we say: in case of heavy rain forecast... And now I am going to define heavy rain, as the team gave me that definition yesterday, because of these conditions that we are seeing in the district of Pinheiro. We

imagine that, if there is a forecast of more than 30mm of rain in a single day, people will leave and then return to the district. I had said a greater number than that, but we are with a team in the field permanently, examining the data now in view of interferometry.

In case of slow and continuous movement, guidance remains what we said yesterday, followed by monitoring measures to assist it. The same thing from slow movement until stabilization, which is possible. As we have geophysical data, we will know if this is in a position to stabilize or not. And we believe... I was talking early in the morning - me, Mr. Bacelar, and Mr. Jorge Pimentel, who are here... Mr. Jorge, please raise your hand. And he said: "After we have all the data, it is possible that we have an engineering solution for stabilization." Then there would be adequate drainage, deep drains. Anyway, engineering is very rich in solutions for things like that. So, it's not something for us to say: "Oh, there is no way, you have to move." We don't know that. Let's wait a bit. In the end of April, we will know.

Measures that are considered urgent include, of course, adjusting the contingency plan in relation to the new data. You can't run over those red dots anymore. Nobody can run to Mutange anymore, down there, that is, there were several points that we had chosen as safe that, because of interferometry, we show that are no longer safe.

Construction of the temporary drainage network before the rain. I think this has been arranged with the local government. It seems that Braskem made a project. You can talk about it better than me. This would be an ugly drain, but it would not let the rain seep into the district, because, as the district is very broken, the water enters with a lot of speed and will raise the level very quickly. As the top part is very unstructured, you can have undermining because it can fluidize - the phenomenon is called fluidization.

Contracting of interferometry for the periods from 2011 to 2016 and 2019 to 2020. We are arranging that. I had a meeting yesterday with the officers of Telespazio, Mr. Bacelar authorized me to negotiate with them.

Contracting of a specialist in interferometry...

(*The bell rings.*)

**MR. THALES QUEIROZ SAMPAIO** - This is up to the Brazilian Geological Survey. We are arranging that.

Rotating drilling with core recovery, so that we can really see all the rocks to the proper depth.

Installation of automatic movement sensors.

Transfer of funds to the Brazilian Seismographic Network. We are arranging that.

Permanent installation of the local seismic network in the district of Pinheiro and surroundings.

Here is a big thank you to the Brazilian Geological Survey.

And I apologize for the time. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - Well, Thales, thank you for the presentation. In addition, if You still want to add some point, do not stop doing so because of time. Everyone here is paying attention. And that is one of the most awaited points of today. So much so that, according to the agenda, CPRM is the first. So, if you want to add anything, feel free to do so.

**MR. THALES QUEIROZ SAMPAIO** - Senator, I think that the public's reflections will be very important. The only thing I would like to add, after taking a breath, is the long and sincere thanks to the people present that are from the district of Pinheiro, to the people present that are from Alagoas, from Maceió, who welcomed the Brazilian Geological Survey, because this was not a job done alone, it was done with the people who are there, with the municipal Civil Defense. I see here the one I affectionately call my Colonel, Dinário, I see the State Secretary for Civil Defense, well, and a group of people from the district of Pinheiro who have helped us a lot, allowing us to enter their houses, their rooms, their bathrooms, and so may we share with them everything we have been doing. Then we may also feel all the emotion they feel.

The team is completely emotionally involved in the work, as it is a very different job. It is a middle-class district, a beautiful district, a clean district, of educated people and all that... So, I would like to thank you very much for this opportunity for us to have made this explanation, thank all these people, and, in particular, this opportunity that the Senator gave us.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well.

I have also said here, it is provided for you, that we have our own work methodology. We are going to make an exception, given that it was previously requested. We have several Members of Parliament who have several activities during the day. Representative Marx Beltrão asked to make some notes. I inform the Representative that the notes will be made now, Representative, but the answers will be left to the end and will certainly be passed on to You, so that we can continue this efficient presentation by you.

Then, with the floor, the Representative.

**MR. MARX BELTRÃO** (Group/PSD - AL) - First, I want to thank you, Chairman, for breaking the protocol and giving me the floor. I would like to congratulate you for calling this public hearing, calling to the Board all agents involved, so that the population of the district of Pinheiro has, finally, a direction for solution and to solve the residents' problem.

Also, I want to greet the residents of the district of Pinheiro, who came from Maceió to this meeting today. I greet them all. I would like to greet my fellow Representatives: Representative Isnaldo Bulhões, who is present; Representative Tereza Nelma; Representative Sergio Toledo, who is also present; state Representative Jo Pereira, who also came here to represent the State Legislature. To greet Mayor Pauline, who is also here representing the Association of Alagoas Municipalities. I also draw your attention, Mayor Pauline, to the fact that the Mayor of Maceió was also supposed to be here, since

Maceió is the city involved. I want to greet the City Councilors of Maceió who are present here: City Councilor Chico Filho, City Councilor Francisco Sales, and City Councilor Cléber Costa, who were responsible, before the population of Maceió, for going from the city of Maceió to this place, so that they were present in this public hearing. To greet all the representatives of the Federal Government, especially those who work at CPRM, on behalf of Thales Queiroz, who made a very striking and very explanatory presentation here for all of us, and also to greet the representatives of the Public Prosecutors' Office who are present here.

I begin, Chairman, by addressing Mr. Frederico Bedran, who is the DGPM Officer. He said that the Ministry of Mines and Energy is acting in favor of the district of Pinheiro, but forgot to say what is the action that the Ministry of Mines and Energy is doing in favor of the district of Pinheiro, as I have not seen it until now, in practice, what the population wants, which is the solution. I haven't seen any solution presented yet that favors the residents of Pinheiro.

Mr. Antônio Carlos, the CPRM Officer here, spent almost half of his time greeting and talking about work in Brazil. If it weren't for Thales, who saved CPRM's presentation with what he showed, maybe we wouldn't have any information here to be able to defend it and carry on. In addition, Mr. Antônio said that the role of politicians is to do politics and the role of CPRM is to do the technical part. Very well. We, politicians from Alagoas, at least those who are here representing it, are, from the beginning, advocating for a solution. I hope CPRM performs its duty, which is to finish the studies so that the population has, in a clear and objective way, the verification of those liable and the definitive solutions to minimize the problems of the people who live in the district of Pinheiro.

Among the measures that were presented here by Thales, I saw several urgent measures, but I still haven't seen one that, in fact, solves the residents' problem. Since the beginning of this problem, we - I, Representative Tereza, Reginaldo, Rodrigo Cunha, all those who were concerned with finding a solution - asked the Federal Government to release the Unemployment Guarantee Fund - FGTS of the residents of Pinheiro, we asked the Federal Government to release financing for housing and commerce construction for those who want to build elsewhere, we asked for the release of the Social Integration Program - PIS/Public Servant Fund - Pasep, and, so far, the Federal Government has not given any clear and objective answer regarding this type of aid to minimize the problem of the residents of the district of Pinheiro.

The studies are very well prepared, I want to congratulate Thales, but they need to be completed, since they give a feeling, Mr. Antônio Carlos, to us, politicians, that it is very comfortable for CPRM to let the time lapse, since June last year, that is, ten months now, without a clear and objective completion of studies with an indication of the causes so that we can demand a solution from the Federal Government. It gives us a feeling that, for those who are going to work in Maceió, receiving daily fees, receiving good salaries, on the beautiful beaches of the capital city, eating good fish, eating good shrimp, it may be more convenient to spend more time working on it than to finish the studies.

Therefore, we want CPRM to complete the studies so that the liability is verified. Especially because, I do not know whether irresponsibly or not, your Chief, the Brazilian President, made a statement in a press interview pointing out that the cause of what

happened in the district of Pinheiro was mining. He said this publicly, your Chief, the Brazilian President. Therefore, we want to know if it is or if it is not. If the Brazilian President speaks this clearly and objectively in an interview, it gives the impression that information is being hidden from us, that the Brazilian President has information that we do not have, and that is unacceptable. We have to know what is really happening, since the Federal Public Prosecutors' Office, in a hearing that we held in Maceió, told us, through Mr. Diógenes, that under no circumstances mining was the cause. So, we see, on the one hand, the Brazilian President saying that it is mining; on the other hand, the Public Prosecutors' Office saying that it has nothing to do with mining, that is a natural cause. And we remain in this counterargument, not knowing what is really going on. For this reason, I want to congratulate Thales here, who is doing a very nice job, but we need it to end, we need the studies to end so that we can verified who is liable. Because the population, Mr. Antônio, these people who live in Maceió that are there in the district of Pinheiro and in the neighboring districts are frightened. I heard reports from many of them, sincere reports demanding a solution. These people need to know what will happen to their houses, whether they will have to live in another district, whether the Government will be able to help them to buy a house elsewhere, whether the district will have to be totally evacuated or not.

(*The bell rings.*)

**MR. MARX BELTRÃO** (Group/PSD - AL) - So, we need a solution, because the population there does not want to know if it is Braskem's fault, if it is the Municipality of Maceió's fault, if it is the State Government's fault, or if it is the fault of the Federal Government. Residents want a solution.

And our role as politicians, which you questioned at the beginning, is to demand the solution from the federation entities. That's why I'm here claiming a solution from You and the Federal Government for the residents of Pinheiro.

Thank you very much. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - Well, as I said, here is an exception. We will follow our procedure.

I would like to take this opportunity to record the presence of Representative Isnaldo Bulhões, Representative Sergio Toledo has already come here, and Representative JHC sent an official letter justifying his absence, in view of a family issue: his grandmother passed away and he could not attend today. So I make these records.

Let's make room...

**MR. JOSÉ ANTÔNIO MALTA MARQUES** - Senator, please, Public Prosecutors' Office of Alagoas, José Antônio Malta. As the Ministry was mentioned...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – It was mentioned. Several have been mentioned here. The floor will be given. The Representative is already leaving, so he won't listen, but You will also have the opportunity to explain, for sure, why the Public Prosecutors' Office is being an extremely

important support, both state and federal, in the search for clarifications of what is happening, of the measures that have to be taken urgently.

Therefore, following our sequence of exhibitions, I invite Mr. Victor Hugo Bicca to make his explanation, representing the National Mining Agency (ANM).

**MR. VICTOR HUGO BICCA** - Good morning, Mr. Chairman, Senator Rodrigo Cunha. Good morning to the other Members of Parliament. I want to greet my Board colleagues, ladies, gentlemen, the Federal Public Prosecutors' Office, with whom we had the opportunity to meet in the city of Maceió a few days ago.

I would also like to highlight, Chairman Rodrigo Cunha, the presence of our Production Superintendent, Mr. José Antonio Alves dos Santos, and our Technical Advisor to the Institutional Development Executive Board, Mr. Roger Romão. Both are mining engineers, with extensive experience in mining, and work with the specialized technical support of the Federal University of Rio Grande do Sul, by Mr. André Zingano, who is a Ph.D. in Rock Mechanics.

I also wanted to register the presence of our ombudsman, Mr. Paulo Santana.

Before I begin, Chairman, let me congratulate Mr. Thales on his brilliant presentation. I have graduated in geology, I have a specialization in teaching, but, in all sincerity, I envy the didactics and the ability to present such a complex problem with the degree of detail, the pieces of information, and the didactics with which Mr. Thales did. He characterized the problem to its fullest extent, both from the scientific point of view and from the point of view of diagnosis and prognosis. He pretty much exhausted what we had to say.

I would like to point out that, in his speech, we are an important component, as it became clear that we are dealing with a phenomenon that is characterized as neotectonics, that is, a recent tectonics. And he was very precise in pointing out that this system, which was until then in balance, apparently broke its balance, and broke essentially due to human actions. Among these human actions, there is obviously the issue of mining, which has existed in the district, in a subsurface, since the 1970s.

So, we, as the regulatory body for the Brazilian mineral sector... And here is a brief comment: we, until December 5, 2018, were the National Department of Mineral Production - DNPM and then became the National Mining Agency. We are in just over a hundred days of agency. It is evident that we have all previous expertise, which we have accumulated over DNPM's 84 years of existence.

I made a very simple presentation.

Introduction. Concession of mining... I will mainly focus on the issue of mining, the existing mining law, the works that are being carried out by the company - because it is under our administration -, and the final considerations on scenarios and possible measures, which Mr. Thales has already had the opportunity to highlight, expand, and give consistency with much more force than this presentation of ours.

We have a mining process that dates back to 1965, whose holder is Braskem S.A. The substance is rock salt. Municipality: Maceió. The mining concession was granted on June

15, 1970, and this decree was rectified in August 1971. The mining activities started in 1976.

This image has already been shown by Mr. Thales. It is the table from which we see the wells: in red, the wells already deactivated; and, in green, four wells that are in operation.

We are not going to detail the operation method either, but, in a simplified way, it is a deep well, because the mineralization is between 900m and 1,200m deep, and the mining takes place by dissolving the salt in the subsurface. It is evident that the dissolution generates a cave that, after deactivating the mining activity, is pressurized. And the technique points out that the dissolution paralyzes due to this pressurization, which is evidently done with a mixture of brine, with pH issues and everything else, in order to be able to maintain the balance or suspend the dissolution in the subsurface. This, in general and coarse lines, is the technique used. Braskem will certainly detail this a bit more in its speech.

So, mining concession in 1971; beginning of the operation in 1976.

In 2012, DNPM required the presentation of the stability report of the cavities and updating of the economic utilization plan. A rock mechanics report was presented by the company Flodim, which concluded that the rocks overlying the cavities were stable and that there was no subsidence after 30 years of mining.

A brief history.

On March 5, 2018, after the rainy events of February 14, 2018, and the earthquake that occurred on March 3, 2018, we invited Braskem to a meeting, here in Brasília, when we questioned the company about the production process and asked them, required them to present monitoring data for active and inactive cavities, as well as monitoring data for checking subsidence and possible reflections on the surface of the polygonal.

So, it was a series of demands. And we really started to intensify the level of demand with the perspective of clarifying, or helping to clarify, why mining is one of the components of this complex framework formed, associated with issues of subsurface soil composition, issues of faults, the lack of basic sanitation, non-discipline of rain drainage; a number of other factors that contribute to this phenomenon.

It is important to point out - I ended up not pointing out, but Mr. Frederico Bedran had already pointed out - that Minister Bento, as soon as he took over the Ministry of Mines and Energy, already on January 11, 2019, issued an administrative rule determining that the National Mining Agency and CPRM competed, so that, effectively, the necessary elements were sought to clarify the phenomena that are occurring in the District of Pinheiro. We, then, immediately set up a technical work group to monitor, improve, and subsidize, within our reach, the Brazilian Geological Survey, and the CPRM.

What has the company already informed us as from this movement that has been intensified for the last months? Data on the salt and water production process; the old sonars... Sonar is the mechanism, the technical resource that is used to find out whether that dissolution that I mentioned before actually paralyzed or continued, because, if it continues, it changes the way the cavities stayed on the subsurface. So, it is a somewhat

time-consuming and complex process, because all the pipe has to be removed, the sonar reintroduced, and this sonar maps the cave. Then the current drawing is compared with the past drawing to see if the dissolution has effectively stopped, as it was designed, or if it continued for some unknown reason. I continue: geological and constructive profiles of the wells; technical report on subsurface structures.

Then, the requirements started to intensify. In September 2018, we demanded the presentation of a new technical report on rock mechanics, accompanied by a Technical Responsibility Note; we demanded studies of the geometry of the interior of the caves, and there comes the sonar that I mentioned; to present the schedule of work to be carried out by the concessionaire in order to identify the causes of the instability. Although we are not sure that they are caused by mining, we requested, we demanded from the company that it also add efforts to try to identify the possible causes - it as one of the possible causes, of course.

Actions remain in the field of requirements. We demanded, to subsidize the work of CPRM, that they also make a seismic survey. This seismic the company contracted is under development. And these data will all be given to the Geological Survey to further strengthen the brilliant work they are doing.

They are running a monthly wells pressure monitoring program; they are doing...

(*The bell rings.*)

**MR. VICTOR HUGO BICCA** - We demanded that it be carried out as well - and it is already the result of work in partnership with the Brazilian Geological Survey - a stratigraphic hole, as we in the Geology area call; a hole that aims at knowing exactly what type of rock is in the subsurface: the occurrence, the thickness, the quantity of these rocks in the subsurface. And that hole should be starting in the next few days.

This is important because, as Mr. Thales' presentation highlighted, it is a coastal geological environment, there is a series of fractures, there is a very heterogeneous composition of the lithology, there is also the interposition of events of transgressions and regressions in the upper part of the column. And we do not have a detailed knowledge of what is happening in the subsurface.

I even challenged Mr. Thales. He showed that picture, very didactic, which he called "barreiras formation", which showed an erosive process in a cut that was shown, a cut probably in a road that was being built, and it is very clear there. There is even a citizen who entered the cavity that is formed in the cut. That was mainly because of rainwater. And I challenged Mr. Thales by saying that this is also occurring in a subsurface where this formation occurs. That is why his recommendation, in the end, is that we have to deal with the surface water issue, because the surface water is all infiltrating and is certainly accelerating this erosion process, which must also be occurring on the subsurface.

Works that were already carried out: geotechnical engineering studies for immediate actions in the District of Pinheiros; contracting specialists and preparing pre-projects for water drainage of rainwater and isolation of fractures in the ground - this for presentation to the Local Government and the State Government. And, according to the information

we have from the company, they are awaiting the adhesion of the local public authorities for the implementation of this project. So, it is important.

I was there in Maceió, and there is a residence there - Colonel Dinário, with the permission of Mr. Thales, may need - that we call the Santander house. It is a house that is located in a low part of the city and has a fracture, which even appears in the pictures that Mr. Thales presented, with a very intense erosion process installed, which passes almost beneath the house. That is almost like the bottom of a basin. And people were saying, Mr. Thales, that whenever it rains heavily, the water does not accumulate, because it runs all the way into the fracture and disappears in a matter of minutes. So, that picture presented from barreiras formation gives us a chance to imagine what is exactly also happening on the subsurface.

Analysis of stability and geomechanical structural integrity of rock salt extraction cavities. Sonar is running. And here is an important detail: the company is finding it a bit difficult to even put the sonar into the holes that were made. Then, I highlight: in the presentation of interferometry, which Mr. Thales presented, we observed that, in that movie he showed, from June 2016 to December 2018, we quickly moved from the green stage to the yellow and red stage. I say quickly because that happened in three years. We are used to telling our history in billions of years, aren't we, Mr. Thales? And here we are seeing phenomena that are occurring in the counting of hours. So, we are concerned about this fact. That is why the company is facing difficulty in introducing the equipment in the wells. Many pieces of equipment are facing difficulties because the wells barriers are displaced, the wells are bent. So, this is an important data, which should be added to this evaluation process. But this is being done, seven sonars have already been completed, and the company must be reporting this information to the agency.

Interferometry studies. CPRM has already acquired the studies, is already analyzing and studying them, but the company is also, as required by us, looking for this tool for their evaluations.

Integration of all the data that is being demanded - geophysics, the stratigraphic hole, all this knowledge - to build a 3D model for us to try to aggregate this third dimension in order to know the behavior on the subsurface.

In addition, as I have already pointed out: the stratigraphic hole, which is estimated to be of 1,300m in depth; present the lithological profile; and present the monthly progress measurement reports for all work in progress.

The referrals are all in line with what Mr. Thales has already presented - I will save you from repetition - but I want to highlight what he has already highlighted: I think the surface water, the rainwater issue deserves immediate treatment, especially with this information that he highlighted, of 30mm/day, which caught our attention. We, in geotechnics - isn't it, Mr. Thales? - we usually work with 200mm rain. When it rains 200mm on a day in a given region, we are sure that something will fall somewhere. And the data, the technical recommendation points to 30mm. It is not such an intense rain, Senator Chairman Rodrigo Cunha.

I appreciate the opportunity. We are engaged...

(*The bell rings.*)

**MR. VICTOR HUGO BICCA** - ...in making the efforts together with the Geological Survey and the other competent authorities to effectively clarify the causes of this phenomenon that we are calling neotectonics accelerated by human actions.

Thank you very much, Chairman.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – O.k. I appreciate the initial speech from the ANM representative.

I also make an important record of the presence of City Councilors from the City of Maceió: Chico Filho, Francisco Sales, and Mr. Cléber, who are present here accompanying and actively participating in this public hearing.

And not just them. Here, I reinforce what I said at the beginning: this hearing is being broadcast live on TV Senado, and there is interaction with the public, including regimentally, in a procedure through e-Citizenship, which is a form of interaction stipulated also by this Commission. And here we already have several participations, such as by Ricardo, Mickael, Ynnayara, Ericka, Walquíria, Maria José, Maria Estefânia, Flávia Soares, Falone, Andreia, Lhily... I inform all of you who have already forwarded your questions here that we are receiving them. And those who are watching us can also make comments. Ask your questions because they're instantly coming into my hands.

Continuing our part number one, which deals with technical surveys, I invite Mr. Jorge Briseno Torres, who here represents Casal (Water Supply and Sanitation Company of the State of Alagoas), so that he can also speak, as the work of Casal is always mentioned, or sometimes because of something that relates to the functioning of Casal that did not exist before and that came to exist in the district, about what is the problem that Casal faces and if it is also contributing for this phenomenon.

The floor is now Yours.

**MR. JORGE BRISENO TORRES** - Thank you very much.

Senator Rodrigo Cunha, Chairman of the Commission, Mr. Clécio, Chairman of Casal, has asked me to be here because, for reasons of force majeure, he would have liked very much to come here and give you a hug, but he instructed me to congratulate you on your initiative. And, by greeting you, I am greeting all my colleagues in the Board.

To the friends of Pinheiro — Rafael, my dear friend Geraldo, Adelaide, Manuel — by greeting them I greet all those present, the people of Maceió who are here. Your pain is our pain because many employees of Casal, Geraldo, live in the District of Pinheiro and are also struggling.

I would also like to greet all the Members of Parliament present here, the women in particular, on behalf of my dear friend Tereza Nelma, Representative, and of Jo Pereira. I would like to greet you on behalf of all.

What Casal... I will quickly mention what Casal is trying to do to mitigate the situation of the residents of the District of Pinheiro.

This is the area, the map of features, the risk map that was drawn up by the civil defense, the area hit by the cracks, and we stop there at that location.

Casal's infrastructure in this area is as follows: we have 25km of distribution networks and rings in the district. Diameters range from 300mm to 50mm, only 50mm are 90% in the network. This shows that the diameters of networks which are there are small. And that's good because, if there's a leak in a 50mm network, the damage and possible infiltration — because the ground there doesn't allow that much, when it's installed, because they are networks with 60mm deep at most... So, it helps a lot — 50mm is about the diameter of that glass there, of those glasses you have there.

We have never, in this region, explored deep wells — never in this region — nor do we operate cesspits and sinks, nor do we operate rain galleries.

The sanitary sewage network — I was even talking to Victor here — unfortunately, that was being deployed in the region, in the sub-basin — I even had the opportunity to tell Mrs. Rosemeire, of the Labor Public Prosecutors' Office, at a meeting — had to have the service suspended, since we would not deploy a sewage collector network in a region that is subject to land movements. The infrastructure built there would be entirely lost. So, in this sub-basin, the works were interrupted, and we are working in the other sub-basins of the upper part of Maceió.

We also intensified the search for non-visible leaks, Senator Cunha, because we are obliged to research non-visible leaks once a year. Visible ones are easy to identify, the population itself helps, or they are detected on the company's sensors when there is a pressure drop, and the team immediately faces the situation. When they're not visible, the kind of services here that we're doing are needed. These services are made with this equipment, the geophone. It is as if it were, my friend Cléber, a large stethoscope that, through sound waves, identifies if there are any abnormalities in the network. He puts that equipment over there on the asphalt, look, that you're seeing next to our employee's foot, and any leak, however small, not visible, that doesn't increase, is identified by the equipment, the location is identified, and then the team goes there.

No significant leaks were found, drips were found instead. It is impossible for a drip to create such a fracture. We may have drips in faucets in our houses, you know, Sampaio, in a bathroom, in a kitchen sink, but they can be quickly removed. And, in the last survey we carried out, none were identified. It's more or less that, Cléber, it's a... You all got it, right? Cléber has already identified right away with his stethoscope. But that's it: the leak does not arise, it does not increase, but its sound is transmitted and the operator, with experience, goes there and detects it.

There's one more picture.

There is also the listening stick, which we put on the water meters of the houses for any leaks. And even clandestine, irregular connections are identified. Any leakage of water from the normal network is also identified with the listening stick.

These services are being intensified in the district of Pinheiro, especially in the region delimited as a risk area, Geraldo. We're getting a lot of support from Civil Defense because this service has to be done at night, vehicle traffic gets in the way. So we do it at night or at dawn, and you have to get the support of the Civil Defense and even of the Military Police, in some cases.

One more. Then the staff service...

We also took an action: as soon as the fractures increased significantly, we reduced the pressure level of the entire district network from 25m of water column to 5m of water column. What's that for the beginners? If you drill a hole in a pipeline subjecting it to a pressure of 25m of water from column water, a 25m water jet rises. We have reduced the level with pressure regulating valves to 5m. The standards say that the minimum pressure has to be 10m of water column — we're even disobeying standards in this case.

For safety purposes, we lowered to 5 meters of water column so that, in the event of a possible leakage, the loss of water is significantly reduced, as well as the damage to the population. We're even violating rules there because the rule says it's between 10m and 50m of water column. We could go up to 50, but we narrowed it down and kept it at 5.

That is, more or less, the correlation between pressure and leakage. It's like a stroke, Cléber: increased pressure, you have a possible stroke. If you control the pressure... Same thing on the hydraulic network. So, look at the perfect correlation between mean pressure in the area here on the graph of X, in the numerator, and on the graph of Y, in the denominator, you see the leak factor. It increases significantly.

In this area there are also operational arrangements that we are taking. We are going to make the suppression of the power network. You, gentlemen, are checking out that green line over there, a green line, everyone is seeing it, right? This green line passes exactly in the risk area, in the area most subject to earth movements, and it's damaging our pipeline at that point there. So, Mrs. Rosemeire, we're eliminating this network, we're going to invest 300 thousand and we're going to feed the district of Pinheiro by these pink lines — see, Tereza Nelma, you're so fond of pink, it's in your honor. So we're here putting the power on these two pink lines at the bottom of the picture. We are going to feed the district, put networks out of the risk area. These works will begin in fifteen days at the latest. The material has already been purchased and we will begin to implement this new network.

The lowering of the baseline, of what I've already talked about.

The implantation of the two new lines, which are the pink parts, out of the risk area. That's Cepa. Cepa is exactly between the two pink lines.

We will segment the redistribution even more. We're already placing strategic records — these are small, 50mm records — because if there's a leak, if you isolate the area more quickly, you save the water that would be wasted on a possible leak. As the ground there is damaging our network, it's moving a lot, the network has a certain rigidity and it's breaking, the home connections are disconnecting from the network.

And commercial arrangements.

(*The bell rings.*)

**MR. JORGE BRISENO TORRES** - I'm finishing, just one more minute, Senator.

To mitigate the situation of Pinheiro colleagues, friends, what Casal has prepared — this was even in a very well conducted meeting by Mrs. Rosemeire, congratulations for her conduct —, what Casal is doing:

Cut the connections with properties that have been evacuated: Casal, for safety purposes, is cutting the properties that have been evacuated so that the connection is not exposed to any damage.

Suspension of commercial audits. There is no sense, in a community that is sensitized to the extreme, to carry out commercial auditing. We suspended it completely.

Suspension of the cut. Casal is not cutting off the water of the population of this region. It is an initiative that Casal has taken; we have suspended the cut, following a Ministry request. We prepared ourselves and reinforced, it was suspended.

The terminations requested by users were prioritized. The user who is leaving its house on recommendation of the Civil Defense, please contact Casal. Farol unit is very close to the district of Pinheiro, five minutes away. We have a 24-hour team with technicians specialized in network maintenance who, within five minutes, can go to the district. So, whatever leak there is — Geraldo stays there once in a while — the team, with the heavy equipment, at most 30 to 40 minutes is already on site.

Buildings with reduced occupancy. For example, in a building that has six apartments and there's only one resident... Casal charges for savings, people who live in condos know we charge for savings. So, the greater the number of savings, the bill increases. But there's no point, if the building is not occupied and there's only one resident, we'll only charge a saving, as if it were a residence. It is also another way to mitigate the drama that the population is going through.

And we opened a permanent channel of communication with colleagues from SOS Pinheiro.

That's it, everyone, I am at your disposal. Casal, Geraldo, is open to you, always has been, contact us! My phone number, which you have, is 24 hours operating, call me whenever you want.

Thank you very much, Senator, my best. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — The presence of Casal is very important in this public hearing. By the way, the Chairman was sensitive in sending You to represent him, he was one of the last to be called here, it was also a mistake in our communication, but he made himself present. That is very important. It shows the interest in dealing with the matter.

So, I also want to hear, I think it's one of the expectations of what's being put by the press, by the media... Everyone who is part of this follow-up knows that there are some hypotheses that are being designed as possible causes of this damage. There's no pretrial, there's no statement, there are hypotheses. And one of them is the reason that justifies the invitation to appear here, which was immediately attended by Braskem, which explores mining in Alagoas. It has the opportunity here to demonstrate how this work is done, especially in the district of Pinheiro.

It being said, I give the floor to Mr. Alexandre de Castro, Braskem Business Officer.

**MR. ALEXANDRE DE CASTRO** — Good morning, everyone. Mr. Chairman, thank you once again for the invitation, which we accepted promptly, as you previously said. I would also like to greet all the authorities present here, the members of the board, where we are having this important debate of discussion, all of us present.

I'm going to stay here, because I ended up staying in the corner, and then if I talk from here, I keep looking at the presentation and I can't look at you. So, is the device for moving forward there? Because I didn't want to turn my back on either of the two audiences.

We will divide the presentation into three parts: we will talk a bit about our operations — some of the slides that you will see here have already been presented, due to all the sharing of information and data that we have had with all the public bodies, especially with CPRM (National Mining Agency), but we will go in a little more detail in these processes — of our existing controls and the actions that we have been doing to support the authorities to find the causes of what is happening in the district of Pinheiro.

For context, first we talk about salt, we talk about our activity there, but salt is the first link of an integrated production chain in Alagoas, where the main products of our process are caustic soda and PVC. Caustic soda is much present in the process of producing aluminum, paper, and cellulose, soap and detergent, chemicals in a general way. And PVC, which we internally call the construction plastic, as it is very focused on segments of pipes and connections, liners, tiles, profiles, but also on footwear, laminates, and cables. So, just as a matter of context, salt is the first link in this important chain.

This is our concession polygon. The mining area, its size is 1,900ha. To date, in more than 40 years of operation, we have acted in 83ha, which represents about 4.4% of our concession.

Here's a little bit of the graphical scheme for you to understand how the wells work. They are one thousand meters deep, as has already been said; there are several layers from the surface to the salt layer. And this layer here is important, which we call a conglomerate, a layer of rock, a very firm rock, compared to a granite, which helps a lot in supporting all wells and in the operation.

Then you can see that we have vertical wells and directional wells. Verticals are, obviously, those wells in which, from the surface to the cave, to the mine, we have a straight pipe. And the directional wells, which at a certain point we do... This is a technology that we managed to acquire only after the 90s; at first all the wells were just vertical.

The technology of salt extraction. We call it dissolution, rock salt mining by underground dissolution. It's a relatively simple process, here we see the pipes, they're concentric pipes. The middle pipe injects water to the salt layer, dissolves salt, and forms the brine. Through the pipes outside, the brine comes out to the surface, we treat it and it goes into our production process.

The beginning of operations was in 1975, as previously said; depth of 1,200m, and the average useful life of our wells is of 10-15 years.

I think this one has been presented in virtually all presentations. Basically, we have 31 wells down, 4 wells active. The small red pins are the wells that are down, and the green wells are the wells that are active. It is important to note that, today, we do not have wells in operation in the district of Pinheiro.

All right, in general, this is how our operation works. I'm going to talk a bit more about our controls. For us to carry out the salt extraction activity in Braskem, we follow a series of international technical standards of a process, as you have seen, that is extremely simple, but quite consecrated internationally.

We also send annual reports of monitoring of salt wells and deliver it to the environmental body of Alagoas, the Environment Institute of Alagoas, known as IMA.

We have always worked with several international companies to help us in this process of monitoring and controlling all the wells — French companies, American companies. We have accelerated this process of contracting international companies from the end of last year to this moment, to help in this whole process of accelerating the identification of causes — companies like Sabine; companies like Flodim, Panamerican; the companies we are contracting to do the work of interferometry; Telespázio, which is the same company CPRM is working with; Groundprobe, which is a Canadian company, is also supporting the whole process.

All right, one of the main ways we can carry out the monitoring is through the sonar monitoring and subsidence of wells. Over the useful life of all wells, we made 125 sonars on all of them. As I have already said, there were companies contracted specifically to carry out these studies. The data is used as inputs for geomechanics studies — I'll talk about it next. And, so far, we have been able to perform sonar in seven wells — do it again, since the last, which was requested by the National Mining Agency and also by CPRM; we're going to perform the sonar in all the wells owned by Braskem, not only those that are in operation, but also in all the wells that have been decommissioned the longest.

The topographic monitoring shows no evidence of subsidence in the mining surroundings, according to a survey conducted until 2017. We are contracting a new study to understand what has been going on from 2017 to this moment, and we have also contracted for the future.

This is a logging truck, a picture just so you can understand. There's a sonar over there, which is basically a probe. You open the well, take out the pipe, and put it down there so that it reaches the end of the well and you can do, through a stimulus, a sonar itself, to

understand how the well cavity is. And then these inputs we use to do geomechanics studies, to understand if the way the wells are, over time, could cause some kind of damage to the surface structure.

After the seismic shock — which has already been mentioned — in March last year, we were careful to conduct a surface integrity study within a 50m radius of our mines, both active and down. No pathology has been identified in nearby structures. We issued a report and filed with ANM. Both CPRM and ANM have all this information.

And here there are two pictures of well 31: 30m from the pit and 20m from the pit. We don't see it, or we couldn't figure it out...

(*The bell rings.*)

**MR. ALEXANDRE DE CASTRO** — Mr. Chairman, can I have one more minute?

(*Intervention outside the microphone.*)

**MR. ALEXANDRE DE CASTRO** – O.k.

And, finally, the risk area: we have also seen the map here in this part, in this session, showing that we have no wells under the risk areas that have been mapped.

All right, for the last part, the actions that we are doing and accelerating to contribute with information and with the authorities, so that we can get to the causes of what is happening in the district of Pinheiro.

The reflection seismic: almost 32km have already been executed. At the request of the bodies, we added a 620m line, another 1km line. We finished this job on the 15th, last Friday. So, we now need 30 days for data processing and another 15 days for interpretation by experts and our consultants to come up with a final report.

The sonars. Seven sonars were executed, as I said; two sonars in the Pinheiro region. We have three simultaneous probes in operation today. We have already contracted two more, which shall arrive by the end of March. Then we will have five probes in operation. And all the effort here is so that we can speed up the process of finalizing the sonars, which is a very important step for us to compose the entire final report.

The American company, as I have already mentioned, Sabine Storage and Operation, has been helping us in this process. We contacted the Solution Mining Institute in the United States. They indicated several international companies with knowledge in this area. We contracted Sabine. They have already been to Maceió and are helping us in this process of sonars due to their knowledge on the matter.

Interferometry is a word that everyone here, if they hadn't heard it before, certainly learned today. We contracted two companies, Telespázio, which is the same company CPRM commented on. And then we broadened the scope a bit: data from 2011 to 2019, without specifying the direction of displacement. The deadline for us to have the report is of 30 business days. And the company Groundprobe, in Canada, with data from 2017 to 2019, showing the decomposition of displacement, both vertically and horizontally.

So, speaking of interferometry, we are trying to seek the most modern thing to help us form the final report. And, as I have already said, we contracted future data to monitor operations as well.

And I'm glad, Thales, as you said, that they contracted a broader study as well, from 2011 to this moment, because I think it's going to help us, in the exchange of information, to compare the data.

We're doing a lot of work in the district. So, these are studies... We sometimes put the sonars. So, we identified the need to communicate much more with the residents of Pinheiro.

Among the several actions that we have launched, I wanted to highlight that we distributed 17 thousand pamphlets to the community. And then, every time we perform a sonar activity in a certain street, we have been giving the pamphlets, we have also passed with a sound car to inform the residents and society of what we are doing. We have also launched a page on our website, which is: www.braskem.com/esclarecimento-alagoas, in which we have been posting all our activities, so that the community can know what Braskem is doing all the time, in a clear and transparent manner.

Very well, in order to finish all this stage of completion and conclusion of what has been causing the problems in Pinheiro, we need the monitoring of the subsidence by topography, the conclusion of sonars, interpretation of interferometry data, seismic interpretation, the measurement of wells with gyroscope, geomechanics analysis, and 3D modeling. In other words, a series of actions are still needed so that we can reach a final report.

These works take time and, once again, I reaffirm all Braskem's efforts to accelerate this process, contribute, and pass all this information to the bodies and entities present here.

Lastly, we, even though we have some time...

(*The bell rings.*)

**MR. ALEXANDRE DE CASTRO** — ... to finish all the technical part, think, in line with what has already been said here, in most presentations, that we do not need to wait for the end for this to happen. We can, for sure, do something to help, especially because in the middle of April, or in May, the rainy season begins. Our concern is the community. We contracted companies to help. Specialists have made a series of recommendations that we can, on an emergency basis, make in the district until the studies are completed.

I shall also highlight here something that may have already been talked about in all presentations, that is a temporary surface drainage system, among a number of other actions.

I would also like to highlight that Braskem is a private company; we can't just walk in the street and do something. Because of that, what we need is all the support from the public bodies, and we are supporting this process, so that these emergency activities may be installed.

That's what I had to present to you. Once again, Mr. Chairman, I mention that Braskem has participated in all the discussions to which it has been invited to discuss this matter, discuss the subject of the district of Pinheiro. I say that we are contributing unrestricted with all the information and data to identify the causes of the problem and I say, once again, that we want to be part of the solution.

Thank you.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Well, it is exactly noon. I inform you that this public hearing is also being broadcasted by TV Assembleia — Representative Jo Pereira is present here — and also by TV Cidadã, of the State Accounting Court. That is, the breadth of our reach here is large, enormous.

Reinforcing the methodology, even because of the time — it is already noon — we are only in the first part of four. I have several questions here, and the purpose of the public hearing is precisely this: to extract information. If you also want to ask questions, do it in writing. It will not be possible to open now the room for questions in view of the time. So do it in writing, send it to me, and, according to the moment, we will analyze here and transmit it. I know that each one has a specific situation that comes along with the vent. We are here in front of at least one hundred people, 150 people, and it is necessary to have a methodology.

Here, beginning, I listened carefully to all the speeches and I want to ask some questions, first of all to Officer Frederico Bedran, of the Ministry of Mines and Energy.

Mr. Frederico, I have learned that, on March 13, there was an interministerial meeting in the Presidency of Brazil. So, I want to know whether You can tell us what the content of this ministry meeting in the Presidency of Brazil was. What is the importance given to this specific topic, whether there is a committee created, at the federal level, to monitor this whole situation, whether there is dialogue between them, and whether the state and municipal bodies know about these meetings. So, if there's something only at the federal level or if there's already this integration of a committee set up to look at this particular case that we've been dealing with all morning.

So, if You can give those answers, given that you are representing the Ministry of Mines and Energy here, and it was present at that meeting, I would like to know first.

**MR. FREDERICO BEDRAN** — Well, Senator, I did not specifically attend this meeting, but I did attend the subsequent meeting, which was yesterday. Coordination is incumbent upon Cenad. Mr. Armin Braun will be here shortly after, and he can clarify that even better. But all the federal bodies involved in the issue are together in a sort of crisis room set up to monitor all the facts and all the technical investigation that is being done initially via CPRM. So, I think the acting of the bodies is a coordinated action. This is a priority in the Government, and we are dealing with it very carefully.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Continuing, then, do you know if there are specific minutes, if there is something confidential, whether there is also participation of state and municipal bodies, if there is this dialogue of what happens in these meetings, given that one of the purposes of this

public hearing is to unify not only communication, but also the acts, and seek, perhaps, here a unique direction of a committee, in fact, with the participation of all the entities involved.

**MR. FREDERICO BEDRAN** - For sure. I even stressed it in my opening line. This immediate responsibility today is incumbent upon the municipal and state Civil Defense. So, the Civil Defense, Cenad, CPRM, all federal bodies are readily able to support these municipal and state bodies in all immediate actions, that is, yes, there is a very close relationship between the bodies, an exchange of information, as was seen in the presentation of Mr. Thales.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - Well, I am going to....

**MR. FREDERICO BEDRAN** — In this regard, Senator, I would even like Mr. Armin Braun to reinforce this joint action of the bodies.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — So, I will direct the question to him at the right time, because that is one of the great goals of this public hearing.

Work and support have already been made clear and transparent that they have been around for a long time, but the issue is a single line of work, and that will be the result of every board here. It is a question so that we can move forward because we all have our assignments. Mrs. Roberta, in the Federal Public Prosecutors' Office, certainly has more than a thousand assignments. So, if we establish a crisis committee and each body targets someone specific to deal with it, the chance of a faster outcome is much higher. Therefore, this will be one of the subjects to be extracted from each board.

Here, continuing...

**MR. FREDERICO BEDRAN** – May I? The Federal Public Prosecutors' Office has already notified us, requesting information, all bodies present here, at least ANM, CPRM, and the Ministry. We will not only respond to the Public Prosecutors' Office, but we will also forward all documents, all reports made so far to the Public Prosecutors' Office.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Got it. That's not the situation. Answer is mandatory. We're talking here about creating a priority, a single committee, a steering committee, a crisis room...

**MR. FREDERICO BEDRAN** - Yes. In fact, that already exists.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) specific with the persons appointed for this and who can charge these people a speed and a unique result, but we will ask, in the next part.

Continuing, in the second presentation, Mr. Antônio Carlos handled it very well, when he said here that the absolute priority must always be the preservation of lives. So, that word, for me, is the one that drives the feeling of everyone who should be here. Therefore, the preservation of lives must be important. He spoke here about the importance of having

the support of the Congress, no doubt, and made a provision for the Country, as has been rightly said, of what CPRM is.

And I would like to know, within the scope of CPRM, whether there is today — in view of what I have heard, of what You have said — a budget difficulty; whether this is a reality; whether there is a budget difficulty; if some resources have been relocated to Pinheiro; whether it would have been possible to improve the care provided to the population and the studies done if there were more resources; if there is, today, some impediment, some hindrance, something in the bureaucratic, financial part mainly, on the part of CPRM, whether it has failed to make or is not having a result in a timely manner due to the lack of some investment.

At first there was not even the equipment; today we are already talking here about equipment from Italy, Japan, the United States, with experts. So, today, is there anything that can be done to improve the work done by CPRM? I would like to know that from You.

**MR. FREDERICO BEDRAN** — Senator, as I said initially, CPRM had resources to attend other projects that we had already been carrying out, at the national level, within our pre-established schedule. And we use these resources to deal with the phenomenon that occurs in the district of Pinheiro. And then, we have already had a contribution of funds from the Federal Government to continue the geological research that is being done in the district of Pinheiro. So, until now, there has been no lack of financial resources for the execution of research activities in the district of Pinheiro.

We need to make progress in the research, and here I want to take the opportunity to also, if you allow me, comment on the question made by the Leader Representative of the Federal Bench of the State of Alagoas and tell him that CPRM Brazilian Geological Survey is a knowledge company, it is a company of science, and we are practicing geological science in the State of Alagoas, more precisely in the district of Pinheiro. The advisor Thales showed that organization chart that we are already thinking about, in a short time, in the shortest space of time, to give you the answer.

Science requires time, determination, persistence, and everything else. So, as you ladies and gentlemen can note, there are several methodologies used in the district of Pinheiro; there are several geophysical methods employed in the district of Pinheiro. And that takes time. We need ten to 15 days to process the audio-magneto telluric, which is now closed. And we're going deeper into the research. And, as a knowledge company, we could not, out of nowhere, bring information to the public bodies, to society, in the district of Pinheiro, that does not correspond to reality.

So, I want to say to the honorable Representative that, like him, we are also concerned with the claim of the people who live in the district of Pinheiro. Therefore, we're accelerating permanently. We have a team of geologists, engineers, hydrologists, back in Maceió. We work, we are working Saturday and Sunday, the whole Carnival we were there, working.

And I also want to tell the Representative that we are not going to the beach, although the city of Pinheiro, in Maceió, is beautiful. And, for this, for the transportation of our

technicians, it is necessary to provide the air ticket, it is necessary to provide the daily rate, accommodation, and hotel.

I want to say that the two times I went to Maceió, for a meeting with the appointed authorities of the State, with the municipal Local Government, with Mr. Governor of the State, with the State Legislature, with the Federal Office of the Attorney General, a workshop promoted by the Public Prosecutors' Office, we visited Pinheiro. In fact, Pinheiro and Maceió.

And I would also like to say, in reply to the Representative, that, in relation to our CPRM, Brazilian Geological Survey, linked to the Ministry of Mines and Energy, the officers and technicians are the lowest salary amongst the state companies linked to the Ministry of Mines and Energy. And, whichever officer, until December last year, when he needed transportation, he had a daily rate of R$110, which now is of R$155. So every time we go to Pinheiro, we go to a restaurant, we spend more than that and we ourselves pay for it. But it's our job.

And I also want to say to the honorable Representative that I am not employed by the Brazilian President; I'm a career employee of CPRM. I'm a geologist for over 40 years at CPRM.

(*The bell rings.*)

**MR. FREDERICO BEDRAN** — And I am on this executive board not upon appointment by the current President; I'm here upon appointment by the previous Government. Now I, as a geologist and as a technician, hope to be making our contribution to ensure the preservation of life to the people of Pinheiro.

So, we need to have peace of mind to process these data and bring in the right and accurate information. And, at the end of our report, of the report being prepared by our technical staff, we will submit it to universities, we will submit it to whoever it is, to seal our technical work.

We are in contact with the United States Geological Survey, USGS, with two researchers with expertise in the subject, to find out whether our activities, whether our work schedule is correct. And we've had the information that the right, correct way is this. And we need, Mr. Chairman, to have that peace of mind...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – That was said in the presentation. I think it's pretty clear.

**MR. FREDERICO BEDRAN** — ... for us to complete this work. We are not here, under any circumstances, looking for who is liable; we want to identify the cause. And that cause, after being identified, we're going to make it public.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – So let's talk about it.

Continuing, I also want to address to CPRM and, if possible, to Thales, reading an excerpt from a letter forwarded in June, the Official Letter No. 17/DHT/2018.

I'll read what it says. We are talking about the month of June 2018; so, it's almost ten months ago.

It says that there is a possibility that the process we are talking about here may present dimensions and consequences far greater than the indications currently allow us to estimate and can even evolve into a collapse of the land — that is, the sudden fall with high energy. We're talking here about June.

From that moment to this moment — it was even said in the presentation here — the situation is getting worse. That is, there is still a movement of the land, which is increasingly sharp. I even noted here, when it was mentioned that this subsidence, which is precisely the soil going down, began to be increase in several parts after that period. In other words, what was already alarming, in the beginning of June, is being seen today.

So we are, in fact, faced with a situation that could lead to a collapse of the ground, causing a sudden fall. Therefore, I believe that our duty of alert must be active.

So when that statement was said... And here I believe that, today, the main problem of those who are watching me and who live in the district of Pinheiro is to understand the delimitation of this area.

As far as I know, the delimitation was done by the Civil Defense of the Municipality, which placed "red, yellow, orange area", and this delimitation was done by observing the building evidence, or, at most, I believe, with equipment that did not reach 10m. I don't know if they even used this equipment, but it was made according to the calls that were made, and they were delimited. We're talking here about satellite technology, an American, Italian, Japanese technology, I don't know. But today, for sure, what worries every person who lives in the district of Pinheiro and who places in their CEP the address of the district of Pinheiro is to know: "Please, is my house in the red area? Is it in the yellow area? Is it in the white area? I live in the white area, but it's cracked. There are people in the red area whose houses aren't cracked." In other words, delimiting this space, today, is a priority, even if we do not yet have this definitive report of who is liable. So let's get back to what has been said here: the absolute priority is saving lives.

And my question, my first question, is this: does the area that has been delimited, which is exposed today to the population of Alagoas as being red, orange, and yellow, remain the same? If not, we shall warn these people.

The Public Prosecutors' Office, on Tuesday, made a recommendation for people living in the red area to leave, as already done by CPRM, as already done by Dinário, the Municipality, asking people to leave. It's an emergency situation, and it's already been decreed in December.

So, knowing what actually happens today, what is the area in which people have to leave their houses is the first step. Then, where they are going, how they are going... We'll continue at the other Boards here. Who is liable? At some point, who is liable will be verified. But today, we have to delimit this area and know if there is, today, any place we can say: "This is an uninhabitable area. No one should stay here in this situation, because they will be putting their lives at risk."

So this question is very important, given that we have a permanent monitoring that states that there is a worsening each day, as was said here by NM, every hour. Situations that take millions of years to happen are happening every hour. And it's visible. People are leaving their houses.

If I talk here about each one's feelings... We will have the representatives of the residents, who will talk about it, but the feeling is a feeling of irreparable loss. There's the affective issue, there's the psychological issue, there's the financial issue, there's the social issue, there are the entrepreneurs... That is, it's too big.

So, today, the question is this: what is exposed as being a red area, which is the most serious one, where people should leave, on which there is a determination of the Public Prosecutors' Office that was the result, of course, of the evaluation of these official letters to which we had access, of the information that was given on lectures, of coexistence with people, of the reports... Is it just that area? Or do those who live in other areas also have the instruction of not staying there?

I can't measure it, I'm not an expert in the field, I don't know if it's too much, if it's too little... Even Dinário, I think, will be able to tell what month it usually rains 30mm. But are they going to wait for rain to leave?

I grew up, and common sense also determines this way, listening: "It is raining, go home and you will be protected." But they're going to say: "It is raining, leave the house, otherwise you're going to risk your life."

So, I think that this delimitation today is the main goal of those who live there. It's about knowing.

And this has several new issues. First of all, anyone who leaves their house has the social benefit. It's not privilege; it is benefit. They may be entitled to what we are going to vote on here, the FGTS, to differentiated credit for entrepreneurs. So there's a whole consequence of that, and there's responsibility for what's been exposed here and feeling.

You have been there for many months, and there is the feeling of brotherhood with those people who need support. That we can go in parts, and that each one does their part, which is what? This is what's happening. Let's save their lives. That is it. How, when, then it is another issue, another issue. Who is liable? We will get there.

So, Thales, if you could scale this...

Even when you mentioned in your presentation the going down, this 188mm subsidence, which even in some places is about 40cm, this speed of this going down, you mentioned it to us as a warning. But I don't know what normal is. If 188mm is serious, what's normal today? I know there's, of course, a subsidence of the soil...

**MR. THALES QUEIROZ SAMPAIO** (*Out the microphone.*) - Three millimeters.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Three millimeters

So, we are talking here how many times more? I'm not a mathematician either, but 50 times more, 60 times more of what is natural. That is, something supernatural, something that is unnatural is happening. So, it is our responsibility.

I could not imagine anyone else who could collaborate on this subject who is not here today. I couldn't imagine. And I thank my entire team, the staff of the Commission, who, together, responsibly, thought who, in this Country or on this Planet, can contribute to clarify the situation and, above all, try to calm people down, try to find what can be done.

So I know it's a huge responsibility within your functions. If you can answer these questions, it will already be a good way for our next steps.

**MR. THALES QUEIROZ SAMPAIO** - Senator, thank you for the opportunity.

This is really serious. So we must speak clearly.

And the Representative, Mr. Senator, and several people have always referred to Thales, but I want to say that Thales here, first of all, is leading the team pursuant to the determination and trust of my officer, who, by the way, besides my officer, has been my friend for many years. We're CPRM researchers together, we've worked together for many years, and we know each other very well. And I had thousands of things to do, and I didn't know Pinheiro was so important, and, before I knew Pinheiro was so important, he knew. And he said: "Stop what you're doing and go there." Right?

So, I think this shows the synergy, ability, and sensitivity of an officer to realize that there is a serious problem and that it is necessary to have a person with a lot of experience to deal with the problem.

Second, we have a very good team working together. So when I'm talking, I'm not just saying what Thales thinks; I'm telling you what Thales thinks and what the team at the Brazilian Geological Survey thinks. And then, we have geophysicists, we have geologists specializing in Structural Geology, geophysicists who have a bias for electroresistance, for audio-magnetotelluric, for seismic, well... In the science of Geophysics, you subdivide, in Geology, you subdivide, and the great challenge... We are used to, we are trained, in our schools, to work separately: we take separate exams, we take courses, we graduate alone, we do masters' degrees alone, we do doctorates alone, we apply for government functions alone, but then, after you enter the company, you have to work together. This is the big challenge. And I would say that the great talent of the Hydrology and Territorial Management Executive Board, led by Mr. Bacelar, is this ability that we have to get people to work together. That's why we're going to be able to advance this schedule.

But, today, what can I say? What can the Brazilian Geological Survey say?

As it was written in June, what we realize is that there was a fracturing zone, there was a zone that, today, we know is a shearing zone. That is, there was a fracturing zone, and then, over time, we realized that it was not just fracturing, because the fracture opens, but there is no landslip; neither in that direction, nor the...

We started seeing landslips. So we knew there were fractures and failures.

We know that the Maceió basin is full of fractures and failures. Right? And it's there: Maceió is full of fractures and failures. It's not just Pinheiro. The entire Maceió, Salvador, Recife has... Well, in all Brazilian coastal cities, but notably Salvador, Recife, Maceió, and Sergipe have fractures in urban zones, which are quiet. Including the famous fault of Salvador, Cidade Alta and Cidade Baixa, and the Lacerda Elevator built on the plane of the fault. That is: leaning against the plane of the fault.

What can we say today? We have a slow movement, which, by interferometry, shows us that, as of May 2016, the movement already existed, but the movement was slower; and, as of June 2017 — we looked at several points yesterday — we have an acceleration of this movement. It's not a big acceleration. So much so that, on average, we have important areas going down, and when everything goes down, the area doesn't break.

Where are we seeing the broken things? Where are we seeing the shear? Where are we seeing the fracturing? In a part that is not going down, along with a part that is going down. That is: if you have two parts, and this one says, "I have no reason to go down and I'm not going down," and the other one says "it turns out that I have a reason to go down, either due to cavities or for some other reason, and I'm going down." Then, there's only one way: either you stretch it, or you break it, or you bend it. Right?

Since the land there is friable land — especially the upper layers — and we still have some important layers of limestone in this geological column, we do have a conglomerate. This conglomerate is a synthetectonic conglomerate... What does synthetectonic mean?

When this conglomerate was deposited, the basin was moving. Why? Because, for you to deposit a conglomerate... A conglomerate is a cluster of rocks, composed of granite, quartz, gneiss pebbles; that is, there was a source area west of Maceió, which grew much higher than the sea, and, therefore, this conglomerate went down. To understand, they were alluvial fans. Let's think of big rivers coming down, carrying these rocks for a long time, so you can have a conglomerate 300m thick.

So, that means a rather large geological time, and, by nature, there was crustal movement in the deposition of this conglomerate. And, therefore, the geological survey advocates that it is possible that, in this conglomerate, there are zones of weakness that were formed during the deposition of the conglomerate, just as we advocate that there is a zone of weakness throughout the geological column of the district of Pinheiro, and these zones of weakness are not reported in Braskem reports, are not reported in the polls, and we need to find these zones of weakness, which we already know exist on the surface, because we're seeing them...

We don't have to say "oh, I'm not going to call it a failure anymore, I'm not going to call it a fracture." Today we are already sure that what we are seeing on the surface are failures and fractures. The whole team already agrees that they are at least 80m deep. And I, who do not agree with this opinion, can already see this up to 150m deep, but let's say that the team is right, because they're being very careful... But now, with the methods we're investigating, up to 1,500m, we're going to see these surfaces.

There is a possibility that these failures... These failures are rotational; they're not flat. They start verticalized and rotate. There is a possibility of this failure spinning on top of the conglomerate and that this whole part is moving towards the pond. But this movement is a fissure move. Imagine when you say a person is crawling. It's just that they are really slow. That is: the snake is crawling. The snake is different, because sometimes it crawls fast; but, usually, when you talk about crawling, it's slow movements.

We've seen the fissure. The fissure already has landslips, and we can already see the 10cm, 15cm, 5cm landslip on the surface. But the interferometry was carried out and told us this: what you're seeing is the meeting of the part that is going down with the part that's not going down. That's what you are mapping. That's where it's breaking.

So, what we're seeing broken is a meeting of two parts, one that doesn't go down and one that goes down. And, as to the one that doesn't go down, there are a portion of areas inside it that is not broken. But why isn't it broken if it's going down? Because it is going down as a whole. And, on top of the houses we see broken, and we performed several tests yesterday... We picked up a part on the side of the house. There, that part had a going down speed of such amount; we picked up a part on the other side of the house, the point was going down much less or wasn't going down. And then it breaks. If one side is going down and the other is not going down, it breaks.

That's exactly what we're seeing. The zone mapped by CPRM as yellow, red, and orange is the encounter of two parts, the part that is going down with the part that is not going down, which is all that green area that I showed in one of the slides.

Now your question, the most important question: "What now? And the population of Pinheiro?" Because we were worried about the yellow, orange, and red zones especially. What about the population in the zone that's going down even more, where we don't see big cracks?

We don't know, Senator, today, whether this fissure will evolve into a more abrupt movement over ten years, over 20 years, over 50 years, or next year, or the next rain. Unfortunately, Geology is still not able to say that. For example, the famous San Andreas fault in California. There's a prediction from the United States geological survey that we're going to have a major earthquake in California in the next 50 years. They have a lot of sensors installed along this fault, but they can't... This earthquake could happen next year, it could happen tomorrow, and it could happen in 50 years. What they know is that the potential energy being accumulated is going to break off at some point in the next 50 years, which, for geological time, is a very small time, because Geology works with thousands of years, millions of years, and even billions of years.

For example: salt formed 100 million years ago. That salt is 100 million years old. I'm rounding it up, so we don't forget. There were the coastal ponds, the sea filled these ponds with saltwater, stood there quiet for a while, evaporated all the water from the pond, it deposited, I don't know, 2, 3m of salt, and it would go again, during... And it deposited 300m of salt. After that, the sea invaded this salt, and formed a continental platform of clean, shallow water, with salt in the bottom, conducive to the deposit of limestone, which is a marine rock. On top of this limestone, the famous conglomerate was deposited, which we imagine can function as a slab.

We need the geophysical data to understand where these geological structures are going through, what they're cutting, whether they get to the salt caves or not, whether they rotate on top of the conglomerate — which would be perhaps the best scenario to stabilize the district of Pinheiro —, and, from all this data, we point out, with civil engineers, geotechnical engineers, geotechnical geologists, structuralist geologists, a solution for stabilizing the district of Pinheiro, if possible, and we pray a lot for it to be possible.

Now, today, what can we say? If it rains in the District of Pinheiro... And I have always said: "No, let's consider a rain there of 60, 70mm..." Today, the team that is working in the District of Pinheiro spent the whole night working and collecting data, because our attorneys from Maceió asked us to answer a series of questions.

So, I said: "Today we sleep little and wake up early, I'm going to the Senate with Mr. Bacelar, Mr. Jorge Pimentel, and our parliamentary advisory and communication advisory team." Here is also a special advisor to the Minister, Chief Jeferson, who assists us, who called us to talk on Monday for a long time — it was two and a half hours of conversation. Therefore, the special advisory of the Minister of Mines and Energy is perfectly informed of all we are talking about here. And the Minister himself is informed of it.

And what can we say? By the end of April, we will have a lot of data and a lot of recommendations to make, and maybe some solutions. We hope we will have a way of pointing out solutions.

During this month of April, Senator, there is an anguish for all of us, from the Brazilian Geological Survey, for all of the state, municipal Civil Defense, for all of the District of Pinheiro. We are going to need a "people, it's going to rain, leave" scheme. Then someone asks me: "But we will leave where it's red, which you haven't mapped, from what I've shown here, which is in subsidence?" I asked that question to the technical team this morning. I asked the head of the technical team that's there. Her name is Sandra Fernandes, she has a master's degree, doctorate, post doctorate, she is a person of absolute trust of all of us, especially the officer, and she said: "In my opinion, in case of rain above 30mm, people should leave the District of Pinheiro."

And this creates a very serious problem, because for that to happen there needs to be a very large structure, which cannot be just the municipal and state Civil Defense. This needs the involvement of the Federal Government, municipal government, and state government... That is: right now, I think these three Branches have to hold hands. The Legislative Branch needs to be attentive, the Public Prosecutors' Office attentive...

And what I can say, on behalf of the Brazilian Geological Survey, with permission from my officer, is that we are completely committed to clarifying the causes of this problem in the shortest time possible. This fellow here, a few times, late at night, we were arguing, he looks at me and says: "Go home, because you're already talking nonsense. You've already left... Go get some sleep and wake up early." And I've been doing it, because he's angry, because the executive board is pretty big. I just wanted you, gentlemen, to understand. Sometimes you think: why isn't the officer right there in Maceió? This fellow has over 500 people under his leadership.

Yesterday he was in Santa Catarina, observing and dealing with a very important subject, which is the recovery of areas degraded by coal mining. The companies went bankrupt, the Federal Government was held liable, and this came to the Brazilian Geological Survey, to take responsibility for something we had never done before. So he had to form the team, structure this team, partner with the Army, and we're recovering those areas back there.

So, it's just to understand that it's a team, but no one, none of the researchers in Pinheiro was removed neither to Brumadinho, nor to this area of Santa Catarina, nor to any other area by Mr. Bacelar's determination. "Take no one out." And I'm the spokesman for this team, I lead this team, and with a great honor, because it's a team of excellence.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well.

I admit that Your speech, with the presentation, made me see a scenario here: this fissure situation. So the problem becomes more visible when you have something stabilized. In the one that is not stabilized, there is a subsidence, that is, a lowering of the soil, and you can measure it. The houses crack, but they're going down.

Whoever is down here is also going down, but his reference point is not the one that is standing still; it is the area that is next to it. So I understood the drawing of the curve, the fissure, as you say here, and the area, from what I understand, will be much larger than the one presented today.

Thus, I ask you here, in public, to commit yourselves to the State of Alagoas, with the people from Alagoas, so that, by the last day of April, this area be delimited and this report to be presented be conclusive.

From what I understand, the studies have already been carried out. What is being done is an analysis of these data. I believe that information has already been extracted, because no matter what, it is better to have the true information or the possible situation of seriousness than to think that the millennial time, the "maybe that will happen one day", and take responsibility, and this is not your case. From what I've seen, the technical part is being done. But we need to calm these people down as well.

And the attitudes, then... The problem will be a national problem, the Municipality will do its part, the State, the people... It's going to be a commotion, no doubt, because we're only talking about the district of Pinheiro... And, yesterday, I had the information from Fecomércio that the district of Pinheiro accounts for 20% of the jobs in the Municipality of Maceió. And it's not the district of Pinheiro anymore, because, when we talk about the fissure, Mutange and Bebedouro are also involved. This area becomes bigger, to get to the lagoon. So it's a very interesting situation.

So, publicly, I ask: can we here... And I point out that a Member of Parliament, a Senator, a Federal or State Representative, a City Councilor... A lot of people think the main thing they have to do is making laws. I always say it's the second main thing. The main thing is to monitor public services, public funds. So, we're going to have here a line of work as well, in order to charge that.

So, this Commission... We are sitting here, on the Federal Senate Commission on Transparency, Governance, Inspection, and Control, which I chair. So I'm paying attention to the beginning, middle, and end.

We are talking about reasonable deadlines, given that it is not today. This is already an expectation of what has already been even put as an initial deadline a time ago. So that's the commitment.

Then, there are just two questions relating to that. First, if we can, even to calm people down, say: "Look, before the rainy season," which I believe starts at the end of April or at the beginning of April — so, there's even this aggravating factor — but, in that period, people will already have an expectation of what area is being served and what the reach is. Because, from what I understand, it's not just the red area; is not just Pinheiro; is a whole region. And then the problem is big, and we're going to look for a big solution too.

So, that's one question.

And another question, which is not within my scope here, but that will be the result of my questions to the others here, is whether CPRM, today, can scale these caves that are mentioned, under the ground.

Can you tell what the radius is, what is the horizontal and vertical length of these caves that exist today in the district of Pinheiro? Even because today there is a lot of information circulating, some even fearful, others that we know is computer creation, but there is also a lot of true information about it.

So, if there is today, on the part of CPRM, the knowledge of the scope of these caves, what dimension they have, so that we can proceed here with the hearing.

**MR. ANTONIO CARLOS BACELAR NUNES** — Senator, we can commit here to expedite, so that, by the end of April, we have our report ready and with the suggestions identified there, to make them public knowledge.

We will do everything we can to ensure that, by the end of April, we have our report completed.

But I also want to make a warning: this does not prevent municipal, state, federal and Civil Defense organizations from starting to work for a future emergency in the district of Pinheiro. Mr. Thales has made it clear that the district of Pinheiro is in constant movement. And our biggest concern is the rain season, which is almost here.

Therefore, it is necessary that municipal, state, federal, non-governmental organizations and Office of the Attorney General are already working, in order to avoid a damaging consequence to human life.

Because that part there is not the responsibility of the geological survey. Our responsibility, Messrs. Senators, ladies and gentlemen, Representatives, Public Prosecutors' Office, is the conclusion of our report. And we shall, being confident in the team we have, reach the end of April with what we understand about the problems of the district of Pinheiro.

The second question here, Senator, I want to leave for Mr. Thales, because it's a more technical question and he has more information than I do, even though I'm also a geologist.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Before you answer, Thales, there are questions that have been sent by the e-Citizenship here. I summarized all these questions that were made by Walquíria and Mickael Douglas — even Mickael Douglas is following here, from Alagoas — by Maria José and Maria Estefania.

So I summarized their question in these speeches.

**MR. THALES QUEIROZ SAMPAIO** - Well...

Mr. Chairman of this Commission, it is important... And the most important thing here is transparency. So I've been trying to be always transparent, as much as that distresses me in some moments.

What are we seeing? Because the big point, Chairman, is that we're processing data, and processing takes time. We're using... For example, I have a computer here today, which is right there on the table. If we're going to process what we're processing on a machine like that there...

It would take us 24 hours to process an image of a scene, right? This same image, which was an interferometric satellite image, today, we can process in two hours with the machines we have. So, look how much time we're now able to save.

So, what are we seeing? While we're doing it, we collect some data, raw data — but you see the data. And of course the geologist has the geological reasoning and has the experience, right? And, in the electroresistance part, where the interpretation is faster, we could see, at the intersection of conductive zones, that we are interpreting as faults something that we interpret as small voids — not big voids — but these small voids contribute a lot to what is happening on the surface.

Are there big voids? We're seeing some anomalies in gravimetry. This gravimetric method, its very name is saying: gravimetry works with gravity. It's a super sophisticated, supersensitive device. So, you have to work very carefully, with the high-precision geodetic GPS, always next to it. The GPS has to be always in front. And our geophysicist... This device is not for working in the city. So he had to learn to clean from the device the noises of buses, trucks, cars... That is, the human noises of the district, so that he would be left with only what is specifically Geology. And he did it. The job's getting really good. And he can see some anomalies that can be identified as voids at greater depths. I asked: "Roberto, how deep?" He said: "I can't see. I have to process more."

So, the electroresistance points out that it's possible that there are voids at smaller depths — so I'm talking about depths of 50m.

It's possible there's some kind of void in the first layer of limestone, but we'll see this... The first layer of limestone is below Barreiras/Marituba Aquifer. These are two geological layers that, hydraulically, are connected. Hydraulically means that water passes from one to another without a barrier.

Below these layers, beneath this sandy aquifer, there is limestone. And as we exploit, as the very nature of mining exploits water from that aquifer, it pulls water out of that aquifer, and, therefore, when you're pulling water out of the aquifer, the groundwater moves at much greater speed than when it's not being exploited. And since the exploitation is 24 hours a day nonstop and sometimes 300, 360 days a year — that is, just for maintenance — if the water is circulating in the limestone, there may also be cavities in the limestone, but we will only know this when we get all the geophysical methods, interpret them, and integrate them. That's what I was saying: we're used to working apart. So, the electroresistance guy will say: "Look, I'm seeing this." The audio-magnetotelluric guy will say: "I'm seeing this." The gravimetry guy will say: "Okay, my friend, and what are we all seeing together?" We're going to have to integrate these data and have a three-dimensional model in which we can show, in a three-dimensional manner, what we're seeing to a Brazilian Senator, a Governor, a Mayor, a manager. That is, we will show in three dimensions. Look, here you see north, south, here you see east, west... That is, you will be able to rotate your part, look at the district of Pinheiro from above, see the topography...

We made a bending flight. It wasn't a simple drone; it was a Vant. We did very high-quality photos of the district. These photos are being orthorectified. It means we're going to have the topography in detail of the district of Pinheiro. It will be very useful for what we will need to do in the district of Pinheiro. And then we'll get the detail of all the geological layers and the geological structures.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — The Board is taking a bit longer, precisely because of the technical data. Lots of news are being presented to a large portion of the audience that is watching and who is present here. The questions will arise later. But in terms of data alone, I'm getting confirmation here from CPRM. Let's set a date: by April 30 we will have this report completed. Just so there's a technical instrument.

This way, I'm going to change the agenda a little, but questioning is necessary. So I really appreciate it because it's something that creates an expectation. It's very positive.

I'd like to ask a question to the representative of Braskem, Mr. Alexandre de Castro.

Alexandre, in the provision made by Braskem, it was demonstrated here the concession polygon that Braskem has in that area, which, coincidentally or not, if we were to talk about the polygon of the affected area on this subject, which was demonstrated here by the civil defense, by CPRM, by ANM, coincides a lot with the area that was Braskem concession. And I'd like to ask You about this mineral exploration underneath. I know its entrance is a small entrance, but, underneath, it increases that radius, increases that range. If Braskem today... If these wells that exist not only in Pinheiro, but in the whole region in which there is Braskem concession... If you can tell what its dimension is. Is that, today, possible to say? Do you have these reports? Do you have these certificates? That's one question. That's the first question.

And here I always ask you to be very brief, even due to the time, so that we can be productive.

Another question, and here challenging what was said by ANM: the information here tells us, from what has been said, that these wells are no longer vertical. The presentation demonstrated a kind of exploration that starts vertical and then it goes sideways, directional, and another that is vertical. So, it was demonstrated here by ANM that these verticals today are bent. Does Braskem have this information too? Is Braskem the one that sends this information to ANM? How is ANM inspection of Braskem carried out? Are they monthly, annual reports? And who makes this report?

**MR. ALEXANDRE DE CASTRO** – O.k., Senator. Thank you for the questions.

Once again, we have... Because, from the operation point of view, whether they are directional or vertical doesn't make much difference. The technologies that allowed us to make directional wells was precisely so that we could explore others or extract salt from other areas. So, the directional system allows us, for example, to drill a hole, as You said, and to make the well out front, under the lagoon, for example. That's why we can do it through these two technologies. So whether it's directional or not directional doesn't have that much influence on the process.

The size of the wells.

As I said, those are wells that have useful life depending on the amount of wells I have in operation, which can vary from 10 to 15 years. And, in general, the wells down there have a diameter dimension that can rotate around 200 to 300m. This is roughly the diameter that the whole well can have, as it has a circular, oval shape; so, from one point to another, it can be from 200 to 300m.

And the last question, commenting...

(*Intervention outside the microphone.*)

**MR. ALEXANDRE DE CASTRO** – I'm sorry. I'm here with the team, like you, and I'm with the Industrial Officer of Braskem, who works with mining. If you let him correct a piece of information, I'd appreciate it.

(*Intervention outside the microphone.*)

**MR. ALEXANDRE DE CASTRO** – Mr. Álvaro César.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - You can come over here.

**MR. ÁLVARO DE ALMEIDA** — Answering the question: when the structure of the salt was shown, we see that, more or less, it varies around 300m, from top to bottom. So when you make a well, whether vertical or directional, from the integrity point of view, there is no difference. The only difference from the directional is that I can put the Christmas tree here... I'm here, for example, at CSA, and instead of taking CSA

underneath the ground — you know CSA — I can position the Christmas tree there and direct the salt removal, which goes down a thousand meters — under the lagoon. That is the only difference.

So, normally, when you look here, this salt level goes from 900 to 1,200m. So it has 300m. If you drill a well, first, you don't pull it from top to bottom. Then we're not talking about the diameter; we're talking about the amount you took, from the height point of view, and the diameter, which was your question, is usually around 70m.

But all this is defined, because when you look... Here we have 300m, but not necessarily we will have it there. There are locations that are 200m. So, what defines this is a geological study, before you drill. That's why he commented on a life of 10 to 15 years, because, when you start taking it off, it's too small. You perform the sonar, and the sonars will show like this: you already took off, you were with a diameter of 10; two years later it's 20; three years later it's 30; four years later it's 45 — I'm giving out fictitious numbers. And the geological study says: how is the shape of this cavity, it's time for you to stop. That's why we do...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - Is it 50m?

**MR. ÁLVARO DE ALMEIDA** — No. On average. So, there are some that are 60, there are others that are 70... It's as far as we get to...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - The height?

**MR. ÁLVARO DE ALMEIDA** — The height, usually... Height. Diameter is what I'm talking about... As to height, since I have a level of 300m, usually the height is around 200m when we remove. It's the height. That's what he said.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - I'll use the presentation here, I'm not an expert...

**MR. ÁLVARO DE ALMEIDA** — It's ok.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — I will ask a question, with a logical extraction of what was said here by ANM, by the presentation of Thales, and what I'm seeing here.

When we talk about this area going down, that it's moving... I want to know from Braskem: today, this cavity... Our friend here... Álvaro, is this cavity here today? Because, from what I understood, there has already been a ground movement, you can no longer measure, at least vertically — as has been said here, it is bent. So, I want to know if this information said by that body that supervises Braskem is correct, because this here can be a great proof of the speed of what is happening and the seriousness of what we are facing. I repeat: this is not to say that being bent is what caused it, but it is a way to measure the progress of this land movement. I believe I made myself clear.

**MR. ÁLVARO DE ALMEIDA** — Got it.

Let me make three comments that are important.

First, the cavity is there, it's still there, it hasn't moved: it didn't leave here and went there or came here...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - But with regard to the...

**MR. ÁLVARO DE ALMEIDA** — Let me just make a comment.

Second important information: when we talk about cavity, at no time... It's not in the sense of this being void...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - No, I didn't say that.

**MR. ÁLVARO DE ALMEIDA** — No, I know. I'm just making a clarification. I'll answer your question.

At no time does this stay void.

As to the third point, it's important to keep in mind... I've made comments in several other discussions. These deactivated mines... This is a technology that exists all over the world. In the United States, for example, these mines, once decommissioned, are used to store oil or gas. How? It's deactivated, full of brine; one injects oil up there, the oil doesn't mix with the brine, expel the brine, and they store oil or gas. In the United States, this is very common; in the Netherlands, this is very common. Because it looks like a deactivated mine is a problem. It's a recognized technology.

Now, your question.

The bent that was commented about... It's not that this is bent. What we are observing is that when we are going down the sonar, to get here and do the ultrasound of the cave, to know its size, we are finding some situations, more in the upper region, of pipe bent. Then it corroborates exactly Mr. Thales comment: we are having a land movement, and, if there is a land movement, you can... If it's mainly in this horizontal movement, you can actually cause some kind of modification in the pipe — not in the cave, in the pipe. I think it's important that this is clear.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — It is, in the intention — that I believe this is the intention of Braskem — to help.

**MR. ÁLVARO DE ALMEIDA** — No doubts about that.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — So we are talking here, so much so that I did not even mention the question of oil, gas storage. I know it's a reality all over the world.

**MR. ÁLVARO DE ALMEIDA** — I am giving an example.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — It is not the matter of the cavity itself. We are... Even because Braskem might have access to information today, and it would really help the work that people are waiting for here.

**MR. ÁLVARO DE ALMEIDA** — Just rectifying, the information we have given to the National Mining Agency...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes.

**MR. ÁLVARO DE ALMEIDA** — ... and to the Geological Survey. We are working together, not separately... For example, the seismic analysis that we finished on Friday, the Geological Survey and the National Agency followed it the whole time. Alexander himself showed... We defined there all those lines which defined the 32km there. The Geological Survey... "Put this other line, extend that line a little longer." So we work together.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — So, as we are here talking about something technical, something that involves a serious issue that brings us here, of course, in this report there are more or less how many centimeters was straight, below the ground, from when, the surface, to the soil, even if it is in the superficial area, there to the area of sandstones, for example, but how many centimeters... I believe that you have these reports, this information, because if you always measure, even to inform the inspection bodies, and you can't go down to its cavity, to the final part, at some point, in some metreage, you will demonstrate where this obstacle is, and then, compared to the ground, you can get it.

**MR. ÁLVARO DE ALMEIDA** — The important thing is how deep.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Exactly. What depth?

**MR. ÁLVARO DE ALMEIDA** — Exactly.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – No, the depth and the inclination. So, I believe these data...

**MR. ÁLVARO DE ALMEIDA** — These are the studies that we are doing. When we perform the sonar, this information we're collecting, we're passing on. There's no goal of...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I know.

**MR. ÁLVARO DE ALMEIDA** — ... omitting information.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — You are giving information, and now I am precisely asking: what is it? That's

what I want to know. I'm not asking if you are giving information; I'm asking what the information is.

**MR. ÁLVARO DE ALMEIDA** — What is what?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — What is this inclination and depth of this operation?

**MR. ÁLVARO DE ALMEIDA** — We are not measuring the inclination. What we observe is that, when we perform the sonar, we can find a bent pipe. That means it suffered damage. That's what we're talking about.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — But are you able to detect where the bent is?

**MR. ÁLVARO DE ALMEIDA** — Around 200m, 250m, we found situations like this — 200m, 300m.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – But is it affirmatively? From 250m to... Is that in the report? It's for a matter of reasoning.

**MR. ÁLVARO DE ALMEIDA** — There was a mine in which we found at 290m, there was a mine in which we found at 280m, there were mines in which we did not find.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - So these data I will also request in writing...

**MR. ÁLVARO DE ALMEIDA** — Sure.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — ... to demonstrate what they are, which were.

**MR. ÁLVARO DE ALMEIDA** — They are being sent to the National Agency, Senator.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Right. It is going to be sent to the Commission now.

**MR. ÁLVARO DE ALMEIDA** – O.k.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – This is the goal here: extract information. So, that's a question I'm asking to get information.

**MR. ÁLVARO DE ALMEIDA** — No doubt.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — So we can have a direction here.

**MR. ÁLVARO DE ALMEIDA** — Perfect.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – And here I ask ANM...

I thank the presentation of Victor, Director Officer of ANM, and I would like to know which was the last report sent by Braskem on the wells not only in Pinheiro, but also in the whole region that we are delimiting here. Which was the last report sent?

Second. We realize now, and I even emphasize once again, the moment we are living, of working with something preventive. What we now live in Brumadinho was a situation that challenged all those who are part of the inspection bodies, including some even are in jail. And one of the situations even for the engineers, too, because the agency that was supposed to supervise received the reports to analyze, and those reports that were analyzed were done exactly by the company. This is the situation today of ANM: it analyzes the reports that are done exactly by the company or is there a specific professional? How is the supervision of this agency carried out?

**MR. VICTOR HUGO BICCA** — Senator Rodrigo Cunha, the law of the National Dam Safety Policy defines, with great clarity, in its article 3, who is responsible for the project. So, the dam is under the responsibility of the holder of the mining right, who is liable for it. And the body that supervises the engineering activity is Crea/Confea.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — I even ask permission to make it clear that this example does not mean that ANM would be liable, but to say who analyzed it on the basis of these reports.

**MR. VICTOR HUGO BICCA** - Perfect.

With regard to details, technical specificities, I have brought here our Mineral Production Superintendent with me, he can detail more precisely the answer to You, if you allow me to do so.

I authorize Mr. José Antonio to answer. Is it possible?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes.

**MR. VICTOR HUGO BICCA** — Please, Mr. José Antonio.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — On this first bench, can you please set the audio?

**MR. JOSÉ ANTONIO ALVES DOS SANTOS** — Good afternoon, everyone.

Regarding the studies of cavities, they presented the report in the last week or first week of this month, which was sent to our advisor in geomechanics, who is doing the study, the interpretation.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - The report of... The study of cavities?

**MR. JOSÉ ANTONIO ALVES DOS SANTOS** — The study of the seven cavities whose ultrasound has already been done and has been presented and we submitted it to our geomechanics advisor to study and perform the interpretation.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — But now is it possible to say, in the cavity, what space is there?

**MR. JOSÉ ANTONIO ALVES DOS SANTOS** — At first, in a superficial view, you see that the geometry of the cavity is being preserved. That's it. At first, but a more accurate study is needed, and, to do so, we contracted a specialized consultancy.

**MR. VICTOR HUGO BICCA** — Mr. Chairman, I don't know if it is clear to all of us, but it is important to clarify: of the 36 wells that have been drilled for salt exploration, there are 30 or 31 down. The agency's requirement was that all wells, both active and inactive, be checked. That's why the company is running this Sonar campaign. It was from this moment that this issue of the difficulty of accessing some surface caves increased with more intensity, because the equipment that went down faced resistance.

So, the immediate reading is that the well is bent. This bent was reported to us and took place in depth, Mr. Thales, between 250 and 350m. Then it is clear that technicians, especially from the Brazilian Geological Survey, will use this, because the big question is whether the listric faults are accompanying the conglomerate or cut the conglomerate.

So, this information from the company is very important for us to be able to help clarify this issue, Senator.

**MR. JOSÉ ANTONIO ALVES DOS SANTOS** — Just complementing: we first received the result of five wells that we sent to CPRM. Now we have received another two and we will also send for CPRM studies. Apparently in one of the wells, since you mentioned whether it is 100% preserved, in one of the cavities, it seems that it gave a different configuration from the last Sonar they had performed.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well.

Members of Parliament who are registered here — as a suggestion as well — if you want to speak now, you will be very welcome; if you want to speak at the end of each part, if you want to speak at the end of this part, emphasizing here the objectivity, which is not the case of you, ladies, as I am sure you will not overextend yourselves, will not make a history here; the history we all know. These are really objective questions to our guests, and may we follow to the other parts to end this public hearing today.

Therefore, I give the floor to the Federal Representative Tereza Nelma, so that she can also ask the members of the Board her questions.

**MRS. TEREZA NELMA** (Group/PSDB - AL) – Good afternoon. For some, it's still good morning because we didn't have lunch yet, but good afternoon.

I want to greet the residents of the district of Pinheiro, the authorities, the bodies that are present here, the authorities that make up this Board, and greet, on behalf of all, Senator Rodrigo Cunha, who is very concerned with this situation in Pinheiro, as I have also been following this.

I say, as a City Councilor I was until three months ago, I've always had a very close relation with Mutange, always accompanied Mutange. For more than six years, I helped Mutange a lot with bags of cement, because the staircases were cracking, the houses, the little church we have there, Our Lady of Fatima... There are always houses and more houses cracking. The bank is falling down; every rain, every wind, it falls, and we are always looking for solutions. Dinário was always present, but without the power of decision. Dinário has always been there.

For a while, Pinheiro has been in a difficult situation. And I am, with the presentations, gentlemen, very worried, because we do not yet have the solution, and, as Mr. Antonio Carlos also said, science takes a while.

On January 16, I was there at the meeting in the local government, and one of my surprises was the absence of the Federal University of Alagoas. I went to the university, I met with the principal, worried, because she is very important, so that there is no missed information and, especially, with the sectors that already study this fact. There were times when I was, as City Councilor, with Mr. Mayor of the city talking about the situation of Mutange, along with the Federal University, me and Dinário — right, Dinário? —, and there was always the request for drainage, solutions, the university giving at least immediate solution to that issue of the slopes of the banks, but there were never funds, we never succeeded. And today we are in a situation of real calamity; it's not just an emergency. I was even more worried, Mr. Thales, when you talked about 30mm of rain, and our decree is of an emergency. Isn't it the time to make the decree of calamity so that the residents of Pinheiro have a warning of what is happening? Because it's distressing.

(<em>The bell rings.</em>)

**MRS. TEREZA NELMA** (Group/PSDB - AL) — I have friends who have already left.

Perhaps this is not the time, but I would also like to take this opportunity and say to you the anguish of the delay in the renting issue. The delay is long.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Tereza, we're going to...

**MRS. TEREZA NELMA** (Group/PSDB - AL) — This is not the time. I know.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – It's another Board, precisely There will be one person responsible for that.

**MRS. TEREZA NELMA** (Group/PSDB - AL) — All right. So, at this point, my question is: isn't it the time to make the decree of calamity to make a warning? For Mr. Thales and other authorities in the matter to say: "You have to leave!" The Public Prosecutors' Office, Mr. Alfredo Mendonça, now, this week, said that the task force to leave is not easy, the gentlemen themselves have already said that. It's distressing. It's

really catastrophic. So my question to this group, the scholars, the authorities of our Country to answer, is that.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Well, I also do not know if that would be the position of Dinário to answer it. Dinário has more experience in this issue of emergency and calamity, because, here, seriousness is detected by them, but who says that is the Municipality. We even have a representative of the Municipality here to speak.

Does anyone in the board want to present a position on this? I believe technically, Dinário...

**MRS. TEREZA NELMA** (Group/PSDB - AL) — With due respect for the federative agreement and all things that are incumbent upon the Municipality, but we need (*Outside the microphone.*) to act faster. As you know the reality of municipal Civil Defense, we really help, make decisions together...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – So, please, Thales.

**MRS. TEREZA NELMA** (Group/PSDB - AL) – ... so that we don't mourn the consequence later.

**MR. THALES QUEIROZ SAMPAIO** — With due respect for Mr. Armin Braun, Colonel Dinário, and Colonel Moisés, the feeling of the Brazilian Geological Survey team is that there is already a calamity there, it is an emotional calamity, it is a calamity... (*Claps.*) I am not a Civil Defense technician, and this is not a decision of the Brazilian Geological Survey, but, with the permission from my officer, I answered because we have telepathy here. Just one look and I know what I can talk about and what I can't.

The Brazilian Geological Survey team thinks it's a calamity and there has to be a plan. How do we remove people? How do people leave? Where do they going? What do they receive? Until we understand what's going on, the whole month of April comes and the anguish... Plus: I think there has to be a team of doctors, psychiatrists, psychologists, and social workers in the district taking care of the people. People are getting sick. There are sick people in the district of Pinheiro. Now, this is no longer within the scope of the Brazilian Geological Survey. On behalf of the team of the Brazilian Geological Survey, we have suffered from this. It's just an opinion.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – All right, Thales. Your positioning was important. We'll discuss that too in the damage management part. That's why you're all here dying to speak. But there is a technical authority here on the subject that certainly has a lot to contribute. Mrs. Roberta raised her hand.

So, I request that the third-row audio be set, please, to the Federal Attorney, Mrs. Roberta.

**MRS. ROBERTA LIMA BARBOSA BOMFIM** — Good afternoon, everyone!

I'm getting a bit ahead of myself, that's true, Senator. I wanted to raise a matter of order. In fact, we would speak further ahead, based on the division you have established, but, in view of the discussion that has been brought, I would like to say that the Federal Public Prosecutors' Office issued three recommendations yesterday — we were working Monday, Tuesday, and yesterday — aimed at the national Civil Defense. They have different purposes.

The first understands and recommends that the defenses coordination room be installed urgently, with the integration between national, state, and municipal Civil Defense. Another point of this recommendation is that this integration also acts to carry out registrations. I point out here that we tried — we worked with the district of Pinheiro — that the whole district of Pinheiro be registered, because we did not know what would come from the final reports of CPRM. We tried to get this done by the Brazilian Geography and Statistics Institute Foundation, the IBGE, given the expertise even in doing the census, but we received the news that it was impossible to do so. So, in view of this news from IBGE, we recommend that the national Civil Defense joins them to help in this sense.

The second recommendation was that the National Civil Defense also coordinate, together with the other Defenses, a healthcare network for residents, finally, for now, in view of all these facts, it really gains even more emphasis.

And the third recommendation was in relation to social rent. We worked with the Map of Features in the yellow, red, and orange areas. We had news that there was a lot already forwarded by the Municipality and pending resolution by the Federal Government. Therefore, we recommend that the registrations that have already been sent by the Municipality to the Federal Government be appreciated and be granted so that this social rent reaches the residents. Since we had no idea whether the area — it's something that has been worrying us for a long time — would change, increase or not, we recommend that the entire area indicated by CPRM — that is, currently, we have one, but it may be another — benefit from social rent.

So, I take this opportunity to reinforce, with national Civil Defense, the importance of appreciating these recommendations. I think it's a path that we have to walk in this organization and in this integration, so that we can build the path in a very short time.

It was a matter of order since we are already discussing what to do.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes. That's it.

**MRS. ROBERTA LIMA BARBOSA BOMFIM** — Then I asked for this opportunity and I thank you immensely for granting it to me.

Thank you.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mrs. Roberta, it was a very important intervention, no doubt.

I tried to make it clear here at the beginning that this is the big goal. Everyone I talk to, many people say: "Look, Rodrigo, let's join forces, let's centralize." And today, when I look here, I see the concern of each one who makes a presentation with preserving lives... We know that sending an official letter from Brasília to Maceió takes time. So everybody's supposed to be in a WhatsApp group, to be all speaking the same language, to be in an integration room, like you said — I called it here the steering committee or crisis committee — because a name like that identifies it. In fact, I think it should be led by the Federal Government sphere. I think there should, at least at first, be like this. I'm sure there would be no strength from the Municipality, the State, because people want to solve this issue. And that would be a way of de-bureaucratizing, without a doubt, all these formalities, of having people installed there, of course.

Dinário has even rented or reserved space to place the Civil Defense there. In our last conversation, he said that. Psychologists are needed; the number is little, it's too much, there is no, there is.

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – That's it! Go to the street. But it's to get out... How nice would it be if we left here with this, with the commitment of each one to internalize with their bosses the possibility of formalizing a group — I liked the word — an integration room so that we can have a unique communication.

I gave an interview last Friday and it looked like the world had fallen. I just said what I've been hearing everywhere. Then it already creates an expectation. Another person will talk, create another situation; another one comes and says: "It's not like that." What now? Do I leave or not? What is this situation? It's important to have that.

The biggest example is Brumadinho. Every day, at 4:00 p.m., the fireman would come over and tell what had happened, he was the spokesman. Why not do it there? This calms people down, residents participate too, appoint a representative. They end these fake news thing, because only one body takes over a dimension like this... I think we're going to have some serious problems, and we're already having them. In a month from now... What if in 15 days from now it rains 40mm? What now? Everyone saw today that if it rains 30mm, everyone must leave the house! What if it rains 40mm? Who's going to calm these people down? Dinário has no way of hiding, because he has white hair, is easily recognized, when he walks down the street, people ask. And this should be kept in mind: if I have a family there, do I tell them to leave or not? Do I ask them to leave or not? If I have relatives there — and I do — I say: leave!

So, that was my information before the people I love. And I think that must be our thinking here about the people who are in this situation. By the way, they're in the red area, but the ones in the other areas... If that's what I said here... This area was measured through visual or superficial identifications of the building situation, and today we have a satellite for that, so our responsibility to accelerate these deadlines is very important. We cannot postpone — and I know this is not the case — and in a while say: "It wasn't important." But, as far as we can already help, let's move forward to saving lives. I think it's very important, and we should leave with this direction, without a doubt, from this public hearing.

**MRS. TEREZA NELMA** (Group/PSDB - AL) — Mr. Senator, I would like to mention an anguish of mine here, because this has been recommended since last year: the situation room.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes, we have the minutes here, it's all in writing.

**MRS. TEREZA NELMA** (Group/PSDB - AL) – All this, we know that this was it...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Good!

**MRS. TEREZA NELMA** (Group/PSDB - AL) — The accompaniment of families, a group to provide support there in the district. For all this, we fought, we fought. That's good!

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Representative Tereza, it was already a recommendation of the Federal Public Prosecutors' Office.

Representative Jó, please.

**MRS. JÓ PEREIRA** — Good afternoon, everyone. I would like, first of all, to congratulate You.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - Before, allow me to make the presentation. I was extremely informal. I only said: "Representative Jó."

Representative Jó Pereira, State Representative, I also followed your positions in the public hearing at the State Legislature, which is a very important working tool as well. You are concerned because you know the size of your responsibility. You represent the State of Alagoas; not a political group. You represent the State of Alagoas, you were the most voted Representative of the State, and, of course, you always add, when you can, in the interventions. Therefore it will be a pleasure to listen to You.

**MRS. JÓ PEREIRA** — Thank you. Always democratic and could not be any different, due to this public hearing, attending this public hearing, You, now Senator of Brazil. Together, we inaugurate a series of public hearings at the State Legislature of our State and today I am happy to tell You that there are constant public hearings in that House. The society once again participated in the legislative House of its State, participating in the discussions. So, it's very important, we did this together in the same legislature. For me, it's an honor to be here today.

I appreciate the dissemination of this meeting through the channels made available by the State, TV Assembleia itself, TV Cidadã of the State Accounting Court. I thank you all for your efforts to make this happen.

I'll be very brief. You have already said that we have been charging the same thing since February 22. Your words are the same as mine. I was not happy, but pleased, when I heard from Mr. Thales here today, representing CPRM, that the feeling is of calamity. We used to say that already. We have also sent an official letter to the Mayor of Maceió, so that he asks the state of calamity, because, by the federative agreement, he must ask the Federal Government. It is necessary for the National Force to coordinate the process. The Municipality has no structural condition to serve the people of the district of Pinheiro as they need it and how they deserve.

And here, overcoming the issue of public calamity, I was very worried. I have already met Mr. Thales there in the State Legislature of the State of Alagoas and, at the time, Senator Rodrigo Cunha, we talked, as said, that the rainfall limit has decreased; that is, it went — if I'm not wrong it was of 80mm — to 30mm. At that time, CPRM had already raised a concern: the meteorological radar of the Federal University of Alagoas, which accompanies the rainfall index of the State of Alagoas, has an obscure zone due to the blocking of the cell signal in the prison that is adjacent to the Federal University of Alagoas.

So if the rain that comes to the capital city of the State of Alagoas comes from this obscure zone, there is no way to anticipate the emergency situation so that people may leave that district. This was resolved with the State of Alagoas. And here, taking the opportunity, we point out: it should be here... And, also taking advantage of the situation, the participation of the Legislative Houses in this problem, Senator, has been intense — from the City Council, the State Legislature of the State of Alagoas, now the Federal Senate. And then the Executive Branch, both municipal and state, does not participate directly in the decision-making.

Therefore, the commitment is necessary, including personal, of the chiefs of the Branches, so that their teams can give their utmost in order to solve these problems, as it is details such as the radar that accompanies the rainfall index that can make a difference, whether or not to save lives in that locality.

And then I would like to ask Mr. Victor, who named neotectonics accelerated by human action, isn't that it? That is, by human actions. So, there's a human action accelerating the process of tectonics. What actions are those? It was unclear. We need to identify it because to me the information was very important. It's not a cause of nature by itself. There is a human action interfering, accelerating the natural process, and this is very important for the people of the district of Pinheiro.

So our mission as politicians, Senator Rodrigo Cunha, is being accomplished today, also through the opportunity You give us at this public hearing.

Thank you very much.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Thank you.

So, being very objective in the answer as well, a question was directed to Mr. Victor.

**MR. VICTOR HUGO BICCA** – Thank you, Chairman, Senator Rodrigo.

Representative Jó, in fact, the name, the classification of the phenomenon is an advance by attempt, given the data we are collecting and the conversations we have had with CPRM colleagues. It is tectonics because it arises from mass movements that are raised...

(*The bell rings.*)

**MR. VICTOR HUGO BICCA** - due to faults that exist in the region. Why human action? Because there is a lack of basic sanitation, of surface drainage, there is a disorderly occupation of urban space, there is mining — mining is man-made. I mean, therefore, everything is related to us, because we occupy spaces in a disorderly manner, because we don't have basic sanitation, because we don't drain the surface water, we mine. That is, CPRM is studying all this to know whether one cause prevails over the others or whether it is the set of these possible causes that prompted the acceleration. And the issue of acceleration is because we, geologists, as Mr. Thales rightly pointed out, work on the scale of millions of years, thousands of years.

And we've been keeping up. There are wells that were drilled recently. In Well 36, Mr. Alexandre, that is running, at a certain point, the drilling equipment faced difficulties to go through, as it was beginning to bend, starting to hold the drill. I mean, there's a movement going on, and it, apparently... The interferometry images, Mr. Thales, are blunt! It started in the green — I highlight this — back in June 2016; in December 2018, a portion of the district was red. This is an unambiguous signaling that the process is a process that is at considerable speed for a geological phenomenon.

That's it.

**MRS. JÓ PEREIRA** — So, at the very least, there is a joint responsibility of those who would be responsible for basic sanitation, rainwater, mining. At the very least, there is joint liability between these persons, whether individuals or legal entities.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Exactly. The time to extract information is right now.

Here already...

Mrs. Roberta missed something to conclude…

**MRS. ROBERTA LIMA BARBOSA BOMFIM** — May I?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes, yes.

**MRS. ROBERTA LIMA BARBOSA BOMFIM** — – Thank you again, Senator.

In the matter of the monitoring system, as you spoke about, the radar that is installed at the university really had a stain. The university met with the Secretary of Resocialization, and they managed to solve this stain. It is not seen anymore. Considering that, in view of our long contact with Mr. Thales on this path, the rain has always been presenting itself

as a trigger for this, we have been working with the university on a proposal to improve this monitoring of rain.

So, the university made a proposal, we presented it to the Municipality on Monday. Today, two of our colleagues — because there are four of us in the Federal Public Prosecutors' Office working on this issue — will present this proposal to the Governor of the State, shortly, at 3 p.m. We have also been working on the issue of the Semarh Warning Room, as we have information that today there is only one meteorologist in this Warning Room. Then it will also be on the agenda of our meeting with the Honorable Governor of the State of Alagoas.

That was all I wanted to mention...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well, it's important.

**MRS. ROBERTA LIMA BARBOSA BOMFIM** — ... so that I would not forget and could answer to you already. Thank you, Senator.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — In addition, only one highlight here: I do not know if you have noticed, but first, we will also have at another board here the Federal University of Alagoas.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — Mr. Chairman, since I know that You do not distinguish feminine from masculine, I would like to ask you to give me the floor as well.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Yes, now is the time, now is the time.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — The Public Prosecutors' Office of Alagoas, the State Public Prosecutors' Office, has a public civil investigation that I have been following from the beginning — in my speech, I will talk about it. And we heard the radar officer at Ufal — it is in the investigation — when he narrated this concern, which, very brilliantly, Mrs. Roberta detailed, that there was a stain of about 30% to 45% on the equipment in the system. I did not want to quote, for safety reasons, but the colleague has already mentioned that it was about the cell phone blocker in the prison system that was poorly regulated and that was allegedly causing it. We immediately called the Secretary of Resocialization, he went to the Center for Operational Support to Prosecutors of the Public Prosecutors' Office and, after our... We also received his statement, and he committed himself to solving the problem within 24 hours. And within much less than 24 hours, he already sent us an official letter that he had met the technicians there and the problem had already been solved. Then, just like the Federal Public Prosecutors' Office, Mrs. Roberta, we went to visit the radar. There, effectively, we saw that the radar is ready. Now, ready, but in order for him to give that information six, eight hours in advance, he needs to make an agreement with the State Government to set up this office there — and it just seems to me that some state-designated officials would sort it out — so that, with those people, he can trigger the state and municipal Civil Defense to say that, in eight hours, we're going to have rain and the density of this rain.

The State Public Prosecutors' Office is also sharing here together with and as a partner of the Federal Public Prosecutors' Office.

Thank you very much.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — José Antônio Marques's intervention is important because it already clarifies the problem here. It's important to know that it's been solved. You even went to check it in person. That problem was solved, but it wasn't by turning off the prison blocker, it was just by adjusting the system there. So, let's calm the population down because I believe it's still blocked. This is very important.

Now, to really finalize this Board, I left this question last, because I wanted to hear everything that was going on. I said, in the beginning of my speech, that we, Brazilian citizens, do not have the culture of doing preventive work, evacuation works, getting used to sirens. This is not in our culture. We held this issue in Alagoas, Maceió, recently. Problems existed, because they must exist precisely in the trainings, they are made for this. Simulation.

My question, Thales, is this: from what I understood, the risk of this fissure happening is to let all that land come down. The evacuation plan was made, I believe, to one side. So, faced with this situation presented today, what is the need, what is the urgency of making a new simulation in another place, given that people were running to this side and it is to run to that side, summarizing, speaking in words my vision of what I was able to detect from what was exposed here.

So, if you can clarify this point, to end this Board and go to the second part, it would already be of great value so that we can already charge the next Board for this position.

**MR. THALES QUEIROZ SAMPAIO** — The evacuation plan has safe locations, but there are places that are not safe, which are in subsidence zones, because we did not know when the plan was made.

So, now, you should really go into this detail with Colonel Moisés and Mr. Dinário, so they can choose truly safe places. And my suggestion is that the next simulation be made of... Well, that's up to you, I'm not going to suggest on that. I've given a lot of suggestions and I've talked a lot about what's none of the Geological Survey business.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - So, alright, it's important. It's not safe the way it's being currently done, and the professionals are now going to talk about this situation...

**MR. THALES QUEIROZ SAMPAIO** — What we have today is not safe, because it has changed, that is, you have a whole area in subsidence that we did not know was in subsidence. The entire area where Braskem is located, for example, is in subsidence. And the data Braskem had was that there was no subsidence in its area.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Got it.

**MR. THALES QUEIROZ SAMPAIO** — That is, the subsidence was of 4mm, 5mm per year, and interferometry is showing that it is reaching 18cm in the year.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Got it.

And now, to end this Board, I want to know from you, gentlemen, who are present, whether anyone has any objection to internalizing and striving for a single committee or an integration room to be set up quickly, as has already been requested by the Attorney, as has also been demonstrated here by the intervention of the Representatives and my intervention.

So, does anyone object to a creation and being part of this group? Anybody here? I am going to ask each Board that, in this Board, because you all will also be notified to internalize, so that we can speed up what has already been officially requested by the Federal Public Prosecutors' Office and other bodies at other meetings. In other minutes I've had access to, this has always been promised. So that we can unify. With your commitment, we are already leaving here with a good step being made.

Is anyone against it?

Those who agree with it remain as you are.

**MR. FREDERICO BEDRAN** — Just to point out, Senator, I don't think, in any way, there is a position against it, but, within the scope of the Federal Executive Branch, there is already a group formed.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I'm talking here, aren't I? The federal group is already formed, so is the municipal group, and the state shall be too. So I'm talking about integrating everyone in a WhatsApp group. I mentioned here, but it's not that; all within a unified line of work, speaking the same language, de-bureaucratizing.

Therefore, I thank everyone who made presentations and move on to the second part.

Thank you. Have a nice day. (*Pause.*)

To go to the second part, I invite the representative of the Local Government of Maceió, Environmental Attorney Gustavo Esteves, to be present at the Board; Mr. Secretary of Civil Defense of Maceió, Dinário Lemos; representing the Government of Alagoas, the State Coordinator of Civil Defense, Lieutenant Colonel Moisés Melo. (*Pause.*)

(*The bell rings.*)

So, let's start it. Repeating.

Already here we have the Secretary Moisés, Dinário, Gustavo Esteves, and also the officer of the National Center for Risk and Disaster Management of the Ministry of Regional Development, Armin Braun. I also invite the representative of the Federal University of Alagoas, Professor Sandra Leite.

Well, gentlemen, let's start this second part, a time in which we're dealing with damage management. We've already been through some of the technical surveys, I think we've extracted some important information here.

And I would now like to hear Maceió's Secretary of Civil Defense, Dinário Lemos. Dinário, before your speech, I also want to testify here your personal and professional commitment. It's important to make this clear. The population recognizes your work. May we join forces here so that the Municipality of Maceió fulfils its role with excellence and that the result arrives as soon as possible. May we do what is your job today, which is to work in the preventive part, for sure.

Dinário, you have ten minutes to present what, in fact, you are experiencing and what is being done by the municipal Civil Defense of Maceió.

**MR. DINÁRIO LEMOS** — Good afternoon, everyone. I greet the Honorable Mr. Senator of Brazil Rodrigo Cunha, on behalf of whom I greet the whole Board, and the Honorable Mrs. Representative Tereza Nelma, on behalf of whom I greet all the women in the working group here.

I stood there thinking, meditating, and what am I going to tell the people of Pinheiro from here until April 31? Ladies and gentlemen, I hope we leave here with a way to get together as soon as possible so that we... Because, if not... The population there must be terrified because what we saw... We have the month of April... To have an idea, Senator, in Maceió it rains approximately 2.000mm during and, in 2017, it rained 500mm for a week in the district of Antares, located, of course, on the rainy part, it rained 50% of what was expected. The rainy season is from April to July, and, if you divide 50% of 2,000mm, it's 1,000mm. In four months, it's approximately 250mm in the month.

Weather warnings that are sent to civil defenses arrive like this: rainfall during the day and moderate rainfall; sunny day with rainfall. Then I wonder: "Yes, but at what time is the rain? What is this moderate rain?"

Or rainfall from weak to moderate, and, during the day, rainfall in localities — it doesn't say the locality, it doesn't say the time it will reach the city or the quantity.

Senator, I wonder when I get to Maceió, what I'm going to say. If a resource is delayed for the population, a federal resource, this resource goes to Banco do Brasil, which is distributed to the residents' account; if it's late, it's a week of despair in the district. People... We have residents who are, as has been said here, very psychologically affected, people who... You travel, you prepare yourself, already spend a resource; imagine if you leave the house.

So, honestly, I hope we have here an agenda of the whole situation, so we can tell something to the people of Pinheiro. Pinheiro has 20 thousand people living there, 15 thousand more... We are talking about the cities of Vale do Paraíba, Atalaia, Capela, Cajueiro, and, perhaps, even Viçosa: it is the district of Pinheiro. What are we going to say to the district of Pinheiro by April 31? It has already been said here: the route has changed, the scenario has changed, the district is moving, there is a risk, you need to leave... How is this agenda? Or don't let it be judged on me.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Dinário, we are here for this, you can be sure. (*Claps.*)

You can be sure that's the point: "We want to schedule a meeting," the meeting is scheduled, we're here. We can't leave here without it. We can't. It's a month. So if there's no condition to anticipate the report, because really the United States, Japan, Indonesia, whoever it is, is looking at it, but we have responsibilities. What has been said here: the speed of the movement of the soil is high and big. It's very out of the ordinary. People are leaving their houses because their houses are cracking. The street sunk, the gas station's already sunk, the store has a hole in the back, that's the situation. We're not dealing with paper here, we're dealing with lives.

We are conducting, in the best possible way, without a doubt, so that your work, the work of Mrs. Roberta, of the Public Defender's Office, of the Members of Parliament who are investigating it, of OAB, of all of these is not something under protocol, something mechanical, no; it's human. Because I walk down the street too. I was crucified by some people because their store fell after an interview I gave. I gave the interview after I told you what I saw here. And I'm going to say it again: it's a situation of something that's going to happen. And it's happening. We just don't know when or how. My family, my friends... When I finished the interview, they called me: "Rodrigo, is it true?" "Yes, the situation is serious. You're a person I love. Don't just stand there waiting for it to happen." If it rains 30mm... I want to know when it rains 30mm. It rained 500mm in a month. Who knows what's going to happen next week.

So, there are no doubts that the situation is serious. Now, we need to delimit this area. My main question was that. This area that is stipulated today in red and that was made, even, with the commitment of the Civil Defense of Maceió, with the instruments and the conditions they have, visiting, delimiting the conditions of the buildings... Work has been done that is a reference to this day, but we have the satellites that show that this has been expanded; in addition, it is no longer safe to make the evacuation plan as it was done, because it has already demonstrated, I don't know, 30 days later, that it was no longer safe. But 30 days ago, it was. Today, as already said here — Thales just said — there are areas that are not safe. This is what was done 30 days ago. And we're talking here: "What's going to happen in 30 days?"

I said here, before Dinário arrived, that his face is easily recognized. He can't hide in the crowd. People will come up to him and say: "My daughter, who is beside you..." Alex Bruno, by the interaction in e-Citizenship, participating live in this discussion, asks, in this case, to Thales, but I asked this question in a way: "If you and your family lived in Pinheiro, would you wait for the results of the study, the beginning of the rainy season to leave the district?" So, Dinário, you didn't even have to get to Maceió, as you said. They're doing it now. It was made at 12:57 p.m. That's what people want to know. Now, his job I believe is this — theirs here, ours, who is here at the Board —: to tell us what's going on. Now, how? That's what we have to think about. Where are they going? The Ministry of Regional Development is also here. Let's talk about the delays, without a doubt, of the payments here. Is the value too little? Is it too much? Is there any way to increase it? Is that the decree of calamity? Is it to modify the legislation on FGTS? So let's get out of here with this, Dinário. We have a huge responsibility here. We all have. So don't feel alone in this one. And everyone who will present something here, feel what

he is facing every day, feel what Alex Bruno asked here, who has a family there. So it's a life situation. That's what was said.

Dinário, if you want to wait to speak about it later... Let us hear here a little bit what is going on, every performance that is done by other bodies. And we are going to leave here... Because it even takes off that tension a little, I'm absolutely sure. With the most recent request of the Federal Public Prosecutors' Office... And this is also our goal, to seek a federalization, yes, of this situation, an increase in the capacity to act of each body and a priority of the one involved. Like I said, we all have activities. So, whoever's in the State, the Municipality welfare has more than a thousand assignments. But if you enter into a commitment to make an integration room, one person will be assigned to that and will be responsible. So the speed is much higher.

This way, I ask Dinário's permission to talk to him in a short while. First, I would like to talk to the representative of the State Government, who is also the State Coordinator of the Civil Defense of Alagoas, Lieutenant Colonel Moisés, who follows closely, who acts in this direction, so that we can understand what steps are taken. I understand you actively participated in the evacuation plan. So it's something that's going to be discussed as well.

You have ten minutes to make a presentation.

**MR. MOISÉS MELO** — Thank you, Senator Rodrigo Cunha.

By greeting You, I would like to greet all those present, the women present, greet our dear friend, Representative Jó Pereira, and say that the State Government has been massively committed to this project, in this great development that are these actions aimed at the district of Pinheiro. The Civil Defense is not just a body, it is a real system, and integration is necessary, Senator, with all the bodies involving federal, state, and municipal Civil Defense. And, in this context, we make our contribution.

We are based on Law 12.608, which is the law that provides for civil defenses in the three federative entities and based on this information from Law 12.608 and Normative Instruction 02, we will support the municipal Civil Defense in whatever it needs. In addition, several actions that were taken were guided by us from the Civil Defense of the State, passing on to Dinário the expertise of what was an evacuation plan, passing on the expertise of development and cooperation that the State has to give and should give this support to the municipal Civil Defense to face with greater promptness and more quickly a disaster that is announced in the district of Pinheiro.

We've been saying this for a long time. We have long been talking about the situation of the district of Pinheiro, it is not something that happened today. Since the quake, even before the quake we talked about it, and after the quake it evolved. We've been talking weekly. Concerning Dinário, we meet constantly to trace everything that will happen and transmit the instructions, all within the jurisdiction of each federative entity. So, the evacuation plan that was made was one of the best evacuation plans ever carried out in the State of Alagoas and one of the best in Brazil.

The population does not understand because, as You have said, there is no such thing as culture of prevention in Brazil. The Civil Defense in Brazil is something very new, Senator, it's as of 2010. So when it comes to Civil Defense, it's as of 2010, when the big

disasters happened. Alagoas went through the biggest disaster in its history in 2010 with cities totally destroyed due to a natural disaster that happened there, a waterspout that hit Pernambuco. Then, there emerged, from that moment, a greater development in the level of Civil Defense, as was also the problem in Rio de Janeiro and so on.

The population... I'd like to talk a little bit about the evacuation plan because the evacuation plan is the responsibility of the Municipality. We requested it, we requested to coordinate the evacuation plan due to the expertise we have, involving all state and federal military bodies. We requested: "Dinário, let us coordinate this evacuation plan." We took one more burden off Dinário. We could have stayed in the comfort zone and say: "It's incumbent upon the Municipality. Let the Municipality make this evacuation plan." At no time we are omitted here. We are working in partnership to find the best path, the best route to protect the population of Pinheiro.

We've been saying it all the time. We have called the public prosecution offices, we have called the Federal Public Prosecutors' Office, we have called universities, we have called every possible situation so that the meteorological information can reach us in a timely manner. So, we know that the system that is now directed through the alert system arrives late. That's not something that happened today, no. This has been discussed in the National Civil Defense Council for many years, and we need to improve, we need to improve, but today we are on the verge of a disaster and we want to give you delayed information, Senator. Do you know why? Because the information arrives four hours late for us. So the system needs to improve. We spoke with the federal universities, we talked about this to the Federal Public Prosecutors' Office, we spoke with the State Public Prosecutors' Office, the measures are already being taken because we need to have it six hours ahead of time just so that the alert can be issued.

Well, the State has not stepped away, we are giving our contribution and guiding the Municipality in everything it needs and supporting all the measures, as I said, including the evacuation plan, which is the responsibility of the Municipality. The State is prepared, Senator, for the disaster.

In the event of a disaster, the response involves all the entities of the State to be able to serve the population. But, before that happens, we are making our contribution, by precisely instructing the Municipality, seeking more partnerships, coming here, to Brasília, talking to Braun, talking to the National Secretary, discussing this problem with all the bodies involved, who are present here. We have already met several times to discuss this issue, and one of the State's concerns is precisely the meteorological issue, because everything already indicates, as Mr. Thales himself said, that the trigger will be the rain, and rain will begin now. In 60 days it will be raining in our State, and, as a result, we may have problems. But we will be waiting the results of Mr. Thales, all these studies that will be presented, so that further action in the State can be taken.

It has also been said here by Casal that the State Government has already signed the service order to carry out the basic sanitation in the district of Pinheiro, but not only Pinheiro, the entire district of Farol as well, which unfortunately was interrupted, Representative Tereza, because one cannot put more tons of concrete in a place that's moving. We've been talking for a long time that the district is moving. We need to evolve.

The recommendations that were made by the bodies were also made by the Civil Defense. The State Civil Defense has made several recommendations to the Municipality, including some time ago. It is there, in writing, a request for further housing assistance: "Monitor that." "Help in this." So, we are giving all possible instructions and undertaking what the Municipality faces difficulty, for us to help. And we are ready to help at any time, even if it is not necessary for us to be called. So, we're together with this great partnership so we can protect.

Senator Rodrigo Cunha, saving by means of prevention is the main objective of the Civil Defense of Alagoas. You can be sure of that. We are working very hard. We did not speak before, Representative Tereza, because we knew nothing. How could we make a statement if the studies were just beginning, Mr. Cleber? We couldn't. From the moment we became aware of the first steps taken by CPRM, then we began to make our statements, and for a long time we have been saying: "The district of Pinheiro is an announced disaster." We had to... When that confidential document, I don't know if You were aware... There was a confidential document. When it came into my hands, I said: "Dinário, there is no confidentiality for a pre-disaster! We have to disclose it. We have to charge responsibility. We have to seek support and partnership with all the federative bodies and all who are present here." And so we did. We released that report that was kept under lock and key, and then we managed to get to this point today.

We also invited Abin, Senator, to participate, so that the intelligence service of Brazil could effectively participate with us, so that we could reach the Presidency of Brazil here. I invited Abin because the Civil Defense, Representative Tereza, there's a seat for Abin in the State. We invited Abin's staff and handed over all the information we had, which was few, so that this information could get here to the Federal Government, so that it could then make a statement or have a sense of the risk that the population of the district of Pinheiro has been facing.

Regarding the evacuation plan, Senator, it was initially made for the district of Pinheiro. We, who have already advanced and put that area of risk also, which is Mutange's slope. We identified two points there. At that moment, those points would be safe. Today, not anymore, after today's presentation, but the other four points still remain safe points, and the population was trained to leave the center to the ends, and this with the route...

Why not a pre-established escape route today? "Go down this street," "follow this path," because the scenario is changing daily. We don't know about tomorrow. The best escape route is where you are located and from where you can go to the meeting point. So this is the best route. The best point is where you are, closest as possible. So that's the real way. We will study together with Dinário other safer points from the moment this map is presented, so that the population of Mutange, from that restricted area, from that area there, can then move more easily, more quickly, to the safe points that are precisely at the ends of district, in that lower part.

Thank you very much for your attention.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Well, it is important to see your report, Lieutenant Colonel Moisés, because... Please, let's not politicize here. We are not going to allow any political intention to be created here in any way. It's a humanitarian purpose. So, we're here. The Municipality,

the State, the Federal Government. The Civil Defense is here. They are the ones who will protect and who have a unique opportunity to work on preventing something, as You have said here, an announced disaster. This is not being said in a random way. The advance, the speed of soil modification have been demonstrated here. It has been shown here that it is 60 times greater than normal.

The question I asked about Braskem, about Braskem Well, is precisely because then we will have enough information to understand the size, the gravity. How come it was vertical before and now you can't get down? What was the inclination it had? That's a good thermometer. At least that's how I was able to visualize it.

These measurements that are made superficially at first, in the sense of range, today are much larger through the satellite. They demonstrated it here. But why can't they put it in writing? Because, in fact, there has to be a liability.

That's what I asked Thales here, too. I don't know if he's still here. The information has already been collected, now we have to read this information. Who does this reading? The greatest experts on the Planet. Meanwhile, we're visible. They're not going to be responsible here to say: "This is happening; leave, it was this person." It's not that. It's enough to say: "It's happening, it's changing, the speed is great." In June it was already worrying. The risk of disaster has already been presented here. What was the word he used? A risk of ground collapse, with a sudden fall in high energy. That was last June. It's been said here that, from that moment to date, it got worse. Last week, the latest information... Imagine what it's like to give a piece of information to the Public Prosecutors' Office and say: "Look, at 80 millimeters, it's a situation of risk." Today it's already 30! So it's a pressing risk.

We can, as people from Alagoas, as a national defense, show that when there is information, there can be a mobilization. I'm sure that, if it's demonstrated, it's going to be a fundraising campaign and the Municipality won't be able to afford it all by itself. So maybe we won't be able to mobilize the whole Country around a community, an extremely important community. So who's going to do it? Us! There are no other players, there are no other players; it's us. So Your responsibility is very important.

In this sense of organization, there is certainly the committee installed there in the State, as there is in the Municipality... In the Federal Government. I was talking here for a while to Armin Braun, who is the Officer of the National Center for Risk and Disaster Management. There is already... I said here, I mentioned, a meeting that took place last week in the Presidency. It was an interministerial meeting at which the subject was Pinheiro. The President has already made a statement on the matter, meaning the information has already got there. Not exactly what it is, who is liable, but that something serious is happening.

I say this because I've been... I don't remember his name, if it was Artur, if it was Alexandre. I was with Alexandre, National Secretary of Civil Defense, and with Minister Gustavo Canuto. And he said: "Minister, this is the subject I have presented as an absolute priority of the national Civil Defense. Dams — the media is charging — are very important, but this one is a tragedy that can be avoided." No one has suffered anything yet, there has not been a disaster yet, but it is something — as You said — that has everything to happen, we just do not know when or how. So he showed national interest

there. I left there relieved at first, but I couldn't sleep. Relieved, but extremely concerned with the way it was dealt with. You who work with this, I also wonder what you're going through with the pressure. The pressure is here on our side, is there greater pressure than this one? No.

So I would like to know, Mr. Armin, whether You could explain a bit here on how this issue, which is not regional, is being dealt with at federal level. I made a point of making that very clear here, with the Senators in the Board and here in the Commission, saying that I am not doing a job as a City Councilor, who is concerned with his city's district. No, I'm doing the job of a City Councilor, a Representative, a Senator, anyone who has the responsibility to deal with and prevent future problems and preserve lives. So any reasonable person in my place would do everything in their reach to avoid something bigger. Everyone who is here — I am absolutely sure — Dinário is doing everything in his reach to ensure that it does not happen. Our Colonel Moisés, too, likewise, I'm sure of it. So, that's what should be the ton of this topic.

I'd like to hear, Mr. Armin, about how this is being handled at the federal level.

**MR. ARMIN BRAUN** — Good afternoon, everyone.

Senator, I'd first like to congratulate you on your initiative. Transparency is very important when we have the risk of disaster, as it is happening, it is not only the case of Pinheiro, but in other situations. We have another risk, which is almost like a disaster, that is the risk of information that flows from one side and flows to the other, what it is or what is not. When we put everyone in a room to discuss situations like this and put things on the table, what's being done, how big is the real risk there, what needs to be done, what can be done, it also brings us an opportunity to bring some clarification here about situations that are already in progress and have been asked to us. This allows us to work in broader coordination with the several levels of the Federation and the other segments of civil society, the Government, and so on.

The first point we have to observe is that we are the three levels of the Federation of Civil Defense in orange vests. The Colonel isn't wearing a vest, but I know his vest is on the inside, because when you put on that vest, you sure can take it off for a shower, to go home or to sleep, but the vest stays with us. Isn't that right, Dinário? We put on the orange vest and it never comes off. We make sure to use it, because it is our brand of work in the Civil Defense, of what it is, we understand ourselves as a system.

This Civil Defense System, as much as we say: I'm from the National Secretary, he's from the State Coordination, the other one from the Municipal Secretary... We are not from a body, we are part of a system, and a system that is responsible for a set of actions. The Civil Defense is a set of actions aimed at developing the Civil Defense actions in order to preserve lives.

In this system, which we call the National Civil Defense System, we could take three layers: the municipal layer, which Dinário coordinates, but he does not do it alone, he does it with the several agencies that exist in the Municipality, which are part of this system and subsidiarily support him and need to support him in situations like this, or in any situation, whether it is prevention, disaster response, planning, or whatever; or Moisés, the same; and we, at the national level, the same thing. So, we have a coordination

between federal agencies and agencies that are part of what we call the Federal Civil Defense System. And this backbone, between the federal, state, and municipal Federation is us, the group that wears orange vests and is in constant conversation, in articulation all the time.

Much was said about Brumadinho, about other disasters. And you said well, as the Secretary has spoken to you, it is an important disaster that is happening, it is our main concern, but it is not the only one. We've been... And I quote some situations to show how we have already done and how we are going to do and are doing in the district of Maceió.

We have a flood in the Madeira River, there in the Amazon Region with the possibility of interrupting a highway that is the only highway that connects the rest of Brazil to the state of Acre, with the possibility of the isolation of a Brazilian state, as already happened in 2014, the fourth largest historical flood. What do we do? We elaborate a plan of federal agencies, a planning of federal agencies, complementary to the actions of the State and the Municipality.

Likewise, in Brumadinho, Dinário is here, Dinário knows more about Brumadinho than many people. We were there, in Maceió, the three of us here, we were sitting, having lunch, going from one meeting to another, and the information of Brumadinho came to our cell phones here. It was me and the Secretary, and a FAB plane picked us up there in Maceió. Dinário accompanied us to the airport until the plane arrived, followed a bit the beginning of the managing of Brumadinho crisis — right, Dinário? And we went to Brumadinho from there.

And how did the crisis management in Brumadinho happen? The municipal level of the system said: "I'm no longer able to coordinate the disaster." The state level took over and the State set up a situation room that coordinated that disaster.

And we, the Federal Government, what have we done? We set up a room where we mobilized all federal agencies in support of the coordination that was at the state level. We, as Civil Defense, work in coordination, we have no interference from a body over another.

So what is up to us here is to put the federal agencies at the disposal of the State and at the disposal of the Municipality in a complementary nature. What cannot be done by the Municipality is done by the State, and when there is something the Municipality and the State cannot do, the Federal Government sometimes acts in some issues a bit more deeply and, in other matters, more superficially.

Besides, it's a disaster overlapping the other. Brumadinho isn't over yet. I am here managing, while the meeting does not start, we are still articulating with the Civil Defense of the State, with the Fire Department and the Brazilian Air Force, and with the Military Fire Department of Rio Grande do Sul and Santa Catarina the replacement of search and rescue dogs. We need, by tomorrow, to return the dogs that are already operating to Santa Catarina and Rio Grande do Sul and bring new dogs and Firefighter teams to Brumadinho.

So it's one disaster overlapping the other. It is the disaster of the Madeira River overlapping the district of Pinheiro, then Brumadinho, and now Goiás. Leaving here, we

have to provide a Brazilian Army bridge, a cooperation agreement that we have with the Ministry of Defense, as there are several Municipalities in Goiás that are isolated, because a highway has broken, and it is necessary to install a campaign mobile bridge as soon as possible.

That's our job, but we don't complain. When we decide to put on the orange vest, that's what we're here for. I went to bed last night 2:50 a.m., I was working. I woke up 7:00 a.m. this morning, to get a few things done so I could come and be here. I'm canceling a meeting later this afternoon so we can attend and give all the clarifications necessary here. And, not only clarification, it is also an opportunity to improve coordination actions between agencies and between the Federation levels.

And I wanted to talk a little bit about what the National Secretary is doing on an individual basis and then, I'll talk about what we are doing in the field of coordination. Ever since Dinário came to us, in the first moments, we've been all together. Everything he has asked us, in the first ones that were done, we have acted together, we have... No phone call from me, no phone call from Dinário or Arthur or anyone else from the Municipality is not answered. No messages, no electronic mail were not answered, understanding the size of the burden he carries, understanding the difficulty that Dinário faces. And we talked from the beginning: the problem is too big, share this problem within your Municipality with the other agencies, don't carry this burden alone. You have to bring people to you.

And, back there, Dinário had a problem that was the difficulty, sometimes, of the municipal Executive Branch understanding the need of decreeing an emergency situation. We gave him reassurance at a meeting. We asked Mr. Thales, who was on his way to Maceió: "Mr. Thales, explain to the mayor that he can decree an emergency situation." Sometimes, they do not want so because it will generate some other damage, for any reason, sometimes the Municipalities do not want to decree an emergency situation.

We have given the necessary reassurance, an emergency situation has been decreed. As soon as we heard it, we allowed a more integrated action and a more effective action of the Federal Government. The lady's suggestion to enact an emergency situation is a situation... Sorry, the state of public calamity. It's a welcome suggestion. It also depends, of course, on a municipal point of view, because we respect the federative agreement.

There is the need to evaluate a bit better if there's any practical effect on this, but I think, perhaps, it has an important psychological effect and all. But it is important that the Municipality makes that decision. We are, and so is the State, together to support it. We will, if necessary, acknowledge the emergency situation, but we respect the path of the Federation in this respect.

In addition, like I said, we sent technicians. Geologists from the National Center for Disaster Management went there, worked closely with Dinário, worked closely with Mr. Thales Sampaio's team. These geologists helped build contingency planning. We were there in person, we saw the State contingency plan, we gave suggestions for improvement. We took some of our experience in the construction of the contingency plan.

In the specific CPRM monitoring, we were always willing to help. And, from the earliest moments, even at the end of last year, CPRM indicated that there was a need for a financial resource. We did all the internal procedures, we were able to adjust to

decentralize a Civil Defense resource to CPRM, to increase monitoring. At the end of the year, CPRM managed to do it with its own funds. There was no need for the Civil Defense support.

We also put ourselves at the disposal...

(*The bell rings.*)

**MR. ARMIN BRAUN** — ... to contribute with international resources, do some management with some embassy of some country with the Brazilian Cooperation Agency to bring in some specialist. But CPRM already has its own link with the geological survey of the countries.

Moreover, at a meeting we had the day before the Brumadinho disaster, we were there in Maceió, at a meeting inside the Brazilian Army headquarters, which is by chance very close to the district of Pinheiro, it is even used by Colonel Moisés and Dinário here as a possible area to coordinate an emergency if it happens there. It's in your plan, isn't it, Colonel Moisés? And, in this meeting that we had there, CPRM simply said: "Look, we have equipment in Belém, we don't know how to get it here." We put it at the disposal of CPRM and said to them: "If you want to bring some equipment here, you tell us, because we have a cooperation agreement with the Ministry of Defense that allows emergency action of the Ministry of Defense regarding resources and we bring it here." Once we were notified by CPRM, we made the request to the Ministry of Defense and transported important equipment that allowed CPRM to do its work in the region.

On the question of financial resources, what we have been asked for has also been met. At first, we released, if I'm not wrong, R$500 thousand — correct me if I... — then, two and four hundred, something like that, totaling 2.9 million, if I'm not mistaken, for the benefit of 500 families and social rent. And then we were requested 11 million now, and look how things are. As you said earlier, we need to be alert and concerned about the district of Pinheiro, and so we are.

First of all, how does this release of funds happen? To be released, some information is needed, which is not large information; it is basic information of what's going to be done. We had already released the first installment, the first 500 thousand, let's say so, accepting that the information would not be complete. Then we released the second installment and, in the normal procedure, precisely through the intervention and the action of the control bodies over what is a transfer of resources, we need to have some security to release the resources. So,  at the first moment when we were asked for this 11 million, to release to the 1.9 thousand families, we asked: "Look, I need to know how you've managed the resource that has already been sent." And I got an email from... It was the technician who requested it, because the technician needs be sure to release, otherwise the control bodies will look for the technician and hold him liable for releasing it.

But I also understand that Dinário is unable to provide this information now, and I only heard about this Tuesday night, in the email I received from Arthur Rodas, who works with Dinário, at 11:19 p.m. I received an email. And, on Tuesday, there was an order from me, saying that it was not necessary, to reassure my technician and also to ensure that Dinário would not have to stop his operations, to collect information or to transfer the

resources. I authorized, calling to my responsibility, as Officer of the National Center for Risk and Disaster Management, to release these resources.

We determined commitment immediately, as we had already agreed before, not concerning this resource, but that we would not release the entire financial, because this undermines the municipal management a bit. So, I requested, in my order, the commitment of R\$11 million and the immediate release of R\$2.3 million. The administrative procedure is being followed. His concern was with the rainy season. I believe that... Commitment of 11 million and the immediate financial release of 2.3 million, but the resource is already committed, and the subsequent installments are conditioned to the Municipality's request. So, this is already... And if I had been called earlier, I would have signed it on Monday anyway.

So, this is the result of the concern we have with the district of Pinheiro. And that's because we know the situation is serious. And we saw the effort of the people and we put on the orange vest, and whoever wears the orange vest, not that the others aren't, they are our brothers and we understand the suffering that not only people go through, but also Civil Defense agents go through.

Speaking now a bit about coordination, the Senator has already said some things, and also entering into what Mrs. Roberta said, of some requests, we created… We went to the Chief of Staff, asked the Chief of Staff, we informed the Chief of Staff about the problem of the district of Pinheiro, the presentation made was a bit longer than the one Mr. Thales did here for us, at the Chief of Staff. We asked the Chief of Staff: "Please call a meeting with the federal agencies. We need federal agencies…" Not that they were not acting, they were already acting, however we understood that there was the need for more coordination, so that there was no overlap of activities and there were no gaps of action, and so that we were ready in the event of a sudden evolution of that emergency. So we called the Chief of Staff, which called a meeting, empowered the Civil Defense and said: "From now on, the Civil Defense is coordinating the federal agencies that act on this issue." We had a meeting last week, we had a meeting yesterday, in the crisis room at the National Center for Risk and Disaster Management, we created a WhatsApp group, which I already showed to the Senator, we created a virtual room, in a virtual environment, and we're working on coordination between the federal agencies.

So, this is a point I believe that meets what has been requested, we are already on the path that the Public Prosecutors' Office has requested us.

<em>(Intervention outside the microphone.)</em>

**MR. ARMIN BRAUN** – Yes.

Civil Defense; Ministry of Mines and Energy, with the Brazilian Zoo Service and the National Mining Agency; Ministry of Defense; Ministry of Health; Ministry of Citizenship; Ministry of Justice; Civil Defense; Ministry of Regional Development; Ministry of Mines and Energy with its two agencies, CPRM and National Mining Agency; Defense, Health, and Citizenship; Ministry of Justice, with Senasp.

There is a concern of ours, even the State's request was that firefighters need to be better prepared for emergency action. So, the training of what is search and rescue in collapsed

structure. So, we mobilized the National Force for Public Security, which has a group of firefighters that can both do the training and be part of an emergency mobilization plan, in addition to mobilizing firefighters that are close to the region, such as Pernambuco, for example, which is at a short distance, so that, in the event of an emergency, these firefighters can move quickly and be part of the planning of State actions. This was a request that the State made to us, in addition to Cemaden, which is the National Center for Monitoring and Alerts of Natural Disasters. These are agencies that are part of this first draft, but, whenever you see an important action by some other agency, it is open to participation. We're going to invite said agency and make it a part of it.

And also, already answering the second item of Mrs. Roberta, who spoke earlier, one of our concerns is to provide better assistance, that is why the Ministry of Health is here, to provide psychosocial support to people, and also the Ministry of Citizenship, which, by working integrated, can do a work in reinforcement of what is the performance of the State and the Municipality. The Ministry of Health has informed us that it is already doing this, but we have to plan this at the federal level, as I said, so that there is no overlap from one agency to another.

On another point, I have already mentioned, only answering Mrs. Roberta, the social rent. Concerning the social rent, everything that was asked of us has been forwarded. It is a matter of commitment in the coming days, the bureaucratic part, but, technically, it is already approved by us, this resource aligned and authorized. So, everything we've been asked for this emergency we've forwarded. More than that, we made efforts, even if we sometimes have to put one disaster a little further ahead of the other, but we are working.

We understand the distress of Dinário, we understand it and see it from the very first moment, repeating what I spoke with him: do not carry this burden alone, share it. Your Municipality has agencies that can help you. In your State, Colonel Moisés is supportive. Our phones are at your disposal, always talking, we are ready, supporting with whatever is necessary.

Once again, I wanted to thank everyone for their participation and call everyone to work together. We need to direct all actions focused on preserving those people's lives.

Thank you very much. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Well, Armin, that last sentence of yours, saying that you want to work together, this is what we're going to look for as one of the priorities to be extracted today.

I got to speak with Dinário in a moment, because, talking to those who are experienced and have already been through several other situations, I asked if it would help or hinder to federalize, to bring a third party to participate actively in a work, because, in several situations, you have someone in the Municipality who is working for a year, dedicating itself to the fullest, exposing itself in every way, there's someone in the State who does its job, its part, and when this person gets to the final stretch, someone comes from outside and says: "Look, it's going to be done this way." Sometimes people in the Municipality say: "So, the best shot's here, take care of it alone." The State says: "My work will be in vain, it won't solve it, so take the lead."

I spoke with Dinário, who said: "No way, these people have been with me from the beginning and they're going to add up. We want to be together." Surely this must also be the thought of the State. I spoke with him, but, from the positioning here and even because I'm already interacting a lot with you, that's the ton of what should be extracted.

So it's a very important step to take because there are already federal, state, and municipal committees. It is necessary, in order to take this burden off the back of Dinário — I say this because it was well symbolized here today — and in order to take away the pressure that exists not only on him, but on us, to seek this: the Federal Power to take responsibility, along with the others who agree, for this whole situation. From my point of view, it'll be most welcome.

So, when there is already a referral with the Ministry of Mines and Energy, with the Ministry of Health, of Citizenship, with the Ministry of Justice, with the Civil Defense, with the Ministry of Regional Development, it is necessary to pass this security on to those who are at the end. And that no rework be done, that no isolated work be done, and that we can move forward, because time is short, we can't set another public hearing to decide. We can't.

So, here we already add not only who the technicians are, but who manages the damage, which control bodies can contribute so that they do not get in the way, because, if you are going to have 30 public hearings, they will want Dinário to be in the 30 of them, then he will stop working to be there, as a public hearing has already happened in the Municipality, as a public hearing has already happened in the State, as is happening with me now, as it was in the State Public Prosecutors' Office, Federal Public Prosecutors' Office, alone. I include myself in that, too. This is a very important solution to be extracted from here, apart from several other aspects. I will also question and ask about a few things in order to have those answers ahead, but Your speech is very important.

Continuing, I want to hear as well, even on a specific point if so possible, the representative of the Local Government of Maceió, Attorney Gustavo Esteves. Please begin, if you can, with this question made here by Representative Tereza Nelma, which was also made by Representative Jó Pereira at the public hearing in Alagoas, and which is also a reason for questioning, about the need and what would be the importance if the Municipality requests a situation of public calamity.

**MR. GUSTAVO ESTEVES** — Of course.

First, good afternoon to everyone.

In the end of December, me and Bruno Kiefer, who is another Attorney who is also taking care of the situation — we work in the Environmental Urban Office of the Attorney General — as we are in an issue that affects this Pinheiro issue, which is a disaster that can be natural or not, or may involve both situations, we both were assigned to take care of the situation, that is, to assist the Civil Defense in whatever is necessary in the demands that arise. We also work with other demands that are not even related to us. For example: granting of tax benefits and everything; we have already intertwined with other offices of the Attorney General, even with Mrs. Rosemeire, so that we could achieve these benefits.

In the end of December, we were sought with CPRM documentation, with several opinions of CPRM, several opinions of the Civil Defense, so that we could analyze the situation and, this way, present out opinion in favor or against the decreeing of a state of emergency. And, due to the documentation that we had, we saw in the hypothesis — at the time, the scenario was another — that we were facing a case of state of emergency.

This decree was made, it was made in December, and right after... And this decree was very important, because, due to it, we managed a series of things with the national Civil Defense, including the nationalization of Maceió problem with the publication of an administrative rule of the Ministry of Mines and Energy addressing the problem and designating all the efforts of CPRM and the National Mining Agency to face the situation together with Maceió. Since before, even CPRM — Thales is not here to say this — they even used resources that they didn't have to help Maceió, because they were very concerned about the situation. However, from the moment that this administrative rule was published, due to the decree that we made, they managed to have greater support and managed to release funds to bid, waive bidding, to get equipment to do these tests that are being done now. It's not to say that these were the only tests: the tests are being performed since February last year. That is, in view of this situation, we made an opinion in favor of decreeing the state of emergency.

The decree was made, the decree is based on article 8, item V or VI, of the National Civil Defense Law, which provides for both the state of emergency and the state of calamity. In fact, the difference between the two is very thin because the decree regulating the national law, which is Decree no. 7.257, of 2010, in article 2, brings in item III the situation of emergency, and, in item IV, the state of calamity. The only words that differentiate one from the other are "substantial" and "partial". I will read it to you:

> *III — emergency situation: abnormal situation, caused by disasters, causing damage and losses that imply the partial compromise of the response capacity of the government of the affected entity;*

> *IV — state of public calamity [only change the word "partial" to "substantial"]: abnormal situation, caused by disasters, causing damage and losses that imply the substantial compromise of the response capacity of the government of the affected entity [...].*

In fact, from the beginning, the Municipality saw that it was unable to act alone. So much so that it sought — and the National Civil Defense Law nationalized and nationalizes this — both the State and the Federal Government to assist it. As a matter of aid and coordination between the entities, I do not see much difference, but it seems that, for some situations — Mrs. Rosemeire perhaps can speak — it may be necessary to talk to the Mayor in order to also declare state of calamity. But because of "partial" and "substantial", I don't see much difference. I don't know if you agree with me.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - Can I allow it?

**MR. GUSTAVO ESTEVES** — Yes, of course.

**MRS. ROSEMEIRE LOBO** — Good afternoon to all.

Me and Mr. Gustavo here, we were... (*Outside the microphone.*)

In fact, ever since our first meeting in which we set up working groups for municipal and state tax relief purposes, the Local Government has had a lot of progress with that. So much so that the bill is ready. But, for the purpose of state taxation, this relief would need... It's Confaz because it's hard to get an agenda at Confaz... It was necessary for the State or the Municipality to decree public calamity, so that we could achieve not only remission, amnesty, but also to obtain exemption from the State Goods and Services Tax (ICMS), grace period, and withdrawal, of traders of the district, from the registration of overdue tax liability.

**MR. GUSTAVO ESTEVES** — Then you don't have to involve Confaz...

**MRS. ROSEMEIRE LOBO** — Then you don't have to involve Confaz. So, I've been mentioning this constantly. It's already a public calamity, there's already a socio-economic tragedy. So, "substantial" to "partial", in Law, we understand according to the facts. The facts already show calamity.

And I thank the Representative for bringing this up already. And we've already been working here, Gustavo already said it. Congratulations!

**MR. GUSTAVO ESTEVES** — But it is a question that... This whole thing that's going on in Pinheiro is very dynamic, isn't it? So in December the situation was one, today the situation is another. We don't have a definitive technical opinion yet.

And what the Municipality Office of the Attorney General has always said to them, and we bump into the scarcity of resources, is this: due to the precaution principle of environmental law, even if there is no definitive technical report on the situation, it is important that we take all precautions in the sense that these people, in the future, will not be affected. So much so that we made a demonstration in this sense: "Look, evacuate as many people as possible, as soon as possible." Only we know that resources are scarce, and for this we very much need the help of the Federal Government, because without the housing assistance, these people will not leave, they will not be able to leave.

So, we need to be fast in this sense, in the interface of the Municipality. Because we are having a very good conversation, but, sometimes, we will need a greater agility, precisely because of the rainy season that is coming, which is already... In fact, it seems to be a bit early, because in Maceió it is raining much more this beginning of the year than in previous years, apart from that fateful year of floods. But that's basically it.

I see no problem in raising this issue of decreeing a state of calamity, but this is a political issue — we have to talk, but I don't see any problem. I think we can articulate in that direction. If it's necessary to achieve certain things, I think it's important.

**MRS. JÓ PEREIRA** — I think that, in addition, Senator Rodrigo Cunha, one of the consequences of decreeing public calamity would be the coordination of the entire service process through the national Civil Defense, including the use of the National Force. It's very important.

**MR. GUSTAVO ESTEVES** — It's important.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Let's move forward from here. We are going to have the opportunity. And it's important to discuss this matter.

In addition, Mr. Gustavo, if possible I would like You to leave today with this commitment. If there is any way to publicly say: "Look, I'm going to internalize so that this situation comes out"...

**MR. GUSTAVO ESTEVES** — Yes, of course.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — ... in view of, as you said, the fact that we are in March, end of March, and the situation is different from what it was in December. So there are already several reasons why this may happen.

**MR. GUSTAVO ESTEVES** — Evidence already... It is precisely due to the precaution principle as well.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – It facilitates all the procedure. So, can we count on You?

**MR. GUSTAVO ESTEVES** — Certainly.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – This is very important.

In addition... No, I'll leave it to the final considerations here. It is important that You clarify whether there is any other point to be addressed now or if I can move on to the next speaker.

**MR. GUSTAVO ESTEVES** — Let me take a look here... I had made some points, but basically that's it.

Therefore, I think what You were commenting on is important: it is really a coordination, because many do their part and there is no coordination. It was, therefore, important to create some coordination instruments in this sense. Because the authorities...

For example, I know Mrs. Rosemeire, Mrs. Roberta, and we keep talking via WhatsApp. Any questions I can call Mrs. Roberta, Mrs. Rosemeire, there is no problem. Then we help each other in this sense. But, sometimes, all of a sudden, State... This interface gets a bit complicated.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – It's important. Your agreement is also important.

Also, as a representative of the Federal University of Alagoas, present here is Professor Sandra Leite.

Professor, I want to say that it is a great pleasure to have You here as well. It is very important to bring the university, which is often a mainstay of the chaos that arises not only in Maceió, but throughout the State. We always seek reference at the federal university. The federal university plays a very important role in society and certainly cannot be left outside this situation; on the contrary, it must be part, as it is, more and more in the life of the people from Alagoas.

So I would like to hear your words with regard to the subject of Pinheiro. We've already talked about something very important here, the meteorological part. If You can exemplify more how you can contribute or what is being done, it will be of great value.

**MRS. SANDRA NUNES LEITE** — My greetings to you all

Thank you for your words, Senator. And I would like to register here my applause for the initiative.

There is a certain composition of this necessary institutional arrangement in the State of Alagoas. I think what is missing is also this: this institutional arrangement not only for communication and information of extreme disasters, but especially in the occurrence or prevention of such disasters.

I bring the greetings of Professor Valéria. And I also reveal her efforts to ensure that our teaching and research actions are especially addressed to solving social problems. That's a big action of Professor Valéria, who surely focus on society. And that's why we are here.

I think I started by the end. (*Laughter.*)

There's nothing, no... But it's ok, I'll make a reference to that later.

We can go back.

This slide I was going to leave for the end, and I ended up leaving at the beginning. Mr. Thales made a reference to two poets in his last presentation. So I identified not a poet, but a music researcher, Jonh Cage, who says this: "No sound fears the silence that extinguishes it. And there is no silence that is not pregnant with sounds." Then there's no point in us silencing in view of anything. Silence will not remain; it will give way to other speeches and other senses.

How was this story about Ufal and Pinheiro born? Of course, it was because of a call by Representative Tereza Nelma, she felt the absence of the university. And, in the end of January, we were invited by the Public Prosecutors' Office and accepted this invitation. Professor Valéria accepted this invitation immediately and has already determined the creation of a working group, called GT Pinheiro. This GT Pinheiro is a group composed of several areas — some areas still remote, but which are being approximated; the most emergency ones were worked out. And this GT undertakes the commitment that the university has to develop specific actions for this case. And that's in the several fields.

I would especially talk about these two cases, because I took two examples from the university concerning its scientific and technological base: the weather radar, which I'm

going to skip, because it has already been very well presented, though we bring here a proposal allied to that of the professor, because it already enlarges that proposal and already covers all the other aspects. And there is also a research, a study very well done by Professor Regla on territorial registration and mapping of risk areas.

So she's already done a job at Mutange. And Professor Regla has a double situation: she is a resident of the red area of Pinheiro and is a geologist and researcher. She's very focused on solving problems. She conducted studies at Mutange, which are already in the georeferenced territorial registration. And, in that job, she did a unification of social data, then with all the information. She went into every house with her team and made a whole survey that Representative Tereza Nelma followed closely.

(<em>Intervention outside the microphone.</em>)

**MRS. SANDRA NUNES LEITE** — She talked about this for a long time. There was a special support from the Civil Defense. And that makes the work of these bodies more agile because they hold the data for any accident that may occur, they know exactly where to go. So she studied the risk of slipping in Mutange's slopes over there.

We have the proposal conceived by Professor Ricardo Tenório, the creation of the Center for Studies and Prevention of Disasters (Ceped), in Alagoas, which is the project that Mrs. Roberta spoke about, which deals with the formulation and implementation of this project, but he points out the initial guidelines. What's the purpose? Reduction of social vulnerability in view of disasters caused by natural phenomena or human action.

We can move forward please.

So his mission will combine efforts, and then he thinks about this institutional arrangement; promote educational activities related to research, extension, and scientific exchange; deepen understanding of the problems; raise the development of risk perception and the culture of disaster prevention — because it is not only about the Civil Defense having and holding this culture, it needs to be spread, especially among our students; and then I talk about the area of communication between our fellow journalists and public relations that are in these institutions and in the media bodies —; seek reduction of social vulnerabilities; support the development of regional policies through studies; mitigate negative impacts; maximize benefits of weather and climate variability over the society and economies of the Northeast Region of Brazil, the radar turns not only to Alagoas, but also to the Northeast.

The goal is to act... Yes, our capacity is this: training and knowledge production. But by which means can we help? Through this training and the production of knowledge to solve problems. So, this way, through the proposed center, the university will cooperate with the technical-scientific and cultural development of the study of accidents, social science with multidisciplinary characteristics, because there we aggregate several areas.

Move forward, please.

The areas of action are as follows: Civil Engineering; meteorological forecast; monitoring by the state of weather and climate; cost of disasters; Medicine for accidents in disasters;

risk mapping; vulnerability studies; disasters with hazardous products; accident education and environmental education; Social Psychology.

There's a piece of information from Social Psychology. Here it was said that there are no professionals of the area working in Pinheiro. The university, in partnership with the Regional Council of Psychology, which is here with a representative, has graduated and trained 50 professionals, and is already in service, already attending. What both the university and the Regional Council of Psychology request is the involvement of public bodies. They need... We can't work alone. It is necessary to work in tune and interaction. So, it is necessary for the public bodies to send...

(*The bell rings.*)

**MRS. SANDRA NUNES LEITE** — ... these residents for the service. But that was already... The university had little time, because in the end of January we met, and in early February we already went after the actions. And 50 professionals have already been trained for specific care of Pinheiro.

Possible projects: first, general database formation; training in interpretation of meteorological information — Professor Ricardo has already made himself available, if this team is set by the State Government, to train these people in interpretation of meteorological information, because it is necessary to know how to read the radar data —; weather monitoring by means of weather radar and satellite images; and specialization courses aimed at training in weather monitoring through radar.

We offer postgraduate courses and could offer information courses in civil defense at various levels, if appropriate and if it is of interest; update courses in civil defense for commissions that focus on civil defense; management and planning for disaster reduction; costs in disasters; voluntary training in civil defense; traffic education for professors and multipliers, because we have serious accidents; training for medical and psychologist expert examiner responsible for the examination of physical and mental fitness for drivers of motor vehicles, this based, as reference, on the issue of disaster...

(*The bell rings.*)

**MRS. SANDRA NUNES LEITE** — ... training of transport inspection agent concerning dangerous products on highways; socioeconomic and psychological monitoring of the driver of dangerous cargo; anti-drug supervision; identification, neutralization, use of explosives in special operations, there has already been thought of a broader thing considering not only the disaster in the case of Pinheiro, but all the possibilities of disaster that can have great proportions.

Move forward, please. I'll leave it to you...

And then with whom the university would like to count on, establishing partnerships: National Civil Defense, Dnit, the Federal Road Police, DER Alagoas, the State and Municipal Civil Defense, public bodies and institutions that operate or need information in the area.

What do we... There are the representatives of GT-Pinheiro; the ones with proposals submitted are those. But, in the visits we made to the district, we realized that there is a need, yes, for a partial risk analysis. And it is only from this partial risk analysis that we can propose more intensely something to do. This partial risk analysis has three stages: first, risk assessment, understanding how the matter of water, soil, and subsoil is, that Professor Regla is doing, based on Mr. Thales' studies; risk management. Then, the second stage is risk management, in which we will analyze the works of the Civil Defense for prevention, what are the registrations, what are the trainings, what are the actions of the Civil Defense so far. This is not an analysis to point criticism, but it is an analysis of how the university can collaborate.

Can I continue? Just a bit more, it's just a bit more...

And the third stage is risk communication, in which we deal with the training of communication professionals. And we have some serious examples of errors in communication. First, the residents of the district of Pinheiro did not know where the information was. So, for all of them, there was total silence — a total silence of these institutions. Two institutions have the information on their pages, but they did not know and did not check. So...

**MR. GUSTAVO ESTEVES** (*Out the microphone.*) — And there's WhatsApp too.

**MRS. SANDRA NUNES LEITE** — Yes. Then the WhatsApp group was the one who caused...

**MR. GUSTAVO ESTEVES** (*Out the microphone.*) - Caused this...

**MRS. SANDRA NUNES LEITE** — Yes. And then, on the issue of digital social media, there are rumors. One of the rumors I've heard concerns... Because we went to talk to the locals, and we catalogued all the conversations. So, we recorded all conversations. One of the conversations was about black bags. It was circulating there that State and Municipality had already bought a portion, lots of black bags for the dead, for the bodies of the people. So, in a joint action of the defenses and the prevention and rescue bodies, there was... There was something on the streets of a particular locality that looked like black bags, and the population said: "See! It's true..." And then we started talking: "No, but this is proper, it has a sense for civil defense bodies that it is not the same for the population." And then it multiplies. That's another example.

Another thing that also raised, from what I realized, mistrust in the population was three registrations. The resident will have to make three registrations — that's what I was told: a registration for those who have a cracked house; another registration for whom...

**MR. GUSTAVO ESTEVES** (*Out the microphone.*) - There's no such thing, no!

**MRS. SANDRA NUNES LEITE** – What?!

**MR. GUSTAVO ESTEVES** (*Out the microphone.*) - There's no such thing, no!

**MRS. SANDRA NUNES LEITE** — Yeah, but it came out like this, right?!

Other registration for those in the risk area; and another... There were three registrations, they said. And this has generated a lot of mistrust in the institutions. So what's among the residents is total mistrust. Therefore, it is no use for the Local Government to put any information on its page because the resident will not rely on this information.

And besides, with regard to... It was said here — to close — much about an announced disaster, preservation of lives, damaging consequences. There's a lot of people already suffering. There's pain... Let's avoid the suffering of a lot of people! People are already suffering, disaster is already happening, and it is silent. It's a very serious disaster. And then I'm going to ask for my Psychology colleague's permission to enter the world of Psychology, which is not mine. It's a layman's look, but it's a worrying, worried look.

Emotional illness produces, to use the terms of geology, cracks, fissures, and intense fractures, but in the soul. And these fractures, fissures, and cracks cause the sickness of the body and its death. I know people who are already in the hospital, and there is nothing worse than emotional illness, because levels of depression occur quietly.

The district of Pinheiro is already going through this extreme disaster. We need to consider it that way and not as a future thing. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well, Professor! Your words are important. When I see Ufal, I can add one of the actions that is not there and that may be the way. I realized that, even in the Mayor's emergency decree, this word was mentioned: the possibility of leaving the sphere of public bodies as well and call volunteering to embrace this cause to help the bodies, to calm people down. And, when I see, at the Federal University, the laboratory you have of professors, people who can use their own students as an instrument to calm this whole region down, I think it's a path to follow. I'm sure it will be the result of these collective discussions that we will have further ahead.

**MRS. SANDRA NUNES LEITE** — Senator...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes.

**MRS. SANDRA NUNES LEITE** — That's what we're doing. In Psychology, since there are 50 volunteers, they do not receive for it; in Communication, students are in the district...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Perfect!

**MRS. SANDRA NUNES LEITE** — Of course we will have to plan some action, but they are already collecting this information. And then, I have already launched a proposal for the coordination of the course for us to adopt the active methodologies: it means the student seeks the problem and deals with the problem. And then I'm already proposing that this problem be Pinheiro.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Perfect!

We're definitely not buying black bags. You can be sure that what everyone is looking for here is to get nowhere near it.

So, let's move forward, finalizing this part, for some clarification.

First, I would like to ask the Secretary of Civil Defense, Dinário, if he can report now, whether he has the information in hand of how many people are affected in the red area, in the yellow area, in the orange area, how many have left their house, and also how many are receiving the benefit for leaving their house, the housing assistance.

**MR. DINÁRIO LEMOS** – Perfect!

The area studied, among red, orange, and yellow, has a total of 1,960 residents. Correct? The resource came at the first moment we asked for it, to evacuate, at those first meetings, everyone from the red area. All right, the red area, we counted at 493 speed. And then the people who were evacuated from the area, when the department updates the data, which I ordered yesterday... In the red area, so far, we have the first lot of 80 residents, among them four houses and 72 apartments — first lot, red area.

The red area, second lot. We have two houses and 83 apartments. There was a heavy rain on January 28 — it rained a lot, 100mm in three hours — and CPRM ordered that those apartments there, which were located in the red area, were evacuated. Five houses in the orange area were evacuated at that time, from this lot, from the second lot, which is a total of 115. In the red area, two houses and 83 apartments; in the orange area, five houses and 16 apartments; in the yellow area, one house; and in the blue area, which is outside the area being studied, which is called the blue area, eight houses.

In the third lot, there are 120 registrations: 22 houses in the red area, 29 apartments, four houses in the orange area, 37 apartments; in the yellow area, two houses and 20 apartments; and in the blue area, five houses and 20 apartments.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Do you have the total number of people in the study? Do you have the number of people?

**MR. DINÁRIO LEMOS** – Not people, but families. In the lot...

**MRS. TEREZA NELMA** (Group/PSDB - AL) – Overall.

**MR. DINÁRIO LEMOS** – In total, we have... Move up for me, please. In the whole red area, we got 378, if I'm not mistaken. Why not...? Because there's the commercial part, that has a business, but lives above. They don't have the profile, because it's the National Register of Legal Entities - CNPJ, it's not the Individual Taxpayer's Register - CPF, and our determination is that they should consider only per CPF.

So, that resource was for that first moment, to the red area, but the engineers and the geologists... We got in touch with the National Civil Defense, and the Colonel said: "No problem, if you think it's at risk, you can..." But we have a lot of doubts, because people ask: "Wasn't the money just for the red one? Why did you take it out of the orange?"

Because of this evolution that's happening in the cracks. And, when engineers and geologists find families that are at imminent risk of landslip, they evacuate.

Another point that is much questioned is in relation to... What was the other question you talked about?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – From these people, how many got benefits?

**MR. DINÁRIO LEMOS** – Today it's a total of 493.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Four hundred and ninety-three?

**MR. DINÁRIO LEMOS** – Yes, but we have...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Is anyone late? Is there anyone...

**MR. DINÁRIO LEMOS** – No. So far, from the lots — lot 4 is missing, which is being paid this week, which caused this whole mess on the 19th — a total of 126. And we couldn't help but pay a visit and see how the situation is. As the resource... Got the fifth lot, which is a total of 47, which was to close the total. But there is already lot 6, which is resulting in a total of 30 houses and 19 apartments, needing the resource for those registrations that are pending there.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Has it been formalized? Are they already waiting...

**MR. DINÁRIO LEMOS** — Then we even asked Colonel Moisés, who's there. He agreed with me so that, before the studies are released, we ask for this money for the orange and the yellow area. So, in proportion to whatever comes up in view of the facts, we would do the evolution.

Here's Carla from the Social Welfare Secretary. We were already prepared for Monday, given what is exposed here at the moment, we could already leave the registers. We even requested a bus.

**MRS. TEREZA NELMA** (Group/PSDB - AL. (*Outside the microphone.*) - Is that $11 million for everyone? For this whole population?

**MR. DINÁRIO LEMOS** — These R$11 million are for the orange, yellow area, and for... There's R$3 million there to contract a company to do the expert analysis report of the buildings, which is a recommendation even from the State Public Prosecutors' Office, and we requested it from the Federal Government. I don't know if this amount is included, but by the...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Dinário, in view of this situation, I take two examples. First, this June CPRM official letter, which already placed the situation as alarming. And we've come to this

day, where you say that, from that to this moment, everything has gotten worse, which means it's much more serious. I return to the situation of what was presented here, that, ten days ago, it was a situation, and today it is another, that is, the map... I even congratulate you on the initial work. The map made there is a visual map of the buildings, and today, by what was demonstrated here, by the video exposed, including, taking the photographs from 2016 to last month, showing the red area, which is not this red area we are talking about, but the red area of evolution of an eminent risk, people I'm sure know they are taking a risk. They're in an area under investigation, in an area where all that's left is someone to read it right and sign. So it's no longer an initial reality. The red area, the yellow area, the white area, people live in Pinheiro. We are here saying it and it was said here as well. I also said that, if there's someone I love there, don't stay there. So, in order to leave, these people need help, they need to have a moving aid. I have already received the information here that, for those who live in the yellow or orange area, the resources have already been requested. They're not going to wait that yellow and orange to turn red.

It has already been requested, it has already been approved, and it is already committed. Is that it? Even with people still living there? That's the question, because there are people who are still in the yellow area and who are living there. Are these people already starting to receive aid or do they have to leave?

If we here, as an alternative, encourage these people to leave their houses, there is a guarantee that they will receive the housing assistance for the moving.

**MRS. TEREZA NELMA** (PSDB - AL. (*Outside the microphone.*) - There are people who left a year ago and did not receive the retroactive payment. Mauricio himself left a year ago.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – You didn't get the retroactive payment, right? But was it just after the emergency decreeing that this could be possible?

**MRS. TEREZA NELMA** (Group/PSDB - AL) — That's why I asked the question in writing to Armim... (*Outside the microphone.*)

... They were forced to leave. Claudia's here, Joerton, his house is totally destroyed, which is that neighbor, that first house we went to with Francisco Sales, City Councilor, last year. That's very distressing.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – When there are retroactive situations, what's the normal procedure? Do we have to internalize? Is that under the civil defense responsibility? Welfare? That's why we need to be in the same boat.

So, just to finish, and you already answer in the sequence: on the part of the Ministry, what is the bureaucratic procedure? From the fact that there is a request, for example, from these new areas, yellow and orange? What's the bureaucratic procedure? Is it approved? Is it necessary to have any interference with any manager? What's the normal procedure?

**MR. ARMIN BRAUN** — First, answering that question you have just asked, just not to miss it, and then I will move to the Representative's question.

We asked for some information of the people who will leave — this is the normal procedure, right — people who are going to leave, some information, the CPF of who is leaving. In some cases, we request a report of prohibition, to check if the house was actually prohibited. But, in this case, it's like I said, it's already been three releases of values: 500, then 2,400, and now 11. So, we sort of opened up this information.

So it defines the current situation, because the legislation itself, Law 12.608, provides for the following: what we have seen here was a great uncertainty. We still don't know what's going to happen, what might happen. And the uncertainty about risk can't be a factor for me not to act because I don't know the size of the risk.

So, considering what we've been talking about with the Brazilian Geological Survey, the work being done, the area that is being... Everything we saw here today. We made the decision not to collect this information and transfer what is asked of us, understanding that everything is mapped, is within the area. And also by giving Dinário flexibility, we've already talked to him, that, if the person today is in the area, we release to the red area, the people who are in the yellow area, from one hour to another that became more priority than the red area, no problem, we use it. We have already talked to him, we will then do the accountability, we take these assurances, including writing this in some places, reassuring by, if applicable, email, so that he has this guarantee later. It's incorporating that into the process, because, in the future, we will have, we may have, a control body questioning ourselves, and we have all the information.

The preservation of life is a fundamental article of the Federal Constitution, so we can't... And the papers, as our Secretary says — the roles and the processes — can't be more important than people.

So what we have today is a resource released — correct me, Dinário — for evacuation, for the withdrawal of 2,500 families, 2,400, isn't it?

**MR. DINÁRIO LEMOS** (*Outside the microphone.*) – Yes.

**MR. ARMIN BRAUN** — That's what we have there today, so the resource is there. There is not the financial — let's say, it is about to be committed, all the procedures done; so the R$11 million will be committed in the next few days, I don't know when that's going to happen, but it's pretty fast —, and we're releasing the financial, having this agreed with Dinário: "Look, the financial we're releasing slowly" — from R$2.3 million as it is run, so it can even do a good management of it.

As to the retroactive payment issue, there are some important issues, which are: the Civil Defense action, specifically for this point that we are doing, is an action in the emergency; resources come from a budgetary action that is for emergency. So, in theory, for everything that happened after decreeing the emergency situation. For us, it's a quite peculiar and new thing to have people who left — we understand that: people left early because of the emergency. We would need to build together with the competent bodies perhaps a legal solution, so that we could do this safely, concerning the people who have already left, because, in theory, they are already outside the risk area, but they used their

resources; it is an issue in which we would need to deepen this discussion and lead to a discussion in the legal sphere, to have the security necessary to do this kind of action.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well. I give the floor to Lieutenant Colonel Moisés.

**MR. MOISÉS MELO** — Senator, I would like to make two comments on my friend Braun's speech: in Law 12.608, it is also said that in an imminent disaster, there is a possibility of release of resources — we are on the verge of a disaster. Another correction that I would like to make, another comment: because, as a result of what has been presented today, we have to forget the yellow area and the orange area. Today everything was presented here as red area, and the red area doubled. All of this has been extended. It was very clear here at Mr. Thales' presentation. So, there is no yellow area or orange area for the Brazilian Geological Survey today.

The instruction we made to the Municipality was to request resources for the yellow, orange, and red area, but today, as everything is red there, we understand that the request should be extended, since we work with the precaution principle, and in this principle we have to request resources so that the entire population in that area be actually removed. We're talking about this as soon as possible. We commented on it in that situation, and this recommendation that the State Defender's Office made, that we made, was for that area initially mapped; but today, after this presentation by Mr. Thales, it is quite clear that we may have a disaster there like never before in the history of this Country. So, it's important that a resource be requested for the entire population of the red area, including that slope of Mutange. On that slope of Mutange over there, I believe there must be ten thousand people. So all that population shall be removed.

So, the initial mapping was of those red areas; today there is a lot of talk about the red area, but this, as of today, I would like it not to be mentioned any more today in this matter — red or yellow area...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Risk area.

**MR. MOISÉS MELO** — ... because it was presented very clear: risk area, all red; because it can have the drag, and in that drag there, in addition to taking the district of Pinheiro, it will also take Mutange and CSA, it will take everything.

So, the Civil Defense works with the worst-case scenario. But what's the worst-case scenario? The macro disaster. On top of this possibility, we have to request the necessary resources, the action of the Federal Government, more agility in the release of these resources.

Your participation is great, it is very important in this context at the national level, at the level of the Ministry of Regional Development, for these resources to be released. We're not talking about $11 million anymore; we need to release R$50 million, R$60 million, R$200 million, whatever it takes, because the rain will come, it's only a matter of time. It rained, and in that rain, as Dinário said here, we worked and called that whole committee in the State, worked with the disaster committee, in this case the State

Defender's Office. We called all those who were there — and many are present here — and called with a 108mm rain in the district of Pinheiro in just five hours, Mr. Cléber.

So if the trigger is the rain, we have to remove this population, Senator, from this entire area that was mapped here and presented by Mr. Thales.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well, Lieutenant Colonel.

Finally, I would like to ask Mr. Armin Braun to internalize — that You be the spokesman at this moment, to anticipate facts — in this whole interministerial commission that already exists, formed in the federal sphere, the interest of both the municipal, state bodies, and those that work in the control part, that they can be part of a situation room, a crisis management, a specific steering committee, whatever the name to be given, and that the federalization of this situation is not only in the bureaucratic aspects here in Brasília, but that it reinforces the teams that are there in Alagoas, speaking the same language — the vest is the same color — and I think that's how the population will feel up close to the security that is missing. It is in this way that it will be possible to raise more quickly the awareness of who makes the decisions, who will verify that red, blue, or yellow is a situation that is no longer a reality today, as was well said by the State Civil Defense Coordinator; what exists is a delimitation of the risk area. One of the final guidelines of this public hearing will be the urgent update of the delimitation of the risk area. So everyone in there will always have to receive the same treatment.

So it's a position like this that I believe in.

You have already made it clear in your speech that you are going to do this, that we are going to achieve some quicker result in view of such a dangerous situation, I can say so.

**MRS. TEREZA NELMA** (Group/PSDB - AL) — Senator, as it is damage management, I have a question: also the matter of the safety of houses that have been abandoned — I don't know how to say, vacated, the right term — is a problem. There's been a house that has been stolen three times, twice. So we need to ensure that safety for these families.

Also, Mr. Senator, the community is also in need of a closer approach with Banco do Brasil — because with Caixa it has already been done — but it needs a closer approach with Banco do Brasil to solve some community issues.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Perfect.

**MRS. TEREZA NELMA** (Group/PSDB - AL) – So, this damage management is necessary.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Perfect, Representative.

So, just to finish, there's an application, and I'm going to ask that the question be made. Soon everyone will have the opportunity to speak, but now we leave it to the second part

— there are four. So, if you could ask the questions... There are two people here. So I'm going to open up for two questions, and let us be quick.

Did You want to ask a question?

**MR. JOELINTON BARBOSA GÓIS** (*Outside the microphone.*) - No, it was what she asked.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Does Geraldo want to ask a question?

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — I was going to ask a question, but I want to ask you to tell the mechanics of our hearing: after we finish this part... (*Outside the microphone.*)

... will the authorities leave, or will they interact with the residents?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – They can stay here, but not as speakers. As I said here at the beginning, the format is to extract information. It is not how it is done there in the State of Alagoas, in the State and City Councils; the authorities here have the right to not even want to answer, because only the Senator can ask pursuant to the Regulation; we are already here doing it, by agreement, in a collaborative way, recording information, and those who want to ask questions at that time.

I know you have a lot to talk about, but if you want to ask any questions, the time is now.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — I would like to ask you a question, because please note: the report will be out in about 15 days, let's say, isn't it? End of April... It's more: end of April. Social rent has cases...

The cycle, in fact, is this: when I call the Civil Defense to my house, it takes 25 days to get to my house — 20 to 25 days, in case it goes. There are cases where we have 58 protocols. Then one asks to evacuate the property, a terrible pressure on people, and that generated a lot of that emotional content. I usually believe that Pinheiro is a concentration field: the feeling of Pinheiro residents, Senator Rodrigo Cunha, Representative Jó Pereira, Representative Tereza Nelma, and other authorities present here, is a feeling of torture: one puts pressure on one side, and the other speaks on the other. And they live...

We're living in this mix of very strong emotions. No wonder why Dinário is like this. I am too, but we have to be a psychologist, we have to be friends, we have to go with Mr. Abel Galindo to people's houses to reduce this tension a bit. So, to get people out, Senator Rodrigo Cunha, from the district of Pinheiro after this...

(*The bell rings.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — ... presentation that Mr. Thales made is a war operation.

Our two Civil Defenses, as much as they may want so, will not be in condition. I don't even know the structure of our national Defense, but I think this is something for the Armed Forces. Look, I've already been saying: this issue of communication — I told Dinário back in November that there were communication problems, and they were very serious. Yesterday, Tuesday, I strongly asked Mrs. Roberta to make those recommendations — some of those recommendations were at our meeting — and today I had the pleasure of, at dawn, because I did not sleep from yesterday to today, trying to write something, but I brought written to you our claims, which are many... Then, at dawn, I received the news that Mrs. Roberta, her team, with Mrs. Niedja... And we will do justice: the Federal Public Prosecutors' Office, the State Public Prosecutors' Office have helped us and a lot. Just like the...

(*Interruption of sound.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – ... Members of Parliament, all of them, at municipal and state level and federal level. You yourself... (*Outside the microphone.*)

(*Interruption of sound.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – ... For you, Sir, because we have no mayor, and we have no governor. And you were there at our meeting, when we did it there in the square, together with Mr. Gaspar. You committed yourself to the cause, went to Caixa Econômica and solved a lot of insurance stuff. That day many people were criticizing your speech, but your speech was right, it was positive. And when you don't have a mayor and when you don't have a governor, there's a Senator with the credibility you have. Thank you very much for what you've done. (*Claps.*)

If you hadn't done that and didn't have the initiative of this hearing, a lot of people could die for what I saw Mr. Thales presenting.

(*The bell rings.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – We have to be quick, very quick. And this social rent can't take long. It has to go into the hands of the citizens so that they can leave the house. There are people who are already with the surety and two more rents, humble people... There is a citizen, in Jardim Alagoas, Ms. Francisca, who has a boy with special needs and has a sick husband and who paid two rents of her house, R$700.00, R$1,400.00 of a small family income. We can't allow this! We have to stick together, people, to avoid this. Whatever depends on the SOS, you can count on it. As for the issue of communication by the Local Government, I will tell you one thing, if we disconnect our nine WhatsApp groups from SOS, no one talks to the Local Government. If you want to take a test, I'll do it. It's going to be a communication disaster.

So, we brought our claims and if you allow me I want to leave them to the end, because they're long.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Sure, sure.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – A lot has already been discussed here.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes, right? That is precisely why, Geraldo, I really ask for your understanding. Your speech is essential here. Everyone will be given the opportunity. But you understand, I think you're realizing the dynamics of what's being done here.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Perfect, Senator.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mrs. Roberta has also been here since early, and Mr. José Antonio Marques likewise, the public defenders. Everyone here wants to come forward and say what is being done and extract information as well. This isn't just a public hearing that going to end here. It is not. From now on, in addition, a commission of Senators can be created to accompany this commission that will also be created in the federal sphere, a joint commission, maybe. Why not? So, that's it. As I said, everyone has to do the utmost in your reach. I will do as much as I can within my prerogatives. We don't want to find who is liable right now. First, it's to save lives. Then we go, yes, back if there is anyone who can be held liable and who gave rise to it; then there's the Judiciary, there are other agents who are going into the field. But that part now goes through the political area a lot.

I'd like to give the floor to the City Councilor Chico Filho, who is registered, so he can ask a question.

**MR. CHICO FILHO** - I will ask two very quick questions.

In Mr. Thales' presentation, he showed a half-moon that would be the ground that is moving. This evacuation area today is restricted to that area where the ground is moving, the red area and the green area, just that piece of the half-moon, that is the red, orange, and yellow area. Is this evacuation area from all over the ground? How will this evacuation take place? There are approximately 30 thousand people, considering Pinheiro, Mutange, and Parque Bebedouro. So we have to evaluate it.

Is this humanitarian aid restricted only to those people who are at the end or will it be extended to the 30 thousand people?

Finally, the matter of stabilization of the land has been mentioned here. Is there a technical study to enable the stabilization of this land? Can there be a technical study in this sense, with the Local Government, the State Government as a Public Branch? What is the plan B? That's because, according to the Civil Defense, this humanitarian aid is an emergency, it has an expiration date. If you take out five thousand people, ten thousand people, twenty thousand people, after a year of humanitarian aid, where will these people go to? Maceió cannot receive in its capital city thirty thousand people. It can't, it's not prepared for that. So, the Civil Defense is playing its role, which is to take them off the sidelines, but without a study of the Government, the State, with a capital S, so that we can give a direction, we'll be just pushing water uphill with a rake.

Senator, I congratulate You, and these are my two questions: first, whether the evacuation area is just the edge of the red half-moon, whether it is the whole land, and whether there

is a study or there may be a study of stabilizing the land so that these people can keep living there where they current live, bringing fewer problems to the city of Maceió.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well.

I give the floor to Dinário initially, to make notes on what was raised here.

**MR. DINÁRIO LEMOS** — Well, as I said at the beginning, Maceió, the Pinheiro area is around... We are talking about approximately 30 thousand residents among all areas that go from Cepa to the Ladeira do Calmon, as the honorable City Councilor pointed out. When people leave, everybody will want to get paid. We've got the red area all evacuated, 493. There have already been 60 people from the red area who were outside, because we also used this resource to the orange — I'm already sending this. We set up a task force for the orange area, for the Divaldo Suruagy apartments, the entire Divaldo Suruagy, the entire Jardim Acácia, which are blocks.

The task-force came here to Brasília, we set it up and we got it ready. As soon as the Civil Defense gives us the signal... On Monday, there will be a bus with the registers who will do this immediately. Since there is going to be just an engineer to look at it... We don't have to do it now. We just have to check the documentation, because we've had cases of people who have two, three apartments there. We had people with the same CPF. So, there was a lot of care, but we don't have that speed to do the inspection. We sent it to the Secretary of Finance, sent it to the Ministry, and it made the registration.

The other thing is, we have a problem there. The trade representative is here. I have five gas stations; I have the trade. How will they live? I have two hospitals; I have schools that have already been evacuated. What's in there today is really full. People ask me, and I don't have an answer.

The escarpment area... I'm talking about escarpment here and that's a geological term. I'm sorry, Mr. Jorge Pimentel, who is the expert in risk area. But escarpment is considered as a risk area for a long time because it is slope area. We don't know about there, because if you're going to take them out there, you have to take them out before the IMA, Gruta do Padre, and go almost to Ladeira do Calmon. There I imagine they have... There's an invasion. These people don't have a profile because they don't have a house document. How will I deal with a person who's going to say something like this: "I live in Mutange." "What document do you have?" "None."

**MRS. TEREZA NELMA** (Group/PSDB - AL. (*Outside the microphone.*) - They build shacks every day.

**MR. DINÁRIO LEMOS** – There are shacks every day. So we need to have these discussions, because we're going to deal with the slope, because we have to evacuate that slope anyway. I don't know how we're going to handle it, because, by the time we evacuate, it's also necessary to run a check to take down or take it off. And there is the matter of trade because trade, as has been said here, it has its importance... Mrs. Rosemeire is working very hard on this, with the traders. There's a polygon there that has to be evacuated, and we still don't know how to deal with it.

**MR. CHICO FILHO** (*Outside the microphone.*) — Today we only have the limited area.

**MR. DINÁRIO LEMOS** — The limited area.

I will, from Monday, start the action for whoever is from Jardim Acácia, Divaldo Suruagy, whose people have already registered and whose apartments are cracked and they are every day asking, asking, asking, asking, asking, because it is increasing, increasing, increasing... And then we'll do the full evacuation, which will make a total of nine hundred and so many apartments.

**MRS. TEREZA NELMA** (Group/PSDB - AL. (*Outside the microphone.*) - Dinário, what about that group of Mutange, in front of CSA, that we tried in any way to work together with the university? And a survey was made of nearly 500 families. The registration is already ready by the university. Remember that we...

**MR. DINÁRIO LEMOS** — There needs to be an inspection of this because those people can receive and stay there. So we have to be careful, negotiate, so that we leave here with this well-defined.

I think that's it. People will have the chance to talk about the traders later, so they won't say I didn't think about them, because the traders there have a very strong trade. There are five gas stations, there are a lot of businesses down there that are closing, private schools that are closing, and I know there are negotiations.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — In addition, I mentioned here at the beginning that 20% of the jobs in the city of Maceió are in this region. So it's a lot of stuff.

Here we will have the speech of the Labor Public Prosecutors' Office, of the representative of the Association of Traders.

But Mr. Armin as well, with regard to what was raised here, wants to make some clarifications.

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Granted.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — Unfortunately, the advisory office has set a terrible time. And our concern is to get to the airport in time. So I just wanted to quickly say that the Alagoas Public Prosecutors' Office is in partnership with the State and Federal Public Prosecutors' Office. We're...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Let me stop you for a moment.

Mr. José Antonio, would you kindly sit here next to us as well. Your presence is important, and it is also important to formalize this act, in view of the strong performance of the State Public Prosecutors' Office.

You were one of the first to arrive here, you have waited carefully and has much to contribute. I understand...

**MR. DINÁRIO LEMOS** (*Outside the microphone.*) - Please sit here by his side. Please. I'll sit there. (*Laughter.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - So, Armin, I think you can answer. It can be five more minutes.

Feel free to answer, and then, our Prosecutor will answer.

**MR. ARMIN BRAUN** — Some questions have been mentioned here.

Colonel Moisés here spoke like this: "No, we can't see red or orange area anymore." I agree. So much so that, for the release of the resources, I was colorblind. There was no color for me in that thing, there was only one... I don't care if it's orange or if it's red. So, that's it. We need to treat this very carefully.

As to the issue of the area, which you mentioned earlier, the area in the emergency decree is always defined by the Municipality. So, actions are undertaken for the people who live in that area. So, the Municipality has the freedom to add some other areas, but I believe that a municipal decree already provided for it...

(*Intervention outside the microphone.*)

**MR. ARMIN BRAUN** — Yes, there is one thing that is the area of severely damaged houses that were at risk, and there is another thing that is the concept of affected area. So, affected area, Dinário, I don't know how it is, but I believe it's the entire district. Thus, the entire district is an affected area and it doesn't mean that the actions...

(*Intervention outside the microphone.*)

**MR. ARMIN BRAUN** — So, this is the area affected; emergency actions are undertaken for people in this area who need emergency action.

Another thing that has been mentioned is the matter of security. This is a very important point: the sequence of an alert and removal of a person from the risk area has the very fact of the removal of the person that is, by itself, quite complex; people are attached, we are all attached to our houses, to our homes, often the person has taken a lifetime to build a house thinking of leaving a good home for their children and someone comes in an orange vest and says: "Your house is falling, and you have to leave it." "No, this house will not fall because I built it, I made the foundation of this house. It won't fall." But it's not that the person is sure it won't fall, it's that the person is so attached to what they have done, to what they built for their kids that, at the moment, they can't admit it and they feel guilty about putting it in an area of risk they didn't even know that existed. So the matter is psychological, psychosocial, and the person does not want to leave. And we can't blame people when they don't want to leave that area, we have to understand and do what is necessary to get those people out; and that person's house will stay. And what

if, six months later, someone goes there and occupies the houses there, due to the lack of inspection?

And then you have one more family to take out that's there. "Oh, but they occupied an area of risk, they knew they were at risk." Are we going to stop helping the family because they went to occupy that house that might be a break-in, that could be something like that? Or someone who knows that people there are getting social rent, take vacant land, quickly build a little house, and start getting rent. There are many issues that need to be managed.

There is also the matter of security and, for sure, the State here has the Military Police, the public security bodies and, if there is also a need, we will ask the Federal Government for this support. And here comes something we've already talked about with Dinário; if there is any difficulty in the municipality understanding concerning this, we go there, we talk, Senator, to you here, we talk to the Local Government because this problem is too big. So, if there is an issue that is occupying the municipal coordinator of the Civil Defense that is the administration of the financial resource for the social, the Secretary of Finance undertakes this problem and ceases to manage the disaster.

If there is too much trouble talking to the press, the social communication needs it coordinated a bit more; the Local Government social communication takes over all this and filters a bit more, makes a release, and so on. In all areas that have housing problems, the secretary that takes care of housing in the Municipality undertakes this problem, this responsibility, and works in coordination with the Civil Defense, leaving the Civil Defense much more in the role of coordination. The Civil Defense Coordinator, at the time of the disaster or when it's happening, has to be managing the crisis instead of being in the field, knocking door to door and removing people. There's a lot of people to do that; however, there's not a lot of people to manage the crisis. So, it is an important aspect in which we are willing to help, to raise awareness, already with actions in the past.

I'm talking without knowledge of cause about how this is actually happening in the Local Government, but it's a reality that we are living. I have already worked for the Municipality, I have already worked for the State, and today I work at the federal level. This is a reality of the Municipality, where often several services are not made available as they could. So, that's an important fact. From there, in the suggestion that you have made, I undertake to take the matter to the upper level, how we will deal with this issue of what is a greater participation of the Federal Government, but also talking very close to the Municipality and the State, because we have a Federation, and we have things that need to be respected.

They know the ground, and we are trying to understand the best way in which we can contribute and, of course, always rely on you to support us as the great spokesperson here in Parliament when necessary; not only now, but when it is time to value the work of the Civil Defense in Brazil, through a more modern legislation, something that could give more capacity for the Civil Defense to act in Brazil.

We appreciate it and count on your support for this as well. (*Pause.*)

**MR. JOELINTON BARBOSA GÓIS** – ... They took out all the power outlets, pulled out all the wires. I went to the Public Prosecutors' Office before Carnival, which would

be a critical period, and opened a protocol. They were supposed to call me after Carnival and haven't done so until today. So I can assure you that I was so frustrated when I left home, just as I was frustrated when I was in the house and there was nothing else in the house.

I asked who was responsible for the house — that was before Carnival — and, to this day, no one answered me.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — So, just for an emergency situation as well, I'm going to give the floor to our Prosecutor of the State Public Prosecutors' Office José Antonio Malta Marques, who has a very strong role in this specific issue, and this is not something recent. So, it's been a long time, from the beginning, that he follows up the case. For this reason, I made sure to have his word, his voice right now. And, thus, I already undo the others who were here and who can also occupy the other space, because we are soon going to move on to the next part.

Continuing, I invite you to sit down replace, for us to have more time, Mrs. Roberta Bonfim, Attorney of Brazil; Mrs. Raquel too; Dalma Caixeta; the Regional Attorney of Brazil, Augusto Santos; the Attorney of the Labor Public Prosecutors' Office Rosemeire Lôbo; the Public Defenders of the State of Alagoas Carlos Eduardo de Paula Monteiro and Fernando Rebouças; and the representative of OAB-AL Ricardo Soares.

Everyone, please, come and occupy the spaces. Thank you very much for your presence. We communicate in search of this great goal. You can be sure.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – With the floor, Mr. Prosecutor.

**MR. JOSÉ ANTONIO ALVES DOS SANTOS** — My special greeting to You, who chairs over this meeting, this hearing, better saying. I say to You that you are to be congratulated not only on chairing, but for bringing the represented population from the district of Pinheiro and the authorities of the State of Alagoas linked specifically to the treatment of this subject.

I always say that the Legislative Houses are truly the Houses for receiving the claims, for receiving the population, and for becoming the greatest guardian of society to meet all demands.

Friends, authorities present here, residents of the district, ladies, gentlemen, before I begin I would like to quickly answer Mr. Joelinton Barbosa Góis. You said that you sought the Public Prosecutors' Office, opened a protocol, and that it has not been resolved yet. You sought the Public Prosecutors' Office, but not at the correct place, because the Public Prosecutors' Office where we work, in the Operational Center of Prosecutors, is in front of the Accounting Court, practically in Pinheiro. You must have gone down there. Then there's a protocol...

**MR. JOELINTON BARBOSA GÓIS** — No, it was in front of the Accounting Court.

I forgot the acronym.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — In front of the Accounting Court?

I'm the officer there and to this day I haven't...

I wanted you to tell me who received this...

**MR. JOELINTON BARBOSA GÓIS** — It is filed, registered.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — Ok.

I would appreciate it if you send it to me later. And tomorrow you can look for me in Maceió to see what we can do.

**MR. JOELINTON BARBOSA GÓIS** — Thank you.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — Ok, but we have already dealt with this matter with the police itself, they asked the Civil Defense for better information to further strengthen patrol in the district.

I'll start my clarifications.

The Public Prosecutors' Office... If I'm not mistaken, in February or March 15, there was a heavy rain there; three days later or four days later, the seismic shocks came — or a month later, something like that. The Public Prosecutors' Office, at that time, due to the repercussions of the news in the press opened a procedure called information of fact. Since that time, the Public Prosecutors' Office has already started working in parallel to follow this problem through the 66th Prosecutor's Office of the capital city, with Mr. Sodré.

And he, at that time, issued some recommendations, such as, for example, asking that it be no longer, that the Local Government should not grant construction permit. The Local Government questioned why he included the district of Mutante [*sic*], which today is a reality.

Then he issued a second, asking their compliance... There were several! The last of which I remember well is that an expert analysis presented at the time, in October, was performed by the Hydrology Executive Board, in which he presents a synthetic report on the stability of the land of the district of Pinheiro. In this expert analysis, as an immediate measure, he advises the blocking of housing. I won't read the other measurements for a matter of time. And, on that same day, — it is here in the case record — Mr. Thales Queiroz Sampaio was heard, who, being asked, among other things, reported that the best solution, this in October last year, in the understanding of the Geological Survey, would be the evacuation of all critical zones, turning these regions into areas of observation, not allowing more housing in such places.

At that time, in October, three days later, Mr. Sodré already made a recommendation to the Municipality to meet these recommendations, that is, for the evacuation of these critical areas.

After all that time, last week, the Public Prosecutors' Office...

Yes, then, later, Mr. Sodré was removed from the Prosecutor's Office at his request and Mr. Alfredo appointed a task force composed of five prosecutors to follow up and act on this case of Pinheiro. He sought, in addition to me, as Officer, Mr. Adriano, who is the Coordinator of the Expert Analysis Center; Mr. Max Cavalcanti, who belongs to the Consumer Department; Mr. Jorge Dória, who is from the Environmental Department; and Mr. Jomar, who is from the Human Rights Department, so that we could follow up and solve any and all demands that came to the Public Prosecutors' Office attention.

And then, after being baffled over this information of fact, we evolved with it and turned it into a public civil investigation, which is the reality today. And then, when visiting the district this week, we found that all these requests, recommendations had no effect: the residents were still there, and the streets with traffic, with movement... Anyway, life was practically normal there.

So, we issued... And then, after issuing, before publishing, coincidentally, Mr. Alfredo called two authorities, a colonel from one of these waters and Thales, and said: "Look, we finished it and we'll give it to the Mayor." And they both congratulated the Public Prosecutors' Office and said that this concern really had to exist.

And what's the recommendation? I'm going to read the basics, because, for me, it's not a new fact, this already existed in progress.

In item 1, "promote conclusion..." Why conclusion? Because there was already a Local Government job trying to vacate, but we considered it timidly. There was a need to speed it up. Therefore, the immediate conclusion of the evacuation of all properties located in the red area located in the district of Pinheiro duly identified in the Map of Features and Risk Map, prepared, respectively, by CPRM and the Civil Defense, pursuant to paragraph 3 of article 3 of Law 12.340, of 2010, which is the law that ensures that it is not only about getting there and evacuate, because it is necessary to ensure the means: social rent, transportation... Finally, give all the condition so that the residents can vacate.

Also adopt measures with the scope of preventing the reoccupation of real estate properties in the area, which is also provided for in this law. Arrange the interruption of traffic of heavy vehicles, buses, trucks, machinery, etc. on public roads inserted in the red area of the district of Pinheiro, except for vehicles duly authorized by the competent authorities.

What are the strongest news? We get there and find... A hole sank, a pole? It sank. So, it's always on the edge of the sidewalks, that part, in the middle of the street. So there's a need to prevent a vehicle from falling or the existence of victims.

Adopt the necessary measures in case of resistance in the vacancy of the properties, including court measures.

Adopt measures with the gas, water, and electricity concessionaires to proceed with the interruption of the supply of these services to the buildings located in the red area.

I know how hard it is, and I know about Dinário's struggle all this time, as well as the struggle of social workers and psychologists, trying to convince people to leave. Just so you all have an idea, I practically witnessed a house in front of which a huge hole opened... "It's black cesspool," "it is not"... The Civil Defense came to visit so they could see it, and then, the other day, a pole sank, and the owner said, "No, it's quiet here. These cracks are nonsense. I have lived here for 40 years and there's been 20 years that I see the cracks, and we close." But the Civil Defense insisted, and when entering the property, they saw that the residence was severely compromised, that it had to be vacated. For her to get out, her son had to be found so he could be called and come to convince his parents, because it was an old couple who lived there.

And the great concern of the Public Prosecutors' Office... The Public Prosecutors' Office cannot, in the Federal or State level, in any way, be called omitted. I usually say that we have no right to be afraid; we have to act. And to act preemptively, when talking about the protection of life, is one of the main characteristics of the Public Prosecutors' Office. So, it is for this reason that we decided that we would have to issue this recommendation urgently, so that these arrangements could be taken, because what would be of our conscience if — God forbid! — a building falls with one, two, three, four, five families inside that building and there were deaths? How would we be if something like that happened? So, in order not to say, tomorrow, that the Public Prosecutors' Offices have been omitted, we then decided to issue... Not least because since October last year, recommendations have been issued, and, to this day, they are not vacated.

Evidently, I know that the Municipality and the State face difficulties, mainly financial, but a time is coming when it is no use, we have to seek the Federal Government. It's no use doing as I said in a meeting at the Hotel Jatiúca: we only have to bring Galvão Bueno, because, in Alagoas, when the tragedy is happening, the managers call the Civil Defense Coordinator and say: "Go on, Dinário, it's up to you!" Everybody leaves. There has to be a mandatory greater commitment, in which managers tell the entire secretary that the Civil Defense Coordinator must be heard and served immediately on any request. That is our understanding, and we have not come to that yet.

And this power and water cut is fundamental at the end of the convincing process, when it is not achieved with dialogue and to avoid a possible lawsuit. Maybe, with that, we can solve the problem. Because it was said here "No, because they vacated the building and there was only one apartment left, then Casal reduces the payment..." It shouldn't have even been considered, because if it was vacated in its entirety and only one apartment remained there, this apartment is at risk. Lives are at stake. And it takes courage to say that, to stand up and hold it like that. And we, who form the Public Prosecutors' Office, both in the Federal and the State level, we are responsible for the preservation of the lives and rights of all residents of the district of Pinheiro. Our house there, the Operational Support Center, is located in Fernando Lima, in front of the Accounting Court, which can, in addition, from now on, be assured. There's a space reserved, we have a mini auditorium where we can get together and discuss any action.

This investigation continues to listen to several segments of society, seeking that they have a position, that they make a commitment, Caixa Econômica, Algás, CASAL, Ufal, the radar problem, the Secretary of Social Inclusion, well, several of them.

Continuing here, we also said "to adopt measures to proceed with the immediate evacuation of the residents of the orange and yellow areas of the district of Pinheiro in case of rainfall of high intensity. We have set a period of five days, from this date, for the Local Government to state its opinion."

I'm almost absolutely sure that the Mayor will embrace that recommendation. Now, it is necessary for him to come, for him to search here in the Federal Government. There is no use in this aid exclusively from the national Civil Defense. I understand that there has to be an engagement and a determination from the Brazilian President, so that he can meet, perhaps, Senators, Representatives, Mayor, Governor, to show that it is not only social rent, but to show that the population is at risk of life and that if anything happens, they can be held liable.

For this reason, I would like to say and leave at the closing... I would have a lot to talk about, but because of the flight, I will unfortunately have to leave, but I'm leaving all of you with a sentence — and I am sure that everyone here will follow me in this sentence — paraphrasing, of course, a writer from Alagoas, Professor Jayme de Altavila, who says this: when I die and they ask for me, say that I died, but I died as I was born: loving Maceió, loving Alagoas, and, above all, loving the district of Pinheiro.

Thank you very much. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mr. José Antônio Malta Marques, just so we can release you, I think there's something that... Because of the credibility of Your speech and the construction of life you have before the State of Alagoas, where you have always been in defense of those who need it most, I ask you a question, a question that can ease my life, the life of Dinário, and many others: what instruction would you give to that family... If you had a family member living today in the district of Pinheiro, whether in the yellow, orange, or red area, what would you say to them?

**MR. JOSÉ ANTÔNIO MALTA MARQUES** — I have and more: I have a daughter and two grandchildren living there, in the yellow area. And I already called my son-in-law once. I called him and said: "Leave or die. I'm going to... This is the first house I will order to cut the power and everything." (*Laughter.*)

Then they assured me that they're really moving out.

What I'm saying is just repeating what Mr. Thales, who is the highest authority on the subject, said back in October. So, our speech, your speech, the speech of everyone here is technically based. If it were not so, we would not have issued this recommendation.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Thank you. Have a good trip!

I apologize and invite Prosecutor Adriano Jorge Correia de Barros Lima. I apologize because, at the moment of the speech... He has already started speaking here, as Prosecutor, but You, too, please come here and join the Board.

Anything you want to add?

**MR. ADRIANO JORGE CORREIA DE BARROS LIMA** — Just one thing.

Just to say that the Public Prosecutors' Office remains attentive, vigilant, in these situations and seeking means to promote our Constitutional mission, which is precisely this: to guarantee the individual and diffuse rights that are at stake in this whole situation, hoping that the reports be completed so that, from there, if it is the case of having a person responsible, take the necessary measures, the measures provided for. (*Outside the microphone.*)

Otherwise, if it is any natural phenomenon, make the Government do something for the benefit of this affected population.

Just that.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Thank you and I'm sorry once again.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** (*Out the microphone.*) — Chairman, a matter of order.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Granted.

**MR. JOSÉ ANTÔNIO MALTA MARQUES** (*Outside the microphone.*) - If you did not give me this opportunity, I wouldn't sleep today.

Mr. Adriano Jorge is our expert analysis coordinator. He's brilliant, hardworking, dedicated, intelligent. Everything positive you can hear exists in Mr. Adriano who, by chance, is my close friend — I am the godfather to his son. Mr. Adriano, really, it was my fault not to have...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – No, but he's here. And congratulations on all your position!

**MR. ADRIANO JORGE CORREIA DE BARROS LIMA** — I thank You too. Thank you very much! (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — I will give the floor to the Public Defender Carlos Eduardo Monteiro, who also has a firm role in defending the people from Alagoas.

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — Good afternoon, Senator! It is an honor to participate in this public hearing. We have this partnership since you were a Representative. We were always at the disposal, whenever we were called we attended it. I always put the Defender's Office at disposal. Whenever you need information, we're at your disposal. So, greetings from the Public Defender's Office. I'd like to greet all those who are still here in the audience.

I asked for preference to speak for two reasons. The first is because my flight is also close. The second is because the Defender's Office, I think, is the first door on which the residents of the district of Pinheiro knock when they are distressed. I think it's one of the first doors. When they face difficulties with some public bodies to register before the Civil Defense, they go to the Public Defender's Office.

We heard of this Pinheiro situation at random. After the events of the rains, in February, March, after the quake, soon afterwards a resident of Pinheiro came to us, who already had a process of adverse possession with us. She came to report that her house cracked. It's kind of an interesting situation because her house is in a green area, near the church. There's even this question about whether or not adverse possession applies. We were arguing and she came to complain about the crack and said that other houses had also cracked. She was designated to individual service. We have a Center of Atypical Causes, which is commanded by Fernando Rebouças, who is here with me. Since that time, he was worried and said to me: "Look, this happened."

He even felt the quake when the seismic shock occurred, became attentive, and asked the Local Government for some information about what had happened. Other people began to appear in the Public Defender's Office, reporting the same fact, and also seeking to regulate the situation regarding ownership and property. The service was individual, but, as it began to grow… We, there, have a communication and the practice that, from the moment an individual claim begins to grow, in any of the centers, whether from consumer or the Center of Atypical Causes, the flow is to inform the Center of Class Protection. So, I believe that in May, June, there was the communication to the Center of Class Protection, and, from that moment, we started acting to try to see the class demands that would reach the district. We began to follow up and ask for information.

At first, we welcomed those people, those residents of the district who came to us, gave them legal guidance, and requested information to support a case that we filed administratively, to give grounds to any future demands. And so it was done, and we began to follow the development of the case.

We are often critics of the Government, but we have to acknowledge, and, in this particular situation, say: I have not, in particular, seen any omission from the government. They were present, with some faults, but they acted from the first moment, just as the Public Prosecutors' Office did. I have a whole case — which Dinário sent us, we requested from Dinário and he sent us — of the follow-up that was done, since the moment of the rain, since the moment of the first reports of the quakes. So there may have been faults, but not omissions. There was action. Everyone was engaged. They may even, at first, be a bit lost, not knowing how to act, but there was action. And we started acting.

Given the seriousness of the situation... The more we knew, the more serious it seemed to be — and it is. We called our General Public Defender and he simply recommended that all public defenders who work in the Center of Class Protection — there are five of us — should be dedicated to the situation of the district of Pinheiro, each in a specific area: one in the matter of liability, who was liable. This is still pending, as we depend on the report to check who is liable or not. We also act on the matter of children, the schools that are there. This one is with me. I followed up, I had to follow up on the pre-enrollment.

I paid a visit. Civil Defense accompanied us on this visit. We requested it and the Civil Defense promptly accompanied us. We called the Child Protective Service, which even criticized us and said: "We were never consulted." And I believe that the Child Protective Service... Anyone who works with the Child Protective Service knows how important it is and how close it is to the people. So it's even a matter of priority. If you're going to prioritize, let them prioritize... They asked me: if it were to prioritize evacuation, they had to prioritize the houses that had children, pursuant to a constitutional order, a legal order, because the right of children comes first when compared to other people's rights. It questioned it.

At the time of the visit, we, together with the Local Government, recommended the relocation of these children, not because they were in risk areas — previously they were red, yellow, and orange areas — but because of the lack of an escape route in the event of a disaster. So, we have a day care center there, which is for children aged two to five, a day care center with about a hundred students, and two municipal schools that go up to thirteen years of age if I'm not mistaken... Up to sixteen years of age.

So our concern over there was to relocate. We planned, along with the Local Government, closed them down, and all three schools were evacuated. It's sad to get the children out. There was a school there that had just been renovated. It wasn't behind any private school, it was a very good school! It was a pity, but we had to plan the relocation of those children there.

The members asked me: "Mr., there's a lot of children around. They're going to take them out of school, but they are not going to take them out of the houses?" And that also brought a concern. Why just that red area? It's like the layman: why just that red area and a small red house on one end? It's hard for the layman to understand. The geologist has that explanation. But for us, why is there a house in the middle of two that are cracking and it hasn't been blocked?

Today's explanation was very important in this regard. It's what the representative of the State Civil Defense said: "There is no red area, yellow area, white area, blue area anymore. Everything is red area." We have to plan, hold hands, create a plan to act and see how many people really are at risk of an eventual disaster.

So, we had meetings with the Civil Defense. Dinário participated. We had the participation of representatives of the community of the district of Pinheiro, who also, at the time, asked not to make it huge because of the real estate speculation that was going on. We did not keep it as a secret, but we also did not fuss, we treated it in a more discreet way, but without ceasing to act.

Through our Consumer Center, working together with the Center of Class Protection...

(*The bell rings.*)

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — ... we made a recommendation to Caixa Econômica and to Banco do Brasil.

Here, answering a question by Representative Tereza Nelma regarding the relationship with Banco do Brasil. We're controlling this. So far seven people have activated the

insurance, but there is a lack of the global number of how many houses are financed by Banco do Brasil, not least because most of the houses are funded by Caixa. He said that there are no more than 30, within a world there of more than 1.9 thousand houses that are already cracking. Now it's going to grow a lot more. What seems to us is that we're not facing resistance, we don't need to file actions. The bank wants to settle the matter administratively, which is very important.

(*Intervention outside the microphone.*)

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — It was housing financing.

(*Intervention outside the microphone.*)

**Mr. CARLOS EDUARDO DE PAULA MONTEIRO** — Right. It was housing financing.

(*Intervention outside the microphone.*)

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — Right. The question was... It is through the housing financing system law.

So, we already had this meeting. We are awaiting the response of Caixa Econômica, which has a much greater number of loans, but we are not finding resistance from Banco do Brasil to trigger the insurance, not least because they themselves have an interest, who will bear the risk is the bank's insurer.

(*Intervention outside the microphone.*)

**MR. JOELINTON BARBOSA GÓIS** — ... and willing to say the least.

So the thing is whether there are really only those people that they told you or if there is a lack of communication or even lack of interest from them, because, as far as I know, the manager won't go after the client, if the client doesn't go after the manager asking for compensation he's going to stay...

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — Right.

Even in this conversation with the manager of Banco do Brasil, he came to the Regional Superintendent, who said that...

(*Interruption of sound.*)

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — ... I could disclose this, which is to put in the Livramento branch, a person only to serve Pinheiro people, but he said that there was not all this demand there, but still, we requested and he was going to put a person, one who had more know-how, to serve only the situation of Pinheiro. So, there is already that branch at Rua do Livramento intended to serve, specifically, the people of Pinheiro.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Outside the microphone.*) - That's good because it's also the branch that releases the cards on the sixth floor.

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — Right.

What we can tell are the names. They said that the people who will stay will be: a legal officer; the superintendent, who also made himself at disposal to serve and answer questions; and a manager who will be the first contact with Banco do Brasil.

They are at disposal, no resistance, because, in the recommendation, we say that if there is resistance, there will be an action and, probably, the chance of them losing is very great in view of what is already available today regarding documentation, information.

So, an individual work, which is being done, is the matter of regularization of ownership and property.

We created a flow, with the Civil Defense of the Municipality, so that, getting there, facing difficulty, we can already refer to our Center of Class Protection, in which we have two employees just to serve these people. We analyze, issue an official letter to the Civil Defense, and, at the same time, file actions.

Now, the whole point is that you can't wait for an adverse possession action to be processed before you have the title of ownership. We have many situations there that already give the right to adverse possession, we have many cases also of inheritances in which the holder of the good is still pending, but the person died more than 30 years ago.

So, we have several specific situations that we're solving and filing individually. This is the performance of the Public Defender's Office.

As to social rent, we also asked the Civil Defense for information about the cases that are being rejected and the reasons for rejection, as there are bodies that are limited to what the law determines... Not to what the law determines, but to what comes, the order that comes from above, but, if we are going to legally analyze it, you cannot deny a benefit to those who have only one CNPJ. This is no reason to reject a benefit, the fact that the person is a resident is enough. That is the understanding of the Public Defender's Office. In cases that come to us and there is a need to file an action, we will file on this basis, which is without bureaucracy. If it is verified that the person lives there, you cannot put a hindrance to this benefit.

That's the performance of the Public Defender's Office for all this time. We remain vigilant, requesting information, making ourselves available. Within all these speculations that exist in the district, they even said not to seek the Public Defender's Office, because the Public Defender's Office would be a defense body of the State and the Municipality, and therefore would not act.

So I wanted to make it clear that the Public Defender's Office provides legal assistance to people who are weak, even when claiming against Municipalities and States. We have total autonomy in relation to the State, as well as the Public Prosecutors' Office. Our legal

nature is identical to that of the Public Prosecutors' Office, with different duties and powers.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Outside the microphone.*) — Even at one of our meetings in the square...

(*The bell rings.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – …there was a defender who took the initiative and went to the square. (*Outside the microphone.*) We gave him the microphone, Antônio...

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** – Othoniel. It is also part of our center, the Center of Class Protection.

So, we're with this task force — it doesn't have that name — but we're following up and making ourselves available to the entire population of Pinheiro.

Thank you very much, Senator.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Congratulations, Mr. Carlos Eduardo. Your speech is very important.

I know that the Defender's Office is, for sure, a body for those seeking solutions to problems in various aspects and I was not following closely the performance, but I knew that something was being done, I knew that the Defender's Office was actively acting on the social problem.

You say people have to leave — you even asked for a reversal here because you have commitments — but first I will ask just one question.

If You had a relative in the district of Pinheiro, whether in the red, yellow, or orange area, what would You say to them?

**MR. CARLOS EDUARDO DE PAULA MONTEIRO** — Senator, my aunt lives there. She lives at Divaldo Suruagy and is in the yellow area, which was an inherited house from my grandmother. In the inheritance, she took this little apartment there at Divaldo Suruagy, but she left a while ago.

So, this is the instruction that I give and, given what was presented here, I think the area that has to be evacuated is much larger, it is not restricted only to those painted there. It's much bigger!

My instruction is evacuation anyway.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I say this because we have to take responsibility.

I analyze my words a lot, but — as I mentioned — what You did is what I have done. I've deepened personally into all information, reports, interviews, people. You did, the

Public Prosecutors' Office did, Mr. Roberto will still talk, but he also did. People, when they have access to that information and a presentation as we have had here, there is no other explanation.

So, I say this, once again, so that we share responsibilities. The responsibility of those who defend the citizen from Alagoas is here, well represented by all here.

This is at least one of the commitments I have with people who believe in other people, and those people believe in us.

That's why I made a point asking this question, because I know you didn't rely on a news story on a website you read or on a WhatsApp message. No, you are a scholar, you have always been so, in all aspects, you have never been driven by the crowd, but rather by conviction, and that is how we should act.

Thank you very much for Your presence, have a good trip, and, of course, we have the beginning of a great work ahead of us, to join forces, no doubt. (*Claps.*)

And, here, I make it clear as well that we are here decreasing the face-to-face quorum, but the information I have is that TV Assembleia, website Antena H1, other websites are still broadcasting, TV Senado broadcasting, each with their networks here broadcasting. You all are here to speak to the State of Alagoas and here also a minutes will be made, a development will be made and forwarded to each person in charge.

So whoever is still here to speak in the last part can be sure that you won't talk to who is here, but rather to the people who are listening to us and, especially, so that we can extract information from everyone who's here.

That's the goal.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — I would like to record the importance of the Court of Appeals represented by the Appellate Judge Tutmés Airan, who has, in fact, contributed a lot to the cause of Pinheiro.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Recorded.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Posse Legal was his great initiative after he had a meeting with us.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – An honorable initiative; unfortunately, he was not able to attend, but he was invited, I know how important he is in this case.

Continuing, I would like to hear, in this third Board on control bodies, the Federal Public Prosecutors' Office, represented here by the Attorney of Brazil, Roberta Bonfim.

**MRS. ROBERTA BONFIM** — Good afternoon to all, good afternoon, Senator, thank you very much for the invitation.

The Public Prosecutors' Office has been following the situation. I will make a brief history, but, in fact, many of you already know, because you go to the Public Prosecutors' Office, we have been exchanging ideas and have been talking, but, for record purposes, I will do it.

Today we have two procedures in progress: one in the environmental field, which awaits the final reports of CPRM and a procedure in the citizenship field.

This procedure, which refers to the protection of citizenship, is newer, it derives from a decrease in the duties of the State Public Prosecutors' Office that occurred on the day — if I'm not mistaken — December 19. So it came to us in mid-January and, since then, we've been on an intense schedule to try to keep up with the situation.

We have two months of monitoring the problem. We have had this closeness with the community, with Mr. Joelinton, Mr. Geraldo, Mr. Maurício, Mr. Emanuel back there, Mr. Rafael, who was around too, I can't see him here anymore, so we have been talking, we have tried to provide an environment of dialogue, and we have even subsidized our actions.

We already went to the district of Pinheiro, and the visit was very important for us to form our persuasion. It was on that occasion that we met Mr. Joelinton and Mr. Maurício.

We have, through the Fourth Chamber, three experts who are analyzing and monitoring the situation, three experts from different specialties. So, they already went to Maceió, participated in the workshop. They went there, visited the district, and we await technical subsidies for possible new performances.

We also followed the evacuation simulation there, from February 16, and we have had a very busy schedule of meetings. In a meeting in February, we understood that it would be necessary to carry out a population survey of the orange and yellow areas because, in the red one, the registration for receiving the social rent was already followed. The deadline ends this week, but we have already had the return of the Social Assistance Secretary that they are managing to meet and will be presenting it to us next week.

This survey aimed to identify the existence of people in a vulnerable state. If at that time we were working with the possibility of evacuation, it was necessary for us to know in which buildings there were children, the elderly, the disabled, bedridden, in short, all the people who needed a different perspective from the Government, because they should be reached first, and they would not be able to reach the support points by themselves.

Another request from us, another referral from us was the registration of the entire district of Pinheiro. In face of our uncertainties, we understood that we needed this registration, because we work with registrations as in programs of Minha Casa, Minha Vida and we see that, often, there are difficulties in this registration. Sometimes there is a certain political use of the register, sometimes, there is also the citizen itself who seeks an opportunity to receive a unit. Anyway, we understood that this registration was necessary for us to have registered at that time who were the residents of Pinheiro.

Already aware that the Municipality would not be able to do it, we referred it to IBGE to do it, which I already explained more or less in my intervention. And then, the

recommendation is issued so that, based on the integration between the Civil Defenses, coordinated by the national Civil Defense, this registration is made. At the meeting on Tuesday, they gave me the news about this Mutange registration. I don't know what date it is. Actually, we were only working with Pinheiro, but I think, depending on what happens, we can also nationalize this record.

We saw, since this principle of operation, a communication difficulty. So, we involved our communication advisory to try to guide us in communication and also to communicate with the bodies also involved, aiming to standardize and avoid people panic.

Last week, as there was those rains, and we, aware that they are different things... The causes are one thing, and then, in pointing them out, we will see the attributions and who should seek this responsibility. Being in the sphere of attribution of the Federal Public Prosecutors' Office, we will certainly do so, but we understand that there was a need, regardless of whether the report is concerned with the cause, that we know if that area remained the same, because we have protection as a priority. and the preservation of people's lives.

And then, we made some contacts and we understood that it was necessary that CPRM, in spite of the schedule for presenting this report, inform if there was any change in the Map of Features We also asked, due to these rains that happened, to be informed what they considered the volume of rain as a trigger. We dispatched this from Thursday to Friday I think, and, finally, even Thales reported that in a panel today they measured and that volume today is 30.

We talked to the staff on Tuesday, and then we decided to send these three recommendations that I already mentioned to you, all addressed to the national Civil Defense. The first to guarantee social rent for the entire area indicated by CPRM, the second to coordinate a health care network for residents, and the third to install the coordination room with perfect integration between the Civil Defenses.

This is a brief summary of what we have done. I still have some doubts regarding the presentations that were made today, if the entire affected area needs evacuation. I think we need to talk about this. I think we all have to have a lot of responsibility, keep the responsibility in the work that we are doing. We are dealing with lives, we are dealing with physical health, mental health of people.

So, it is very important to have this signaling of whether the map today is really beyond that Map of Features so that we also do not generate panic in the people. I think the warning is given. Indeed, the situation has changed. Today we have a larger affected area, the presentation was clear, but these are different things: the affected area and the risk area. I mean, this is what I need, and I understand that it is necessary for CPRM to clarify, if all that area that he showed needs to be effectively evacuated or not.

So, I hope these studies will end. You need geophysics, the study of final geophysics, so that they give us that answer.

We have had a harmonious relationship with CPRM. They have sought to meet our demands, our requests. I talked to Mr. Thales over there and he said, "No, calm down, we'll talk later".

So, my head is still full of questions for which I haven't had the opportunity to have answer yet.

We have this perception of a giant Civil Defense involvement in the person of Dinário, who is not here at the moment - oh, his back is turned, I had not seen it. Actually, there is not, as has already been stressed and reiterated here, there is no experiencing this in the culture of our country, much less in our municipality. It is a new situation that we are all learning to deal with and work with. I think it will be, I have said at the Federal Public Prosecutors' Office that it is a game-changer. We've been learning to work like this. Today we are engaged in four people. Even Dinário asked if there was only female Attorneys there because by coincidence we are four women. (*Laughter.*)

So, we have learned to work in this format of seeking consensus among the four, so that it is really a round form of MPF communication.

Finally, the Public Prosecutors' Office is at your disposal and has a gigantic commitment to the gentlemen who are present here. I would say that I am here today because of the commitment I made to you. On Tuesday, we were surprised by very bad news, we lost a colleague on Tuesday night, and then it was very difficult for me to be here today, and then I came for the commitment that the institution made with you, gentlemen. It was not easy. I had to pull myself together, organize my ideas, I received the reinforcement of my colleagues, who stayed there, who are now in a meeting with His Excellency Governor of the State.

So, I have no doubt that whatever is within the reach of the Federal Public Prosecutors' Office will be done. We have commitment with you, gentlemen. Thank you, Senator. We spoke briefly on Friday; we still had no idea of the routine and what the public hearing would be like. We were also a bit surprised, and then we resolved very hastily how we would come here, in order to honor both your initiative and to honor the community, the society we serve. The Public Prosecutors' Office serves the society. (*Claps.*)

So, anyway, this is our commitment, and then, I look for it, I already got the phone number of the Secretary of National Civil Defense, who was here, to try to talk and see how it is... It seems to me that we will not have any obstacles to our recommendations being accepted, but we need to know how they will actually be operationalized, and operationalized as soon as possible.

So this is another step we take. I think that they will follow the guidelines of the public hearing, they will follow meetings so that we can see this done.

Anyway, I have spoken a lot. I also think, Senator, that it depends heavily on the emotions of people. There are people who are in areas other than those identified, but who are not able, emotionally, to stay there. So, these people, I think their mental health should be preserved. So, if they have no condition, if it is too heavy, and it must be, is it possible for them to leave? It is hard for us... When we don't live there, but it rains, we wonder how those people are.

So, that's it. I think I'll go ahead and answer because I know you're going to ask me, I don't have any family members living there... And I think it's been very clear, for some

time, that the red area should really come out, there is already an evacuation order. In orange and yellow, rains are triggers, so people should leave. And then, I really have a question and I need information from CPRM to know if the whole district or not needs to be evacuated.

I hope not, because we know... And then, this has also been a wealth of this work that has allowed us to review concepts and review situations. I am from Alagoas, I am from Maceió and I had no idea about the belonging relationship that the Pinheiro families...

(*The bell rings.*)

**MRS. ROBERTA LIMA BARBOSA BOMFIM** —... own with that location.

It really is a district that is traditional and different from other districts. We live in some places, but we don't have that...

(*Intervention outside the microphone.*)

**MRS. ROBERTA LIMA BARBOSA BOMFIM** — Exactly.

So, the Pinheiro district is really a different district. I can see it now. I could not see it before.

My time is over and, finally, the message that I could give and that I had to give was this..

We remain available to all.

Thank you very much. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mrs. Roberta Bonfim, the participation of the Federal Public Prosecutors' Office is essential, it is very important to achieve what was proposed also at the beginning of this public hearing and which you have already formalized: an important aspect of creating an integration room.

I believe that here, in all speeches, we felt this and we all felt the commitment. But this integration room has to be Municipality, State, Federal Government, without a doubt. And You, when you enter a cause, you enter to have the beginning, the middle, and the end. You're not alone. Friday, 8:00 p.m., I met Mrs. Roberta and the other three Attorneys. They were in the Public Prosecutors' Office, in the building, working on the Pinheiro case. Friday night you don't normally work at a public body, but she...

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - It is true.

So, on a Friday night at a public body working? What must we have? We must have this, a republican sense, keen awareness of your responsibility and how many people can change their lives according to the performance of a group of women, Attorneys, people.

So, you can be sure that the State of Alagoas closely monitors and feels credibility in every action that is taken by the Federal Public Prosecutors' Office, including the consideration that is made here, it is also important. Because everyone has a worldview, different experiences, and sees problems in different ways. I saw this as an opportunity for the State of Alagoas to work preventively and to give an example to this Country of something that was detected, and the bodies worked on it preventively. No one had to use the black bag, as mentioned here. And how good it will be if we manage to resolve this situation for reasons of technical engineering, as it was stated here. And, after a while, people go back to their homes. If that is the outcome of this soap opera, I am sure that everyone will be happy. But while it is not, some measures have to be taken, and they are being taken, I am absolutely sure.

And here I also make a record of Your feeling. It's a feeling of loss for Mr. Marcelo, who was also my professor. A very dear person in the State of Alagoas. Whoever knew him knows that he was a good person, he only did good things. And unfortunately, fate has these things. But here I also sympathize with all of you, and I congratulate you for your commitment because it is not easy to be here for the closeness you have with someone you have lived with for a long time. So congratulations on that too.

And, following up, I give the floor to hear the Prosecutor of the Labor Public Prosecutors' Office of the State of Alagoas, Mrs. Rosemeire Lobo, who is also acting in a specific line, but has an overview of the problem that concerns Pinheiro. So, Mrs., the floor is Yours.

**MRS. ROSEMEIRE LOBO** — Good afternoon to all. I want to congratulate Senator Rodrigo Cunha for the initiative and thank him for the honorable invitation to be here. It was also very busy, all this movement. I prepared some slides-show presentation there because I really like the audiovisual aspect in the presentation, but it is nothing that will be tiring, I promise. It's not my style.

Let me come here.

Well, sometimes people ask themselves: what does the Labor Public Prosecutors' Office have to do with all this, right? Even if it is a Public Prosecutors' Office.

When it all happened, last year, I myself, as a citizen, resident of Alagoas, Maceió, was sorry that it was happening, I did not delve into the issue, but time passed. And this year, after those rains and some movements, I started to worry as a person, as a human being, then as a citizen and I started to think about what my institution had to do with this whole situation.

So, it had to do not with the geological phenomenon itself. This is all being investigated by other competent bodies in relation to the environment. But we do have a particularity, which is the work environment and is even the subject of one of our coordinators. So, we saw that, despite waiting for a report, according to the schedule presented by Mr. Thales, we already had, there was already a socioeconomic tragedy in those districts there.

As much as we say only Pinheiro, Pinheiro, Pinheiro, Pinheiro, we must not forget that the emergency decree says: Pinheiro, Bebedouro and Mutange. So, I start by just covering the three with the picture, honoring the pink of Representative Tereza Nelma, with the

big house of my childhood, which was Colégio Bom Conselho, which is also at the moment undergoing a cracking process. And also a picture of IMA, which is needed here now, as in all other meetings, of the house where my children's ancestors were born, which is IMA, the house of Representative José Fernandes de Lobo Ferreira.

So, you see, without any nostalgia, I don't want to provoke this here, it's not the goal. But we are dealing with nostalgia, with memories. Then, in honor of Braskem, an old picture of the company's beginnings in the State of Alagoas, when mining, industrialization in the lagoon area arrived. I cannot say how old I was, but I witnessed the house of my professor, Ms. Geralda, being the first to be knocked over there next to, I think, Braskem's first extraction well.

And it was a great curiosity, and so great for me that, afterward, when I went to the Marista, my science fair work was the exploration of rock salt. And I went to visit the factory and I knew how to assemble all layers of soil in the Styrofoam, paint, drill, explain it at the science fair.

So, this industry arrived in our community, from Bebedouro onwards, taking that part of Pontal da Barra. And the Pinheiro district, which was above the district where I lived, started to get urbanized. So, today is what we have there, in a more succinct picture, of urbanization. Then Mrs. Roberta says is it a differentiated district. Is it? Yes, it is a different district because there was practically only Avenida Belo Horizonte, and the rest was being built, until we reached the situation we are in today, with all that tested from the Mutange, which did not exist, from the train line up completely urbanized, in a totally irregular way. Some staircase adjustments, improvements to nearby schools, Bom Parto, Cambona, were being made, but the situation is very risky there in that location.

Everyone already knows, but it didn't cost anything to put striking pictures of the situation after moving the terrain in 2018, this blessed mapping, which is so questioned.

What is orange, what is red. So, as I am from there, I have people who call me all the time. So, it's Rose, it's Meirinha, it's I don't know what: "How is it going to be? Will it fall, will it not fall? ". And I always questioned myself about this, even as a layperson, from the moment I started to act as the Labor Public Prosecutors' Office. Who decides? And especially after the workshop, in which Mrs. Roberta was also present, in which one of the questions, including from people in the real estate area, from the representative of the association of entrepreneurs, which definitely defines what is yellow, orange, red for the purposes of "I am leaving now", "I am leaving tomorrow", "I have the right to social rent", "I don't have".

I was at the board along with Mr. Alfredo and Mrs. Roberta, from Mr. Gustavo, from the Municipality staff, SOS Pinheiro was also at the board. And here I was listening and listening here to all the demands that were going on at that moment. So, I defined in two poles, the pole of concern for the cause, of geophysical issues, which I did not know, nor had the domain, nor do I have - although today I already know that fissure is different from fracture, which is different from crack -, but also the relevant social issue, which seemed to be passing far away.

The Labor Public Prosecutors' Office is an essentially social Public Ministry, and that is society. The Pinheiro society, within the society of Maceió, within the Brazilian society

as a whole. There, people circulate, live, negotiate and work. Oops, so, if there's work, there is a Labor Public Prosecutors' Office in the middle. Because that's where we got to where we are now, the mental health crisis of the worker in that situation.

But my work profile, considering this housing and commercial desertification, I started to question myself. This is our matter. What am I going to do if I have no culprits? So, it would be very reckless on my part as an Attorney to establish or instigate a colleague or make official letter news so that an investigation process could be opened with the respondent. CASAL, Braskem, omission of the Local Government, whoever it was.

There are resources provided for by our complementary law, it is ours, in which we act both in the judicial area and we can also do preventive work. And this preventive work includes public hearings, as they have already been done, it includes advisory notifications, which the Public Defender's Office can also do. And it also includes openings, at least in the Labor Public Prosecutors' Office, of a procedure called promotional expedient. What is that? It is a process in which I have nobody investigated, I have no culprits, I have no deadline. It is like my expedients in relation to child labor, which is a delicate, ant-like job, as we say.

So I keep on joining elements. I'm participating, I'm calling, I'm collecting information so that, if it is the case and there are culprits, if it's not just nature... If it is only nature, I will not put God in the process, he cannot be my respondent. But, if there are solidary or single culprits, this PROMO will then become an investigation process if necessary. It may be that I already have all the elements, and then I will file the public civil action directly. But this public civil action, yes, founded on a process of collecting evidence, participation and attitudes because this PROMO is not just for collecting.

I, in particular, have an understanding, as a member of the Public Prosecutors' Office, due to so many places where I have worked and as the businesswoman that I have been, that there is no cash without work or work without cash...

(*The bell rings.*)

**MRS. ROSEMEIRE LOBO** — Just a minute. Let me move forward.

So, it is necessary at this moment an attitude that reconciles these two things, because you see: if the representative of the entrepreneurs tells me that many establishments are already closed, what could it be the posture of the Labor Public Prosecutors' Office? Notify entrepreneurs and say, "Okay, you fired, it was by force majeure, you will claim... You will not pay the FGTS termination fine, and you will not pay the indemnified advance notice, but take care to pay everything else you owe".

I don't know if that would be the best course of action at this time, precisely at a time like this. You, gentlemen, know the situation of the Labor Court and, in tow, the Labor Public Prosecutors' Office.

So, if we are the Labor Public Prosecutors' Office, this is the time for preventive work. And what would prevention be? Do not let ventures close.

So, from then on, I held the first meeting, where the Civil Defense was present, where Braskem's representative was present, Milton Pradines, who brought me the first video, the first elements, and from that I set up another meeting, that was the second moment.

Could I have held a public hearing? I could, but I was afraid, given the urgency of the situation, that it would remain only in the debate. So there was an urgency, and what would that urgency be? I went to listen to SOS Pinheiro, the association of entrepreneurs and saw that we could try tax exemptions. For the employee, we could try to release FGTS, for the children not to go to this situation, that we worked so hard until a certain... I was once again the coordinator for combating child labor, but this is a constant threat. When schools are closed, there will be two places where they will go, because this informal economy is there in Pnad, that's where they go to work, and from there to child prostitution.

So, this meeting was very productive because at that moment we were building working groups that I present to you, gentlemen, here in one of the last slides of the presentation.

We held meetings with entities to survey the situation, on February 5th. Then on February 20th, there was the creation of working groups for provisional reduction of the tax burden and facilitated credit lines for entrepreneurs.

So, there were present Fecomércio; association of entrepreneurs; SOS Pinheiro; Caixa Econômica Federal; the tax portion of the Municipality; Mr. Gustavo of the Office of the Attorney General; and there was also the tax part of the State of Alagoas. And then I get into this issue raised by Representative Tereza Nelma, by Representative Jó Pereira also on the issue of public calamity.

On the part of the Municipality, things went well and beyond, because we thought about the exemption from IPTU, since it is not logical that you are losing your property and continue to pay on the property of what you no longer own, because we have to understand the taxable event of that tax.

We also managed... There is still a need to limit the amount of the certificate of release of overdue tax liability because being in debt prevents you of getting a credit line, and credit lines are also a proposal, to facilitate credit lines for those who want to put up their new business and rehabilitate their business.

And from the state tax side, I called up, I asked Mr. Santoro to send a colleague, because I was 22 years of State Tax. Francisco Suruagy came to the meeting, but placed the following obstacle: "We are not in a position to relieve anything, because it is necessary to declare a state of public calamity, otherwise we will have to go to Confaz."

I know Confaz, I was a member of Confaz, I know what it's like to put Confaz on the agenda. So, everything for me is urgent. My office is engaged, and thank God, no issues pending, everything was dispatched, and the office was fully engaged in what? If we send an official letter, we call. My WhatsApp is also available, it is my private phone because it is not possible to work only with Rosemeire the Attorney. In fact, the sacrifices are many, because I am speaking here as an Attorney, but my funding was made by the citizen Rosemeire Lopes, because the budget does not exist. But I came because of that commitment. We cannot keep on saying: "Ah, there is no budget, the budget has been

cut." No problem: "I will do it, I will do it anyway!" Why is it necessary? Because I believe in this, that we need to unify the language and we also need to unify the coordination of it, without squeamishness, without vanity, without arrogance, because the situation requires us to be equal.

In fact, we already are all equal. What we differ here is due to the authority of the position...

(*The bell rings.*)

**MRS. ROSEMEIRE LOBO** —... of prerogatives and responsibility.

So, I also made a recommendation notification to Caixa Econômica.

The Public Defender's Office of the Federal Government is also working, here I take the times... There was a request with some considerations. Caixa has also behaved in a very good way. I saw Mr. Kleber Paz's exhibition regarding the insurance company already taking over those real estate that could no longer be paying funding, but so did the employees... Whatever can be released to them... Because it is a general weakness, physical and mental.

Imagine the worker who is a district worker and lives in the district? They lose their house and lose their job. Imagine the entrepreneur who also has a business in the district? They lose the point, they lose the legal entity, they lose their stock, their client list, they lose everything. So, we went after everything that could be released, just a bit, because every bit is already going to help. If we wait for something great... This thing of physical tragedy comes first than this great thing.

So, we also held an awareness-raising hearing with companies that supply gas, water and electricity.

So, just so I will not forget, I congratulate the Municipality's stance on taxation, which included in the draft bill also a tax exemption from ISS, which is, in fact, where the Local Government bills the most. So, if the Local Government steps back from that, it is very important.

And, in relation to the awareness-raising hearing with companies. Mr. Briseno is no longer here, but I also commend the conduct of Casal, who is not making any more cuts, who have special care. The conduct of Algás... I congratulate it too, because it went beyond the requests of the Labor Public Prosecutors' Office In addition to not making the cuts, it made all of her social funds available exclusively to the Pinheiro community; it is also making new projects available free of charge to those entrepreneurs who go to another district; it is also making credit lines available to finance the new gas deployment of those who request it.

So, those are small things, but things that already relieve the despair of that previous picture that I showed you, because that despair belongs to the entrepreneur and it belongs to the employee as well. You don't know where to go, you don't know what to do.

There is already the desperation of the issue: "Evacuate or not evacuate? Run to where? How is the plan going to be? How will it be? " And there is also the social despair. Caixa Econômica Federal did not answer the request of DPU. The DPU filed a civil lawsuit in the Federal Court, which is with Mr. Frederico. At the moment he did not give the injunction, but I forwarded it to him...

(*Intervention outside the microphone.*)

**MRS. ROSEMEIRE LOBO** — Is it looking for you? Great, because then I send you all the recommendations I made to Caixa, including all precedents for the release of FGTS in such cases.

There is no need for public calamity, however, if they are demanding this public calamity so much, then let it be decreed! What is the problem? I was standing there with Mr. Gustavo while the other part was here, and we looked at the law, the decree... So, the law brings very open terms at times, the legislator himself gets confused. We operators are the ones who have to pick up the *mens legis*.

And what is *mens legis* in this case? There is a serious, substantial problem... Isn't the word there, either in the decree, the law, or whatever? It is there. So, it is time to acknowledge this calamity so that other bodies that are retracting in the sense of tying up with public calamity will collaborate as well.

And these companies there... I call attention to Eletrobras. Eletrobras sent a document saying that, due to the principle of isonomy, it could not serve anything different for the Pinheiro district.

The Law is a science, it is not a joke. Sometimes they play games of Law, but it is a science, and the principle of isonomy is to treat unequal people unequally to the extent that they are unequal. So Pinheiro, Bebedouro and Mutange are in a different situation. So, you take over a company, which is now privatized; you give us a blackout; you say on TV that our rate will be increased...

(*The bell rings.*)

**MRS. ROSEMEIRE LOBO** —... and you do not want to collaborate with the social function of property?

From another moment, since Mr. Milton's back, I did something at the meeting on the Braskem issue. I told your lawyer at that meeting, the company's lawyer, that, regardless of culpability, there is the issue of the company's social posture with the community. We've been in this city for years. What could be done - I don't know if she asked that question - regardless of culpability? That's because I don't particularly look at a company... When it issues a CAT, when it aids the employee and then the employee will discuss and I will give an opinion on legislative costs in that process, I will look at the entire stance of that company, what it has done.

So, regardless of culpability, what is the social participation that this company could have at this very moment?

(*The bell rings.*)

**MRS. ROSEMEIRE LOBO** — So here I close my presentation, asking the gentlemen...

It's a video, can you play it?

(*Intervention outside the microphone.*)

**MRS. ROSEMEIRE LOBO** — Can you play the video?

(*Intervention outside the microphone.*)

**MRS. ROSEMEIRE WOLF** — No, you can cut. Just a bit. Play the music.

So I play for you...

(*Intervention outside the microphone.*)

**MRS. ROSEMEIRE WOLF** — No, so leave it there. Do you know why? It could be very emotional.

It is the video of the firefighters saying goodbye to Brumadinho. So I put there that the rain of flowers is to celebrate the lives that were saved, that we shouldn't be emotional by the misfortunes, that we shouldn't regret what may happen.

The social participation of the Labor Public Prosecutors' Office, at this moment, is up to me, but I am also calling on my colleagues who are implementing the mediation nucleus - I already spoke to the entrepreneurs - for those entrepreneurs who have already closed their doors, so that they can do mediation in the Labor Public Prosecutors' Office and see how they will pay these funds. Rafael is implementing the nucleus and, although I am not, I have already made myself available to a task force of those who need our institution.

Thank you very much for your attention. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mrs. Rosimeire, the video, if you have a flash drive, you can use it, because they are not succeeding at...

**MRS. ROSEMEIRE LOBO** (*Out the microphone.*) - No, no, I emailed it.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I think it symbolized well.

**MRS. ROSEMEIRE LOBO** (*Outside the microphone.*) - Oh, a lot!

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – And You showed here an affective connection with the district too, considering that your origin is also nearby. And from what you also said, some people call and ask... I even wrote it down here: "Rose, Meirinha..."

**MRS. ROSEMEIRE LOBO** — It's because my name is Rosemeire. So some people know me by Rose, others Meire, and for a lot it's Meirinha. Rosa, right there, if she talks about me to you, to the City Councilor, is Meirinha.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Meirinha. These people call and say "Meirinha, I am not in the red area, I am in the yellow area. What do you advise me to do? Do I wait for someone to present a report one day, or do I already take some preventive measure, do I look for a house to live in and do I file a request for a Civil Defense inspection, do I look for my rights, do I go after and reorganize my family?

When they call, since you are from the district, you are a reference, and you are also notable for having a different view from that of all of us here, it is a view of the company, it is very important. I also had contact yesterday with Mr. Wilton Malta, Chairman of Fecomércio, who could not be here due to issues aside, also requesting a reinforcement in all that was presented, in the issue of FGTS release, in the issue of special credits. This was one of the commitments made by Minister Gustavo Canuto at a meeting at the Ministry of Regional Development with the entire federal bench. These developments will also be charged.

I would like to hear from You: when people call and ask what attitude to take, what is your answer?

**MRS. ROSEMEIRE LOBO** — My answer is as follows. I have been practicing detachment a lot in my personal life. It is very difficult, but it makes us lighter when we have to decide to leave some things behind. So the application of this personal principle also goes to my patrimonial life. As much as I love this big house and so many houses of the district, if I were there now, I would leave. And I would leave like this, without any fear... It would take all my memories, because that's all we really take anyway. And I would try to reorganize myself, because there is a way for everything.

At first, it is running for Civil Defense - where's Dinário? -, is to open the process, isn't it? But we reinvent ourselves. I know that it is difficult for each one and for others, but it will be possible, each one, in the measure of their knowledge, in the measure of their courage, in the measure of their disposition, they will reinvent themselves in other places.

It is up to the Government to insure a bit and protect this demand that will exist. When people have to leave, there will be a population swelling in other corners. It's like water: you push it from here, it will run to another corner, won't it? There will be a swelling of informal work on the beaches, be it for children or adults. All of these phenomena are going to happen. Physical and geological phenomena will happen, and social phenomena will happen. Institutions have to keep their eyes open; they have to be supportive.

Now, what I most talk about, Senator, is the issue of speed. See: a working group like this, from February 20th to the present, we have already achieved this whole thing. And it was not by intimidation, no, to make a Term of Adjustment of Conduct, otherwise it will pay such a fine. No. In fact, I start by asking. I think asking is the first step; then, there we go to frame if the thing...

For example, Eletrobras - I made a point of reaffirming -, its position is not a position consistent with the principle of the social function of property. And there is an unknown question: why is it taking out a distribution and redistribution network from the Pinheiro district? It is not here to answer, but I am going to ask that question. You know?

So the situation exists, it is a fact, there is a social and economic tragedy, public bodies have to be aware of this, but how can we accelerate? Acting too.

I liked the posture of the colleague from Ufal, who said that she has already trained psychologists to provide support. So, you start with these small procedures. "For my part, what do I have?" "I will do it." "And for yours?" "Do it." Now, if these procedures remain...

For example, the draft bill is ready. The public hearing in the City Council will be on Thursday. Ideally, you should have this draft ready to show society and entrepreneurs and calm them down: "It is being processed, it has already left Messias, from Finanças, it is being processed, it goes to the Office of The Attorney General; What do I do?" I call Mr. Diogo. I say: "Mr. Diogo, hurry a bit, please!" And things are moving.

But closing the question: I would leave too.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Ok.

I also take this opportunity to note the importance of all those who are actively participating through the e-democracy tool, linked to this Commission on Transparency, Governance, Inspection, and Control and Consumer Protection. We are being spokespeople for these people as well. Some statements here have already answered these questions, but it is important to note that, at this moment, Manu Melo, Maria Emília Sandes da Silva, Natália Rodrigues, Didier, Patrícia Brito, Junele Vieira, Mário Henrique, Mauro Araújo - this one by phone -, João Medeiros, Miriam Moraes, Isabela Maria, Mário Henrique Bastos de Lima, Karen Vivian, all of these have already manifested themselves in some way. And a topic reiterated here is precisely saying that it is not easy, that demanding people to leave is easy, the point is to create conditions for these families — in fact, it is. So we have to focus on that, too. Our responsibility is also on that path.

This Board here has one assignment, the previous Board has another assignment, the first one too. Certainly, whoever can say that it has to leave has passed through here, who can say how to leave has passed through here, who will say what will happen up front is also around here. So, all agents are focused here with the same objective, which is precisely to clarify this situation.

So, to close this Board, before opening a bit more, I give the floor to Mr. Ricardo Moraes, Chairman of the Human Rights Commission of the OAB.

Good afternoon, Ricardo.

**MR. RICARDO SOARES MORAES** — Good afternoon to all.

I want to greet the Chairman of this hearing, Senator Rodrigo Cunha, congratulating him on his courageous attitude, for what he said, but necessary.

I ask all the others, the authorities here, especially the residents of Pinheiro present here, to greet everyone in the person of Pinheiro resident Joelinton Barbosa Góis, an emblematic figure in this fight, due to the circumstances that happened there. I greet all those present here represented by Joelinton.

And I see that everyone is here advocating the cause of the district of Pinheiro. In the broad sense, we are all being lawyers, we are interceding, mediating, defending, and the OAB could not stay out of it. I feel the OAB is very small, with very little participation, due to its attribution, its competence perhaps in what it has done, but we have made ourselves available, participated in all instances, meetings, public hearings, interceding, also charging, inspecting and we have tried, as far as possible, to make this institution, which is so important in Brazilian civil society historically speaking, also active in this cause and in this tragic fact.

Perhaps no one thought of the dimension that is being drawn for this picture. I think that when the problem started there, in mid-February of last year, nobody believed that the problem would reach this level, but we are increasingly surprised and scared by the conclusions and seeing ourselves impotent many times. I think we see ourselves as impotent, the Government and the institutions see themselves as impotent in the face of this situation.

Some manifestations, such as, for example, that of Mr. Thales... To this day he said that nature warns when something is going to happen. In one of the interviews he gave, he said: "(...) the geological constraints, nature, the crust of the earth are warning us that something special is happening in the district [of Pinheiro]". He said that a few months ago, and we are witnessing it more and more. And this special thing proves to be a disaster, unfortunately, but I hope that it can still be avoided and, where possible, efforts to prevent this from happening, as was discussed here a lot by the Public Prosecutors' Office, now, lastly, by Mrs. Rosemeire... May we be able to work and finish. I think that, in times of crisis and in problems, we unite, we end differences, political-party differences, ideological differences, at that time any difference that may be...

We see integration. I congratulate all the institutions that are working. The Public Prosecutors' Office has acted very vigorously, the women of the Federal Public Prosecutors' Office and of Labor, the men of the State Public Prosecutors' Office - there are only men in the State - and the Commission.

As OAB, I wanted to intercede here to bring some things. I think that, regardless of who has recommended, I congratulate, as Mrs. Rosemeire rightly pointed out, the participation of Braskem, which, without determining the culpability, has tried to participate in this project and has helped.

I observed some measures that were proposed by experts and that were precisely brought here. I took a picture of this table and I already advocate this situation because we also have to start doing something, more than what has been done.

The table reads like this: a surface or temporary drainage system. If the problem is rain, we will work to prevent it with a drainage system and drain this water so that it can be avoided. Recomposition of voids in the streets, reinforcement of the land with an injection of cement paste in impacted buildings, installation of marks...

I even ask for permission to use the recommendation and advocate this cause.

It is also necessary to hire an inspection service for buildings that are already damaged, the installation of pluviometric sensors, the installation of geomantic for the slopes, the installation of video monitoring for the impacted areas, the installation of a call center, equipment for the plant, installation of an audible alarm, signaling escape routes, among others, and, mainly, the integration of all these bodies. What was proposed here by Senator Rodrigo: the matter of integrating a group in which you can, in a way, centralize all this information. Although Public Defense is working, there needs to be integration between all bodies.

And I believe that the way to help... And OAB proposes to make itself available, to participate, to give voice to this. This is the material contribution that I make now - already closing my speech - not on behalf of the OAB, but on behalf of myself at this moment. I want to finish by leaving a message for the people, for society, for the residents of the district of Pinheiro, for all of us.

We live in a secular State. The secular State does not allow the imposition of a religion. The correct interpretation is that the secular State allows the freedom to manifest any belief, any faith. And I, on behalf of myself, leave a message for the residents, those who are in a situation of impotence, of incapacity. I use the words of the psalmist - Psalm 121 – where it reads:

> *I lift my eyes to the hills. Where will help come from? My help comes from the Lord who made the heavens and the earth. He, your protector, is always alert and will not let you fall. The protector of the people of Israel never sleeps nor slumbers. The Lord will guard you. He is always attentive to your side to protect you. The sun will not harm you during the day, nor the moon at night. The Lord will guard you from all danger; he will protect your life. He will guard you when you go and when you return, now and forever.*

Thank you.

(*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mr. Ricardo, congratulations on also bringing faith at this time. I think it is important. Certainly, the people who are watching us get attached - not to politicians, not to public bodies - to faith in the first place and have hope for better days.

You have rightly said that our responsibility has limits. In fact, you removed your position - so to speak - and put yourself as a person. And it is in this spirit, that we humanize each of our positions, that we must act from now on, and so always.

Congratulations on your speech!

But just out of curiosity, I would like to know about You: If you had relatives with residences located in the district of Pinheiro, considering those demarcations that were made almost a year ago and that have not been updated yet, and after watching a presentation like the one we had today, what would be the orientation that you would give to these people?

**MR. RICARDO SOARES MORAES** — I ask permission to use Mrs. Roberta's words, being very cautious, to say that I would recommend evacuation if the person was in the areas already demarcated, in the buildings that are already, in a way, with the declared efficiencies. But, as CPRM demonstrated here on the issue of rains, at the time of rain, what was explained here in a technical way is that the whole district should be vacated. But for me, I think... At the moment, I may not have the technical capacity to tell everyone to leave the district. I will be very honest: I would not have, and would not do, the entire district, except for the regions already identified or in case of rain, because that was the technical recommendation.

And I hope that what will be discovered later, what will be diagnosed, will not be as serious as it seems, that is my hope yet.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – That's it! Because this is the formalized recommendation, even from the State Public Prosecutors' Office. It is precisely: that, in the red area, there should already be this vacancy and, in rainy situations, in the yellow and orange areas.

But I shoot for myself: if I also lived in this region... When I sleep, I only wake up to an alarm. So, or if there is an alarm system installed on the streets, or else the phone has to ring, because if it rains at night and I'm asleep, how will this situation be?

So, it is also necessary, given this fact... In fact, the rains in here that, for me, will be commonplace: 30mm, given what historically is established in the month of April, it is something natural. So, you have to have it, in the face of this whole situation...

(*The bell rings.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – ... if everyone spoke in that way, already this sound plan, so to speak, so that people are alert in this situation.

So...

**MR. JOELINTON BARBOSA GÓIS** (*Outside the microphone.*) - Mr. Chairman. (*Pause.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes?

**MR. JOELINTON BARBOSA GÓIS** — I comment on what You said, I speak of my experience: there was no alarm, but I heard a very loud noise. The impression I had was that of a car crashing and a gate, but it was not it; it was the house that was cracking in

half. So, just as in my case, thank God, it was nothing more serious, I could also have continued to sleep and the house would have fallen on me.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Yes.

Very well. So, just to finish this part here, I want to tell Mrs. Roberta that the recommendations made by the Federal Public Prosecutors' Office will also be embraced by this Commission. Here they will also be placed as an absolute priority, to join forces in this direction.

Therefore, I am grateful for the presence of the speakers present here and invite the representatives of civil society to compose the next part.

Initially, I invite the representative of the Community Nucleus for Civil Defense of Maceió (Nudec), Maurício Mendes; the representative of the Pinheiro Entrepreneurs Association, Alexandre Sampaio; representative of SOS Pinheiro, Geraldo Vasconcelos de Castro Júnior; and the Chairman of the Special Investigation Commission of the City Council of Maceió, City Councilor Francisco Sales. Please, I ask you to be present here at this Board. (*Pause.*)

First of all, I would like to thank you for your patience, and thank all those who made contact to be here. I saw that there was a great mobilization, including in the social networks, to make kitty in some cases; in others, to have access to this Commission, the Secretary of this Commission including requesting the presence here, and our goal is to give greater representation. So, everyone who is here knows the life of Pinheiro, everyone who is here is a victim, in a way, of this situation that is set, and they have the opportunity to represent these people who also identify them as being references in the community; and multiply too... And here is the responsibility: I also ask you to really multiply what is going on here, not just what is going on in the media, what is already circulating through WhatsApp groups, but, rather, the reality of what has been exposed and of who is here proposing to join forces.

Therefore, I would like to start, in order, this fourth part, in which civil society is represented here. Everyone who lives in Pinheiro has work in this direction.

I invite Mr. Maurício Mendes, who is a representative of the Community Civil Defense Nucleus of Maceió, to present his positions.

**MR. MAURÍCIO MENDES** — Good evening to all! Good evening to the Board!

Initially, I would like to thank Senator Rodrigo for the invitation. I would also like to thank Representative Mrs. Tereza Nelma for all the support and assistance she has given us. Among the others, I want to thank Mrs. Roberta from the State Public Prosecutors' Office, Mr. Carlos, who has just left the Defender's Office, and everyone else.

Senator Rodrigo, when the invitation was sent to us... It was reported that I am a resident, that I do not represent Nudec, but I can speak about what they want and also respond within my means. I came to contribute as a resident, but we have a Nudec representative here. If you want to speak to the Nudec representative, I can introduce him to the Board.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Who represents Nudec?

**MR. MAURICIO MENDES** — Today is Joelinton.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Joelinton, please, he is also present today. That was the information I received. But come here, please. You are welcome. He was the one who spoke here the most, huh? But he has much to say yet.

**MR. MAURÍCIO MENDES** — Could I continue as a resident?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - Yes.

**MR. MAURICIO MENDES** — Perfect.

In view of the above, I would like to apologize in advance. Although it was nothing personal with you, I was one of the people who criticized your speech on Friday. I moved from my residence, at 10 pm, and went to ask Dinário what the reality of the fact was, what he knew that we did not know, what the Senator knew that we did not know. And I was one of those who criticized you. In view of what was exposed today and for what was presented and what was seen, I withdraw the criticism I made to you, even though it was not directly addressed to you.

People, we've been away from our homes for exactly a year and 18 days. Joelinton left shortly before. Then we left, two apartment blocks called Blocos 7-A and 7-B, where this crack passed by crossing roads, crossing houses and crossing the building we lived in, a simple, popular building, three floors, but it was our castle. We evacuated this building, 24 families, 24 changes in a single day, exactly a year ago. Until today we wait...

From December to here, when the state of emergency was decreed, when the issue of social rent was made public... We had already pleaded for this at the first public hearing, on March 12, 2018, where the City Council, Tereza Nelma, who was a City Councilor, and our friend Francisco Sales, who is a resident of the district, were also present, among many other City Councilors. We were already pleading for it there. We did not know, in fact, what the problem demanded, not least because, in the way it was passed to us, we thought it would be just that, but we did not want to call it simply in the Chamber hearing. Whoever is present and participated in the meeting can confirm this: we do not call it residents of Divaldo Suruagy, we call it residents of Pinheiro.

I say I got a brother in this cause after so much damage, that was Joelinton. If it weren't for that, I wouldn't have met him, but with the cracks that really appeared on February 15th, we were walking down the street after a great intensity of water had formed, approximately one meter of water, mainly in front of Geraldo's house, which faces Divaldo Suruagy, and for a maximum of five minutes, that water had all dissipated, the water had evaporated... When this water evaporated... In the house of friend Geraldo, neighbor, they put something to contain the water so as to not enter the property because, for several times, the neighbor there of the friend of Ms. Salete, who is leaning against

Geraldo's house, her children and nephews had to lift this manhole for the water to come down.

So, after all the water had dissipated, this water had come down, we walked down the street from inside Suruagy 7-A, walked around the place next to Joelinton's house, which is the church street, and we saw a huge hole in the street of the house where Geraldo lived, an immense hole, and we started to observe that it passed there as if it were a lightning bolt cutting through that space. And we went through the site next to the church, the walls cracked, which caused that impact at the time.

Fine. The apartments cracked, so it can be a structural thing. Let's think about repairing it, let's think about fixing it. The Civil Defense personnel were there, gave us excellent support within their possibilities. At that time, it was not known what it was, but 20 days later the tremor came. This tremor... Nothing else... Yes, only complementing. After the Civil Defense visit, they called Seinfra, went there, covered the holes, repaired the roads. Fifteen or twenty days later there was the tremor, also after two days of torrential rain that happened in Maceió.

The same holes and the same cracks opened again in the same places, only this time with greater intensity. That was exactly on March 3rd, 2018. It was chaos in that perimeter where we lived. On that very day, these 24 changes happened and, after that, there was the first public hearing, already on March 12. We managed to take some City Councilors into the group to try to mobilize the population that lived in the surrounding area and, at that moment, a year ago, we were labeled crazy, as if we wanted to devalue the property of others, as if we were not contributing in anything with the district, as if the problem was ours because it had only cracked 7-A, 7-B, Joelinton's house and Daniel's wall, which is right after. We didn't even have access to the site at that time.

However, the days went by and we started to see several people, bricklayers, some engineer thing, something or other, moving around the district. But the staff closed the doors and did not show the neighbors that there was a problem there, that in Bloco 8 there was also a problem. This was omitted. It kept being omitted, over and over again, and things started to get worse, to take on another proportion, until we reach the present day. And there is no point here today, trying to put a horn on the horse, looking for a unicorn. It won't do any good, because the problem is already there, the problem already exists.

I heard the prosecutors saying that there had to be a cause, that there had to be a report, something. I think, in fact, we already have it because that is the sum of everything that has been done with the Pinheiro district until today: thirty years without a government giving us decent basic sanitation; thirty years without the Local Government of Maceió giving us a decent drainage of rainwater - inside Divaldo Suruagy I have two wolf mouths to drain all that water that passes.

So, there is already a causer. The government is also a causer. Who gave Braskem a concession to explore within an urban district? There is already a culprit. Now what's left is to know the damage and the proportion of culpability that each one of them has.

Oh, I heard the case of Jorge from Casal. He spoke at the State Legislature saying: "There was a pocket there. There it could not be built. " But, when I went to buy an apartment there, nobody said that. Who gave the release when I moved to Conjunto Divaldo

Suruagy, near the year of 1990? The tall buildings that existed were Divaldo Suruagy and Jardim Acácia, which was next to Geraldo's house. The high floor that it had was three floors: ground floor, first and second floor. The only tall building in the vicinity was the Empresarial Miguel Palmeira, which was on Fernandes Lima, on the corner, which today is a bank. That was the tall building that existed.

The district grew, there was no sanitation, there are pits, several wells, and here comes the story of the lollipop board, which is all minced. But who granted a permit for the construction of vertical buildings with 10 floors, 12 floors, and 15 floors in all the surroundings of Pinheiro? We didn't even have proper sanitation for those families who already were there... And with these buildings that were built, 10 floors with... I will say the case of Tibério Rocha: 10 floors, 12 floors, four apartments per floor... There are two towers. We had nearly one hundred families in only one place there. Here comes the case of José Tavares. And where does all this wastewater, bath water, feces, urine go? Where does all this water go to?

It was said by the Chairman of Dacal that there was a sanitation project there, only that it did not connect, it only reached Cepa. A building was made, and, after a long time, problems started to arise. In order to have the release, which is the case of Spazio Vitá, the construction company had to do the sanitation part on its own - after the building was practically delivered - and take this sanitation to Cepa. So, if these authorities knew that all this existed, then they are already co-responsible, yes, for having given this permit for new construction. They are co-responsible.

Today, I think the hearing... I congratulate Senator Rodrigo again for the initiative, for conducting the meeting. I believe that it really is necessary to put into practice and take forward what is being proposed, to actually make a commission...

(*The bell rings.*)

**MR. MAURÍCIO MENDES** —... that acts — everyone — for the sake of a single goal, which is the solution for the Pinheiro district. I still hope to go back there, it is a good district.

So, we have to hold hands. We had a clash, until the last meeting we had with someone from the Federal Public Prosecutors' Office, where Mrs. Roberta said the following words: "I am conciliatory. I want you, from now on, to put a stone on top, because if the municipal government and the state government do not understand each other, the population also does not understand each other. And they weren't getting along much more." After her speech, we tried, if we don't understand each other, at least not to attack each other, to respect the work of the other. If it is for the same cause, if it is for the Pinheiro district, we really have to hold hands for a single goal.

To search now if it was right, if it was wrong, if it was correct or if it was not, is to look for horn on a horse's head. If you want a solution, you have the power, you have been elected. We, as a community, are always, with all respect for you all, the excluded, the last to be heard, the last to be looked at.

Here is my vent. I hope that everyone will maintain the same respect so that everyone, too, will be respected.

Thanks also to Chico, Chico Filho, who gave us a lot of support, among all the others. I speak from the heart. Today I tried to hold on and I will contain the emotion... Now, like this, when I remember that, a year ago, we left, we took my visually impaired father out of there, changing a whole planned life story, waiting for everything that happened until today and, sometimes, even badly interpreted, it hurts, it really hurts.

Thanks again. I am available to all. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Maurício, first I want to apologize here for the nomination as if you were the Nudec representative. What matters is what you feel on your skin. So you...

**MR. MAURÍCIO MENDES** (*Outside the microphone.*) - I am part of Nudec.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – You are not the representative, but you are part of it. So that's a detail.

**MR. MAURICIO MENDES** — Yes.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) - We, the ones in politics, you can be sure, we know that sometimes people receive messages and do not know the whole context. But, given my responsibility, I think you felt what made me make this warning.

My friend, we have to embrace this moment now so that, first, in a maximum of 30 days - it was said on April 30 -, we can get this final report, because everyone creates an expectation. But before that, as I said, we are going to walk on the street; before that it is going to rain and then, before that, we do have to worry about people. What if they ask for an extension? So, it's not like this. I think this alert was important, yes, so that we can have a slightly faster trigger.

Therefore, also... We still have a lot to hear. I'd like to give the floor to Mr. Alexandre Sampaio, representative of Pinheiro's entrepreneurs.

I also want to say, Alexandre, that I watched - I think it was yesterday, but I watched this morning - an interview on the news there in Alagoas talking about a survey by Fecomércio. So, if you could reinforce the economic importance for the Municipality of Maceió, since we are talking here more about the human part, the sensitive part of the human being... We also need to talk about the economic side, how much it affects the GDP, how much it affects jobs. So, if I could also go on these matters a bit, I think it would be very interesting.

The floor is yours.

**MR. ALEXANDRE SAMPAIO** — Please, my presentation.

Senator Rodrigo Cunha, on your behalf I greet all those present.

I would like to say that, since the 2018 earthquake, we have had three facts that are really relevant to the society of Alagoas and to the issue of the Pinheiro district.

The first one was the creation of SOS Pinheiro, under the leadership of Mr. Geraldo and the team that is represented here. It was the SOS that brought up something serious which was being softened, and in that, he has a role, along with his team, history.

The second big fact, I would say, was an event of the Public Prosecutors' Office, in which we listened to a lot of people, but little was effectively done, and then Mrs. Rosemeire, along with the Labor Public Prosecutors' Office, gave concrete referrals to the things that needed to be decided.

And the third fact was your statement at Ricardo Mota, on Friday of last week. On Monday I talked about it. You played a key role, because, even with the implications - I already talked about it in the interview -, if you had not made this provocation, we would not be here today and the importance of the situation that it came to be would not have been given importance. So, you also played a historic role at that time.

I would like to thank above all the support, at this moment that we are living, from Fecomércio, Sebrae and from the Labor Public Prosecutors' Office.

Here I would like to seek a closer relationship with the State Public Prosecutors' Office and the Public Defender's Office, with whom we have not yet spoken, but Sebrae has been instrumental in supporting businesspeople, just like Fecomércio.

We were very well received there, immediately there was a survey, we participated in the preparation of this survey and it is on the SOS page, it is on our Facebook page, it is on Fecomércio and it is on Sebrae.

This survey aims to better understand what the current situation is, because Fecomércio carried out a first survey in which it was found - I think this data is already public, but I will reinforce it at your request - that we have 2,700 companies with active CNPJs in the district. In more than 95% of these companies, managers and entrepreneurs depend exclusively on their operation to support their families. They move between R$1 billion and R$1.3 billion per year and generate between 30 and 39 thousand jobs.

Surprisingly - I have been here since the beginning - little has been said about companies and the impact that this crisis had, but we are here - and I thank you for your invitation - so that we can clarify this.

Being an entrepreneur in Brazil is already a giant challenge. Being an entrepreneur in the state of Alagoas is even more difficult, as it is one of the poorest states in the Federation, where little money circulates. Being an entrepreneur after the crisis that we experienced in the last three or four years was almost a Herculean task, surviving was almost a miracle. And after this crisis, entrepreneurs in Pinheiro now face this problem.

This issue generates... The economic tragedy that Mrs. Rosemeire referred to has already been provoked by the lethargy of the response of the authorities. I am obliged to point out that, if there was an official letter from CPRM, which you mentioned yourself, six months

ago, today we are on the edge of the abyss. To say that the State has fulfilled all its roles is almost a joke to the society of Alagoas, to the district of Pinheiro.

So, I would like it to show...

(*Intervention outside the microphone.*)

**MR. ALEXANDRE SAMPAIO** — Right here, isn't it?

(*Intervention outside the microphone.*)

**MR. ALEXANDRE SAMPAIO** — No, I can come back here.

So, I want you to know, Senator Rodrigo, that we recognize your effort. It has been and it will be fundamental for us to save lives, jobs, and businesses.

And I want to say here that jobs and business are as much life as people's physical lives. I find it weird when we say like that... And then, Geraldo, without belittling the importance of the residents, because we too are residents. But we separate those things as if they were different things. Life runs in the district in a fluid thing between companies and residents, through Government, through transport, through services. So it is not possible to separate housing from companies.

But you can see that, until now, we only talked about social rent, we only talked about evacuating residences. But, while you were speaking here, our group suffered and exploded with messages - there in the group of entrepreneurs - because the question we truly want to ask...

And I'm only going to bring four or five questions here. As a journalist by training that I am: it is the lead of journalism, it is about what, when, how and why.

So, what is happening? I will not enter the geology area because... Well, I am not a specialist. But nature is taking its toll in human nature. And, philosophically, this has to do with all the moment that the country is going through.

I am an entrepreneur, I think that environmental licenses have to be granted, but inspection is decisive for us to maintain the balance between human presence and nature.

The second thing is that I believe that the cracks in the entrepreneurial character lead to unsustainable production and the misuse of power. I have no doubt, Senator Rodrigo Cunha, that it took us a long time to get to this point where we are here because of these fissures of character, because of the invisible arm of the economic branch, which came out individually manipulating many agents to prevent the people to treat the thing with the transparency with which it is being treated at the moment.

And our society needs to make a choice: things or people. And I say that, until this moment, the choice was for things, because, if it had been for people, we would have already evacuated this district, but in a responsible way.

Who are the ones responsible for what we are experiencing? I would like here to make concrete proposals. So far, all public officials who participated in this process are beating their heads in Alagoas. So, federalizing and unifying the command of operations in the district of Pinheiro is fundamental for the peoples' physical survival and the companies' economic survival. We can no longer treat this problem with the irresponsibility with which the state, municipal and federal Civil Defense treated it; with which the Governor dealt with it, being absent from this debate - he should be here at this moment -; the way the Mayor has also acted so far, who has so far been omitted. They are giving the message to their subordinates, the message of omission.

When the head of the company makes a mistake, he is mirroring his employees. So, without the participation of the community, the SOS Pinheiro movement, the Association of Entrepreneurs in the District of Pinheiro, for the unification and federalization of this command to happen, we will see chaos. Everything that was discussed here is going to be nothing if there is no federalization and a real command, right?

I am obliged to say here that I get scared when the authorities say: "The district will have to be evacuated immediately; the red area will have to be evacuated immediately; the orange and yellow areas, in the rain quadrant." People, there are 2,700 companies, 21 thousand people. The last time that our real estate agent did a survey on real estate inventory, there were five thousand properties in stock in the city of Maceió. We have 21 thousand people who need to be evacuated. What then, Senator?

People are playing with life. We have heard many speeches here, but so far there is no integration, Senator, I say, between any body.

Want to see a more practical example? Until a day ago, we were discussing red, orange and yellow areas, and Mr. Thales already had the satellite image that shows that it's just, as City Councilor Chico said, a half-moon that surrounds everything. Speaking of orange, yellow and red areas is irresponsible at the moment.

So, we also suggest, Senator, the creation of the Pinheiro Observatory, following the example of the Brumadinho Observatory, joining CNJ and the Federal Public Prosecutors' Office to oversee the entire process and help hold the culprits accountable.

We believe that the way things are being conducted in the State of Alagoas... And there is clear evidence – anyone can easily see it - that the economic arm is manipulating, silencing the actions at the speed with which they should have been taken.

Then, it is your choice here gentlemen. Let us unify and federalize this movement, but listening to entrepreneurs and residents because making decisions in the office...

(<em>The bell rings.</em>)

**MR. ALEXANDRE SAMPAIO** —... and then not knowing the real implications of what we're talking about doesn't make sense.

Will you allow me some more time?

The National Force must assume security in the district. Our state and municipal police have no condition or structure to... Imagine an evacuation of all the properties, 2,700 companies with their doors closed, with their stocks there, with expensive equipment, families leaving their houses and two vehicles making rounds in the district: this is a joke! It is necessary that the National Force is prepared to, in a moment of evacuation... Entrepreneurs and residents leave, and the National Force comes. If that doesn't happen, there will be looting, invasion, violence and, when we get back, the tragedy will be settled. There will be two problems, as someone has already said here: the problem of those who left and then vacating those who occupied irregularly.

When? That is the question that everyone is asking.

I apologize for the absence of the State Public Prosecutors' Office here, but anyone in this room, facing this problem, who says they have to evacuate without saying how and without giving conditions for this to happen is being as criminal as those who are, in this moment, relying on silence and omission. I talk here about the Governor and the Mayor of the city of Maceió.

So, release when? Does it have to be tomorrow? The federal government, the state government and the municipal government must immediately release credit to companies with an active CNPJ in the district, so that they can, by taking inventory of their investments there, demobilize that amount and mobilize it elsewhere. Most businessmen in the district invested everything they had in their business and hoped to receive, with the real estate boom that has been taking place, the return on their investments now. So, they have no capital to make changes.

I had to borrow money - my company is in the orange area and the yellow area. My company had to leave because it was a psychology clinic and my wife's patients no longer wanted to go to the clinic. I have a real estate agency in the district, but we couldn't move it anymore because the properties in the district are no longer sold.

We were with Fecomércio, and there are two different paths. We need action now.

Leaving the district immediately is only possible if there is specific legislation for cases of state of emergency or public calamity in which the normal criteria for releasing credit are put aside and we can simply make a quick survey and give credit with a grace period so that companies leave the district and continue their business. If not, everyone here was just playing with the lives of our companies, our residents, our customers, our employees and our managers. So, if it doesn't happen, this public hearing, Senator, will not have fulfilled its role, being it a decree or...

I've been in contact with the CNC with the Fecomércio, with Sebrae...

(*The bell rings.*)

**MR. ALEXANDRE SAMPAIO** – ... then, they ask us to think about these two possibilities: either a federal emergency legislation is approved on an emergency basis and in 15 days, or a decree is made so that there is credit.

(*Intervention outside the microphone.*)

**MR. ALEXANDRE SAMPAIO** — No, it's federal law, because there are a lot of taxes and many things involved in this process.

And the output of the companies... It's here: the State Public Prosecutors' Office came here and said: "We are going to cut the light, cut the water, cut everything and people will get it...". Here's Flavio, who owns Fisioteravida, with 80 employees. Overnight, he will close his clinic and do what with the 80 employees? It is very easy demanding people to leave without saying how.

So, this is a very serious issue. A friend of mine, when I gave the interview to Ricardo Mota, called and said: "Yeah, you still have money to leave, for the residents it is worse". With all due respect, I am also a resident, Geraldo is a resident, we all have relatives there, but a company, in an emergency, in a calamity or in a collapse, has also managers, employees, customers. So, it is much more serious for us not to take care of what is happening where there is a concentration of audiences, which is precisely in the markets, in hospitals, in clinics, than simply arriving and saying: "You have to leave" and now you have a clear conscience. Nobody is going to have a clear conscience about it. So, we have to end this hypocrisy, because it is hypocrisy to say: "Leave" without saying how.

How much? Gentlemen, here I have more or less listed the amount of losses that entrepreneurs suffer with each statement that we see. Imagine today 12 hours of live broadcast and the Pinheiro district standing still watching this broadcast.

Damage to the physical structure since 2018. Many companies have had their areas cracked and invested back. A counselor from our association has a party room and spent over R$ 100,000.00 to redo the pool, the cistern, without knowing what was going on. Now she is unable to pay the mortgage on the house and will not be able to do any more business.

So, since December, when SOS correctly brought the district's problem to the public, we have been suffering daily losses. There were markets that went bankrupt, there were clinics that needed to move. Eliana Cavalcanti, a famous dancer, known nationally, with 48 years in the district, had to go to a school in favor. She has a house of her own and had to move.

In addition, when we make the change - I am experiencing this and many companies are as well - there is a loss of profit. We have to leave a place and it is not possible to work in parallel. I mean, it closes here - my company last worked on the Friday before Carnival -, we rented another place a month in advance, because we had already decided to leave. The place is not ready yet. So, it's been going on for a month that three companies do not invoice, because we are migrating to another place. So, any legislation on this has to consider who is in the district and who needed to leave the district, because it is irresponsible to say that whoever has left has already solved life. Whoever left has already assumed the losses; those who have not left, have not yet been able to assume the losses.

Then, losses on labor indemnities, fines and interest on loans. A lot of people, Mrs. Rosemeire — I've been talking to our associates — have already fired people. Many people have already paid compensation, it went neither to the Labor Public Prosecutors' Office nor to the courts. Whoever had some capital prepared, reduced the size and

prepared for the crisis. But it is a loss. And a loss that was not caused by the entrepreneurs, by the entrepreneurs of the district. There is a construction company with R$ 10 million at a standstill.

(*The bell rings.*)

**MR. ALEXANDRE SAMPAIO** — Can I speak some more?

So I'm going to proceed.

Default with the tax authorities prevents access to normal credit. We were at Desenvolve, together with Sebrae, the Labor Public Prosecutors' Office, and Fecomércio, in other banks. And everyone says that the Central Bank puts a magnifying glass of this size to lend money and in a place at risk, no bank will want to lend any money. I saw it in Desenvolve. They rightly say: "If I don't have specific legislation, I can be penalized and even lose the Central Bank's concession because my operation had a loss, I was irresponsible in granting credit".

We are in an abnormal emergency situation and there has to be legislation that takes care of this aspect, of everything that is taxing, from the state, municipal and federal point of view, and everything that is related to access to credit, because, if there is not access to credit, companies will not be able to leave, and we will have mass unemployment not only for workers but for businessmen because 95% of businessmen have their businesses in the district as their only source of livelihood. This is information from Fecomércio.

So, there is the need for tax exemption, which the Local Government has already started, rightly. Despite my criticisms of the Mayor, I want to praise here the Secretary of Finance, Secretary Felipe Mamede, Messias and the entire technical team of the Local Government, who were sensitive to our demands together with SOS Pinheiro and changed the decree, turned it into a bill and made it much broader.

And the renegotiation of terms and interest on loans already made with banks. Our friends here have loans that will expire now, at the worst possible time. They will simply default three times: with the tax authorities, with the bank and with society.

To conclude the question is where: where do 20 thousand residents go, more than all the stock of properties available in Maceió? Where do 2,700 companies with active CNPJ in the district go? How will more than 2,000 managers' families support themselves if they are going to lose their only source of livelihood? What will happen to 30,000 jobs created? And how will this evacuation happen?

Gentlemen, we are faced with real life happening. There are people crying in our WhatsApp group.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Alexandre, this is the mature way, this correct way of positioning that we expect from those who want to defend a segment, from those who want to defend a society.

I hereby congratulate all the residents, because I didn't see anybody closing the streets, breaking buildings, I didn't see any riot. On the contrary, what I see is emotion. Every

time I saw demonstrations, I saw emotion, I saw what you said here: real life. So, this is what takes responsibility from whoever it is. If the problem is natural, it is up to us, each one in our duty, to do what we can to protect lives, which is the main thing. Then you add another concept for life, economic life, you came here and demonstrated by a plus b plus c why there has to be this concern with economic life.

The "how" was asked here by several people. I have to leave my house, but how, but how? There are two situations. First, that initial warning here. It is difficult, do you think it is easy to extract this information that we extracted here today, with people saying that a catastrophe is about to happen? The State Civil Defense Coordinator said the same thing; Dinário could not finish the speech; another person said something is really happening: "I don't sign the paper only because someone else is going to do the reading in another country."

So, this is the situation. I can't come here and say that we will wait for that decision from the United States. And if in a month a request for reassessment arrives: do I want an extra deadline? The rain, I think the imperative of all this is the information that ten days ago it was said that if it rained, the area had to be evacuated. If it rained 80 millimeters, and today we talk about 30 millimeters. As it was said here, it was placed by the greatest specialists in the country. So, it is an alarming situation indeed. Until we find out what it is, if it is possible for some engineering system to replace some situation, that can provide tranquility, security, that's fine. But it was said that an evacuation plan was made a month ago, today another one has to be done because that area that was once safe today is no longer safe. I'm talking about a month.

So we must have the "how" look. This "how" was a question addressed to Minister Gustavo Canuto, and Representative Tereza Nelma was also present. Here are some developments. They asked him: how to make the FGTS issue feasible for district residents? It is an aspect, because it is not a calamity decree that will say this, but a change in the FGTS legislation here in the Chairmanship. So, it was a commitment made by him too, in the same situation as happened with Mariana: for that catastrophe, for which there was no legal provision, an adjustment was made, and people received it.

So we charge it here for almost a month. The time has come to get out there and speak about that commitment to the Civil Office... In fact, the first contact was with Minister Onyx, so that this point could be made, and he appointed the Ministry of Regional Development for that. The Minister noted and assumed this commitment, as well as developed a special credit line for entrepreneurs. This was dealt with on February 26th this year.

So this situation will be charged so that it is possible - it is the bare minimum - to give an expectation of the future, of resurgence. We think that things cannot get worse, but receiving news like this is terrible. That is why we take responsibility, to know that we are, as you said, talking about real life... So, whoever is going to use this politically, delete it. The people are not stupid, everyone knows their roles in this state. So what is possible to join forces... I say accept help, support, demand, let's organize.

And what you said here, federalization, is what Mrs. Roberta put in writing yesterday. That's it. Open was the first speech and was also this. I arrived here already... Because I feel this: with each person I speak to, the desire is to help, but sometimes there is no

coordination and the necessary strength for that. And here it was said by Armin Braun that something is internalized nationally, there is already advice for that. So let's make this situation room with the other bodies, and get involved and settle there as well, call the national Civil Defense, let it call those from other states as it is done with national defense task forces, get a result right away.

So that's the purpose of it all here.

**Mr. ALEXANDRE SAMPAIO** - And do not forget to call representatives of civil society, because as real life happens, Senator, we often think that we are making the best decision and do not understand the individualized implications, and the negotiation with the community is fundamental at this moment.

I just wanted to complete my reasoning...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – All right.

**MR. ALEXANDRE SAMPAIO** — State and federal supervisory bodies could have had this response at least six months ago if all inspections were up to date. I'd like to ask questions. I don't know if Braskem will be able to answer them now, but I would like them to be registered here.

There are 35 mines between the end of the Pinheiro, Mutange and Bebedouro districts, that's where the geological fault goes, right? So, if the inspections of federal bodies, the National Mining Agency, Ibama, which I don't know if it is part of it, and IMA, which is solemnly absent from all hearings, events and collections - all!... If the IMA were here and the inspection reports were in hand... Then I'll use it because I researched this: I spoke to the first State Secretary for the Environment, it was still another name, and he said: "There are three things that no one is talking about anymore: even deactivated mines must have a water safety report. So there has to be constant monitoring there, and not just when asked by the National Mining Agency". I was impressed. "Oh, we requested it and we are waiting for them to bring it." Where is the supervisory role of the National Mining Agency? Where is IMA's supervisory role? It does not exist.

So we are here chasing after solving problems for which the inspection bodies should already have answers, and they do not.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Alexandre, only to... I don't know if you were here at this time, at this moment, but I asked ANM this question here.

**MR. ALEXANDRE SAMPAIO** — Yes.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I asked how this inspection is done, if it is...

**MR. ALEXANDRE SAMPAIO —** What was the answer you received?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – ... monthly, if it is annual. When was the last time they received...

**MR. ALEXANDRE SAMPAIO** — Yes.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – So here it was told that they received last month, a report...

**MRS. TEREZA NELMA** (Group/PSDB - AL) — From seven.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Seven mines.

**MR. ALEXANDRE SAMPAIO** — Why don't we have the report of the other 28 mines?

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Exactly.

So, these are the questions that are unfolding of all of this here. Going back to another point, what gives representativeness is also the population. So, for sure, that nucleus must be the representative of civil society. If you even observe the formation of this moment, we had here the part of technical surveys, data management, control bodies and civil society, which cannot be left out.

**MR. ALEXANDRE SAMPAIO**: Let me ask you another question, Senator.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — This issue of the ANM, I, yesterday, in the meeting with Mrs. Roberta, based on the video, on the interview of Professor Osvaldo, geologist who reported the chaotic situation of ANM, that there is not even money for fuel... How will it be able to inspect Braskem? If Braskem cheats in the analysis of the wells, is it able to say that Braskem did not cheat? It most certainly does not.

**MR. ALEXANDRE SAMPAIO** — Geraldo, an important thing about what you're talking about...

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Regarding IMA, it is the same thing — it was said in the State Legislature. I mean, the inspection bodies are unable to structure and inspect Braskem.

**MR. ALEXANDRE SAMPAIO** — I saw a famous report from... I saw this thing three times, Senator Rodrigo Cunha, and I don't know why people don't ask questions. It is not just me who sees this; it is not possible, you understand? Then they say: "We made a report of the situation of the properties in the surroundings". Then they show two pictures. Do you know the length of this progress report? It's 50m - it is a joke! We see an entire district moving, there are 35 mines, and there is also the diameter of each of them together. How many football stadiums are formed in that space? How many are involved in this thing? And then they make a report with a radius of 50m around the drilling point. Who...? Are we kids here to think it even makes sense? It doesn't make any sense.

So, what I would like to say is this: that we live... Someone spoke of a fissure: it is an ethical fissure, it is a moral metastasis, and if the bodies were acting, if society had fulfilled its role, we would not be here at this moment, we would not be.

So, how much our lives are worth is the answer that I would like us to have here. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Well said, Alexander. (*Claps.*)

Continuing, after the testimony, not only of emotion but of a technical testimony also talking about a very important economic evaluation... And here I also reinforce that Chairman Wilton Malta, of Fecomércio, was in contact with me, and there is also an advance in this line of collection of the release of a special credit. So, we will also count on Fecomércio, on Sebrae, on all entities, adding efforts.

I give the floor to the representative of the SOS Pinheiro Movement group, Mr Geraldo Vasconcelos de Castro Júnior.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** - Senator, I want to thank God for this moment, thank God for putting you at the exact moment that day in Pinheiro when you went to that meeting, and from then on you became aware of the problem of Pinheiro.

I want to thank Representative Marx Beltrão for giving us that day of the meeting at Fecomércio, where part of the federal bench was, and we had the first contact with you gentlemen and made you aware of the problem.

I also want to thank the State Representative Cape Bebeto, who in his first act called a special session in the Assembly, where we also had contact with the State Representatives.

I also want to thank City Councilor Chico Salles, who is here with us, because he has been combative in this situation since the beginning. I would like to thank Chico Filho, City Councilor, and also thank Mr. Cleber Costa, who got the municipal hearings in the City Council.

I want to thank the various entities that received us. You have just talked about the orderly way we conduct ourselves - and we conduct ourselves in that way because, thank God, we had a democratic formation, and we have the republican spirit. We were very well received at Ufal when no one thought of calling Ufal back there - it was a big mistake by the Local Government. We were already in contact with geosciences, inviting for a great seminar. But the technical question has advanced so much that this seminar has not been needed yet.

I want to thank Tutmés Airan, Appellate Judge-Rapporteur of the Court of Appeals, who received us, and on that first visit, there was legal possession, because it is a big problem that we will find here in the matter of this eviction, the speed with which this will happen, isn't it? And on that occasion he stayed to mediate - I had never seen this, people: the Chairman of the Court of Appeals to mediate - a meeting of a Mayor with its people!

On November 24 - I never forget it because it was the date of my fraternization of Marista School -, as was our first meeting with the residents, on the 24th I left the meeting, which was in the morning, and went to the fraternization. Eduardo Canuto is my friend from high school, the Mayor City Councilor bench: "Eduardo" - I showed him my cell phone -, "and this here?" He said: "The Local Government didn't plug the holes, did it?". This, on November 24. The rains were on the 15th, the earthquake on the 3rd. Look at the impoundment of information, Senators and Representatives, authorities and people present! In the first meeting that took place there in the square, in the second meeting that took place there in Praça Menino Jesus de Praga, City Councilor Lobão went down and apologized to me because he did not know the seriousness of the Pinheiro case. I might know why you had a hearing, but that did not take on the proportions that it should have taken. In November, I communicated Eduardo and demanded from him: "Eduardo, why hasn't the Mayor come here yet?" "No, he's already traveling, he's in São Paulo, Mr. Guilherme is sick." So, it's fine, family first, that's right. Ten days later I call, and he answers me: "No, the Mayor is afraid of facing hostility". "Hostility for what, Eduardo? "Here in Pinheiro? For the love of God! Hostility for what?" In the meantime, the facts have not yet been publicized, and in June he receives the first report. There, severity was already demonstrated. He had to summon the federal and state bench, and his City Councilors and say: "Look, the situation here is this: the Municipality is not able to cover it". We lost five months in this game.

These five months are costing us dearly, very dearly! Look at the result: how are we going to deal with it? How are we going to get those people out of there? I'm worried here - Dinário was worried too - because when I get to Maceió, the people, 2,500, 2,600 people who are in our WhatsApp groups, will ask, they are watching us. There was a crowd today at Pinheiro to watch this hearing. So how are we going to tell those people, tell that lady who is 74 years old, the one who is 80 years old...? How will it be, my God?

And the rains are coming, and whoever is in the yellow and orange areas, if there is a lot of rain, which used to be 30mm, 70mm, now it's 30mm... It rains 700... Then, at night, you will go out on the street... And Eletrobras has a command to turn off the power. You will go out on the street, under heavy rain, with the streets flooded, because everything there floods... Look, it's a huge operation. I am absolutely sure that our state, our forces, our civil, state, and municipal defenses are not in a position to assume this responsibility.

I don't want to go back to Maceió with a heavy soul by not having said this. There are no conditions: either the Mayor gives up this emergency situation and decrees a public calamity, and the Federal Government assumes this by negotiating with the Governor, in whatever form... This is something for the Federal Government, I think it is not even for the national Civil Defense; this is something for federal forces - Navy, Army, Air Force -, perhaps even helped by the national Civil Defense.

Then I'll present our claims, Mr. Senator, because it will be faster.

These claims were already ready a few days ago, there may be something different because we have already evolved a lot from yesterday to today. We have evolved a lot. I thought a lot was impossible. I even talked about intervention in civil defenses, but I heard that I couldn't because of Law No. 12,608. We have to negotiate it. We are not going to be stuck on legislation and punishing the people.

So, in relation to the management of the national Civil Defense, a restructuring also of the municipal and state Civil Defense, the national Civil Defense would definitely assume the whole process of managing the situation, articulating the civil defenses and the other bodies involved in the municipal, state and federal.

Survey and immediate restructuring of the human resources needed to compose the organic structure of the municipal and state Civil Defense, prioritizing the technical profile, so that it is compatible with the demands of the current context of imminent catastrophe.

Survey and implementation of the material resources necessary for the perfect attendance and functioning of services to the population, including health services.

Installation of the Crisis Management Office in the vicinity of the district, articulating all the bodies involved, whether municipal, state or federal. This I heard in early December, at the meeting with the Mayor at the Court of Appeals, so that there would be no problem with commitment, rent, finding a house. We gave the Mayor a house and asked him to send it over there one day. He never did. I am aware that they have already fixed this house. Put some time to do this. Here the Local Government does things, CPRM delivers the report, and the records will only be ready in 2022, then it is difficult to work: pressure on one side and inefficiency on the other.

Technical collaboration of the forces that make up the Ministry of Defense, for example a hospital ship in the port of Maceió. If there is an accident with a bus over there at Fernandes Lima with 44 people, the General Hospital is in chaos. Engineering teams from the Armed Forces (ITA, IME, and the Brazilian Navy), which have a lot to offer us.

Petrobras' technical collaboration for the diagnostic studies - but I think it's no longer needed.

It is strange, very strange, because, when we held that meeting at Fecomércio, which we stayed to request a hearing with our President, I asked CPRM: do you need anything for us to make the claim, some material or human resources? They said: "No, we do not need anything." So, why do they ask Braskem to go and do seismic work? If there are resources, why do they ask Braskem for resources to go and study seismic? Result: it looks bad there in Pinheiro. When the report comes out, if it comes out and it is not Braskem, they will say that the report is adulterated. Why ask Braskem for this resource, if there is resource, if our President did not deny anything to Pinheiro? As far as I know, he didn't deny anything. "Everything that Pinheiro needs", what I know is this. So there was nothing for them to be asking the main suspect for the problem for money.

Another thing we are going to ask for in our lawsuit is the following: given the cause, if the cause is the mining company, Braskem will have to immediately stop its activities and its resources must be blocked in order to guarantee and safeguard the indemnities. For 40 years, the ANM has been inspecting Braskem and, from one moment to the next, the whole district is cracking and ANM has not seen this.

(*The bell rings.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — But let's go.

The issue of communication: I've been harping on the same string for a long time, because it tells you exactly about the panic, Senator.

Professional support from a team specialized in risk communication. In Ufal, according to Professor Sandra, it seems that there is a person; but there is also someone at the University of Campinas - Unicamp, there is also someone at the University of São Paulo - USP. I have been asking for this since the beginning. I warned Dinário that we would have a lot of problems with communication and it was horrible.

Development of an integrated communication plan, so that there is the unification and centralization of information from the bodies involved, providing a direct channel with the SOS Pinheiro Movement and district associations, in addition to Nudec, of course.

Immediate installation of support centers for communities in the district - kiosks, tents, trailers, etc. -, in order to facilitate the communication and integration of the agents of the National, Municipal and State Civil Defenses, the Military Fire Brigade, as well as the other public bodies involved in the system, together with the residents.

(*The bell rings.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Implementation of a call center platform with 24-hour service and prompt service to the population. We can hardly call the Civil Defense and be served. Exceptions are rare.

Intensify the population's preparation for the case of evacuation of the district, defining a schedule of instruction meetings focused exclusively on this purpose and respecting limits on the number of participants according to criteria that aim at the perfect understanding of the contents passed on. It is not a meeting in the Baptist Church, calling the population of 21 thousand residents to talk about the contingency plan in one night, and to say that it clarified with the population the matter of the contingency plan. That's a joke. I am not even going to talk about this contingency plan so as not to touch the situation even more; but about the contingency plan, everyone knows what happened there.

The matter of humanitarian aid.

Voluntary adherence to humanitarian aid for evacuation of the district, regardless of the risk area in which the property is located - red, orange, yellow, or outside the risk areas. This here, thank God, the Federal Public Prosecutors' Office has already put in the recommendations.

Ensure social rent as well, Mr. Senator, for all risk areas indicated by the CPRM and to the residents of the out-of-risk area who voluntarily choose to evacuate the district due to psychological health issues. You see, there are people, City Councilor Chico Filho, who are in the white area, a risk-free area, and are sick, but cannot leave because they cannot afford social rent. And when we talk about prevention, we usually talk about physical accidents, we talk about precaution, for which I don't need scientific proof. In prevention I need scientific proof. In the case of precaution, are we not dying every day? If we put a

study of psychologists and psychiatrists in the district of Pinheiro, I think they will point this out as more serious than the collapse itself, the possible collapse.

Full reimbursement to residents of Pinheiro who had to evacuate their houses without receiving humanitarian aid. There, in February, in March, when Maurício, when Joelinton, when Lili left their houses, they received it after the emergency.

(*The bell rings.*)

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Condition the evacuation of any resident of the district to the receipt of the first instalment of humanitarian aid. Do they want to evacuate? Yes. How? Paying the first installment of social rent. He pays bail, and people are already paying two rents. Three rents.

Dramatically reduce the deadline for receiving the first installment of humanitarian aid. This should happen at the time of withdrawal.

Ensure the timeliness of humanitarian aid credits, setting a fixed date for all installments to be paid. The dates are not being systematized. I receive the first installment on day "x" and I will receive the second installment on the day "y". Ok?

Guarantee humanitarian aid until there is an effective compensation to residents, and not only until the person liable is defined. Because, suddenly, Braskem is responsible; stops paying the social rent and then "you do it, it's all yours". Go charge Braskem! So, we need to ensure that.

Another important fact is the full transparency of the operational criteria adopted for the granting of humanitarian aid, avoiding any possibility of partiality and selectivity, with the publication of a spreadsheet by batch, highlighting all these items there. It's not just putting the name and publishing. Who is that person? What area is this person in? How does the SOS, how will the population audit to find out if that individual really lives in Pinheiro?

FGTS release for residents who evacuate the district.

Humanitarian aid to help residents change and adapt to their new homes. Tenants too. We tend to forget about the tenants. There are tenants who live there and did not ask for their houses to crack. They are not the causers and they will spend R$ 600, R$ 800 to move. And it often does not have this resource or that resource is needed.

Provide a fleet of trucks for residents to move.

Reimbursement to the residents of Pinheiro who had to evacuate their houses without receiving humanitarian aid. A lot of people in the yellow, orange and white bands left. Dinário himself said it. But that possibility has not been presented to the population. Many people in the yellow and orange areas left, due to the pressure, due to the emotional pressure that was made. And they didn't receive their rights... For a year, they were told that the criterion of social rent was only for the red area. No! There is the possibility for yellow and orange. It already existed. It was only necessary to request a new inspection. I request a new inspection, show that my house is in the same condition as a red one...

Because this criterion is crazy, people. I am there working almost 24 hours a day, and I still don't understand this criterion. You take the pink house and take another house: both are in red, but one thing has nothing to do with the other. Nothing. Then you get a house in the orange area, which is more damaged than one from the red area, from the last level I said. So, it is... That map was ready and then they went to visit. My house was painted yellow, and they have never been there!

(*The bell rings.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Geraldo, this alert was also made, because your flight has an appointment. And the people here already remembered. So make that final touch. You're doing great.

This material will also be the result of our work here, you can be sure.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Operationalization of registers.

The technical inspections. Then I speak more about the operational issues themselves, terms of service.

I did the calculation: a civil defense person responsible for registration, gentlemen, makes two registrations a day. They spends 3 hours and 26 minutes, doing it by hand. Then, this goes to the Local Government, the Local Government prepares a spreadsheet, sends it to the bank. Result: third batch, more than 50% data inconsistency, and people did not receive it. Those same people who are suffering all that emotional damage go to Banco do Brasil; when they arrive at the checkout, they are told that there is no resource for them. Why? Because there was a data inconsistency.

Definition and daily publication of a schedule for inspections. We want to follow it. Who is going to do the inspection? When will this inspection be carried out? In the house of who? The other day: who did you inspect? For us to be able to follow, or else we can't follow the operational indexes. This really happens: 2,3 registrations per day.

Registration of social vulnerabilities: definition of the deadline for delivery and daily publication of a schedule for carrying out the registration of social vulnerabilities - although this is already being concluded. It was requested in June 2018. They are concluding it only now.

Publication of the statistical results of the register of social vulnerabilities.

About the demographic census: definition of the schedule. Because that's an IBGE matter. IBGE has an expertise in...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Mrs. Roberta has positioned herself on this: there has already been a negative from IBGE, a technical issue. Mrs. Roberta spoke here. And another alternative was also sought.

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Exactly, asking the National Defense to play that role. But she has already identified that the IBGE... I don't know if it is because it usually makes provisional contests for a period... It is a technical issue.

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – A matter of methodology.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — There is the part of the matter of reducing taxes. Here it is important to note: the Local Government wasted all this time before starting to work. And now, when making the IPTU, they want to exempt from the IPTU only those who are in the risk polygon. It will cause another pocket of trouble in the district. There will be people hitting pots on the street. And we will not be able to handle it. It is not fair that this happens.

**MRS. SANDRA NUNES LEITE** (*Outside the microphone.*) - In fact, the booklets have already arrived, and with an increase, those from the orange area. The IPTU booklets have arrived and with an absurd increase.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Honestly, it is very irresponsible.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – About this the representative of the local government who is here... Because the information I have about this aspect is that it is something that has already been at least internalized and that, in fact, would be suspended.

Generally, tickets are issued well in advance.

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Only the red area? So, it is important precisely in this new delimitation, isn't it?

I'm going to interrupt quickly to thank Maurício for being here, because he has an appointment now, due to the time. Mauricio has a flight. The flight is the appointment. I thank you for your presence, which was very important. I don't know if you're the only one.

Tereza, you were here at maintenance, is he the only one who has to leave now?

It's already seven...

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – No, it is okay. He will be given the floor. I just want an adjustment. Geraldo, please finish...

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — There is the issue of contingency plan in which we did not participate, society did not participate. Now, when I participate in a plan, I feel co-responsible for it. So, the situation of a contingency plan worked with society is one thing and not working with society is another thing.

And there is also the issue of home insurance, which has already been discussed here, but really more with the issue of Banco do Brasil; Caixa Econômica has been quite a partner.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – You could tell by the material. In fact, you have gone deeply into the subject, talked with all possible possibilities of acting in defense of people. So this is also our goal. Therefore, the amount that has been demonstrated here, what has been said here every day, synthesized there, will be a great source of guidance, without a doubt.

Geraldo, thank you...

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — Thank you.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) –... not just for today, but for what you did by drawing attention also in an orderly, necessary, exciting way at various times, but humanly. So, its representation today in the district is clear... You really become someone who seeks not a personal benefit... Nor it is a matter of looking for the culprit. This is not the goal right now. The goal now is to save lives. We are all with this same goal.

As I said here, it's easy to say: "Let's leave. Let's leave". But sometimes it is necessary. And the "how" has to be demanded right away. So, this concern is also interesting.

So, Joelinton, you have participated here at various times. I also thank you for your direct search with me. You came for information - technology brings you closer. Feel free to send a message, a question, a direction at this moment.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — I would just like to thank you, Senator, on behalf of the residents of Pinheiro.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – It is not necessary.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** — We are 21 thousand residents.

Thank you very much.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Each one doing their part.

Thank you. (*Claps.*)

**MR. JOELINTON BARBOSA GÓIS** — Good evening to all. I'll be very brief since everyone has their schedules.

Unfortunately, we continue to go through this situation. Fact is... Everyone already knows that, on February 15, we started to pass... All this experience for us has been adding to our growth and also adding to our knowledge.

To say, sometimes, that A or B did not do its part is very easy. Pointing at a particular structure, pointing at a particular person is very easy. What I usually say is that it is much more difficult to do if you are not prepared, if you do not have a complete structure, if you are not prepared for what is happening in our district today.

On the 15th, when the cracks appeared, we just went to the street, looked to one side and then to the other, we had no idea what to do or who to talk to. The Civil Defense, in turn, had never experienced such a situation. So, just as we had to learn to know what to do, they also had to learn. And, in my opinion, they are learning.

On the 3rd, when there was a quake, there was a very large spread of people who ended up being involved in the whole process. And that, yes, made many people start to see that the problem was no longer one or two houses or a building, that it was not only three houses or four streets, the problem was general and it was a problem that had evolved to the whole district. This happened and has been happening gradually.

On March 12, when we participated in the first public hearing, I was very transparent with everyone who was present, because unfortunately not all City Councilors... Like today, many people left and also did not wait to see the population, for their most diverse reasons. I was very clear when I said that as long as the authorities, the companies involved or the people who were involved in the situation were concerned with simply defending themselves, I warned that the population was concerned because they had nothing to do, I warned that social chaos would exist not only because we were losing property, we were also losing savings and we were losing the prospect of an inheritance that people would leave to their children... We just didn't know what to do, or who to turn to, because no one wanted to get involved with this four-street problem. We asked for everyone to get involved. The population itself...

I witnessed, on June 16, 17, and 18, when CPRM went to do the inspection to see if there was a cracked house: people slammed the door in their face, said there was no crack, no, that they would not devalue the property, no.

So, we learned to live being used to it, to wait a year for humanitarian aid. We learned to listen, to collaborate and to understand people in their limitations. We went through a political reason; we know that there was an election. We went through the most diverse situations and created a state of emergency. So, today, a year later, we still don't know what to do.

But one thing worries me very much: a year later — with the speech of Mr. Thales, whom I very much respect — to say that, with 30 millimeters of rain, people must leave the house means that, within a year, a four-street problem became a population's problem.

Today it is in the district of Pinheiro that we are feeling this, but that green picture has been advancing there. And what guarantee are we going to have? What guarantee do we have that it will only be the district of Pinheiro if we do not know the cause and if the process of evolution is constant and devastating due to its speed?

Once again, I emphasize that, as long as the Branches do not decide to join forces, until the rulers do not decide to join forces and work everyone in one situation, for one purpose, we will continue to participate in studies and meetings, and the population will continue to suffer because each one is concerned with defending its own point.

Could it be that, a year later, after so much trouble, it is not possible for us to come together and really work together, being City Councilor, Representative, Senator, or Chairman? We are not talking about my problem anymore. We are talking about the problem of everyone. We are talking about the problem of a city and a state, because if half of the city, which is the capital of the State, needs to be evacuated, what about the State's situation? Won't the State have any kind of social and economic problems?

I had a meeting with the Mayor, and I had no problem being attended. I had a meeting with the Governor, and I also had no problem being attended. The population, however, is not represented by only one person. The population is represented by itself and by those with an interest. The population also needs to learn to take an interest in their own problem...

(*The bell rings.*)

**MR. JOELINTON BARBOSA GÓIS** —... and don't expect a message from WhatsApp, whether it's mine, from A or B. People also need to know the problems in order to know where to go and to charge correctly. The correct way is with respect. Knowing what you are doing is going to dignify so many politicians, both governors and ourselves.

So, today and in all the most difficult moments that we had, the municipal Civil Defense was at our side, the Civil Defense was in the district. The state Civil Defense has recently entered, but is there to help. But we have to do our part, we have to demand from them what they really have to do. Otherwise, we are finding work for them to do without need, because, while we are calling to do an inspection that we do not need, there is another person who is desperate in need of an inspection, and the person responsible for the job is busy. So, first, I need to do my part and then charge others to do theirs.

Thales and his team deserve respect because he was... I have never seen a person of the size of his company, his level of position and his knowledge go to a district to serve the population, one by one, to give satisfaction. So, such a man cannot fail to be respected, not to mention his knowledge and professionalism.

I will not disturb anybody else so no one misses their flights, but I ask, please...

I did a small survey. For example, we know that Pinheiro today has around 20 thousand to 21 thousand people. That's it in the 2008 Census. The city itself takes up half of the district. So, I made a comparison between the population of men and women, but, as it was well said here, we have companies and consequently we have families, and we

continue to have men and women. Farol and Pinheiro are interconnected districts. Today is Pinheiro. If it's Farol too, we've practically doubled the population.

My house, until the 14th, was like this. On the 15th - it is an old picture - it was cracked. Today, anyone who gets near... A lot of people don't have the courage to even enter it, because they don't know if they're going to be able to get out, especially if it is raining.

How can I question if the people who were present in our history were not concerned?

(*The bell rings.*)

**MR. JOELINTON BARBOSA GÓIS**: If you look, the three are here talking. Dinário is back there, but he is not talking, he is not on WhatsApp. I'm sure there are a thousand things going on in his head, how is he going to solve a problem like that.

The first is the block 8. The pink one is the house so famous, so talked-about. Below is also the pink house. This wall is mine. That crack was the first day. It's bigger today.

The first picture was of my daughter's playroom. Today there are only holes. And the sockets were taken, there are no sockets anymore. This bench that is there was... Where she is sitting, on the bench, today is this wall that is there. So, when you are a father and you have to see a well-structured life go through a situation like this, and someone still comes and wants to make a promotion out of this... Pardon me, but I do not accept, because here we are not playing with the fact that you want to promote yourself; we are playing with our lives. And I worked very hard to get to where I am only to have nothing today because everything just left...

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Joelinton, just a quick interruption, tell them  about your story. When did you leave?

**MR. JOELINTON BARBOSA GÓIS** — February 15, 2018. It was the first house to crack. I was the one who called first.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – It was the first house, February 15, 2018. Are you receiving the aid today?

**MR. JOELINTON BARBOSA GÓIS** — I received it when everyone started receiving it. I received the second installment.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – And did you leave based on the report given by someone? Did someone tell you to leave, or did you...

**MR. JOELINTON BARBOSA GÓIS** — The option was given: "If you want to stay, you can, but it is noticeable that your house is totally affected and is in danger of collapsing."

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) –Was this put in writing?

**MR. JOELINTON BARBOSA GÓIS** — "Another option that exists is to put a stake." Okay, but how am I going to put a stake on the soil if the soil is the problem? We still do not know what happened. And I understand, it really was a very new situation.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – At that moment.

**MR. JOELINTON BARBOSA GÓIS** – This is so that their block put a stake, and, on the 3rd, they had to remove the stake because they were only paying daily.

On a beautiful Saturday day, here on this street, there were seven trucks. It is heartbreaking for you to pass through a district in which everyone enjoyed living, in a relatively large city, but with an inland climate, and only in one street you see seven changes being carried out, seven families, seven fates being changed. So, you can only realize it if you are living in the moment. Despite being already very experienced on this here, I will not lie, I will not omit this for you, no. When I saw this, I cried, because it is dramatic to see people in such a situation.

That was on January 28th. It was raining. But how can I complain about Dinário's team if, even in the rain, they were there to support us? I'm talking about Dinário, I'm talking about Moisés and I'm talking about CPRM, because I will tell you something.

If it weren't for the work that Dinário did and if it weren't for Thales' competence with the CPRM staff, yes, you can be positive that today we would be in a much bigger problem, because they were the ones who did something until today, and each is doing a different job.

And, here, we talk about support. This can only be solved, folks, with teamwork. This can only be solved if we put vanity aside. I fought badly with Geraldo, but he does good things. I respect him, I've never disrespected him. And why do we, why does the Government not unite and leave vanity aside? (*Claps.*)

I don't care if it's Braskem. It is not for me to judge, because I am not prepared for it. But, today, they are present in every meeting. And why, as has been said here, is the IMA not present? Why are other people, as has been said here, not present? It's because no one understood...

(*The bell rings.*)

**MR. JOELINTON BARBOSA GÓIS** —... that these are lives that are lying there. Nobody understood that these are families, that these are dreams that have been destroyed. I say "nobody" in quotes; those who are present here are not included.

So, today, this is a challenge for me: to make us all unite in order to recover the district or even to arrange a destination for these people. Until then, there were two thousand people; now there may be 20,000, 21,000 people. Entering Mutange, it will increase to 30 thousand, 35 thousand, 40 thousand people. And then, I ask you: which city in the country or, perhaps, in the world is prepared to, overnight, turn the key and arrange 40 thousand houses? I think that no one is prepared for this, no Government. Or, if it is

prepared, it will take people who had a life, who had a history here - I am not despising anyone - and will send it to Pilar. It's not like this at all! We have history, we have respect. We are people, we are not cattle that they can get in a small truck and take wherever they want. If you want to do it, do it, but first, show me that you did your part! If you do your part, I can keep myself quiet, but, without doing anything, simply saying "oh, that's what I accepted", no, not like that, not like that either, no!

Everyone, thank you very much, but this story is ours. This is the story we live in, and each has its own; it is personal. I can't say that my neighbor's story, that the neighbor's story is the same as mine. Maurício's story is not the same as mine, because I know what I went through and I know what I am going through right now. One thing I am sure of: today, it is easier for me to understand, it is easier for me to be able to survive with this than for people who are leaving their houses today. I have friends who are leaving their houses, but I know the story of this process, I have been there at all times and for bodies to which we have been invited, but - excuse me - I do not have time, nor does he have time, to knock on...

(*The bell rings.*)

**MR. JOELINTON BARBOSA GÓIS** —... door to door, asking: "Let me join?". I think it has to be a set. Just as I have to ask, people also have to collaborate.

Thank you, Rodrigo. You gave us the opportunity to participate, and this is important. I also wanted to suggest: instead of everyone leaving just to leave the population for last, why not everyone listen to the population at the beginning and then, yes, each one starts to speak? Many people who were here - I respect absences once again; each person has their reasons - will not download the video to listen to what we are talking about here. What he said was in vain; what Mauricio spoke was in vain; what Geraldo said was in vain; what I said was in vain, because no one was here to listen.

So, thanks again. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) –Well said, Joelinton! Your speech is very important. Your presence here makes total sense to this hearing. I guarantee you the following: the objective here is to gather information. So, we will collect information from you all. This feeling, all these facts, these sources were there, they already feel... Of course they will receive all the material here, but the goal, as I said, was to draw a line of work here so that we can make this situation gain more and more importance that it must be given to it. What's happening? What to do? If you're leaving, where are you going and how? Then what is the origin of it? So, this is the tripod, it was necessary. And yet, notice the passage of time. We have been together here, I believe, for almost ten hours.

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Outside the microphone.*) - Mr. Chairman, I will need to leave, otherwise, I will miss my flight.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – No problem!

**MR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Outside the microphone.*) - Thank you for your attention.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – All right! So I want to thank you, gentleman.

The final goal, you can be sure, will be... There is a closure. The word spoken by You here too, through formalism, is what gives meaning to common sense. You said: "Look, I talked to everyone, I was always present, and I followed the evolution of that". So, people are being surprised now, and, in fact, sometimes, this is due to a message from WhatsApp, which says: "Look, now it's your turn." And the other says: "And when's my turn? Am I in blue, yellow, white, orange area? What will happen to my family? ". It's not just him. You showed the picture here. I think it's your daughter, isn't it? So, there is nothing more sensitive than that.

So, your speech is very important!

Thank you for your presence.

**MR. JOELINTON BARBOSA GÓIS** — Let me just... Rather than ask you a question, I'll give you an answer. Today, I do not go back to the district because everything indicates that the house is not really in conditions for me to return. Not only the house, but the land is also compromised. So, the land probably will not even be fit for construction. But we are obliged to accept this.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Very well.

**MR. JOELINTON BARBOSA GÓIS** – I only make one observation - I already said it, but I will say it again: it was frustrating to lose the house, but it was even more frustrating that no one told me who was liable.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) –But the story is not over yet. We still have many chapters.

I now give the floor to the Chairman of the Special Investigation Commission, City Councilor Francisco Sales, who has also done an activity, a public hearing. In fact, I think it was a meeting. The installation of this important Commission has already had some consequences.

I know that the City Councilor is the first political door on which the population knocks. You also live in the region and are charged daily, if you go to the bakery, if you go to the pharmacy. I hope you are still going to the same bakery and the same pharmacy, because I don't know if they are still open. But You have full legitimacy to speak here for the City Councilors as well.

So I would like to hear from you how is the daily life of the community, and the attitudes also made by that Special Commission.

**MR. FRANCISCO SALES** — I would like to begin by congratulating You on this initiative.

I really believe that our city, the district of Pinheiro, as well as the districts of Bebedouro and Mutange, gain a lot from this day.

We have been committed to this work for almost ten hours. I would like to congratulate all the authorities present here for their commitment to being in a public hearing for almost ten hours.

Also, I would like to congratulate civil society, for how much Geraldo, Joelinton, Maurício arrived here organized. They arrived here organized, planning themselves, in order to be able to expose everything that they are going through.

So, I would like very much to congratulate these residents, Senator Rodrigo Cunha, who, almost a year ago, or better, more than a year ago, Representative Tereza Nelma - we have been with them since the beginning -, are in this suffering.

At first, as Joelinton said, City Councilor Chico Filho, the residents themselves did not want to open their houses Even today, Representative Jó, there are still residents who want to hide the cracks in their houses and the fissures. It's sad!

15 days ago, I did a job with the municipal Civil Defense warriors, Dinário. I would like to congratulate the entire municipal Civil Defense, on your behalf, and those great men of CPRM, as I would also like to congratulate these geologists who are in our city, who are in our region, working under the hot sun, Senator Rodrigo. They work under the hot sun! When we pass by, they are there working, with that focus, with that commitment, to bring these answers, City Councilor Chico Filho. I can't help but congratulate these warriors who work, who do CPRM and who come in search of those answers.

I listened carefully to my fellow countryman talking about our dear Nossa Senhora do Bom Conselho School, in which we have a whole history, in our district of Bebedouro. And I bring you some sad news: yesterday, Representative Tereza Nelma, the School of Nossa Senhora do Bom Conselho was 100% blocked in the district of Bebedouro. It is very sad for us, who have a history in that district, who have a history in that school, to reach the point of seeing that school being blocked and seeing, today, those students - it is a school with 142 years of history - not knowing where to go.

Mayor Pauline, next door, there is the old Miguel Couto Hospital, which is also 50% damaged.

The problems, unfortunately, are no longer just in the district of Pinheiro, but are also in the districts of Bebedouro and Mutange, Senator Rodrigo Cunha. There are streets in Bebedouro with dozens of houses showing these cracks. It's sad! My phone rings ten, twenty, thirty times a day, with people asking the real situation and what's going on. People are getting sick, people are sick!

We had a meeting, City Councilor Chico, in which you were present, along with the Nudec people, the Civil Defense people and the Fire Department, and people were unable to talk, Attorney, because people were crying. People could not talk to us. I have been

following this for over a year, when I cried out for answers, I can no longer talk to people because people are sick, people are crying, and people are failing to communicate. This is very sad. It is really sad!

With this hearing today, Senator Rodrigo Cunha, people are in Maceió, in the district of Pinheiro, with the hope that this public hearing, today, will really bring the solutions, bring the answers, bring the cause of it all. People cry out for those answers.

We created CEI, of which City Councilor Chico Filho is also part, and we will investigate this with the greatest possible responsibility, with the greatest possible understanding.

We live in a moment when the political class, unfortunately, with each passing day, is losing even more credibility in front of people, in front of society. We hear that in the bank lines, in the lottery shops, in the restaurants. With each passing day, people believe less in political strength. But we cannot lose this fight. We cannot let this pessimism get in the way of our work. In several meetings to which I attended, Colonel, I heard from residents: "No, politicians don't solve anything!" It hurts, it hurts. "I don't want to talk to a politician! I do not believe in politics. Politicians are already here just to show up! " But people also have to understand that politicians are also human beings; we are fathers, mothers, we are people, and we have hearts. I confess to the ladies and gentlemen that, like many residents, I am also tired. I am also tired, because I am a human being. I'm tired! I really am not the one to stop at that first paradigm or obstacle that I face, Senator, but, in a preventive way, for almost a year, I have been asking for Braskem's activities to be stopped, in a preventive way, throughout the region.

We only need to do a research in the community of Bebedouro and Mutange, which You know so well, as in Pinheiro, we only have to do a survey to listen to people talk about the terrible neighbor that Braskem is: "It's noisy, it bothers us." The residents, Senator, would like to see Braskem far away from their homes. At 100m or 200m from the station, the ground shakes, the walls shake. I have been asking, for more than a year, that this activity be stopped in a preventive way. This is Bebedouro in an already delicate situation. We can't even talk about Pinheiro anymore! And in Mutange, more than 70% of the people already live in a risk area. Meanwhile, Braskem continues to operate.

I really wished, Senator, that Braskem had nothing to do with this, even because of its economic participation. We know that it is important for our State and for our city, we know the amount of jobs it generates. But I usually say the following: if there was a soccer field and if the lawn needed to be treated, there could never be any sports activities there, sports activities would be interrupted. If, in our King Pelé, in our Trapichão, our lawn needs to recover, the games are interrupted, and the athletes are going to play in another state.

How is the soil damaged, whether Braskem is the cause of all this or not, and the explorations continue? These are questions that I cannot answer to this day. How does it continue? How can these operations continue? People, neighbors are leaving their houses, their families, and they have fought for years and years to conquer their houses! Meanwhile, the company continues to operate, as if nothing is happening.

There are four wells, Senator Rodrigo Cunha, that are fully working. It seems that now, after all this, they are working at full speed. It is an unrestrained noise. Being a neighbor

of that noisy company is terrible! It is even inhumane to be a neighbor of such a company! This is getting delicate and, at the same time, more and more complicated. May we, in this public hearing, provoke all the authorities, so that they can act preventively! We must act preventively! Gentlemen, I know that the advisory and even the friends who are in Maceió will not like what I am going to say now: if, after all this, after these answers and after the solutions, City Councilor Chico Filho, ANM, who for me today is an inoperative agency, and CPRM, which is a competent company that I believe in, say that Braskem can continue operating in that region of Pinheiro, Bebedouro and Mutange, if, after all these investigations, this happens, Senator Rodrigo Cunha, I resign from my mandate. I will resign my mandate because then I will know that I am totally wrong and cannot represent those people from Maceió. You can be absolutely sure of that. If, after all these studies, CPRM has the courage, together with ANM, to say that Braskem will continue to operate in that region and exploring, me, who have no attachment, who comes from the private sector and have no attachment public, will resign from my mandate as City Councilor of Maceió.

I would also like to use the presence of the attorneys here, Senator Rodrigo Cunha, to ask a question. I wish Braskem's representatives and officers were here right now.

(*The bell rings.*)

**MR. FRANCISCO SALES** — I will conclude, Chairman.

I wish they were here.

Why was the Braskem employees' club put on sale, or why was it sold? Either it was sold, or it went on sale now. This is a complaint. It is a complaint by this humble City Councilor. Braskem is a company that is very concerned, ladies and gentlemen, even though it is not a retail company, with its own image. It is one of the companies, Representative, that most invests in the media of our entire State. It also cares about its employee, about its collaborators. Why, at this moment, when the collaborator needs to rest, rest, did Braskem put up for sale or sold its club? This is a complaint, and I have a lot of responsibility for what I am saying. Let these causes be investigated!

This is the moment, Mr. Cleber, when your collaborators need to rest. If I'm not mistaken, for R$ 4 million the Braskem club is being sold or has been sold. This is something that the CEI will investigate, that the Public Prosecutors' Office will also investigate. Why is this done at this time, when society demands so many answers?

So, I say, Chairman Rodrigo Cunha, that I am not here to do politics, but I am here to play my role as a citizen. I want to say that I will not stand still under any circumstances, even because it is messing with my whole story. It is messing with my districts, with where my friends and family reside. It is messing with the school where I have all my story. It is messing with all my roots. And then, there will really be no one on this earth, except Our Lord Jesus Christ, to ask me to stop. I thank you, ladies and gentlemen, for this very important day for our city.

Thank you very much! (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — City Councilor Francisco Sales, it is important to make it clear that you have the coexistence with people in their daily lives. Your origin lies in this region. Charging is daily, hourly. People also expect a position from you, who is now also at the head of a Special Investigation Commission.

I want to make myself available here as well. If You have any difficulty in accessing any information, wherever it may be, report it to me as well. I also want to join forces with the work done by the City Council of Maceió. I want to be a partner in your activity, as, in the same way, I also hope that any results that arise from this Special Commission will also be forwarded to the knowledge of all of us Senators of this Commission. It is a very important work. Even You are there. We are here in another sphere, with another type of responsibility, but that does not mean that it is greater than yours, by any means.

So, I'm going to commit myself attentively. I know the serious work you have always had, the determination of your actions. May this be reflected in concrete results!

You go so far as to put all the trust that people have placed in you in check. I say: we are not going down that line, because You collaborate in various ways with the Municipality. You said here at the beginning: "I do not give up at the first obstacle." But we shall also not give up in the second! Let's join forces. I mean that You will not be alone. My goal here is precisely to try to strengthen, so that other people develop their work. Here is the place for it. So, I wish you strength, success! You are not alone in this Commission. There are other City Councilors who are part of it, so that they can also achieve positive results.

Also listed here is City Councilor Chico Filho, City Councilor for Maceió, who has been present here since the beginning and who certainly follows this situation closely.

I would also like to know from You: after what has been shown here today — You were aware of this — what direction would you give to the residents of Pinheiro? You are also well liked there.

**MR. CHICO FILHO** — Yes.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – So, you have a great influence, you know that the pressure is daily. People charge posture. Your speech is also very important.

**MR. CHICO FILHO** — Senator, I congratulate you all on your participation. I appreciate the invitation.

Firstly, as Rapporteur for the Special Commission, I would like to ask you for all the documentation that has been submitted today. May these documents be sent to our Commission as well, so that we can carry out our studies!

One thing that worries me, Senator - this is already the general comment in the municipality - is related to the question that was raised by Mr. Thales. The new Map of Features was presented. There is a doubt: is it the same map? Would the area to be vacated be just that red, yellow and orange area that were placed? Or is the Mutange district and part of Bebedouro also to be vacated? It was not clear. This was not clear to me and it

was not clear to the Civil Defense, for you to see how a communication gap exists between the federal sphere, studies, and the municipal and state sphere and continues to exist to this day. The bomb is in Dinário's hand, who doesn't know what he's going to do. So it is important that you, as a Senator, interfere with this issue, try to meet with the staff of the CPRM. I know it's not your job, it's not mine, it's not Jó's, it's not Tereza's. This should be a commitment of the State - Municipality, State and Federal Government-, but, unfortunately, as there is no commitment on the part of these entities, it is up to us Members of Parliament, who are interested in helping the population, to do so. I ask You to try to interact with the CPRM on this new Map of Features, to see if this is what I understood, if it is what everyone in Maceió is understanding, or if it remains restricted to the red, yellow, and orange areas, and how humanitarian aid will be paid to other people who are not in those areas. It is a concern.

So, I express my concern, because if more than 35 thousand people were displaced from their regions, from where they live, from where they work and from where they have their businesses, this will generate an unprecedented crisis that will break the city of Maceió. Maceió is not ready for this. Maceió is a small city, a poor capital, which is not ready to face this situation. And then we need Mr. Mayor and everyone who makes the Municipality — and I am included, as City Councilor — to be aware of this situation.

What City Councilor Sales put and what was raised by some here is a reality. There is a suspicion that Braskem may be one of those liable for these events. And then I leave another question: being Braskem the cause of these events, is it possible to immediately stop the activities of this company? We have the extraction of rock salt, but we also have the extraction of water to be poured into these wells, which exceeds the extraction of water from all wells in the city of Maceió - I mean only from the Braskem wells. So, how is our soil balance with Braskem's immediate shutdown? That's my concern.

Paralyzing the operation of Braskem, Senator Rodrigo Cunha, 70 companies in the plastics production chain stop their activities, 20% of the State's economy is lost, and we break the State of Alagoas. The state of Alagoas, which is a poor state, is unable to give up 20% of its economy, which survives from the plastic production chain.

Then I ask a question, remembering that it is necessary for the Governor and everyone who makes up the state government to be aware of this type of situation. Breaking the State of Alagoas, the federative pact breaks as well. This will reach the Federal Government, of course, because someone will have to pay for it. Who is going to pay? The Federal Government. And there I draw the attention of the Brazilian President, because that is a problem which also concerns the Federal Government.

Nobody is doing that account. We are restricted to the Pinheiro trade. And that's not all. What Mr. Alexandre put here, and did so very well, is just the tip of the iceberg.

Alexander, people have not yet seen what comes after all this that You have placed so well. And people must see.

Now, not everything is a problem. We have a Mayor, a Governor, and a President that we elected. And the authorities that were here and, mainly, the Public Prosecutors' Office, do not have to be provoking so that the Government at the municipal, state, and federal

level, can act. We put them there to act without our provocations, so that they, through planning, do what we need them to do.

If it was said here by Mr. Thales...

(*The bell rings.*)

**MR. CHICO FILHO** — Just a minute, please, Senator Rodrigo Cunha.

If it was said here by Mr. Thales that there is the possibility to do a work of stabilization of the land, to guarantee that the people that are there can live in tranquility, then may the Governments feel and try to do that with urgency!

In Maceió, the districts of Pinheiro, Mutange and Bebedouro do not experience a worse situation than, for example, that of Chile or Japan, which are next to a tectonic plate, where occasionally, there is an earthquake, everything falls apart, and the next day, everything is ready again. Buildings are now able to have shock absorbers to absorb the impact.

So, let us present the possibility of working on this soil so that we can contain these problems, so that we can continue living in the most beautiful city in the country, which is my city of Maceió. We need to stop and plan so that we are not always in need to make up lost ground.

What Mrs. Rosemeire, the representative of the Labor Public Prosecutors' Office, has placed here is the pure truth. Do you know what's going to happen? The disaster, which everyone talks about. And then the helicopter will arrive, for the President to make that flight, and then, the firemen will throw the petals, and clap their hands.

Why don't the President, the Governor and the Mayor sit down now - and they should have already sat down -, establish a plan "b" for situations after the end of the humanitarian aid deadline and start now to do the works that the district needs...

(*The bell rings.*)

**MR. CHICO FILHO** —... as rainwater drainage, sanitation, soil work? All of this has been talked about for over a year! All of this has been talked about for over a year now, Senator.

You are to be congratulated for bringing this discussion to attention. However, what concerns me is, first, what the Governments are doing; second, how it comes to my city.

This is the question that everyone asks me on WhatsApp: will my house be affected? I do not know. I do not even know what the area is! A very fast map of a half-moon was presented here, and I do not know where it reaches. Does it get to Belo Horizonte? The information I had was that it did not get to Belo Horizonte.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) - But it does.

**MR. CHICO FILHO** — I don't know. The information I had was that it did not reach CEPA. I had the information today, here in Brasília, that the entire CEPA would be at risk of being blocked. For those who are here and do not know what CEPA is and for those who are watching us and do not know the city of Maceió, I say that CEPA is the largest educational center in the State of Alagoas; there are the largest number of schools and the largest number of students in the same educational center. And we have nowhere to put these schools.

(*Intervention outside the microphone.*)

**MR. CHICO FILHO**: I am asking questions, and You, if you want, then answer.

**MR. ALEXANDRE SAMPAIO** (*Outside the microphone.*) - City Councilor, what you said is very important. Everyone in Maceió wants to know that.

**MR. CHICO FILHO** — I just want to conclude.

I am not raising the issue of whether CEPA has been hit or not. I'm not the one raising this. People are asking me, and I don't know how to answer.

People are asking me if Ladeira do Calmon - City Councilor Francisco Sales lives next to it, as well as City Councilor Mauro Guedes Júnior - was hit or not, and I can't say.

(*The bell rings.*)

**MR. CHICO FILHO** — We need to delimit this area. Simply saying - I have seen some testimonials from people who were here guiding in this regard - that everyone should evacuate the area is not the way. First of all, they have nowhere to go. Second, there are people... Thank God, I have my father, who is out of the area. But ten people from the same family who were at the Nudec meeting, City Councilor Francisco Sales, live in Bebedouro, in the red area, and they have nowhere to go, they have no resources, they have not received humanitarian aid. Where do they go to?

So, I leave these questions, noble Senator Rodrigo Cunha, and I congratulate You.

I hope I have contributed. I am committed to always seek help for my population, to help my people. I work there, I have friends there.

(*The bell rings.*)

**MR. CHICO FILHO** — I have friends who have lived with me since childhood who have undertaken there and, today, Senator, lost all their lives there. Today, more than R$ 10 million are buried in the district of Pinheiro, with no answers.

I congratulate Your Excellency.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I thank you, City Councilor.

These reports also corroborate everything that was said here by the residents, by Alexandre. It is a situation that really takes us back to the moment we are living.

Here, the presentation was made not for me; in addition, You have also assisted me here.

As for the conclusions, each one will draw their own. The conclusion I came to here is that we have a different situation than we had ten days ago, different from what we had a month ago. And the greatest example of this is precisely the evacuation plan. The evacuation plan was made over safe areas and today it has to be redirected because it is no longer the same reality.

What was put here is the following - it was even one of the requests, it was my request here: that the demarcation of this area be updated. I spoke here four times, saying that what is based today and originates these colors was precisely a dedicated, personal work, of visualizing the buildings, by eye. We are talking about satellite technology here, which goes 1,500 meters deep.

So, as for this data, I asked: do they already exist? They already exist. What is being done now is a reading of these data. Meanwhile, what was the guidance? Who lives in the red area can no longer be there. The last posture was that of the Public Prosecutors' Office on Tuesday, issuing a recommendation that the energy, water, and gas be cut. This was done based on what? In the reports that have already arrived, in the report that has been said here by the Prosecutor since October. In June, there was a warning; in October, there was other information, saying that this area was no longer to be occupied, which is confirmed by the pictures and severity that exist.

It was also said here by the CPRM representative about the speed of subsidence, which is precisely the sinking of the soil: it is a speed 30 times higher than that which is considered normal. I asked this here, and it was said and reread.

So, it was stated that whoever is in the yellow and orange area, if it rains, shall leave the house. This had already been put in place a while ago, but with a different magnitude: it was 80mm, and now it is 30mm. Thus, it is gradually advancing.

So my question is: who lives there will expect social rent to arrive? If there is no other way, it is expected. But I said: if I know someone who lives in that area, I say "don't wait". So, this is what I extracted.

But how can this be corroborated, how can it be demanded, how can it be done? It's like Mrs. Roberta did here, formalizing. Shall we seek federalization? Whatever! If it is the Integration Committee, as they call it here, so be it! The National Secretary of Civil Defense proposes to make this federal committee, which already exists today. It was a request from me here also for him to take it to the Chairmanship to insert not only the Federation; States and municipalities are also willing to. And I didn't see any barriers here, on the contrary.

So, these referrals were placed here. And you cannot say who is guilty, because the main objective now is not to find the culprits, it is to find solutions. The goal now is to prevent people from putting their lives at risk.

So, this is what was extracted at least by me and is what will be internalized with the team, with the people who want to collaborate, so that we can make the most of a day like today, which will have several developments. So, this is the mission that was given from the beginning. It is not the only development that will take place, but it is what we will have today.

I would also like to hear from City Councilor Cleber, who asked for the floor.

**MR. CLEBER COSTA DE OLIVEIRA** — Senator Rodrigo Cunha, I would just like to state my satisfaction of coming here. I came here driven by the curiosity to know what you had hidden in your sleeves to give that statement on Friday. Knowing you as I do, I knew there was something more. And I came here to take note of these things that have been reported here.

I'll just highlight one. There were several, but I will highlight only one. We observed that the report on rock salt, until the year 2017, said that absolutely nothing had been observed; It is a totally normal report. And Thales, from the year 2018, started to make the subsidence assessment and observed how much this phenomenon has been occurring in the district of Pinheiro. So, there was a discrepancy in information. I think we need to evaluate it.

I want to emphasize the importance of your participation in this process because your dialogue with the Federal Government will be extremely important. We, in Maceió, have the State Legislature and the City Council, but we would have some difficulty, perhaps, with the interlocution within the scope of the Federal Government. So, your coming is extremely important to facilitate this dialogue.

I would also like to inform you that we are going to have a public hearing, which had been set for today, but, of course, we postponed it until next Thursday. You are invited to participate.

I would like to request, if possible, that you also send us all this material, so that we could subsidize our public hearing next Thursday at the City Council of Maceió.

I appreciate all the information that we had on this date today, which was extremely important for all of us.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) –Thank you, City Councilor Cleber. You are a very moderate and consistent person, you are a voice to be heard always. You can be sure that, with a job like that of the CIS and with the public hearing that is held, in what I can, I will collaborate; I will spare no effort. The material, as soon as possible — including this can be done today, if the email address is given — will be forwarded. I think that transparency, access to information, advertising should be considered as much as possible. Thank you for your presence here, which greatly legitimizes our actions.

I would like to give the floor, for the final remarks, to Representative Tereza Nelma, who is also here since the beginning, following the speech of all the exhibitors.

**MRS. TEREZA NELMA** (Group/PSDB - AL) — It is the commitment, Senator, that we have with life. I raise the matter of life a lot.

This situation in the Pinheiro district worries me a lot, because I started with Mutange, that region, Flexal de Baixo, where we see things happen.

I want to say to the people, to the population of Pinheiro, Mutange, and Bebedouro that I will continue to fight, together.

I have already asked the Council to set up a commission, which our Party Bench approved. We were waiting for the installation of the commissions. As I am on the Commission for Social Security, Family and Health, we are trying to do this for this Commission.

I invite You, so that we can make a mixed commission of Senators and Representatives and Federal Representatives. Why? Because our work is different from this committee installed for the job. We are together to supervise, charge, be present, hold meetings. And we really want to have an answer to what happened and how it happened. We already know about the damages.

So I want to thank everyone.

I congratulate you, Rodrigo, for this hearing, which was long. We have already had several long hearings, but not like this one. This one I think is winning all, but it was necessary. It is gratifying to be here.

I very much want the people of Benedito Bentes, or rather - excuse me! –, from Pinheiro... I have a cousin who lives there, I have a very close friend who lives there. And today I will calmly say: organize yourselves to leave. They live there together, they are not in the yellow or orange area, but it is better to leave too until that happens.

I hope that the CPRM, on April 21 - that was the date that they gave us - really, has concluded its opinion, its diagnosis, so that we have the opportunity, Rodrigo, in the Federal Council, in the Senate, in the State Legislature and in the City Council, to know this before there is so much news, so that people can reach the district and talk to people.

I really appreciate this opportunity.

We are together. I will always be together, fighting for the people of Alagoas and, mainly, for the districts of Pinheiro, Bebedouro and Mutange.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) — Representative Tereza Nelma, it is known to everyone that you are also a great fighter, you have been following all the developments of these facts for a long time and is very demanded by the population. So, any work front that is initiated, for sure, will also have my support.

I would also like to hear from State Representative Jó Pereira, who accompanied the meeting at all moments, who made her always productive interventions, in her final remarks.

**MRS. JÓ PEREIRA** — Senator Rodrigo Cunha, it is a ten-hour public hearing. Is that it? We are here since 9 a.m; now it's around 8 p.m. And we will leave here with a greater responsibility than the one with which we arrived here, especially after so many reports, after hearing the report of so many lives that have been and are being destroyed.

We cannot, unfortunately, not speak of the absence of the Government. This is a sad fact. I say this with a broken heart: we are orphans of the state. We are orphans of the State!

We are here, me, a State Representative; Representative Tereza Nelma; you, who is a Senator of the Republic. We are here with the State Public Prosecutors' Office and with the state Civil Defense, which is still here, but we have not been able to get directions in the sense that tomorrow we will have a solution.

These people have been suffering, Representative Tereza Nelma, for over a year. For us, the responsibility may be greater today, because we have started to experience in more detail the causes that have been raised here and the consequences as well. But we must act.

I can't help but speak, Representative Tereza Nelma and Senator Rodrigo Cunha, about everything, everything that was put here: social rent, basic sanitation, rainwater drainage, financial support to companies, exemption. Everything depends on public resources. And who has the power to decide - and then I go to your questions - where, when, and how much will be invested to rescue lives? Who has the power to decide that?

Senator Rodrigo Cunha, with the hope that I have in you, which is not small, it is a lot, because I trust your work, I hope that your voice will be much more heard than the voice of these City Councilors, that the voice of this Representative and others who were in the public hearing, because many of the commitments that were sealed here today have already been sealed with the City Council, have already been sealed in the State Legislature and are now being sealed in the Senate of the Republic.

I hope that, from now on, those commitments will be fulfilled, because many commitments, as was the case with social rent, property valuation, the stormwater gallery... There is a question here that I was unable to ask. There was, in the CPRM report, the need for pre-projects, which were the responsibility of the local Government. These pre-projects neither the Municipality of Maceió is able to do, nor the State of Alagoas is able to do. I say this because you, like me, were State Representatives in Alagoas and know that the State of Alagoas hires and outsources projects.

So, we have to leave here with the certainty that only together we will be able to move forward. In isolation, none of the Legislative Houses will be able to advance. The Federal Public Prosecutors' Office may be able to move forward, yes, but not at the speed at which these people need it. In my opinion, when the Government acts at the provocation of the Public Prosecutors' Office, it has already failed, because it is more bureaucratic.

So, let us leave here, Senator Rodrigo Cunha, with this board, with this interlocution and articulation committee, already knowing a definite date, because I want to participate, with periodic meetings, with the call of the municipal, state, and federal Executive Branch. If the meetings happen in the State of Alagoas, the direct absence of the Brazilian

President will be understood, but the presence of the municipal and state Executives in some of these meetings has to be in the person of Mr. Mayor and Mr. Governor of the State. I also tell you that the command and fate of financial resources are not with any Secretary of State, they are with the Governor of the State; they are not with any municipal Secretary.

I'm sure of Dinário's goodwill and availability, and here, today, I feel the weight that Dinário feels every day.

I know, Dinário, that you don't do it anymore because you can't do it and I know how important this public hearing was today for you to show and publicize how far you and Moisés have gone.

(*The bell rings.*)

**MRS. JÓ PEREIRA** — You have reached the limit! And what has to be done is beyond your reach.

So, Senator Rodrigo Cunha, let's talk. If this has to be done in an impartial environment, in order not to politicize, we will hold the Commission's interlocution hearings at the Federal or State Public Ministry, or wherever it may be more impartial. But they must exist! And let us leave here with previously defined directions! That's my hope. And yet, we must seek from the Federal Government public resources for extremely important works, such as sanitation and rainwater drainage, to minimize the effects that these people are suffering in their daily lives.

So I share that with You.

It is a good thing that people like You, Representative Tereza Nelma and the City Councilors are here to share that responsibility together as politicians!

Thank you very much. (*Claps.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Congratulations! Congratulations!

Representative Jó Pereira, I knew that You too, having access to this information, would not keep your hands tied. It is not a matter of whether it is in Municipality A, B or C; the point is that they are people, wherever they are. So, this is what should always override any other situation.

So, congratulations on your involvement and being here today! Your presence is extremely important.

He is here, even to finish the last line of the night, Dinário.

So please, Dinário!

**MR. DINÁRIO LEMOS** (*Outside the microphone.*) - I'm going to move, so I don't have my back to anyone.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Right, right! With your speech here, we finish these jobs well. Then, I'm just going to finish it off. But it was a name that was mentioned a few times.

(*Intervention outside the microphone.*)

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Later, Moisés will speak too.

Please release the wired microphone on the board here. Audio people, release the wired microphone here. (*Pause.*)

**MR. DINÁRIO LEMOS** — I will clarify a fact that is very important and that has been quoted a lot here. First, let's talk about registration.

We were there working out a strategy between Mrs. Roberta, Colonel Moisés and Carla, who is from the Secretary of Assistance. As has already been said here, he stated that the orange and yellow area are guaranteed. We were all set to start, on Monday, with the orange area. We just needed this... But he already said that here. I don't have the commitment, but I have no doubt, because my concern was for me to do it and then be told: "You did, but you will not receive." So, this is something that starts on Monday.

Regarding the drainage that was mentioned there and the surface water, I remember that I had a meeting with the company that was hired by Braskem. I joined in the Secretary, Gustavo, everyone here knows who is responsible today for the projects. There is a macro drainage project by Miguel Palmeira and Divaldo Suruagy in which this water goes to Vale do Reginaldo. So, in the macro drainage project, we joined Casal. The project has already been completed; it is necessary that the CPRM says if it can move or if it cannot move. There is the drainage matter. So this group is already talking. We brought them all together, and they are talking about what can be done now so that they can move in that direction there.

The third thing was regarding... Yes, I asked there, if I'm not mistaken, in December or January, for an institutional committee. Why? What do we see then? It's not just getting people out!

Divaldo Suruagy and Jardim Acácia are 60m$^2$ apartments, old apartments, they no longer exist, they won't exist again. They are very damaged apartments. In Jardim Acácia there are five hundred apartments, and in Divaldo Suruagy there are about three hundred. This totals nine hundred and some apartments. I think it is up to the Government to do such an undertaking; 2 thousand, 3 thousand apartments of 60m$^2$ with structure. But who will take care of it? Who will take care of it? Who will be here articulating? Now, is there resource for this? Is there a land already, or is there not? Who's taking care of it? Because I cannot handle it. It's not that I cannot. It's because... This week I asked my people to meet with me at 8:00 p.m in the evening so that I could come here, because I was unable to work either Monday or Tuesday due to meetings.

So, after that: do you imagine, Representative, if a person from Divaldo Suruagy, who won that apartment, who is already retired, receives compensation from an apartment.

How much does it cost? What will you do with R$100,000.00? This amount can't even buy a shack.

So this group... In parallel with the actions of removing people, of relocating, from the meteorological service - we are receiving a room from CPRM; we will have our own monitoring room within the Civil Defense. We're moving. They have already signed a contract. They sent me a picture of the house, which is already being painted, is already under renovation. So, there has to be a group, which I asked the Civil Defense to set up.

**MRS. TEREZA NELMA** (PSDB - AL. (*Outside the microphone.*) - Won't it be in the Army? Will it be in a house?

**MR. DINÁRIO LEMOS** — It will be in a house.

**MR. ALEXANDRE SAMPAIO** — In Pinheiro?

**MR. DINÁRIO LEMOS** — In Pinheiro, behind Morada das Aves. Isn't there that water tank? It is under that water tank.

Anyway, there are public policies in the country that do not deal with the middle class. What are the public policy of this Country? Give something. Give the person 200 reais there, and it is up to them to sign up. Then the person there does not leave. The treatment of the slope is a serious thing, because people do not have a document. There are people there who don't know how many shacks they have. I only see one way there - I was saying to the colonel: it is an indemnity for those shacks, or pay the rent of that people to wait for a new housing, because that there has to be removed and it has to be demolished, because, otherwise, it will receive the money and will stay. The guy is inside the store, there is the train in front, the CSA field at the door, people talking there, there is the center, there is the lighthouse. It is very difficult for those people from Mutange. It is difficult, because they are irregular constructions. It is like this... The man marries a daughter, he digs and makes a shed. Then he starts shaking water at the neighbor. So it's an irregular thing. You can't do an engineering job there. So, that public on the hillside, of which I sometimes speak, from the Gruta do Padre to the Bebedouro, is a differentiated public, which has to be treated. Who will deal with this group? It has to be a committee. When I receive it is for action.

Now, I came here to Brasília, Representative Jó. Do you know what is like coming here? Even to ask for ticket is difficult. People say: "God, don't you have a budget? Go ask the secretary. Go ask the office". Every time I come... Sometimes I come without a daily, you know? That's what I say.

And there has to be a working group for complementary actions. There I have to be focused. Today I received the news - I was following - that, in Maribondo, there was a rain this afternoon that almost took off the roof of the post. And Maceió intact. "People, look at that thing!" Send another message to the State Civil Defense: "That one is running out of rain." I say: "People, what's going on there that it isn't raining in Maceió? Joana, look at that thing ". "No; it has a moderate to weak forecast ". How do you live a life like that? Three o'clock in the morning, I was already dizzy. How do you solve this?

Last week, there was an alert. Joana began at 10 am: "There is a rain alert. There is rain coming." "How much is this?" - it is a value, but they do not say what is the amount of rain; they say it is moderate to heavy. Now with 30mm, it is the weakest that comes. Well, I was... When it was 11 a.m, I said: "Was it confirmed?". "No. It deflected." And, if at 10 a.m I had said "Tell people to leave", what would it be like? They would say: Dinário is screwing up, he gave the wrong alert. So those are sequences Senators.

I was saying here that there has to be a group of that. And I officially asked the National Civil Defense to set up this group. Ministry of Cities, Ministry of Industry, Ministry of... anyone, but that there is a person who follows this, including there in Alagoas, the meetings there, and that we can participate, the bench, the Civil Defense of the Municipality, that of the State, the university, the Members of Parliament

**MRS. TEREZA NELMA** (Group/PSDB - AL. (*Outside the microphone.*) - The bench should attend.

**MR. DINÁRIO LEMOS** — Follow closely to know how this is going, and whether it has moved forward or not.

What's going on in Pinheiro? CPRM, as has been said here, is studying, and everyone is waiting for a map to come out; for me to get there and say: "it is the map, you have to leave." People, what is that? For the love of God! There is a phenomenon in a city, the city is suffering, people are... Did you see the trade here? And what happens? Lack of integration, isn't it? Lack of integration. And I asked this in December the Civil Defense. Were there difficulties? There were because they are not used to do this.

So I strongly ask You to work in this group with the ministries, with people who are able to make decisions, because if you send a technician who says "I will see with the ministry", then it will not work. It has to be people who make decisions. How are the decisions? This, this, this and this will be determined.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL. (*Outside the microphone.*) — Published in the Official Gazette.

**MR. DINÁRIO LEMOS** – Perfect.

It was just to clarify that. Everyone is tired here. It was just to clarify that.

Thank you very much.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – Thanks again, Dinário, for your explanation.

I give the floor to Lieutenant-Colonel Moisés so that, if possible, as it was mentioned here that Cepa could be involved - I didn't see that at any time; and the red area, as far as I know, does not quite reach this - You by your posture, can clarify that point.

**MR. MOISÉS MELO** — Perfectly

I would like to point out that at no time was Cepa considered as "all Cepa is committed". At no time it happened. No geologist has stated this, there is nothing, no written account of this situation.

We have two schools, there at the end of strain - Cepa has a huge extension - two schools that have cracks and are being constantly monitored by the engineers of the Secretary of Education, but also accompanied by the Defender's Office of the State. So, at no time does Cepa offer this risk to the population. We have over 10,000 students there, and we cannot create this panic unnecessarily. Cepa does not offer this risk, and I affirm this with all the letters based on the information...

(*The bell rings.*)

**MR. MOISÉS MELO** —... of the CPRM itself.

In these final remarks, Senator, I would like to thank the invitation, to thank the words of Representative Jó Pereira, Representative Tereza Nelma and to say that the State of Alagoas is committed, helping the Municipality, informing. We are working with lives. Saving by prevention is the greatest objective of those who do civil defense, it is the greatest objective of the State Government, and we are involved in this project. The greatest richness that we have to be preserved is our life, that is why we work with every hypothesis, we cannot rule out even a single hypothesis, so that we can preserve the life of everyone who lives in the District of Pinheiro.

As has been said here by Mr. Thales, the District of Pinheiro presents a significant risk, and those areas there, in practice, with the arrival of rains, become much more vulnerable areas. It was said here that, after 30mm, the population will be asked to leave their homes. So, in practice, it became a red area now in this approaching winter period - in 60 days our rainy season begins.

So, I would like to thank you for the invitation and say that we are available. We are making the Civil Defense once again available to the Municipality so that we can help. In the registration, Senator, we are placing the Civil Defense. It is an orientation of the Governor Renan Filho himself to put the Civil Defense to serve together with the Municipality and to register the entire population, in what is necessary, as soon as possible.

We put ourselves at the disposal of Dinário and all those who defend the Municipality.

This is our position: Cepa does not offer any risk. There are safe points that have already been worked out between Civil Defense, State and Municipality, which are Cepa's points, Casa Vieira, Hyundai's parking lot and the bus stop there at the Sanatorium Terminal; and there are those two points that we also initially presented, which are precisely the points of IMA and Praça Lucena Maranhão, which we will study again, with Dinário and with the CPRM staff, and we will define two more points, since this area of the Mutange could also be involved in this disaster, in this possible disaster – I'm sorry.

So, I would like to thank you once again and make myself available to help and serve the Municipal Civil Defense with all the strength we have.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) – I thank Lieutenant-Colonel Moisés for the clarifications.

Gentlemen, in view of all the information, gathered in this long, but extremely productive, public hearing today, we can conclude a series of referrals that I consider commitments that we must, together, put into effect. Here I have listed three, and all of you will be aware of the developments of each of them.

The first... Here it was said and reiterated that there were promises in other commitments, at other times, but it was reinforced today, including in voice and video. I have already made a point of asking whoever sat at the first and second Boards if they agreed with that fact, and everyone said yes. I personally asked them to internalize their bodies.

These are the commitments: first, the creation of a unified integration committee. In view of the fact that the lack of institutional dialogue is one of the bottlenecks, it is absolutely necessary to define a team that is specifically dedicated to Pinheiro. We need to make feasible and define the best methodology for the functioning of this committee. So, this is going to be something indispensable. Again, I repeat, it was formalized, yet again, by another body: this time, the Federal Public Prosecutors' Office, which I am sure that, at the federal level, is an important voice.

We were also here with the Federal Office of the Attorney General, who was present but also felt represented by Mrs. Roberta. We talked here, and she was also responsible for this dialogue to say what happened here.

And we are going to be incisive for sure. In fact, we will demand - it is not even asking. We will demand!

**MRS. JÓ PEREIRA** (*Outside the microphone.*) - To be part of this group, I make myself available.

**MR. CHAIRMAN** (Rodrigo Cunha. Parliamentary Group PSDB/PODE/PSL/PSDB - AL) –If possible, everyone here, no problem.

We will try to be productive and absorb what already exists, because it was said here - I even asked to name it - that there is an integrated committee in the Federal Government. Armin Braun showed the WhatsApp group that I was talking about here. He said: "Look, these here are part of...". And he mentioned here: the Ministry of Health, the Ministry of Regional Development, the Ministry of Mines and Energy, the national Civil Defense, the direction of the national crisis center. So it was very important.

The second point - let's say here - is a package of support measures in the face of the wide-ranging need for the Government to guarantee support to society with measures, such as: guaranteeing FGTS withdrawal; special credit line; security guarantee; and the search to implement a calamity decree that allows a faster solution to the problem. So, I think that sums up very well something that, in fact, has already been dealt with Minister Gustavo Canuto, Minister of Regional Development. The Ministry of Regional Development, today, corresponds to what was before the Ministry of Cities and Integration. So, it's a super ministry! And I already got his attention at a meeting lasting more than two hours, which is going to unfold.

Last but not least, we must immediately request the support of the Federal Government. Our Federal Government must, of course, embrace Alagoas, Maceió and Pinheiro, in view of such fragility in all these situations.

So, I think that, in this way, we will be playing our part, which does not end here; on the contrary, it started here. I speak of this moment, which is already the result of work - what was presented here was the result of work from several other meetings. And that we can do what I said at the beginning: talk to be extremely productive, because if everyone here continues to hold public hearings, meetings, the hard work of these gentlemen here, of the representatives of each body becomes much more complicated, always having to give satisfactions, explanations, which ends up distorting a little, because people really want a representative at the board. If we are unified, we do not rework. You are not looking for a superhero, a sheriff, someone to get there and find a solution. It's not this! I even think that this fact should be embraced by the Presidency of Brazil, by the Federal Government, and, at the federal level, by the Federal Public Prosecutors' Office - adding to the state, certainly, but this representation I think is indispensable. And I am sure that we will have no obstacles, for what I could feel and for what was shown and spoken by everyone who was here.

So, ladies and gentlemen, I want to thank all the exhibitors, everyone who actively participated in this public hearing, which had the great objective of seeking solutions for people who suffer in their daily lives in our beloved State of Alagoas.

So everyone thank you for coming. And let's go to the facts! (*Claps.*)

(*The meeting began at 10:02 a.m. and was ended at 8:17 p.m.*)

| *AFFIDAVIT - TRANSLATION* |
| --- |

I, Leticia Barizon, hereby certify that the included document ***2019.3.21 Senate Meeting*** is to the best of my knowledge and belief, a true and accurate translation from Portuguese into English.

Translated by: *Leticia Barizon*

Leticia Barizon

São Paulo, June 17th, 2021



# SENADO FEDERAL
## SECRETARIA-GERAL DA MESA
SECRETARIA DE REGISTRO E REDAÇÃO PARLAMENTAR

### REUNIÃO
21/03/2019 - 7ª - Comissão de Transparência, Governança,
Fiscalização e Controle e Defesa do Consumidor

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bom dia a todas e a todos. Quero dizer que esta manhã será, tenho certeza absoluta, extremamente produtiva, numa semana em que vamos buscar um alinhamento de intenções. Cada um tem um posicionamento, e nós hoje, nesta manhã, aqui no plenário desta Comissão, iremos fazer, tenho certeza absoluta, aquilo que aqueles que depositam confiança nos órgãos e nas pessoas esperam.

Sendo assim, declaro aberta a 7ª Reunião, Extraordinária, da Comissão de Transparência, Governança, Fiscalização e Controle e Defesa do Consumidor da 1ª Sessão Legislativa Ordinária da 56ª Legislatura.

A presente reunião tem por finalidade a realização de audiência pública para debater a situação enfrentada pelo Bairro do Pinheiro e adjacências, no Município de Maceió, Alagoas, que, ainda por causa desconhecida, está sofrendo abalos e danos que têm motivado a desocupação da área pelos moradores. Em atendimento aos Requerimentos nºs 5, 12 e 14, de 2019, da CTFC, todos de minha autoria, foi aprovada por unanimidade esta audiência pública.

É importante deixar claro que esta audiência tem um caráter também interativo, ou seja, as pessoas podem participar, através de comentários e perguntas, através do Portal e-Cidadania, no endereço senado.leg.br/ecidadania ou também ligando através da ferramenta Alô Senado, pelo número 0800-612211. Essa participação é uma participação regimental, faz parte da forma de condução desta audiência pública, que tem um caráter – e aqui eu já explico aos demais presentes – um pouco diferenciado do que acontece nas Câmaras municipais e nas Assembleias Legislativas em termos de intervenção. Há todo um rito a ser seguido e um Regimento a ser obedecido.

Desta forma, nós iremos realizar uma audiência em quatro blocos. O primeiro bloco diz respeito à discussão acerca da definição técnica das causas que levaram à caracterização da problemática no Bairro do Pinheiro, onde nós teremos, na Mesa, representante da CPRM, representante da Agência Nacional de Mineração do Ministério de Minas e Energia, representante da CASAL, representante da Braskem e representante do CREA. Este será o primeiro bloco.

O segundo bloco será com a temática acerca das consequências diante da propensa confirmação de possibilidade de desastre na região. Os componentes da Mesa são a Secretaria de Defesa Civil de Maceió, representante da Prefeitura de Maceió, representante da Defesa Civil de Alagoas, representante do Ministério do Desenvolvimento Regional, representante da Ufal e da Caixa Econômica Seguradora.

Num terceiro momento, num terceiro bloco, nós contaremos aqui com uma Mesa praticamente com os órgãos de controle, aqui representados pelo Ministério Público do Estado de Alagoas, também pelo Ministério Público Federal, com a sua Procuradoria Regional de Alagoas; representante da Procuradoria Geral da República; do Ministério Público do Trabalho; da Defensoria Pública de Alagoas; também da OAB Alagoas; e do Tribunal de Justiça.

E na quarta Mesa teremos também os componentes da sociedade civil: representantes do Nudec, representante do SOS Pinheiro, representante da Associação dos Empreendedores do Bairro Pinheiro e representante da Comissão Especial de Inquérito sobre o Pinheiro estabelecida na Câmara Municipal de Maceió.

Então, em princípio, esses quatro blocos têm essa função de ser extremamente eficientes – e aqui é esse o objetivo de todos.

| Reunião de: 21/03/2019 | Notas Taquigráficas - Comissões | SENADO FEDERAL |
|---|---|---|

Dando sequência, eu aqui sei que o Estado está acompanhando esse momento, as rádios estão ligadas na Rádio Senado, as pessoas estão ligadas na TV Senado, nas redes do Senado, no YouTube do Senado, ou seja, a participação está garantida. E objetivamente, esta audiência pública tem como objetivo organizar toda a situação do Pinheiro e adjacências. A dimensão da problemática e de todas as influências que produz no dia a dia da população local e de toda a cidade demonstram a importância nacional da demanda, que conta com a interferência e dependência direta dos mais diversos órgãos públicos, razão pela qual se justifica o acionamento da solidariedade nacional típica de uma federação. A situação, totalmente atípica, requer, de maneira ainda mais premente, o diálogo institucional para que sejam construídas soluções.

No mais, gostaria de contar com o compromisso de todos os presentes com a produtividade, e foi essa produtividade que eu pretendi ao propor a realização desta audiência pública. Compreendemos a delicadeza do assunto, mas vamos aproveitar este momento em que todos estão à mesa para buscar construir pontes que nos levem à melhor solução possível para essa problemática e para que se fortaleça a transparência com a população.

Então, senhores, eu aqui quero dar o testemunho de todos que estão agindo – e não é há um mês, mas é no mínimo há um ano – sobre esse assunto. Eu sei que é um trabalho árduo, eu sei que há diversas relações institucionais, inúmeras reuniões, e os senhores sempre estiveram presentes – aqui eu falo daqueles que atuam diretamente no dia a dia, quando foram solicitados. Acompanhei várias reuniões e, naquelas em que eu não estive presente, sempre esteve alguém da minha equipe, acompanhando e passando os relatórios. Aqui não se trata de um assunto baseado em notícias da imprensa, de forma alguma. Trata-se aqui também de falar sobre os sentimentos daquelas pessoas que aqui estão, e tudo depende da forma como nós enxergamos um problema.

Deputada Tereza Nelma, eu vejo hoje que Alagoas de fato pode dar um grande exemplo a este País. Num momento como este, nós temos a oportunidade de dizer para o País que, daquilo a que nós somos acostumados – apenas agir quando há um problema –, Alagoas está fazendo diferente. Nós aqui, de maneira preventiva, estamos todos com as antenas ligadas, todos os radares ligados e buscando soluções. Então, isso é muito difícil de acontecer neste País.

Seja bem-vindo, Senador! Bom dia!

Normalmente, as tragédias acontecem, e aí se busca resolver o que já não pode ser resolvido, busca-se apenas uma solução para os problemas. Neste caso específico, repito, Alagoas pode dizer que, neste País, que não tem o hábito, a cultura de trabalhar com prevenção... Estão aqui os senhores da Defesa Civil, que tiveram dificuldade para fazer um plano de evacuação, para colocar em prática um plano de evacuação com a população. Quem aqui é acostumado a trabalhar dessa forma? Não há sirenes espalhadas pela cidade. Por quê? Porque este País não é acostumado a terremotos, a desastres. Mas, numa situação como essa, há vários indícios... E, principalmente, as pessoas estão vivenciando grande dificuldade no dia a dia e já estão saindo de suas casas de maneira quase compulsória ou pelo clima de terrorismo que é colocado a cada dia. Ninguém sabe o que está acontecendo.

Os senhores, que fizeram esse trabalho árduo, repito, que percorreram várias instituições levando opiniões, que foram em busca do que há de mais avançado em termos de tecnologia neste Planeta, com certeza, demonstram aqui um senso republicano aguçado, demonstram que, apesar de as famílias dos senhores não estarem lá – acredito que grande parte dos senhores tem familiares nessa região –, estão preocupados com aquilo que pode ser um problema na vida de muitas outras famílias.

Então, sendo assim, eu gostaria de convidar para compor este primeiro bloco o representante da CPRM, Antônio Carlos Bacelar. Convido-o a compor a Mesa. Ele é Diretor de Hidrologia e Gestão Territorial da Companhia de Pesquisa de Recursos Minerais. *(Pausa.)*

Convido também o Sr. Thales de Queiroz Sampaio; o representante da Agência Nacional de Mineração, Victor Hugo Froner, Diretor-Geral da Agência Nacional de Mineração; o representante do Ministério de Minas e Energia, Frederico Bedran, Diretor de Geologia e Produção Mineral; o representante da Casal, Sr. Jorge Briseno Torres, Assessor da Vice-Presidência Operacional da Casal; o representante da Braskem, Sr. Alexandre de Castro, Diretor de Negócio; e o representante do Crea que aqui está presente – não me foi passado o seu nome.

Quero também registrar – já falei da importância da participação popular – a importância dos Parlamentares que aqui estão presentes: a Deputada Tereza Nelma, sempre participante das causas que interferem na vida das pessoas; o Deputado Marx Beltrão, Coordenador da Bancada Federal, que também vem acompanhando de perto esse assunto;

a Deputada Jó Pereira, sempre atuante – é uma grande felicidade para esta Comissão receber V. Exa., que também, na essência, busca realizar audiências públicas para ouvir as pessoas, não para tirar foto para colocar no Facebook, mas sim para obter encaminhamentos e resultados.

Saúdo ainda a nossa querida Pauline, que aqui também representa a Associação dos Municípios Alagoanos e que é Prefeita de Campo Alegre.

Aos poucos, vou nominando aqui as autoridades presentes, para que a gente possa dar sequência.

Thales, bom dia! Cumprimentei todos, mas não o tinha cumprimentado também.

Para dar início a esta Mesa, que trata sobre gerenciamento dos danos, que trata sobre levantamentos técnicos, convido o representante do CPRM, para que possa dar uma explicação. *(Pausa.)*

Como o objetivo aqui é obter informação e como há um alinhamento entre o Ministério de Minas e Energia e a CPRM, a inversão da ordem não é problema, até porque podem ser extraídas informações logo na sequência.

Sendo assim, passarei a palavra ao representante do Ministério de Minas e Energia, Frederico Bedran, Diretor de Geologia e Produção Mineral.

Será dado o prazo de dez minutos para a fala de V. Exa.

**O SR. FREDERICO BEDRAN** – Senador, bom dia!

Agradeço o convite, em nome do Ministério de Minas e Energia, ao tempo em que digo que não é um momento muito feliz para estarmos todos aqui, mas, por outro lado, acho que essa soma de intenções positivas, como o Senador disse, pode trazer bons frutos para este nosso trabalho.

Quero saudar todos os representantes da sociedade civil que aqui estão, os representantes do Poder Judiciário e dos demais órgãos e todos os Parlamentares aqui envolvidos, assim como os nossos parceiros da CPRM e da ANM, os demais que compõem esta Mesa e os demais senhores.

Senador, essas estruturas que nós estamos observando, subsidências, fraturas e fissuras, não são novas. Há indícios de ocorrência há mais de uma década dessas feições. Mas o Ministério já vem trabalhando há muito tempo nisso. A CPRM está envolvida nisso há um bom tempo, desde o ano passado, e a ANM está sempre preocupada, atuando na tentativa de definição das causas.

Neste Governo, logo no início de janeiro, o Sr. Ministro Bento Albuquerque emitiu uma portaria determinando que a ANM e a CPRM – a ANM é uma autarquia, uma agência reguladora vinculada ao Ministério de Minas e Enegia, e a CPRM é uma empresa pública vinculada também ao Ministério de Minas e Energia – promovessem ações no sentido de tentar identificar as causas, com o levantamento de indícios do que realmente está ocorrendo.

A CPRM tem uma atuação, como vocês vão poder ver na apresentação do Dr. Thales e do Dr. Bacelar, nos estudos relacionados a fenômenos ligados à terra, referentes a terremotos, a deslizamentos e a enchentes.

Nós temos uma enorme *expertise* na área de mapeamento de risco e uma atuação muito forte com a Defesa Civil no cenário nacional.

A ANM tem a atribuição intrínseca de fiscalização das atividades minerais e de devidas sanções. Cabe à Secretaria de Geologia e Mineração, da qual faço parte, exatamente o acompanhamento e a coordenação de todos esses esforços.

Além das equipes que estão em Maceió, equipes da agência e equipes da CPRM, trabalhando arduamente, os representantes dos órgãos, os diretores e o próprio Secretário de Geologia e Mineração já estiveram presentes no bairro Pinheiro recentemente e se reuniram com o poder local e com outros representantes.

A ANM, em nome de suas competências, vem formalizando diversas exigências para a empresa que explora sal-gema na região. Entre esses estudos que vêm sendo solicitados desde 2012, há a determinação para que eles avaliem o eventual impacto dessas atividades de lavra na estabilidade no terreno e eventuais impactos nas estruturas sobrejacentes, residências, comércio e outras.

A CPRM, ainda dentro de suas competências, vem atuando também, elaborando mapas geotécnicos e geológicos, realizando uma série de levantamentos geofísicos, aéreos e terrestres, de radar e batimétricos, todos esses, Senador, com o intuito de a gente tentar chegar às causas.

Então, nós não estamos medindo esforços para tentar desvendar isso. Ainda não temos uma causa definida, como o Senador bem colocou, que pode ser uma causa natural, como falhas geológicas e outras questões, mas que também podem ser causas antrópicas. Independentemente da causa e da somatória dessas variáveis naturais ou antrópicas, os efeitos visíveis já estão aí, que são as rachaduras nas casas das pessoas, as fissuras e as subsidências. Então, nós temos de atuar já nessas ações de proteção e da Defesa Civil.

Então, as ações de nossa responsabilidade neste momento se concentram realmente na Defesa Civil, tanto a estadual quanto a municipal. Mas o Governo Federal não está fora disso. Estamos atuando sob a coordenação do Cenad – logo depois, o Dr. Braun falará um pouco do trabalho do Cenad – e estamos trabalhando de forma coordenada com todos os órgãos

envolvidos na questão, para darmos todo o apoio aos órgãos estaduais e municipais, ou seja, os esforços disponíveis no Governo Federal, em nome de suas competências, estão sendo levados a termo, tanto para a continuidade das investigações e tentativa de verificação das causas, como também para a proteção e a Defesa Civil.

Paro por aqui. Agradeço mais uma vez.

Acho que os nossos órgãos, a ANM e a CPRM, poderão dar maiores detalhes técnicos, que poderão elucidar ainda mais, atendendo ao anseio de cada um.

Muito obrigado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Agradeço a fala do Sr. Frederico. É importante esse compromisso do Governo Federal. Também farei alguns questionamentos justamente sobre essa interação com o Governo Federal no final do bloco.

Passo a palavra para o representante da CPRM, para que possa também fazer sua explanação.

**O SR. ANTÔNIO CARLOS BACELAR NUNES** – Ilustre Senador Presidente da Comissão de Transparência, Governança, Fiscalização e Controle e Defesa do Consumidor, quero, em seu nome, saudar todos os componentes desta audiência pública, convocada e aprovada pelo Senado Federal através de um requerimento de V. Exa; quero saudar todos os políticos e políticas; quero saudar o Ministério Público Federal, o Ministério Público Estadual, as entidades representativas de classe.

Quero saudar os componentes da Mesa: o Dr. Frederico Bedran, neste ato representando o nosso Ministério de Minas e Energia; o Diretor-Presidente da Agência Nacional de Mineração, o Dr. Bicca; o outro representante que compõe a Mesa, que está ao lado do Bicca, o Dr. Jorge; o Dr. Alexandre, um dos diretores da Braskem; o meu colega geólogo da CPRM, do Serviço Geológico do Brasil, Dr. Thales Queiroz.

Senador, hoje é um dia muito importante não só para Maceió, especificamente para o bairro Pinheiro e para Alagoas, como também para o Senado Federal, para o Brasil, porque esta é uma oportunidade de nós também apresentarmos a nossa empresa, a Companhia de Pesquisa de Recursos Minerais, que, por força federal, hoje, é constituída como Serviço Geológico do Brasil. É uma empresa que, agora, em agosto de 2019, completará o seu cinquentenário. É uma empresa que tem a missão fundamental de pesquisar e disseminar o conhecimento geológico, hidrológico e hidrogeológico para o Brasil, para os brasileiros e para as instituições dos Governos municipais e estaduais e do Governo Federal.

O Serviço Geológico do Brasil é uma empresa vinculada ao Ministério de Minas e Energia que atua em todo o Território nacional, fazendo os mapeamentos geológicos básicos, fazendo os levantamentos geofísicos, fazendo todas as investigações que ocorrem no Território brasileiro.

Eu sou Diretor de Hidrologia e Gestão Territorial. Esse assunto está afeto à nossa Diretoria. E, nesse ato, estou representando também o Sr. Presidente, o Dr. Esteves Colnago, que se encontra em viagem no exterior.

Quero dizer às senhoras e aos senhores que é uma honra mostrar para o Brasil a amplitude dos serviços que já foram executados e que estão sendo executados no Brasil, mais especificamente no Estado de Alagoas, em Maceió, no bairro Pinheiro.

No ano passado, nós fomos visitados inicialmente pelos representantes da Prefeitura de Maceió. Naquela oportunidade, recebemos os representantes na nossa sede, para conversar exatamente a respeito dos fenômenos que estavam acontecendo no bairro Pinheiro.

Nós informamos aos visitantes, à época, que a CPRM já estava presente no Estado de Alagoas promovendo alguns levantamentos, mas que, a partir daquela data, nós identificamos a presença dos nossos pesquisadores naquela região.

Aqui, quero ressaltar para os senhores que, a partir do final de junho, mais precisamente em julho, nós intensificamos as pesquisas geotécnicas que estão sendo realizadas no bairro Pinheiro. Somente para exemplificar, hoje há algo em torno de 53 técnicos do Serviço Geológico do Brasil permanentemente atuando na pesquisa para a identificação da causa ou das causas que, porventura, estão afetando aquela comunidade, com fissuramentos, com rachaduras, com possíveis afundamentos que estão ocorrendo no bairro Pinheiro. Nós temos um cronograma que estamos cumprindo à risca.

Tão logo assumiu os destinos da Nação, o Governo Federal nos falou da preocupação número um com a situação do bairro Pinheiro. Nós, a partir dali, estamos fazendo os levantamentos. Quero dizer às senhoras e aos senhores que o Governo Federal está presente diuturnamente através dos pesquisadores da CPRM, do Serviço Geológico do Brasil. Para os senhores e as senhoras terem uma ideia, eu interrompi outros tantos projetos importantes em nível nacional, que são estipulados pelo nosso PPA, para dar atendimento a esse desastre natural de Pinheiro, em Maceió. Lá há gente da Superintendência

de Recife, do Rio de Janeiro, de Brasília, de todos os quadrantes deste País em que haja um técnico ou uma técnica com *expertise* no assunto.

Na nossa empresa, bem antes desse fenômeno, em convênio com o Governo do Japão, nós mandamos técnicos e técnicas nossos para fazer treinamento no Japão, porque nós entendemos que o Japão...

*(Soa a campainha.)*

**O SR. ANTÔNIO CARLOS BACELAR NUNES** – Senador, o senhor me permite falar por mais algum tempo? *(Pausa.)*

O Japão é um dos países que mais entendem de desastres naturais, como terremotos, *tsunamis* e variações provocadas pela natureza. Então, nós estamos presentes com o conhecimento, com a *expertise* desse pessoal lá em Pinheiro.

Nós estabelecemos um cronograma de serviço e de pesquisa para o bairro Pinheiro de acordo com a nossa disponibilidade técnica. Nós estamos utilizando em Pinheiro as mais modernas tecnologias de geofísica. Vários métodos já foram aplicados, e outros tantos, se houver necessidade, serão replicados, para se chegar a um entendimento para a identificação da causa; isso pode ser provocado por um fenômeno natural ou por um fenômeno antrópico. Nós estamos avançando. Nós utilizamos vários métodos geofísicos, que estão sinalizando mais ou menos a situação de instabilidade do bairro Pinheiro.

Nós encerramos, agora há pouco, Srs. Senadores e Srs. Deputados, senhoras e senhores, autoridades, o método geofísico audiomagnetotelúrico, que é um método moderno que tem capacidade de penetração além da camada de sal, de onde está sendo extraído o minério de sal-gema. Nós vamos precisar de alguns dias, em torno de 10 a 15 dias, para fazer o processamento desses dados, para confrontar com os outros dados de eletrorresistividade, da interferometria, para comparar com a sísmica. Já fizemos a batimetria da Lagoa de Mundaú. Estamos avançando nas pesquisas para identificar a causa ou as causas.

Eu sei que o tempo é exíguo, Senador, e que o assunto é palpitante, importante. A gente tem de conversar e discutir hoje, nesta audiência pública, as possibilidades que a Geologia e a Engenharia Civil possam trazer para tranquilizar os habitantes do bairro Pinheiro, os habitantes de Maceió, no Estado de Alagoas, e do Brasil.

Eu estava ali sentado e ouvi atentamente a sua colocação, Sr. Presidente Rodrigo Cunha. Esta Casa se antecipa a um fenômeno que está às portas de acontecer ou não. Quero dizer aos senhores que o risco de desastre está instalado no bairro Pinheiro. Nós, do Serviço Geológico do Brasil, não podemos jamais omitir uma informação que seja verdadeira, que seja precisa. A nossa função não é penalizar ninguém. Acho que a função principal desta audiência pública é a preservação das vidas.

Então, é nesse sentido, Sr. Senador Presidente, senhoras e senhores, que nós encaminhamos. Estou aqui apenas fazendo esta parte introdutória institucional da nossa empresa, para mostrar para os senhores e para o Brasil a grandiosidade do Serviço Geológico do Brasil. A CPRM é uma empresa de Estado, não é uma empresa de governo; é uma empresa de pesquisa geocientífica e, para tanto, necessita do apoio do Congresso Nacional, necessita do apoio do Governo Federal, dos Governos estaduais e municipais, enfim precisa do apoio de todos. E nós caminhamos no sentido da pesquisa, e a pesquisa transcende a problemática política. A parte política quem resolve são os políticos. Nós estamos aqui para dar uma informação técnica, segura e precisa.

Quero aqui agradecer esta oportunidade de mostrar aos senhores e ao Brasil o que a CPRM faz em nível de Brasil. Aqui, para exemplificar, só faltam apenas 5% para o recobrimento da área de todo o Território nacional com a geofísica. E nós somos, na nossa Diretoria, responsáveis também pelos mananciais de superfície. Em convênio com a Agência Nacional de Águas, cuidamos também da água subterrânea, cuidamos do geoprocessamento brasileiro, cuidamos dos levantamentos da área de risco. Foi imposto no nosso PPA para fazermos os levantamentos de 821 Municípios, e nós, hoje, já mapeamos 1.560 Municípios brasileiros, identificando as áreas de risco: alto risco, médio risco e baixo risco. E fazemos também a parte de geoambiental.

Senador, nós queremos encerrar aqui a nossa fala institucional e nos colocar à disposição do Senado Federal, da Câmara Federal...

*(Soa a campainha.)*

**O SR. ANTONIO CARLOS BACELAR NUNES** – ... das Assembleias Legislativas e dos governos estaduais e municipais para qualquer esclarecimento que se fizer necessário e que estiver ao alcance do nosso conhecimento.

O Serviço Geológico do Brasil sente-se honrado de estar aqui participando desta audiência pública tão importante para o Estado de Alagoas, mais precisamente para os habitantes do bairro Pinheiro, em Maceió.

Muito obrigado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Vou deixar para tecer comentários ao final do bloco.

Dando sequência à apresentação da CPRM, aqui bem representada pelo Diretor, temos aqui o Thales, que já é uma figura conhecida no Estado de Alagoas. Temos uma demonstração, Sr. Diretor, de que a CPRM está presente em Alagoas: se o Thales andar por qualquer rua de Maceió, ele é reconhecido, justamente por ser sempre solícito e estar sempre em campo. Então, aqui também, Thales, é muito importante a sua visão, a sua experiência e as informações que você tem para que a gente possa aqui uniformizar os entendimentos.

**O SR. THALES QUEIROZ SAMPAIO** – Pois não, Senador.

Bom dia a todos!

Cumprimento todos na pessoa do Senador e já passo diretamente ao assunto. Se o Senador me permitir, eu vou falar de pé, de frente para a tela e vou andar um pouquinho aqui pela frente. Pode ser?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu só quero saber se há um microfone sem fio disponível. *(Pausa.)*

**O SR. THALES QUEIROZ SAMPAIO** – Acho que sim.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, por favor, Thales.

**O SR. THALES QUEIROZ SAMPAIO** – Bem, minha gente, o Dr. Bacelar já falou bastante do Serviço Geológico do Brasil.

Cumprimento meus colegas do Ministério de Minas e Energia, Bicca, Frederico, enfim, cumprimento todos, Deputados, Senadores, Procuradores da República, Promotores, o pessoal do bairro Pinheiro, que sei que está ansioso.

A gente vai tentar mostrar só aquilo... Para onde tenho que apontar para passar? Para trás? *(Pausa.)*

O.k.

A apresentação teria os seguintes tópicos: equipe; breve histórico – acho que o histórico foi muito bem contextualizado pelo Dr. Bacelar –; a contextualização do problema; as linhas de investigação, o monitoramento e seus métodos; um cronograma de trabalho; os estudos realizados e os resultados preliminares; e as considerações e providências, que a gente identifica no final.

Então, eu vou passando muito rapidamente pelo histórico e pela linha de tempo e paro aqui, também muito rapidamente, só para mostrar que a Bacia de Alagoas, que é uma bacia sedimentar – ou seja, é uma bacia que foi formada a partir de outras rochas durante a deriva continental e, especificamente, durante a separação entre América do Sul e África –, é uma bacia toda estruturada, ela é uma bacia que, naturalmente, tem fraturas e falhas geológicas.

Na cidade de Maceió, nós temos fraturas e falhas geológicas em toda a cidade, em vários locais, assim como na cidade de Salvador, na cidade de Recife, enfim, a costa brasileira é rica em estruturas geológicas, porque é da natureza da própria formação dessas rochas.

Esse é o mapa geológico atualizado do Estado de Alagoas. Esse mapa foi lançado pela CPRM em 2017.

Aqui a gente tem um *zoom* desse mapa e, aqui, um pouquinho mais de *zoom*, onde vocês podem ver – aí fico infeliz, porque vocês não vão ver tão bem – uma grande falha que sai daqui, da nossa plataforma continental, a plataforma continental jurídica brasileira, entra, corta a Lagoa do Mundaú, corta... O bairro Pinheiro está aqui e, aqui, a gente tem um campo de petróleo. Essa falha é a Falha de Tabuleiro, e o campo de petróleo é o Campo de Tabuleiro dos Martins.

Vocês podem ver que nós temos vários falhamentos – aqui é o mapa geológico atualizado –, ou seja, é rico em falhamentos, e aqui só estão os grandes falhamentos, tanto dentro da plataforma continental quanto no continente. Se a gente for para área cristalina, então, aí as falhas são muitas. E essas falhas antigas que a gente tem por baixo dessa bacia também são passíveis de serem reativadas.

Aqui é uma imagem do bairro com a mineração de sal. O que a gente está vendo em verde é o que hoje está sendo minerado, e o que a gente está vendo em vermelho é o que já foi minerado. Sobre a mineração de sal, eu acho que vai ser feita uma apresentação pela Braskem, acho que não vou falar sobre isso. Então, são 35 ao todo, sendo que 4 em funcionamento e 31 desativados.

Aqui a gente tem 4 linhas de investigação.

Temos as características geotécnicas dos solos da região e a forma de ocupação do bairro, onde a gente vai examinar a parte mais superficial, a parte de sustentação, a parte de ocupação do bairro – se está construído corretamente, se tem saneamento básico, se tem drenagem etc. etc.

Segunda hipótese: presença de vazios (cavidades, cavernas) no solo e subsolo da região, decorrentes de causas naturais ou de ações antrópicas. A gente sabe que há 35 cavidades construídas de forma controlada pela Braskem e a gente está procurando outros tipos de cavidade que podem acontecer em rochas calcárias, e a gente tem bastantes rochas calcárias na coluna estratigráfica do bairro Pinheiro e da Bacia de Alagoas como um todo.

Por último, a extração da água subterrânea, porque, associada à extração de sal, nós temos a explotação de água subterrânea. Portanto, o mesmo tempo da mineração, 40 e poucos anos, tem também a explotação de água subterrânea, que é assim que a gente consegue tirar o sal – não vou falar do processo porque, certamente, a Braskem vai falar.

O nosso cronograma original apontava para o final de maio uma resposta mostrando as possíveis causas dos efeitos que a gente está enxergando no bairro Pinheiro. A gente já trouxe esse cronograma para o final de abril por orientação do Dr. Bacelar, por orientação do Ministério de Minas e Energia, por orientação da Agência Nacional de Mineração, mas, especialmente, por orientação do nosso Diretor, que está aflito, e todos nós que estamos trabalhando no bairro Pinheiro estamos aflitos, porque o trabalho é muito diferente. Ao contrário dos trabalhos de geologia que eu fiz ao longo de quase toda a minha vida, nos quais eu não tinha contato com o público e eu não sentia o sofrimento, ou a tristeza, ou a desilusão das pessoas, no bairro Pinheiro é completamente diferente: a gente sente a tristeza, o anseio, as pessoas adoecem etc. Então, o Serviço Geológico do Brasil vai fazer tudo para fechar as suas conclusões, e essas conclusões serão fechadas junto com universidades. Por recomendação do Secretário de Geologia, Mineração e Transformação Mineral, Dr. Alexandre, nós vamos incorporar a academia para a análise integrada dos dados para ter não o aval da academia, mas para ter um pensamento compartilhado com o pensamento acadêmico nas questões do bairro Pinheiro.

*(Intervenção fora do microfone.)*

**O SR. THALES QUEIROZ SAMPAIO** – E o serviço geológico americano – bem lembrado, meu Diretor. O serviço geológico americano já tem vários dados, eles estão examinando vários dados. Já tivemos duas videoconferências com eles e teremos uma próxima na qual vamos acertar a vinda deles para fecharmos os nossos estudos.

Aqui é o mapeamento de evidências, que todo mundo conhece: zona alta, média e baixa. Eu vou passar isso muito rapidamente. Queria só chamar atenção para esse mapa aqui. Por favor, prestem atenção a esse mapa, que é o que a gente chamou Mapa de Feições, onde a gente indicava que havia um fraturamento, onde havia um rompimento. A gente não entendia por que havia esse rompimento nesse lugar do bairro, mas a gente vai entender agora, um pouquinho para frente.

Aqui é o que a gente fez na lagoa – Bacelar já comentou.

Aqui, o método de eletrorresistividade. No método de eletrorresistividade, a gente vê claramente que, numa área onde não há fraturas, o padrão é esse e, lá no bairro Pinheiro, o padrão é esse que vocês estão vendo. O que vocês estão vendo em azul e verticalizado está interpretado aqui como zonas muito condutivas, como zonas de falhas e fraturas.

Aí a gente está fazendo uma série de encaminhamentos complementares para poder ter um modelo 3D. Isso vai ficar pronto até 20 de abril.

Isso aqui é a gente checando a coluna estratigráfica com os dados da eletrorresistividade: bate perfeitamente.

Novamente, o nosso Mapa de Feições, mas, aí, com um estudo mais superficial, um estudo geotécnico do bairro. O Prof. Galindo já fez muitos consertos no bairro, e esses consertos não surtem efeito. Ele vai ficar cansado de consertar e a coisa não acontecer. Então, o que a gente entende é que o problema não é mais um problema superficial e, sim, que existe alguma coisa mais importante no bairro.

Aqui é a rede sismológica. O Serviço Geológico do Brasil participa do conjunto de instituições que monitora a rede sismológica do Brasil, inclusive participamos aportando recursos, e vamos aportar recursos agora à rede sismológica. Quando houve o sismo no Pinheiro, havia um único sismógrafo, instalado a 80 quilômetros de distância. Hoje a gente tem 6 sismógrafos instalados.

Aqui é o método de gravimetria. A gente vê duas anomalias gravimétricas que a gente ainda não compreende bem, mas a gente imagina que a camada de sal não seja uma camada plana, que exista algum movimento na camada de sal, mas a gente vai ter isso quando acabar de processar esses dados.

Aqui o audiomagnetotelúrico de que o Dr. Bacelar falou. São 100 pontos coletados no bairro, a gente está processando tudo isso.

Aqui um afloramento que fica a 20 quilômetros do bairro Pinheiro. Essa é a Formação Barreiras – parece um calcário, mas não é –, a Formação Barreiras cortada de uma forma inadequada. Você está vendo claramente as fraturas que existem

7/108

na Formação Barreiras e, portanto, existem fraturas e falhas na Formação Barreiras. E essa fratura se abrindo: é porque esse corte não deveria ter sido feito desse jeito e, evidentemente, está havendo um pouco de voçorocamento. Isso está a 20 quilômetros do bairro Pinheiro.

Aqui a gente fez todo um estudo da ocupação urbana do bairro para entender o que tinha acontecido lá. A Sísmica AWD, que a Braskem está fazendo, vai nos ajudar muito na interpretação junto com os nossos dados.

E agora a gente entra nos resultados da análise interferométrica de imagens de radar do período de abril de 2016 a dezembro de 2018. Explico melhor – isso é muito importante.

Existe uma empresa italiana, Telespazio, que tem imagens da cidade de Maceió. Por questões operacionais do satélite deles, eles checam o satélite deles e coletam imagens de Maceió desde 2010, Dra. Raquel, e, a partir de... Nós compramos imagens a partir de abril de 2016, e essas imagens mostraram esse desenho. O que significa isso? Onde vocês estão vendo verde é que não há movimento e, onde vocês estão vendo vermelho, há movimento.

Aqui está o bairro Pinheiro, e o final da mancha vermelha delimita a zona que a gente está vendo rompida, que a gente está vendo quebrada. E os pontos em vermelho, o que são? São pontos que estão baixando, são pontos que estão em subsidência.

Aí eu vou mostrar várias imagens.

Isso aqui é a forma de coletar pelo satélite.

Aqui uma imagem mais de perto, onde eu mostro a velocidade de subsidência. Vocês podem ver aqui...

Deixem-me ver se a ponteira funciona. Se funcionasse, seria ótimo.

Não funciona, infelizmente.

Aqui vocês estão vendo esses dois pontinhos. A velocidade deles de subsidência, ou seja, de rebaixamento, é 188,4mm por ano, com mais ou menos 3,5mm para mais ou para menos, que é a margem de erro. Isso significa que, em dois anos, nós podemos ter uma subsidência próxima de 40cm nessa área. Aliás, nós podemos não, nós tivemos uma subsidência próxima de 40cm nessa área, e essa área está dentro da área da Braskem, esses dois pontinhos que estou mostrando.

Aqui, mais alguns pontos, também dentro da área da Braskem, com velocidade de subsidência de 188mm por ano. Se você multiplicar isso por 2,5, que foi o empo que a gente pegou, vai dar também em torno de 40cm nesse período de tempo.

Aí, outro ponto com velocidade.

Eu vou passar para essa imagem que eu ampliei. Vocês viram que a interferometria que a gente encomendou é muito maior do que o bairro Pinheiro. Isso é para mostrar que tudo isso aqui está quieto, você não vê nada disso aqui se mexendo. Nessa zona que vocês estão vendo em laranja, há pontinhos vermelhos. Essa zona, que começa a ficar rosa, depois laranja e, depois, amarela é a zona que a gente está vendo se romper.

Por que isso aqui é a zona que se está rompendo? Essas são as zonas que a CPRM mapeou, porque é lá que as casas estão quebradas. E por que as casas estão quebradas aí? Porque todo esse bloco aqui está quieto, ele não está se abaixando, e todo esse bloco aqui, que compõe praticamente todo o bairro Pinheiro, está se abaixando. Aí foi que a gente compreendeu por que estava quebrando na zona vermelha, laranja e amarela? Porque há um bloco mais para perto da lagoa que está em subsidência, ou seja, está se abaixando, e esse bloco que está em verde, esse bloco enorme, não está se abaixando, e há uma zona de transição onde a gente quebra. Vou passar.

Temos um filmezinho aqui.

Estou mostrando para vocês: estão aqui os vermelhinhos. Eu coloquei só as zonas vermelhas; inclusive, aqui, com toda a parte de baixo, a parte do Mutange. E, aqui, as zonas que a gente mapeou. Essas zonas estão em laranja, amarelo e, aí, elas chegam por aqui, e elas já estão verdinhas – foram as zonas que a gente mapeou.

Aqui, mais algumas velocidades. Nas zonas verdes vocês estão vendo uma velocidade... Numa zona verde não, numa zona verde meio amarelinha: 13mm por ano; numa zona verde, 3mm por ano, ou seja, dentro da margem de erro – pode ser zero, inclusive, a subsidência aí.

Aqui, novamente as áreas da gente dentro das zonas, para vocês verem.

Aqui eu mostro mais algumas velocidades exatamente ali na parte baixa do bairro Pinheiro: velocidade de 168mm por ano.

E, novamente...

Ué, não saiu. Era para ter saído... Ah, é o filme!

Será que você pode ativar esse filmezinho para mim por favor? *(Pausa.)*

*(Procede-se a exibição de vídeo. )*

8/108

**O SR. THALES QUEIROZ SAMPAIO** – Nós vamos passar dois anos e meio agora. O satélite mede o mesmo ponto 60 vezes por ano.

Então, o tempo está passando. Hoje nós estamos em agosto de 2016. A área está em subsidência.

Por que estava tudo verde? Porque foi quando eles começaram a medir.

Então, a área está avançando, a área está avançando, e a área se movimenta; ela vai um pouco à frente e, depois, ela volta um pouco. Por quê? Porque ela parou de se movimentar. Então, o movimento é relativo.

Você tem gráficos. Para cada ponto desse você tem um gráfico em que você pode ver o movimento. Vou falar disso depois que o filmezinho terminar.

*(Soa a campainha.)*

**O SR. THALES QUEIROZ SAMPAIO** – Você pode arrastar e terminar o filme. Pode tirar o filme e voltar para o PowerPoint por favor.

Essa mancha vermelha de subsidência...

O que a gente fez? Ontem nós estivemos no Rio reunidos com o pessoal da Telespazio e examinamos profundamente esse material. E o que a gente entendeu? Está mexendo, sim, desde abril de 2016, que foi o que a gente comprou de imagem. Mas é muito interessante, porque o padrão do gráfico tem alguma coisa importante em janeiro de 2018. E mais: a partir de junho de 2017, a subsidência passou a aumentar. A partir de junho de 2017, a gente percebe, em vários pontos, que a subsidência passou a aumentar.

Passe para mim, por favor, porque acho que não está...

Bom, aqui eu volto. Qual é a interpretação que pode ser dada aqui? Pessoal, eu estou terminando. Senador, me perdoe, mas as informações são importantes. Se você tem essa meia lua, que é o formato que a gente vê, movimentos de rastejo, movimentos rotacionais, que são movimentos lentos, a gente diz o seguinte: um rastejo nunca é perigoso, porque ele avisa que vai romper, mas ele rompe. Às vezes, demora para romper, mas ele rompe.

Eu já vi muito rastejo. Estive em uma área no Rio Grande do Sul – Jorge, me ajude –, área da cidade daquele cara que era secretário de defesa civil, estive com a equipe de campo lá e vi um rastejo lindíssimo que estava quebrando, quebrando, quebrando, ninguém se incomodava, e, de repente, desceu 10m. Simplesmente desceu. As árvores ficaram todas de pé, mas ele desceu 10m.

O que acontece no movimento de rastejo? Você pode simplesmente ter um bloco que desce do jeito que está aqui ou, imagine que você não veja isso aqui, esse bloco desceu e essa área ficou toda intacta. Como ele avisa? Ele avisa assim: trincando, abrindo fendas, fraturas. É assim que ele nos avisa.

Então, o que a geologia nos diz no bairro Pinheiro? Que o terreno formou um sistema ao longo de 40 anos, onde se tinha extração de água subterrânea, mineração de sal, ocupação urbana inadequada, falta de saneamento básico, falta de drenagem adequada, tudo isso e o sistema estava em equilíbrio. Mas o sistema começou a se desequilibrar, a gente imagina, dez anos atrás, pelas notícias que a gente tem do bairro do Pinheiro, mas a gente vê na interferometria que, a partir de 2017, esse movimento está aumentando. Aí é só uma ligação da imagem que a gente está vendo com um possível processo geológico que é possível acontecer no bairro, mas é lento.

Aqui as hipóteses, o que a gente já sabe de cada hipótese. Não vou me demorar, a apresentação fica com os senhores, mas queria mostrar aqui, só para reforçar o que o Dr. Bacelar falou, no número 2, a presença de cavidades, cavernas no subsolo, cavidades erosivas. A gente já vê isso se formando no cruzamento de falhas normais em níveis conglomeráticos da Formação Barreiras, ou seja, são cavernas muito superficiais. Inúmeras anomalias condutivas: falhas, vazios ou solo saturado. Isso tudo a gente vai entender quando cruzar todos os métodos. Por último, as estruturas e feições tectônicas.

Nós confirmamos as presenças das falhas no subsolo até uma profundidade de, no mínimo, 60m, porque a nossa equipe é muito rigorosa. Eu vi perfeitamente até 150m nos dados deles, mas eles disseram que não, só até 60m. Então, só até 60m. Estamos aguardando confirmação da continuidade em profundidade maiores, aguardando os boletins da rede sísmica. E diferentes velocidades de deformação da interferometria, que a gente viu ontem no Rio de Janeiro.

As considerações e providências são aquilo que a gente falou. Existe um cenário onde você tem um movimento brusco, e pode ter. Quando é movimento brusco? Quando o rastejo deixa de ser rastejo e cai.

Aí, nesse caso, a gente precisa de um monitoramento exemplar do ponto de vista sísmico, do ponto de vista de interferometria, sensores de movimento no próprio bairro e, mais do que isso, em todo o mundo, Senador. Em todo mundo desenvolvido há áreas de risco, quer seja por vulcão, quer seja por alerta de tsunami, quer seja por avalanche nos alpes.

Ou seja, as pessoas estão acostumadas a receber uma notícia, sair daquela área e, depois que passa o evento, voltar. Então, as pessoas acham muito estranho no Brasil quando a gente diz: em caso de previsão de chuva forte... E agora vou definir chuva forte, porque a equipe ontem me deu essa definição, por causa dessas condições que a gente está vendo no bairro do Pinheiro. A gente imagina que, se há previsão de chuva de mais de 30mm em um único dia, que as pessoas, por favor, saiam e depois retornem ao bairro. Eu tinha falado em um número maior do que esse, mas nós estamos com uma equipe no campo permanentemente, examinando os dados agora à luz da interferometria.

No caso de movimento lento e contínuo, a orientação continua sendo o que a gente falou ontem, seguido de medidas de monitoramento para auxiliar. A mesma coisa de movimento lento até a estabilização, que é possível. À medida que a gente tem os dados da geofísica, a gente vai saber se isso tem condições de estabilizar ou não. E a gente acredita... Eu conversava agora cedo, de manhã – eu, Dr. Bacelar e Dr. Jorge Pimentel, que nos acompanha... Dr. Jorge, levante a mão por favor. E ele dizia: "Depois que a gente tiver todos os dados, é possível que a gente tenha uma solução de engenharia para estabilização". Aí seria drenagem adequada, drenos profundos. Enfim, a engenharia é riquíssima em soluções para coisas desse tipo. Então, não é uma coisa para a gente dizer: "Ah, não tem jeito, tem que mudar". Nós não sabemos disso. Vamos aguardar um pouquinho. No final de abril, a gente pode saber.

As medidas que são consideradas urgentes incluem, evidentemente, ajustar o plano de contingência em relação aos novos dados. Você não pode mais correr para cima daqueles pontinhos vermelhos. Ninguém pode correr mais para o Mutange, lá para baixo, ou seja, havia vários pontos que a gente tinha escolhido como seguros que, por causa da interferometria, a gente mostra que não são mais seguros.

Construção da rede de drenagem provisória antes da chuva. Penso que isso tem sido providenciado junto à prefeitura. Parece que a Braskem fez um projeto. Vocês podem falar melhor sobre isso do que eu. Isso seria uma drenagem feia, mas que não deixasse a chuva infiltrar no bairro, porque, como o bairro está muito quebrado, a água entra com muita velocidade e vai levantar o nível muito rápido. Como a parte de cima está muito desestruturada, você pode ter solapamento porque pode fluidizar – o fenômeno se chama fluidização.

Contratação de interferometria para os períodos de 2011 a 2016 e 2019 a 2020. Nós estamos providenciando isso. Tive ontem reunião com diretores da Telespazio, o Dr. Bacelar me autorizou a negociar com eles.

Contratação de especialista em interferometria...

*(Soa a campainha.)*

**O SR. THALES QUEIROZ SAMPAIO** – Isso é coisa do serviço geológico do Brasil. Estamos providenciando.

Sondagem rotativa com recuperação de testemunho, para a gente realmente ver todas as rochas até a profundidade adequada.

Instalação de sensores automáticos de movimento da cota.

Repassar recurso para a Rede Sismográfica Brasileira. Estamos providenciando isso.

Instalação permanente da rede sísmica local no bairro Pinheiro e arredores.

Aí fica o muito obrigado ao Serviço Geológico do Brasil.

E me perdoem pelo tempo. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, Thales, agradeço a apresentação. Inclusive, se V. Exa. ainda quiser acrescentar algum ponto, não por causa do tempo deixe de fazer. Todos aqui estão prestando atenção. E esse é um dos pontos mais aguardados no dia de hoje. Tanto é que, pela ordem aqui, a CPRM está sendo a primeira. Então, se quiser acrescentar algum ponto, fique extremamente à vontade.

**O SR. THALES QUEIROZ SAMPAIO** – Meu Senador, eu acho que as reflexões do público serão muito importantes. A única coisa que eu gostaria de acrescentar, depois de respirar um pouco, é o longo e sincero agradecimento às pessoas que estão aqui que são do bairro do Pinheiro, às pessoas que estão aqui que são de Alagoas, de Maceió, que acolheram o Serviço Geológico do Brasil, porque esse não foi um trabalho feito sozinho, mas com as pessoas que lá estão, com a Defesa Civil municipal. Vejo aqui aquele a quem chamo carinhosamente de meu Coronel, Dinário, vejo o Secretário Estadual de Defesa Civil, enfim, e um grupo de pessoas do bairro do Pinheiro que tem nos ajudado muito, permitindo que a gente entre em suas casas, nos seus quartos, nos seus banheiros e que a gente compartilhe com eles tudo que a gente tem feito. Aí a gente também tem toda a emoção que eles têm.

A equipe está completamente envolvida emocionalmente no trabalho, porque é um trabalho bem diferente. É um bairro de classe média, um bairro bonito, um bairro limpo, de pessoas educadas e isso tudo... Então, queria agradecer muitíssimo

essa oportunidade de a gente ter feito essa explanação, agradecer a todas essas pessoas e, em especial, esta oportunidade que o Senador nos deu.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem.

Eu comuniquei aqui, inclusive, está prescrito para os senhores, nós temos uma metodologia de trabalho própria. Vamos abrir uma exceção, tendo em vista que foi previamente solicitada. Nós temos vários Parlamentares que têm várias atividades durante o dia. O Deputado Marx Beltrão solicitou fazer alguns apontamentos. Até informo ao Deputado que os apontamentos serão feitos agora, Deputado, mas as respostas ficarão para o final e serão repassadas para V. Exa. com certeza para que a gente possa dar continuidade a esta eficiente apresentação dos senhores.

Então, com a palavra, o Deputado.

**O SR. MARX BELTRÃO** (Bloco/PSD - AL) – Quero, primeiro, agradecer, Presidente, por quebrar o protocolo e me ceder a palavra. Quero parabenizá-lo por convocar esta audiência pública, colocando à Mesa todos os agentes envolvidos para que a população do bairro do Pinheiro tenha, finalmente, um apontamento de direcionamento para solução e para resolver o problema dos moradores.

E quero, primeiro, cumprimentar os moradores do bairro do Pinheiro, que vieram de Maceió até esta reunião de hoje. Cumprimento todos eles. Quero cumprimentar os meus colegas Deputados: o Deputado Isnaldo Bulhões, que está aqui presente; a Deputada Tereza Nelma; o Deputado Sergio Toledo, que também compareceu; a Deputada estadual Jo Pereira, que veio também representando a Assembleia Legislativa. Cumprimentar a Prefeita Pauline, que também está aqui representando a Associação dos Municípios Alagoanos. Também chamo a atenção, Prefeita Pauline, para o fato de que era para estar aqui o Prefeito de Maceió também, já que a cidade de Maceió é a cidade envolvida. Quero cumprimentar os Vereadores de Maceió que aqui se fazem presentes: o Vereador Chico Filho, o Vereador Francisco Sales e o Vereador Cléber Costa, que tiveram a responsabilidade para com a população de Maceió de se dirigir da cidade de Maceió até aqui para que estivessem presentes nesta audiência pública. Cumprimentar todos os representantes do Governo Federal, especialmente os que trabalham na CPRM, em nome do Thales Queiroz, que fez aqui uma apresentação muito contundente e bem explicativa para todos nós e também cumprimentar os representantes do Ministério Público que estão aqui presentes.

Eu começo, Presidente, dirigindo-me ao Sr. Frederico Bedran, que é o Diretor do DGPM. Ele falou que o Ministério de Minas e Energia está atuando em favor do bairro do Pinheiro, mas esqueceu de dizer qual é a atuação que o Ministério de Minas e Energia está fazendo em favor do bairro do Pinheiro, porque não vi até agora, na prática, o que a população quer, a solução. Não vi apresentada ainda nenhuma solução que favoreça os moradores do Pinheiro.

O Sr. Antônio Carlos, que aqui é o Diretor do CPRM, passou praticamente a metade do tempo cumprimentando e falando do trabalho no Brasil. Não fosse o Thales, que salvou a apresentação da CPRM pelo que mostrou, talvez a gente não tivesse aqui nenhuma informação para poder defender e levar adiante. Inclusive, o Sr. Antônio falou que o papel dos políticos é fazer política e o papel da CPRM é fazer a parte técnica. Pois bem. Nós políticos de Alagoas, pelo menos os que estão aqui representando-a, estamos, desde o início, defendendo que haja uma solução. Espero que a CPRM faça a sua obrigação, que é finalizar os estudos para que a população tenha, de forma clara e objetiva, o apontamento dos culpados e as soluções definitivas para minimizar os problemas das pessoas que moram no bairro do Pinheiro.

Entre as medidas que foram aqui apresentadas pelo Thales, vi várias medidas urgentes, mas ainda não vi nenhuma que, de fato, resolva o problema dos moradores. Desde o início desse problema, nós – eu, a Deputada Tereza, o Reginaldo, o Rodrigo Cunha, todos aqueles que se preocuparam em buscar uma solução – pedimos ao Governo Federal que liberasse o FGTS dos moradores do Pinheiro, pedimos ao Governo Federal que liberasse financiamentos para construção de habitação e comércio para aqueles que querem construir em outros lugares, pedimos a liberação do PIS/Pasep e até agora o Governo Federal não deu nenhuma resposta clara e objetiva com relação a esse tipo de ajuda para minimizar o problema dos moradores do bairro do Pinheiro.

Os estudos estão muito bem elaborados, quero parabenizar o Thales, mas precisam ser finalizados, porque dão uma sensação, Sr. Antônio Carlos, para nós políticos de que é muito cômodo para a CPRM passar, desde junho do ano passado, ou seja, dez meses já se completam, e não há ainda, de forma clara e objetiva, a finalização dos estudos com o apontamento das causas para que a gente possa cobrar a solução do Governo Federal. Para a gente dá uma sensação de que, para quem está indo trabalhar em Maceió, recebendo diárias, recebendo bons salários, nas belíssimas praias da capital, comendo um bom peixe, comendo um bom camarão, talvez seja mais conveniente passar mais tempo trabalhando nisso do que finalizar os estudos.

Portanto, nós queremos a finalização dos estudos por parte da CPRM para que se aponte a culpa. Até porque, não sei se de forma irresponsável ou não, o seu Chefe, o Presidente da República, deu uma declaração, em uma entrevista para a imprensa, apontando que a causa do que aconteceu no bairro do Pinheiro era a mineração. Ele falou isso publicamente, o

11/108

seu Chefe, o Presidente da República. Portanto, nós queremos saber se é ou se não é. Porque se o Presidente da República fala isso de forma clara e objetiva em uma entrevista, dá a sensação de que estão escondendo informações, de que o Presidente da República tem informações que nós não temos, e a gente não pode admitir isso. Nós temos de saber o que está acontecendo de fato, já que o Ministério Público Federal, numa audiência que fizemos em Maceió, apontou-nos, pelo Dr. Diógenes, que em hipótese alguma era a causa a mineração. Então, a gente vê, de um lado, o Presidente da República dizendo que é a mineração; de outro lado, o Ministério Público dizendo que não tem nada a ver com mineração, que é causa natural. E a gente fica nesse contraponto, sem saber o que de fato está havendo. Por isso, aqui quero parabenizar o Thales, que está fazendo um trabalho muito bonito, mas precisamos que termine, precisamos que os estudos terminem para que a gente possa apontar os culpados. Porque a população, Sr. Antônio, esse povo que mora em Maceió que está lá no bairro do Pinheiro e nos bairros vizinhos está amedrontado. Ouvi relatos de muitos deles, relatos sinceros cobrando solução. Esse povo precisa saber o que vai acontecer com suas casas, se vai ter de morar em outro bairro, se vai ter condições o Governo de ajudar a comprar uma casa em outro lugar, se o bairro vai ter de ser totalmente evacuado ou não.

*(Soa a campainha.)*

**O SR. MARX BELTRÃO** (Bloco/PSD - AL) – Então, a gente precisa de um apontamento de solução, porque a população de lá não quer saber se a culpa é da Braskem, se a culpa é do Município de Maceió, se a culpa é do Governo do Estado, ou se a culpa é do Governo Federal. Os moradores querem uma solução.

E o nosso papel de político, que o senhor questionou no começo, é cobrar dos entes federados a solução. Por isso estou aqui cobrando de V. Exa. e do Governo Federal a solução para os moradores do Pinheiro.

Muito obrigado. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, como falei, aqui é uma exceção. Nós vamos seguir o nosso rito.

Aproveito aqui para registrar a presença do Deputado Isnaldo Bulhões, como também já passou por aqui o Deputado Sergio Toledo e encaminhou um ofício justificando sua ausência o Deputado JHC, tendo em vista uma questão familiar: sua avó faleceu e ele não pôde estar aqui hoje. Então faço esses registros.

Vamos abrir espaço...

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – Senador, por gentileza, Ministério Público de Alagoas, José Antônio Malta. Como o Ministério foi citado...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Foi citado. Vários foram citados aqui. Vai ser dada a palavra. O Deputado já está saindo, então ele não vai escutar, mas V. Exa. terá a oportunidade também de se explicar, com certeza, porque o Ministério Público está sendo um apoio importantíssimo, tanto o estadual como também o federal, na busca de elucidações do que está acontecendo, das providências que têm que ser tomadas de forma urgente.

Sendo assim, ainda seguindo a nossa sequência de exposições, convido o Sr. Victor Hugo Bicca para fazer sua explanação, representando a Agência Nacional de Mineração (ANM).

**O SR. VICTOR HUGO BICCA** – Bom dia, Sr. Presidente, Senador Rodrigo Cunha. Bom dia aos demais Parlamentares. Quero cumprimentar meus colegas de Mesa, meus senhores, minhas senhoras, o Ministério Público Federal, com quem nós tivemos oportunidade de nos reunir na cidade de Maceió alguns dias atrás.

Queria também destacar, Presidente Rodrigo Cunha, a presença do nosso Superintendente de Produção, Dr. José Antonio Alves dos Santos, e do nosso Assessor Técnico da Diretoria de Desenvolvimento Institucional, Dr. Roger Romão. Os dois são engenheiros de minas, com larga experiência em mineração, e atuam com o apoio técnico especializado da Universidade Federal do Rio Grande do Sul, na pessoa do Dr. André Zingano, que é Doutor em Mecânica de Rochas.

Eu também queria registrar a presença do nosso ouvidor, Dr. Paulo Santana.

Antes de começar, Presidente, permita-me cumprimentar o Dr. Thales pela brilhante apresentação que fez. Eu sou geólogo por formação, tenho especialização em docência, mas, com toda a sinceridade, invejo a didática e a capacidade de apresentar um problema tão complexo, com o grau de detalhamento, com a riqueza de informações e com a didática com que o Dr. Thales apresentou. Ele caracterizou o problema na plenitude, tanto do ponto de vista científico quanto do ponto de vista de diagnóstico e de prognóstico. Ele praticamente esgotou o que nós tínhamos que dizer.

Eu queria destacar que, dentro da fala dele, nós somos um componente importante, porque ficou claro que estamos tratando um fenômeno que se caracteriza como neotectonismo, ou seja, um tectonismo recente. E ele foi muito preciso em destacar

que esse sistema, que estava até então em equilíbrio, aparentemente rompeu seu equilíbrio, e rompeu essencialmente em função das ações antrópicas. Dentre essas ações antrópicas, evidentemente há a questão da mineração, que existe lá no bairro, em subsuperfície, desde a década de 70.

Então, nós, como órgão regulador do setor mineral brasileiro... E aqui um breve parêntese: nós, até 5 de dezembro de 2018, éramos o Departamento Nacional de Produção Mineral e fomos transformados na Agência Nacional de Mineração. Estamos em pouco mais de cem dias de agência. É evidente que temos toda a *expertise* anterior, que acumulamos ao longo de mais de 84 anos de existência do DNPM.

Eu fiz uma apresentação muito simples.

Introdução. Concessão de lavra... Eu vou focar essencialmente na questão da mineração, do direito minerário existente, dos trabalhos que estão em execução pela empresa – porque ela é uma administrada nossa –, e as considerações finais sobre cenários e possíveis medidas, o que o Dr. Thales já teve a oportunidade de destacar, ampliar e dar a consistência com muito mais contundência do que esta nossa apresentação.

Nós temos um processo minerário que data de 1965, cujo titular é a Braskem S.A. A substância é sal-gema. Município: Maceió. A concessão de lavra foi outorgada em 15 de junho de 1970, e foi retificado esse decreto em agosto de 1971. As atividades de lavra tiveram o início propriamente dito no ano de 1976.

Essa imagem já foi mostrada pelo Dr. Thales. É o quadro de onde nós temos os poços: em vermelho, os poços já desativados; e, em verde, quatro poços que estão em operação.

Não vamos detalhar também o método de operação, mas, de forma simplificada, é um poço profundo, porque a mineralização está entre 900m e 1.200m de profundidade, e a lavra se dá por dissolução do sal em subsuperfície. É evidente que a dissolução gera uma caverna que, após a desativação da atividade de mineração, é pressurizada. E a técnica aponta que a dissolução paralisa em função dessa pressurização, que evidentemente é feita com uma mistura de salmoura, com questões de pH e tudo mais, para poder manter o equilíbrio ou suspender a dissolução em subsuperfície. Essa, em linhas gerais e grosseiras, é a técnica utilizada. Certamente a Braskem vai detalhar isso um pouco mais na sua fala.

Então, concessão de lavra em 1971; início da operação em 1976.

Em 2012, o DNPM exigiu apresentação de laudo de estabilidade das cavidades e atualização do plano de aproveitamento econômico. Foi apresentado um laudo de mecânica das rochas, pela empresa Flodim, que concluiu pela estabilidade das rochas sobrejacentes às cavidades e inexistência de subsidência, após 30 anos de lavra.

Um breve histórico.

Em 05 de março de 2018, após os eventos chuvosos de 14 de fevereiro de 2018 e o sismo que ocorreu no dia 03 de março de 2018, nós convocamos a Braskem para uma reunião, aqui em Brasília, onde questionamos a empresa a respeito do processo produtivo e pedimos a eles, exigimos deles a apresentação de dados monitoramento das cavidades ativas e inativas, assim como dados de monitoramento de verificação de subsidências e possíveis reflexos na superfície da poligonal.

Então, foi uma série de exigências. E realmente começamos a intensificar o grau de exigência com a perspectiva de esclarecer, ou de ajudar a esclarecer, porque a mineração é uma das componentes desse complexo quadro formado, associado a questões da composição do solo em subsuperfície, a questões dos falhamentos, da falta de saneamento básico, do não disciplinamento da drenagem pluvial; uma série de outros fatores que concorrem para esse fenômeno.

É importante destacar – acabei não destacando, mas o Dr. Frederico Bedran já havia destacado – que o Ministro Bento, assim que assumiu a pasta do Ministério de Minas e Energia, já no dia 11 de janeiro de 2019, baixou uma portaria determinando que a Agência Nacional de Mineração e a CPRM concorressem para que, efetivamente, se buscassem os elementos necessários para o esclarecimento dos fenômenos que estão ocorrendo no Bairro Pinheiro. Nós, então, de imediato, instituímos um grupo de trabalho técnico para acompanhar, aprimorar e subsidiar, naquilo que nos compete, o Serviço Geológico do Brasil, a CPRM.

O que a empresa já nos informou a partir desse movimento que foi intensificado nos últimos meses? Dados do processo produtivo de sal e água; os sonares antigos... O sonar é o mecanismo, o recurso técnico que é usado para saber se aquela dissolução a que fiz referência antes efetivamente paralisou ou continuou, porque, se continua, ela modifica a forma com que a cavidade ficou em subsuperfície. Então, é um processo um tanto quanto demorado e complexo, porque tem que se retirar toda a tubulação, reintroduzir o sonar, e esse sonar faz o mapeamento da caverna. Aí se compara o desenho atual com o desenho pretérito para saber se a dissolução efetivamente parou, conforme foi projetado, ou se continuou por alguma razão desconhecida. Prossigo: perfis geológicos e construtivos dos poços; laudo técnico das estruturas de subsuperfície.

Então, as exigências começaram a se intensificar. Em setembro de 2018, exigimos a apresentação de novo laudo técnico de mecânica de rochas, acompanhado de Anotação de Responsabilidade Técnica; exigimos realizar de estudos da geometria

do interior das cavernas, e aí entra o sonar que mencionei; apresentar a programação de trabalhos a serem realizados pela concessionária objetivando identificar as causas da instabilidade. Embora nós não tenhamos a segurança de afirmar que elas são causadas pela mineração, nós apelamos, exigimos da empresa que ela também somasse esforços no sentido de buscar identificar as possíveis causas – ela como uma das possíveis causas, é evidente.

As ações continuam no campo das exigências. Exigimos, para subsidiar o trabalho da CPRM, que eles também fizessem uma sísmica. Essa sísmica a empresa contratou, está em desenvolvimento. E esses dados todos vão ser repassados para o Serviço Geológico para robustecer ainda mais o brilhante trabalho que eles estão executando.

Eles estão fazendo um programa de monitoramento mensal da pressão dos poços; estão realizando...

*(Soa a campainha.)*

**O SR. VICTOR HUGO BICCA** – Exigimos que fosse realizado também – e aí já é fruto do trabalho em parceria com o Serviço Geológico do Brasil – um furo estratigráfico, como nós em Geologia chamamos; um furo que objetiva saber exatamente que tipo de rocha há em subsuperfície: a ocorrência, a espessura, a quantidade dessas rochas em subsuperfície. E deve estar sendo iniciado nos próximos dias esse furo.

Isso é importante, porque, como destacou a apresentação do Dr. Thales, é ambiente geológico costeiro, há uma série de fraturamentos, há uma composição bastante heterogênea da litologia, há a interposição também de eventos de transgressões e regressões na parte mais superior da coluna. E a gente não tem um conhecimento detalhado do que ocorre em subsuperfície.

Eu até fiz uma provocação ao Dr. Thales. Ele mostrou aquela foto, muito didática, que ele chamou de "formação barreiras", que mostrou um processo erosivo em um corte que foi mostrado, um corte provavelmente em uma estrada que estava sendo construída, e ali se verifica com muita clareza. Há até um cidadão que entrou na cavidade que está formada no corte. Aquilo ali ocorreu essencialmente por causa da água da chuva. E eu provoquei o Dr. Thales dizendo que isso está ocorrendo também em subsuperfície onde houver essa formação. Por isso a recomendação dele, no final, de que nós temos que tratar da questão da água superficial, porque a água superficial está toda infiltrando e certamente está acelerando esse processo erosivo, que deve também estar ocorrendo em subsuperfície.

Trabalhos já realizados: estudos de engenharia geotécnica para ações imediatas no Bairro Pinheiros; a contratação de especialistas e elaboração de pré-projetos de drenagem hídrica de águas pluviais e isolamento de fraturas no terreno – isso para apresentação à prefeitura e ao Governo do Estado. E, segundo a informação que nós temos da empresa, eles estão aguardando adesão das autoridades públicas locais para a implementação desse projeto. Então, é importante.

Eu estive lá em Maceió, e há uma residência lá – o Cel. Dinário, com a permissão do Dr. Thales, pode precisar – que nós chamamos a casa do Santander. É uma casa que fica em uma parte baixa lá da cidade e tem uma fratura, que aparece até nas fotos que o Dr. Thales apresentou, com um processo erosivo muito intenso instalado, que passa quase que por baixo da casa. Aquilo ali é quase como se fosse o fundo de uma bacia. E o pessoal estava comentando, Dr. Thales, que toda vez que chove de forma intensa a água não se acumula, porque ela corre toda para dentro da fratura e desaparece em questão de minutos. Então, aquela foto apresentada da formação barreiros dá para imaginar em subsuperfície que esteja ocorrendo exatamente aquilo também.

Análise de estabilidade e de integridade estrutural geomecânica das cavidades de extração de sal-gema. O sonar está sendo executado. E aqui cabe um detalhe importante: a empresa está encontrando um pouco de dificuldade até para descer o sonar nos furos realizados. E aí eu destaco: na apresentação da interferometria, que o Dr. Thales apresentou, observamos que, naquele filme ali que ele mostrou, de junho de 2016 a dezembro de 2018, rapidamente nós passamos do estágio verde para o amarelo e para o vermelho. Eu digo rapidamente porque isso foi em três anos. Nós estamos acostumados a contar a nossa história em bilhões de anos, não é, Dr. Thales? E aqui nós estamos vendo fenômenos que estão ocorrendo no contar de horas. Então, preocupa-nos esse aspecto. E por isso a dificuldade da empresa de introduzir os equipamentos nos poços. Muitos equipamentos estão encontrando dificuldades porque as barreiras dos poços estão deslocadas, os poços estão empenados. Então, esse é um dado importante, que deve somar-se nesse processo de avaliação. Mas isso está sendo feito, sete sonares já foram concluídos, e a empresa deve estar reportando essas informações à agência.

Estudos de interferometria. A CPRM já adquiriu os estudos, já está analisando, está estudando, mas a empresa também, por exigência nossa, está buscando essa ferramenta para as suas avaliações.

Integração de todos esses dados que estão sendo exigidos – a geofísica, o furo estratigráfico, todos esses conhecimentos – para montar um modelo 3D para a gente tentar agregar essa terceira dimensão com o intuito de saber o comportamento em subsuperfície.

Além disso, como eu já destaquei: o furo estratigráfico, que se estima na ordem de 1.300m de profundidade; apresentar o perfil litológico; e apresentar relatórios mensais de medição do avanço de todos os trabalhos em desenvolvimento.

Os encaminhamentos são todos na linha do que o Dr. Thales já apresentou – eu vou poupá-los da repetição –, mas quero destacar aquilo que ele já destacou: eu acho que merece um tratamento imediato a questão da água superficial, da água da chuva, especialmente com essa informação que ele destacou, de 30mm/dia, que acendeu uma luz de preocupação. Nós em geotecnia – não é, Dr. Thales? – normalmente trabalhamos com chuva de 200mm. Quando chove 200mm em um dia em uma determinada região, nós temos certeza de que alguma coisa vai cair em algum lugar. E o dado, a recomendação técnica aponta 30mm. Não é uma chuva tão intensa assim, Senador Presidente Rodrigo Cunha.

Eu agradeço a oportunidade. Nós estamos mobilizados...

*(Soa a campainha.)*

**O SR. VICTOR HUGO BICCA** – ... concorrendo com o esforço do Serviço Geológico e das demais autoridades competentes para, efetivamente, elucidar as causas desse fenômeno que nós estamos denominando de neotectonismo acelerado por ações antrópicas.

Muito obrigado, Presidente.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – O.k. Agradeço a fala inicial do representante da ANM.

Faço um importante registro também da presença de Vereadores do Município de Maceió: Chico Filho, Francisco Sales e Dr. Cléber estão presentes aqui acompanhando e participando ativamente desta audiência pública.

E não só eles. Aqui eu reforço o que disse no início: esta audiência está sendo transmitida ao vivo pela TV Senado, e há interação com o público, inclusive regimentalmente, em procedimento através do e-Cidadania, que é uma forma de interação estipulada também por esta Comissão. E aqui já temos várias participações, como as de Ricardo, Mickael, Ynnayara, Ericka, Walquíria, Maria José, Maria Estefânia, Flávia Soares, Falone, Andreia, Lhily... A todos vocês que aqui já encaminharam suas perguntas informo que nós as estamos recebendo. E quem está nos assistindo também pode comentar. Façam suas perguntas, porque elas estão chegando instantaneamente às minhas mãos.

Dando sequência ao nosso bloco número um, que trata dos levantamentos técnicos, convido o Sr. Jorge Briseno Torres, que aqui representa a Casal (Companhia de Abastecimento D'Água e Saneamento do Estado de Alagoas), para que também possa se manifestar, já que também é sempre mencionado o trabalho da Casal, ou às vezes por algo que se relacione com o funcionamento da Casal que não existia antes e que passou a existir no bairro, sobre qual é a problemática que a Casal encontra e se ela também está contribuindo para esse fenômeno.

Com a palavra V. Sa.

**O SR. JORGE BRISENO TORRES** – Muito obrigado.

Senador Rodrigo Cunha, Presidente da Comissão, o Dr. Clécio, Presidente da Casal, incumbiu-me de estar aqui presente, porque, por motivo de força maior, ele gostaria muito de vir aqui lhe dar um abraço, mas me incumbiu de parabenizá-lo pela sua iniciativa. E, ao saudá-lo, estou saudando todos os colegas na Mesa.

Aos amigos do Pinheiro – o Rafael, o meu querido amigo Geraldo, a Adelaide, o Manuel –, ao saudá-los estou saudando todos os presentes, a população de Maceió que está aqui. A dor de vocês é a nossa dor, porque muitos funcionários da Casal, Geraldo, habitam o Bairro do Pinheiro e estão sofrendo também.

Gostaria também de saudar todos os Parlamentares aqui presentes, as mulheres principalmente, em nome da minha querida amiga Tereza Nelma, Deputada, e da Jo Pereira. Quero saudar vocês em nome de todos.

O que a Casal... Vou passar rapidamente o que a Casal está procurando fazer para atenuar a situação dos moradores do Bairro do Pinheiro.

Essa é a área, o mapa de feições, o mapa de risco que foi elaborado pela defesa civil, a área atingida pelas fissuras, e nós nos detemos aí nesse local.

A infraestrutura da Casal nessa área é a seguinte: nós temos 25km de redes de distribuição e anéis no bairro. Os diâmetros variam de 300mm a 50mm, só que os de 50mm são 90% na rede. Isso mostra que os diâmetros de redes que há ali são pequenos. E ainda bem, porque, se houver um vazamento em uma rede de 50mm, o dano e possível infiltração – porque o terreno ali não permite tanto assim, quando ela está instalada, porque são redes com 60mm de profundidade no máximo... Então, ajuda bastante – 50mm é mais ou menos o diâmetro desse copo aí, desses copos que vocês têm aí.

Nós nunca nessa região exploramos poços profundos – nunca nessa região –, não operamos também fossas e sumidouros e também não operamos galerias pluviais.

A rede de esgotamento sanitário – eu estava até falando aqui com o Victor –, infelizmente, que estava sendo implantada na região, na sub-bacia – tive até a oportunidade de dizer isso para a Dra. Rosemeire, do Ministério Público do Trabalho, em uma reunião –, teve que ter o serviço suspenso, porque como é que nós vamos implantar rede coletora de esgotos em uma região que está sujeita a movimentos de terra. Ir-se-ia perder toda a infraestrutura que seria montada aí. Então, nessa sub-bacia as obras foram interrompidas e estamos trabalhando nas outras sub-bacias da região da parte alta de Maceió.

Nós também intensificamos a pesquisa de vazamentos não visíveis, Senador Cunha, porque nós somos obrigados a, uma vez por ano, fazer pesquisas de vazamentos não visíveis. Os visíveis são fáceis de identificar, a própria população ajuda, ou então são detectados nos sensores da empresa quando há uma queda de pressão, e imediatamente a equipe se desloca. Quando são não visíveis, precisa-se fazer esse tipo de serviços aqui que nós estamos fazendo. São feitos com esse equipamento, o geofone. É como se fosse, meu amigo Cléber, um grande estetoscópio que, através de ondas sonoras, identifica se há alguma anormalidade na rede. Ele coloca aquele equipamento ali no asfalto, olhe, que você está vendo próximo ao pé do nosso funcionário, e qualquer vazamento, por menor que seja, não visível, que não aflore, é identificado no equipamento, marca-se o local e depois a equipe vai lá.

Não foram encontrados vazamentos significativos, foram encontrados gotejamentos. Um gotejamento criar uma fratura dessas é impossível. Gotejamentos nós vamos ter em torneiras nas nossas casas, sabe Sampaio, em banheiro, em uma pia de cozinha, mas rapidamente são retirados. E, na última vistoria que fizemos, não foi identificado nenhum. É mais ou menos isso, Cléber, é um... Deu para o pessoal pegar bem, não é? O Cléber já matou de pronto com o estetoscópio dele. Mas é isso aí: o vazamento não surge, não aflora, mas o som dele é transmitido e o operador, com experiência, vai e detecta.

Aí mais uma imagem.

Também há a haste de escuta, que nós colocamos nos hidrômetros das residências para quaisquer vazamentos. E até clandestinidade, ligações irregulares são identificadas. Qualquer fuga de água da rede normal é identificada também com a haste de escuta.

Esses serviços estão sendo intensificados no bairro do Pinheiro, principalmente na região delimitada como área de risco, viu Geraldo. Estamos tendo um apoio muito grande da Defesa Civil porque esse serviço tem que ser feito à noite, o tráfego de veículos atrapalha. Então, nós fazemos isso à noite ou de madrugada, e tem-se que receber o apoio da Defesa Civil e, inclusive, da Polícia Militar, em alguns casos.

Mais um. Aí o serviço do pessoal...

Nós também tomamos uma providência: assim que as fraturas aumentaram significativamente, nós reduzimos o patamar de pressão de toda a rede do bairro de 25m de coluna de água para 5m de coluna de água. O que é isso para os iniciados? Se você faz um furo em uma tubulação submetendo a uma pressão de 25m de água de coluna de água, sobe um jato de água de 25m. Nós reduzimos o patamar com válvulas reguladoras de pressão para 5m. As normas dizem que a pressão mínima tem que ser 10m de coluna de água — estamos até desobedecendo as normas nesse caso.

Por segurança, baixamos para 5 metros de coluna de água para que, num possível vazamento, a perda de água seja significativamente reduzida, como também os danos à população. Estamos até fugindo das normas aí, porque a norma diz que é entre 10m e 50m de coluna de água. Nós poderíamos ir a até 50, mas reduzimos e mantivemos em 5.

É mais ou menos isso a correlação entre pressão e vazamento. É como um derrame, Cléber: maior pressão, você tem um possível derrame. Se você controla a pressão... A mesma coisa na rede hidráulica. Então, vejam aí a correlação perfeita entre pressão média na área aqui no gráfico do X, no numerador, e no gráfico do Y, no denominador, você vê o fator de vazamento. Ele aumenta significativamente.

Nessa área também providências operacionais que nós estamos tomando. Vamos fazer a supressão da rede de alimentação. Os senhores estão verificando aquela linha verde ali, um traçado verde, todos estão observando, não é? Esse traçado verde passa exatamente na área de risco, na área mais sujeita a movimentos de terra, e está danificando a nossa tubulação nesse ponto aí. Então, Dra. Rosemeire, nós estamos eliminando essa rede, vamos investir aí 300 mil e vamos alimentar o bairro do Pinheiro por essas linhas rosas – viu, Tereza Nelma, você que gosta tanto de rosa, é em sua homenagem. Aí nós estamos aqui colocando a alimentação nessas duas linhas rosas na parte inferior da fotografia. Vamos alimentar o bairro, pôr redes fora da área de risco. Essas obras vão se iniciar, no máximo, daqui a quinze dias. O material já foi adquirido e vamos começar a implementar essa nova rede.

A redução do patamar, do que eu já falei.

16/108

A implantação das duas novas linhas, que são as partes rosas, fugindo da área de risco. Ali é o Cepa. O Cepa está exatamente entre as duas linhas rosas.

Vamos segmentar a redistribuição mais ainda. Estamos já colocando registros estratégicos – são registros pequenos, de 50mm –, porque, se houver algum vazamento, se você isolar a área com maior rapidez, você economiza a água que seria desperdiçada em um possível vazamento. Porque o solo aí está prejudicando a nossa rede, ele está se movimentando muito, a rede tem uma certa rigidez e vai se rompendo, as ligações domiciliares vão se desconectando da rede.

E providências comerciais.

*(Soa a campainha.)*

**O SR. JORGE BRISENO TORRES** – Estou finalizando, só mais um minuto, Senador.

A gente, para atenuar a situação dos colegas do Pinheiro, dos amigos, o que a Casal elaborou – isso foi inclusive numa reunião muito bem conduzida pela Dra. Rosemeire, está de parabéns pela sua condução –, o que a Casal está fazendo:

Corte das ligações de imóveis que foram evacuados: a Casal, por segurança, está fazendo o corte dos imóveis que foram evacuados para que a ligação não fique ali exposta a algum dano.

Suspensão das auditorias comerciais. Não há sentido em uma comunidade que está sensibilizada ao extremo, você estar fazendo auditoria comercial. Suspendemos completamente.

Suspensão do corte. A Casal não está cortando a água da população dessa região. É uma iniciativa que a Casal tomou; suspendemos o corte, atendendo a um pedido do ministério. Nós nos antecipamos e reforçamos, suspendemos.

Foram priorizados os desligamentos solicitados pelos usuários. O usuário que estiver saindo de sua casa por recomendação da Defesa Civil, procure a Casal. A unidade do Farol fica bem perto do bairro do Pinheiro, a cinco minutos de deslocamento. Temos uma equipe de plantão 24 horas com técnicos especializados em manutenção de redes que, com cinco minutos, deslocam-se até o bairro. Então, qualquer vazamento que haja – o Geraldo fica ali de vez em quando –, a equipe, com os equipamentos pesados, em no máximo 30 a 40 minutos já está no local.

Edificações com ocupação reduzida. Por exemplo, em um prédio que tenha seis apartamentos e só haja um morador... A Casal cobra por economias, quem mora em condomínios sabe que cobra por economia. Então, quanto maior o número de economias, a conta vai aumentando. Mas não há sentido, se o prédio está desocupado e só há um morador, a gente só vai cobrar uma economia, como se fosse uma residência. Também é outra forma de atenuar o drama por que a população está passando.

E abrimos um canal permanente de comunicação com os colegas do SOS Pinheiro.

É isso pessoal, coloco-me à disposição de vocês. A Casal, Geraldo, está aberta a vocês, sempre esteve, procure-nos! O meu telefone, que você tem, fica 24 horas no ar, ligue na hora em que você quiser.

Muito obrigado, Senador, um abraço. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – A presença da Casal é importantíssima nesta audiência pública. Inclusive, o Presidente teve a sensibilidade de mandar V. Sa. representando-o, ele foi um dos últimos a serem chamados aqui, foi um lapso também da nossa comunicação, mas se fez presente. Isso foi muito importante, demonstra o interesse em tratar do assunto.

Sendo assim, também quero ouvir, acho que é uma das expectativas do que está sendo posto pela imprensa, pela mídia... Todos os que fazem parte deste acompanhamento sabem que há algumas hipóteses que estão sendo desenhadas como possíveis causadoras desses danos. Não há um prejulgamento, não há uma afirmação, há hipóteses. E uma delas é o motivo que justifica o convite para comparecer aqui, que, de imediato, foi atendido pela Braskem, que explora a mineração em Alagoas. Ela tem aqui a oportunidade de demonstrar como é feito esse trabalho, especialmente no bairro do Pinheiro.

Então, passo a palavra ao Sr. Alexandre de Castro, Diretor de Negócios da Braskem.

**O SR. ALEXANDRE DE CASTRO** – Bom dia a todos. Sr. Presidente, mais uma vez, obrigado pelo convite, que aceitamos, como o senhor comentou, prontamente. Saudar também todas as autoridades aqui presentes, os colegas daqui da mesa, onde a gente está tendo esse importante debate de discussão, todas e todos os presentes.

Eu vou ficar aqui, porque acabei ficando no cantinho, e aí se eu falar aqui eu fico olhando para a apresentação e não consigo olhar para vocês. Então, o passador está aí? Porque eu não queria dar as costas para nenhum dos dois públicos.

A gente vai dividir a apresentação em três partes: a gente vai falar um pouquinho das nossas operações – alguns dos eslaides que vocês verão aqui já foram até apresentados, em função de todo o compartilhamento de informações e de dados que a gente tem tido com todos os órgãos públicos, principalmente com a CPRM (Agência Nacional de Mineração),

mas a gente vai entrar um pouquinho mais em detalhe nesses processos –, dos nossos controles existentes e das ações que a gente vem fazendo para apoiar as autoridades a encontrar as causas do que está acontecendo no bairro do Pinheiro.

Apenas para contextualizar, primeiramente a gente fala de sal, a gente fala da nossa atividade lá, mas o sal é o primeiro elo de uma cadeia de produção integrada em Alagoas, em que os produtos principais do nosso processo são soda cáustica e PVC. A soda cáustica muito no processo de produção de alumínio, de papel e celulose, sabão e detergente, produtos químicos de maneira geral. E o PVC, que a gente chama o plástico da construção internamente, porque ele está muito focado em segmentos de tubos e conexões, forros, telhas, perfis, mas também em calçados, laminados e cabos. Então, apenas para contextualizá-los, o sal é o primeiro elo dessa importante cadeia.

Aqui é o nosso polígono de concessão. A área de lavra, o tamanho dele é de 1.900ha. Até hoje, nesses mais de 40 anos de operação, a gente atuou em 83ha, o que representa algo em torno de 4,4% da nossa concessão.

Aqui um pouco do esquema gráfico para vocês entenderem como funcionam os poços. Eles estão a mil metros de profundidade, como já foi comentado; existem diversas camadas desde a superfície até a camada de sal. E aí é importante essa camada aqui, que a gente chama de conglomerado, uma camada de rocha, uma rocha bastante firme, comparada a um granito, que ajuda bastante na sustentação de todos os poços e na operação.

Aí vocês podem ver que a gente tem poços verticais e poços direcionais. Verticais são, obviamente, aqueles poços que, da superfície até a caverna, até a mina, a gente tem um tubo que segue em linha reta. E os poços direcionais, que num determinado momento a gente faz... Essa é uma tecnologia que a gente conseguiu adquirir somente depois dos anos 90; no início todos os poços eram apenas verticais.

A tecnologia de extração de sal. A gente chama de dissolução, lavra de sal-gema por dissolução subterrânea. É um processo relativamente simples, aqui a gente está vendo os tubos, são tubos concêntricos. O tubo do meio injeta água até a camada de sal, dissolve o sal e forma a salmoura. Pelos tubos de fora, a salmoura sai até a superfície, a gente a trata e ela vai para o nosso processo produtivo.

O início das operações foi em 1975, como já comentado também; profundidade de 1.200m, e a vida útil média dos nossos poços é de 10 a 15 anos.

Esse aqui acho que já foi apresentado em praticamente todas as apresentações. Basicamente, nós temos 31 poços desativados, 4 poços ativos. Os pinzinhos em vermelho são os poços que estão desativados e os poços em verde são os poços que estão ativos. É importante ressaltar que a gente não tem hoje poços em operação no bairro do Pinheiro.

Muito bem, isso, de maneira geral, é como nossa operação funciona. Vou entrar um pouco nos nossos controles. Para a gente exercer a atividade de extração do sal na Braskem, a gente segue uma série de normas técnicas internacionais de um processo, como vocês viram, que é extremamente simples, mas que é bastante consagrado internacionalmente.

A gente também envia relatórios anuais de monitoramento das lavras dos poços de sal e entrega ao órgão ambiental de Alagoas, o IMA.

A gente sempre trabalhou com diversas empresas internacionais para ajudar a gente nesse processo de monitoramento e controle de todos os poços – empresas francesas, empresas americanas. A gente acelerou esse processo de contratação de empresas internacionais do final do ano passado para cá, para ajudar em todo esse processo de acelerar na identificação das causas – empresas como Sabine; empresas como Flodim, Panamerican; as empresas que a gente está contratando para fazer o trabalho de interferometria; a Telespázio, que é a mesma empresa com que a CPRM está trabalhando; a Groundprobe, que é uma empresa canadense, também apoiando em todo esse processo.

Muito bem, uma das principais formas de a gente monitorar é o monitoramento por sonar e subsidência dos poços. Ao longo da vida útil de todos os poços, a gente fez 125 sonares em todos eles. Foram empresas contratadas, como eu já comentei, especificamente para realizar esses estudos. Os dados são utilizados como *inputs* para estudos de geomecânica – vou falar em seguida. E, até o momento, a gente conseguiu realizar o sonar em sete poços – fazer novamente, desde que passou, que foi pedido pela Agência Nacional de Mineração e também pela CPRM; a gente vai fazer o sonar em todos os poços que a Braskem tem, não só os que estão em operação, mas também em todos os que foram desativados há mais tempo.

Os monitoramentos topográficos não apresentam evidências de subsidência nas proximidades da lavra, segundo levantamento realizado até 2017. A gente está contratando um novo estudo para entender o que vem acontecendo de 2017 até agora, e também já contratamos para frente.

Esse é um caminhão de perfilagem, uma foto só para vocês entenderem. Ali há um sonar, que é basicamente uma sonda. Você abre o poço, tira a tubulação e coloca lá embaixo para que ela chegue até o final do poço e possa fazer, através de um estímulo, um sonar mesmo, para entender como está a cavidade do poço. E aí esses *inputs* a gente utiliza para fazer

18/108

estudos de geomecânica, para entender se a forma como estão os poços, ao longo do tempo, poderiam causar algum tipo de dano à estrutura da superfície.

Nós tomamos o cuidado, depois do abalo sísmico – que já foi comentado também – em março do ano passado, de realizar um estudo de integridade da superfície em um raio de 50m das nossas minas, tanto as ativas quanto as desativas. Não foi identificada qualquer patologia nas estruturas próximas. Emitimos um laudo e protocolamos na ANM. Tanto o CPRM quanto a ANM têm todas essas informações.

E aqui há duas fotos sobre o poço 31: a 30m da lavra do poço e a 20m da lavra do poço. A gente não vê, ou não conseguiu perceber...

*(Soa a campainha.)*

**O SR. ALEXANDRE DE CASTRO** – Sr. Presidente, mais um minuto?

*(Intervenção fora do microfone.)*

**O SR. ALEXANDRE DE CASTRO** – O.k.

E, por fim, a área de risco: o mapa aqui também a gente já viu aqui nesse bloco, nessa sessão, mostrando que a gente não tem poços sob as áreas de risco que foram mapeadas.

Muito bem, para a última parte, as ações que a gente está fazendo e acelerando para contribuir com informações e com as autoridades, para a gente chegar às causas do que está acontecendo no bairro do Pinheiro.

A sísmica de reflexão: já foram executados quase 32km. A pedido dos órgãos, adicionamos uma linha de 620m, outra linha de 1km. A gente terminou esse trabalho no dia 15, sexta-feira passada. Então, gente precisa agora de 30 dias para processamento dos dados e mais 15 dias para interpretação dos especialistas e nossos consultores para chegar a um relatório final.

Os sonares. Foram sete sonares executados, como eu comentei; dois sonares na região do Pinheiro. Nós temos hoje três sondas simultâneas em operação. Já contratamos mais duas, que chegam agora até o final de março. Então a gente vai ter cinco sondas em operação. E todo o esforço aqui é para que a gente possa acelerar o processo de finalização dos sonares, que é uma etapa muito importante para a gente compor todo o relatório final.

A empresa americana, como eu já comentei, Sabine Storage and Operation tem ajudado a gente nesse processo. A gente entrou em contato com o Solution Mining Institute, nos Estados Unidos. Eles indicaram diversas empresas internacionais com conhecimento nessa área. A gente contratou a Sabine. Eles já foram para Maceió e estão ajudando a gente nesse processo dos sonares pelo conhecimento que eles têm.

Interferometria é uma palavra que todos aqui, se não tinham ouvido, aprenderam hoje. Contratamos duas empresas, a Telespázio, que é a mesma empresa que a CPRM comentou. E aí a gente ampliou um pouco o escopo: dados de 2011 a 2019, sem especificar a direção do deslocamento. O prazo para a gente ter o relatório é de 30 dias úteis. E a empresa Groundprobe, no Canadá, com dados de 2017 a 2019, que mostram a decomposição do deslocamento, tanto na vertical quanto na horizontal. Então, falando em interferometria, a gente está tentando buscar aquilo que existe de mais moderno para ajudar a gente a compor o relatório final. E, como eu já comentei, contratamos dados futuros também para acompanhamento das operações.

E fico feliz, Thales, como você comentou, de terem contratado um estudo mais amplo também, de 2011 até agora, porque acho que vai ajudar muito a gente, na troca de informações, comparar os dados.

Nós estamos atuando muito no bairro. Então, são estudos... A gente entra às vezes com os sonares. Então, a gente identificou a necessidade de se comunicar muito mais com os moradores do Pinheiro.

Entre diversas ações que lançamos, eu queria destacar que a gente distribuiu 17 mil panfletos junto à comunidade. E, aí, toda vez que a gente vai fazer uma atividade de sonar numa determinada rua, a gente tem passado os panfletos, tem passado também com carro de som para informar os moradores e a sociedade do que a gente está fazendo. E lançamos também uma página no nosso *site*, que está aqui: www.braskem.com/esclarecimento-alagoas, em que a gente tem colocado todas as nossas atividades para que a comunidade possa saber o que a Braskem está fazendo o tempo todo, de maneira clara e transparente.

Muito bem, para a gente terminar toda essa etapa de finalização e de conclusão do que vem causando os problemas no Pinheiro, a gente precisa do monitoramento de subsidência por topografia, da conclusão dos sonares, da interpretação dos dados da interferometria, da interpretação da sísmica, da medição dos poços com giroscópio, da análise de geomecânica e da modelagem 3D. Ou seja, ainda são necessárias uma série de ações para que a gente possa chegar a um laudo final.

Esses trabalhos tomam tempo e, mais uma vez, reafirmo todo o esforço da Braskem em acelerar esse processo, contribuir e passar todas essas informações para os órgãos e entidades aqui presentes.

Por último, a gente, apesar de ter um tempo...

*(Soa a campainha.)*

**O SR. ALEXANDRE DE CASTRO** – ... para terminar toda a parte técnica, acha, em consonância com o que já foi dito aqui, na maioria das apresentações, que não precisa esperar o final de isso acontecer. A gente pode, sim, ir fazendo algumas atividades para ajudar, principalmente porque no meio de abril, maio, começa o período chuvoso. Então, nossa preocupação é com a comunidade. A gente contratou empresas para ajudar. Especialistas passaram uma série de recomendações que a gente possa, emergencialmente, fazer no bairro, até que os estudos sejam concluídos.

Eu destaco aqui algo que talvez já tenha sido falado em todas as apresentações, que é um sistema de drenagem superficial provisório, entre uma série de outras ações.

Destaco também que a Braskem é uma empresa privada; a gente não pode entrar na rua e mexer. Então, o que a gente está precisando é de todos os órgãos públicos apoiando, e a gente apoiando nesse processo, para que essas atividades emergenciais sejam instaladas.

Era isso que eu tinha para apresentar para vocês. Mais uma vez, Sr. Presidente, comento que a Braskem tem participado de todos os fóruns a que foi chamada para discutir esse assunto, discutir o assunto do bairro do Pinheiro. Afirmo que a gente está contribuindo de maneira irrestrita com todas as informações e dados para a identificação das causas do problema e digo, mais uma vez, que a gente quer ser parte da solução.

Obrigado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, aqui nós estamos exatamente ao meio-dia. Informo aos senhores que esta audiência pública também passou a ser transmitida pela TV Assembleia – a Deputada Jo Pereira está aqui presente – e também pela TV Cidadã, do Tribunal de Contas do Estado. Ou seja, a amplitude do nosso alcance aqui está sendo grande, enorme.

Reforçando a metodologia, até pelo avançar da hora – já estamos aqui ao meio-dia –, estamos apenas no primeiro bloco de quatro. Tenho aqui várias perguntas, e o objetivo da audiência pública é justamente este: extrair informações. Se os senhores também quiserem fazer perguntas, façam por escrito. Não vai ser possível agora abrir o espaço para perguntas, tendo em vista o tempo. Então, façam por escrito, encaminhem para mim e, de acordo com o momento, a gente vai analisar aqui e passar. Eu sei que cada um tem uma situação específica que vem junto com o desabafo. Nós estamos aqui diante de, no mínimo, cem pessoas, 150 pessoas, e é necessário ter uma metodologia.

Aqui, dando início, ouvi atentamente todas as falas e quero fazer alguns questionamentos, primeiramente ao Diretor Frederico Bedran, do Ministério de Minas e Energia.

Sr. Frederico, tomei conhecimento de que, no dia 13 de março, aconteceu uma reunião interministerial na Presidência da República. Então, quero saber se V. Exa. aqui pode dizer qual o teor dessa reunião em âmbito ministerial, dentro da Presidência da República. Qual é a importância dada a esse tema específico, se há algum comitê criado, em âmbito federal, para monitorar toda essa situação, se há diálogo entre eles e se há também conhecimento dos órgãos estaduais e municipais dessas reuniões. Então, se há algo apenas no âmbito federal ou se já há essa integração de um comitê criado para analisar esse caso específico de que estamos tratando durante toda a manhã.

Então, se V. Exa. puder dar essas respostas, tendo vista que está representando aqui o Ministério de Minas e Energia, e ele estava presente nessa reunião, eu gostaria de saber primeiramente.

**O SR. FREDERICO BEDRAN** – Bom, Senador, eu não participei especificamente dessa reunião, mas já da reunião subsequente, que foi ontem, eu participei. A coordenação fica por conta do Cenad. O Dr. Armin Braun estará aqui, logo depois, e poderá esclarecer melhor ainda isso. Mas todos os órgãos federais envolvidos na questão estão juntos numa espécie de uma sala de crise montada para acompanhar todos os fatos e toda a investigação técnica que está sendo feita inicialmente via CPRM. Então, eu acho que a atuação dos órgãos é uma atuação coordenada. Isso é prioridade dentro do Governo e estamos tratando o assunto com toda a atenção.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Só continuando, então, sabe dizer se há ata específica, se há algo sigiloso, se há participação também dos órgãos estaduais e municipais, se há esse diálogo do que acontece nessas reuniões, tendo em vista que um dos objetivos desta audiência pública é unificar não só

a comunicação, mas também os atos e buscar, quem sabe, aqui um direcionamento único de um comitê, de fato, com a participação de todos os entes envolvidos.

**O SR. FREDERICO BEDRAN** – Com certeza. Eu até frisei, na minha fala inicial. Essa responsabilidade imediata hoje é Defesa Civil, municipal e estadual. Então, Defesa Civil, Cenad, CPRM, todos os órgãos federais estão aptos prontamente para apoiar esses órgãos municipais e estaduais em todas as ações imediatas, ou seja, há, sim, uma relação muito íntima entre os órgãos, uma troca de informações, como pôde ser visto pela apresentação do Dr. Thales.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, eu vou....

**O SR. FREDERICO BEDRAN** – Nesse quesito, Senador, eu até gostaria que o Dr. Armin Braun também reforçasse essa atuação conjunta dos órgãos.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, eu vou direcionar a ele a pergunta no momento certo, porque esse é um dos grandes objetivos desta audiência pública.

O trabalho e o apoio já ficou claro e nítido que já existem há muito tempo, mas a questão é uma linha única de trabalho, e isso será fruto de cada mesa aqui. É um questionamento para que a gente possa avançar nisso porque todos nós temos nossas atribuições. A Dra. Roberta, no Ministério Público Federal, com certeza, tem mil e uma atribuições. Então, se a gente coloca um comitê de crise e cada órgão destina alguém específico para tratar sobre o assunto, a chance de haver um resultado mais célere é muito maior. Então, esse será um dos assuntos a serem extraídos de cada mesa.

Aqui, dando sequência...

**O SR. FREDERICO BEDRAN** – O senhor me permite? O Ministério Público Federal já nos notificou solicitando informações, todos os órgãos aqui presentes, pelo menos a ANM, a CPRM e o Ministério. Nós vamos não somente responder ao Ministério Público, mas vamos encaminhar todos os documentos, todos os relatórios realizados até o momento para o Ministério Público.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu entendi. A situação não é essa. Responder tem que responder. A gente está falando aqui é da questão de criar uma prioridade, um comitê único, um comitê gestor, uma sala de crise...

**O SR. FREDERICO BEDRAN** – Isso. De fato, isso já existe.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – ... específica com as pessoas nomeadas para isso e que possam cobrar dessas pessoas uma celeridade e um resultado único, mas iremos perguntar, no próximo

Dando sequência aqui, na segunda apresentação o Sr. Antônio Carlos tratou muito bem, quando falou aqui que a prioridade absoluta tem que ser sempre a preservação das vidas. Então, essa palavra, para mim, é a que move o sentimento de cada um que deve estar aqui. Então, a preservação de vidas deve ser importante. Falou aqui da importância de ter o apoio do Congresso, sem dúvida nenhuma, e fez uma prestação para o País, como bem foi dito, do que é a CPRM.

E eu queria saber, no âmbito da CPRM, se há hoje – tendo em vista que eu escutei, que foi dito por V. Exa. – uma dificuldade de orçamento; se isso é uma realidade; se há uma dificuldade de orçamento; se foram remanejados alguns recursos para o Pinheiro; se teria sido possível melhorar o atendimento feito à população e os estudos feitos se houvesse mais recursos; se há, hoje, algum impedimento, algum entrave, algo na parte burocrática, financeira principalmente, por parte da CPRM, que deixou de fazer ou que não está tendo um resultado no tempo hábil, devido à falta de algum investimento.

No início, não havia nem os equipamentos; hoje nós já estamos falando aqui dos equipamentos da Itália, do Japão, dos Estados Unidos, com especialistas. Então, hoje há algo que possa ser feito para melhorar o trabalho feito pela CPRM? Eu gostaria de saber de V. Exa.

**O SR. FREDERICO BEDRAN** – Senador, como eu falei inicialmente, a CPRM dispunha de recursos para atendimento de outros projetos que nós já vínhamos executando, em nível nacional, dentro da nossa programação preestabelecida. E nós utilizamos esses recursos para o atendimento do fenômeno que ocorre no bairro Pinheiro. E, depois, nós já tivemos um aporte de recursos do Governo Federal para dar continuidade à pesquisa geológica que está sendo feita no bairro Pinheiro. Então, até o presente momento, não faltou recurso financeiro para a execução das atividades de pesquisa no bairro Pinheiro.

É preciso que se avance na pesquisa, e aqui eu quero aproveitar a oportunidade para também, se o senhor me permitir, tecer algum comentário a respeito da indagação do Deputado Líder da Bancada federal do Estado de Alagoas e dizer para ele que a CPRM Serviço Geológico do Brasil é uma empresa de conhecimento, é uma empresa de ciência, e nós estamos

praticando ciência geológica no Estado de Alagoas, mas precisamente no bairro Pinheiro. O assessor Thales mostrou aquele organograma que nós já estamos imprensando para, num curto espaço de tempo, no menor espaço de tempo, a gente dar a resposta.

A ciência requer tempo, determinação, persistência e tudo o mais. Então, como os senhores e as senhoras podem observar, são várias metodologias empregadas no bairro Pinheiro; são vários métodos geofísicos empregados no bairro Pinheiro. E isso requer tempo. Nós precisamos aí de dez a 15 dias para processar o audiomagnetotelúrico, que se encerrou agora. E nós estamos aprofundando na pesquisa. E, como uma empresa de conhecimento, não poderíamos chegar, de uma hora para a outra, e trazer uma informação para os órgãos públicos, para a sociedade, no bairro Pinheiro, que não corresponda com a realidade.

Então, eu quero dizer ao nobre Deputado que, como ele, nós também estamos preocupados com o clamor das pessoas que habitam o bairro Pinheiro. Então, nós estamos agilizando permanentemente. Nós estamos com uma equipe de geólogos, de engenheiros, de hidrólogos, lá em Maceió. Trabalhamos, estamos trabalhando sábado e domingo, o Carnaval inteiro nós estávamos lá, trabalhando.

E eu quero também dizer ao Sr. Deputado que nós não estamos indo à praia, apesar de a cidade de Pinheiro, em Maceió, ser belíssima. E, para isto, para o deslocamento dos nossos técnicos, é necessário que se forneça a passagem aérea, é necessário que se forneça a diária, acomodação e hotel.

Quero dizer que as duas vezes em que fui a Maceió, para o contato com as autoridades constituídas do Estado, com a Prefeitura municipal, com o Sr. Governador do Estado, com a Assembleia Legislativa do Estado, com a Procuradoria Federal, um *workshop* promovido pelo Ministério Público, nós estivemos em Pinheiro. Aliás, em Pinheiro e Maceió.

E gostaria de dizer também, respondendo ao Deputado, que, em relação à nossa CPRM, Serviço Geológico do Brasil, vinculada ao Ministério de Minas e Energia, os diretores e os técnicos são o menor salário das estatais ligadas ao Ministério de Minas e Energia. E, qualquer que fosse o diretor, até dezembro do ano passado, quando se deslocava, tinha uma diária de R$110, que passou agora para R$155. Então, todas as vezes em que nós vamos a Pinheiro, que nós vamos a um restaurante, nós gastamos mais do que isso e nós tiramos do nosso bolso. Mas é a nossa função.

E quero dizer também ao nobre Deputado que eu não sou empregado do Presidente da República; eu sou funcionário de carreira da CPRM. Sou geólogo por formação profissional há mais de 40 anos na CPRM.

*(Soa a campainha.)*

**O SR. FREDERICO BEDRAN** – E eu estou nessa diretoria não por indicação do atual Presidente; eu estou por indicação ainda do Governo anterior. Agora, eu, como geólogo e como técnico, espero estar dando a nossa contribuição para assegurar ao povo de Pinheiro a preservação da vida.

Então, nós precisamos ter tranquilidade para processar esses dados e trazer a informação correta e precisa. E, ao final do nosso relatório, do relatório que virá do nosso corpo técnico, nós vamos submetê-lo às universidades, nós vamos submetê-lo a quem de direito for, para chancelar o nosso trabalho técnico.

Estamos em contato com o Serviço Geológico americano, o USGS, com dois pesquisadores com *expertise* no assunto, para saber se as nossas atividades, se o nosso cronograma de trabalho está correto. E nós tivemos a informação de que o caminho certo, correto, é esse. E nós precisamos, Sr. Presidente, ter essa tranquilidade...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso foi dito na apresentação. Acho que ficou bem claro.

**O SR. FREDERICO BEDRAN** – ... para a gente concluir esse trabalho. Nós não estamos aqui, em hipótese alguma, procurando culpados ou culpadas; nós queremos identificar a causa. E essa causa, sendo identificada, nós vamos torná-la pública.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então vamos a ela.

Dando sequência aqui, eu quero já me direcionar também à CPRM e, se possível, ao Thales, lendo um trecho de um ofício encaminhado em junho, o Ofício nº 17/DHT/2018.

Vou ler o que ele diz. Nós estamos falando do mês de junho de 2018; então, são quase dez meses.

Fala que existe a possibilidade de que o processo de que nós estamos falando aqui possa apresentar dimensões e consequências muito maiores do que os indícios atualmente permitem estimar, podendo evoluir, inclusive, para um colapso de terreno – ou seja, a queda brusca com alta energia. A gente está falando aqui de junho.

De lá para cá – inclusive foi dito na apresentação aqui –, a situação vem se agravando. Ou seja, há ainda uma movimentação do terreno, e cada vez mais acentuada. Até anotei aqui, quando foi dito, que essa subsidência, que é justamente o rebaixamento do solo, passou a se acrescentar em várias partes após esse período. Ou seja, aquilo que já era alarmante, no início de junho, hoje está sendo constatado.

Então, nós estamos, de fato, diante de uma situação que pode gerar um colapso de terreno, causando uma queda brusca. Por isso, acredito eu que o nosso dever de alerta deve estar ativo.

Então, quando foi dita essa afirmação... E eu aqui acredito que, hoje, o principal problema de quem está me assistindo e que mora no bairro Pinheiro é entender a delimitação dessa área.

Até onde eu tenho conhecimento, a delimitação foi feita pela Defesa Civil do Município, que colocou "área vermelha, amarela, laranja", e essa delimitação foi feita no olho, observando as evidências prediais, ou, no máximo, acredito, com equipamentos que não chegaram nem a 10m. Não sei nem se chegaram a usar esse equipamento, mas foi feita de acordo com as chamadas que foram realizadas, e foram delimitando. Nós estamos falando aqui de uma tecnologia de satélite, de uma tecnologia americana, italiana, japonesa, eu não sei. Mas, hoje, com certeza, o que tira o sono de cada pessoa que diz que mora no bairro Pinheiro e que coloca no seu CEP o endereço do bairro Pinheiro é saber: "Olha, a minha casa está na área vermelha? Está na área amarela? Está na área branca? Eu moro na área branca, mas ela está rachada. Tem gente na área vermelha que não está rachada". Ou seja, delimitar esse espaço, hoje, é uma prioridade, mesmo que não se tenha ainda esse laudo definitivo de quem foi o culpado. Então, vamos voltar ao que foi dito aqui: a prioridade absoluta é salvar vidas.

E a minha pergunta, minha primeira pergunta, é esta: a área que foi delimitada, que está exposta hoje para a população de Alagoas como sendo vermelha, laranja e amarela, permanece a mesma? Se não, vamos fazer um alerta a essas pessoas.

O Ministério Público, na terça-feira, fez uma recomendação para que as pessoas que moram na área vermelha saiam, como já foi feita pela CPRM, como já foi feita pelo Dinário, pelo Município, pedindo que as pessoas saiam. É uma situação de emergência, e já foi decretado isso em dezembro.

Então, saber o que, de fato, acontece hoje, qual é a área em que as pessoas têm que sair de casa é o primeiro passo. Aí, depois, para onde vai, como vai... Nós vamos continuar nas outras Mesas aqui. Quem é o culpado vai sair. Em algum momento, vai chegar quem é o culpado. Mas, hoje, tem que se delimitar essa área e saber se existe, hoje, algum local que possa dizer: "Essa é uma área inabitável. Aqui não se orienta ninguém a ficar nessa situação, porque estará colocando em risco a sua vida".

Então, essa pergunta é muito importante, tendo em vista que nós temos um monitoramento permanente que afirma que há um agravamento a cada dia que passa, como foi dito aqui pela NM, a cada hora. Situações que demoram milhões de anos para acontecer estão acontecendo a cada hora. E é visível. As pessoas estão saindo de casa.

Se eu for falar aqui do sentimento de cada um... Vamos ter os representantes dos moradores, que vão falar sobre isso, mas o sentimento é um sentimento de perda irreparável. Há a questão afetiva, há a questão psicológica, há a questão financeira, há a questão social, há os empresários... Ou seja, é muito grande.

Então, hoje, a pergunta é a seguinte: o que está exposto como sendo área vermelha, que é aquela mais grave, de onde as pessoas devem sair, sobre as quais há uma determinação do Ministério Público que foi fruto, com certeza, da avaliação desses ofícios a que a gente teve acesso, das informações que foram passadas nas palestras, da convivência com as pessoas, dos relatos... É apenas essa a área? Ou quem mora nas outras áreas também tem a orientação de não permanecerem lá?

Eu não consigo mensurar, não sou especialista na área, não sei se é muito, se é pouco... Até o Dinário, acho, vai poder dizer aqui qual o mês em que normalmente chove 30mm. Mas vão esperar chover para sair?

Eu cresci, e o bom senso também determina assim, ouvindo: "Choveu, vai para casa que você está protegido". Mas vão dizer: "Choveu, sai de casa, senão você vai correr risco de vida".

Então, eu acho que essa delimitação, hoje, é o principal objetivo de quem mora ali. É saber.

E isso tem vários desdobramentos. Primeiro, quem sai da sua casa tem o benefício social. Não é privilégio; é benefício. Pode ter direito àquilo que nós vamos votar aqui, ao FGTS, ao crédito diferenciado para os empresários. Então, há toda uma consequência disso, e há responsabilidade no que foi exposto aqui e o sentimento.

O senhor já está lá há muitos meses, e há o sentimento de irmandade com aquele povo, que precisa de um amparo. Que a gente possa ir por partes, e que cada um faça a sua parte, que é o quê? Está acontecendo isso, vamos salvar as vidas. Ponto. Como, quando, aí já vai partir para outro, já vai partir para outro. Quem é o culpado? Vamos chegar lá.

Então, Thales, se você puder dimensionar isso...

Inclusive, quando você mencionou na sua apresentação o rebaixamento, essa subsidência de 188mm, que, inclusive, em alguns locais chega a ser cerca de 40cm, essa velocidade que há, desse rebaixamento, você mencionou aqui como sendo

um alerta. Mas eu não sei qual é o normal. Se 188mm é grave, qual é o normal hoje? Eu sei que há, naturalmente, um rebaixamento do solo...

**O SR. THALES QUEIROZ SAMPAIO** (*Fora do microfone*.) – Três milímetros.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Três milímetros.

Então, nós estamos falando aqui de quantas vezes a mais? Não sou matemático também não, mas de 50 vezes a mais, 60 vezes a mais daquilo que é o natural. Ou seja, algo sobrenatural, algo que não é natural está acontecendo. Então, a nossa responsabilidade.

Não consegui imaginar mais alguém que pudesse colaborar com este tema que não esteja hoje aqui. Não consegui imaginar. E agradeço à minha equipe toda, ao pessoal da Comissão, que, juntos, de forma responsável, pensaram quem, neste País ou neste Planeta, pode contribuir para elucidar uma situação e, principalmente, tentar tranquilizar, tentar encontrar o que pode ser feito.

Então, sei que é uma enorme responsabilidade, dentro da sua alçada. Se puder responder a esses questionamentos, já será um bom caminho para os nossos próximos passos.

**O SR. THALES QUEIROZ SAMPAIO** – Senador, obrigado pela oportunidade.

Isso é grave mesmo. Então, a gente tem que falar com bastante clareza.

E o Deputado, o Sr. Senador e várias pessoas têm se referido sempre ao Thales, mas eu quero dizer que o Thales aqui, em primeiro lugar, está liderando a equipe por determinação e por confiança do meu diretor, que, por acaso, além de meu diretor, é meu amigo há muitos anos. Somos pesquisadores da CPRM juntos, trabalhamos muitos anos juntos, e nos conhecemos muito bem. E eu tinha milhares de coisas para fazer, e eu não sabia que Pinheiro era tão importante, e, antes de eu saber que Pinheiro era tão importante, ele sabia. E ele falou: "Para o que você está fazendo e vai para lá". Certo?

Então, eu acho que isso mostra a sinergia, a capacidade e a sensibilidade de um diretor perceber que existe um problema sério e que é preciso uma pessoa com bastante experiência para tratar do problema.

Segundo, a gente tem uma equipe muito boa trabalhando junto. Então, quando eu estou falando, eu não estou falando só o que o Thales pensa; eu estou falando o que o Thales pensa e o que a equipe do Serviço Geológico do Brasil pensa. E, aí, a gente tem geofísicos, a gente tem geólogos com especialização em Geologia Estrutural, geofísicos que tem um viés para eletrorresistividade, para audiomagnetotelúrico, para sísmica, enfim... Dentro da ciência da Geofísica você subdivide, dentro da Geologia você subdivide, e o grande desafio... Nós somos acostumados, nós somos treinados, nas nossas escolas, a trabalhar separados: nós fazemos provas separados, nós fazemos cursos, nós nos formamos sozinhos, fazemos mestrado sozinhos, fazemos doutorado sozinhos, fazemos concursos sozinhos, mas, aí, depois que você entra na empresa, você tem que trabalhar junto. É o grande desafio. E eu diria que o grande talento da Diretoria de Hidrologia e Gestão Territorial, liderada pelo Doutor Bacelar, é essa capacidade que a gente tem de fazer com que as pessoas trabalhem juntas. É por isso que a gente vai conseguir adiantar esse cronograma.

Mas, no dia de hoje, o que que eu posso asseverar? O que que o Serviço Geológico do Brasil pode asseverar?

Como está escrito em junho, o que a gente percebe é que havia uma zona de fraturamento, havia uma zona que, hoje, a gente sabe que é uma zona cisalhante. Ou seja, havia uma zona de fraturamento, e aí, com o tempo, a gente percebeu que não era só fraturamento, porque a fratura se abre, mas não tem rejeito; nem rejeito nessa direção, nem a...

A gente começou a ver rejeitos. Então, a gente sabia que tinha fraturas e falhamentos.

A gente sabe que a bacia de Maceió é cheia de fraturas e falhas. Certo? E está lá: Maceió está cheia de fraturas e falhas. Não é só no Pinheiro. Maceió toda, Salvador, Recife tem... Enfim, em todas as cidades litorâneas brasileiras, mas notadamente Salvador, Recife, Maceió e Sergipe têm fraturas em zonas urbanas, que estão quietas. Inclusive a famosa falha de Salvador, Cidade Alta e Cidade Baixa, e o Elevador Lacerda construído no plano da falha. Ou seja: encostado no plano da falha.

O que que a gente pode asseverar hoje? A gente tem um movimento lento, que, pela interferometria, nos mostra que, a partir de maio de 2016, o movimento já existia, mas o movimento era mais lento; e, a partir de junho de 2017 – a gente examinou vários pontos ontem –, a gente tem uma aceleração desse movimento. Não é uma grande aceleração. Tanto que, na média, a gente está com áreas importantes de rebaixamento, e, quando tudo baixa, a área não quebra.

Onde é que a gente está vendo as coisas quebradas? Onde a gente está vendo o cisalhamento? Onde a gente está vendo o fraturamento? Num bloco que não está baixando, junto com um bloco que está baixando. Ou seja: se você tem dois blocos, e esse aqui diz "eu não tenho nenhum motivo para baixar e não vou baixar", e o outro diz "acontece que eu tenho um motivo para baixar, ou por cavidades ou por algum outro motivo, e eu vou baixar". Então, só há um jeito: ou você estica, ou você quebra, ou você dobra. Certo?

Como o terreno lá é um terreno friável – principalmente as camadas superiores –, e a gente ainda tem algumas camadas de calcário importantes nessa coluna geológica, a gente tem, sim, um conglomerado. Esse conglomerado é um conglomerado sintetectônico... O que que significa sintectônico?

Quando esse conglomerado foi depositado, a bacia estava em movimento. Por quê? Porque, para você depositar um conglomerado... Um conglomerado é um aglomerado de rochas, composto de seixos de granito, de quartzo, de gnaisse; ou seja, havia uma área-fonte a oeste de Maceió, que ficou muito mais alta do que o mar, e, portanto, esse conglomerado desceu. Para a gente entender, eram leques aluviais. Vamos pensar em grandes rios descendo, carregando essas rochas por muito tempo, para poder ter um conglomerado de 300m de espessura.

Então, isso significa um tempo geológico bastante grande, e, por natureza, havia movimento crustal na deposição desse conglomerado. E, portanto, o serviço geológico advoga que é possível que. nesse conglomerado, existam zonas de fraqueza que foram formadas durante a deposição do conglomerado, assim como a gente advoga que existe zona de fraqueza em toda a coluna geológica do bairro do Pinheiro, e essas zonas de fraqueza não estão relatadas nos relatórios da Braskem, não estão relatadas nas pesquisas, e nós precisamos encontrar essas zonas de fraqueza, que a gente já sabe que existem na superfície, porque nós estamos vendo...

A gente não precisa mais ficar com pruridos de "ah, eu não vou chamar de falha, eu não vou chamar de fratura". Hoje a gente já tem certeza de que aquilo ali que a gente está vendo na superfície são falhas e fraturas. A equipe toda já concorda que há, no mínimo, 80m de profundidade. E eu, que sou dissonante nessa opinião, já enxergo isso até 150m de profundidade, mas vamos que a equipe tem razão, porque eles estão sendo muito cuidadosos... Mas, agora, com os métodos que estamos investigando, até 1.500m, nós vamos ver essas superfícies.

Há uma possibilidade de esses falhamentos... Esses falhamentos são rotacionais; eles não são planos. Eles começam verticalizados e giram. Há possibilidade de a gente ter esse falhamento girando em cima do conglomerado e de que todo esse bloco esteja se deslocando em direção à lagoa. Só que esse movimento é um movimento de rastejo. Imagine quando a gente diz que uma pessoa está rastejando. É que ela está bem devagarzinho. Ou seja: a cobra está rastejando. A cobra é diferente, porque às vezes ela rasteja rápido; mas, normalmente, quando a gente fala em rastejo, são movimentos lentos.

Nós já enxergamos o rastejo. O rastejo, inclusive, já tem rejeito, e a gente já pode enxergar o rejeito de 10cm, de 15cm, 5cm, na superfície. Só que veio a interferometria e nos disse o seguinte: o que vocês estão vendo é o encontro do bloco que está baixando com o bloco que não está baixando. É isso que vocês estão mapeando. É aí que está quebrando.

Então, o que a gente está vendo quebrado é um encontro de dois blocos, um que não baixa e um que baixa. E, quanto ao que baixa, há uma porção de áreas dentro dele que não está quebrada. Mas por que que não está quebrado se está baixando? Porque ele está baixando como um todo. E, em cima das casas que a gente vê quebradas, e a gente fez vários exercícios ontem... A gente pegava um ponto do lado da casa. Aí, esse ponto tinha uma velocidade de rebaixamento de tanto; pegava do outro lado da casa, o ponto estava baixando muito menos ou não estava abaixando. E aí quebra. Se um lado está abaixando e outro não está abaixando, quebra.

É exatamente isso que a gente está vendo. A zona mapeada pela CPRM como amarela, vermelha e laranja é o encontro dos dois blocos, o bloco que está baixando com o bloco que não está baixando, que é toda aquela área verde que eu mostrei num dos eslaides.

Aí agora a pergunta do senhor, a pergunta mais importante: "E aí? E a população do Pinheiro?" Porque a gente estava preocupado com a zona amarela, laranja e vermelha especialmente. E a população na zona que está rebaixando mais ainda, e que a gente não vê grandes rachaduras?

Nós não sabemos, Senador, hoje, se esse rastejo vai evoluir para um movimento mais brusco ao longo de dez anos, ao longo de 20 anos, ao longo de 50 anos, ou no próximo ano, ou na próxima chuva. Infelizmente, a Geologia ainda não é capaz de dizer isso. Por exemplo, a famosa falha de Santo André, na Califórnia. Há lá uma previsão, do serviço geológico americano, de que nós teremos um grande terremoto, na Califórnia, nos próximos 50 anos. Eles têm muitos sensores instalados ao longo dessa falha, mas eles não conseguem... Esse terremoto pode acontecer no próximo ano, pode acontecer amanhã e pode acontecer daqui a 50 anos. O que eles sabem é que a energia potencial que está sendo acumulada vai romper em algum momento, nos próximos 50 anos, que, para o tempo geológico, é um tempo muito pequeno, porque a Geologia trabalha com milhares de anos, milhões de anos e até bilhões de anos.

Por exemplo: o sal se formou há 100 milhões de anos. Aquele sal tem 100 milhões de anos. Eu estou arredondando para a gente não se esquecer. Havia as lagoas litorâneas, o mar enchia essas lagoas de água salgada, ficava ali quieta um bocado de tempo, evaporava toda a água da lagoa, depositava, sei lá, 2, 3m de sal, ele ia de novo, durante... E ele depositou 300m de sal. Depois disso, o mar invadiu esse sal, e formou-se uma plataforma continental de água limpa, rasa, com sal no

fundo, propícia para deposição de calcário, que é uma rocha marinha. Em cima desse calcário, depositou-se o famoso conglomerado, que a gente imagina que pode funcionar como uma lage.

Nós precisamos dos dados geofísicos para entender onde é que essas estruturas geológicas estão passando, o que elas estão cortando, se elas chegam às cavernas de sal ou não, se elas rotacionam em cima do conglomerado – que seria talvez o melhor dos mundos para estabilização do bairro do Pinheiro –, e, a partir de todos esses dados, a gente apontar, com engenheiros civis, engenheiros geotécnicos, geólogos geotécnicos, geológicos estruturalistas, uma solução para a estabilização do bairro do Pinheiro, se for possível, e a gente reza muito para que seja possível.

Agora, hoje, o que é que a gente pode dizer? Se chove no Bairro do Pinheiro... E eu sempre dizia: "Não, vamos considerar uma chuva aí a partir de 60, 70mm...". Hoje, a equipe que está trabalhando no Bairro do Pinheiro passou a noite inteira trabalhando e pegando dados, porque as nossas procuradoras de Maceió nos pediram para responder a uma série de perguntas.

Então, eu falei: "Hoje a gente dorme pouco, acorda cedo, eu estou indo ao Senado com o Dr. Bacelar e o Dr. Jorge Pimentel e mais a nossa equipe de assessoria parlamentar e assessoria de comunicação". Aqui também está um assessor especial do Ministro, o Comandante Jeferson, que nos assiste, que nos chamou para conversar, na segunda-feira, longamente – foram duas horas e meia de conversa. Portanto, a assessoria especial do Ministro de Minas e Energia está perfeitamente informada de tudo isso que nós estamos conversando aqui. E o próprio Ministro está informado disso.

E o que é que a gente pode dizer? Ao final de abril, nós teremos muitos dados e muitas recomendações a fazer, e talvez algumas soluções. Queira Deus que nós tenhamos como apontar soluções.

Durante este mês de abril, meu Senador, é uma angústia para todos nós, do Serviço Geológico do Brasil, para todos da Defesa Civil estadual, municipal, para todos do Bairro do Pinheiro. Nós vamos ter que ter um esquema de "gente, vai chover, nós vamos sair". Aí o amigo me pergunta: "Mas vamos sair de onde está vermelho, que vocês não mapearam, do que eu mostrei aqui, que está em subsidência?" Eu fiz essa pergunta para a equipe técnica, hoje pela manhã. Pedi para a líder da equipe técnica que está lá. Ela se chama Sandra Fernandes, tem mestrado, doutorado, pós-doutorado, é uma pessoa da absoluta confiança de todos nós, em especial do diretor, e ela disse: "Na minha opinião, chuva a partir de 30mm, as pessoas deveriam deixar o Bairro do Pinheiro."

E isso cria um problema muito grave, porque para isso aí precisa haver uma estrutura muito grande, que não pode ser só a Defesa Civil municipal e estadual. Isso tem que ter o envolvimento de Governo Federal, de governo municipal e de governo estadual... Ou seja: neste momento, eu acho que esses três Poderes têm que dar as mãos. O Poder Legislativo tem que estar atento, o Ministério Público atento...

E o que eu posso falar, em nome do Serviço Geológico do Brasil, com permissão do meu diretor, é que nós estamos completamente comprometidos em esclarecer as causas desse problema no menor tempo possível. Este camarada aqui, já algumas vezes, tarde da noite, a gente discutindo, ele olha para mim e diz: "Vá para casa, porque você já está falando bobagem. Você já saiu... Vá dormir um pouco e acorde cedo". E eu tenho feito isso, porque ele está numa brabeza, porque a diretoria é bastante grande. Eu queria só que os senhores compreendessem. Às vezes a gente pensa: por que é que o diretor não está direto lá em Maceió? Esse camarada tem mais de 500 pessoas sob liderança dele.

Ontem ele estava em Santa Catarina, observando e tratando de um assunto importantíssimo, que é a recuperação de áreas degradadas pela mineração de carvão. As empresas faliram, a União foi responsabilizada, e isso chegou para o Serviço Geológico do Brasil se responsabilizar, por uma coisa que nós nunca tínhamos feito. Então, ele teve que montar a equipe, estruturar essa equipe, fazer parceria com o Exército, e a gente está recuperando essas áreas lá.

Então, é só para compreender que é uma equipe, mas ninguém, nenhum dos pesquisadores do Pinheiro foi retirado nem para Brumadinho, nem para essa área de Santa Catarina, nem para nenhuma outra área por determinação do Dr. Bacelar. "Não retira ninguém". E eu sou o porta-voz dessa equipe e lidero essa equipe, e com muita honra, porque é uma equipe de excelência.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem.

Confesso que a fala de V. Sa., com a apresentação, me fez enxergar um cenário aqui: essa situação do rastejo. Então, o problema fica mais visível quando você tem algo estabilizado. Naquele que não é estabilizado, há uma subsidência, ou seja, um rebaixamento do solo, e você consegue mensurar. As casas se racham, mas elas estão sendo rebaixadas.

Quem está aqui embaixo também está sendo rebaixado, mas o ponto de referência dele não é aquele que está parado; é a área que está ao lado. Então, entendi o desenho da curva, do rastejo, como vocês falam aqui, e a área, pelo que eu entendo, será muito maior do que a que hoje é apresentada.

Então, peço aos senhores que aqui, em público, se comprometam com o Estado de Alagoas, com os alagoanos, para que, até o último dia do mês de abril, seja delimitada essa área e que esse laudo a ser apresentado seja conclusivo.

Pelo que entendi, os estudos já foram feitos. O que está sendo feita é uma análise desses dados. Acredito que já foram extraídas as informações, porque, doa a quem doer, é melhor ter a informação verdadeira ou a possível situação de gravidade do que a gente achar que o tempo milenar, o "pode ser que um dia aconteça", e se assumam as responsabilidades, e aqui não é o caso dos senhores. Pelo que eu vi, a parte técnica está sendo feita. Mas que a gente possa tranquilizar essas pessoas também.

E as atitudes, aí... O problema vai ser um problema nacional, o Município vai fazer a sua parte, o Estado, as pessoas... Vai ser uma comoção, sem dúvida nenhuma, porque nós estamos falando aqui só do bairro Pinheiro... E, ontem, eu tive a informação da Fecomércio de que o bairro Pinheiro corresponde a 20% dos empregos do Município de Maceió. E já não é o bairro Pinheiro, porque, quando a gente fala do rastejo, já vem o Mutange e o Bebedouro. Já aumenta essa área, para chegar até a lagoa. Então, é uma situação bem interessante.

Então, publicamente, eu pergunto: podemos aqui... E eu ressalto que um Parlamentar, um Senador, um Deputado Federal ou Estadual, um Vereador... Muita gente pensa que a principal que eles têm é fazer leis. Eu sempre digo que é a segunda. A principal é fiscalizar os serviços públicos, os recursos públicos. Então, nós vamos ter aqui também uma linha de trabalho no sentido de cobrar isso.

Então, esta Comissão... Nós estamos sentados aqui, na Comissão de Transparência, Governança, Fiscalização e Controle do Senado Federal, a qual eu presido. Então, estou atento ao começo, meio e fim.

Estamos falando de prazos razoáveis, tendo em vista que não é hoje. Isso aí já é uma expectativa daquilo que já foi, inclusive, colocado como prazo inicial, há uma época atrás. Então, é esse o compromisso.

Então, só duas perguntas referentes a isso. Primeiro, se a gente pode, até para tranquilizar as pessoas, dizer: "Olha, antes da quadra chuvosa", que eu acredito que começa já no final do mês de abril ou no começo de abril – então, já há até esse agravante –, mas, nesse período, as pessoas já vão ter uma expectativa de que área está sendo atendida e qual o alcance. Porque, pelo que eu percebi, não é apenas a área vermelha; não é apenas Pinheiro; é toda uma região. E, aí, o problema é grande, e vamos procurar uma saída grande também.

Então, essa é uma pergunta.

E outra pergunta, que foge um pouco ao meu relato aqui, mas que vai ser fruto dos meus questionamentos aos demais aqui, é se a CPRM, hoje, consegue dimensionar essas cavernas que são faladas, embaixo do solo.

O senhor pode dizer qual é o raio, qual é o comprimento horizontal e vertical dessas cavernas que hoje se encontram no bairro do Pinheiro? Até mesmo porque hoje existem várias informações que circulam, algumas até temerosas, outras que a gente sabe que é criação de computador, mas também existe muita verdade em cima disso.

Então, se há hoje, por parte da CPRM, o conhecimento do alcance dessas cavernas, qual é a dimensão que elas têm, para que a gente possa prosseguir aqui com a audiência.

**O SR. ANTONIO CARLOS BACELAR NUNES** – Senador, nós podemos nos comprometer aqui em agilizar, para que, até o final de abril, nós estejamos com o nosso relatório pronto e com as sugestões identificadas lá, para torná-las de conhecimento público.

Vamos fazer todo o possível para que, ao final do mês de abril, nós estejamos com o nosso relatório concluído.

Mas eu quero aqui também fazer uma advertência: isso não impede que os organismos municipais, estaduais, federais e Defesa Civil comecem a trabalhar para uma emergência futura do bairro Pinheiro. O Dr. Thales foi claro de que o bairro Pinheiro está em constante movimentação. E a nossa preocupação maior é com a quadra da chuva, que está se aproximando.

Então, é preciso que os organismos municipais, estaduais, federais, organizações não governamentais e Procuradoria já estejam trabalhando, no sentido de evitar uma consequência danosa à vida do ser humano.

Porque essa parte aí não é responsabilidade do serviço geológico. A nossa responsabilidade, Srs. Senadores, Sras. e Srs. Deputados, Ministério Público, senhoras e senhores, é a conclusão do nosso relatório. E nós haveremos, com fé em Deus, confiantes na equipe de que dispomos, de chegar ao final de abril com o que nós entendemos a respeito dos problemas do bairro Pinheiro.

A segunda pergunta eu quero aqui, Senador, passar ao Dr. Thales, pois é uma pergunta mais técnica e ele tem mais informação do que eu, apesar também de ser geólogo.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Antes de responder, Thales, há perguntas que chegaram pelo e-Cidadania aqui. Eu resumi todas essas perguntas que foram feitas pela Walquíria e pelo Mickael Douglas – até o Mickael Douglas está acompanhando aqui, de Alagoas –, pela Maria José e pela Maria Estefania.

Então, eu resumi a pergunta deles nesses discursos.

**O SR. THALES QUEIROZ SAMPAIO** – Bom...

Sr. Presidente desta Comissão importante... E a coisa mais importante que há aqui, rapaz, é a transparência. Então, eu tenho procurado ser transparente sempre, por mais que isso, em alguns momentos, me angustie.

O que que a gente está vendo? Porque a grande questão, Presidente, é que nós estamos processando dados, e o processamento é demorado. A gente está usando... Por exemplo, eu estou com um computador hoje, aqui, que está ali na mesa. Se a gente for processar o que a gente está processando numa máquina desse tipo aí...

A gente levava 24 horas para processar uma imagem de uma cena, certo? Essa mesma imagem, que era uma imagem de satélite interferométrico, hoje a gente consegue processar em duas horas com as máquinas que a gente tem. Então, olha o que a gente encurtou no tempo.

Então, o que que a gente está vendo? Enquanto a gente está fazendo, a gente coleta alguns dados, mas são dados brutos – mas você vê os dados. E é claro que o geólogo tem o raciocínio geológico e tem o tirocínio, não é? E, na parte de eletrorresistividade, em que a interpretação é mais rápida, a gente conseguiu ver, no cruzamento de zonas condutivas, que a gente está interpretando como falhas, alguma coisa que a gente interpreta como pequenos vazios – não são grandes vazios –, mas esses pequenos vazios contribuem muito para o que está acontecendo na superfície.

Existem grandes vazios? A gente está vendo algumas anomalias na gravimetria. Esse método gravimétrico, o próprio nome está dizendo: gravimetria trabalha com a gravidade. É um aparelho supersofisticado, supersensível. Então, você tem que trabalhar com todo o cuidado, com o GPS geodésico de alta precisão, sempre ao lado dele. O GPS tem que estar sempre na frente. E o nosso geofísico... Esse aparelho não é para trabalhar dentro de cidade. Então, ele teve que aprender a limpar do aparelho os ruídos de ônibus, de caminhão, de carro... Ou seja, os ruídos humanos do bairro, para que ele ficasse só com aquilo que é especificamente da Geologia. E ele conseguiu. O trabalho está ficando muito bom. E ele consegue ver algumas anomalias que podem ser identificadas com vazios em profundidades maiores. Eu perguntei: "Roberto, que profundidade?" Ele disse: "Não consigo ver. Eu tenho que processar mais".

Então, a eletrorresistividade aponta para que é possível que existam vazios a profundidades menores – aí eu estou falando de profundidades de 50m.

É possível que exista algum tipo de vazio na primeira camada de calcário, mas a gente vai ver isso... A primeira camada de calcário está abaixo do Aquífero Barreiras/Marituba. São duas camadas geológicas que, hidraulicamente, estão ligadas. Hidraulicamente significa que a água passa de uma para outra sem barreira.

Abaixo dessas camadas, abaixo desse aquífero arenoso, há calcário. E, como nós explotamos, como a própria natureza da mineração explota água desse aquífero, retira água desse aquífero, e, portanto, quando você está retirando água do aquífero, a água subterrânea passa a se movimentar em muito maior velocidade do que quando ela não está sendo explotada. E, como a explotação é 24 horas por dia sem parar e, às vezes, 300, 360 dias por ano – ou seja, só para fazer manutenção –, se a água estiver circulando no calcário, também pode haver cavidades no calcário, mas a gente só vai saber disso quando a gente conseguir pegar todos os métodos geofísicos, interpretá-los e integrá-los. É aquilo que eu falava: nós somos acostumados a trabalhar separados. Então, o cara da eletrorresistividade vai dizer: "Olha, eu estou vendo isso". O cara do audiomagnetotelúrico: "Eu estou vendo isso". O cara da gravimetria: "Tá, meu amigo, e o que é que nós estamos vendo todos juntos?" A gente vai ter que integrar esses dados e ter um modelo tridimensional em que possamos mostrar, tridimensionalmente, o que a gente está vendo para um Senador da República, um Governador, um Prefeito, um gestor. Ou seja, nós vamos mostrar em três dimensões. Olha, aqui você está vendo norte, sul, aqui você está vendo leste, oeste... Ou seja, você vai poder rodar o seu bloco, olhar o bairro do Pinheiro de cima, ver a topografia...

A gente fez um voo curvante. Não foi um simples *drone*; foi um Vant. Fizemos fotos de altíssima qualidade do bairro. Essas fotos estão sendo ortorretificadas. Significa que nós vamos ter a topografia em detalhe do bairro do Pinheiro. Vai ser muito útil para o que a gente vai precisar fazer no bairro do Pinheiro. E, aí, a gente vai ter o detalhe de todas as camadas geológicas e as estruturas geológicas. **O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – A Mesa está sendo um pouco mais demorada, justamente pelos dados técnicos. Muitas novidades estão sendo apresentadas para uma grande parcela do público que está assistindo e que está aqui presente. Os questionamentos surgirão posteriormente. Mas, só em termos de dados, estou tendo aqui a confirmação da CPRM. Vamos colocar uma data: até o dia 30 de abril nós teremos esse laudo concluído. Só para haver um termo técnico.

Sendo assim, vou inverter um pouco a ordem, mas o questionamento é necessário. Então eu agradeço, realmente, porque é algo que cria uma expectativa. Então, é muito positivo.

Eu gostaria de fazer uma pergunta ao representante da Braskem, Sr. Alexandre de Castro.

Alexandre, na prestação feita pela Braskem, foi demonstrado aqui o polígono de concessão que a Braskem tem naquela área, que, coincidentemente ou não, se fosse falar do polígono da área afetada sobre este assunto que foi demonstrado, aqui, pela defesa civil, pela CPRM, pela ANM, coincide muito com a área que foi de concessão da Braskem. E eu gostaria de perguntar a V. Sa. sobre essa exploração mineral que há embaixo. Sei que a entrada dela é uma entrada pequena, mas que embaixo aumenta esse raio, aumenta esse alcance. Se a Braskem hoje... Se esses poços que existem não apenas de Pinheiro, mas em toda essa região em que há concessão da Braskem... Se ela consegue dizer qual é a dimensão dele. Isso, hoje, é possível afirmar? Vocês têm esses laudos? Vocês têm esses atestos? Essa é uma pergunta. É a primeira pergunta.

E aqui eu solicito sempre que seja muito sucinto, até pelo horário, e que a gente possa ser produtivo.

Outra pergunta, e aqui confrontando com o que foi dito pela ANM: as informações aqui dão conta, pelo que foi falado, de que esses poços já não são mais verticais. A apresentação demonstrou um tipo de exploração que começa vertical e depois ela vai lateral, direcional, e um outro que é vertical. Então, aqui foi demonstrado pela ANM que essas verticais hoje estão empenados. Então, a Braskem tem essa informação também? É a Braskem que passa essa informação para a ANM? Como é feita a fiscalização pela ANM referente à Braskem? São relatórios mensais, anuais? E quem faz esse relatório?

**O SR. ALEXANDRE DE CASTRO** – O.k., Senador. Obrigado pelas perguntas.

Mais uma vez, a gente tem... Porque, do ponto de vista de operação, se eles são direcionais ou verticais não faz tanta diferença. As tecnologias que permitiram que a gente fizesse poços direcionais foi justamente para que a gente pudesse explorar outras ou extrair sal de outras áreas. Então, o direcional permite, por exemplo, que você faça um furo, como V. Exa. comentou, e eu faça o poço lá na frente, debaixo da lagoa, por exemplo. Por isso a gente consegue fazer através dessas duas tecnologias. Então, se ele é direcional ou não é direcional não tem tanta influência assim no processo.

O tamanho dos poços.

Como eu comentei, são poços que têm vida útil, dependendo da quantidade de poços que eu tenho em operação, que podem variar em torno de 10 e 15 anos. E, em geral, os poços lá embaixo têm uma dimensão de diâmetro que pode girar em torno de 200 a 300m. Esse é mais ou menos o diâmetro que pode ter o poço todo, porque ele tem um formato circular, oval; então, entre um ponto e outro, ele pode ter entre 200 e 300m.

E a última pergunta, comentando...

*(Intervenção fora do microfone.)*

**O SR. ALEXANDRE DE CASTRO** – Desculpe-me. Eu estou até aqui com a equipe, da mesma maneira que vocês, e eu estou com o Diretor Industrial da Braskem, que atua lá na mineração. Se o senhor permitir que ele possa corrigir uma informação, eu agradeço.

*(Intervenção fora do microfone.)*

**O SR. ALEXANDRE DE CASTRO** – Sr. Álvaro César.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone*.) – Pode vir para cá.

**O SR. ÁLVARO DE ALMEIDA** – Respondendo à pergunta: quando foi mostrada a estrutura do sal, a gente vê que, mais ou menos, isso varia em torno de 300m, de cima a baixo. Então, quando você faz um poço, seja vertical ou seja direcional, sob o ponto de vista da integridade não há nenhuma diferença. A única diferença do direcional é que eu posso colocar a árvore de natal aqui... Eu estou aqui, por exemplo, no CSA, e, em vez de tirar embaixo do solo CSA – você conhece o CSA –, eu posso posicionar a árvore de natal ali e direcionar a retirada do sal, que vai lá embaixo mil metros – embaixo da lagoa. A única diferença é essa.

Então, normalmente, quando a gente olha aqui, esse patamar de sal vai de 900 a 1.200m. Então, ele tem 300m. Se você fura um poço, primeiro, você não retira de cima a baixo. Aí nós não estamos falando do diâmetro; estamos falando da quantidade que você tirou, sob o ponto de vista da altura, e o diâmetro, que foi a sua pergunta, normalmente é em torno de 70m.

Mas tudo isso é definido, porque, quando a gente olha... Aqui a gente tem 300m, mas não necessariamente ali a gente vai ter. Há locais que têm 200m. Então, o que define isso é um estudo geológico, antes de você furar. Por isso que ele comentou sobre uma vida de 10 a 15 anos, porque, quando você começa a tirar, é muito pequeno. Você vai fazendo sonar,

e os sonares vão mostrando assim, ó: você já tirou, você estava com um diâmetro de 10; dois anos depois está 20; três anos depois está 30; quatro anos depois está 45 – estou dando números fictícios. E o estudo geológico diz assim: como está o formato dessa cavidade, é o momento de você parar. É por isso que a gente faz...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – São 50m?

**O SR. ÁLVARO DE ALMEIDA** – Não. Em média. Então, há uns que são 60, há outros que são 70... É o máximo a que a gente chega...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – A altura?

**O SR. ÁLVARO DE ALMEIDA** – A altura, normalmente... Altura. Diâmetro é isso que estou falando... Quanto à altura, como eu tenho um patamar de 300m, normalmente a altura fica em torno de 200m, quando se retira. É a altura. Foi o que ele tinha comentado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – Vou usar a apresentação aqui, não sou especialista...

**O SR. ÁLVARO DE ALMEIDA** – Está bom.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Vou fazer uma pergunta, com uma extração lógica do que foi falado aqui pela ANM, pela apresentação do Thales e pelo que estou vendo aqui.

Quando a gente fala nessa área descendo, que ela está tendo uma movimentação... Eu quero saber da Braskem: hoje, essa cavidade... Nosso amigo aqui... Álvaro, essa cavidade, hoje, se encontra aqui? Porque, pelo que percebi, já houve uma movimentação do solo, não se consegue mais medir, pelo menos verticalmente – como foi dito aqui, está empenada. Então, quero saber se essa informação dita por aquele órgão que fiscaliza a Braskem procede, porque isso aqui pode ser uma grande comprovação da celeridade do que está acontecendo e da gravidade daquilo que a gente está enfrentando. Repito: não quer dizer que, se isso aqui está torto, foi isso aqui que causou, mas é uma forma de mensurar o avanço dessa movimentação da terra. Acho que me fiz entender aqui.

**O SR. ÁLVARO DE ALMEIDA** – Entendi.

Deixe-me fazer três comentários que são importantes.

Primeiro, a cavidade está lá, continua lá, não se movimentou: não saiu daqui e foi para lá ou foi para cá...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – Mas com relação ao...

**O SR. ÁLVARO DE ALMEIDA** – Deixe-me fazer só um comentário.

Segunda informação importante: quando a gente fala em cavidade, em nenhum momento... Não é no sentido de isso aqui ficar vazio...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – Não, eu não falei isso.

**O SR. ÁLVARO DE ALMEIDA** – Não, eu sei. Só estou fazendo um esclarecimento. Eu vou responder a sua pergunta.

Em nenhum momento, isso aqui fica vazio.

Quanto ao terceiro ponto, é importante a gente lembrar... Já fiz comentários em vários outros fóruns. Essas minas desativadas... Isso é uma tecnologia que há no mundo inteiro. Nos Estados Unidos, por exemplo, essas minas, depois de desativadas, são utilizadas para se armazenar petróleo ou gás. Como? Ela está desativada, cheia de salmoura; injeta-se petróleo lá em cima, o petróleo não se mistura com a salmoura, expulsa a salmoura, e ficam armazenando petróleo ou gás. Nos Estados Unidos, isso é muito comum; na Holanda, nos Países Baixos, isso é muito comum. Porque fica parecendo que mina desativada é um problema. É uma tecnologia reconhecida.

Agora, a sua pergunta.

O empeno que foi comentado... Não é que isso aqui está empenado. O que a gente está observando é que, quando a gente está descendo o sonar, para chegar até aqui e fazer o ultrassom da caverna, para saber o tamanho dela, a gente está encontrando algumas situações, mais na região superior, de empeno da tubulação. Aí, corrobora exatamente com o comentário do Dr. Thales: a gente está tendo um movimento de terra, e, se está havendo um movimento de terra,

você pode... Se ele está principalmente nesse movimento horizontal, você pode efetivamente provocar algum tipo de modificação na tubulação – não é na caverna, é na tubulação. Eu acho que é importante que isso fique claro.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – É, no intuito – que eu acredito que seja este o intuito da Braskem – de colaborar.

**O SR. ÁLVARO DE ALMEIDA** – Sem dúvida.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, a gente está falando aqui, tanto é que eu não entrei nem na questão do armazenamento do petróleo, do gás. Eu sei que é uma realidade no mundo inteiro.

**O SR. ÁLVARO DE ALMEIDA** – Estou dando um exemplo.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Não é a questão da cavidade em si. A gente está... Inclusive porque a Braskem pode ter acesso a uma informação hoje, e adiantaria muito o trabalho que o pessoal está esperando aqui.

**O SR. ÁLVARO DE ALMEIDA** – Só retificando, as informações que nós temos nós passamos para a Agência Nacional de Mineração...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso.

**O SR. ÁLVARO DE ALMEIDA** – ... e para o Serviço Geológico. Nós estamos trabalhando em conjunto, nós não estamos trabalhando um ao lado... Por exemplo, a análise de sísmica que nós terminamos na sexta-feira, o Serviço Geológico e a Agência Nacional acompanharam o tempo inteiro. O próprio Alexandre mostrou... Nós definimos lá todas aquelas linhas que definiram lá os 32km. O Serviço Geológico... "Coloque mais essa outra linha, estenda essa linha por mais um pouco". Então, trabalhamos juntos.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, como nós estamos falando aqui de algo técnico, de algo que envolve uma gravidade que nos traz aqui, com certeza, nesse laudo há mais ou menos quantos centímetros aquilo que estava reto, abaixo do solo, desde quando, a superfície, até o solo, mesmo que seja na área superficial, ali até a área de arenites, por exemplo, mas quantos centímetros... Eu acredito que vocês têm esses laudos, essa informação, porque, se vocês mensuram sempre, até para passar para os órgãos de fiscalização, e não se consegue descer até a sua cavidade, até a parte final, em algum momento, em alguma metragem, vai-se demonstrar onde está esse entrave, e aí, em comparação com o solo, pode-se conseguir.

**O SR. ÁLVARO DE ALMEIDA** – O importante é a que profundidade.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Exatamente. Que profundidade?

**O SR. ÁLVARO DE ALMEIDA** – Exatamente.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Não, a profundidade e a inclinação. Então, acredito que esses dados...

**O SR. ÁLVARO DE ALMEIDA** – São esses estudos que a gente está fazendo. Ao se fazer o sonar, essas informações que estamos coletando, estamos passando. Não há nenhum objetivo de...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu sei.

**O SR. ÁLVARO DE ALMEIDA** – ... omitir informação.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Os senhores estão passando, e aqui eu estou exatamente perguntando: qual é? É isso que eu quero saber. Eu não estou perguntando se está passando; eu estou perguntando qual é.

**O SR. ÁLVARO DE ALMEIDA** – Qual é o quê?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Qual é essa inclinação e a profundidade dessa operação?

**O SR. ÁLVARO DE ALMEIDA** – A gente não está medindo a inclinação. O que a gente observa é que, quando a gente passa o sonar, a gente pode encontrar uma tubulação amassada. Isso significa que ela sofreu um dano. É desse empeno que a gente está falando.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Mas vocês conseguem detectar qual é o local em que há o empeno?

**O SR. ÁLVARO DE ALMEIDA** – Em torno de 200m, 250m, a gente encontrou situações como essa – 200m, 300m.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Mas é de maneira afirmativa? De 250m a... Isso consta no laudo? É para questão de raciocínio.

**O SR. ÁLVARO DE ALMEIDA** – Houve mina em que nós encontramos a 290m, houve uma mina em que nós encontramos a 280m, houve minas em que nós não encontramos.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, esses dados eu vou solicitar também por escrito...

**O SR. ÁLVARO DE ALMEIDA** – Com certeza.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – ... para que seja demonstrado quais são, quais foram.

**O SR. ÁLVARO DE ALMEIDA** – Eles estão sendo passados para a Agência Nacional, Senador.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Certo. Vai ser participado para a Comissão, agora.

**O SR. ÁLVARO DE ALMEIDA** – O.k.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Este é o objetivo aqui: extrair informações. Então, essa é uma pergunta que eu estou fazendo para obter informações.

**O SR. ÁLVARO DE ALMEIDA** – Sem dúvida.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Para que a gente possa aqui ter um direcionamento.

**O SR. ÁLVARO DE ALMEIDA** – Perfeito.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – E aqui eu já pergunto à ANM...

Agradeço a apresentação do Victor, Diretor-Geral da ANM, e eu gostaria de saber qual foi o último laudo encaminhado pela Braskem sobre os poços que constam não apenas no Pinheiro, mas também em toda essa região que estamos aqui delimitando. Qual foi o último laudo enviado?

Segundo. Percebemos agora, e eu até ressalto mais uma vez, o momento que nós estamos vivendo, de trabalhar com algo preventivo. O que nós vivemos agora em Brumadinho foi uma situação que colocou todos aqueles que fazem parte dos órgãos de fiscalização em xeque, inclusive alguns até na cadeia. E uma das situações até para os engenheiros também, porque a agência que deveria fiscalizar recebia os laudos para analisar, e esses laudos que eram analisados eram feitos exatamente pela empresa. Esta é a situação hoje da ANM: ela analisa os laudos que são feitos exatamente pela empresa ou há um profissional específico? Como é feita a fiscalização dessa agência?

**O SR. VICTOR HUGO BICCA** – Senador Rodrigo Cunha, a lei da Política Nacional de Segurança de Barragens define, com muita clareza, no seu art. 3º, de quem é a responsabilidade pelo empreendimento. Então, a barragem é responsabilidade do detentor do direito minerário, é ele que tem a responsabilidade. E quem fiscaliza a atividade de engenharia é o Crea/Confea.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Até peço licença para deixar claro que esse exemplo não quer dizer que a ANM seria responsável, mas para dizer que quem analisou analisou com base nesses laudos.

**O SR. VICTOR HUGO BICCA** – Perfeito.

No que tange a detalhes, especifidades técnicas, eu trouxe aqui me acompanhando o nosso Superintendente de Produção Mineral, e ele pode detalhar com mais precisão a resposta para V. Exa., se assim V. Exa. me permitir.

Vou permitir para o Dr. José Antonio responder. Pode ser?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sim.

32/108

**O SR. VICTOR HUGO BICCA** – Por gentileza, Dr. José Antonio.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Nessa primeira bancada, por favor, pode-se liberar o áudio?

**O SR. JOSÉ ANTONIO ALVES DOS SANTOS** – Boa tarde a todos.

Em relação aos estudos das cavidades, nos apresentaram o laudo na última semana ou primeira semana deste mês, que foi encaminhado ao nosso consultor em geomecânica, que está fazendo o estudo, a interpretação.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – O laudo de... O estudo das cavidades?

**O SR. JOSÉ ANTONIO ALVES DOS SANTOS** – O estudo das sete cavidades cuja ecografia já foi feita foi apresentado e nós o submetemos ao nosso consultor de geomecânica para estudar e fazer a interpretação.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Mas agora é possível dizer, na cavidade, qual é o espaço que há?

**O SR. JOSÉ ANTONIO ALVES DOS SANTOS** – A princípio, numa visualização superficial, você vê que a geometria da cavidade está sendo preservada. É isso aí. A princípio, mas é preciso estudo mais apurado e, para isso, a gente contratou uma consultoria especializada.

**O SR. VICTOR HUGO BICCA** – Sr. Presidente, eu não sei se ficou bem claro para todos, mas é importante que isto fique bem claro: dos 36 poços que foram perfurados para exploração de sal, há 30 ou 31 desativados. A exigência da agência foi que todos os poços, ativos e inativos, fossem checados. É por isso que a empresa está fazendo essa campanha do Sonar. Aí que aflorou com mais intensidade essa questão da dificuldade de acessar algumas cavernas de superfície, porque o equipamento que desceu encontrou resistência.

Então, a leitura imediata é que o poço está empenado. Esse empenamento foi reportado para nós e ocorreu na profundidade, Dr. Thales, entre 250 e 350m. Aí é evidente que os técnicos, especialmente do Serviço Geológico do Brasil, vão usar isso, porque a grande dúvida é se os falhamentos lístricos estão acompanhando o conglomerado ou cortam o conglomerado.

Então, essa informação da empresa é muito importante para a gente poder ajudar a esclarecer essa questão, Senador.

**O SR. JOSÉ ANTONIO ALVES DOS SANTOS** – Só complementando: nós recebemos primeiro, inicialmente, o resultado de cinco poços que nós passamos para a CPRM. Agora recebemos mais dois e vamos também repassar para os estudos da CPRM. Aparentemente em um dos poços, já que o senhor tocou em se está 100% preservado, em uma das cavidades, parece que deu uma configuração diferente do último Sonar que eles tinham realizado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem.

As Parlamentares que estão inscritas aqui – faço como sugestão também –, se quiserem falar agora, serão muito bem-vindas; se quiserem falar ao final de cada bloco, se quiserem falar ao final deste mesmo, ressaltando aqui primeiro a objetividade, que não é o caso das senhoras, que eu tenho certeza de que não vão divagar, não vão aqui fazer um histórico; o histórico todos nós conhecemos. São realmente perguntas objetivas para os nossos convidados, e que possamos dar sequência aos outros blocos para terminar ainda no dia de hoje esta audiência pública.

Sendo assim, passo a palavra à Deputada Federal Tereza Nelma, para que possa também fazer suas perguntas aos membros da Mesa.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Boa tarde. Para alguns, ainda é bom dia, porque não almoçamos, mas boa tarde.

Quero cumprimentar os moradores do bairro do Pinheiro, as autoridades, os órgãos que estão aqui presentes, as autoridades que compõem esta Mesa, e saudar, em nome de todos, o Senador Rodrigo Cunha, que tem se preocupado muito com essa situação do Pinheiro, como eu também tenho acompanhado isso.

Eu digo que, como Vereadora que fui até três meses atrás, eu sempre tive uma aproximação muito grande com o Mutange, sempre acompanhei o Mutange. Por mais de seis anos, eu ajudei muito o Mutange com saco de cimento, porque as escadarias estavam rachando, as casas, a igrejinha que nós temos lá, Nossa Senhora de Fátima... Sempre há casas e mais casas rachando. A ribanceira está caindo; a cada chuva, a cada vento ela cai, e a gente correndo atrás. Dinário esteve sempre presente, mas sem poder de decisão. Dinário sempre esteve presente.

Há um tempo, nós estamos com o Pinheiro numa situação dificílima. E eu fico, com as apresentações, senhores, muito preocupada, porque nós não temos ainda a solução, e, como também o Sr. Antônio Carlos falou, a ciência demora um pouco.

No dia 16 de janeiro, eu estive lá na reunião na prefeitura, e uma das surpresas minhas foi a não presença da Universidade Federal de Alagoas. Eu fui buscar a universidade, estive com a reitora, preocupada, porque ela é muito importante para não haver informações desencontradas e principalmente com os setores que já estudam esse fato. Houve momentos em que eu estive, como Vereadora, com o Sr. Prefeito da cidade falando da situação do Mutange, junto com a Universidade Federal, eu e o Dinário – não é isso, Dinário? –, e sempre havia o pedido da drenagem, das soluções, a universidade dando solução pelo menos imediata para aquela questão das ribanceiras das encostas, mas nunca havia recursos, nunca conseguimos. E hoje nós estamos numa situação de calamidade mesmo; não é só de emergência. Eu fiquei mais preocupada ainda, Sr. Thales, quando o senhor fala em 30mm de chuvas, e o decreto nosso é de emergência. Será que não já está no momento de baixar o decreto de calamidade para que os moradores do Pinheiro tenham um alento do que está acontecendo? Porque é angustiante.

*(Soa a campainha.)*

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Eu tenho amigas que já saíram de lá.

Talvez não seja o momento, mas eu quero aproveitar também e dizer para os senhores da angústia da demora da questão dos aluguéis. A demora é grande.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Tereza, nós vamos...

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Não é momento. Eu sei.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – É outra Mesa, justamente. Haverá um responsável para isso.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Tudo bem. Então, neste momento, a minha pergunta é: será que não já está no momento de se baixar o decreto de calamidade para se dar um alento? Para o Sr. Thales e outras autoridades do assunto dizerem: "Tem que evacuar!" O Ministério Público, o Dr. Alfredo Mendonça, agora, nessa semana, disse que força-tarefa para evacuar não é fácil, os senhores mesmos já disseram. É angustiante. É catastrófico mesmo. Então, a minha pergunta para esse grupo, que são os estudiosos, as autoridades do nosso País para responder, é essa.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, eu também não sei se essa seria a posição do Dinário para responder sobre isso. O Dinário tem uma experiência mais nessa questão de emergência e calamidade, porque aqui a gravidade é detectada por eles, mas quem diz é o Município. Nós temos inclusive representante do Município aqui para falar.

Alguém na mesa quer dar um posicionamento sobre isso? Eu acredito que tecnicamente, Dinário...

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Respeitando o pacto federativo e as coisas todas que são do Município, mas nós precisamos *(Fora do microfone.)* agir mais rápido. Como os senhores conhecem a realidade da Defesa Civil municipal, nós ajudarmos mesmo, tomarmos decisões juntos...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, vamos lá, Thales.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – ... para depois a gente não chorar a consequência.

**O SR. THALES QUEIROZ SAMPAIO** – Pedindo licença ao Dr. Armin Braun, pedindo licença ao Cel. Dinário e ao Cel. Moisés, o sentimento da equipe do Serviço Geológico do Brasil é que aquilo ali já é uma calamidade, é uma calamidade emocional, é uma calamidade... *(Palmas.)* Eu não sou técnico da Defesa Civil e essa não é uma decisão de Serviço Geológico do Brasil, mas, com permissão do meu diretor, eu respondi porque a gente tem telepatia aqui. Basta um olhar que eu sei o que eu posso falar e o que eu não posso.

A equipe do Serviço Geológico do Brasil acha aquilo uma calamidade e tem que haver um plano. Como é que se retiram as pessoas, gente? Como é que as pessoas saem? Para onde vão? Recebem o quê? Até a gente entender o que está se passando, vem o mês de abril inteiro e a angústia... E mais: eu acho que tem que haver equipe de médicos, psiquiatras, psicólogos e assistentes sociais no bairro cuidando das pessoas. As pessoas estão adoecendo. Há gente doente no bairro do Pinheiro. Agora, isso aí não é mais da alçada do Serviço Geológico do Brasil. Em nome da equipe do Serviço Geológico do Brasil, a gente tem sofrido com isso. É só uma opinião.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem, Thales. Foi importante a sua pontuação. Nós vamos tratar disso também na parte de gerenciamento de danos. É por isso que estão todos aqui loucos para falar. Mas há uma autoridade técnica aqui no assunto que, com certeza, tem muito a contribuir. A Dra. Roberta levantou a mão.

Então, solicito que seja liberado o áudio da terceira fila, por favor, para a Procuradora Federal, Dra. Roberta.

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – Boa tarde a todos!

Estou me adiantando um pouco, é bem verdade, Senador. Eu queria levantar uma questão de ordem. Na verdade, a gente falaria um pouco mais adiante, a partir da divisão que o senhor dimensionou, mas, diante da discussão que tem sido trazida, eu gostaria de dizer que o Ministério Público Federal expediu três recomendações ontem – a gente veio trabalhando segunda, terça e ontem – direcionadas à Defesa Civil nacional. Elas têm objeto diferentes.

A primeira entende e recomenda que seja instalada urgentemente a sala de coordenação das defesas, havendo a integração entre Defesa Civil nacional, estadual e municipal. Outro ponto dessa recomendação é que essa integração aja também para a realização de cadastros. Eu pontuo aqui que nós tentamos – trabalhávamos com o bairro do Pinheiro – que todo o bairro do Pinheiro fosse cadastrado, porque não sabíamos o que viria dos relatórios finais da CPRM. Nós tentamos que isso fosse feito pelo IBGE, diante da *expertise* mesmo em fazer o censo, mas recebemos a notícia de que era impossível ser feito. Então, diante dessa notícia do IBGE, recomendamos que a Defesa Civil nacional integre para colaborar nesse sentido.

A segunda recomendação foi para que a Defesa Civil nacional coordene também, junto com as outras Defesas, uma rede de assistência à saúde dos moradores, enfim, para agora, diante de todos esses fatos, realmente ganhar ainda mais relevo.

E a terceira recomendação foi em relação ao aluguel social. Trabalhávamos com o Mapa de Feições em áreas amarela, vermelha e laranja. Tínhamos notícia de que havia um lote já encaminhado pelo Município e pendente de deliberação pela União. Então, nós recomendamos que os cadastros que já foram enviados pelo Município à União sejam apreciados e sejam deferidos para que esse aluguel social chegue aos moradores. Como não tínhamos noção se a área – é uma coisa que vem nos preocupando há muito tempo – iria se modificar, aumentar ou não, nós recomendamos que toda a área indicada pela CPRM – ou seja, atualmente, nós temos uma, mas pode ser que ela seja outra – seja beneficiada pelo aluguel social.

Então, eu aproveito a oportunidade para reforçar, com a Defesa Civil nacional, a importância de apreciar essas recomendações. Eu acho que é um caminho que nós temos que trilhar nessa organização e nessa integração, para que a gente possa construir o caminho num tempo bem breve.

Foi uma questão de ordem, já que a gente já está discutindo o que fazer.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sim. Isso.

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – Então, eu pedi essa oportunidade e agradeço imensamente ao senhor por me tê-la concedido.

Obrigada.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dra. Roberta, foi uma intervenção muito importante, sem dúvida nenhuma.

Eu tentei deixar claro aqui no início que esse é o grande objetivo. Com todos que eu converso, muitos falam: "Olha, Rodrigo, vamos somar forças, vamos centralizar". E hoje, quando olho aqui, eu vejo a preocupação de cada um que expõe em preservar vidas... A gente sabe que mandar um ofício para sair de Brasília para Maceió demora. Então, é para estar todo mundo em um grupo do WhatsApp, para estar todo mundo falando a mesma língua, para estar em uma sala de integração, como você falou – eu chamei aqui de comitê gestor ou comitê de crise –, porque um nome desse identifica. Inclusive, acho que deve ser capitaneado pela esfera da União. Eu acho que deveria, pelo menos a princípio, haver isso. Eu tenho certeza de que não haveria resistência nenhuma do Município, do Estado, porque as pessoas querem resolver. E isso seria uma forma de desburocratizar, sem dúvida nenhuma, todas essas formalidades, de haver pessoas instaladas lá, com certeza.

O Dinário, inclusive, já alugou ou reservou um espaço para colocar lá a Defesa Civil. Na nossa última conversa, ele disse isso. Psicólogos são necessários; a quantidade é pouca, é muita, não há, há.

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso! Ir para a rua. Mas é para sair... Que bom seria se a gente saísse daqui já com isto, com o compromisso de cada um internalizar com os seus chefes a possibilidade de formalizar um grupo – gostei da palavra –, uma sala de integração para que se possa ter uma comunicação única.

Eu dei uma entrevista na sexta-feira passada e parecia que o mundo havia caído. Eu só falei o que eu tenho ouvido em todo canto. Aí já gera uma expectativa. Uma outra pessoa vai falar, gera uma outra situação; vem outro e diz: "Não é bem assim". E aí? Saio ou não saio? Que situação é essa? É importante haver isso.

O maior exemplo disso é Brumadinho. Todo dia, às 16h, ia lá o bombeiro falar o que tinha acontecido, era o porta-voz. Por que não fazer isso lá? Isso tranquiliza as pessoas, os moradores participam também, colocam um representante. Acabam essas histórias das *fake news*, porque só um órgão tomar conta de uma dimensão dessa... Eu acho que nós vamos ter sérios problemas, e já estamos tendo. Daqui a um mês... Se daqui a 15 dias chover 40mm? E aí? Todo mundo viu hoje que, se chover 30mm, saiam de casa! E se chover 40mm? Quem é que vai tranquilizar essas pessoas? O Dinário não tem nem como se esconder, porque ele tem cabelo branco, tem a fisionomia conhecida, quando ele anda na rua, as pessoas perguntam. E isto a gente deve ter em mente: se eu tiver uma família lá, eu mando ela sair ou não mando? Eu peço para ela sair ou não peço? Se eu tenho parentes lá – e eu tenho –, eu digo: saiam!

Então, essa foi a minha informação perante as pessoas que eu amo. E eu acho que esse deve ser o pensamento nosso aqui sobre as pessoas que estão nessa situação. Por acaso, eles estão na área vermelha, mas os que estão nas outras áreas... Se isso que eu falei aqui... Foi mensurada essa área através de identificações visuais ou pouco superficiais da situação predial, e hoje nós temos satélite para isso, então, a responsabilidade nossa em correr com esses prazos é importantíssima. Não podemos postergar – e eu sei que não é o caso –, e daqui a um tempo dizer: "Não foi importante". Mas, no que a gente já puder adiantar, vamos adiantar para salvar vidas. Eu acho que é muito importante, e a gente deve sair com esse direcionamento, sem dúvida nenhuma, desta audiência pública.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Sr. Senador, eu gostaria de passar uma angústia minha aqui, porque isto foi recomendado desde o ano passado: a sala de situação.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Foi, a gente tem atas aqui, está tudo por escrito.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Tudo isso, a gente sabe que foi isso...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Que bom!

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – O acompanhamento das famílias, um grupo para dar apoio lá no bairro. Por tudo isso, a gente lutou, lutou. Que bom!

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Deputada Tereza, foi recomendação já do Ministério Público Federal.

Deputada Jó, por gentileza.

**A SRA. JÓ PEREIRA** – Boa tarde a todas e a todos. Eu gostaria de, em primeiro lugar, parabenizar V. Exa.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Antes, deixe-me só fazer a apresentação. Eu fui extremamente informal. Disse: "Deputada Jó".

Deputada Jó Pereira, Deputada estadual, eu acompanhei também seus posicionamentos na audiência pública na Assembleia Legislativa, que é um instrumento de trabalho importantíssimo também. Tem a preocupação porque sabe o tamanho da sua responsabilidade. Você representa o Estado de Alagoas; não é um grupo político. Você representa o Estado de Alagoas, foi a Deputada mais votada do Estado e, com certeza, sempre acrescenta, quando pode, nas intervenções. Então, será um prazer ouvir V. Exa.

**A SRA. JÓ PEREIRA** – Agradeço. Sempre democrático e não poderia ser diferente, devido a esta audiência pública, participando desta audiência pública, V. Exa., agora na condição de Senador da República. Juntos, inauguramos uma série de audiências públicas na Assembleia Legislativa do nosso Estado e hoje fico feliz em dizer a V. Exa. que são uma constante as audiências públicas naquela Casa. A sociedade voltou a participar da Casa legislativa do seu Estado, apropriando-se das discussões. Então, é muito importante, fizemos isso juntos na mesma legislatura. Para mim, é uma honra hoje estar aqui.

Agradeço a divulgação desta reunião através dos canais disponibilizados pelo Estado, da própria TV Assembleia, da TV Cidadã do Tribunal de Contas do Estado. Agradeço o empenho de todos para que isso aconteça.

Serei muito breve. V. Exa. já disse que, desde o dia 22 de fevereiro, cobramos a mesma coisa. As suas palavras foram ditas por mim. Fiquei não feliz, mas satisfeita, quando ouvi do Dr. Thales hoje, aqui, representando a CPRM, que a sensação é de calamidade. Já dizíamos isso. Inclusive, oficiamos o Prefeito de Maceió, para que ele provoque o estado de calamidade, porque, pelo pacto federativo, ele precisa provocar a União. É necessário que a Força Nacional coordene

o processo. O Município não tem condição estrutural de atender as pessoas do bairro do Pinheiro como elas precisam e como elas merecem.

E aqui, ultrapassando a questão da calamidade pública, eu fiquei muito preocupada. Já estive com o Dr. Thales lá na Assembleia Legislativa do Estado de Alagoas e, na oportunidade, Senador Rodrigo Cunha, conversávamos, como foi posto, que o limite pluviométrico diminuiu; ou seja, passou – salvo engano era 80mm – para 30mm. Naquela oportunidade, a CPRM já colocava uma preocupação: o radar meteorológico da Universidade Federal de Alagoas, que acompanha o índice pluviométrico do Estado de Alagoas, tem uma zona obscura em razão do bloqueio do sinal de celular no presídio que fica vizinho à Universidade Federal de Alagoas.

Então, se a chuva que vier a atingir a capital do Estado de Alagoas vier dessa zona obscura, não há como antecipar a situação de emergência para que as pessoas saiam daquele bairro. Isso foi resolvido com o Estado de Alagoas. E aqui, aproveitando o ensejo, a gente pontua: deveria estar aqui... E, também aproveitando, a participação das Casas legislativas nesse problema, Senador, tem sido intensa – desde a Câmara de Vereadores, a Assembleia Legislativa do Estado de Alagoas, agora o Senado Federal. E aí o Executivo, tanto municipal quanto estadual, não participa diretamente da tomada de decisão.

Então, é necessário o empenho, inclusive pessoal, dos chefes dos Poderes, para que as suas equipes possam dar o máximo de si, no sentido de solucionar esses problemas, porque são detalhes como este do radar que acompanha o índice pluviométrico que podem fazer a diferença, salvando ou não vidas naquela localidade.

E aí eu gostaria de perguntas ao Dr. Victor, que foi dado o nome de neotectonismo acelerado por ação antrópica, não é isso? Ou seja, por ações do homem. Então, há uma ação humana acelerando o processo de tectonismo. Que ações são essas? Não ficou claro. A gente precisa identificar, porque para mim a informação foi muito importante. Não é uma causa da natureza por si só. Existe uma ação humana interferindo, acelerando o processo natural, e isso é muito importante para as pessoas do bairro do Pinheiro.

Então, a nossa missão, como políticos, Senador Rodrigo Cunha, está sendo cumprida hoje, através também da oportunidade que V. Exa. nos dá nesta audiência pública.

Muito obrigada.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu agradeço.

Então, sendo bem objetivo na resposta também, uma pergunta foi direcionada ao Dr. Victor.

**O SR. VICTOR HUGO BICCA** – Obrigado, Presidente, Senador Rodrigo.

Deputada Jó, na verdade, a nomenclatura, o enquadramento do fenômeno é um adiantamento por tentativa, tendo em vista os dados que estamos colhendo e as conversas que nós temos tido com os colegas da CPRM. É tectonismo porque decorre de movimentos de massa que são suscitados...

*(Soa a campainha.)*

**O SR. VICTOR HUGO BICCA** – ... por falhamentos que existem na região. Ação antrópica por quê? Porque falta saneamento básico, falta drenagem superficial, há uma ocupação desordenada do espaço urbano, tem mineração – mineração é feita pelo homem. Quer dizer, então, tudo está relacionado conosco, porque ocupamos de forma desordenada, porque não dotamos de saneamento básico, porque não drenamos a água superficial, mineramos. Quer dizer, isso tudo a CPRM está estudando para saber se uma causa prepondera em relação às demais ou se é o conjunto dessas possíveis causas que suscitou a aceleração. E a questão da aceleração é porque nós, geólogos, trabalhamos, como bem destacou o Dr. Thales, na escala de milhões de anos, milhares de anos.

E nós temos estado acompanhando. Há poços que foram perfurados há pouco tempo. No Poço 36, Dr. Alexandre, que está em execução, em um determinado momento, houve dificuldade com o equipamento de perfuração para andar, porque estava começando a empenar, começando a segurar a broca. Quer dizer, há um movimento em curso, e ele, aparentemente... As imagens da interferometria, Dr. Thales, são contundentes! Ela começou no verde – eu destaco isso – lá em junho de 2016; em dezembro de 2018, estava vermelha uma porção do bairro. Isso é uma sinalização inequívoca de que o processo é um processo que está com a velocidade considerável para um fenômeno geológico.

É isso.

**A SRA. JÓ PEREIRA** – Então, no mínimo, há uma responsabilidade solidária de quem seria responsável pelo saneamento básico, pelas águas pluviais, pela mineração. No mínimo, há uma responsabilidade solidária entre essas pessoas, sejam físicas, sejam jurídicas.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Exatamente. O momento de extrair informações é exatamente agora.

Aqui já...

A Dra. Roberta faltou finalizar alguma coisa...

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – Posso?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sim, sim.

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – Obrigada novamente, Senador.

Na questão do sistema de monitoramento, como a senhora relatou, o radar que está instalado na universidade realmente tinha uma mancha. A universidade se reuniu com a Secretaria de Ressocialização, e eles conseguiram solucionar essa mancha. Ela não aparece mais. Considerando que, diante do nosso longo contato com o Dr. Thales nessa caminhada, a chuva sempre tem se apresentado como um gatilho para isso, a gente vem trabalhando com a universidade numa proposta de melhora desse monitoramento de chuva.

Então, a universidade formatou uma proposta, nós apresentamos ao Município na segunda-feira. Hoje, duas das nossas colegas – porque nós estamos em quatro no Ministério Público Federal trabalhando esse assunto – apresentarão essa proposta ao Governador do Estado, daqui a pouco, às 15h. Também temos trabalhado na questão da Sala de Alerta da Semarh, porque temos a informação de que hoje somente há um meteorologista nessa Sala de Alerta. Então, será pauta também dessa nossa reunião com S. Exa. o Governador do Estado de Alagoas.

Eu queria só pontuar isso...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem, é importante.

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – ... para que eu não me esquecesse e já respondesse à senhora.

Obrigada, Senador.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Inclusive, só um destaque aqui: não sei se perceberam, mas antes vamos ter também numa outra Mesa aqui a Universidade Federal de Alagoa.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – Sr. Presidente, como eu sei que V. Exa. não distingue o feminino do masculino, eu pediria que V. Exa. também me facultasse a palavra.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sim, agora é o momento, agora é o momento.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – O Ministério Público de Alagoas, o Ministério Público estadual, tem um inquérito civil público que venho acompanhando desde o início – na minha fala, eu falarei sobre isso. E nós ouvimos o diretor do radar da Ufal – está no inquérito – quando ele narrou essa preocupação, que, com muito brilhantismo, a Dra. Roberta detalhou, de que havia uma mancha em torno de 30% a 45% por conta de equipamento lá do sistema. Eu não queria citar, por questão de segurança, mas o colega já citou que era sobre o bloqueador do celular no sistema prisional que estaria mal regulado e estaria acarretando isso. Nós imediatamente convocamos o Secretário de Ressocialização, ele compareceu ao Centro de Apoio Operacional às Promotorias do Ministério Público e, após o nosso... Também tomamos a termo o depoimento dele, e ele se comprometeu de, em 24 horas, resolver o problema. E, com muito menos de 24 horas, ele já nos oficiou de que havia tido com os técnicos lá e já havia sido resolvido o problema. Aí peguei o embalo do Ministério Público Federal, da Dra. Roberta, e fomos visitar o radar. Lá, efetivamente, constatamos que o radar está pronto. Agora, pronto, mas, para ele dar essas informações com seis, oito horas de antecedência, ele precisa fazer um convênio com o Governo do Estado para montar esse gabinete lá – e apenas me parece que alguns funcionários cedidos pelo Estado resolveriam isso –, para que, com aquele pessoal, ele possa acionar a Defesa Civil estadual e municipal para dizer que, daqui a oito horas, nós vamos ter chuva e a densidade dessa chuva. O Ministério Público estadual também está partilhando aqui junto e parceiro do Ministério Público Federal.

Muito obrigado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – É importante a intervenção do José Antônio Marques, porque já mata aqui o problema. É importante saber que já foi resolvido. V. Exa., inclusive, foi pessoalmente verificar. Esse problema foi resolvido, mas não foi desligando o bloqueador da penitenciária, foi justamente ajustando o sistema lá. Então, vamos aqui tranquilizar a população, porque eu acredito que continua bloqueado. Isso é importantíssimo.

Agora, para finalizar de fato esta Mesa, eu deixei essa pergunta por último, porque eu quis ouvir tudo o que estava acontecendo. Disse, no início da minha fala, que nós brasileiros não temos a cultura de fazer trabalhos preventivos, trabalhos de evacuação, nos acostumar com sirenes. Isso não é uma cultura nossa. Realizamos em Alagoas, em Maceió, esse assunto recentemente. Problemas existiram, porque devem existir justamente nos treinamentos, são feitos para isso. Simulação.

A minha pergunta, Thales, é a seguinte: pelo que percebi, o risco de esse rastejo acontecer é descer toda aquela terra. O plano de evacuação foi feito, acredito, para um lado. Então, diante dessa situação posta hoje, qual é a necessidade, qual é a urgência de se fazer um novo simulado em um outro local, tendo em vista que as pessoas estavam correndo para esse lado e é para correr para aquele lado, resumindo assim, falando em palavras a minha visão do que eu consegui detectar do que foi exposto aqui.

Então, se puder, já para desfazer esta Mesa e partir para o segundo bloco, deixar claro esse ponto, já seria de grande valia para que a gente possa já cobrar da próxima Mesa essa postura.

**O SR. THALES QUEIROZ SAMPAIO** – O plano de evacuação tem locais seguros, mas há locais que não estão seguros, que estão em zonas de subsidência, porque a gente não conhecia quando o plano foi feito.

Então, agora, deve-se realmente detalhar isso com o Cel. Moisés e o Dr. Dinário, para que eles possam escolher locais realmente seguros. E a minha sugestão é que o próximo simulado seja feito de... Bom, isso aí são vocês que sabem, eu não vou dar sugestão nisso. Já dei muito e já falei muito sobre o que não é da conta do Serviço Geológico.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, tudo bem, é importante. Não é segura a forma como está sendo feito hoje, e os profissionais agora vão falar dentro dessa situação...

**O SR. THALES QUEIROZ SAMPAIO** – O que a gente tem hoje não é seguro, porque mudou, ou seja, você tem toda uma área em subsidência que a gente não sabia que estava em subsidência. Toda a área em que está localizada a Braskem, por exemplo, está em subsidência. E os dados que a Braskem tinha eram que não havia subsidência na área dele.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Entendi.

**O SR. THALES QUEIROZ SAMPAIO** – Ou seja, a subsidência era de 4mm, 5mm por ano, e a interferometria está mostrando que você chega a ter 18cm no ano.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Entendi.

E agora, finalizando esta Mesa, eu quero saber dos senhores que aqui estão se alguém tem alguma objeção a internalizar e a se esforçar para que, rapidamente, seja criado um comitê único ou uma sala de integração, como já foi solicitado pela Procuradora, como foi também demonstrado aqui pela intervenção das Deputadas e pela minha intervenção.

Então, alguém se opõe a uma criação e a fazer parte deste grupo? Alguém aqui? Vou perguntar isso a cada Mesa, nesta Mesa, porque todos os senhores serão oficializados também para internalizar para que a gente possa dar celeridade àquilo que já foi solicitado também oficialmente pelo Ministério Público Federal e por outros órgãos em outras reuniões. Em outras atas a que eu já tive acesso, isso sempre foi prometido. Então, que a gente possa unificar. Com o compromisso dos senhores, a gente já sai daqui com um bom passo sendo dado.

Alguém é contra?

Quem concorda permaneça como está.

**O SR. FREDERICO BEDRAN** – Só destacando, Senador, eu acho que não, de forma alguma há posicionamento contra, mas, no âmbito do Executivo federal, já há um grupo formado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu estou falando aqui não é... O grupo federal já está formado, o municipal também, e o estadual deve ter. Então, eu estou falando em integrar todos dentro de um grupo do WhatsApp. Eu simbolizei aqui, mas não é isso; são todos dentro de uma linha de trabalho unificada, falando a mesma língua, desburocratizando.

Sendo assim, agradeço aos expositores e passamos para o segundo bloco.

Obrigado. Tenham um bom dia. *(Pausa.)*

Para dar sequência ao segundo bloco, convido o representante da Prefeitura de Maceió, Procurador Ambiental Gustavo Esteves, para se fazer presente na Mesa; o Sr. Secretário de Defesa Civil de Maceió, Dinário Lemos; representando o Governo de Alagoas, o Coordenador Estadual de Defesa Civil, Tenente-Coronel Moisés Melo. *(Pausa.)*

*(Soa a campainha.)*

Então, vamos lá. Repetindo.

Já estão aqui o Secretário Moisés, Dinário, Gustavo Esteves e também o diretor do Centro Nacional de Gerenciamento de Riscos e Desastres do Ministério de Desenvolvimento Regional, Armin Braun. Convido também a representante da Universidade Federal de Alagoas, a Profa. Sandra Leite.

Bem, senhores, vamos dar início a este segundo bloco, um momento em que tratamos de gerenciamento de danos. Já passamos por uma parte dos levantamentos técnicos, acho que extraímos aqui algumas informações importantes.

E eu agora gostaria de ouvir o Secretário de Defesa Civil de Maceió, Dinário Lemos. Dinário, antes da sua fala, eu quero aqui ser testemunha também do seu empenho pessoal e profissional. É importante deixar claro isso. A população reconhece o seu trabalho. Que a gente possa aqui somar forças para que o Município de Maceió cumpra com excelência o seu papel e que o resultado chegue o quanto antes. Que a gente possa fazer o que é sua função hoje, que é trabalhar na parte preventiva com certeza.

Dinário, V. Sa. tem dez minutos para expor o que, de fato, vivencia e está sendo feito pela Defesa Civil municipal de Maceió.

**O SR. DINÁRIO LEMOS** – Boa tarde a todos. Saúdo o Exmo. Sr. Senador da República Rodrigo Cunha, em nome de quem saúdo toda a Mesa, e a Exma. Sra. Deputada Federal Tereza Nelma, em nome de quem saúdo todas as mulheres aqui do grupo de trabalho.

Fiquei ali pensando, meditando, e o que eu vou dizer ao povo do Pinheiro daqui até o dia 31 de abril? Meus senhores e minhas senhoras, eu espero que a gente saia daqui com uma forma de se reunir o mais breve possível para que a gente... Porque, senão... A população lá deve estar apavorada, porque o que a gente viu... Nós temos aí o mês de abril... Para se ter ideia, Senador, em Maceió chove aproximadamente 2.000mm durante e, no ano de 2017, choveu durante uma semana 500mm no bairro do Antares, localizado, evidentemente. Na quadra chuvosa, choveu 50% do esperado. O período chuvoso vai de abril a julho, e, se dividir 50% de 2.000mm, são 1.000mm. Em quatro meses, são aproximadamente 250mm dentro do mês.

Os avisos meteorológicos que são enviados para as defesas civis chegam assim: pancadas de chuvas durante o dia e chuvas moderadas; dia ensolarado com pancadas de chuvas. Aí eu me pergunto: "Sim, mas a que hora é a chuva? O que é essa chuva moderada?"

Ou pancadas de chuvas de fracas a moderadas, e, durante o dia, pancadas de chuvas em localidades – não diz a localidade, não diz a hora em que chega e nem a quantidade.

Senador, eu fico me perguntando, quando chegar a Maceió, o que eu vou dizer. Se atrasa um recurso para a população, recurso federal, esse recurso vai para o Banco do Brasil, que é distribuído para a conta dos moradores; se atrasa isso, é uma semana de desespero dentro do bairro. As pessoas... Nós temos moradores que estão, como foi dito aqui, psicologicamente muito afetados, pessoas que... Você faz uma viagem, você se prepara, já gasta um recurso; imagina se você sair de casa.

Então, sinceramente, eu espero que a gente tenha aqui uma agenda de toda essa sala, para que a gente possa dizer ao povo do Pinheiro. Pinheiro tem 20 mil pessoas morando, mais 15 mil... A gente está falando das cidades do Vale do Paraíba, Atalaia, Capela, Cajueiro e talvez até Viçosa: é o bairro do Pinheiro. O que é que nós vamos dizer ao bairro do Pinheiro até o dia 31 de abril? Já foi dito aqui: mudou-se a rota, mudou-se o cenário, o bairro está em movimento, existe o risco, precisa evacuar... Como é esse agendamento? Ou não deixe sobre as minhas costas isso ser julgado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dinário, a gente está aqui para isso, pode ter certeza. *(Palmas.)*

Pode ter certeza, meu amigo, esse é o objetivo: "Nós queremos marcar uma reunião", a reunião está marcada, estamos aqui. Não pode sair daqui sem isso. Não pode. É um mês. Então, se não há condição de antecipar o laudo, porque realmente os Estados Unidos, o Japão, a Indonésia, seja lá quem for, está analisando, mas nós temos responsabilidades. Aquilo que foi falado aqui: a velocidade da movimentação da terra é alta e grande. É muito fora do comum. As pessoas estão saindo de casa porque a sua casa está rachando. A rua afundou, o posto já afundou, a loja está com um buraco atrás, a situação é essa. A gente não está tratando aqui de papel, a gente está tratando aqui de vidas.

Nós estamos conduzindo da melhor forma possível, sem dúvida nenhuma, para que o seu trabalho, o trabalho da Dra. Roberta, da Defensoria Pública, dos Parlamentares que estão investigando, da OAB, de todos esses não seja algo protocolar, algo mecânico, não; é humano. Porque eu ando na rua também. Fui crucificado por algumas pessoas porque o comércio delas caiu depois de uma entrevista que eu dei. Eu dei a entrevista depois que eu falei o que eu vi aqui. E vou falar de novo: é uma situação de algo que vai acontecer. E está acontecendo. Só não se sabe quando nem como. Minha

família, meus amigos... Quando eu terminei a entrevista, ligaram para mim: "Rodrigo, é verdade?" "É, a situação é grave. Você é uma pessoa que eu amo. Não fique aí esperando acontecer." Se chover 30mm... Eu quero saber quando chove 30mm. Choveu 500mm em um mês. Sabe-se lá o que vai acontecer na próxima semana.

Então, a situação é grave, sem dúvida nenhuma. Agora, é preciso delimitar essa área. A minha pergunta principal foi essa. Essa área que é estipulada hoje em vermelho e que foi feita, inclusive, com o empenho da Defesa Civil de Maceió, com os instrumentos e com as condições que eles têm, visitando, delimitando as condições dos edifícios... Foi feito um trabalho que até hoje é referência, mas nós temos os satélites que demonstram que isso foi ampliado; inclusive, não é mais seguro fazer o plano de evacuação como foi feito, porque aquilo ali já demonstrou, sei lá, 30 dias depois, que já não era mais seguro. Mas, há 30 dias, era. Hoje, já foi dito aqui – o Thales acabou de dizer – que há áreas que não são seguras. Trata-se daquilo que já foi feito há 30 dias. E a gente está falando aqui: "O que vai acontecer daqui a 30 dias?"

Eu disse aqui, antes de o Dinário chegar, que a fisionomia dele é muito conhecida. Ele não consegue se esconder no meio da multidão. As pessoas vão chegar a ele e vão dizer: "Minha filha, que está ao seu lado..." Alex Bruno, pela interação do e-Cidadania, participando ao vivo deste debate, pergunta, no caso, ao Thales, mas eu fiz essa pergunta de certa forma: "Caso você e sua família morassem no Pinheiro, você aguardaria o resultado do estudo, o início da quadra chuvosa para sair do bairro?" Então, Dinário, não precisou nem você chegar a Maceió, como disse. Já estão fazendo agora. Foi feita às 12h57. É isso que as pessoas querem saber. Agora, a função dele eu acredito que seja esta – deles aqui, nossa, de quem está aqui na Mesa –: dizer o que está acontecendo. Agora, como? É isso aí que a gente tem que pensar. Vai para onde? O Ministério do Desenvolvimento Regional também está aqui. Vamos conversar sobre os atrasos, sem dúvida nenhuma, de o que há de pagamento aqui. Será que o valor é pouco? É muito? Há como incrementar isso? É o decreto de calamidade? É modificar a legislação que fala sobre o FGTS? Então, vamos sair daqui com isso, Dinário. A gente tem aqui uma responsabilidade enorme. Todos nós temos. Então, não se sinta sozinho nessa. E cada um que for se manifestar aqui sinta-se parte do que ele passa diariamente, sinta-se parte do que o Alex Bruno perguntou aqui, que tem uma família lá. Então, é uma situação que trata de vidas. Foi isso que foi falado.

Dinário, se você quiser deixar para falar depois... Vamos ouvir aqui um pouco o que está acontecendo, cada atuação que é feita por outros órgãos. E a gente vai sair daqui... Porque até tira um pouco essa tensão, tenho certeza absoluta. Com a solicitação do Ministério Público Federal mais recente... E o nosso objetivo também é este, é buscar uma federalização, sim, dessa situação, um aumento da capacidade de atuação de cada órgão e uma prioridade daquele que estiver envolvido. Como eu disse, todos nós temos atividades. Então, quem está na assistência social do Estado, do Município, tem mil e uma atribuições. Mas, se entrar num compromisso de fazer uma sala de integração, uma pessoa vai ser designada para aquilo e vai ser responsável. Então, a celeridade é muito maior.

Sendo assim, eu já peço licença ao Dinário para daqui a pouco conversar com você. Mas gostaria de conversar antes com o representante do Governo do Estado, que também é Coordenador Estadual da Defesa Civil de Alagoas, o Tenente-Coronel Moisés, que acompanha de perto, que atua nesse sentido, para que a gente possa entender quais são os passos que são feitos. Sei que participou ativamente do plano de evacuação. Então, é algo que vai ser discutido também.

V. Exa. tem dez minutos para fazer uma apresentação.

**O SR. MOISÉS MELO** – Muito obrigado, Senador Rodrigo Cunha.

Na pessoa de V. Exa., gostaria de saudar todos os presentes, as mulheres presentes, saudar a nossa querida amiga, a Deputada Jó Pereira e dizer que o Governo do Estado tem se empenhado maciçamente nesse projeto, nesse grande desenvolvimento que são essas ações voltadas para o bairro do Pinheiro. A Defesa Civil não é apenas um órgão, mas é um verdadeiro sistema, e faz-se necessária a integração, Senador, com todos os órgãos que envolvem a Defesa Civil federal, estadual e municipal. E, nesse contexto, a gente dá a nossa contribuição.

Seguimos ao amparo da Lei 12.608, que é a lei que reza sobre as defesas civis nos três entes federativos e, com base nessa informação da Lei 12.608 e da Instrução Normativa 02 é que a gente vai apoiando a Defesa Civil municipal em tudo o que for preciso. Inclusive, várias ações que foram tomadas foram orientadas por nós da Defesa Civil do Estado, passando para o Dinário a *expertise* do que era um plano de evacuação, passando a *expertise* do desenvolvimento e da cooperação que o Estado tem que dar e deverá dar esse suporte à Defesa Civil municipal para enfrentar com maior presteza, com maior rapidez um desastre que está anunciado no bairro do Pinheiro.

Nós estamos falando isso há muito tempo. Há muito tempo falamos da situação do bairro do Pinheiro, não é de hoje. Desde o tremor, antes mesmo do tremor a gente já conversava sobre isso, e depois do tremor isso evoluiu. Temos conversado semanalmente. Com Dinário, a gente se reúne constantemente para traçar tudo o que vai ocorrer e passando as orientações, tudo dentro da competência de cada ente federativo. Então, o plano de evacuação que foi feito ali foi um dos melhores planos de evacuação já realizado no Estado de Alagoas e um dos melhores do Brasil.

A população não entende porque, como V. Exa. falou, não existe essa cultura no Brasil de prevenção. A Defesa Civil no Brasil é algo muito novo, Senador, é de 2010 para cá. Então, quando se fala em Defesa Civil é de 2010 para cá, quando aconteceram os grandes desastres. Alagoas passou pelo maior desastre de sua história em 2010 com cidades totalmente destruídas devido a um desastre natural que aconteceu ali, uma tromba d´água que caiu em Pernambuco. Então, surgiu, a partir daí, um desenvolvimento maior em nível de Defesa Civil como também foi o problema no Rio de Janeiro e assim sucessivamente.

A população... Eu gostaria de falar um pouquinho do plano de evacuação porque o plano de evacuação é de competência do Município. Nós o avocamos, solicitamos que nós coordenássemos o plano de evacuação pela *expertise* que nós temos, por envolver todos os órgãos militares estaduais e federais. Solicitamos: "Dinário, deixe então que a gente coordene esse plano de evacuação." Tiramos um mais um fardo de cima do Dinário. Poderíamos ter ficado na zona de conforto e dizer: "É do Município. Que o Município faça esse plano de evacuação". Em momento algum, estamos nos furtado. Estamos trabalhando em parceria para buscar o melhor caminho, a melhor rota para salvaguardar a população do Pinheiro.

A gente tem falado isso constantemente. Temos provocado os ministérios públicos, temos provocado o Ministério Público Federal, temos provocado as universidades, temos provocado toda situação possível para que a informação meteorológica consiga chegar a gente em tempo hábil. Então, a gente sabe que o sistema que é hoje direcionado através do sistema de alerta chega com atraso. Isso não é de hoje, não. Isso vem sendo discutido no Conselho Nacional de Defesa Civil há muitos anos, e a gente precisa melhorar, precisa melhorar, mas hoje estamos na iminência de um desastre e queremos dar informação atrasada, Senador. Sabe por quê? Porque a informação chega com quatro horas de atraso para a gente. Então, o sistema tem que melhorar. Conversamos com as universidades federais, conversamos isso com o Ministério Público Federal, conversamos com o Ministério Público estadual, as medidas já estão sendo tomadas porque a gente precisa ter isso com seis horas de antecipação justamente para o alerta poder ser emitido.

Pois bem, o Estado não tem se furtado, estamos dando a nossa contribuição e orientando o Município em tudo de que ele precisa e apoiando todas as medidas, como falei, avocando inclusive o plano de evacuação, que é competência do Município. O Estado está preparado, Senador, para o desastre.

Caso aconteça um desastre, a resposta envolve todos os entes do Estado para poder atender à população. Mas, antes que isso aconteça, estamos dando nossa contribuição, orientando justamente o Município, buscando mais parceria, vindo aqui, a Brasília, conversando com o Braun, conversando com o Secretário Nacional, dialogando sobre esse problema com todos os órgãos envolvidos, que estão aqui presentes. Já nos reunimos diversas vezes para tratar desse assunto, e uma das preocupações do Estado é justamente com a questão meteorológica, porque tudo já indica, como o próprio Dr. Thales falou, que o gatilho será a chuva, e a chuva vai chegar agora. Daqui a mais 60 dias já vai estar chovendo em nosso Estado, e, consequentemente, poderemos ter problema. Mas estaremos aguardando aí o resultado do Dr. Thales, todos esses estudos que serão apresentados, para que mais medidas no Estado possam ser tomadas.

Também já foi dito aqui pela Casal que o Governo do Estado já assinou a ordem de serviço para fazer justamente o saneamento básico lá do bairro do Pinheiro, mas não só do Pinheiro como de todo o bairro do Farol, que, infelizmente, foi interrompido, Deputada Tereza, porque não se pode colocar mais toneladas de concreto em local que está se mexendo. A gente já vem falando há muito tempo que o bairro vem se mexendo. Precisamos evoluir.

As recomendações que foram feitas pelos órgãos também foram feitas pela Defesa Civil. A Defesa Civil estadual fez várias recomendações para o Município, inclusive já há algum tempo. Está lá, por escrito, solicitação de mais auxílio moradia: "Faça o monitoramento disso". "Auxilia nisso". Então, todas as orientações possíveis nós estamos dando e avocando aquilo em que o Município tenha dificuldade para a gente ajudar. E estamos prontos para ajudar a qualquer momento, mesmo sem ser necessário nós sermos solicitados. Então, estamos juntos com essa grande parceria para poder salvaguardar.

Senador Rodrigo Cunha, salvar pela prevenção é o maior objetivo da Defesa Civil de Alagoas. Pode ter certeza disto. Estamos trabalhando fortemente. Não nos pronunciamos antes, Deputada Tereza, porque não sabíamos de nada. Como poderíamos nos pronunciar, se os estudos estavam iniciando, Dr. Cleber? Não podíamos. A partir do momento em que tomamos conhecimento dos primeiros passos dados pela CPRM, aí começamos a nos manifestar, e há muito tempo a gente dizia: "O bairro do Pinheiro é um desastre anunciado". Nós tínhamos que... Quando aquele documento sigiloso, não sei se V. Exa. teve conhecimento... Correu um documento sigiloso. Quando chegou em minhas mãos, eu disse: "Dinário, não existe sigilo para um pré-desastre! Nós temos que divulgar isso. Nós temos que cobrar responsabilidades. Nós temos que buscar apoio e parceria com todos os órgãos federativos e com todos que estão aqui presentes". E assim fizemos. Divulgamos aquele laudo que estava guardado debaixo de sete chaves e conseguimos, então, chegar a esse ponto de hoje.

Convidamos também, Senador, a Abin para participar, para que o serviço de inteligência do Brasil participasse efetivamente conosco, para que chegasse aqui à Presidência da República. Convidei a Abin, porque a Defesa Civil, Deputada Tereza, há cadeira na Abin lá no Estado. Nós convidamos o pessoal da Abin e entregamos todas as informações

que nós tínhamos, que eram poucas, para que essas informações pudessem chegar aqui ao Palácio do Governo Federal, para que ele pudesse então se manifestar ou ter uma noção do risco que a população do bairro do Pinheiro vem sofrendo.

Em relação ao plano de evacuação, Senador, ele foi feito inicialmente para o bairro do Pinheiro. Nós que já avançamos e colocamos aquela área de risco também que é a encosta do Mutange. Identificamos dois pontos ali. Naquele momento, esses pontos seriam seguros. Hoje, mais não, depois da apresentação de hoje, mas os outros quatro pontos ainda permanecem pontos seguros, e a população foi treinada para sair do centro para as extremidades, e isso com a rota...

Por que não uma rota de fuga preestabelecida hoje? "Vá por essa rua", "siga esse caminho", porque o cenário está mudando diariamente. Amanhã, a gente não sabe. A melhor rota de fuga é aquele local em que você se encontra e de onde poderá se deslocar para o ponto de encontro. Então, essa é a melhor rota. O melhor ponto é o ponto onde você se encontra, mais próximo. Então, esse é o verdadeiro caminho. Iremos estudar junto com o Dinário aí outros pontos mais seguros a partir do momento em que esse mapa foi apresentado, para que a população do Mutange, daquela área do cerceado, daquela área dali, possa, então, se deslocar com mais facilidade, com maior rapidez, para os pontos seguros que estão justamente nos extremos do bairro, naquela parte baixa.

Muito obrigado pela atenção.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, é importante ver esse seu relato, Tenente-Coronel Moisés, porque... Por favor, não vamos aqui politizar. Não vamos deixar, de forma alguma, que se crie aqui algum intuito político. É um intuito humanitário. Então, estamos aqui. Está o Município, o Estado, a União. Está aqui a Defesa Civil. São aqueles que vão proteger e que têm uma oportunidade única de trabalhar na prevenção de algo, como dito por V. Exa. aqui, de um desastre anunciado. Não é dito de maneira aleatória. Aqui foi demonstrado o avanço, a velocidade da modificação do solo. Foi demonstrado aqui que está 60 vezes maior do que é normal.

A pergunta que fiz sobre a Braskem, sobre o Poço da Braskem, é justamente porque ali vai dar para entender o tamanho, a gravidade. Como é que antes era vertical e agora você não consegue descer? Qual foi a inclinação que ele teve. Isso aí é um bom termômetro. Pelo menos assim foi que consegui visualizar.

Essas medições que são feitas, a princípio, de maneira superficial, no sentido de alcance, hoje, pelo satélite, são muito maiores. Eles demonstraram aqui. Mas por que não podem colocar por escrito? Porque, de fato, tem de haver uma responsabilidade.

Foi o perguntei aqui, também, ao Thales. Não sei se ele ainda está aqui. As informações já foram coletadas, agora se tem que fazer uma leitura dessas informações. Quem faz essa leitura? Os maiores especialistas do Planeta. Enquanto isso, a gente é visível. Eles não vão ser responsáveis, aqui, para dizer: "Está acontecendo isso; saiam, foi fulano de tal". Não é isso. Basta dizer: "Está acontecendo, está se modificando, a velocidade é grande". Em junho já era preocupante. Já se colocou aqui o risco de desastre. Qual foi a palavra que usou? Um risco de colapso de terreno, com queda brusca em alta energia. Isso foi em junho passado. Foi dito aqui que, de lá para cá, piorou. Na semana passada, a última informação... Imaginem o que é você passar uma informação para o Ministério Público e dizer: "Olha, com 80 milímetros, é uma situação de risco". Hoje já são 30! Então, é um risco premente.

Nós podemos, como alagoanos, como defesa nacional, mostrar que, quando há informação, se consegue uma mobilização. Tenho certeza até que, se for demonstrado, vai ser uma campanha de arrecadação de recursos e o Município não vai ter condições de arcar com tudo sozinho. Então, quem sabe a gente não vai conseguir mobilizar todo o País em torno de uma comunidade, de uma comunidade extremamente importante. Então, quem vai fazer isso? Somos nós! Não há outros atores, não existem outros atores; somos nós. Então, a responsabilidade de V. Exa. é muito importante.

Nesse intuito de organização, com certeza, há o comitê instalado lá no Estado, como há no Município... Na União há. Estava conversando um pouco aqui com o Armin Braun, que é Diretor do Centro Nacional de Gerenciamento de Riscos e Desastres. Já tem... Falei aqui, mencionei, uma reunião que aconteceu, semana passada, na Presidência. Foi uma reunião interministerial na qual o assunto era Pinheiro. O Presidente já se manifesto sobre o assunto, ou seja, a informação já chegou lá. Não exatamente do que seja, de quem é o culpado, mas de que está acontecendo algo grave.

Digo isso porque estive... Não me lembro do nome dele, se era Artur, se era Alexandre. Estive com o Alexandre, Secretário Nacional de Defesa Civil, e junto com o Ministro Gustavo Canuto. E ele disse: "Ministro, esse é o assunto que eu apresentei como sendo prioridade absoluta da Defesa Civil nacional. As barragens – a mídia está cobrando – são muito importantes, mas essa aqui é uma tragédia que pode ser evitada". Ninguém sofreu na pele ainda, não aconteceu um desastre ainda, mas é algo – como dito por V. Exa. – que tem tudo para que aconteça, só não sabemos quando e nem como. Então, demonstrou ali o interesse nacional. Saí dali aliviado no começo, mas não consegui nem dormir. Aliviado, mas extremamente preocupado

pela forma como foi tratado. Vocês que trabalham com isso, eu imagino também o que passam com a pressão. A pressão está aqui do nosso lado, existe pressão maior do que essa? Não há.

Então, eu gostaria de saber, Sr. Armin, se V. Exa. poderia aqui explicar um pouco como é que está sendo tratada, no âmbito federal, essa temática, que não é regional. Fiz questão de tornar isso muito claro aqui, com os Senadores no Plenário e aqui na Comissão, dizendo que não estou fazendo um trabalho de Vereador, que está preocupado com o bairro da sua cidade. Não, estou fazendo o trabalho de um Vereador, de um Deputado, de um Senador, de qualquer um que tenha a responsabilidade de tratar e prevenir problemas futuros e preservar vidas. Então, qualquer pessoa de bom senso, no meu lugar, faria tudo o que está ao seu alcance para evitar algo maior. Cada um que está aqui – tenho certeza absoluta –, o Dinário está fazendo tudo ao alcance dele para que não aconteça. O nosso Cel. Moisés, também, da mesma forma, tenho certeza absoluta. Então, é isso que deve ser a tônica dessa temática.

Gostaria de ouvir, Sr. Armin, como isso está sendo tratado no âmbito federal.

**O SR. ARMIN BRAUN** – Boa tarde a todos e a todas.

Senador, queria, primeiro, parabenizar o senhor pela iniciativa. Transparência é muito importante quando nós temos o risco de desastre, como está acontecendo, não é só o caso de Pinheiro, mas em outras situações. A gente tem um outro risco, que é quase como um desastre, que é o risco da informação que flui de um lado e flui para o outro, e é ou não é. Quando a gente coloca todo mundo em uma sala para discutir situações como essa e coloca as coisas na mesa, o que está sendo feito, qual o tamanho de verdade do risco que está lá, o que precisa ser feito, o que pode ser feito, também nos traz uma oportunidade de trazer alguns esclarecimentos aqui de situações que já estão em andamento e nos foram solicitadas. Isso nos permite um trabalho em coordenação, mais amplo, com as diversas instâncias da Federação e os demais segmentos da sociedade civil, do Governo e assim por diante.

O primeiro ponto que a gente tem que observar é que nós somos os três níveis da Federação de Defesa Civil de coletes laranja. O Coronel não está de colete, mas sei que o colete dele está por dentro, porque a gente, quando coloca esse colete, pode até tirar para tomar banho, ir para casa, dormir, mas o colete não sai da gente. Não é isso, Dinário? A gente coloca o colete laranja e não tira mais. A gente faz questão de utilizar isso, porque é a nossa marca de trabalho em Defesa Civil, do que é, nos entendemos como sistema.

Esse Sistema de Defesa Civil, por mais que nós falemos: eu sou da Secretaria Nacional, ele é da Coordenação Estadual, o outro da Secretaria Municipal... Nós não somos de um órgão, somos parte de um sistema, e um sistema que é responsável por um conjunto de ações. A Defesa Civil é um conjunto de ações que visa desenvolver as ações de Defesa Civil com o intuito de preservar vidas.

Nesse sistema, que nós chamamos de Sistema Nacional de Defesa Civil, poderíamos pegar três estratos: o estrato municipal, que o Dinário coordena, só que ele não executa sozinho, ele executa com as diversas agências que existem no Município, que fazem parte desse sistema, que de maneira subsidiária o apoiam e precisam apoiá-lo em situações como essa, ou em qualquer situação, seja de prevenção, seja de resposta a desastres, seja de planejamento, seja o que for; o Moisés a mesma coisa; e nós, no nível nacional, a mesma coisa. Então, nós temos uma coordenação entre as agências federais e as agências que fazem parte do que nós chamamos de Sistema Federal de Defesa Civil. E essa espinha dorsal, entre a Federação federal, estadual e municipal somos nós, a turma que usa colete laranja e que está em constante conversa, em articulação o tempo todo.

Foi muito falado de Brumadinho, de outros desastres. E o senhor falou bem, como o Secretário falou com o senhor, é um desastre importante que está acontecendo, é a nossa principal preocupação, mas não é a única. Nós estivemos... E eu cito algumas situações para mostrar como é que nós já fizemos e como é que nós vamos fazer e estamos fazendo no bairro de Maceió.

Nós estamos com uma cheia no Rio Madeira lá, na Região Amazônica, com possibilidade de interromper uma rodovia que é a única rodovia que liga o restante do Brasil ao Acre, com possibilidade de haver o isolamento de um Estado brasileiro, como já aconteceu em 2014, quarta maior cheia histórica. O que é que nós fazemos? Fazemos um plano das agências federais, um planejamento das agências federais, complementar à atuação do Estado e do Município.

Da mesma forma, em Brumadinho, aqui o Dinário, o Dinário sabe mais de Brumadinho do que muita gente. Nós estávamos lá, em Maceió, nós três aqui, nós estávamos sentados, almoçando, passando de uma reunião para outra, e chegou aos nossos celulares aqui a informação de Brumadinho. Um avião da FAB, estávamos eu e o Secretário, foi nos buscar lá, em Maceió. O Dinário nos acompanhou ao aeroporto até que o avião chegasse, acompanhou um pouco do princípio do gerenciamento da crise de Brumadinho – não é, Dinário? E, de lá, nós fomos para Brumadinho.

E como é que aconteceu a gestão da crise em Brumadinho? O nível municipal do sistema disse: "Eu não sou mais capaz de coordenar o desastre". O nível estadual assumiu e o Estado montou uma sala de situação que coordenou aquele desastre.

E nós, o Governo Federal, o que fizemos? Montamos uma sala, onde mobilizávamos todas as agências federais em apoio à coordenação que estava no nível estadual. Nós, como Defesa Civil, trabalhamos em coordenação, nós não temos interferência de um órgão sobre outro.

Então, o que nos cabe aqui é colocar as agências federais à disposição do Estado e à disposição do Município em caráter complementar. Aquilo que não pode ser feito pelo Município é feito pelo Estado, e, quando há aquilo que o Município e o Estado não podem fazer, o Governo Federal atua, às vezes, em algumas questões um pouco mais profundamente e, em outras questões, um pouco mais superficialmente.

Além disso, é um desastre se sobrepondo ao outro. Brumadinho ainda não acabou. Eu estou aqui gerenciando, enquanto a reunião não chega, estamos ainda articulando com a Defesa Civil do Estado, com o Corpo de Bombeiros e com a Força Aérea Brasileira e com o Corpo de Bombeiros Militar do Rio Grande do Sul e de Santa Catarina a substituição de cães de busca e salvamento. Precisamos, até amanhã, retornar os cães que já estão operando para Santa Catarina e Rio Grande do Sul e levar novos cães e equipes de Bombeiros para Brumadinho.

Então, é um desastre se sobrepondo ao outro. É o desastre do Rio Madeira se sobrepondo ao do bairro Pinheiro, aí, vem Brumadinho, e agora vem Goiás. Saindo daqui, temos que providenciar uma ponte do Exército Brasileiro, um acordo de cooperação que a gente tem com o Ministério da Defesa, porque existem vários Municípios em Goiás que estão isolados, porque uma rodovia foi rompida e é necessária a instalação emergencial de uma ponte móvel de campanha.

Então, esse é o nosso trabalho, mas nós não reclamamos. Quando a gente se propõe a colocar o colete laranja, é para isso que a gente está aí. Eu ontem fui dormir 2h50 da manhã, trabalhando. Acordei hoje às 7h, para despachar algumas coisas e poder vir para cá. Estou cancelando uma reunião à tarde para a gente poder participar e dar todos os esclarecimentos necessários aqui. E, não só esclarecimentos, é uma oportunidade de melhorar as ações de coordenação entre agências e entre os níveis da Federação.

E eu queria falar um pouco do que a Secretaria Nacional está fazendo em caráter individual e, depois, eu passo a falar daquilo que a gente está fazendo em âmbito de coordenação. Desde que o Dinário nos procurou, nos primeiros momentos, a gente tem estado tudo junto. Tudo que tem nos solicitado, naquelas primeiras que foram feitas, a gente tem atuado em conjunto, a gente tem... Nenhum telefone meu, nenhum telefonema do Dinário ou do Arthur ou de quem quer que seja do Município tem deixado de ser retornado. Nenhuma mensagem, nenhum correio eletrônico tem deixado de ser respondido, entendendo o tamanho do gorila que ele carrega nas costas, entendendo a dificuldade que o Dinário tem. E nós falávamos desde o começo: o problema é muito grande, divida esse problema dentro do seu Município com as outras agências, não carregue esse gorila sozinho. Você tem que trazer as pessoas para junto de você.

E lá atrás o Dinário tinha um problema que era a dificuldade, às vezes, do entendimento do Executivo municipal em decretar situação de emergência. Nós demos segurança para ele numa reunião. Pedimos ao Dr. Thales, que estava indo para Maceió: "Dr. Thales, explique ao prefeito que ele pode decretar, sim, situação de emergência". Porque, às vezes, não quer porque vai gerar algum outro prejuízo, por algum motivo, às vezes, os Municípios não querem decretar situação de emergência.

Demos a segurança necessária, foi decretada situação de emergência. De imediato nós conhecemos, permitindo uma ação mais integrada e uma ação mais efetiva do Governo Federal. A sugestão da senhora de decretar situação de emergência é uma situação... Desculpe, o estado de calamidade pública. Ela é uma sugestão bem-vinda. Depende, lógico, também de um olhar municipal, porque nós respeitamos o pacto federativo.

Precisa se avaliar um pouco melhor se há algum efeito prático nisso, mas eu acho que, talvez, tenha um efeito psicológico importante e tudo. Mas é importante que o Município tome essa decisão. Nós estamos, e o Estado também, juntos para apoiar. Faremos, se for necessário, o reconhecimento da situação de emergência, mas nós respeitamos nesse aspecto o caminho da Federação.

Além disso, como eu falei, nós enviamos técnicos. Geólogos do Centro Nacional de Gerenciamento de Desastres foram para lá, trabalharam junto com o Dinário, trabalharam junto com a equipe do Dr. Thales Sampaio. Esses geólogos ajudaram na construção do planejamento de contingência. Nós estivemos pessoalmente lá, vimos o plano de contingência do Estado, demos sugestões para aprimoramento. Levamos um pouco da nossa experiência na construção do plano de contingência.

No monitoramento específico do CPRM, também sempre estivemos dispostos a apoiar. E, desde os primeiros momentos, ainda no final do ano passado, o CPRM indicou que havia a necessidade de um recurso financeiro. Nós fizemos todos os trâmites internos, conseguimos ajustar para que fosse feita a descentralização de um recurso da Defesa Civil para o CPRM, para aumentar o monitoramento. Chegou-se ao final do ano, o CPRM conseguiu se desenrolar com seus próprios recursos. Não foi necessário o apoio do recurso da Defesa Civil.

Também nos colocamos à disposição...

*(Soa a campainha.)*

**O SR. ARMIN BRAUN** – ... para fazer um aporte de recursos internacionais, fazer alguma gestão com alguma embaixada de algum país junto à Agência Brasileira de Cooperação para trazer algum especialista. Mas também o CPRM já tem o seu próprio *link* com o serviço geológico dos países.

E, além disso, numa reunião que nós tivemos um dia antes do desastre de Brumadinho, nós estávamos lá em Maceió numa reunião dentro do quartel do Exército brasileiro, que fica por coincidência muito próximo lá do bairro Pinheiro, até usado aqui pelo Cel. Moisés e pelo Dinário como uma possível área de se coordenar uma emergência, caso aconteça lá. Consta no seu planejamento, não é, Cel. Moisés? E, nessa reunião que nós fizemos lá, o CPRM simplesmente falou: "Olha, nós temos um equipamento em Belém, não sabemos como trazê-lo para cá". Nós colocamos à disposição do CPRM e dissemos para eles: "Se vocês querem trazer um equipamento para cá, vocês nos digam, porque nós temos um acordo de cooperação com o Ministério de Defesa que permite o acionamento, em caráter emergencial, dos meios do Ministério da Defesa e o transportamos para cá". Assim que fomos oficiados pelo CPRM, fizemos a requisição ao Ministério da Defesa e transportamos um importante equipamento que permitiu ao CPRM fazer o seu trabalho na região.

Quanto à questão de recursos financeiros, também aquilo que nos foi solicitado foi atendido. Em um primeiro momento, foram liberados, se não me engano, R$500 mil – corrijam-me se eu... –, depois, dois e quatrocentos, alguma coisa assim, totalizando 2,9 milhões, para o atendimento, se eu não me engano, de 500 famílias e aluguel social. E aí nos foi feita uma solicitação agora de 11 milhões, e olhe como são as coisas. Como o senhor falou mais cedo, precisamos estar atentos e preocupados com o bairro Pinheiro, e nós estamos preocupados.

Primeiro, como é que acontece essa liberação do recurso? Para ser liberado, precisa de algumas informações, que não são informações grandes; são informações básicas do que vai ser feito. Nós já tínhamos liberado a primeira parcela, os primeiros 500 mil, vamos dizer assim, aceitando que as informações não estariam completas. Depois, liberamos a segunda parcela e, no rito normal, exatamente pela intervenção e pela atuação dos órgãos de controle sobre o que é uma transferência de recursos, nós precisamos ter um pouco de segurança para liberação dos recursos. Então, nós pedimos no primeiro momento, quando nos foram solicitados esses 11 milhões, para liberar as 1,9 mil famílias, nós pedimos: "Olha, eu preciso saber como é que você já executou o recurso que está aí". E eu recebi o *e-mail* do... Isso foi o técnico que solicitou, porque o técnico precisa ter segurança para liberar, senão os órgãos de controle vão em cima do técnico e o responsabilizam por ter liberado.

Só que eu entendo também que o Dinário não tem condições de prestar essas informações agora, e eu só fiquei sabendo disso na terça-feira à noite, no *e-mail* que eu recebi do Arthur Rodas, que trabalho com Dinário, às 23h19 eu recebi um correio eletrônico. E, na terça-feira, havia um despacho meu, dizendo que não era necessário, para dar segurança ao meu técnico e também para que o Dinário não precisasse parar as suas operações, para coletar informações, para transferir o recurso, eu autorizei, avocando para minha responsabilidade, como Diretor do Centro Nacional de Gerenciamento de Riscos e Desastres, de liberação desses recursos.

Mandamos para empenho de imediato, conforme nós já tínhamos combinado antes, não nesse recurso, mas que nós não iríamos liberar o financeiro todo, porque isso até prejudica um pouco a gestão municipal. Então, eu solicitei no meu despacho o empenho dos R$11 milhões e a liberação imediata de R$2,3 milhões. Está seguindo os trâmites administrativos. A preocupação dele era com o período chuvoso. Acredito que... Empenho de 11 milhões e a liberação financeira imediata de 2,3 milhões, mas o recurso já fica empenhado e as parcelas subsequentes ficam condicionadas à solicitação do Município. Então, isso já está... E, se tivesse me ligado mais cedo, eu tinha assinado na segunda-feira mesmo.

Então, isso é fruto da preocupação que nós temos com o bairro Pinheiro. E isso é porque nós sabemos que a situação é séria. E nós vimos o esforço das pessoas e nós vestimos o colete laranja, e quem veste o colete laranja, não que os outros não sejam, são nossos irmãos e entendemos o sofrimento que não só as pessoas passam, mas também os agentes da Defesa Civil passam.

Falando agora um pouco de coordenação, o Senador já adiantou um pouco, e também já entrando no que falou a doutora Dra. Roberta, de algumas solicitações, nós criamos.... Nós fomos à Casa Civil, solicitamos à Casa Civil, informamos à Casa Civil o problema do bairro Pinheiro, foi feita uma apresentação um pouco mais longa do que essa que o Dr. Thales fez aqui para nós, na Casa Civil. Pedimos à Casa Civil: "Convoque, por favor, uma reunião com as agências federais. Nós precisamos que as agências federais...". Não que elas não estivessem atuando, elas já estavam atuando, só que nós entendemos que havia necessidade de um pouco mais de coordenação, para que não houvesse sobreposição de atividades e não houvesse vazios de atuação, e para que estivéssemos prontos no caso de uma evolução súbita daquela emergência. Então, nós provocamos a Casa Civil, que convocou uma reunião, empoderou a Defesa Civil e disse: "A partir de agora,

a Defesa Civil está coordenando as agências federais que atuam neste tema". Fizemos uma reunião na semana passada, fizemos uma reunião ontem, na sala de crise do Centro Nacional de Gerenciamento de Riscos e Desastres, criamos um grupo de WhatsApp, que já mostrei para o Senador, criamos uma sala virtual, num ambiente virtual, e estamos trabalhando em coordenação entre as agências federais.

Então, esse é um ponto que acredito vai ao encontro do que foi solicitado, já estamos no caminho que o Ministério Público nos solicitou.

*(Intervenção fora do microfone.)*

**O SR. ARMIN BRAUN** – Sim.

Defesa Civil; Ministério de Minas e Energia, com o Serviço Zoológico do Brasil e Agência Nacional de Mineração; Ministério da Defesa; Ministério da Saúde; Ministério da Cidadania; Ministério da Justiça; Defesa Civil; Ministério do Desenvolvimento Regional; Ministério de Minas e Energia com suas duas agências, CPRM e Agência Nacional de Mineração; Defesa, Saúde e Cidadania; Ministério da Justiça, com a Senasp.

Existe uma preocupação nossa, até a solicitação do Estado foi que os bombeiros precisam estar mais bem preparados para uma atuação emergencial. Então, o treinamento do que é busca e resgate em estrutura colapsada. Então, nós mobilizamos a Força Nacional de Segurança Pública, que tem um grupamento de bombeiros que pode tanto fazer o treinamento quanto fazer parte de um plano de mobilização emergencial, além de mobilizar bombeiros que estão próximos à região, como de Pernambuco, por exemplo, que está a pouca distância para que, no caso de uma emergência, possam se deslocar rapidamente e fazer parte do planejamento das ações do Estado. Isso foi uma solicitação que o Estado nos fez, além do Cemaden, que é o Centro Nacional de Monitoramento e Alertas de Desastres Naturais. Essas são agências que fazem parte desse primeiro esboço, mas, sempre que se enxerga uma ação importante de alguma outra agência, está aberta a participação. Nós vamos convidá-la e vamos fazer com que ela participe.

E também, já respondendo ao segundo item da Dra. Roberta, que falou há pouco, uma das nossas preocupações é dar melhor assistência, por isso está o Ministério da Saúde, para fornecer apoio psicossocial às pessoas, e também o Ministério da Cidadania, que, trabalhando integrado, pode fazer um trabalho em reforço ao que é a atuação do Estado e do Município. O Ministério da Saúde nos informou que já está fazendo isso, mas temos que planejar isso no nível federal, como eu falei, para que não haja sobreposição de uma agência para outra.

No outro ponto, eu já citei, só respondendo também à Dra. Roberta, o aluguel social. A questão do aluguel social, tudo que nos foi solicitado foi encaminhado. É uma questão de empenho nos próximos dias, a parte burocrática, mas, tecnicamente, já está aprovado por nós, alinhado e autorizado esse recurso. Então, tudo que nos foi solicitado para essa emergência nós encaminhamos. Mais do que isso, empreendemos esforços, mesmo que tenhamos, às vezes, que colocar um desastre um pouco mais à frente do outro, mas estamos trabalhando.

Entendemos a aflição do Dinário, entendemos e enxergamos isso desde o primeiro momento, repetindo o que falei com ele: não carregue esse urso sozinho, divida-o. O seu Município tem agências que podem ajudá-lo. No seu Estado, o Cel. Moisés está apoiando. Os nossos telefones estão à disposição, sempre conversando, no que for necessário a gente está pronto apoiando.

Eu queria, mais uma vez, agradecer a participação de todos e chamar todos para trabalharmos em conjunto. Precisamos direcionar todas as ações no foco que é preservar a vida daquelas pessoas.

Muito obrigado. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Bem, Armin, essa sua última frase, dizendo que quer trabalhar em conjunto, é o que nós vamos buscar como uma das prioridades a serem extraídas nesse dia de hoje.

Eu cheguei a conversar com o Dinário em um momento, porque, conversando com quem é experiente e já passou por várias outras situações, perguntei se federalizar, se trazer um terceiro para participar ativamente de um trabalho, ajudaria ou atrapalharia, porque, em várias situações, você tem no Município alguém que está trabalhando há um ano, se dedicando ao máximo, se expondo de todas as formas, aí há no Estado alguém que faz o seu trabalho, a sua parte, e, quando chega na reta final, vem alguém de fora e diz: "Olha, vai ser feito desta forma". Às vezes, quem está no Município diz: "Então, chegou o bonzão, tome conta sozinho". O Estado diz: "O meu trabalho vai ser em vão, não vai resolver, então, tome a frente".

Eu conversei com o Dinário, que disse: "De forma alguma, o pessoal está comigo desde o início e vai somar. A gente quer conjunto". Com certeza, esse deve ser o pensamento também do Estado. Eu conversei com ele, mas, pelo posicionamento aqui e até por já estar interagindo bastante com vocês, é essa a tônica do que deve ser extraído.

Então, é um passo importantíssimo a ser dado, porque já existem os comitês federal, estadual e municipal. Precisa, para tirar esse urso das costas do Dinário – eu digo isso, porque simbolizou bem hoje aqui –, para tirar a pressão que existe não só dele, mas nossa também, é buscar isto: o Poder Federal chamar para si, junto com os outros que concordam, o protagonismo dessa situação. No meu ponto de vista, será muito bem-vindo.

Então, quando já há um encaminhamento com o Ministério de Minas e Energia, com o Ministério da Saúde, da Cidadania, com o Ministério da Justiça, com a Defesa Civil, com o Ministério do Desenvolvimento Regional, precisa passar essa segurança para quem está lá na ponta. E que não sejam feitos retrabalhos, que não sejam feitos trabalhos isolados e que se possa avançar, porque o tempo é curto, não é marcar outra audiência pública para decidir. Não é.

Então, aqui a gente já soma não só quem são os técnicos mas quem gerencia os danos, quais órgãos de controle podem contribuir para que não fiquem atrapalhando, porque, se for fazer 30 audiências públicas, vão querer que o Dinário esteja nas 30, aí ele deixará de trabalhar para estar lá, como já aconteceu no Município uma audiência pública, como já aconteceu no Estado uma audiência pública, como está comigo acontecendo agora, como foi no Ministério Público estadual, no Ministério Público Federal, isoladamente. Então, eu também me incluo nisso. É essa uma resolutividade importantíssima a ser extraída daqui, fora vários outros aspectos. Inclusive vou questionar e fazer algumas perguntas para ter essas respostas mais à frente, mas é muito importante a fala de V. Exa.

Dando sequência, eu quero ouvir também, até sobre um ponto especifico se assim for possível, o representante da Prefeitura de Maceió, o Procurador Gustavo Esteves. Se já puder, inclusive, iniciar por esse questionamento feito aqui pela Deputada Tereza Nelma, que também foi feito pela Deputada Jó Pereira na audiência pública em Alagoas e que também é motivo de questionamento, sobre a necessidade e qual seria a importância se o Município solicitar uma situação de calamidade pública.

**O SR. GUSTAVO ESTEVES** – Pois não.

Boa tarde a todos primeiramente.

No final de dezembro, eu e Bruno Kiefer, que é outro Procurador que está cuidando da situação também – trabalhamos na Procuradoria Urbanística Ambiental –, por estarmos numa questão afeta a essa questão do Pinheiro, que é um desastre que pode ser natural ou não, ou pode envolver as duas situações, nós dois fomos designados para cuidar da situação, ou seja, auxiliar a Defesa Civil no que for necessário nas demandas que vão surgindo. Inclusive, a gente trabalha com outras demandas que nem são caras à gente. Por exemplo: concessão de benefícios fiscais e tudo mais; a gente já fez o entrelaçamento com outras procuradorias, até com a Dra. Rosemeire, para a gente conseguir esses benefícios.

No final de dezembro, nós fomos procurados com a documentação do CPRM, com vários pareceres do CPRM, vários pareceres da Defesa Civil, para nós analisarmos a situação e, dessa feita, opinarmos ou não por uma decretação de um estado de emergência. E, em função da documentação que a gente tinha, a gente visualizou na hipótese – na ocasião o cenário era outro – que a gente estava diante de um caso de estado de emergência.

Esse decreto foi feito, foi feito em dezembro, e logo após... E esse decreto foi muito importante, porque, em função desse decreto, a gente conseguiu uma série de coisas com a Defesa Civil nacional, inclusive a encampação do problema de Maceió com a publicação de uma portaria do Ministério de Minas e Energia encampando o problema e designando todos os esforços da CPRM e da Agência Nacional de Mineração para enfrentar a situação em conjunto com Maceió. Porque antes, até a CPRM – o Thales não está aqui para falar isso –, eles até utilizavam recursos que eles não tinham para auxiliar Maceió, porque eles estavam muito preocupados com a situação. Mas, a partir do momento em que foi publicada essa portaria, em função do decreto que nós fizemos, eles conseguiram ter um apoio maior e conseguiram liberação de verbas para fazer licitação, dispensa de licitação, para conseguir equipamentos para fazer esses exames que estão sendo feitos agora. Não quer dizer que esses foram os únicos exames: os exames estão sendo feitos desde fevereiro do ano passado. Ou seja, diante dessa situação, a gente fez um parecer opinando pela decretação do estado de emergência.

O decreto foi feito, o decreto está embasado no art. 8º, inciso V ou VI, da Lei Nacional de Defesa Civil, que fala tanto do estado de emergência quanto do estado de calamidade. Na verdade, a diferença dos dois é muito tênue, porque o decreto que regulamenta a lei nacional, que é o Decreto nº 7.257, de 2010, no art. 2º, traz no inciso III a situação de emergência, e no inciso IV, o estado de calamidade. As únicas palavras que diferenciam um do outro são "substancial" e "parcial". Eu vou ler para vocês:

> *III – situação de emergência: situação anormal, provocada por desastres, causando danos e prejuízos que impliquem o comprometimento parcial da capacidade de resposta do poder público do ente atingido;*

*IV – estado de calamidade pública [só vai mudar a palavra "parcial" para "substancial"]: situação anormal, provocada por desastres, causando danos e prejuízos que impliquem o comprometimento substancial da capacidade de resposta do poder público do ente atingido [...].*

Na verdade, desde o início o Município viu que ele não tinha condições de agir sozinho. Tanto é que ele buscou – e a Lei de Defesa Civil Nacional encampou e encampa isso – tanto o Estado quanto a União Federal para auxiliar. A título de auxílio e de coordenação entre os entes, eu não vejo muita diferença, mas parece que, para algumas situações – a Dra. Rosemeire de repente pode falar –, talvez seja necessário conversar com o Prefeito para também decretar estado de calamidade. Mas em função de "parcial" e "substancial", eu não vejo muita diferença. Eu não sei se o senhor concorda comigo.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone*.) – Posso abrir?

**O SR. GUSTAVO ESTEVES** – Pode, claro.

**A SRA. ROSEMEIRE LOBO** – Boa tarde a todos.

Estávamos eu e o Dr. Gustavo aqui... *(Fora do microfone.)*

Na verdade, desde a nossa primeira reunião em que criamos grupos de trabalho para efeito de desoneração tributária municipal e estadual, a Prefeitura andou muito com isso aí. Tanto é que a minuta do projeto de lei já está pronta. Mas, para efeito de tributação estadual, essa desoneração precisaria... É o Confaz, porque é difícil arranjar pauta no Confaz... Era preciso que o Estado ou o Município decretasse calamidade pública, para aí a gente conseguir não só remissão, anistia, mas conseguir também isenção de ICMS, carência e retirada também, dos comerciantes do bairro, da inscrição de dívida ativa.

**O SR. GUSTAVO ESTEVES** – Aí não precisa passar no Confaz...

**A SRA. ROSEMEIRE LOBO** – Aí não precisa passar no Confaz. Então, eu venho batendo nessa tecla constantemente. Já é calamidade pública, já há uma tragédia socioeconômica. Então, "substancial" para "parcial", no Direito, a gente entende de acordo com os fatos. Então, os fatos já mostram calamidade.

E eu agradeço a Deputada por já ter tocado nesse assunto. E a gente já ficou trabalhando aqui, o Gustavo já colocou. Parabéns!

**O SR. GUSTAVO ESTEVES** – Mas é porque é uma questão que... Isso tudo que vai acontecendo no Pinheiro é muito dinâmico, não é? Então, em dezembro a situação era uma, hoje a situação é outra. A gente não tem um parecer técnico ainda definitivo.

E o que a Procuradoria do Município sempre falou para eles, e a gente esbarra justamente na escassez de recursos, é isto: em função do princípio da precaução do direito ambiental, ainda que não exista um laudo técnico definitivo sobre a situação, é importante que a gente tome todas as precauções no sentido de que essas pessoas no futuro não sejam atingidas. Tanto é isso que a gente fez uma manifestação neste sentido: "Olhe, evacue a maior parte das pessoas possível, na maior brevidade possível". Só que a gente sabe que os recursos são escassos, e para isso a gente precisa muito do auxílio do Governo Federal, porque sem o auxílio-moradia essas pessoas não vão sair, não têm condições de sair.

Então, a gente precisa de uma agilidade neste sentido, na interface do Município. Porque a gente está tendo uma conversa muito boa, mas, às vezes, vai precisar de uma agilidade maior, justamente em função da quadra chuvosa que está chegando, que já está bem... Aliás, parece que está até um pouco adiantada, porque em Maceió está chovendo bem mais este início do ano do que nos anos anteriores, fora aquele ano fatídico das enchentes. Mas é basicamente isso.

Eu não vejo problema em deflagrar essa questão de decretar estado de calamidade, mas isso é uma questão política – a gente tem que conversar, mas eu não vejo problema nenhum. Eu acho que a gente pode articular nesse sentido. Se é necessário isso para conseguir determinadas benesses, eu acho importante.

**A SRA. JÓ PEREIRA** – Eu acho que, inclusive, Senador Rodrigo Cunha, uma das consequências da decretação da calamidade pública seria a coordenação de todo o processo de atendimento através da Defesa Civil nacional, inclusive com o uso da Força Nacional. É muito importante.

**O SR. GUSTAVO ESTEVES** – É importante.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Vamos seguir aqui. Vai haver oportunidade. E é importante tratar desse assunto.

Inclusive, Dr. Gustavo, eu gostaria, se possível, de que V. Exa. já saísse daqui com esse compromisso. Se houver como aqui publicamente dizer: "Olha, vou internalizar para que saia essa situação"...

49/108

**O SR. GUSTAVO ESTEVES** – Sim, claro.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – ... diante de, como você falou, nós estarmos em março, final de março, e a situação é diferente do que era em dezembro. Então, já há vários motivos para que isso aconteça.

**O SR. GUSTAVO ESTEVES** – Indícios já... E justamente em função do princípio da precaução também.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Facilita todo o trâmite.

Então, podemos contar com V. Exa.?

**O SR. GUSTAVO ESTEVES** – Certamente.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso é muito importante.

Além disso... Não, vou deixar para as considerações finais aqui. É importante V. Exa. deixar claro se há mais algum ponto a abordar agora ou se eu posso passar para o próximo palestrante.

**O SR. GUSTAVO ESTEVES** – Deixe-me dar uma olhada aqui... Eu tinha feito algumas pontuações, mas basicamente é isso.

Assim, eu acho que é importante isto que V. Exa. estava comentando: é uma coordenação mesmo, porque muitos fazem a parte e não há uma coordenação. Então, era importante criar alguns instrumentos de coordenação nesse sentido. Porque as autoridades...

Por exemplo, eu conheço a Dra. Rosemeire, a Dra. Roberta, e a gente fica falando via WhatsApp. Qualquer dúvida eu posso ligar para a Dra. Roberta, para a Dra. Rosemeire, que não há problema nenhum. Aí a gente vai se auxiliando nesse sentido. Mas, às vezes, de repente, Estado... Fica um pouco complicada essa interface.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – É importante. É importante também a sua concordância.

Também, como representante da Universidade Federal de Alagoas, está aqui presente a Profa. Sandra Leite.

Professora, eu quero dizer que é um prazer enorme receber V. Exa. aqui também. É muito importante trazer a universidade, que é um esteio muitas vezes do caos que surge não só em Maceió, mas por todo Estado. Sempre buscamos referência na universidade federal. A universidade federal tem um papel importantíssimo na sociedade e com certeza não pode ficar à margem dessa situação; pelo contrário, deve fazer parte, como está fazendo, cada vez mais na vida do alagoano.

Então, gostaria de ouvir suas palavras no que diz respeito ao assunto do Pinheiro. Já falamos aqui de algo importantíssimo, da parte meteorológica. Se V. Exa. puder exemplificar um pouco mais como pode contribuir ou o que está sendo feito, será de grande valia.

**A SRA. SANDRA NUNES LEITE** – Meus cumprimentos a todos.

Meu agradecimento por suas palavras, Senador. E eu gostaria de registrar aqui o meu aplauso à iniciativa.

Há uma certa composição desse arranjo institucional necessário no Estado de Alagoas. Eu acho que o que está faltando também é isto: esse arranjo institucional não só para comunicação e informação de desastres extremos, mas especialmente na ocorrência ou prevenção desses desastres.

Trago o abraço da Profa. Valéria. E também venho revelar o seu esforço para que nossas ações de ensino e pesquisa se voltem especialmente para a resolução dos problemas sociais. Essa é uma grande bandeira da Profa. Valéria, que se volta, sim, para a sociedade. E é para isso que existimos.

Eu acho que comecei pelo final. *(Risos.)*

Não há nada, não... Mas pode deixar, depois eu faço referência a isso.

Pode voltar.

Esse eslaide eu iria deixar para o final, e acabei deixando no início. O Dr. Thales fez referência, na última apresentação dele, a dois poetas. Aí eu identifiquei não um poeta, mas um pesquisador em música, Jonh Cage, que diz assim: "Nenhum som teme o silêncio que o extingue. E nenhum silêncio existe que não esteja grávido de sons". Então, não adianta nós silenciarmos diante de qualquer coisa. O silêncio não vai permanecer; ele vai dar lugar a outras falas e a outros sentidos.

Como é que nasceu essa história da Ufal com o Pinheiro? Claro que foi, sim, por uma provocação da Deputada Tereza Nelma, que sentiu a ausência da universidade. E, no final de janeiro, nós fomos convidados pelo Ministério Público e aceitamos esse convite. A Profa. Valéria aceitou esse convite imediatamente e já determinou a criação de um grupo de

trabalho, que se chama GT Pinheiro. Esse GT Pinheiro é um grupo composto por diversas áreas – algumas áreas ainda afastadas, mas que estão sendo aproximadas; as mais emergenciais foram trabalhadas. E esse GT assume o compromisso que a universidade tem em desenvolver ações específicas para esse caso. E isso nas diversas áreas.

Eu iria falar sobre estes dois casos especialmente, porque eu peguei dois exemplos da universidade relativos à sua base científica e tecnológica: o radar meteorológico, que eu já vou pular, porque já foi muito bem apresentado, se bem que a gente traz aqui uma proposta aliada àquela do professor, porque ele já amplia aquela proposta e já engloba todos os outros aspectos. E há também uma pesquisa, um estudo muito bem feito pela Profa. Regla sobre o cadastro territorial e mapeamento de áreas de risco.

Então, ela já fez um trabalho no Mutange. E a Profa. Regla tem uma situação dupla: ela é moradora da área vermelha do Pinheiro e é geóloga, pesquisadora. Ela está muito voltada para resolução dos problemas. Ela realizou estudos no Mutange, que já estão no cadastro territorial georreferenciado. E, nesse trabalho, ela fez uma unificação de dados sociais, então, com todas as informações. Ela entrou em todas as casas com a equipe dela e fez todo um levantamento que a Deputada Tereza Nelma acompanhou de perto.

*(Intervenção fora do microfone.)*

**A SRA. SANDRA NUNES LEITE** – Disso ela falou muito tempo. Houve um apoio especial da Defesa Civil. E isso faz com que os trabalhos desses órgãos se tornem mais ágeis, porque eles detêm os dados para qualquer acidente que possa ocorrer, sabem exatamente por onde caminhar. Então, ela estudou o risco de escorregamento das encostas ali do Mutange.

Nós temos a proposta idealizada pelo Prof. Ricardo Tenório, que é da criação do Centro de Estudos e Prevenção de Desastres (Ceped), em Alagoas, que é o projeto de que falou a Dra. Roberta, que trata da formulação e implantação desse projeto, mas ele aí aponta as diretrizes iniciais. Qual é o propósito? Redução da vulnerabilidade social frente aos desastres causados por fenômenos naturais ou pela ação humana.

Pode passar.

Então, a missão dele vai combinar esforços, e aí ele pensa nesse arranjo institucional; promover atividades educacionais relacionadas à pesquisa, extensão e intercâmbio científico; aprofundar a compreensão acerca dos problemas; suscitar o desenvolvimento da percepção de risco e a cultura de prevenção de desastre – porque não adianta só a Defesa Civil deter essa cultura, é preciso que isso seja difundido, principalmente entre os nossos alunos; e aí eu falo da área da comunicação entre nossos colegas jornalistas e relações públicas que estão nessas instituições e nos órgãos de mídia –; buscar redução das vulnerabilidades sociais; apoiar o desenvolvimento de políticas regionais por meio dos estudos; atenuar os impactos negativos; maximizar benefícios da variabilidade de tema e clima sobre a sociedade e as economias da Região Nordeste do Brasil, o radar se volta não só para Alagoas, mas também para o Nordeste.

O objetivo é atuar... Sim, a nossa capacidade é esta: formação e produção de conhecimento. Mas por meio de que nós podemos ajudar? Por meio dessa formação e da produção do conhecimento para resolução dos problemas. Então, dessa forma, a universidade, através do centro proposto, vai cooperar com o desenvolvimento técnico-científico e cultural da sinistrologia, da ciência social com características multidisciplinares, porque aí a gente agrega várias áreas.

Pode passar.

As áreas de atuação são estas: Engenharia Civil; previsão meteorológica; monitoramento do estado do tempo e do clima; custo dos desastres; Medicina para acidentes em desastres; mapeamento de riscos; estudos de vulnerabilidade; desastres com produtos perigosos; educação contra acidentes e educação ambiental; Psicologia Social.

Há uma informação da Psicologia Social. Aqui foi dito que não há profissionais na área no Pinheiro trabalhando. A universidade, em parceria com o Conselho Regional de Psicologia, que está aqui com uma representante, formou, capacitou 50 profissionais e já está em atendimento, já estão atendendo. O que tanto a universidade quanto o Conselho Regional de Psicologia solicitam é o envolvimento dos órgãos públicos. Eles precisam... Não dá para trabalhar sozinho. É preciso trabalhar em sintonia e interação. Então, é preciso que os órgãos públicos encaminhem...

*(Soa a campainha.)*

**A SRA. SANDRA NUNES LEITE** – ... esses moradores para o atendimento. Mas isso já foi... A universidade teve pouco tempo, porque, no final de janeiro, a gente se reuniu e, no começo de fevereiro, a gente já foi atrás das ações. E já foram capacitados 50 profissionais para atendimento específico do Pinheiro.

Os possíveis projetos: primeiro, formação de banco de dados gerais; treinamento em interpretação de informações meteorológicas – o Prof. Ricardo já se dispôs, em se constituindo essa equipe pelo Governo do Estado, a treinar essas pessoas em interpretação das informações meteorológicas, porque é preciso conhecimento para ler os dados do radar –;

monitoramento do tempo por meio de radar meteorológico e imagens de satélites; e cursos de especialização visando ao treinamento em monitoramento do tempo por meio de radar.

A gente oferece os cursos de pós-graduação e poderia oferecer cursos de informação em defesa civil nos vários níveis, se for o caso e se for de interesse; cursos de atualização em defesa civil para as comissões que se voltam para a defesa civil; administração e planejamento para redução de desastres; custos em desastres; formação de voluntariado em defesa civil; educação para o trânsito para professores e multiplicadores, porque a gente tem acidentes graves; capacitação para médico e psicólogo perito examinador responsável pelo exame de aptidão física e mental para condutores de veículos automotores, isso tendo como base, como referência a questão do desastre...

*(Soa a campainha.)*

**A SRA. SANDRA NUNES LEITE** – ... formação de agente de fiscalização de transporte com produtos perigosos em rodovias; acompanhamento socioeconômico e psicológico do condutor de cargas perigosas; fiscalização antidrogas; identificação, neutralização, emprego de explosivos em operações especiais, aí já se pensou numa coisa mais ampla levando em consideração não só o desastre no caso do Pinheiro, mas todas as possibilidades de desastre que podem ter grandes proporções.

Pode passar. Eu vou deixando para você...

E aí com quem a universidade gostaria de contar, estabelecendo parcerias: com a Defesa Civil nacional, com o Dnit, com a Polícia Rodoviária Federal, com o DER Alagoas, com a Defesa Civil estadual e municipal, com os órgãos e instituições públicas que atuam ou necessitam de informação na área.

O que a gente... Aí são os representantes do GT-Pinheiro; os com propostas apresentadas são esses. Mas, nas visitas que fizemos ao bairro, percebemos que há uma necessidade, sim, de uma análise parcial dos riscos. E, só a partir dessa análise parcial dos riscos, é que podemos propor mais intensamente algo para se fazer. Essa análise parcial dos riscos tem três etapas: primeiro, a avaliação do risco, perceber como está a questão da água, do solo e do subsolo, que a Profa. Regla está fazendo, baseada nos estudos do Dr. Thales; a gestão do risco. Então, a segunda etapa é a gestão do risco, em que nós vamos analisar os trabalhos da Defesa Civil de prevenção, quais são os cadastros, quais os treinamentos, quais são as ações da Defesa Civil até agora. Isso não é uma análise para pontuar a crítica, mas é uma análise para saber como a universidade pode colaborar.

Eu posso continuar? É só um pouquinho, só um pouquinho...

E a terceira etapa é a comunicação do risco, em que a gente lida com a capacitação de profissionais da comunicação. E a gente tem alguns exemplos graves de erros na comunicação. Primeiro, os moradores do bairro Pinheiro não sabiam onde estavam as informações. Então, para todos eles, havia um silêncio total – um silêncio total dessas instituições. Duas instituições as têm, nas suas páginas, mas eles não sabiam e não consultavam. Então...

**O SR. GUSTAVO ESTEVES** (*Fora do microfone*.) – E há o WhatsApp também.

**A SRA. SANDRA NUNES LEITE** – É. Aí o grupo de WhatsApp foi quem provocou...

**O SR. GUSTAVO ESTEVES** (*Fora do microfone*.) – Provocou isso...

**A SRA. SANDRA NUNES LEITE** – Isso. E, aí, na questão das redes sociais digitais, aparecem os boatos. Um dos boatos que eu ouvi diz respeito... Porque a gente foi conversar com os moradores e a gente catalogou todas as conversas. Então, a gente registrou todas as conversas. Uma das conversas era relativa aos sacos pretos. Circulava por lá que Estado e Município já tinham comprado uma porção, muitos sacos pretos para os mortos, para os corpos. Então, numa ação conjunta das defesas e dos órgãos de prevenção e salvamento havia... Havia nas ruas de uma determinada localidade algo que se parecia com os sacos pretos, e a população disse: "Está vendo! É verdade...". E, aí, a gente foi conversar: "Não, mas isso é próprio, tem um sentido para os órgãos de defesa civil que não tem para a população". E, aí, isso se multiplica. É outro exemplo.

Uma outra coisa também que deixou, pelo que eu percebi, desconfiança na população foi haver três cadastros. O morador vai ter que fazer três cadastros – foi o que me disseram: um cadastro para quem tem casa rachada; outro cadastro para quem...

**O SR. GUSTAVO ESTEVES** (*Fora do microfone*.) – Não há isso, não!

**A SRA. SANDRA NUNES LEITE** – Hein?!

**O SR. GUSTAVO ESTEVES** (*Fora do microfone*.) – Não há isso, não!

**A SRA. SANDRA NUNES LEITE** – Pois é, mas saiu assim, né?!

Outro cadastro para quem está na área de risco; e outro... Foram três cadastros que eles falaram. E isso gerou muita desconfiança nas instituições. Então, o que há entre os moradores é total desconfiança. Portanto, não adianta a Prefeitura colocar na sua página qualquer informação porque o morador não vai confiar nessa informação.

E, além disso, com relação a... Aqui se falou – para encerrar – muito em desastre anunciado, preservação de vidas, consequências danosas. Há muita gente já sofrendo. Há um sofrimento... Vamos evitar o sofrimento de muita gente! As pessoas já estão sofrendo, o desastre já acontece, e ele é silencioso. É um desastre muito sério. E aí vou pedir emprestada ali autorização da colega da Psicologia para entrar no mundo da Psicologia, que não é o meu. É um olhar de leigo, mas é um olhar preocupante, preocupado.

O adoecimento emocional produz, para utilizar os termos da geologia, fendas, fissuras e fraturas intensas, mas são na alma. E essas fraturas, fissuras e fendas afloram no adoecimento do corpo e na morte desse corpo. Eu conheço pessoas que já estão no hospital, e não há nada pior do que o adoecimento emocional, porque níveis de depressão ocorrem silenciosamente.

O bairro do Pinheiro já atravessa esse desastre extremo. Precisamos considerar assim e não como uma coisa futura. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem, professora! São importantes suas palavras. Quando eu visualizo a Ufal, eu posso acrescentar uma das ações que não está ali e que talvez seja o caminho. Eu percebi que, inclusive no decreto de emergência do Prefeito, foi mencionada esta palavra: a possibilidade de sair também da esfera dos órgãos públicos, e a gente chamar o voluntariado para abraçar esta causa para ajudar os órgãos, para tranquilizar as pessoas. E, quando eu vejo, na Universidade Federal, o laboratório que se tem de professores, pessoas que podem utilizar os próprios estudantes como um instrumento para tranquilizar essa região toda, eu acho que é um caminho a ser seguido. Tenho certeza de que será fruto dessas discussões coletivas que teremos mais à frente.

**A SRA. SANDRA NUNES LEITE** – Senador...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sim.

**A SRA. SANDRA NUNES LEITE** – É isso o que estamos fazendo. Na Psicologia, como são 50 voluntários, eles não recebem por isso; na Comunicação, os alunos estão no bairro...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Perfeito!

**A SRA. SANDRA NUNES LEITE** – É claro que a gente vai ter que planejar alguma ação, mas eles já estão colhendo essas informações. E, aí, eu já lancei uma proposta para a coordenação do curso de a gente adotar as metodologias ativas: é o aluno ir buscar o problema e tratar do problema. E, aí, eu já estou propondo que esse problema seja o Pinheiro.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Perfeito!

Com certeza não vamos comprar sacos pretos. Pode ter certeza de que o que todo mundo busca aqui é não chegar nem perto disso.

Então, vamos aqui, finalizando este bloco, para alguns esclarecimentos.

Eu gostaria, aqui, primeiro, de perguntar ao Secretário de Defesa Civil, Dinário, se ele pode informar agora, se ele tem as informações em mão de quantas pessoas são atingidas na área vermelha, na área amarela, na área laranja, de quantas já saíram de casa e também de quantas estão recebendo o benefício por terem saído de casa, o auxílio-moradia.

**O SR. DINÁRIO LEMOS** – Perfeito!

A área que se estuda, entre a vermelha, a laranja e a amarela, dá uma totalidade de 1.960 moradores. Correto? O recurso veio, no primeiro momento em que a gente pediu, para evacuar, naquelas primeiras reuniões, todo mundo da área vermelha. Muito bem, a área vermelha, a gente contou na velocidade de 493. E aí as pessoas que foram evacuadas da área, quando a pasta atualizar os dados, que eu pedi ontem... Na área vermelha, até o momento, nós temos o primeiro lote de 80 moradores, entre eles quatro casas e 72 apartamentos – primeiro lote, área vermelha.

A área vermelha, segundo lote. Nós temos duas casas e 83 apartamentos. Houve uma chuva forte no dia 28 de janeiro – choveu muito, 100mm em três horas –, e a CPRM determinou que fossem evacuados aqueles apartamentos ali, que estavam localizados na área vermelha. Foram evacuadas, naquele momento, cinco casas na área laranja, desse lote, do segundo lote, o que dá um total de 115. Na área vermelha, duas casas e 83 apartamentos; na laranja, cinco casas e 16

53/108

apartamentos; na área amarela, uma casa; e na área azul, que está fora da área que está sendo estudada, que se chama área azul, oito casas.

No terceiro lote, são 120 cadastros: 22 casas na área vermelha, 29 apartamentos, quatro casas na área laranja, 37 apartamentos; na área amarela, duas casas e 20 apartamentos; e na área azul, cinco casas e 20 apartamentos.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – No estudo tem o total de pessoas? Tem a quantidade de pessoas?

**O SR. DINÁRIO LEMOS** – Pessoas, não, mas famílias. No lote...

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – No geral.

**O SR. DINÁRIO LEMOS** – No total, nós temos... Sobe para mim aí, por favor. Na área vermelha toda, a gente tirou 378, se não me falha a memória. Por que não estava...? Porque tem a parte comercial, que tem um negócio, mas mora em cima. Eles não têm o perfil, porque é CNPJ, não é CPF, e a nossa determinação é que tenha sido só por CPF.

Então, esse recurso foi para aquele primeiro momento, para a área vermelha, mas os engenheiros e os geólogos... A gente entrou em contato com a Defesa Civil Nacional, e o Coronel disse: "Não tem problema, se você achar que está em risco, pode..." Mas nós temos aí muitas dúvidas, porque as pessoas perguntam: "Mas o dinheiro não veio só para a vermelha? Porque você tirou da laranja?". Por conta dessa evolução que está havendo nas rachaduras. E na hora que os engenheiros e os geólogos encontram famílias que estão sob risco eminente de desabamento, eles fazem a evacuação.

Outro ponto que é muito questionado é com relação... Qual foi a outra pergunta que o senhor falou?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dessas pessoas, quantas recebem benefícios?

**O SR. DINÁRIO LEMOS** – Hoje está num total de 493.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Quatrocentos e noventa e três?

**O SR. DINÁRIO LEMOS** – É, mas a gente tem...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Tem alguém atrasado? Tem alguém...

**O SR. DINÁRIO LEMOS** – Não. Até agora, até o momento, dos lotes – está faltando o lote 4, que está sendo pago agora esta semana, que deu essa confusão toda do dia 19 – dá um total de 126. E a gente não poderia deixar de fazer uma visita e ver a situação que está. Como o recurso... Ficou o quinto lote, o que dá um total de 47, que era para fechar o total. Mas já tem o lote 6, que está dando um total de 30 casas e 19 apartamentos, que está precisando já o recurso vir para esses cadastros que estão lá pendentes.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Já foi formalizado? Já estão aguardando...

**O SR. DINÁRIO LEMOS** – Aí a gente pediu até para o Cel. Moisés, que está aí. Ele combinou comigo para que a gente, antes que os estudos saiam, peça esse dinheiro para a laranja e a amarela. Então, à proporção do que for surgindo diante dos fatos, a gente iria fazendo a evolução.

Aqui está a Carla, da Secretaria de Ação Social. Já estávamos preparados para segunda-feira, diante do que for exposto aqui no momento, a gente pudesse já deixar os cadastradores. Inclusive a gente solicitou um ônibus.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL. *Fora do microfone*.) – Esses R$11 milhões são para todo mundo? Para toda essa população?

**O SR. DINÁRIO LEMOS** – Esses R$11 milhões são para a área laranja, amarela, e para... Tem R$3 milhões aí para contratar uma empresa para fazer o laudo pericial dos prédios, que é uma recomendação até do Ministério Público Estadual, e a gente solicitou do Governo Federal. Eu não sei se está incluído esse valor, mas pelo...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dinário, diante dessa situação, eu pego dois exemplos. Primeiro, esse ofício da CPRM, de junho, que já colocava a situação como sendo alarmante. E nós chegamos até o dia de hoje, em que diz que, de lá para cá, tudo piorou, ou seja, está sendo muito mais grave. Volto à situação do que foi passado aqui, de que há dez dias era uma situação, e hoje já é outra, ou seja, o mapa... Eu até parabenizo o trabalho inicial. O mapa feito ali é um mapa visual das edificações, e hoje, pelo que foi demonstrado

aqui, pelo vídeo exposto, inclusive, pegando as fotografias de 2016 para o mês passado, mostrando a área vermelha, que não é essa área vermelha da qual a gente está falando, mas a área vermelha de evolução de um risco eminente, as pessoas com certeza sabem que estão correndo um risco. Estão em uma área sob investigação, em uma área em que só falta alguém fazer a leitura correta e assinar. Então, já não é mais uma realidade inicial. A área vermelha, a área amarela, a área branca, as pessoas moram no Pinheiro. A gente está aqui dizendo e foi dito aqui. Eu disse também que, se tem alguém que eu amo lá, não fique lá. Então, essas pessoas, para saírem também, precisam ter um auxílio, precisam ter um auxílio de mudança. Já recebi a informação aqui de que para quem mora na área amarela ou laranja já foi solicitado o recurso. Não vai esperar que essa amarela e laranja fiquem vermelhas.

Já foi solicitado, já foi aprovado e já está empenhado. É isso? Mesmo com as pessoas morando lá ainda? Essa é a pergunta, porque há pessoas que estão ainda na área amarela e que estão morando lá. Essas pessoas já começam a receber de plano o auxílio ou têm que sair?

Se nós aqui, até uma forma alternativa, estimularmos essas pessoas a saírem de suas residências, há garantia de que elas receberão o auxílio-moradia para a mudança.

**A SRA. TEREZA NELMA** (PSDB - AL. *Fora do microfone*.) – Há pessoas que saíram há um ano e não receberam o retroativo. O Maurício mesmo saiu há um ano.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Não recebeu o retroativo, né? Mas foi logo após a decretação de emergência que isso poderia ser possível?

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Por isso fiz a pergunta até por escrito para o Armim ... *(Fora do microfone.)*

... Eles foram obrigados a sair. A Cláudia está aqui, o Joerton, a casa dele está totalmente destruída, que é aquela vizinha, aquela primeira casa que a gente foi com o Francisco Sales, Vereador, ano passado. Isso é muito angustiante.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Com situações retroativas, qual o procedimento normal? Tem que internalizar? Isso a defesa civil assume? A assistência social? Por isso é necessário a gente estar no mesmo barco.

Então, só para finalizar, e você já responde nessa sequência: por parte do Ministério, qual é o trâmite burocrático? A partir de que há uma solicitação, por exemplo, dessas novas áreas, amarela e laranja? Qual o trâmite burocrático? Já está liberado de plano? Tem que ter alguma ingerência com algum gestor? Qual o procedimento normal?

**O SR. ARMIN BRAUN** – Primeiro, respondendo a essa pergunta que o senhor acabou de fazer agora, só para não perder, e depois passando à pergunta da Deputada.

Nós pedimos algumas informações das pessoas que sairão – esse é o rito normal, né – as pessoas que vão sair, alguma informação, CPF de quem está saindo. Em alguns casos, a gente solicita laudo de interdição, para configurar que realmente foi interditada a casa. Só que neste caso é como eu falei, já foram três liberações dos valores: 500, depois 2.400 e agora os 11. Então, nós abrimos de certa forma mão dessas informações.

Então, configura a situação que está, porque a própria legislação, a Lei 12.608, prevê o seguinte: o que nós vimos aqui foi uma grande incerteza. Não sabemos bem ainda o que vai acontecer, o que pode acontecer. E a incerteza quanto ao risco não pode ser um fator para eu não atuar porque não sei o tamanho do risco.

Então, levando em consideração isso que nós temos conversado com o serviço geológico do Brasil, o trabalho que está sendo feito, a área que está sendo... Tudo que a gente viu hoje aqui. A gente tomou a decisão de não cobrar essas informações e transferir aquilo que nos for solicitado, entendendo que tudo aquilo está mapeado, está dentro da área. E também dando flexibilidade ao Dinário, nós já falamos com ele, que, se a pessoa hoje está na área, nós liberamos para a área vermelha, o pessoal que está na área amarela, de uma hora para outra aquilo se tornou mais prioritário do que a área vermelha, não tem problema, utiliza. Já conversamos com ele, nós é que vamos depois fazer a prestação de contas, tomamos essas garantias, inclusive escrevendo isso em alguns locais, dando a segurança através de, se for o caso, correio eletrônico, para que ele tenha segurança depois. É incorporar isso ao processo, porque no futuro nós teremos, podemos ter, órgão de controle nos questionando, e temos todas as informações.

A preservação da vida é artigo fundamental da Constituição Federal, então a gente não pode... E os papéis, como diz o nosso Secretário – os papéis e os processos – não podem ser mais importantes que as pessoas.

Então, o que nós temos hoje é um recurso liberado – me corrige, Dinário – para evacuação, para retirada de 2.500 famílias, 2.400, não é isso?

**O SR. DINÁRIO LEMOS** (*Fora do microfone.*) – É.

**O SR. ARMIN BRAUN** – É isso que a gente tem lá hoje, então está o recurso lá. Não está o financeiro – vamos dizer, está para ser empenhado, todos os trâmites feitos; então os R$11 milhões serão empenhados nos próximos dias, eu não sei quando vai acontecer isso, mas é bastante rápido –, e nós vamos liberando o financeiro, acordado isso com o Dinário: "Olha, financeiro nós vamos liberando aos poucos" – de R$2,3 milhões, à medida que ele for executando, para que ele possa até fazer uma boa administração disso.

Quanto à questão do retroativo, há algumas questões importantes, que são: a ação da Defesa Civil, especificamente para este ponto que nós estamos fazendo, é uma atuação na emergência; os recursos vêm de uma ação orçamentária que é para a emergência. Então, em tese, para tudo aquilo que aconteceu após a decretação da situação de emergência. Para nós é uma coisa até bastante peculiar e nova o fato de ter pessoas que saíram – nós entendemos isso: as pessoas saíram antes por conta da emergência. A gente precisaria construir junto com os órgãos competentes talvez uma saída jurídica, para que a gente pudesse fazer isso com segurança, das pessoas que já saíram, porque em tese elas já estão fora da área de risco, mas elas utilizaram recurso delas; é uma questão em que a gente precisaria aprofundar essa discussão e levar para uma discussão no âmbito jurídico, para ter a segurança necessária para se fazer esse tipo de ação.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem. Passo a palavra ao Ten. Cel. Moisés.

**O SR. MOISÉS MELO** – Senador, eu gostaria de fazer duas observações na fala do meu amigo Braun: na 12.608, se diz também que na iminência do desastre há possibilidade de liberação de recurso – nós estamos na iminência de desastre. Outra correção que eu gostaria, outra observação: porque, pelo que foi apresentado hoje, temos que esquecer área amarela e área laranja. Hoje tudo foi apresentado aqui como área vermelha, e dobrou a área vermelha. Tudo isso foi ampliado. Ficou bem claro aqui na apresentação do Dr. Thales. Então, não existe hoje para o Serviço Geológico do Brasil área amarela ou área laranja.

A orientação que nós passamos para o Município foi que solicitasse recursos para a área amarela, laranja e vermelha, mas hoje, como está tudo vermelho ali, a gente entende que a solicitação deverá ser ampliada, já que nós trabalhamos com o princípio da precaução, e nesse princípio nós temos que solicitar recurso para que toda a população que se encontra naquela área na realidade deverá ser retirada. Estamos falando isso para ontem. Nós comentávamos isso naquela situação, e essa recomendação que a Defensoria Estadual fez, que nós fizemos, foi para aquela área mapeada inicialmente; mas hoje, depois dessa apresentação do Dr. Thales, fica bem claro que poderemos ter ali um desastre como nunca visto na história desse País. Então, é importante que seja solicitado um recurso para toda a população da área vermelha, inclusive aquela encosta do Mutange. Naquela encosta do Mutange ali, eu acredito que deve haver umas dez mil pessoas. Então, toda aquela população deverá ser retirada.

Então, o mapeamento inicial era daquelas áreas vermelhas; hoje se fala muito em área vermelha, mas isso, a partir de hoje, eu gostaria que nem fosse tocado mais hoje nesse assunto – área vermelha ou amarela...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Área de risco.

**O SR. MOISÉS MELO** – ... porque foi apresentado bem claro: área de risco, toda vermelha; porque pode ter o arrastamento, e naquele arrastamento ali, além de levar o bairro do Pinheiro, vai levar também o Mutange e o CSA, vai levar tudo.

Então, a Defesa Civil trabalha com as piores das hipóteses. Mas qual é a pior hipótese? O desastre macro. Em cima dessa possibilidade, temos que solicitar os recursos necessários, a atuação do Governo Federal, mais agilidade na liberação desses recursos.

A participação de V. Exa. é demais, é muito importante nesse contexto em nível nacional, em nível do Ministério do Desenvolvimento Regional, para que esses recursos sejam liberados. Não estamos falando mais de R$11 milhões; tem que liberar ali R$50 milhões, R$60 milhões, R$200 milhões, quanto for necessário, porque a chuva vai chegar, é questão de tempo. Choveu, e naquela chuva, como o Dinário falou aqui, nós trabalhamos e convocamos todo aquele comitê no Estado, trabalhamos com o comitê para o desastre, no caso a Defensoria Estadual. Nós convocamos todos aqueles que estavam – e muitos estão aqui presentes – e convocamos com uma chuva de 108mm no bairro do Pinheiro em cinco horas apenas, Dr. Cléber.

Então, se o gatilho é a chuva, nós temos de retirar essa população, Senador, de toda essa área que foi mapeada aqui e apresentada pelo Dr. Thales.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem, Tenente-Coronel.

Por fim, aqui eu quero fazer uma solicitação ao Sr. Armin Braun, para que internalize – que V. Exa. seja o porta-voz neste momento, já para antecipar fatos –, em toda essa comissão interministerial que já existe, formada no âmbito federal, o interesse tanto dos órgãos municipais, estaduais e daqueles também que trabalham na parte do controle, que possam fazer parte de uma sala de situação, de um gerenciamento de crise, num comitê específico gestor, seja lá o que for o nome a ser dado, e que a federalização de fato dessa situação não fique apenas nos aspectos burocráticos aqui em Brasília, mas que vá reforçar as equipes que estão lá em Alagoas, falando a mesma língua – o colete é da mesma cor –, e eu acho que é dessa forma que a população vai sentir de perto a segurança que falta. É dessa forma que vai conseguir sensibilizar mais rapidamente quem toma as decisões, que vai verificar que vermelho, azul ou amarelo é uma situação que não é mais realidade hoje, como bem foi dito pelo Coordenador da Defesa Civil do Estado; o que existe é uma delimitação da área de risco. Umas das diretrizes finais desta audiência pública será a urgente atualização da demarcação da área de risco. Então, todos que estão ali vão ter que ter sempre o mesmo tratamento.

Então, são em posturas como essa em que eu acredito.

V. Exa. na fala já deixou claro que vai fazer isso, que nós vamos conseguir algum resultado mais célere diante de uma situação tão calamitosa, já posso dizer assim.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Senador, como é gerenciamento de danos, tenho uma questão: também a segurança das casas que foram abandonadas – não sei dizer, desocupadas, o termo certo – é um problema. Já houve casa que foi saqueada três vezes, duas vezes. Então, nós precisamos garantir essa segurança para essas famílias.

E também, Sr. Senador, a comunidade também está precisando de uma aproximação maior com o Banco do Brasil – porque com a Caixa já foi feito –, mas precisa de uma aproximação maior com o Banco do Brasil, para resolver algumas questões da comunidade.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Perfeito.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – Então, é necessário esse gerenciamento de danos.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Perfeito, Deputada.

Então, só para finalizar, tem uma inscrição, e eu vou pedir para que seja feita a pergunta. Daqui a pouco todos vão ter oportunidade de falar, mas agora nós aí deixamos no segundo bloco – são quatro. Então, se puderem fazer as perguntas... Há duas pessoas aqui. Então vou abrir para duas perguntas, e que a gente possa ser bem célere.

Queria fazer pergunta?

**O SR. JOELINTON BARBOSA GÓIS** (*Fora do microfone.*) – Não, era o que ela perguntou.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – O Geraldo quer fazer uma pergunta?

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Eu ia fazer uma pergunta, mas quero pedir ao senhor para dizer a mecânica da nossa audiência: depois que terminar esse bloco... *(Fora do microfone.)*

... as autoridades vão-se embora, ou elas vão interagir com os moradores?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Elas podem ficar aqui, não como oradores. Como eu falei aqui no início, o formato é para serem extraídas informações. Não é como é feito lá no Estado de Alagoas, nas Câmaras Municipais e estaduais; as autoridades, inclusive, aqui têm, regimentalmente, o direito de nem quererem responder, porque, pelo Regimento, só o Senador pode perguntar; nós já estamos aqui fazendo, em acordo, numa maneira colaborativa, registrando informações, e aqueles que quiserem fazer perguntas naquele momento.

Sei que você tem muito a falar, mas se quiser fazer alguma pergunta, o momento é agora.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Eu gostaria de fazer uma pergunta, porque, observe: o laudo sairá daqui a uns 15 dias, digamos, não é isso? Final de abril... É mais: final de abril. O aluguel social tem casos...

O ciclo, na verdade, é o seguinte: quando eu chamo a Defesa Civil para minha casa, ela leva 25 dias para ir até minha casa – de 20 a 25, se for. Tem casos que nós temos 58 protocolos. Depois, pede-se para evacuar o imóvel, uma pressão horrível nas pessoas, e isso gerou muito desse conteúdo emocional. Eu costumo que o Pinheiro é um campo de concentração: o sentimento do morador do Pinheiro, Senador Rodrigo Cunha, Deputada Jó Pereira, Deputada Tereza Nelma e demais autoridades aqui presentes, é um sentimento de tortura: um pressiona de um lado, e o outro fala do outro. E eles vivem...

Nós estamos vivendo nesse bolsão de emoções fortíssimas. Não é à toa que o Dinário está desse jeito. Eu também estou, mas a gente tem que ser psicólogo, a gente tem que ser amigo, a gente tem que ir com o Dr. Abel Galindo na casa das pessoas para diminuir um pouco essa tensão. Então, para tirar as pessoas, Senador Rodrigo Cunha, do bairro do Pinheiro depois dessa...

*(Soa a campainha.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – ... apresentação que o Dr. Thales fez, é uma operação de guerra.

Nossas duas Defesas Civis, por mais que tenham boa vontade, não terão condições. Eu nem conheço a estrutura da nossa Defesa nacional, mas acho que isso é coisa para as Forças Armadas. Olhe que eu já venho dizendo: essa questão da comunicação – eu disse ao Dinário lá em novembro que havia problemas de comunicação, e foram seriíssimos. Pedi ontem, terça-feira, encarecidamente, à Dra. Roberta que fizesse aquelas recomendações – parte daquelas recomendações estavam naquela reunião nossa –, e hoje eu tive o prazer de, de madrugada, porque eu não dormi de ontem para hoje, tentando escrever alguma coisa, mas trouxe escrito para os senhores os nossos pleitos, que são muitos... Então, de madrugada eu recebi a notícia que a Dra. Roberta, a equipe dela, com a Dra. Niedja... E vamos fazer justiça: o Ministério Público Federal, o Ministério Público Estadual têm nos ajudado e muito, não é pouco não. Assim como os...

*(Interrupção do som.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – ... Parlamentares, todos eles, em nível municipal e estadual e nível federal. O senhor mesmo... *(Fora do microfone.)*

*(Interrupção do som.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – ... Para o senhor, porque nós não temos prefeito e não temos governador. E o senhor esteve lá na nossa reunião, quando nós a fizemos ali na praça, junto com o Dr. Gaspar. O senhor se comprometeu com a causa, foi à Caixa Econômica e resolveu muita coisa dos seguros. Naquele dia muita gente ficou criticando a sua fala, mas a sua fala foi certa, foi positiva. E quando não se tem um prefeito e quando não se tem um governador, há um Senador com a credibilidade que o senhor tem. Muito obrigado pelo que o senhor fez. *(Palmas.)*

Se o senhor não tivesse feito aquilo e não tivesse a iniciativa desta audiência, muita gente poderia morrer pelo que eu vi o Dr. Thales colocando.

*(Soa a campainha.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Nós temos que ser ágeis, ágeis. E esse aluguel social não pode demorar. Ele tem que ir para as mãos do cidadão para que ele possa sair da casa. Há pessoas que já estão com a fiança e mais dois alugueis, pessoas humildes... Há uma cidadã, no Jardim Alagoas, Dona Francisca, que tem um garoto especial e tem um marido doente e que pagou dois aluguéis da casa dela, R$700,00, R$1.400,00 de uma renda familiar parca. Nós não podemos permitir isso! Temos que nos unir, gente, para evitar isso. O que depender do SOS, podem contar com ele. Quanto à questão da comunicação da Prefeitura, vou dizer uma coisa aos senhores, se nós desligarmos os nove grupos de WhatsApp nosso, do SOS, ninguém se comunica com a Prefeitura. Se quiserem fazer um teste, eu faço. Vai ser um desastre em matéria de comunicação.

Então, nós trouxemos nossos pleitos e eu quero deixá-los para o final porque são longos, se o senhor me permitir.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Claro, claro.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Muita coisa já foi discutida aqui.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Vai estar, viu? É justamente por isso, Geraldo, que eu peço realmente a sua compreensão. A sua fala é essencial aqui. Vai ser dada oportunidade a todos. Mas você entende, acho que está percebendo aqui a dinâmica do que está sendo feito.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Perfeito, Senador.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – A Dra. Roberta também está aqui desde cedo, e o Dr. José Antonio Marques da mesma forma, os defensores públicos. Todos aqui querem se manifestar e dizer o que está sendo feito e extrair também informações. Isto aqui não é apenas uma audiência pública e vai acabar por aqui. Não é. Daqui, inclusive, pode sair uma comissão de Senadores para ir lá acompanhar essa comissão que vai sair também no âmbito federal, uma comissão mista, pode ser. Por que não? Então, é isso. Como eu falei, cada um tem que fazer o máximo que está ao seu alcance. Eu vou fazer o máximo que estiver ao meu alcance dentro das minhas

prerrogativas. Não é para arrumar o culpado agora. Primeiro, é para salvar vidas. Depois vamos, sim, atrás se houver alguém que possa ser responsabilizado e que deu causa; aí há o Judiciário, há outros agentes que vão entrar em campo. Mas essa parte agora passa muito pela área política.

Eu queria passar a palavra ao Vereador Chico Filho, que está inscrito, para que ele possa fazer um questionamento.

**O SR. CHICO FILHO** – Farei dois questionamentos bem rápidos.

Na apresentação do Dr. Thales, ele mostrou uma meia-lua que seria o terreno que estaria em movimento. Essa área de evacuação hoje está restrita àquela área em que o terreno está em movimento, a área vermelha e a área verde, só aquele pedaço da meia-lua, que é a área vermelha, laranja e amarela. Essa área de evacuação é de todo o terreno? Como é que se dará essa evacuação? São aproximadamente 30 mil pessoas, levando em consideração Pinheiro, Mutange e Parque Bebedouro. Então, a gente tem que avaliar isso.

Essa ajuda humanitária está restrita apenas a esse pessoal que está na extremidade ou vai ser extensiva às 30 mil pessoas?

Por fim, foi falada aqui a questão da estabilização do terreno. Há um estudo técnico para viabilizar a estabilização desse terreno? Pode haver um estudo técnico nesse sentido, com Prefeitura e Governo do Estado como Poder Público? Qual é o plano B? Isso porque, segundo a Defesa Civil, essa ajuda humanitária é emergencial, tem prazo de validade. Se você retirar cinco mil pessoas, dez mil pessoas, vinte mil pessoas, passado um ano de ajuda humanitária, esse pessoal vai para aonde? Maceió não comporta um êxodo, dentro da sua capital, de trinta mil pessoas. Não comporta, não está preparada para isso. Então, a Defesa Civil está fazendo o papel dela, que é tirar da margem, mas sem um estudo do Poder Público, do Estado, com E maiúsculo, para que a gente dê um direcionamento, estaremos enxugando gelo.

Senador, parabenizo V. Exa., e estes são os meus dois questionamentos: primeiro, se a área de evacuação é apenas a margem da meia-lua vermelha, se é de todo o terreno, e se há um estudo ou pode haver um estudo de estabilização do terreno para que essas pessoas possam conviver ali onde hoje moram, trazendo menos problemas para a cidade de Maceió.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem.

Passo a palavra ao Dinário inicialmente, para fazer apontamentos sobre o que foi levantado aqui.

**O SR. DINÁRIO LEMOS** – Bom, como eu falei logo no começo, Maceió, a área do Pinheiro está em torno de... A gente está falando aproximadamente de 30 mil moradores entre todas as áreas que vão do Cepa até a Ladeira do Calmon, como frisou o nobre Vereador. Quando saírem daqui todo mundo vai querer receber. Nós temos a área vermelha toda evacuada, 493. Já apareceram aqui 60 pessoas da área vermelha que estavam fora, porque esse recurso a gente também usou laranja – já estou enviando isso. Montamos uma força-tarefa para a área laranja, para os apartamentos Divaldo Suruagy, todo o Divaldo Suruagy, todo o Jardim Acácia, que são blocos.

Ela veio aqui a Brasília, montamos isso e já deixamos pronto. Assim que a Defesa Civil der a sinalização... Na segunda-feira, haverá um ônibus com os cadastradores que vão fazer isso imediatamente. Como vai ficar só um engenheiro para olhar... Agora não precisa fazer. Só é preciso comprovar a documentação, porque a gente teve casos de pessoas que têm dois, três apartamentos lá. Tivemos pessoas com o mesmo CPF. Então, houve uma série de cuidados, mas a gente não tem essa velocidade de fazer a fiscalização. Mandamos para a Secretaria de Finanças, mandamos para o Ministério, e ele fez o cadastro.

A outra questão é que a gente tem um problema lá. Está aqui o representante do comércio. Eu tenho cinco postos de gasolina, eu tenho o comércio. Como é que vão viver? Eu tenho dois hospitais, eu tenho as escolas que já foram evacuadas. O que há lá hoje está sucateado. As pessoas me perguntam, e eu não tenho resposta.

A área da escarpa... Eu estou falando de escarpa aqui e esse é um termo geológico. Perdoe-me, Dr. Jorge Pimentel, que é o especialista em área de risco. Mas escarpa é considerada como área de risco há muito tempo, porque é área de encosta. Ali a gente não sabe, porque se você for tirar ali, tem de tirar antes do IMA, da Gruta do Padre e vai até quase a Ladeira do Calmon. Ali eu imagino que tenha ... Ali é uma invasão. Esse pessoal não tem perfil, porque não tem documento de casa. Como é que eu vou tratar uma pessoa que vai dizer assim: "Eu moro no Mutange". "Qual o documento que você tem?" "Nada".

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL. *Fora do microfone.*) – Constroem barracos todos os dias.

**O SR. DINÁRIO LEMOS** – Todos os dias há barracos. Então, a gente precisa ter essas discussões, porque vai tratar da encosta, pois é preciso evacuar aquela encosta de todo o jeito. Eu não sei como é que a gente vai tratar disso, porque na hora em que for evacuar também tem que haver uma fiscalização para derrubar ou tirar. E há a questão do comércio, porque o comércio, como foi dito aqui, tem a sua importância... A Dra. Rosemeire está trabalhando muito nesse sentido, com os comerciantes. Há um polígono ali que tem que ser evacuado, e a gente não sabe ainda como tratar essa questão.

**O SR. CHICO FILHO** (*Fora do microfone.*) – A gente só tem hoje a área limitada.

**O SR. DINÁRIO LEMOS** – A área limitada.

Eu vou, a partir de segunda-feira, já entrar com ação para o que for de Jardim Acácia, Divaldo Suruagy, cujo pessoal já fez cadastro e que os apartamentos estão rachados e estão todos os dias pedindo, pedindo, pedindo, pedindo, pedindo, porque está aumentando, aumentando, aumentando... E aí vamos fazer a evacuação total, o que vai dar um total de novecentos e tantos apartamentos.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL. *Fora do microfone.*) – Dinário, aquele grupo do Mutange, frente ao CSA, que a gente tentou de toda forma trabalhar junto com a universidade? E foi feito um levantamento das quase 500 famílias. O cadastro já está pronto pela universidade. Lembra que a gente...

**O SR. DINÁRIO LEMOS** – Precisa haver uma fiscalização disso, porque aquelas pessoas podem receber e ficar ali. Então, temos de ter esse cuidado, tratativas, para que a gente saia daqui com isso bem definido.

Acho que é isso. O pessoal vai ter oportunidade de falar dos comerciantes depois, para não dizerem que eu não deixei de lembrar deles, porque os comerciantes ali têm um comércio fortíssimo. São cinco postos de gasolina, há vários empreendimentos ali que estão fechando, escolas particulares que estão fechando, e eu sei que há tratativas.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Inclusive, eu até mencionei aqui no início que 20% dos empregos da cidade de Maceió estão nessa região. Então, é muita coisa.

Aqui teremos a fala do Ministério Público do Trabalho também, do representante da Associação dos Comerciantes.

Mas o Dr. Armin também, com relação ao que foi levantado aqui, quer fazer alguns esclarecimentos.

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Concedida

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – Infelizmente, a assessoria marcou um horário terrível. E a nossa preocupação é chegar ao aeroporto em tempo. Então, eu queria só, rapidamente, dizer que o Ministério Público de Alagoas está em parceria com o Ministério Público Federal e estadual. Nós estamos...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Deixe-me só interrompê-lo.

Dr. José Antonio, por gentileza, sente-se aqui ao nosso lado também. A presença de V. Exa. é importante e é importante também formalizar esse ato, tendo em vista a forte atuação do Ministério Público estadual.

V. Exa. foi um dos primeiros a chegar aqui, esperou atentamente e tem muito a contribuir. Eu entendo...

**O SR. DINÁRIO LEMOS** (*Fora do microfone.*) – Eu faço questão ele se sente aqui do seu lado. Por favor. Eu me sento aí. *(Risos.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, Armin, acho que até dá para responder. Cinco minutos a mais dá para ser.

Pode ficar à vontade para responder e, em sequência, o nosso Promotor responde.

**O SR. ARMIN BRAUN** – Algumas questões foram pontuadas aqui.

O Cel. Moisés aqui falou assim: "Não, não podemos mais ver área vermelha, nem laranja". Concordo, tanto que para a liberação do recurso eu fui daltônico. Para mim não tinha cor naquele negócio lá, só tinha uma... Não quero saber se é laranja, se é vermelha. Então, é isso mesmo. A gente precisa tratar isso com bastante atenção.

Quando à questão da área, que o senhor falou mais cedo, a área quem define no decreto de emergência é sempre o Município. Então, as ações são empreendidas para as pessoas que vivem naquela área. Então, o Município tem a liberdade de acrescentar alguma área a mais, mas eu acredito que um decreto municipal já contemplava...

*(Intervenção fora do microfone.)*

**O SR. ARMIN BRAUN** – Pois é, existe uma coisa que é a área das casas com danos severos que estavam em risco, e existe outra coisa que é o conceito de área afetada. Então, área afetada, Dinário, não sei como está, mas acredito que todo bairro. Assim, todo bairro está como área afetada e não significa que as ações...

*(Intervenção fora do microfone.)*

**O SR. ARMIN BRAUN** – Então, essa é a área afetada; as ações emergenciais são empreendidas para as pessoas nesta área que tiverem necessidade de uma ação emergencial.

Outra coisa que foi citada é sobre a questão da segurança. Isso é um ponto muito importante: a sequência de um alerta e retirada de uma pessoa da área de risco tem o próprio fato da retirada da pessoa que é, por si só, bastante complexo; as pessoas são apegadas aquilo, todos nós somos apegados a nossa casa, ao nosso lar, muitas vezes a pessoa demorou uma vida para construir uma casa pensando em deixar uma boa casa para os filhos e chega alguém de colete laranja e fala assim: "A sua casa está caindo, e você vai ter que sair dela". "Não, esta casa não cai porque fui eu quem construiu, eu fiz a fundação desta casa. Ela não vai cair". Mas não é que ela tenha certeza de que não vai cair, ela está tão apegada àquilo que ela fez, que construiu para os filhos que no momento ela não consegue admitir e se sente culpada por ter colocado numa área de risco que nem sabia que era. Então, a questão é psicológica, psicossocial e a pessoa não quer sair. E a gente não pode culpar as pessoas quando elas não querem sair daquela área, tem que compreender e fazer o que é necessário para a gente conseguir tirar aquelas pessoas; e a casa daquela pessoa vai ficar. E, se passados seis meses, vai alguém e ocupa a cada dela lá se não houver fiscalização?

E, aí, você tem mais uma família para tirar que está lá. "Ah, mas ela ocupou uma área de risco, ela sabia que estava em risco". Nós vamos deixar de atender à família porque ela foi ocupar aquela casa que pode ser uma invasão, que pode ser alguma coisa assim? Ou vai alguém que sabe que as pessoas lá estão recebendo o aluguel social, pegam um terreno baldio, constroem rapidamente uma casinha e passam a receber aluguel. São muitas questões que precisam ser gerenciadas.

Há também a questão da segurança e, com certeza, o Estado aqui tem a Polícia Militar, os órgãos de segurança pública e, se houver necessidade também, vamos solicitar esse apoio ao Governo Federal. E, aí, vem uma coisa que já conversamos com o Dinário; se houver alguma dificuldade do entendimento da municipalidade com isso, a gente vai lá, a gente fala, Senador, para os senhores aqui, a gente conversa na Prefeitura porque esse problema é muito grande. Então, se há uma questão que está ocupando o coordenador municipal da Defesa Civil que é a administração do recurso financeiro para o social a Secretaria de Finanças assume esse problema e deixa de gerenciar desastre.

Se tem muito problema em falar com a imprensa, a comunicação social precisa você coordenar um pouco mais; a comunicação social da Prefeitura assume tudo isso e filtra um pouco mais, faz *release* e por aí vai. Em todas as áreas que têm problema com habitação, a secretaria que cuida de habitação no Município assume esse problema, essa responsabilidade e vai trabalhar em coordenação com a Defesa Civil, e deixa a Defesa Civil muito mais no papel de coordenação. O Coordenador da Defesa Civil, na hora do desastre ou quando está acontecendo, tem que estar gerenciando a crise e não, no campo, batendo de porta em porta tirando as pessoas. Tem muita gente para fazer isso; agora, não tem muita gente para gerenciar a crise. Então, é um aspecto importante em que a gente está disposto a ajudar, a sensibilizar, já com ações no passado.

Eu estou falando sem conhecimento de causa de como isso está acontecendo de fato na Prefeitura, mas é uma realidade que a gente vive. Eu já trabalhei no Município, já trabalhei no Estado e hoje trabalho no nível federal. Isso é uma realidade do Município, onde muitas vezes vários serviços não são colocados à disposição como poderiam. Então, esse é um fato importante. A partir daí, na sugestão que o senhor fez, eu me comprometo a levar o assunto ao escalão superior, como vamos tratar essa questão do que é uma maior participação do Governo Federal, mas também conversando bastante próximo ao Município e ao Estado, porque temos uma Federação e temos coisas que precisam ser respeitadas.

Eles conhecem o terreno, e vamos tentando entender a melhor maneira de como a gente pode contribuir e, lógico, contando com o senhor sempre para nos apoiar como o grande interlocutor aqui no Parlamento quando necessário; não só neste momento agora, mas quando for o momento de valorizar o trabalho da Defesa Civil no Brasil, através de uma legislação mais moderna, algo que pudesse dar mais capacidade para a Defesa Civil atuar no Brasil.

A gente aproveita e conta com o apoio do senhor para isso também. *(Pausa.)*

**O SR. JOELINTON BARBOSA GÓIS** – ... Tiraram todas as tomadas, tiraram todos os fios. Inclusive fui ao Ministério Público antes do Carnaval, que seria um período crítico, abri um protocolo, ficaram de me ligar depois do Carnaval e até hoje não foi. Então, posso lhe assegurar que fiquei tão frustrado quando eu saí de casa, assim como fiquei frustrado quando estive na casa e não tinha mais nada dentro de casa.

Eu perguntei quem era o responsável pela casa – isso foi antes de Carnaval – e até hoje ninguém me respondeu.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, só por uma situação emergencial também, já vou passar palavra de vez para o nosso Promotor do Ministério Público Estadual José Antonio Malta Marques, que tem uma atuação muito forte nesse tema específico e não é de hoje. Então, faz muito tempo, desde

o início que ele acompanha. Por isso, fiz questão de ter a palavra dele, a voz dele neste momento. E, assim, já desfaço os outros que aqui estavam e que podem também ocupar o outro espaço, porque já vamos passar para o próximo bloco.

Em sequência, já convido para irem sentando e substituindo para a gente ganhar tempo a Dra. Roberta Bonfim, Procuradora da República; a Dra. Raquel também; a Dalma Caixeta; o Procurador Regional da República, Augusto Santos; a Procuradora do Ministério Público do Trabalho Rosemeire Lôbo; os Defensores Públicos do Estado de Alagoas Carlos Eduardo de Paula Monteiro e Fernando Rebouças; e o representante da OAB-AL Ricardo Soares.

Todos, por favor, venham ocupar os espaços. Muito obrigado pela presença de todos. A gente se comunica em busca desse grande objetivo. Podem ter certeza.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Com a palavra o Sr. Promotor.

**O SR. JOSÉ ANTONIO ALVES DOS SANTOS** – Minha saudação especial a V. Exa. que preside esta reunião, esta audiência melhor dizendo. Digo a V. Exa. que o senhor está de parabéns não só por presidir, mas por trazer a população representada do bairro do Pinheiro e as autoridades do Estado de Alagoas ligadas especificamente ao tratamento desse tema.

Sempre costumo dizer que as Casas legislativas são verdadeiramente as Casas de receber os reclamos, de receber a população e de se transformarem no guardião maior da sociedade para o atendimento de todas as demandas.

Companheiros, autoridades aqui presentes, moradores do bairro, minhas senhoras, meus senhores, eu queria, antes de iniciar, rapidamente responder ao senhor. O senhor disse que procurou o Ministério Público, protocolou e que até hoje não foi resolvido. O senhor procurou o Ministério Público, mas não na porta correta, porque o Ministério Público em que nós trabalhamos, no Centro Operacional das Promotorias, é de frente ao Tribunal de Contas, é praticamente no Pinheiro. O senhor deve ter ido lá para baixo. Aí tem um protocolo...

**O SR. JOELINTON BARBOSA GÓIS** – Não, foi em frente ao Tribunal de Contas.

Esqueci a sigla.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – Em frente ao Tribunal de Contas?

Eu sou diretor de lá e até hoje não...

Eu queria que o senhor me informasse quem recebeu essa...

**O SR. JOELINTON BARBOSA GÓIS** – Está protocolado, está registrado.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – Pronto.

Eu agradeço se o senhor passar para mim depois. E amanhã já pode me procurar em Maceió para ver o que a gente pode fazer.

**O SR. JOELINTON BARBOSA GÓIS** – Eu agradeço.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – O.k, mas já tratamos sobre esse assunto com a polícia mesmo, eles pediram uma melhor informação à Defesa Civil para reforçar ainda mais o patrulhamento lá no bairro.

Eu vou iniciar os meus esclarecimentos.

O Ministério Público... No dia, salvo engano, 15 de fevereiro ou março, aconteceu uma chuva forte lá; três dias depois ou quatro dias depois, vieram os abalos sísmicos – ou um mês depois, alguma coisa assim. O Ministério Público, naquela época, em função da repercussão das notícias na imprensa abriu um procedimento chamado notícia de fato. Desde aquela época, o Ministério Público já começou a trabalhar paralelamente para acompanhar esse problema através da 66ª Promotoria da capital, com o Dr. Sodré.

E ele, já naquela época, expedia algumas recomendações como, por exemplo, pedir que não fosse mais, que a Prefeitura não concedesse alvará de construção. A Prefeitura questionou porque ele incluiu o bairro do Mutante, que hoje é a realidade.

Depois, ele emitiu uma segunda, pedindo que se fizessem cumprir... Foram várias! A última de que estou bem lembrado é que se fizesse cumprir uma perícia apresentada na época, em outubro, perícia da Diretoria de Hidrologia, em que ele apresenta um relatório sintético de estabilidade de terreno do bairro do Pinheiro. Nessa perícia, como medida imediata, aconselha a interdição das moradias. Eu não vou nem ler as outras medidas até por uma questão de tempo. E, nesse mesmo dia, foi ouvido – está aqui no processo – o Dr. Thales Queiroz Sampaio, que, perguntado dentre outras coisas, relatou que a melhor solução, isso em outubro do ano passado, no entendimento do Serviço de Geologia, seria a desocupação de todas as zonas críticas, transformando essas regiões em áreas de observação, não permitindo mais habitação em tais locais.

62/108

Notas Taquigráficas - Comissões

Nessa época, em outubro, três dias após, o Dr. Sodré já fez uma recomendação ao Município para que fossem atendidas essas recomendações, ou seja, para que houvesse a desocupação dessas áreas críticas.

Passado esse tempo todo, na semana passada, o Ministério Público...

Sim, aí, depois, o Dr. Sodré foi removido da Promotoria, por solicitação dele, e o Dr. Alfredo nomeou uma força-tarefa composta por cinco promotores para acompanhar e atuar nesse caso do Pinheiro. Buscou, além da minha pessoa, como Diretor, o Dr. Adriano, que é Coordenador do Núcleo de Perícias; o Dr. Max Cavalcanti, que é do Consumidor; o Dr. Jorge Dória, que é do Meio Ambiente; e o Dr. Jomar, que é dos Direitos Humanos, para que a gente acompanhasse e desse vida a toda e qualquer demanda que chegasse ao conhecimento do Ministério Público.

E aí, depois de enfronhados sobre essa notícia de fato, nós evoluímos com ele e o transformamos num inquérito civil público, que é hoje a realidade. E aí, ao visitar o bairro esta semana, nós constatamos que todas essas solicitações recomendações não tinham surtido efeitos: os moradores continuavam lá, e as ruas continuavam com trânsito, com tráfego... Enfim, continuava a vida praticamente normal.

Então, nós emitimos... Aí, inclusive, após emitir, antes de publicar, coincidentemente, o Dr. Alfredo telefonou para duas autoridades, um coronel de uma dessas das águas, e para o Thales e disse: "Olha, nós fechamos e vamos entregar ao Prefeito". E ambos parabenizaram o Ministério Público e disseram que realmente essa preocupação tinha que haver.

E qual a recomendação? Eu vou ler o básico, porque, para mim, não é fato novo, porque isso já existia em andamento.

No item 1, "promover a conclusão..." Por que conclusão? Porque já havia um trabalho da Prefeitura tentando desocupar, mas nós consideramos de forma tímida. Havia necessidade de acelerar isso. Então, a conclusão imediata da desocupação de todos os imóveis localizados na área vermelha situados no bairro do Pinheiro devidamente identificado no Mapa de Feições e Mapa de Risco, elaborados, respectivamente, pela CPRM e pela Defesa Civil, observado o §3º do art. 3º da Lei nº 12.340, de 2010, que é aquela lei que assegura que não é só chegar e desocupar, pois tem que se assegurar meios: aluguel social, transporte... Enfim, dar toda a condição para que os moradores possam desocupar.

Também adotar medidas com o escopo de impedir a reocupação dos imóveis na área, que também é prevista nessa lei. Providenciar a interrupção de tráfego de veículos pesados, ônibus, caminhões, máquinas, etc. nas vias públicas inseridas na área vermelha do bairro do Pinheiro, excetuando-se os veículos devidamente autorizados pelas autoridades competentes.

Quais são as notícias mais fortes? A gente chegar e encontrar... Afundou um buraco, um poste? Afundou. Então, sempre é na beira das calçadas, naquela parte, no meio da rua. Então, há necessidade de evitar que um veículo desse caia ou venha a virar e que haja vítimas.

Adotar as providências necessárias em caso de resistência na desocupação dos imóveis, inclusive com medidas judiciais.

Adotar providências junto às concessionárias de gás, água e energia elétrica no sentido de proceder à interrupção do fornecimento dos referidos serviços para os imóveis localizados na área vermelha.

Eu sei o quanto é difícil e sei a luta do Dinário esse tempo todo, assim como de assistentes sociais e psicólogos, tentando convencer o pessoal a sair. Só para vocês terem uma ideia, eu praticamente testemunhei uma casa em cuja frente se abriu um buraco enorme... "É fossa negra", "não é"... A Defesa Civil foi lá visitar para ver, e aí, no outro dia, um poste afundou, e a dona disse "Não, aqui é tranquilo. Essas rachaduras são besteira. Eu moro aqui há 40 anos e tem 20 que eu vejo as rachaduras, e a gente fecha". Só que a Defesa Civil insistiu e, ao entrar no imóvel, viu que estava muito comprometida a residência, que ela tinha que ser desocupada. Para ela sair, foi preciso descobrir quem era o filho dela para ele ser acionado e vir convencer os pais, porque era um casalzinho de velhos que morava lá.

E a grande preocupação do Ministério Público... O Ministério Público não pode, tanto o Federal como o estadual, de maneira alguma, ser taxado de omisso. Eu costumo dizer que nós não temos o direito de ter medo; nós temos que agir. E agir preventivamente, quando se fala na proteção da vida, é uma das maiores características do Ministério Público. Então, por essa razão é que nós resolvemos que teríamos que emitir essa recomendação de forma urgente, para que fossem tomadas essas providências, porque o que seria de nossa consciência se – Deus nos livre! – viesse a cair um prédio com uma, duas, três, quatro, cinco famílias dentro desse prédio e houvesse óbitos? Como nós ficaríamos se acontecesse um fato desse? Então, para que não se diga, amanhã, que os Ministérios Públicos foram omissos, nós, então, resolvemos emitir... Até porque desde outubro do ano passado que se emitem recomendações, e até hoje não estão desocupados.

Evidentemente, eu sei que o Município e o Estado têm dificuldades, principalmente financeiras, mas está chegando uma hora em que não adianta, tem que buscar o Governo Federal. Não adianta fazer como eu disse numa reunião no Hotel Jatiúca: só falta se trazer Galvão Bueno, porque, em Alagoas, quando está acontecendo a tragédia, os gestores chamam o Coordenador da Defesa Civil e dizem: "Vai lá, Dinário, que a bola é tua!". Todo mundo tira o corpo. Tem que haver um comprometimento maior obrigatório, em que os gestores digam a todo o secretariado que o Coordenador de Defesa

63/108

Civil tem que ser ouvido e atendido imediatamente em qualquer solicitação. É esse o nosso entendimento, e ainda não se chegou a isso.

E esse corte de energia e de água é fundamental no final do convencimento, quando não se consegue com o diálogo e para se evitar até uma ação judicial. Talvez, com isso aí, possamos resolver o problema. Porque se falou aqui "Não, porque desocuparam o prédio e ficou só um apartamento, aí a Casal diminui o pagamento..." Não deveria nem ter ligado, porque se foi desocupado na sua totalidade e só tem um apartamento, esse apartamento está comprometido. Há vidas em risco. E é preciso coragem para se dizer isso, para se levantar e para segurar dessa forma. E nós, que fazemos o Ministério Público, tanto o Federal quanto o estadual, nós estamos imbuídos da preservação da vida e dos direitos de todos os moradores do bairro do Pinheiro. Nossa casa lá, o Centro de Apoio Operacional, fica na Fernando Lima, de frente ao Tribunal de Contas, que pode, inclusive, estar, desde já, assegurado. Há um espaço reservado, nós temos um miniauditório onde podemos nos reunir e discutir qualquer ação.

Esse inquérito continua ouvindo diversos segmentos da sociedade, buscando que eles tenham uma posição, que eles assumam um compromisso, a Caixa Econômica, a Algás, a CASAL, a Ufal, o problema do radar, o Secretário de Inclusão Social, enfim, diversos deles.

Continuando aqui, ainda colocamos "adotar providências para, em caso de precipitação pluviométrica tida de alta intensidade, se proceda à imediata desocupação dos moradores das áreas laranja e amarela do bairro do Pinheiro. Estabelecemos um prazo de cinco dias, a contar desta data, para que a Prefeitura se manifeste".

Eu tenho quase que absoluta certeza de que o Prefeito vai abraçar essa recomendação. Agora, é necessário que ele venha, que ele busque aqui no Governo Federal. Não adianta essa ajuda exclusivamente da Defesa Civil nacional. Entendo que tem que haver um engajamento e uma determinação do Presidente da República, para que ele possa se reunir, talvez, com Senadores, Deputados, Prefeito, Governador, para mostrar que não é só o aluguel social, mas para mostrar que aquela população corre risco de vida e que, se acontecer qualquer coisa, eles podem ser responsabilizados.

Por essa razão, eu gostaria de dizer e deixar no encerramento... Eu teria muita coisa a falar, mas, por causa da história do voo, eu vou ter, infelizmente, que partir, mas deixando com todos os senhores uma frase – e tenho certeza de que todos os que estão aqui vão me acompanhar nessa frase – parafraseando, evidentemente, um escritor alagoano, o Prof. Jayme de Altavila, que diz assim: quando eu morrer, que perguntarem por mim, digam que eu morri, mas morri como nasci: amando Maceió, amando Alagoas e, acima de tudo, amando o bairro do Pinheiro.

Muito obrigado. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dr. José Antônio Malta Marques, só para liberá-lo, eu acho que tem algo que... Pela credibilidade da fala de V. Exa. e da construção de vida que tem perante o Estado de Alagoas, onde sempre esteve em defesa dos que mais precisam, eu lhe faço uma pergunta, pergunta que pode aliviar minha vida, a vida de Dinário e de muitos outros: que orientação V. Exa. dá para aquela família... Se o senhor tivesse um familiar morando hoje no bairro do Pinheiro, seja na área amarela, laranja ou vermelha, o que o senhor diria a eles?

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** – Tenho e tenho mais: eu tenho uma filha e dois netos morando lá, na área amarela. E eu já chamei a primeira vez o meu genro. Chamei agora e disse: "Ou sai ou racha. Eu vou... Essa é a primeira casa que eu vou mandar cortar a energia e tudo mais". *(Risos.)*

Aí eles me garantiram que realmente vão se mudar.

Isso que eu estou dizendo é apenas repetindo o que o Dr. Thales, que é a maior autoridade no assunto, disse lá em outubro. Então, a nossa fala, a sua fala, a fala de todos que estão aqui é baseada tecnicamente. Se assim não fosse, não teríamos emitido essa recomendação.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Agradeço. Boa viagem!

Até peço desculpas e convido o Promotor Adriano Jorge Correia de Barros Lima. Peço desculpas porque, no momento da fala... Ele já começou a falar aqui, como Promotor, mas V. Exa., também, por favor, venha aqui fazer parte da Mesa.

Quer acrescentar algo?

**O SR. ADRIANO JORGE CORREIA DE BARROS LIMA** – Apenas uma coisa.

Só dizer que o Ministério Público continua atento, vigilante, nessas situações e buscando meios para promover a nossa missão Constitucional, que é justamente essa: garantir os direitos individuais e difusos que estão em jogo nessa situação toda, esperando que os laudos sejam concluídos para, a partir daí, se for o caso de aparecer um responsável, tomar as medidas necessárias, as medidas previstas. *(Fora do microfone.)*

Caso contrário, se for um fenômeno natural qualquer, compelir o Poder Público a fazer alguma coisa em prol dessa população atingida.

Apenas isso.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Agradeço e peço desculpas, mais uma vez.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** (*Fora do microfone*.) – Presidente, para uma questão de ordem.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Concedida.

**O SR. JOSÉ ANTÔNIO MALTA MARQUES** (*Fora do microfone*.) – Se V. Exa. não me desse esse aparte eu não dormiria hoje.

O Dr. Adriano Jorge é nosso coordenador de perícias. É brilhante, esforçado, dedicado, inteligente. Tudo o que vocês possam escutar de positivo está aí no Dr. Adriano que, por coincidência, é meu compadre – sou padrinho do filho dele. Dr. Adriano, realmente, foi uma falha minha não ter....

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Não, mas está aqui. E parabéns por toda a sua postura!

**O SR. ADRIANO JORGE CORREIA DE BARROS LIMA** – Agradeço a V. Exa. também. Muito obrigado! *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Vou passar a palavra ao Defensor Público Carlos Eduardo Monteiro, que também tem atuação firme na defesa dos alagoanos.

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Boa tarde, senhor Senador! É uma honra participar desta audiência pública. Esta parceria nós temos desde a época em que o senhor era Deputado. Nós sempre estávamos à disposição, sempre que éramos convocados comparecíamos. Coloco a Defensoria sempre à disposição. Sempre que precisarem de informações, a gente está à disposição. Então, os cumprimentos da Defensoria Pública. Gostaria de cumprimentar todos os que ainda permanecem aqui na plateia.

Pedi a preferência para falar por dois motivos. O primeiro dos motivos é porque o meu voo também se aproxima. O segundo é porque a Defensoria, eu acho, é a primeira porta que é batida pelos moradores do bairro do Pinheiro, quando estão angustiados. Acho que uma das primeiras portas. Quando encontram dificuldades em alguns órgãos públicos, para fazer um cadastro na Defesa Civil, vão à Defensoria Pública.

Nós tivemos conhecimento dessa situação do Pinheiro por acaso. Depois dos acontecimentos das chuvas, em fevereiro, março, depois do tremor de terras, logo em seguida chegou uma moradora do Pinheiro que já tinha um processo de usucapião com a gente. Ela veio relatar que a casa dela rachou. É até uma situação interessante porque a casa dela fica numa área verde, perto da igreja. Tem até essa questão sobre se cabe ou não usucapião. A gente estava discutindo e ela veio nos reclamar da rachadura e disse que tinham rachado outras casas. Ela foi para o atendimento individual. Nós temos um Núcleo de Causas Atípicas, que é comandado pelo Fernando Rebouças, que está aqui me acompanhando. Desde aquela época, ele se preocupou e me disse: "Olha, aconteceu isso".

Inclusive, ele sentiu o tremor quando ocorreu o abalo sísmico, ligou o alerta e pediu algumas informações à Prefeitura do que tinha acontecido. Mas começaram a aparecer outras pessoas, na Defensoria Pública, relatando o mesmo fato e procurando, também, regulamentar a situação em relação à posse e à propriedade. O atendimento era individual, mas como começou a se avolumar... Nós, lá, temos uma comunicação e a praxe de que, a partir do momento em que uma demanda individual começa a crescer, em quaisquer dos núcleos, seja do consumidor, seja o Núcleo de Atípicas, o fluxo é informar ao Núcleo de Tutela Coletiva. Então, creio que em maio, junho, houve a comunicação ao Núcleo de Tutela Coletiva e, a partir dali, nós começamos a atuar para tentar ver as demandas coletivas que atingiriam o bairro. Começamos a acompanhar e a pedir informações.

Num primeiro momento, nós acolhemos essas pessoas, esses moradores do bairro que nos procuraram, demos orientação jurídica a elas e requisitamos informações para fundamentar um processo que abrimos administrativamente, para fundamentar eventuais demandas futuras. E assim foi feito e começamos a acompanhar o desenrolar.

Nós somos, muitas vezes, críticos do Poder Público, mas nós temos de tirar o chapéu para, nessa situação específica, dizer: eu, particularmente, não vi omissão dos poderes públicos. Houve a presença deles, com algumas falhas, mas eles, desde um primeiro momento, como o Ministério Público fez, tomaram atitudes. Eu tenho um processo todo – que o Dinário nos passou, a gente requisitou ao Dinário e ele nos passou – do acompanhamento que foi feito, desde o momento da chuva, desde o momento dos primeiros relatos dos tremores. Então, pode ter havido falhas, mas não omissões. Houve

uma atuação. Todos estavam engajados. Podem até, em um primeiro momento, estarem meio perdidos, sem saber como atuar, mas houve uma atuação. E nós começamos a atuar.

Dada a gravidade da situação... Quanto mais conhecimento nós tínhamos, mais grave parecia que era – e é. Nós provocamos o nosso Defensor Público Geral e ele, simplesmente, recomendou que todos os defensores públicos que atuam no Núcleo de Tutela Coletiva – somos cinco – se dedicassem à situação do bairro do Pinheiro, cada um em uma área específica: uns na questão da responsabilização, de quem seria a responsabilidade. Esse ainda está pendente, pois nós dependemos do laudo para termos responsáveis ou não. Atuamos, também, na questão das crianças, das escolas que estão lá. Essa ficou comigo, essa situação. Eu acompanhei, tive de acompanhar as pré-matrículas.

Fiz uma visita, a Defesa Civil nos acompanhou nessa visita. Nós a requisitamos e, prontamente, a Defesa Civil nos acompanhou. Convocamos o Conselho Tutelar, que até fez uma crítica e disse: "Nós nunca fomos consultados". E creio que o Conselho Tutelar... Quem trabalha com o Conselho Tutelar sabe da importância dele e da proximidade dele com a população. Então, é até uma questão de prioridade. Se forem priorizar, que priorizem... Questionaram a mim: se fosse para priorizar a evacuação, tinham de priorizar as casas que tinham crianças, isso por uma ordem constitucional, por uma ordem legal, porque o direito das crianças vem em primeiro lugar, quando comparado ao de outras pessoas. Ele questionou isso.

Na época da visita, nós, junto com a Prefeitura, recomendamos o remanejamento dessas crianças, não pelo fato de estarem em áreas de risco – antes eram área vermelha, amarela e laranja –, mas pela falta de uma rota de fuga, no caso de um desastre. Então, nós temos lá uma creche, que é de crianças de dois a cinco anos, uma creche com mais ou menos cem alunos, e duas escolas municipais que vão até os treze anos, salvo engano... Até os dezesseis anos.

Então, nossa preocupação ali foi a de remanejar. Fizemos um plano, junto com a Prefeitura, fechamos e todas as três escolas foram evacuadas. Dá até pena de retirar as crianças, havia uma escola lá que tinha acabado de ser reformada. Não ficava atrás de nenhuma escola particular, muito boa a escola! Deu pena, mas tivemos de planejar lá o remanejamento dessas crianças.

Os conselheiros me perguntavam: "Doutor, mas tem muita criança ao redor. Vão tirar as da escola, mas não vão tirar as crianças das casas?". E isso também trazia uma preocupação. Por que só aquela área vermelha? É como o leigo: por que só aquela faixa vermelha e uma casinha vermelha lá numa ponta? Para o leigo fica difícil. O geólogo tem essa explicação. Mas para a gente, poxa, por que tem uma casa no meio de duas que estão condenadas e ela não foi condenada?

A explicação de hoje foi muito importante nesse sentido. É como o representante da Defesa Civil do Estado disse: "Não existe mais esse negócio de área vermelha, área amarela, área branca, área azul. Tudo é área vermelha". Temos de planejar, dar as mãos, criar um planejamento para atuar e ver quantas pessoas, realmente, correm risco com um eventual desastre.

Então, nós tivemos reuniões com a Defesa Civil. O Dinário participou. Tivemos a participação de representantes da comunidade do bairro do Pinheiro, que, também, na época, pediram que não se alardeasse muito aquilo por conta da especulação imobiliária que estava havendo. Então, nós mantivemos não um sigilo, mas não fizemos alarde, tratamos de uma forma mais discreta, mas sem deixar de atuar.

Através do nosso Núcleo do Consumidor, trabalhando junto com o Núcleo de Tutela Coletiva...

*(Soa a campainha.)*

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – ... fizemos recomendação à Caixa Econômica e ao Banco do Brasil.

Aqui, respondendo a um questionamento da Deputada Tereza Nelma, a respeito da relação com o Banco do Brasil. Nós estamos controlando isso. Até agora foram sete as pessoas que acionaram o seguro, mas está faltando o número global de quantas casas são financiadas pelo Banco do Brasil, até porque a maioria das casas é financiada pela Caixa. Ele falou que não passam de 30, dentro de um mundo ali de mais de 1,9 mil casas que já estão condenadas. Agora vai crescer muito mais. O que está nos parecendo é que não estamos tendo resistência, nós não estamos precisando entrar com ações. O banco se propôs a resolver administrativamente, o que é muito importante.

*(Intervenção fora do microfone.)*

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Foi financiamento habitacional.

*(Intervenção fora do microfone.)*

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Certo. Foram financiamentos habitacionais.

*(Intervenção fora do microfone.)*

66/108

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Certo. A questão foi do... É através da lei do sistema de financiamento habitacional.

Então, já tivemos essa reunião. Estamos aguardando a resposta da Caixa Econômica, que possui um número bem maior de financiamentos, mas não estamos encontrando resistência do Banco do Brasil para acionar o seguro, até porque eles mesmos têm interesse, quem vai arcar com o risco é a seguradora do banco.

*(Intervenção fora do microfone.)*

**O SR. JOELINTON BARBOSA GÓIS** – ... e boa vontade nem se fala.

Então, a questão é se realmente só existem essas pessoas que eles passaram para o senhor ou se existe uma falta de comunicação ou até mesmo falta de interesse deles, porque, até onde eu sei, o gerente não vai atrás do cliente, se o cliente não for atrás pedir uma indenização ele vai ficar...

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Certo.

Inclusive nessa conversa com o gerente do Banco do Brasil veio até o Superintendente Regional, que falou que...

*(Interrupção do som.)*

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – ... eu poderia divulgar isso, que é colocar na agência do Livramento, uma pessoa só para atender as pessoas do Pinheiro, mas ele falou que não havia essa demanda toda lá, mas, mesmo assim, a gente solicitou e ele ia colocar uma pessoa, até uma que tinha mais *know-how*, para atender só a situação do Pinheiro. Então, já fica aquela agência da Rua do Livramento destinada para atender, especificamente, o público do Pinheiro.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Fora do microfone.*) – Isso é bom porque ela também é a agência que libera os cartões, lá no sexto andar.

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Certo.

O que a gente pode informar são os nomes. Eles disseram que as pessoas que vão ficar serão: um responsável jurídico; o superintendente, que se colocou à disposição também para atender e tirar dúvidas; e um gerente que vai ser o primeiro contato com o Banco do Brasil.

Eles colocaram à disposição, não fizeram resistência, até porque, na recomendação, a gente fala que se houver resistência vai entrar com ação e, provavelmente, a chance de eles perderem é muito grande diante do que já se tem hoje de documentação, de informação.

Então, um trabalho individual, que continua sendo feito, é a questão da regularização da posse e propriedade.

Nós criamos um fluxo, com a Defesa Civil do Município, para que, chegando lá, tendo dificuldade, já encaminhar para o nosso Núcleo de Tutela Coletiva, em que temos duas funcionárias só para atender esse público. Analisamos, expedimos ofício à Defesa Civil e, ao mesmo tempo, entramos com ações.

Agora, a questão toda é que não dá para esperar o trâmite de uma ação de usucapião para você ter o título de propriedade. Temos muitas situações ali que já dão direito a usucapião, temos muitos casos também de heranças nos quais ainda está pendente o titular do bem, que faleceu há mais de 30 anos.

Então, nós temos várias situações pontuais que estamos resolvendo e demandando individualmente. Essa é a atuação da Defensoria Pública.

Quanto ao aluguel social, a gente pediu informação também à Defesa Civil dos casos que estão sendo indeferidos e os motivos do indeferimento, porque existem órgãos que ficam limitados ao que a lei determina... Ao que a lei determina não, ao que vem, à ordem que vem de cima, mas, se formos analisar juridicamente, você não pode negar um benefício a quem tem apenas um CNPJ. Isso não é motivo para indeferimento de um benefício, basta constatar que ele é morador. Esse é o entendimento da Defensoria Pública. Nos casos que chegarem e houver necessidade de demandar, a gente vai demandar com esse fundamento, que é sem burocracia. Se se constata que a pessoa mora lá, você não pode colocar empecilho para esse benefício.

Essa é a atuação da Defensoria Pública em todo esse tempo. Continuamos vigilantes, requisitando informações, nos colocando à disposição. Dentro de todas essas especulações que há no bairro, chegaram a dizer que não procurassem a Defensoria Pública, porque a Defensoria Pública seria um órgão de defesa do Estado e do Município e, então, não atuaria.

Então, queria deixar claro que a Defensoria Pública presta assistência jurídica às pessoas hipossuficientes, demandando, inclusive, contra Municípios e Estados. A gente tem total autonomia em relação ao Estado, assim como o Ministério Público. A nossa natureza jurídica é idêntica à do Ministério Público, com atribuições e competências diferentes.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Fora do microfone.*) – Inclusive em uma de nossas reuniões na praça...

*(Soa a campainha.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – ... teve um defensor que tomou a iniciativa e foi até à praça. *(Fora do microfone.)* Nós demos o microfone a ele, Antônio...

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Othoniel. Também faz parte do nosso núcleo, o Núcleo de Tutela Coletiva.

Então, estamos com essa força-tarefa – não tem esse nome –, mas estamos acompanhando e nos colocando à disposição de toda a população do Pinheiro.

Muito obrigado, Senador.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Parabéns, Dr. Carlos Eduardo. É muito importante a fala de V. Exa.

Eu sei que a Defensoria é, sim, uma porta de entrada para quem busca soluções de problemas em vários aspectos e não estava acompanhando de perto a atuação, mas sabia que estava sendo feito alguma coisa, sabia que a Defensoria estava ativamente agindo no problema social.

V. Exa. diz que tem que sair – até pediu a inversão aqui porque tem compromissos –, mas, antes, vou fazer apenas uma pergunta.

Se V. Exa. tivesse um parente no bairro do Pinheiro, seja na área vermelha, amarela ou laranja, o que V. Exa. diria para eles?

**O SR. CARLOS EDUARDO DE PAULA MONTEIRO** – Senador, minha tia mora lá. Ela mora no Divaldo Suruagy e está na área amarela, que foi uma casa herdada da minha avó. Na herança, ela ficou com esse apartamentinho lá no Divaldo Suruagy, mas ela já saiu há um bocado de tempo.

Então, é essa a orientação que dou e, diante do que foi apresentado aqui, acho que a área que tem que ser evacuada é bem maior, não se restringe só àquelas pintadas lá não. É bem maior!

A minha orientação é de evacuação mesmo.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu digo isso porque nós temos que ter responsabilidade sim.

Eu meço muito as minhas palavras, mas – como eu mencionei – o que V. Exa. fez eu fiz. Aprofundei-me em tudo que é informação, relatórios, entrevistas, pessoas, pessoalmente. V. Exa. fez, o Ministério Público fez, o Dr. Roberto ainda vai falar, mas fez. As pessoas, quando têm acesso a essas informações e a uma apresentação como nós tivemos aqui, não têm como ter uma outra explicação.

Então, eu digo isso, mais uma vez, para que a gente divida responsabilidades. A responsabilidade de quem defende o cidadão alagoano está aqui, bem representada aqui por todos que estão.

É esse, pelo menos, um dos compromissos que eu tenho com as pessoas que acreditam em outras pessoas e essas pessoas acreditam em nós.

Por isso, fiz questão de fazer essa pergunta, porque eu sei que você não se baseou em uma notícia em um *site* que leu ou de uma mensagem do WhatsApp. Não, é um estudioso, sempre foi assim, em todos os aspectos, nunca foi levado pela onda, mas, sim, por convicção, e é assim que nós devemos agir.

Muito obrigado pela presença de V. Exa., tenha uma boa viagem e, com certeza, temos o início de um grande trabalho a ser feito pela frente, somar forças, sem dúvida nenhuma. *(Palmas.)*

E aqui eu deixo claro também que nós estamos aqui diminuindo o quórum presencial, mas as informações que eu tenho são que continua ainda a TV Assembleia, continua ainda o *site* Antena H1, outros *sites* transmitindo, a TV Senado transmitindo, cada um com as suas redes aqui transmitindo. Os senhores estão aqui para falar para o Estado de Alagoas e aqui também será feita uma ata, será feito um desdobramento e será encaminhado para cada responsável.

Então, quem está aqui ainda para falar no último bloco pode ter certeza de que vocês não vão falar para quem está aqui, mas vocês vão falar para as pessoas que estão nos ouvindo e, principalmente, para que a gente possa extrair informações de todos que estão aqui.

O objetivo é esse.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Gostaria de registrar a importância do Tribunal de Justiça na figura do Desembargador Tutmés Airan, que tem, de fato, contribuído muito com a causa do Pinheiro.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Registro.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Inclusive o Posse Legal foi uma grande iniciativa dele depois que teve uma reunião conosco.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Louvável iniciativa; inclusive, infelizmente não pôde estar presente, mas foi convidado sim, sei a importância que tem nesse processo.

Dando sequência, gostaria de ouvir, nesta terceira Mesa sobre órgãos de controle, o Ministério Público Federal, representado aqui pela Procuradora da República, Roberta Bonfim.

**A SRA. ROBERTA BONFIM** – Boa tarde a todos, boa tarde, Senador, muito obrigada pelo convite.

O Ministério Público vem acompanhando a situação. Vou fazer um breve histórico, mas, na verdade, muitos dos senhores já sabem, até porque frequentam o Ministério Público, a gente tem trocado ideias e tem conversado, mas para o registro vou fazê-lo.

Nós temos, hoje, dois procedimentos em trâmite: um na seara ambiental, que aguarda os relatórios finais da CPRM e um procedimento no âmbito da cidadania.

Esse procedimento, que se refere à tutela da cidadania, é mais novo, decorre de um declínio de atribuição do Ministério Público estadual que ocorreu no dia – se eu não me engano – 19 de dezembro. Então, chegou a nós em meados de janeiro e, desde então, nós estamos numa agenda intensa para tentar acompanhar a situação.

Nós temos dois meses de acompanhamento do problema. Temos tido essa proximidade com a comunidade, com o Sr. Joelinton, o Sr. Geraldo, o Sr. Maurício, o Dr. Emanuel ali atrás, o Sr. Rafael, que estava por aqui também, não o estou enxergando mais, então, a gente tem conversado, tem tentado proporcionar um ambiente de diálogo e até tem subsidiado as nossas atuações.

Nós já fomos ao bairro do Pinheiro e a ida foi importantíssima para que a gente pudesse formar nosso convencimento. Foi nessa ocasião que conhecemos o Sr. Joelinton e o Sr. Maurício.

Nós temos, através da Quarta Câmara, três peritos que estão analisando e acompanhando a situação, três peritos de especialidades diferentes. Então, eles já foram a Maceió, participaram do *workshop*. Foram, visitaram o bairro, e a gente aguarda subsídios técnicos para eventuais novas atuações.

Acompanhamos também o simulado de evacuação lá, do dia 16 de fevereiro, e nós temos tido uma agenda bem agitada de reuniões. Entendemos, numa reunião em fevereiro, que seria necessária a realização de um levantamento populacional das áreas laranja e amarela, porque na vermelha já se seguia o cadastro para recebimento do aluguel social. O prazo finda nessa semana, mas nós já tivemos o retorno da Secretaria de Assistência Social de que eles estão conseguindo cumprir e vão nos apresentar na semana que vem.

Esse levantamento visava identificar a existência de pessoas em estado de vulnerabilidade. Se naquela época a gente trabalhava com a possibilidade de evacuação, era necessário que a gente soubesse em quais imóveis existiam crianças, idosos, deficientes, acamados, enfim, todas as pessoas que precisassem de um olhar diferenciado do Poder Público, porque eles deveriam ser alcançados em primeiro lugar e não conseguiriam chegar com pernas próprias nos pontos de apoio.

Um outro pleito nosso, um outro encaminhamento nosso foi o cadastro de todo o bairro do Pinheiro. Nós, diante ainda das incertezas que tínhamos, entendemos que precisávamos desse cadastro, porque a gente trabalha com cadastros como em programas do Minha Casa, Minha Vida e a gente vê que, não raro, há dificuldades nesse cadastro. Há um certo, às vezes, uso político do cadastro, há, às vezes, também, o próprio cidadão que busca uma oportunidade de receber uma unidade. Enfim, a gente entendeu que esse cadastro era necessário para que a gente tivesse registrado naquele momento quem eram os moradores do Pinheiro.

Já ciente de que o Município não conseguiria fazer, a gente encaminhou para que o IBGE fizesse, eu já expliquei mais ou menos naquela minha intervenção. E, então, surge a expedição da recomendação para que, a partir da integração entre as Defesas Civis, coordenadas pela Defesa Civil nacional, esse cadastro seja feito. Na reunião de terça-feira, me deram

notícia desse cadastro do Mutange. Não sei de que data é. Na verdade, a gente só estava trabalhando com o Pinheiro, mas eu acho que, a depender do que ficar, a gente pode encampar também esse cadastro.

A gente viu, desde esse princípio de atuação, uma dificuldade de comunicação. Então, a gente envolveu a nossa assessoria de comunicação para tentar até nos orientar na comunicação e também para nos comunicarmos com os órgãos também envolvidos, visando uniformizar e evitar o pânico das pessoas.

Na semana passada, como houve aquelas chuvas, e a gente, consciente de que são coisas diversas... Uma coisa são as causas, e aí, em elas sendo apontadas, veremos as atribuições e quem deverá buscar essa responsabilização. Em sendo na esfera de atribuição do Ministério Público Federal, certamente nós o faremos, mas entendemos que havia necessidade de, independentemente de o laudo se preocupar com a causa, que a gente soubesse se aquela área permanecia a mesma, porque temos como prioridade a proteção e a preservação da vida das pessoas.

E, então, fizemos alguns contatos e entendemos que era necessário que a CPRM, em que pese o cronograma para apresentação desse relatório, informasse se havia alguma modificação no mapa de feições. Pedimos também, em razão dessas chuvas que aconteceram, que fosse informado o que eles consideravam o volume de chuva como gatilho. Despachamos isso eu acho que da quinta para a sexta-feira, e, enfim, até Thales deu notícia de que num campo hoje mediram e esse volume hoje é de 30.

Conversamos com o pessoal na terça-feira e, aí, entendemos por bem expedir essas três recomendações que eu já mencionei aos senhores, todas dirigidas à Defesa Civil nacional. Uma primeira para que fosse garantido o aluguel social para toda a área indicada pela CPRM, uma segunda para que fosse coordenada também uma rede de assistência à saúde dos moradores, e a terceira para que fosse instalada a sala de coordenação com a integração perfeita entre as Defesas Civis.

Esse é um breve resumo do que nós temos feito. Tenho ainda algumas dúvidas diante das apresentações que nos foram feitas hoje, se toda a área afetada tem necessidade de evacuação. Eu acho que a gente precisa conversar sobre isso. Eu acho que temos todos que ter bastante responsabilidade, manter a responsabilidade no trabalho que estamos fazendo. Estamos tratando de vidas, estamos tratando de saúde física, de saúde mental das pessoas.

Então, é muito importante que haja essa sinalização de se o mapa hoje é realmente além daquele mapa de feições, para que também a gente não gere um pânico demasiado nas pessoas. Eu acho que o alerta está dado. Realmente, a situação mudou. Hoje nós temos uma área afetada maior, a apresentação foi clara, só que são coisas distintas: a área afetada e a área de risco. Quer dizer, é disso que eu preciso e entendo que é necessário que a CPRM esclareça, se toda aquela área que ele mostrou precisa ser efetivamente evacuada ou não.

Então, eu espero que esses estudos finalizem. Precisa da geofísica, do estudo de geofísica final, para que eles nos deem essa resposta.

A gente tem tido uma relação com a CPRM harmoniosa. Eles têm buscado atender as nossas demandas, as nossas requisições. Até conversei com o Dr. Thales ali e ele disse: "Não, calma, que a gente conversa depois".

Então, minha cabeça está cheia ainda de perguntas que ainda não tive oportunidade de tê-las respondidas.

A gente tem essa percepção de envolvimento gigante da Defesa Civil na pessoa do Dinário, que não está nesse momento – ah, está de costas, eu não tinha visto. Realmente, não há, como já foi frisado e repisado aqui, não há na cultura do nosso País, e muito menos do nosso Município, vivenciar isso. É uma situação nova com que todos estamos aprendendo a lidar e a trabalhar. Eu acho que vai ser, tenho dito no Ministério Público Federal que é um divisor de águas. A gente vem aprendendo a trabalhar assim. Hoje nós estamos envolvidas em quatro pessoas. Até Dinário perguntou se só havia Procuradora mulher lá, porque por coincidência somos quatro meninas. *(Risos.)*

Então, a gente tem aprendido a trabalhar nesse formato de buscar consenso entre as quatro, para que seja realmente uma forma redonda de comunicação do MPF.

Enfim, o Ministério Público está à disposição e tem um compromisso gigantesco com os senhores que estão aqui presentes. Eu diria que estou aqui hoje por conta do compromisso que assumi com os senhores. Na terça-feira, nós fomos surpreendidos por uma notícia muito ruim, nós perdemos um colega na terça-feira, à noite, e, aí, me custou muito estar aqui hoje, e, aí, eu vim pelo compromisso que a instituição assumiu com os senhores. Não foi fácil. Eu tive que me recompor, organizar minhas ideias, recebi o reforço das minhas colegas, que ficaram lá, que estão em reunião agora com S. Exa. o Governador do Estado.

Então, não tenho dúvidas de que o que estiver ao alcance do Ministério Público Federal será feito. Nós temos compromisso com os senhores. Agradeço, Senador. Nós conversamos brevemente na sexta-feira, não tínhamos ainda a ideia da rotina e de como seria a audiência pública. Também fomos um pouco surpreendidos e, aí, resolvemos muito às pressas como

viríamos aqui, para prestigiar tanto a iniciativa de V. Exa. como para prestigiar a comunidade, a sociedade a que servimos. O Ministério Público serve à sociedade. *(Palmas.)*

Então, enfim, esse é o nosso compromisso e, aí, eu busco, já peguei telefone do Secretário de Defesa Civil nacional, que estava aqui presente, para tentar conversar e ver como é que... Parece-me que não teremos óbices a que as nossas recomendações sejam acolhidas, mas nós precisamos saber como elas serão realmente operacionalizadas, e operacionalizadas da forma mais breve possível.

Então, esse é mais um passo que a gente dá. Acho que seguirão os encaminhamentos da audiência pública, seguirão reuniões para que a gente veja isso concretizado.

Enfim, tenho conversado muito. Acho que também, Senador, depende muito da emoção das pessoas. Há pessoas que estão em áreas outras que não essas identificadas, mas que não têm condições, emocionalmente, de ficarem lá. Então, essas pessoas, eu acho que a saúde mental delas deve ser preservada. Então, se não têm condição, se está muito pesado, e deve estar, é possível que saiam? Está pesado para a gente... Quando a gente não mora lá, mas chove, a gente fica imaginando como é que aquelas pessoas estão.

Então, é isso. Eu acho que eu vou até me adiantar e já responder, porque eu sei que o senhor vai me perguntar, não tenho familiares morando... E acho que está bem claro já, há algum tempo, que a área vermelha realmente deve sair, já há a ordem de evacuação. Na laranja e a amarela, as chuvas são gatilhos, então, as pessoas devem sair. E, aí, eu realmente tenho uma dúvida e preciso de informações da CPRM para saber se todo o bairro ou não precisa ser evacuado.

Eu espero que não, porque a gente sabe... E aí, essa tem sido também uma riqueza desse trabalho que nos tem permitido rever conceitos e rever situações. Eu sou alagoana, sou maceioense e eu não tinha ideia da relação de pertencimento que as famílias do Pinheiro...

*(Soa a campainha.)*

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – ... possuem com aquele local.

É um bairro, realmente, tradicional e diferente de outros bairros. A gente mora em alguns lugares, mas não tem aquela...

*(Intervenção fora do microfone.)*

**A SRA. ROBERTA LIMA BARBOSA BOMFIM** – Exato.

Então, o bairro do Pinheiro é um bairro diferenciado realmente. Eu hoje consigo enxergar isso. Não via.

Meu tempo já acabou e, enfim, o recado que eu podia dar e que eu tinha que dar era esse.

Nós permanecemos à disposição de todos.

Muito obrigada. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dra. Roberta Bonfim, a participação do Ministério Público Federal é essencial, é importantíssima para que se consiga aquilo que foi proposto também no início dessa audiência pública e que por V. Exa. já foi formalizado: um aspecto importante de criar uma sala de integração.

Eu acho que aqui, em todas as falas, a gente sentiu isso e de todos sentimos o compromisso. Mas essa sala de integração tem que ser Município, Estado, União, sem dúvida nenhuma. E V. Exa., quando entra em uma causa, entra para ter o começo, o meio e o fim. Não está sozinha. Sexta-feira, 8h da noite, encontrei com a Dra. Roberta e as outras três Procuradoras. Estavam no Ministério Público, no prédio, trabalhando sobre o Pinheiro. Sexta-feira à noite normalmente não se está trabalhando num órgão público, mas ela...

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – É verdade.

Então, numa sexta-feira à noite em um órgão público trabalhando? Tem que ter o quê? Tem que ter isso, o senso republicano apurado, consciência plena da sua responsabilidade e de quantas pessoas podem mudar de vida de acordo com a atuação de um grupo de mulheres, de procuradoras, de pessoas.

Então, pode ter certeza de que o Estado de Alagoas acompanha de perto e sente credibilidade em cada ação que é feita pelo Ministério Público Federal, inclusive pela ponderação que é feita aqui, é importante também. Porque cada um tem uma visão de mundo, experiências diferentes e enxergam problemas de várias formas. Eu enxerguei nisso aqui uma oportunidade de o Estado de Alagoas trabalhar de maneira preventiva e dar um exemplo a este País de algo que foi

detectado e os órgãos trabalharam preventivamente. Ninguém precisou usar o saco preto, como foi mencionado aqui. E que bom será se a gente conseguir resolver essa situação por questões de engenharias técnicas, como foi colocado aqui. E, depois de um tempo, as pessoas voltam para suas residências. Se isso for o desfecho dessa novela, tenho certeza de que todo mundo vai ficar feliz. Mas enquanto não é, algumas medidas têm que ser tomadas, e elas estão sendo tomadas, eu tenho certeza absoluta.

E aqui eu também faço um registro do sentimento de V. Exa. também. É um sentimento meu de perda pelo Dr. Marcelo, que também foi meu professor. Uma pessoa muito querida no Estado de Alagoas. Quem o conheceu sabe que é uma pessoa do bem, fazia somente o bem. E infelizmente o destino tem dessas coisas. Mas aqui também me solidarizo com todos vocês e parabenizo pelo seu compromisso porque não é fácil estar aqui pela proximidade que se tem de alguém com quem se convive durante muito tempo. Então, parabéns por isso também.

E, dando sequência, passo aqui a palavra para ouvir a Procuradora do Ministério Público do Trabalho do Estado de Alagoas, Dra. Rosemeire Lobo, que também está atuando em uma linha específica, mas tem uma visão geral da problemática que diz respeito ao Pinheiro. Então, doutora, a palavra é de V. Exa.

**A SRA. ROSEMEIRE LOBO** – Boa tarde a todos. Quero parabenizar pela iniciativa o Senador Rodrigo Cunha e agradecer pelo honroso convite de estar aqui. Foi tudo também muito corrido, essa movimentação toda. Eu fiz uns pequenos eslaides ali porque eu gosto muito do audiovisual na apresentação, mas não é nada que vá cansar, prometo. Não é o meu estilo.

Deixe-me vir para cá.

Bom, às vezes as pessoas se perguntam assim: o que tem a ver o Ministério Público do Trabalho com tudo isso, não é? Mesmo sendo Ministério Público.

Quando tudo aconteceu, no ano passado, realmente eu mesma, como cidadã, moradora alagoana, maceioense, senti muito que estivesse ocorrendo, não me aprofundei na questão, mas o tempo passou. E este ano, depois daquelas chuvas e de algumas movimentações, eu comecei a me inquietar como pessoa, como ser humano, depois como cidadã e comecei a pensar o que tinha a ver a minha instituição com essa história toda.

Então, ela tinha a ver não com o fenômeno geológico em si. Isso tudo está sendo apurado em razão de outros órgãos competentes com relação ao meio ambiente. Mas a gente tem uma particularidade, que é o meio ambiente do trabalho e, inclusive, é objeto de uma das nossas coordenadorias. Então, a gente viu que, apesar da espera por um laudo, de acordo com o cronograma apresentado pelo Dr. Thales, a gente já tinha, já existia uma tragédia socioeconômica nesses bairros aí.

Por mais que a gente fale só Pinheiro, Pinheiro, Pinheiro, Pinheiro, não se pode esquecer que o decreto de emergência fala: Pinheiro, Bebedouro e Mutange. Então, eu começo justamente por abranger os três com a foto, aí prestigiando o rosa da Deputada Tereza Nelma, com o casarão da minha infância, que era o Colégio Bom Conselho, que também nesse momento está com processo de trinca. E uma foto também do IMA, que faz falta aqui neste momento, como em todas as outras reuniões, da casa onde nasceram os ascendentes dos meus filhos, que é aí o IMA, a casa do Deputado José Fernandes de Lobo Ferreira.

Então, vocês vejam, sem saudosismo nenhum, não quero provocar isso aqui, não é o objetivo. Mas a gente está lidando com saudades, com memórias. Aí, em homenagem à Braskem, uma foto antiga dos primórdios da empresa aqui no Estado de Alagoas, quando chegou a mineração, a industrialização na área lagunar. Não posso dizer quantos anos eu tinha, mas presenciei o casarão da minha professora, Dona Geralda, ser o primeiro a ser derrubado ali do lado para, acho, o primeiro poço de extração da Braskem.

E era uma curiosidade muito grande, e tão grande para mim que, depois, quando eu fui para o Marista, o meu trabalho de feira de ciências foi a exploração do sal-gema. E eu fui visitar a fábrica e eu sabia como montar no isopor todas as camadas de terra, pintar, perfuração, explicar na feira de ciências.

Então, essa indústria chegou na nossa comunidade, dali do Bebedouro em diante, pegando aquela parte do Pontal da Barra. E o bairro Pinheiro, que era em cima do bairro onde eu morava, foi se urbanizando. Então, hoje é o que a gente tem aí, numa foto mais sucinta, da urbanização. Aí Dra. Roberta fala: é um bairro diferenciado? Sim, é um bairro diferenciado porque praticamente só existia a Avenida Belo Horizonte, e o resto foi se construindo, até se chegar na situação que se está hoje, com toda aquela testada do Mutange, que não existia, da linha do trem para cima completamente urbanizada, de forma totalmente irregular. Alguns ajustes de escadarias, melhorias de escolas próximas, Bom Parto, Cambona, foram sendo feitas, mas a situação é muito de risco ali naquela localidade.

Todo mundo já sabe, mas não custava nada colocar fotos marcantes da situação após movimentação do terreno em 2018, esse bendito mapeamento, que é tão questionado.

Uma hora o que é laranja, o que é vermelha. Então, como eu fui de lá, eu tenho gente que liga para mim o tempo todo. Então, é Rose, é Meirinha, é não sei o quê: "Como é? Isso vai cair, isso não vai?". E eu sempre me questionei disso, mesmo como leiga, a partir do momento em que comecei a atuar como Ministério Público do Trabalho. Quem define? E principalmente depois do *workshop*, em que Dra. Roberta também estava presente, em que um dos questionamentos, inclusive de gente da área imobiliária, do representante da associação dos empreendedores, o que define definitivamente o que é amarelo, laranja, vermelho para efeitos de "vou sair agora", "vou sair amanhã", "tenho direito ao aluguel social", "não tenho".

Eu estava na mesa junto com o Dr. Alfredo e a Dra. Roberta, do lado Dr. Gustavo, do pessoal do Município, SOS Pinheiro também estava. E eu aqui, estava ouvindo e ouvindo aqui todas as demandas que se passavam naquele momento. Então, eu defini em dois polos, o polo da preocupação da causa, das questões geofísicas, as quais não conhecia, nem tinha domínio, nem tenho – se bem que hoje já sei que fissura é diferente de trinca, que é diferente de rachadura –, mas também a questão social relevante, que parecia que estava passando longe.

O Ministério Público do Trabalho é um Ministério Público essencialmente social, e isso aí é sociedade. A sociedade do Pinheiro, dentro da sociedade de Maceió, dentro da sociedade brasileira como um todo. Aí circulam pessoas, vivem, negociam e trabalham pessoas. Opa, então, se trabalha, tem Ministério Público do Trabalho no meio. Porque aí vem para onde a gente chegou agora, a crise da saúde mental do trabalhador naquela situação.

Só que meu perfil de trabalho, considerando essa desertificação habitacional e comercial, comecei a me questionar. Isso aí é matéria nossa. O que eu vou fazer se eu não tenho culpados? Então, seria muito temerário da minha parte como Procuradora instaurar ou instigar um colega ou fazer uma notícia de ofício para que fosse aberto um processo de investigação com o inquirido. CASAL, Braskem, omissão da prefeitura, seja lá quem fosse.

Existem recursos previstos pela nossa lei complementar, é nossa, em que a gente tanto atua na área judicial como a gente também pode fazer trabalho preventivo. E esse trabalho preventivo inclui audiências públicas, como já foram feitas, inclui notificações recomendatórias, que a Defensoria Pública também pode fazer. E inclui também aberturas, pelo menos no Ministério Público do Trabalho, de um procedimento chamado expediente promocional. O que é isso? É um processo em que eu não tenho investigados, eu não tenho culpados, eu não tenho prazo. É como os meus expedientes com relação ao trabalho infantil, que é um trabalho delicado, de formiguinha, como a gente diz.

Então, eu vou juntando elementos. Eu vou participando, eu vou chamando, eu vou colhendo informações para que, se for o caso e houver culpados, se não for só a natureza... Se for só a natureza, eu não vou colocar Deus no processo, não pode ser meu inquirido. Mas, se houver culpados solidários ou únicos, esse PROMO vai se transformar, então, sim num processo de investigação se houver necessidade. Pode ser que eu já tenha todos os elementos, e aí eu vou entrar com a ação civil pública direto. Mas essa ação civil pública, sim, fundada num processo de coleta de provas, de participações e de atitudes porque esse PROMO não é só para colher.

Eu, particularmente, tenho um entendimento, como membro do Ministério Público, por tantos lugares aí em que eu já trabalhei e como empresária também que já fui, que não existe capital sem trabalho nem trabalho sem capital...

*(Soa a campainha.)*

**A SRA. ROSEMEIRE LOBO** – Só um minutinho. Deixe-me já ir passando.

Então, é preciso neste momento uma atitude que concilie essas duas coisas, porque veja bem: se o representante dos empreendedores me diz que já tantos estabelecimentos estão fechados, a postura do Ministério Público do Trabalho poderia ser o quê? Notificar os empresários e dizer: "Tudo bem, você demitiu, foi por força maior, você vai alegar... Você não vai pagar a multa rescisória do FGTS e não vai pagar o aviso-prévio indenizado, mas cuide de pagar todo o resto que você deve".

Eu não sei se isso seria a melhor conduta neste momento, justamente em um momento desse. Os senhores sabem como está a situação da Justiça do Trabalho e, a reboque, o próprio Ministério Público do Trabalho.

Então, se somos o Ministério Público do Trabalho social, esse é o momento de um trabalho preventivo. E a prevenção seria o quê? Não deixar os empreendimentos fecharem.

Então, a partir daí, eu fiz a primeira reunião, onde estava a Defesa Civil, onde estava a representante da Braskem, Milton Pradines, que me trouxe o primeiro vídeo, os primeiros elementos, e a partir disso eu montei então uma outra reunião, que foi o segundo momento.

Poderia ter feito uma audiência pública? Poderia, mas eu tive o receio, diante da urgência da situação, que ficasse somente no debate. Então, era preciso urgência, e essa urgência seria o quê? Fui ouvir o SOS Pinheiro, a associação dos empreendedores e vi que a gente podia tentar desonerações tributárias. Para o empregado a gente poderia tentar liberação

de FGTS, para as crianças não irem para essa situação, que trabalhamos tanto até um certo... Eu voltei a ser coordenadora de combate ao trabalho infantil, mas isso aqui é uma ameaça constante. Quando as escolas fecharam serão os dois lugares para onde elas irão, porque essa economia informal está lá no Pnad, é por aí que se vai trabalhar, e daí para a prostituição infantil.

Então, essa reunião foi muito produtiva porque nesse momento construímos grupos de trabalho que eu apresento para os senhores aqui em quase um dos últimos eslaides.

Fizemos reuniões com entidades para levantamento da situação, isso no dia 5 de fevereiro. Depois, no dia 20 de fevereiro, criação de grupos de trabalho para redução provisória da oneração tributária e linhas de crédito facilitadas para empreendedores.

Então, estavam presentes Fecomércio; associação dos empresários; SOS Pinheiro; Caixa Econômica Federal; a parte tributária do Município; Dr. Gustavo, da Procuradoria; e estava também a parte tributária do Estado de Alagoas. E aí eu entro nessa questão levantada pela Deputada Tereza Nelma, pela Deputada Jo Pereira também sobre a questão da calamidade pública.

Da parte do Município, a coisa caminhou bem e foi mais, porque pensávamos na desoneração do IPTU, porque não é lógico que você esteja perdendo seu imóvel e continue pagando sobre a propriedade do que você já não tem mais, porque a gente tem que entender o fato gerador daquele tributo.

Conseguimos também... Falta limitar o valor da certidão da liberação da dívida ativa, porque estando na dívida não se consegue linha de crédito, e linhas de crédito são uma proposta também, de facilitar linhas de crédito para quem quer colocar o seu novo negócio e reabilitar o seu negócio.

E da parte tributária estadual, convoquei, pedi ao Dr. Santoro para enviar um colega, porque eu fui 22 anos do Fisco estadual. Francisco Suruagy veio à reunião, mas colocou o seguinte empecilho: "Nós não temos condições desonerar nada, porque é preciso que se decrete estado de calamidade pública, senão teremos que ir ao Confaz."

Eu conheço Confaz, já fui integrante do Confaz, sei como é colocar em pauta de Confaz. Então, tudo para mim é para ontem. Meu gabinete está empenhado e, graças a Deus, minha banca estava enxuta, tudo despachado, e o gabinete todo empenhado em quê? Se a gente envia um ofício, a gente telefona. O meu WhatsApp também está à disposição, é o meu telefone particular, porque não dá para trabalhar só a Rosemeire Procuradora. Aliás, os sacrifícios são muitos, porque eu estou falando aqui como Procuradora, mas o meu custeio foi feito pela cidadã Rosemeire Lopes, porque o orçamento não existe. Mas eu vim por causa desse compromisso. Não dá para ficar: "Ah, não tem verba, o orçamento foi cortado." Não tem problema: "Eu vou, eu vou de qualquer jeito!" É preciso por quê? Porque eu acredito nisso aí, que a gente precisa unificar a linguagem e a gente precisa também unificar a coordenação disso, sem melindres, sem vaidades, sem arrogâncias, porque a situação exige que nos igualemos.

Na verdade, nós já somos todos iguais. Aquilo em que a gente se difere aqui é em razão da autoridade do cargo...

*(Soa a campainha.)*

**A SRA. ROSEMEIRE LOBO** – ...das prerrogativas e da responsabilidade.

Então, também fiz notificação recomendatória à Caixa Econômica.

A Defensoria Pública da União também está trabalhando, faço aqui as vezes... Houve um pedido com alguns considerandos. A Caixa tem se comportado de uma forma também muito boa. Vi a exposição do Dr. Kleber Paz com relação à seguradora já assumir aqueles imóveis que já não podiam estar pagando financiamento, mas os empregados também... O que puder ser liberado para eles... Porque é uma de debilitação geral, física e mental.

Imagine para o trabalhador que é trabalhador do bairro e mora no bairro? Ele perde a casa e perde o emprego. Imagina o empresário que também tem o seu empreendimento no bairro? Ele perde o ponto, ele perde a pessoa jurídica, ele perde seu estoque, ele perde sua cartela de clientes, ele perde tudo. Então, fomos atrás de tudo que pudesse desonerar, um pouquinho que fosse, porque o pouco que for já vai ajudar. Se a gente ficar esperando coisa grandiosa... Essa coisa da tragédia física vem primeiro do que essa coisa grandiosa.

Então, a gente fez também audiência de sensibilização com empresas fornecedoras de gás, de água e de energia elétrica.

Então, aqui parabenizo, para não esquecer, a postura do Município com relação à tributação, que incluiu na minuta de projeto de lei também uma desoneração do ISS, que é, na verdade, onde a prefeitura fatura mais. Então, se ela recua disso, é muito importante.

E com relação à audiência de sensibilização com as empresas. O Dr. Briseno não está aqui mais, mas faço um elogio também à conduta da Casal, que não está fazendo mais cortes, que tem um atendimento especial. A conduta da Algás... Essa eu parabenizo também, porque foi além dos pedidos do próprio Ministério do Público do Trabalho. Além de não

fazer os cortes, ela disponibilizou toda a sua verba social exclusivamente para a comunidade do Pinheiro; ela também está disponibilizando novos projetos sem custos para aqueles empresários que forem para outro bairro; ela também está disponibilizando linhas de crédito para financiar a nova implantação do gás de quem assim solicitar.

Então, são coisas pequenas, mas coisas que já aliviam o desespero daquela foto anterior que eu mostrei ali, porque aquele desespero é do empreendedor e é do empregado também. Não se sabe para onde ir, não se sabe o que fazer.

Já há o desespero da questão: "Evacua ou não evacua? Corre para onde? Como é que vai ser o plano? Como é que vai ser?" E há também o desespero social. A Caixa Econômica Federal não atendeu o pedido da DPU. A DPU entrou com uma ação civil na Justiça Federal, que está com o Dr. Frederico. No momento ele não deu a liminar, mas eu encaminhei para ele...

*(Intervenção fora do microfone.)*

**A SRA. ROSEMEIRE LOBO** – Está com vista para você? Ótimo, porque aí eu lhe mando todas as recomendações que eu fiz à Caixa, inclusive com todos os precedentes de liberação de FGTS em casos que tais.

Não precisa calamidade pública, agora, se estão exigindo tanto essa calamidade pública, então que se decrete! Qual é o problema? Eu estava ali com Dr. Gustavo enquanto estava aqui o outro bloco, e nós olhávamos a lei, o decreto... Então, o direito traz termos, às vezes, muito abertos, o legislador próprio se confunde. Nós, operadores, é que temos que buscar a *mens legis.*

E qual é a *mens legis* nesse caso? Há um problema sério, substancial... Não está lá a palavra, seja no decreto, na lei, no que for? Há. Então, está na hora de reconhecer essa calamidade para que outros órgãos que estão se retraindo no sentido de se amarrar com calamidade pública possam colaborar também.

E essas empresas aí... Eu chamo atenção para a Eletrobras. A Eletrobras mandou um documento dizendo que, em razão do princípio da isonomia, não podia atender nada diferenciado para o bairro do Pinheiro.

O Direito é uma ciência, não é uma brincadeira. Às vezes fazem brincadeiras do Direito, mas ele é uma ciência, e o princípio da isonomia é tratar desigualmente os desiguais na medida em que eles se desigualam. Então, Pinheiro, Bebedouro e Mutange estão numa situação diferenciada. Então, você assume uma empresa, que agora é privatizada; você nos dá um apagão; você diz na televisão que vai aumentar nossa taxa...

*(Soa a campainha.)*

**A SRA. ROSEMEIRE LOBO** – ... e não quer colaborar com a função social da propriedade?

De outra banda, já que o Dr. Milton voltou, fiz um pelo na reunião sobre a questão da Braskem. Falei para sua advogada nessa reunião, advogada da empresa, que, independentemente de culpabilidade, existe a questão da postura social da empresa com a comunidade. Estamos há anos nessa cidade. O que é que se poderia fazer – eu não sei se ela levou essa pergunta – independentemente de culpabilidade? Isso porque eu particularmente não encaro uma empresa... Quando ela emite uma CAT, quando ela presta socorro ao empregado e depois o empregado vai discutir e eu vou dar um parecer *custos legis* naquele processo, eu vou olhar toda a postura daquela empresa, o que foi que ela fez.

Então, assim, independentemente de culpabilidade, qual é a participação social que essa empresa poderia ter neste momento tão grave?

*(Soa a campainha.)*

**A SRA. ROSEMEIRE LOBO** – Então, aqui encerro minha apresentação, pedindo aos senhores...

É um vídeo, podem passar?

*(Intervenção fora do microfone.)*

**A SRA. ROSEMEIRE LOBO** – Pode passar o vídeo?

*(Intervenção fora do microfone.)*

**A SRA. ROSEMEIRE LOBO** – Não, pode cortar. Só um pedacinho. Coloca a música.

Então, eu coloco para vocês...

*(Intervenção fora do microfone.)*

**A SRA. ROSEMEIRE LOBO** – Não, então deixa lá. Sabe por quê? Poderia emocionar muito.

É o vídeo dos bombeiros se despedindo de Brumadinho. Então eu coloco ali que a chuva de flores seja para festejar vidas salvas, que a gente não se comova pelas desgraças, que a gente não fique se lamentando pelo que pode ocorrer.

A participação social do Ministério Público do Trabalho, neste momento, é comigo, mas eu estou convocando meus colegas também que estão implementando o núcleo de mediação – já falei para os empresários – para aqueles empresários que já fecharam as suas portas, para que possam fazer mediação no Ministério Público do Trabalho e ver como é que vão pagar essas verbas. Rafael está implementando o núcleo e, apesar de eu não ser, já me disponibilizei para uma força-tarefa daqueles que precisarem da nossa instituição.

Muito obrigada pela atenção. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dra. Rosimeire, o vídeo, se V.Exa. estiver com um *pen drive*, pode passar, porque não estão conseguindo...

**A SRA. ROSEMEIRE LOBO** (*Fora do microfone.*) – Não, não, mandei por *e-mail.*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Mas eu acho que simbolizou bem.

**A SRA. ROSEMEIRE LOBO** (*Fora do microfone.*) – Ah, muito!

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – E V.Exa. demonstrou aqui uma ligação afetiva com o bairro também, tendo em vista que sua origem também está ali próxima. E, pelo que disse também, algumas pessoas ligam e perguntam... Até anotei aqui: "Rose, Meirinha..."

**A SRA. ROSEMEIRE LOBO** – É porque o meu nome é Rosemeire. Então uns me conhecem por Rose, outros Meire, e para um monte é Meirinha. A Rosa mesmo ali, se falar de mim para você, para o Vereador, é Meirinha.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Meirinha. Essas pessoas ligam e dizem "Meirinha, eu não estou na área vermelha, eu estou na área amarela. O que é que você me indica? Eu aguardo alguém apresentar um dia um laudo, ou já tomo alguma medida preventiva, busco uma casa para morar e dou entrada no pedido de vistoria da Defesa Civil, busco meus direitos, vou atrás e reorganizo minha família?"

Quando ligam, já que você é do bairro, é uma referência, e está se notabilizando também por uma visão diferente da de todos nós aqui, é uma visão da empresa, é muito importante. Inclusive, tive ontem contato com o Dr. Wilton Malta, presidente da Fecomércio, que não pôde estar aqui por questões à parte, solicitando também um reforço nisso tudo que foi apresentado, na questão de liberação do FGTS, na questão de liberação de créditos especiais. Inclusive, isso foi um dos compromissos assumidos pelo Ministro Gustavo Canuto em reunião no Ministério do Desenvolvimento Regional com toda a bancada federal. E esses desdobramentos também serão cobrados.

Eu gostaria de ouvir de V. Exa: quando as pessoas ligam e perguntam qual postura tomar, qual é a sua resposta?

**A SRA. ROSEMEIRE LOBO** – A minha resposta é a seguinte. Eu venho praticando muito na minha vida pessoal o desapego. É muito difícil, mas ele deixa a gente mais leve quando a gente tem que decidir por deixar algumas coisas para trás. Então a aplicação desse princípio pessoal vai também para a minha vida patrimonial. Por mais que eu ame esse casarão e tantos casarões daquele bairro, se eu estivesse lá agora, eu sairia. E deixaria, sem nenhum temor, assim... Levaria todas as minhas lembranças, porque é só o que a gente leva mesmo. E tentaria me reorganizar, porque tem jeito para tudo.

No primeiro momento, é correr para a Defesa Civil – cadê o Dinário? –, é abrir o processo, não é? Mas a gente se reinventa. Eu sei que é difícil para uns e para outros, mas vai ser possível, cada um, na medida do seu conhecimento, na medida da sua coragem, na medida da sua disposição, vai se reinventar em outros locais.

Cabe ao Poder Público segurar um pouco e proteger essa demanda que vai existir. Quando as pessoas tiverem que sair, vai haver um inchamento populacional em outros cantos. É como água: você empurra daqui, ela vai correr para outro canto, não é? Vai haver um inchamento de trabalho informal nas praias, seja de criança, seja de adulto. Todos esses fenômenos vão acontecer. Vão acontecer os fenômenos físicos e geológicos e vão acontecer fenômenos sociais. As instituições têm que estar de olhos abertos, têm que estar amparando.

Agora, o que eu mais falo, Senador, é sobre a questão da celeridade. Veja: um grupo de trabalho desse, do dia 20 de fevereiro para cá, a gente já conseguiu toda essa coisa. E não foi intimidando, não, para fazer Termo de Ajustamento de Conduta, senão vai pagar a multa tal. Não. Na verdade, eu começo pedindo. Eu acho que pedir é o primeiro passo; depois, aí vamos lá para enquadrar se a coisa...

Por exemplo, a Eletrobras – eu fiz questão de reafirmar –, a postura dela não é uma postura condizente com o princípio da função social da propriedade. E fica uma incógnita: por que ela está tirando uma rede de distribuição e redistribuição do bairro do Pinheiro? Ela não está aqui para responder, mas eu vou fazer essa pergunta. Entende?

Então, assim, a situação existe, é um fato, há uma tragédia social e econômica, os órgãos públicos têm que estar atentos para isso, mas a gente pode acelerar como? Agindo também.

Eu gostei da postura da colega da Ufal, que colocou aí que já treinou as psicólogas para dar um apoio. Então, começa-se com esses pequenos procedimentos. "Da minha parte, o que me cabe?" "Vou fazer." "E da sua?" "Faça." Agora, se ficarem esses trâmites...

Por exemplo, a minuta do projeto de lei já está pronta. A audiência pública na Câmara de Vereadores vai ser quinta-feira. O ideal é que já se tenha essa minuta pronta para mostrar para a sociedade e para os empresários e acalmá-los: "Está tramitando, já saiu do Messias, da Finanças, está tramitando, vai para a Procuradoria. O que eu faço?" Eu ligo para o Dr. Diogo. Eu digo: "Dr. Diogo, meu filho, por favor, dê uma pressinha aí!" E as coisas se mexem.

Mas, fechando a pergunta: eu sairia também.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – O.k.

Eu aproveito este momento também para registrar a importância de todos aqueles que estão participando ativamente através da ferramenta e-democracia, lincada com esta Comissão de Transparência, Governança, Fiscalização, Controle e Defesa do Consumidor. Estamos sendo porta-vozes dessas pessoas também. Algumas falas aqui já responderam a essas perguntas, mas é importante registrar que, neste momento, Manu Melo, Maria Emília Sandes da Silva, Natália Rodrigues, Didier, Patrícia Brito, Junele Vieira, Mário Henrique, Mauro Araújo – esse pelo telefone –, João Medeiros, Miriam Moraes, Isabela Maria, Mário Henrique Bastos de Lima, Karen Vivian, todos esses, aqui já se manifestaram de alguma forma. E um tema reiterado aqui é justamente falando que não está fácil, que mandar sair é fácil, a questão é criar condições para essas famílias – de fato, é. Então, a gente tem que ter um foco nisso também. A nossa responsabilidade também é por esse caminho.

Esta Mesa aqui tem uma atribuição, a Mesa anterior tem outra atribuição, a primeira também. Com certeza, quem pode dizer que tem que sair passou por aqui, quem pode dizer como sair passou por aqui, quem vai dizer o que vai acontecer lá na frente também está por aqui. Então, todos os agentes estão aqui focados com o mesmo objetivo, que é justamente elucidar essa situação.

Então, sendo assim, para finalizar esta Mesa, antes de abrir aqui um pouco mais, eu passo a palavra para o Dr. Ricardo Moraes, Presidente da Comissão de Direitos Humanos da OAB.

Boa tarde, Ricardo.

**O SR. RICARDO SOARES MORAES** – Boa tarde a todos.

Quero saudar o Presidente desta audiência, o Senador Rodrigo Cunha, parabenizando-o por sua atitude corajosa, pelo que falou, mas necessária.

Peço vênia a todos os demais, às autoridades aqui, principalmente aos moradores do Pinheiro aqui presentes, para saudar todos na pessoa do morador do Pinheiro Joelinton Barbosa Góis, uma figura emblemática nessa luta, pelas circunstâncias que aconteceram lá. Eu saúdo todos os presentes aqui na pessoa do Joelinton.

E eu vejo que todos estão aqui advogando a causa do bairro do Pinheiro. No sentido *lato sensu*, todos estamos sendo advogados, estamos intercedendo, mediando, defendendo, e a OAB não poderia ficar fora disso. Eu sinto a OAB muito pequena, com uma participação muito pequena, pela sua atribuição, pela sua competência talvez no que tem feito, mas a gente tem se colocado à disposição, participado em todas as instâncias, reuniões, audiências públicas, intercedendo, cobrando também, fiscalizando e temos tentado, na medida do possível, fazer essa instituição, que é tão importante na sociedade civil brasileira historicamente falando, também atuante nessa causa e nesse fato trágico.

Talvez ninguém pensasse na dimensão que se está traçando para esse quadro. Eu acho que, quando iniciou o problema lá, em meados de fevereiro do ano passado, ninguém acreditava que o problema chegasse nesse nível, mas a gente vai se surpreendendo e se assustando cada vez mais com as conclusões e se vendo impotente muitas vezes. Eu acho que a gente se vê impotente, o Poder Público e as instituições se veem impotentes diante dessa situação.

Algumas manifestações, como, por exemplo, a do Dr. Thales... Até hoje ele disse que a natureza avisa quando alguma coisa vai acontecer. Em uma das entrevistas que ele deu, ele disse assim: "(...) os condicionantes geológicos, a natureza, a crosta da terra está nos avisando que alguma coisa especial está acontecendo no bairro [do Pinheiro]". Ele falou isso já há alguns meses, e a gente vai comprovando isso cada vez mais. E essa coisa especial demonstra ser um desastre, infelizmente, mas eu espero que isso possa ser evitado ainda e, no que for possível, os esforços para evitar que isso aconteça, como foi falado aqui muito pelos representantes do Ministério Público, agora, por último, pela Dra. Rosemeire... Que a gente possa trabalhar e acabar. Eu acho que, nas horas de crise e nos problemas, a gente se une, a gente acaba com as diferenças, diferenças político-partidárias, diferenças ideológicas, nessa hora qualquer diferença que possa haver...

A gente vê a integração. Parabenizo todas as instituições que estão atuando. O Ministério Público tem atuado de forma muito pujante, as mulheres do Ministério Público Federal e do Trabalho, os homens do Ministério Público Estadual – só tem homens no Estadual – e a Comissão.

Como OAB, eu queria aqui já interceder para trazer algumas coisas. Eu acho que, independentemente de quem tenha recomendado, eu parabenizo, como muito bem ressaltou a Dra. Rosemeire, a participação da Braskem, que, ainda sem determinar a culpabilidade, tem tentado participar desse projeto e tem auxiliado.

Eu vi algumas medidas que foram propostas por especialistas e foram trazidas aqui exatamente. Eu tirei foto desse quadro e eu já advogo essa situação porque a gente também tem que começar a fazer alguma coisa, mais do que tem sido feito.

O quadro diz assim: um sistema de drenagem superficial ou provisório. Se o problema é a chuva, vamos trabalhar para que isso seja evitado com um sistema de drenagem e de escoamento dessa água para que isso possa ser evitado. Recomposição dos vazios nas ruas, reforço do terreno com injeção de pasta de cimento em edificações impactadas, instalação de marcas...

Eu peço até permissão para usar a recomendação e advogando essa causa.

É necessária também a contratação de serviço de inspeção dos imóveis prediais que já estão deteriorados, a instalação de sensores pluviométricos, a instalação de geomanta para as encostas, a instalação de videomonitoramento para as áreas impactadas, a instalação de um *call center*, equipamentos para a central, instalação de alarme sonoro, sinalização de rotas de fuga, entre outras, e, principalmente, a integração de todos esses órgãos. O que foi proposto aqui pelo Senador Rodrigo: a questão da integração de um grupo em que você possa, de certa forma, centralizar todas essas informações. Apesar de a Defesa Pública estar trabalhando, é preciso que haja uma integração entre todos os órgãos.

E eu acredito que a forma de contribuir... E a OAB se propõe a se colocar à disposição também, a participar, a dar voz a isso. Esta é a contribuição material que eu faço agora – já encerrando a minha fala –, não em nome da OAB, mas em meu nome pessoal neste momento. Eu quero terminar deixando uma mensagem para o povo, para a sociedade, para os moradores do bairro do Pinheiro, para todos nós.

A gente vive em um Estado laico. O Estado laico não permite a imposição de uma religião. A interpretação correta é que o Estado laico permite a liberdade de manifestação de qualquer crença, de qualquer fé. E eu, em meu nome pessoal, deixo uma mensagem para os moradores, aqueles que estão numa situação de impotência, de incapacidade. Uso as palavras do salmista – Salmo 121 – quando ele diz assim:

> *Elevo os meus olhos para os montes. De onde me virá o socorro? O meu socorro vem do Senhor que fez os céus e a terra. Ele, o seu protetor, está sempre alerta e não deixará que você caia. O protetor do povo de Israel nunca dorme, nem cochila. O Senhor guardará você. Ele está sempre atento ao seu lado para protegê-lo. O sol não lhe fará mal de dia, nem a lua, de noite. O Senhor guardará você de todo perigo; ele protegerá a sua vida. Ele o guardará quando você for e quando voltar, agora e sempre.*

Obrigado.

*(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Dr. Ricardo, parabéns por também trazer a fé neste momento. Eu acho que é importante. Com certeza, as pessoas que lá estão nos assistindo se apegam – não é aos políticos, não é aos órgãos públicos – à fé em primeiro lugar e têm esperança em dias melhores.

Foi muito bem dito por V. Exa. que a nossa responsabilidade tem limites. Inclusive, você retirou o seu cargo – digamos assim – e se colocou como pessoa. E é com este espírito, de a gente humanizar cada posicionamento nosso, que nós devemos agir daqui para frente, e assim sempre.

Parabéns pela fala de V. Exa.!

Mas, só por curiosidade, queria saber de V. Exa.: se tivesse parentes com residências localizadas no bairro do Pinheiro, levando em consideração aquelas demarcações que foram feitas há quase um ano e que não foram atualizadas ainda, e depois de assistir a uma apresentação como a que tivemos hoje, qual seria a orientação que daria para essas pessoas?

**O SR. RICARDO SOARES MORAES** – Eu peço permissão para usar as palavras da Dra. Roberta, sendo bem cauteloso, para dizer que eu recomendaria a saída se a pessoa estivesse nas áreas já demarcadas, nas construções que já estão, de certa forma, com as eficiências declaradas. Mas, pelo que a CPRM aqui demonstrou na questão das chuvas, no momento de chuva, o que foi explicitado aqui de forma técnica é que o bairro todo deveria ser desocupado. Mas, por mim, eu penso... Neste momento talvez não tenha capacidade técnica para dizer que todos desocupem o bairro. Eu vou ser bem franco: não teria, e não faria, de todo o bairro, a não ser das regiões já identificadas ou em caso de chuva, porque essa foi a recomendação técnica.

E eu espero que o que venha a se descobrir depois, o que venha a se diagnosticar, não seja tão grave quanto o que parece, essa é a minha esperança ainda.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso! Porque essa é a recomendação, inclusive, do Ministério Público Estadual, formalizada. É justamente: que, na área vermelha, já deve ter essa desocupação e, em situações de chuva, nas áreas amarela e laranja.

Mas eu tiro por mim: se eu morasse também nessa região... Quando eu durmo, eu só acordo com alarme. Então, ou se tem um sistema de alarme instalado nas ruas, ou o telefone tem que tocar, porque, se chover à noite e eu estiver dormindo, como é que vai ser essa situação?

Então, também é necessário, diante desse fato... Inclusive, são chuvas aqui que, para mim, serão corriqueiras: de 30mm, diante daquilo que historicamente é estabelecido no mês de abril, é algo natural. Então, tem que se ter, já diante de toda essa situação...

*(Soa a campainha.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – ... se todos falaram dessa forma, já esse plano de sonorização, digamos assim, para que as pessoas fiquem alertas nessa situação.

Então...

**O SR. JOELINTON BARBOSA GÓIS** (*Fora do microfone*.) – Sr. Presidente. *(Pausa.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sim, pois não.

**O SR. JOELINTON BARBOSA GÓIS** – Comento o que V. Exa. falou, falo da minha experiência: não tinha alarme, mas eu ouvi um barulho muito grande. A impressão que eu tive foi a de um carro bater e um portão, mas não era; era a casa que estava rachando ao meio. Então, assim como, no meu caso, graças a Deus, não foi nada mais grave, eu poderia também ter continuado a dormir e a casa ter caído em cima de mim.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso.

Muito bem. Então, só para finalizar aqui este bloco, quero dizer à Dra. Roberta que as recomendações feitas pelo Ministério Público Federal também serão abraçadas por esta Comissão. Aqui serão colocadas também como prioridade absoluta, para somar forças nesse sentido.

Sendo assim, agradeço a presença dos oradores aqui presentes e convido para compor o próximo bloco os representantes da sociedade civil.

Inicialmente, convido o representante do Núcleo Comunitário de Defesa Civil de Maceió (Nudec), Maurício Mendes; o representante da Associação dos Empreendedores do Pinheiro, Alexandre Sampaio; representante do S.O.S. Pinheiro, Geraldo Vasconcelos de Castro Júnior; e o Presidente da Comissão Especial de Inquérito da Câmara Municipal de Maceió, o Vereador Francisco Sales. Por favor, peço para se fazerem presentes aqui nesta Mesa. *(Pausa.)*

Primeiramente, quero agradecer a paciência dos senhores, agradecer também todos aqueles que fizeram contato para estarem aqui presentes. Vi que houve uma grande mobilização, inclusive nas redes sociais, até para fazer vaquinha em alguns casos; em outros, para terem acesso a esta Comissão, à secretaria desta Comissão, solicitando inclusive a presença aqui, e o nosso objetivo é dar uma maior representatividade. Então, todos que aqui estão conhecem a vida do Pinheiro, todos que aqui estão são vítimas, de certa forma, dessa situação que está posta e estão com oportunidade de representar essas pessoas que também os identificam como sendo referências na comunidade; e de multiplicar também... E aqui a responsabilidade: eu peço também aos senhores para que multipliquem de fato o que for passado aqui, não apenas o que for passado pela mídia, o que já circula pelos grupos de WhatsApp, mas, sim, a realidade do que foi exposto e de quem está aqui se propondo a somar forças.

Sendo assim, gostaria de dar início, pela ordem, a este quarto bloco, em que a sociedade civil está aqui representada. Todos que são moradores do Pinheiro têm trabalho nesse sentido.

Convido o Sr. Maurício Mendes, que é representante do Núcleo Comunitário de Defesa Civil de Maceió, para expor os seus posicionamentos.

**O SR. MAURÍCIO MENDES** – Boa noite a todos! Boa noite à Mesa!

Inicialmente, gostaria de agradecer ao Senador Rodrigo pelo convite. Gostaria de agradecer também à Deputada Tereza Nelma por todo o apoio e a assistência que nos tem dado. Dentre os demais, quero agradecer à Dra. Roberta, do Ministério Público estadual, ao Dr. Carlos, que acabou de sair, da Defensoria, e a todos os demais.

Senador Rodrigo, quando nos foi enviado o convite... Foi passado que eu sou morador, que eu não represento o Nudec, mas eu posso falar sobre o que desejarem e responder também dentro das minhas possibilidades. Eu vim para tratar como morador, mas nós temos um representante do Nudec aqui. Se o senhor quiser falar com o representante do Nudec, eu posso apresentá-lo à Mesa.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Quem representa o Nudec?

**O SR. MAURÍCIO MENDES** – Hoje é o Joelinton.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Joelinton, por favor, também aqui presente. Essa foi a informação que eu recebi aqui. Mas venha para cá. Você é bem-vindo. Quem mais falou aqui foi ele até agora, não é? Mas tem muito a dizer ainda.

**O SR. MAURÍCIO MENDES** – Poderia dar continuidade como morador?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone*.) – Sim.

**O SR. MAURÍCIO MENDES** – Perfeito.

Diante do exposto, de antemão quero até já me desculpar. Apesar de não ter sido com a sua pessoa, eu fui uma das pessoas que criticou a sua fala na sexta-feira. Eu me desloquei da minha residência, às 10 horas da noite, e fui perguntar ao Dinário qual a realidade do fato, o que ele sabia que a gente não sabia, o que o Senador sabia que a gente não sabia. E eu fui uma das pessoas que o criticaram. Diante do exposto hoje e pelo que foi apresentado e que foi visto, eu retiro a crítica que lhe fiz, mesmo não tendo sido dirigida a sua pessoa diretamente.

Pessoal, estamos há um ano, exatamente um ano e 18 dias, longe dos nossos lares. O Joelinton saiu um pouco antes. Em seguida, saiu a gente, dois blocos de apartamentos denominados Blocos 7-A e 7-B, onde essa bendita rachadura passou cruzando vias, cruzando casas e cruzando o edifício que a gente morava, edifício simples, popular, três pavimentos, mas era o nosso castelo. Evacuamos esse prédio, 24 famílias, 24 mudanças num único dia, exatamente um ano atrás. Até hoje esperamos...

De dezembro para cá, quando foi decretado o estado de emergência, quando foi divulgada a questão do aluguel social... Já tínhamos pleiteado isso na primeira audiência pública, em 12 de março de 2018, onde se fez presente a Câmara dos Vereadores, a Tereza Nelma, que era Vereadora, e nosso amigo Francisco Sales, que é morador do bairro estava presente também, dentre outros tantos Vereadores. Lá já pleiteávamos isso. Não sabíamos, na verdade, o que demandava o problema, até porque, da maneira como foi passado, achávamos que seria tão somente aquilo ali, mas a gente não quis denominar isso simplesmente na audiência da Câmara. Quem está presente e participou da reunião pode confirmar isto: nós não denominamos moradores do Divaldo Suruagy, nós denominamos moradores do Pinheiro.

Eu digo que ganhei um irmão nessa causa depois de tanto estrago, que foi a pessoa do Joelinton. Se não fosse isso, não o teria conhecido, mas com as rachaduras que verdadeiramente apareceram no dia 15 de fevereiro, nós percorrendo a rua depois que uma grande intensidade de água se formou, aproximadamente um metro de água, principalmente na frente da casa do Geraldo, que dá de frente à Divaldo Suruagy, e por cinco minutos, no máximo, essa água se dissipou toda, a água evaporou... Quando essa água evaporou... Na casa do amigo Geraldo, vizinho, eles colocam uma coisa para conter a água para não entrar no imóvel porque, por diversas vezes, o vizinho ali da amiga da D. Salete, que é encostada à casa de Geraldo, os filhos dela, os sobrinhos tinham que levantar essa bueira para que a água descesse.

Então, assim, após essa água dissipar toda, essa água descer, a gente percorreu a rua saindo de dentro do Suruagy 7-A, percorreu o local vizinho à casa do Joelinton, que é a rua da igreja, e vimos um imenso buraco na rua da casa em que o Geraldo morava, um imenso buraco, e começamos a observar que ali passava como se fosse um raio cortando aquele espaço. E saímos percorrendo o sítio ao lado da igreja, os muros rachados, o que causou aquele impacto na hora.

Tudo bem. Os apartamentos racharam, então pode ser uma coisa estrutural. Vamos pensar em consertar, vamos pensar em ajeitar. O pessoal da Defesa Civil esteve lá, nos deu um excelente apoio dentro das possibilidades deles. Naquele momento não se sabia o que era, mas 20 dias depois veio o tremor. Esse tremor... Nada mais... Sim, só complementando. Após a visita da Defesa Civil, chamaram a Seinfra, foram lá, taparam os buracos, fizeram os consertos das vias. Quinze ou vinte dias depois houve o tremor, também após dois dias de chuvas torrenciais que aconteceram em Maceió.

Os mesmos buracos, as mesmas rachaduras, nos mesmos locais, voltaram a se abrir, só que dessa vez com intensidade maior. Isso foi exatamente no dia 3 de Março de 2018. Foi um caos naquele perímetro em que a gente habitava. Nesse

exato dia saíram essas 24 mudanças e, posteriormente a isso, houve a primeira audiência pública, já no dia 12 de março. Conseguimos levar alguns vereadores para dentro do conjunto para tentar mobilizar a população que ali morava em circunvizinhança e, naquele momento, há um ano, nós éramos taxados de doidos, que a gente queria desvalorizar o imóvel dos outros, que a gente não estava contribuindo em nada com o bairro, que o problema era nosso porque só tinha rachado o 7-A, o 7-B, a casa do Joelinton e o muro do Daniel, que fica logo após. Nem ao sítio a gente teve acesso naquela oportunidade.

Só que os dias foram se passando e começamos a observar várias pessoas, pedreiros, alguma coisa de engenheiro, uma coisa ou outra, se movimentando no bairro. Só que o pessoal fechava as portas e não mostrava para os vizinhos que ali havia um problema, que no Bloco 8 também existia um problema. Isso foi omitido. Foi sendo omitido, foi sendo omitido, e as coisas começaram a se agravar, a tomar outra proporção, até chegarmos aos dias de hoje. E não adianta aqui, hoje, procurar colocar chifre no cavalo, procurar um unicórnio. Não vai adiantar, porque o problema já está aí, o problema já existe.

Eu ouvi as promotoras falando que precisaria haver uma causa, que precisaria haver um laudo, alguma coisa. Eu acho que, na verdade, a gente já tem, porque isso é a soma de tudo o que foi feito com o bairro do Pinheiro até hoje: trinta anos sem um governo nos dar um saneamento básico digno; trinta anos sem a Prefeitura Municipal de Maceió nos dar um esgotamento de águas pluviais digno – dentro do Divaldo Suruagy eu tenho duas bocas de lobo para escorrer toda essa água que passa.

Então, já existe um causador. O governo também é causador. Quem foi que deu uma concessão para a Braskem explorar dentro de um bairro urbano? Já existe culpado. Agora é saber qual o dano e qual a proporção de culpa que cada um desses tem.

Ah, eu ouvi o caso do Jorge da Casal. Ele fez uma fala na Assembleia Legislativa dizendo: "Ali era um bolsão. Ali não poderia ser construído". Mas, quando eu fui comprar um apartamento lá, ninguém disse isso. Quem foi que deu a liberação quando eu fui morar no Conjunto Divaldo Suruagy, perto de 1990? Os prédios altos que havia eram o Divaldo Suruagy e o Jardim Acácia, que era ao lado da casa de Geraldo. O andar alto que tinha era três pavimentos: térreo, primeiro e segundo andar. O único prédio alto que havia na circunvizinhança era o Empresarial Miguel Palmeira, que ficava na Fernandes Lima, de esquina, que hoje é um banco. Aquele era o prédio alto que existia.

O bairro cresceu, não havia saneamento, são fossas, vários poços, e aí vem aquela história da tábua de pirulito, que é tudo picadinho. Mas quem foi que concedeu alvará para a construção de edifícios verticais de 10 pavimentos, de 12 pavimentos, de 15 pavimentos em todo o entorno do Pinheiro? Se a gente já não tinha o saneamento para essas famílias que ali estavam... E, com esses prédios que foram construídos, 10 pavimentos com... Vou dizer o caso do Tibério Rocha: 10 pavimentos, 12 pavimentos, quatro apartamentos por andar... São duas torres. A gente tinha praticamente cem famílias num único local ali. Aí vem o caso do José Tavares. E para onde vai toda essa água de esgotamento, de banho, de fezes, de urina? Para onde vai essa água toda?

Foi falado pelo presidente da Dacal que havia um projeto de saneamento ali, só que não interligava, só chegava até o Cepa. Foi feito um edifício e, depois de muito tempo, começaram a surgir os problemas. Para poder ter a liberação, que é o caso do Spazio Vitá, a construtora teve que fazer a parte de saneamento por conta própria – depois do prédio já praticamente entregue – e levar esse saneamento até o Cepa. Então, se essas autoridades sabiam que tudo isso existia, então já são corresponsáveis, sim, por terem dado esse alvará para novas construções. São corresponsáveis.

Hoje, acho que a audiência...Volto a parabenizar o Senador Rodrigo pela iniciativa, pela condução da reunião. Acredito que realmente é preciso que se ponha em prática e se leve à frente o que está se propondo, de fazer realmente uma comissão...

*(Soa a campainha.)*

**O SR. MAURÍCIO MENDES** – ...que aja – todo mundo – em prol de um único objetivo, que é a solução para o bairro do Pinheiro. Tenho esperança ainda de voltar para lá, é um bairro bom.

Então, temos de dar as mãos. A gente tinha um embate, até a última reunião que tivemos com uma pessoa do Ministério Público Federal, em que a Dra. Roberta disse as seguintes palavras: "Sou conciliadora. Quero que, de hoje em diante, vocês coloquem uma pedra em cima, porque, se governo municipal e governo estadual não se entendem, a população também não se entende. E não estavam se entendendo muito mais." Depois da fala dela a gente tentou, se não se entender, pelo menos não se agredir, respeitar o trabalho do outro. Se é em prol da mesma causa, se é em prol do bairro do Pinheiro, a gente tem de, realmente, dar as mãos para um único objetivo.

Procurar agora se foi certo, se foi errado, se foi o correto ou se não foi, é procurar chifre em cabeça de cavalo. Se querem solução, vocês têm o poder, vocês foram eleitos. Nós, como comunidade, somos sempre, com todo o respeito a todos, os excluídos, os últimos a serem ouvidos, os últimos a serem olhados.

Fica aqui este meu desabafo. Espero que todos mantenham o mesmo respeito para que todos, também, sejam respeitados.

Obrigado também ao Chico, ao Chico Filho, que nos deu um apoio muito grande, dentre todos os demais. Falo com o coração. Tentei hoje me segurar e vou conter a emoção... Agora, assim, quando me lembro de que, há um ano, saímos, tiramos de lá o meu pai, deficiente visual, mudando toda uma história de vida, planejada, esperando tudo o que aconteceu até hoje e, às vezes, até ser mal interpretado, dói, dói de verdade.

Obrigado mais uma vez. Estou à disposição de todos. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Maurício, primeiramente quero pedir desculpas aqui pela indicação, como se fosse o representante do Nudec. O que importa é o que você sente na pele. Então, você...

**O SR. MAURÍCIO MENDES** (*Fora do microfone.*) – Eu faço parte do Nudec.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Você não é o representante, mas faz parte. Então isso é um detalhe.

**O SR. MAURÍCIO MENDES** – Sim.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – A gente, que está na política, pode ter certeza, sabe que às vezes as pessoas recebem mensagens e não sabem todo o contexto. Mas, diante da minha responsabilidade, acho que você sentiu o que me fez fazer esse alerta.

Meu amigo, a gente tem de abraçar este momento agora para que, primeiro, daqui a 30 dias, no máximo – foi dito dia 30 de abril –, possamos pegar esse relatório final, porque todos criam uma expectativa. Mas, antes disso, como falei, a gente vai andar na rua; antes disso vai chover e, então, antes disso, a gente tem, sim, que se preocupar com as pessoas. E se pedirem uma prorrogação? Então, não é assim. Eu acho que esse alerta foi importante, sim, para que a gente possa ter um desencadear um pouco mais célere.

Sendo assim, também... Ainda temos muito a ouvir. Eu gostaria de passar a palavra para o Sr. Alexandre Sampaio, representante dos empreendedores do Pinheiro.

Quero inclusive dizer, Alexandre, que assisti – acho que foi ontem, mas assisti hoje de manhã – a uma entrevista no noticiário lá de Alagoas falando de uma pesquisa da Fecomércio. Então, se o senhor pudesse até reforçar a importância econômica para o Município de Maceió, já que a gente está falando aqui mais da parte humana, da parte sensível do ser humano... Precisamos falar também da parte econômica, do quanto isso afeta o PIB, do quanto isso afeta os empregos. Então, se pudesse também puxar um pouco para esse lado, acho que seria bem interessante.

Com a palavra V. Exa.

**O SR. ALEXANDRE SAMPAIO** – Por gentileza, a minha apresentação.

Senador Rodrigo Cunha, em seu nome eu cumprimento todos os presentes.

Eu gostaria de dizer que, desde o tremor de 2018, tivemos três fatos realmente relevantes para a sociedade de Alagoas e para a questão do bairro do Pinheiro.

O primeiro deles foi a criação do SOS Pinheiro, na liderança do Sr. Geraldo e da equipe que está aqui representada. Foi o SOS que trouxe à tona algo em que se estava colocando panos quentes e, nisso, ele tem um papel, junto com a sua equipe, histórico.

O segundo grande fato, eu diria, foi um evento do Ministério Público, no qual a gente ouviu muita gente, mas pouca coisa foi feita efetivamente de concreto, e aí surgiu a Dra. Rosemeire, com o Ministério Público do Trabalho, que deu encaminhamentos concretos para as coisas que precisavam ser decididas.

E o terceiro fato foi a sua declaração no Ricardo Mota, na sexta-feira da semana passada. Na segunda-feira eu falei sobre ela. Você cumpriu um papel fundamental, porque, mesmo com as implicações – eu já falei sobre isso na entrevista –, se você não fizesse essa provocação, nós não estaríamos aqui hoje e não teria sido dada a importância à situação que ela veio a ter. Então, o senhor também cumpriu um papel histórico nesse momento.

Eu gostaria de agradecer sobretudo o apoio, neste momento que a gente está vivendo, da Fecomércio, do Sebrae e do Ministério Público do Trabalho.

Aqui eu gostaria de buscar uma aproximação com o Ministério Público estadual e com a Defensoria Pública, com os quais a gente ainda não conversou, mas o Sebrae tem sido fundamental no apoio aos empresários, assim com a Fecomércio.

A gente foi muito bem recebido lá, imediatamente se fez uma pesquisa, a gente participou da elaboração dessa pesquisa e ela está na página do SOS, está na página do nosso Facebook, está na Fecomércio e está no Sebrae.

Essa pesquisa visa entender melhor qual é a situação atual, porque a Fecomércio fez uma primeira pesquisa em que constatou – eu acho que esse dado já é público, mas eu vou reforçar a seu pedido – que nós temos 2.700 empresas com CNPJs ativos no bairro. Em mais de 95% dessas, os gestores e os empreendedores dependem exclusivamente do seu funcionamento para sustentar suas famílias. Elas movimentam entre R$1 bilhão e R$1,3 bilhão por ano e geram entre 30 e 39 mil empregos.

Surpreendentemente – eu estou aqui desde o início –, pouca coisa se falou sobre as empresas e sobre o impacto que essa crise teve, mas nós estamos aqui – e eu agradeço o convite que o senhor nos fez – para que a gente possa esclarecer isso.

Ser empreendedor no Brasil já é um desafio gigante. Ser empreendedor no Estado de Alagoas é mais difícil ainda, pois é um dos Estados mais pobres da Federação, onde circula pouco dinheiro. Ser empreendedor depois da crise que a gente viveu nos últimos três ou quatro anos foi quase uma tarefa hercúlea, foi quase um milagre sobreviver. E, depois dessa crise, os empreendedores no Pinheiro enfrentam agora esse problema.

Esse problema gera... A tragédia econômica a que a Dra. Rosemeire se referiu já foi provocada pela letargia da resposta das autoridades. Eu sou obrigado a salientar que, se havia um ofício da CPRM, que você mesmo citou, há seis meses, hoje a gente está na beira do abismo. Dizer que o Estado cumpriu todos os seus papéis é quase uma brincadeira com a sociedade de Alagoas, com o bairro do Pinheiro.

Então, eu gostaria que passasse...

*(Intervenção fora do microfone.)*

**O SR. ALEXANDRE SAMPAIO** – Aqui mesmo, não é?

*(Intervenção fora do microfone.)*

**O SR. ALEXANDRE SAMPAIO** – Não, eu posso voltar aqui.

Então, eu quero que você saiba, Senador Rodrigo, que a gente reconhece o seu esforço. Ele tem sido, e será, fundamental para a gente salvar vidas, empregos e negócios.

E eu quero dizer aqui que empregos e negócios são tão vida quanto a vida física das pessoas. Eu fico achando esquisito quando a gente diz assim... E aí, Geraldo, sem desmerecer a importância dos moradores, porque também nós somos moradores. Mas a gente separa como se fossem coisas distintas. A vida corre no bairro numa coisa fluida entre empresas e moradores, entre Poder Público, entre transportes, entre serviços. Então não dá para separar empresas de moradias.

Mas vocês podem ver que, até agora, a gente só falou de aluguel social, só falou de evacuação de residências. Mas, enquanto vocês falavam aqui, o nosso grupo sofria e explodia de mensagens – lá no grupo dos empreendedores –, porque a pergunta que se quer fazer, na verdade...

E eu só vou trazer aqui quatro ou cinco perguntas. Como jornalista de formação que eu sou: é o *lead* do jornalismo, é o que, quando, como e por que.

Então, o que está acontecendo? Eu não vou cair no geólogo, porque... B0om, ele é especializado e eu não sou. Mas a natureza está cobrando seu preço à natureza humana. E, filosoficamente, isso tem a ver com todo o momento que o País está vivendo.

Eu sou empreendedor, eu acho que as licenças ambientais têm que ser concedidas, mas a fiscalização é decisiva para que a gente mantenha o equilíbrio entre a presença humana e a natureza.

A segunda coisa é que eu acredito que as fissuras no caráter empresarial levam à produção insustentável e ao uso indevido do poder. Não tenho dúvida, Senador Rodrigo Cunha, de que nós demoramos muito para chegar a este ponto em que nós estamos aqui por conta dessas fissuras do caráter, por conta do braço invisível do poder econômico, que saiu manipulando individualmente muitos agentes para que impedissem que a gente tratasse a coisa com a transparência com que está sendo tratada neste momento.

E a nossa sociedade precisa fazer uma escolha: as coisas ou as pessoas. E eu afirmo que, até este momento, a escolha foi pelas coisas, porque, se tivesse sido pelas pessoas, nós já teríamos evacuado esse bairro, mas de uma maneira responsável.

Quem são os responsáveis pelo que a gente está vivendo? Eu gostaria aqui de fazer propostas concretas. Até agora todos os agentes públicos que participaram desse processo estão batendo cabeça em Alagoas. Então, federalizar e unificar o comando das operações no bairro do Pinheiro é algo fundamental para a sobrevivência física das pessoas e econômica das empresas. Não podemos tratar mais esse problema com a irresponsabilidade com que o tratou a Defesa Civil estadual,

municipal e federal; com que o tratou o Governador, ausente deste debate – ele deveria estar aqui neste momento – ; da maneira como o Prefeito também agiu até agora, que se omitiu até o momento. Eles estão dando o recado para os seus subordinados, o recado da omissão.

Quando o chefe da empresa comete um erro, ele está sendo espelho dos seus colaboradores. Então, sem a participação da comunidade, do movimento SOS Pinheiro, da Associação dos Empreendedores no Bairro do Pinheiro, para que a unificação e a federalização desse comando aconteçam, a gente vai ver aqui um caos. Tudo o que aqui que se discutiu vai ser balela se não houver uma federalização e um comando real, está certo?

Eu sou obrigado a dizer aqui que eu me assusto quando as autoridades dizem: "O bairro terá que ser evacuado imediatamente; a área vermelha terá que ser evacuada imediatamente; as áreas laranja e amarela, no quadrante de chuva." Gente, são 2,7 mil empresas, 21 mil pessoas. A última vez que a nossa imobiliária fez um levantamento sobre estoque de imóveis, havia cinco mil imóveis em estoque na cidade de Maceió. A gente tem 21 mil pessoas que precisam ser evacuadas. E aí, Senador?

As pessoas estão brincando com a vida. A gente viu aqui muitos discursos, mas até agora não há integração nenhuma, Senador, eu afirmo, entre nenhum órgão.

Quer ver um exemplo mais prático? Até um dia atrás, a gente estava discutindo área vermelha, laranja e amarela, e o Dr. Thales já tinha a imagem de satélite que mostra que é só, como o Vereador Chico falou, uma meia lua que envolve tudo. Falar de área laranja, amarela e vermelha é uma irresponsabilidade neste momento.

Então, a gente também sugere, Senador, a criação do Observatório do Pinheiro, a exemplo do Observatório de Brumadinho, juntar CNJ e Ministério Público Federal para fiscalizar todo o processo e ajudar na responsabilização dos culpados.

Nós acreditamos que, do jeito que as coisas estão sendo conduzidas no Estado de Alagoas... E há evidências claras – só não vê quem não quer – de que o braço econômico está manipulando, silenciando as ações na velocidade com que elas deveriam ter sido tomadas.

Aí é uma escolha dos senhores aqui. Vamos unificar e federalizar esse movimento, mas ouvindo os empreendedores e os moradores, porque tomar decisão em gabinete...

*(Soa a campainha.)*

**O SR. ALEXANDRE SAMPAIO** – ... e depois a gente não saber quais as implicações reais do que a gente está falando não faz sentido.

O senhor me permite mais um tempo?

A Força Nacional deve assumir a segurança no bairro. Nossa polícia estadual e municipal não tem a menor condição nem estrutura para... Imaginem uma evacuação de todos os imóveis, 2,7 mil empresas com as portas fechadas, com seus estoques lá, com equipamentos caros, famílias deixando suas casas e duas viaturas fazendo ronda no bairro: isso é uma piada! É preciso que a Força Nacional esteja preparada para, num momento de evacuação... Os empresários e moradores saem e a Força Nacional entra. Se isso não acontecer, vai haver saque, invasão, violência e, quando a gente voltar, a tragédia já estará estabelecida. Aí haverá dois problemas, como alguém já disse aqui: o problema de quem saiu e, depois, desocupar quem ocupou irregularmente.

Quando? Essa é a pergunta que todos estão fazendo.

Eu peço licença e até desculpas pela ausência do Ministério Público estadual aqui, mas qualquer pessoa nesta sala, diante desse problema, que disser que tem de evacuar sem dizer como e sem dar condições para isso acontecer está sendo tão criminosa quanto aqueles que estão, neste momento, silenciados e omissos. Eu falo aqui do Governador e do Prefeito da cidade de Maceió.

Então, liberação quando? Tem que sair amanhã? O governo federal, o governo estadual e o governo municipal têm que liberar imediatamente crédito para as empresas com CNPJ ativos no bairro, para que elas possam, fazendo o inventário dos seus investimentos lá, desmobilizar aquele valor e mobilizá-lo em outro lugar. A maioria dos empresários do bairro investiram tudo o que tinham nos seus negócios e esperavam receber, com o *boom* imobiliário que houve, o retorno dos seus investimentos agora. Então, estão sem capital para fazer mudança.

Eu precisei pegar dinheiro emprestado – a minha empresa fica na área laranja e na área amarela. A minha empresa precisou sair, porque era uma clínica de psicologia e os pacientes da minha esposa não queriam mais frequentar a clínica. Eu tenho uma imobiliária no bairro, mas a gente não conseguia mais movimentá-la porque os imóveis do bairro não se vendem mais.

Nós estivemos com a Fecomércio, e há dois caminhos diferentes. A gente precisa de ação agora.

Sair imediatamente do bairro só é possível se houver uma legislação específica para casos de estado de emergência ou calamidade pública em que os critérios normais para liberação de crédito sejam esquecidos e a gente possa simplesmente fazer um levantamento rápido e dar crédito com carência para que as empresas saiam do bairro e possam continuar os seus negócios. Se isso não acontecer, todo mundo aqui estava brincando com a vida das nossas empresas, dos nossos moradores, dos nossos clientes, dos nossos empregados e dos nossos gestores. Então, se isso não acontecer, esta audiência pública, Senador, não terá cumprido o seu papel, seja um decreto...

Eu estive em contato com a CNC, com a Fecomérico, com o Sebrae...

*(Soa a campainha.)*

**O SR. ALEXANDRE SAMPAIO** – ... aí, eles pedem que a gente pense nessas duas possibilidades: ou se aprova, em caráter de emergência, e, em 15 dias, uma legislação de emergência federal, ou se faz um decreto para que haja crédito.

*(Intervenção fora do microfone.)*

**O SR. ALEXANDRE SAMPAIO** – Não, é lei federal, porque há muitos impostos e muitas coisas envolvidas nesse processo.

E a saída das empresas... Está aqui: o Ministério Público estadual chegou aqui e disse: "Vamos cortar luz, cortar água, cortar tudo e as pessoas vão pegar...". Aqui está o Flavio, que tem a Fisioteravida, com 80 funcionários. Da noite para o dia, ele vai fechar sua clínica e fazer o que com os 80 funcionários? É muito fácil mandar sair sem dizer como.

Então, é muito séria essa questão. Um amigo meu, quando eu dei entrevista no Ricardo Mota, ligou e disse assim: "É, vocês ainda têm dinheiro para sair, pior são os moradores". Com todo respeito, eu também sou morador, o Geraldo é morador, todos nós temos parentes lá, mas uma empresa, numa situação de emergência, numa calamidade ou num colapso, tem concentrados os gestores, os funcionários, os clientes. Então, é muito mais sério a gente não cuidar do que está acontecendo onde há concentração de público, que é justamente nos mercados, nos hospitais, nas clínicas, do que simplesmente chegar e dizer: "Tem que sair" e agora eu estou com a consciência tranquila. Ninguém vai ficar com a consciência tranquila com isso. Então, a gente tem que acabar com essa hipocrisia, porque é uma hipocrisia dizer: "Pode sair" sem dizer como.

Quanto? Senhores, aqui eu listei mais ou menos a quantidade de prejuízos que os empresários sofrem a cada declaração que a gente vê. Imaginem hoje 12 horas de transmissão ao vivo e o bairro Pinheiro parado assistindo a essa transmissão.

Prejuízos com a estrutura física desde 2018. Muitas empresas tiveram suas áreas rachadas e investiram de volta. Uma conselheira da nossa associação tem um salão de festas e gastou mais de R$100 mil para refazer a piscina, a cisterna, sem saber o que estava acontecendo. Agora ela não consegue pagar o financiamento imobiliário da casa e não vai conseguir fazer mais nenhum negócio.

Então, desde dezembro, quando o SOS acertadamente trouxe a público o problema do bairro, a gente sofre prejuízos diários. Teve mercado que faliu, teve clínica que precisou se mudar. A Eliana Cavalcanti, uma bailarina famosa, conhecida nacionalmente, com 48 anos no bairro, teve de ir de favor para uma escola. Ela tem casa própria e precisou se mudar.

Além disso, quando a gente faz a mudança – eu estou vivendo isso e muitas empresas estão vivendo isso –, há o lucro cessante. A gente tem que sair de um lugar e não dá para funcionar em paralelo. Quer dizer, fecha aqui – a minha empresa funcionou pela última vez na sexta-feira véspera de Carnaval –, nós alugamos com um mês de antecedência, porque já tínhamos decidido sair, um outro lugar. Ainda não ficou pronto. Então, já vai fazer um mês que três empresas não faturam, porque a gente está migrando para outro lugar. Então, qualquer legislação sobre isso tem que levar em consideração quem está no bairro e quem precisou sair do bairro, porque é uma irresponsabilidade dizer que quem já saiu já resolveu a vida. Quem saiu já assumiu os prejuízos; quem não saiu ainda não pôde assumir os prejuízos.

Depois, prejuízos com indenizações trabalhistas, multas e juros de empréstimos. Muita gente, Dra. Rosemeire – eu estive conversando com os nossos associados –, já demitiu. Muita gente já pagou indenização, nem foi para o Ministério Público do Trabalho nem foi para a Justiça. Quem estava com algum capital se preparou, diminuiu o tamanho e se preparou para a crise. Mas é prejuízo. E prejuízo que não foi causado pelos empresários, pelos empreendedores do bairro. Tem construtora com R$10 milhões parados.

*(Soa a campainha.)*

**O SR. ALEXANDRE SAMPAIO** – Eu posso falar mais um pouquinho?

Então eu vou seguir.

A inadimplência com os fiscos impede acesso ao crédito normal. Nós estivemos na Desenvolve, estivemos, junto com a Sebrae, o Ministério Público do Trabalho e a Fecomércio, em outros bancos. E todo mundo diz que o Banco Central bota

uma lupa desse tamanho para emprestar dinheiro e num lugar em risco nenhum banco vai querer emprestar. Eu vi isso na Desenvolve. Acertadamente eles dizem assim: "Se eu não tenho a legislação específica, eu posso ser penalizado e até perder a concessão do Banco Central porque a minha operação teve prejuízo, eu fui irresponsável na concessão do crédito".

A gente está numa situação anormal de emergência e tem que haver uma legislação que cuide desse aspecto, de tudo que é tributário, do ponto de vista estadual, municipal e federal, e de tudo que é relativo a acesso a crédito, porque, se não houver acesso a crédito, as empresas não vão conseguir sair, e a gente vai ter um desemprego em massa não só dos trabalhadores, mas dos empresários, porque 95% dos empresários têm suas empresas no bairro como única fonte de sustento. Isso é dado da Fecomércio.

Então, a necessidade de isenção tributária, o que a prefeitura já começou, acertadamente. Apesar das minhas críticas ao Prefeito, eu quero elogiar aqui a Secretaria de Finanças, o Secretário Felipe Mamede, o Messias e toda a equipe técnica da prefeitura, que foram sensíveis às nossas reivindicações juntamente com a SOS Pinheiro e mudaram o decreto, transformaram num projeto de lei e o tornaram muito mais amplo.

E a renegociação de prazos e juros de empréstimos já realizados com bancos. Nossos amigos aqui têm empréstimos que vão vencer agora, no pior momento. Eles simplesmente vão ficar triplamente inadimplentes: com o Fisco, com o banco e com a sociedade.

Para concluir a pergunta é onde: para onde vão 20 mil moradores, mais do que todo o estoque de imóveis disponíveis em Maceió? Para onde vão 2,7 mil empresas com CNPJ ativos no bairro? Como mais de 2 mil famílias dos gestores se sustentarão se vão perder sua única fonte de sustento? O que acontecerá com 30 mil empregos gerados? E como acontecerá essa evacuação?

Senhores, a gente está diante de vida real acontecendo. Tem gente chorando no nosso grupo de WhatsApp.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Alexandre, é essa forma madura, essa forma correta de se posicionar que a gente espera de quem quer defender um segmento, de quem quer defender uma sociedade.

Eu aqui parabenizo todos os moradores, porque não vi ninguém fechando rua, quebrando prédios, não vi baderna. Pelo contrário, eu vejo é emoção. Todas as vezes que vi manifestações, eu vi emoção, eu vi o que você disse aqui: vida real. Então, é isso que cobra responsabilidade de quem quer que seja. Se o problema é natural, cabe a nós, cada um na sua atividade, fazer o que está ao seu alcance para proteger vidas, que é o principal. Aí você já acrescenta outro conceito para a vida, a vida econômica, já veio aqui e demonstrou por a mais b mais c porque tem que haver essa preocupação com a vida econômica.

O "como" foi perguntado aqui por várias pessoas. Eu tenho que sair de casa, mas como, mas como? São duas situações. Primeiro aquele alerta inicial aqui. É difícil, você acha que é fácil extrair essas informações que nós extraímos hoje aqui, com as pessoas dizendo que uma catástrofe está para acontecer? A Coordenadora de Defesa Civil do Estado disse a mesma coisa; o Dinário não conseguiu terminar a fala; outro afirmou que realmente algo está acontecendo: "Só não assino o papel porque quem vai fazer a leitura é outra pessoa em outro país".

Então, a situação é essa. Eu não posso chegar aqui e dizer vamos esperar essa decisão dos Estados Unidos. E se daqui a um mês chegar um pedido de reavaliação: quero um prazo a mais? A chuva, eu acho que o imperioso de tudo isso aqui é a informação de que há dez dias foi dito que, se chovesse, tinha que sair da área. Se chovesse 80 milímetros, hoje já se fala em 30 milímetros. Como foi dito aqui, foi colocado pelos maiores especialistas do País. Então, é uma situação alarmante de fato. Até que se descubra o que há, se é possível algum sistema de engenharia substituir alguma situação, que possa dar uma tranquilidade, uma segurança, tudo bem. Mas foi dito que há um mês foi feito um plano de evacuação, hoje tem que ser feito outro, porque aquela área que antes era segura hoje já não é. Estou falando de um mês.

Então tem que ter o olhar do "como". Esse "como" foi uma pergunta, e a Deputada Tereza Nelma também estava presente, feita ao Ministro Gustavo Canuto. Aqui alguns desdobramentos. Perguntaram a ele: como viabilizar a questão do FGTS para os moradores de bairro? É um aspecto, porque não é um decreto de calamidade que vai dizer isso, e sim uma mudança na legislação do FGTS aqui na Presidência. Então, foi um compromisso assumido por ele também, na mesma situação como aconteceu com Mariana: para aquela catástrofe, para a qual não havia uma previsão legal, foi feito um reajuste, e as pessoas receberam.

Então, nós cobramos aqui há quase um mês. Já chegou a hora de se chegar lá e dizer sobre aquele compromisso com o Gabinete Civil... Inclusive, o primeiro contato foi com o Ministro Onyx, para que justamente fosse feito esse ponto, e ele designou o Ministério do Desenvolvimento Regional para isso. O Ministro anotou e assumiu esse compromisso, como também desenvolveu uma linha de crédito especial para os empresários. Isso foi tratado no dia 26 de fevereiro deste ano.

86/108

Então será cobrada essa situação para que se possa – é o mínimo do mínimo – dar uma expectativa de futuro, de ressurgimento. A gente pensa que as coisas não podem piorar, mas receber notícias como essa é terrível. Por isso é que cobrar responsabilidade, saber que estamos, como você falou, falando de vida real... Então, aquele que for usar politicamente isso aqui, apague isso aí. O povo não é tolo, todo mundo sabe quem é quem nesse Estado. Então o que é possível para somar forças... Eu digo que aceitem ajuda, somem, cobrem, vamos organizar.

E o que você falou aqui, a federalização, foi o que a Dra. Roberta botou por escrito ontem. É isso. Abrir foi a primeira fala e também foi essa. Eu já cheguei aqui... Porque eu sinto isto: com cada pessoa com quem eu falo, a vontade é de ajudar, mas às vezes não há uma coordenação e a força necessária para isso. E aqui foi dito pelo Armin Braun que algo está internalizado nacionalmente, já há um conselho para isso. Então vamos fazer esta sala de situação com os outros órgãos, e que se envolvam e que se instalem lá também, que chamem a Defesa Civil nacional, que ela chame as de outros Estados como é feito com forças-tarefas da Defesa nacional, e se consiga um resultado de imediato.

Então é esse o objetivo de isso tudo aqui.

**O SR. ALEXANDRE SAMPAIO** – E que não se esqueçam de chamar os representantes da sociedade civil, porque como a vida real acontece, Senador, muitas vezes a gente pensa que está tomando a melhor decisão e não entende as implicações individualizadas, e a negociação com a comunidade é fundamental nesse momento.

Eu só queria completar o meu raciocínio...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Tudo bem.

**O SR. ALEXANDRE SAMPAIO** – Os órgãos fiscalizatórios estaduais e federais já poderiam ter essa resposta há pelo menos seis meses se todas as fiscalizações estivessem em dia. Eu gostaria de fazer perguntas. Não sei se a Braskem vai poder respondê-las agora, mas eu gostaria que ficassem registradas aqui.

Existem 35 minas entre o final dos bairros Pinheiro, Mutange e Bebedouro, é por onde passa a falha geológica, certo? Então, se as fiscalizações dos órgãos federais, a Agência Nacional de Mineração, o Ibama, que eu não sei se faz parte dele, e o IMA, que está solenemente ausente de todas as audiências, eventos e cobranças – todas!... Se o IMA estivesse aqui e estivessem em mãos os relatórios de fiscalização... Aí eu vou usar porque eu pesquisei isto: eu falei com o primeiro Secretário Estadual de Meio Ambiente, ainda era outro nome, e ele disse assim: "Existem três coisas que ninguém está falando mais: mesmo as minas desativadas têm que ter relatório de segurança hídrica. Então tem que haver lá um constante monitoramento, e não é só quando solicitado pela Agência Nacional de Mineração". Eu fiquei impressionado. "Ah, nós solicitamos e estamos esperando que eles tragam." Cadê o papel fiscalizador da Agência Nacional de Mineração? Cadê o papel fiscalizador do IMA? Não existe.

Então a gente está aqui correndo atrás de buscar resolução de problemas para os quais os órgãos de fiscalização já deveriam ter respostas, e não têm.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Alexandre, só para... Eu não sei se você estava aqui nessa hora, nesse momento, mas eu fiz essa pergunta à ANM aqui.

**O SR. ALEXANDRE SAMPAIO** – Sim.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Inclusive perguntando como é feita essa fiscalização, se é...

**O SR. ALEXANDRE SAMPAIO** – Qual foi a resposta que o senhor recebeu?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – ... mensal, se é anual. Qual foi a última vez que recebeu...

**O SR. ALEXANDRE SAMPAIO** – Sim.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então aqui foi dito que recebeu, no mês passado, um relatório...

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – De sete.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – De sete minas.

**O SR. ALEXANDRE SAMPAIO** – Por que não temos das outras 28 minas?

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Exatamente.

Então, são esses questionamentos que são desdobramentos de tudo isso aqui. Inclusive, até voltando a outro ponto, o que dá representatividade também é a população. Então, com certeza, nesse núcleo tem que estar o representante da sociedade civil. Se você observar, inclusive, a formação deste momento, nós tivemos aqui a parte dos levantamentos técnicos, gerenciamento de dados, órgãos de controle e a sociedade civil, que não pode estar fora.

**O SR. ALEXANDRE SAMPAIO** – Deixe-me fazer uma outra pergunta, Senador.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Essa questão da ANM, eu ontem, na reunião com a Dra. Roberta, em função do vídeo, da entrevista do Prof. Osvaldo, geólogo que relatou a situação caótica da ANM, que nem dinheiro para combustível tem... Como é que ela vai ter condições de fiscalizar a Braskem? Se a Braskem fizer um trambique nas análises dos poços, ela tem condições de dizer que a Braskem não fez trambique? Não tem, não tem.

**O SR. ALEXANDRE SAMPAIO** – Geraldo, uma coisa importante sobre isso que você está falando...

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Quanto ao IMA, é a mesma coisa – na Assembleia Legislativa foi dito. Quer dizer, os órgãos fiscalizadores não têm condições de estruturar e fiscalizar a Braskem.

**O SR. ALEXANDRE SAMPAIO** – Eu vi um relatório famoso da... Eu vi esse negócio três vezes, Senador Rodrigo Cunha, e eu não sei por que as pessoas não fazem perguntas. Não sou só eu que enxergo isso; não é possível, entendeu? Aí dizem assim: "Nós fizemos um relatório de situação dos imóveis no entorno". Aí mostram duas fotos. Sabe qual é a distância desse relatório de situação? São 50m – é uma piada! A gente vê um bairro inteiro se mexendo, existem 35 minas, e existe só o diâmetro de cada uma delas juntas. Ali se formam quantos estádios de futebol? Quantos estão envolvidos nesse negócio? Aí fazem um relatório com 50m de raio em torno do ponto de perfuração. Quem é que...? A gente é menino aqui para achar que isso faz sentido? Não faz.

Então, o que eu gostaria de dizer é o seguinte: que a gente vive... Alguém falou de fissura: é fissura ética, é metástase moral, e se os órgãos estivessem atuando, se a sociedade estivesse cumprido seu papel, nós não estaríamos aqui neste momento, não estaríamos.

Então, o quanto nossas vidas valem é a resposta que eu gostaria que a gente tivesse aqui. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem, Alexandre. *(Palmas.)*

Dando sequência, depois aqui do depoimento, não apenas de emoção, mas de um depoimento técnico também falando sobre uma avaliação econômica muito importante... E aqui eu também reforço que o Presidente Wilton Malta, da Fecomércio, esteve em contato comigo, e também já há um avanço nessa linha de cobrança da liberação de um crédito especial. Então, vamos contar também com a Fecomércio, com o Sebrae, com todas as entidades, somando esforços.

Eu passo a palavra ao representante do grupo Movimento SOS Pinheiro, Sr. Geraldo Vasconcelos de Castro Júnior.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Senador, eu quero agradecer a Deus por este momento, agradecer a Deus por ter colocado o senhor no momento exato naquele dia lá no Pinheiro quando o senhor foi para aquela reunião nossa, e a partir dali o senhor foi tomando consciência do problema do Pinheiro.

Quero agradecer a oportunidade que o Deputado Marx Beltrão nos concedeu naquele dia da reunião na Fecomércio, em que parte da bancada federal estava, e nós tivemos o primeiro contato com os senhores e sensibilizamos vocês para o problema.

Quero agradecer também ao Deputado Estadual Cabo Bebeto, que em seu primeiro ato convocou uma sessão especial na Assembleia, em que também tivemos contato com os Deputados Estaduais.

Quero agradecer também ao Vereador Chico Salles, que está aqui conosco, porque desde o começo tem sido combativo nessa situação. Quero agradecer ao Chico Filho, Vereador, e agradecer também ao Dr. Cleber Costa, que conseguiu as audiências municipais na Câmara.

Quero agradecer às diversas entidades que nos receberam. V. Exa. acabou de falar da forma ordeira como nós nos conduzimos – e nos conduzimos dessa forma por que, graças a Deus, tivemos uma formação democrática e temos o espírito republicano. Fomos muito bem recebidos na Ufal, quando lá atrás ninguém ainda pensava em chamar a Ufal – foi um erro crasso da Prefeitura. Nós já fazíamos contato com a geociências, convidando para um grande seminário. Mas avançou tanto a questão técnica que não foi necessário esse seminário ainda.

Quero agradecer o Tutmés Airan, Desembargador Presidente do Tribunal de Justiça, que nos recebeu, e nessa primeira visita houve a posse legal, porque é um problema grande que nós vamos encontrar aqui na questão dessa desocupação a

velocidade com que isso vai se dar, não é? E naquela oportunidade ele ficou de intermediar – eu nunca vi isto, gente: o Presidente do Tribunal de Justiça intermediar – uma reunião de um Prefeito com seu povo!

Em novembro, dia 24 – não me esqueço nunca porque foi a data da minha confraternização de Colégio Marista –, como foi a primeira reunião nossa com os moradores, no dia 24 eu saí da reunião, que foi de manhã, e fui para a confraternização. O Eduardo Canuto é meu amigo de colégio, Vereador da bancada do Prefeito: "Eduardo" – mostrei o celular a ele –, "e isso aqui?" Ele disse: "A Prefeitura não tapou os buracos, não?". Isso em novembro, dia 24. As chuvas foram no dia 15, o abalo sísmico no dia 3. Vejam o represamento, Senadores e Deputados, autoridades e pessoal presente, de informação! Na primeira reunião que houve lá na praça, na segunda reunião que houve lá na Praça Menino Jesus de Praga, o Vereador Lobão desceu e me pediu desculpas porque não sabia da gravidade do caso Pinheiro. Poderia até saber porque vocês fizeram audiência, mas isso não tomou as proporções que deveria ter tomado. Em novembro, comuniquei ao Eduardo e cobrei dele: "Eduardo, o Prefeito não veio aqui ainda por quê?". "Não, já está viajando, está em São Paulo, o Dr. Guilherme está adoentado." Então, está muito bem, família em primeiro lugar, está certo. Dez dias depois eu ligo e ele me responde: "Não, o Prefeito está com receio de ser hostilizado". "Hostilizado de quê, Eduardo? Aqui dentro do Pinheiro? Pelo amor de Deus! Hostilizado de quê?" Enquanto isso, a publicidade dos fatos não foi dada, e em junho ele recebe o primeiro relatório. Ali já se demonstrava a gravidade. Tinha que convocar a bancada federal, a estadual, seus Vereadores e dizer: "Olhem, a situação aqui é esta: o Município não tem condições de abarcar". Perdemos nessa brincadeira cinco meses.

Esses cinco meses estão nos custando muito caro, muito caro! Olhem aí o resultado: como vamos fazer? Como é que vamos tirar essas pessoas daí? Eu estou preocupado aqui – o Dinário estava preocupado também –, porque, quando eu chegar a Maceió, as pessoas, 2,5 mil, 2,6 mil pessoas que estão nos nossos grupos do WhatsApp, vão perguntar, elas estão nos assistindo. Foi feita torcida hoje lá no Pinheiro para assistir a essa audiência. Então como é que a gente vai dizer a essas pessoas, àquela senhora que tem 74 anos de idade, àquela que tem 80 anos de idade...? Como é que vai ser, meu Deus?

E as chuvas estão chegando, e quem estiver nas áreas amarela e laranja, se houver muita chuva, que eram 30mm, 70mm, agora são 30mm... Chove 700... Então, de noite, vai sair pela rua... E a Eletrobras tem um comando de desligar energia. Vai sair pela rua, debaixo de um toró, com as ruas alagadas, porque tudo ali alaga... Olhem, é uma operação gigantesca. Tenho certeza absoluta de que nosso Estado, nossas forças, nossas defesas civis, a estadual e a municipal, não têm condições de assumir essa responsabilidade.

Eu não quero voltar para Maceió com a alma pesada de não ter dito isto. Não existem condições: ou o Prefeito abre mão dessa situação de emergência e decreta uma calamidade pública, e a União assuma isso negociando com o Governador, seja lá qual for a forma... Isso é coisa para a União, eu acho que não é nem para a Defesa Civil nacional; isso é coisa para as forças federais – Marinha, Exército, Aeronáutica –, talvez até ajudadas pela Defesa Civil nacional.

Então, eu vou colocar os nossos pleitos, Sr. Senador, porque será mais rápido.

Esses pleitos já estavam prontos há alguns dias, pode ser que haja alguma coisa diferente, porque já evoluímos muito de ontem para hoje. Evoluímos muito. Muita coisa eu imaginava ser impossível. Eu até falava em intervenção nas defesas civis, mas ouvia que não podia por causa da Lei nº 12.608. A gente tem que negociar isso. Não vamos ficar presos em cima de uma legislação e punindo o povo.

Então, com relação à gestão da Defesa Civil nacional, uma reestruturação também da Defesa Civil municipal e da estadual, a Defesa Civil nacional assumiria definitivamente todo processo de gestão da situação, articulando as defesas civis e os demais órgãos envolvidos nas esferas municipal, estadual e federal.

Levantamento e reestruturação imediata do quadro dos recursos humanos necessários para compor a estrutura orgânica da Defesa Civil municipal e estadual, priorizando o perfil técnico, para que seja compatível com as exigências das demandas do contexto atual de iminente catástrofe.

Levantamento e implantação dos recursos materiais necessários para o perfeito atendimento e funcionamento dos serviços à população, inclusive os de saúde.

Instalação do Gabinete de Gestão de Crise nas imediações do bairro, articulando todos os órgãos envolvidos, sejam municipais, estaduais ou federais. Isso eu escutei no início de dezembro, na reunião com o Prefeito lá no Tribunal de Justiça, para que não houvesse problema de empenho, aluguel, arranjar casa. Nós cedemos uma casa para o Prefeito e pedimos para que ele fosse despachar lá um dia. Ele nunca foi. Estou sabendo que já arranjaram essa casa. Bote tempo para fazer isso. Daqui que a prefeitura faça as coisas, a CPRM entregue o laudo, e os cadastro só vão ficar prontos lá em 2022, aí fica difícil trabalhar: pressão de um lado e ineficiência do outro.

Colaboração técnica das forças que compõem o Ministério da Defesa, por exemplo um navio hospital no porto de Maceió. Se virar um ônibus ali na Fernandes Lima com 44 pessoas, o Hospital Geral fica um caos. Equipes de engenharia das Forças Armadas (ITA, IME e Marinha do Brasil), que têm muito a nos oferecer.

Colaboração técnica da Petrobras para os estudos diagnósticos – mas acho que já não precisa mais disso.

É estranho, muito estranho, porque, quando fizemos aquela reunião na Fecomércio, que ficamos para solicitar uma audiência ao nosso Presidente, perguntei à CPRM: estão precisando de alguma coisa para que a gente faça o pleito, alguns recursos materiais ou humanos? Responderam: "Não, não precisamos de nada". Então, por que pedem à Braskem para ir fazer serviço de sísmica? Se há recursos, por que pedem à Braskem recursos para ir fazer estudo de sísmica? Resultado: isso pega mal lá no Pinheiro. Quando sair o relatório, se porventura sair e não for a Braskem, vão dizer que o relatório está batizado. Para que pedir esse recurso à Braskem, se há recurso, se o nosso Presidente não negou nada para o Pinheiro? Pelo que eu sei, ele não negou nada. "Tudo de que o Pinheiro precisar", o que eu estou sabendo é isso. Então, não tinha nada que estar pedindo dinheiro à principal suspeita do problema.

Outra coisa que nós vamos pedir no nosso pleito é o seguinte: dada a causa, se a causa for a mineradora, a Braskem vai ter que parar imediatamente as suas atividades e recursos dela têm que ser bloqueados para garantir e salvaguardar as indenizações. Há 40 anos, a ANM fiscaliza a Braskem e, de uma hora para outra, o bairro todo racha e a ANM não viu isso.

*(Soa a campainha.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Mas vamos lá.

A questão da comunicação: eu venho batendo nisso há muito tempo, porque conta exatamente do pânico, Senador.

Apoio profissional de uma equipe especializada em comunicação de riscos. Na Ufal, segundo a Profa. Sandra, parece que há uma pessoa; mas há também na Unicamp, há também na USP. Isso eu venho pedindo desde o começo. Alertei ao Dinário que teríamos muito problema com comunicação e isso foi horrível.

Desenvolvimento de um plano de comunicação integrada, de forma que haja a unificação e centralização das informações dos órgãos envolvidos, destinando um canal direto com o Movimento SOS Pinheiro e as associações do bairro, além do Nudec, evidentemente.

Instalação imediata dos núcleos de apoio às comunidades do bairro – quiosques, tendas, trailers etc. –, de forma a facilitar a comunicação e integração dos agentes das Defesas Civis nacional, municipal e estadual, Corpo de Bombeiros Militar, bem como os demais órgãos públicos envolvidos no sistema, junto aos moradores.

*(Soa a campainha.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Implantação de uma plataforma de *call center* com serviço 24 horas e pronto atendimento à população. Dificilmente a gente consegue ligar para a Defesa Civil e ser atendido. São raras as exceções.

Intensificar a preparação da população para o caso de evacuação do bairro, definindo um cronograma de reuniões de instruções voltadas exclusivamente para essa finalidade e respeitando limites do número de participantes segundo critérios que visem ao perfeito entendimento dos conteúdos repassados. Não é fazer uma reunião na Igreja Batista, convocando a população de 21 mil habitantes para falar sobre plano de contingência numa noite só, e dizer que esclareceu a população do plano de contingência. Aí é brincadeira. Eu não vou nem falar nesse plano de contingência para não melindrar mais a situação; mas sobre o plano de contingência, todo mundo sabe o que deu aquilo ali.

A questão da ajuda humanitária.

Adesão voluntária à ajuda humanitária para evacuação do bairro, independente da área de risco em que esteja o imóvel – vermelha, laranja, amarela ou fora das áreas de risco. Isso aqui, graças a Deus, o Ministério Público Federal já colocou nas recomendações.

Assegurar o aluguel social também, Sr. Senador, para toda área de risco indicada pela CPRM e aos moradores da área fora de risco que voluntariamente optarem em evacuar o bairro por questões de saúde psíquica. Ora, há gente, Vereador Chico Filho, que está na área branca, área sem risco, e está adoentada, mas não pode sair porque não tem condições por conta do aluguel social. E, quando se fala em prevenção, normalmente fala-se do acidente físico, fala-se da precaução, para a qual eu não preciso da comprovação científica. Na prevenção eu preciso da comprovação científica. No caso da precaução, será que não estamos morrendo a cada dia? Se colocarmos um estudo de psicólogos e psiquiatras ali dentro bairro do Pinheiro, acho que vão apontar isso como mais grave do que o próprio colapso, o possível colapso.

Ressarcimento integral aos moradores do Pinheiro que tiveram que evacuar suas casas sem que recebessem a ajuda humanitária. Lá em fevereiro, em março, quando Maurício, quando Joelinton, quando Lili deixaram suas casas, só foram receber depois da situação de emergência.

*(Soa a campainha.)*

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Condicionar a evacuação de qualquer morador do bairro ao recebimento da primeira parcela da ajuda humanitária. Querem evacuar? Sim. Como? Pagando a primeira parcela do aluguel social. Ele paga uma fiança, e já tem gente pagando dois aluguéis. São três aluguéis.

Reduzir drasticamente o prazo para o recebimento da primeira parcela da ajuda humanitária. Isso tinha que ser no momento da retirada.

Assegurar a pontualidade dos créditos da ajuda humanitária, definindo uma data fixa para todas as parcelas a serem pagas. Não está havendo a sistematização das datas. Eu recebo a primeira parcela no dia x e vou receber a segunda no dia y. O.k.?

Garantir a ajuda humanitária até que haja as efetivas indenizações aos moradores, e não somente até a definição do responsável. Porque, de repente, o responsável é a Braskem; para-se de pagar o aluguel social e toma que o filho é seu. Vá cobrar da Braskem! Então, a gente precisa assegurar isso daí.

Outro fato importante é a plena transparência dos critérios operacionais adotados para a concessão da ajuda humanitária, evitando quaisquer possibilidades de pessoalidade e seletividade, com a publicação de planilha por lote, evidenciando todos esses itens aí. Não é só botar o nome e publicar. Quem é aquela pessoa? Está em que área? Como é que o SOS, como é que a população vai auditar para saber se aquele indivíduo realmente mora no Pinheiro?

Liberação do FGTS para os moradores que evacuarem o bairro.

Ajuda humanitária para auxílio às mudanças e adequações dos moradores às suas novas moradias. Inquilinos também. Nós nos esquecemos dos inquilinos. Há inquilino que mora ali e não pediu para a casa dele rachar. Ele não é o causador e ele vai gastar R$600, R$800 numa mudança. E muitas vezes não tem esse recurso ou esse recurso faz falta.

Disponibilizar frota de caminhões para os moradores efetuarem suas mudanças.

Ressarcimento aos moradores do Pinheiro que tiveram que evacuar suas casas sem que recebessem a ajuda humanitária. Muita gente das faixas amarela, laranja e branca saíram. O próprio Dinário falou. Mas essa possibilidade não foi dita à população. Muitas pessoas da área amarela e da laranja, com a pressão, com a pressão emocional que foi feita, saíram. E eles não tiveram o direito... Durante um ano, disseram que o critério do aluguel social era só para o vermelho. Não! Há a possibilidade do amarelo e do laranja. Já havia. Era só solicitar uma nova vistoria. Eu solicito uma nova vistoria, mostro que minha casa está em condições idênticas à de uma vermelha... Porque esse critério é uma loucura, gente. Eu estou ali trabalhando quase 24 horas do dia, e eu ainda não entendi esse critério. Você pega a casa rosa e pega uma outra casa: ambas estão no vermelho, mas não tem nada a ver uma coisa com a outra. Nada. Aí você pega uma laranja, que está mais estragada do que essa vermelha aqui, do último nível que eu falei. Então, fica... Esse mapa ficou pronto e depois foram fazer a visita. A minha casa foi pintada de amarelo, e nunca foram lá!

*(Soa a campainha.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Geraldo, esse alerta também foi feito, porque o seu voo tem hora marcada. E o pessoal aqui já lembrou. Então, faça aquele arremate. Você está indo muito bem.

Inclusive, esse material será fruto de trabalho nosso aqui também, pode ter certeza.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Operacionalização dos cadastros.

As vistorias técnicas. Aí eu falo mais das questões operacionais propriamente ditas, prazos de atendimento.

Eu fiz o cálculo: um cadastrador da Defesa Civil, senhores, faz dois cadastros por dia. Ele gasta 3 horas e 26 minutos, na mão. Aí, isso vai para a prefeitura, a prefeitura prepara uma planilha, manda para o banco. Resultado: terceiro lote, mais de 50% de inconsistência de dados, e as pessoas não receberam. Aquelas mesmas pessoas que estão sofrendo todo aquele dano emocional vão ao Banco do Brasil; quando chegam na boca do caixa, dizem que não tem recurso para elas. Por quê? Porque houve uma inconsistência de dados.

Definição e publicação diária de um cronograma para as vistorias. Nós queremos acompanhar isso. Quem é que vai fazer a vistoria? Quando vai fazer essa vistoria? Na casa de quem? No outro dia: fez a vistoria de fulano ou beltrano? Para a gente poder acompanhar, senão os índices operacionais a gente não acompanha. Acontece isto: 2,3 cadastros por dia.

Cadastro das vulnerabilidades sociais: definição do prazo de entrega e publicação diária de um cronograma para a realização dos cadastros das vulnerabilidades sociais – embora isso já esteja sendo concluído. Foi solicitado em junho de 2018. Estão concluindo agora.

Publicação dos resultados estatísticos do cadastro das vulnerabilidades sociais.

Sobre o censo demográfico: definição do cronograma. Porque aí é o IBGE. O IBGE tem uma *expertise*...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – A Dra. Roberta chegou a se posicionar sobre isto: já houve uma negativa do IBGE, uma questão técnica. A Dra. Roberta falou aqui. E buscou-se uma outra alternativa também.

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Exatamente, pedindo a Defesa Nacional para que fizesse esse papel. Mas ela já identificou que o IBGE... Não sei se é porque normalmente ele faz concursos provisórios por um período... É uma questão técnica.

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Questão de metodologia.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Há a parte da questão da redução de tributos. Aqui é importante salientar: a prefeitura passou esse tempo todo para começar a trabalhar. E, agora, na hora de fazer o IPTU, querem fazer isenção do IPTU somente no polígono de risco. Vai causar outro bolsão de problema lá dentro do bairro. Aí vai ter gente batendo panela na rua. E a gente não vai poder segurar. Não é justo que isso aconteça.

**A SRA. SANDRA NUNES LEITE** (*Fora do microfone.*) – Inclusive, os carnês já chegaram, e com aumento, os da área laranja. Já chegaram e com aumento absurdo os carnês do IPTU.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Sinceramente, é uma irresponsabilidade.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Sobre isso aí o representante da prefeitura que está aqui... Porque as informações que eu tenho desse aspecto são de que é algo que já foi, pelo menos, internalizado e que seria, de fato, suspenso.

Geralmente a emissão dos boletos é feita com bastante antecedência.

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Só a área vermelha? Então, há importância justamente nessa nova delimitação, não é?

Eu aqui vou interromper rapidinho para agradecer a presença do Maurício, porque ele tem um compromisso agora, pelo horário. O Maurício tem um voo. É o compromisso o voo. Agradeço a sua presença, que foi muito importante. Não sei se você é o único.

Tereza, você estava aqui na manutenção, ele é o único que tem que sair agora?

Já são sete...

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Não, tudo bem. Vai ser dada a palavra a ele. Só quero que haja um ajuste. Geraldo, finalize...

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Há a questão do plano de contingência de que nós não participamos, a sociedade não participou. Ora, quando participo de um plano, eu me sinto corresponsável por ele. Então, a situação de um plano de contingência trabalhado com a sociedade é uma coisa e não trabalhado com a sociedade é outra.

E há a questão do seguro residencial também que já foi ventilado aqui no assunto, mas realmente mais com a questão do Banco do Brasil; a Caixa Econômica tem sido uma parceira e tanto.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Pelo material deu para perceber. De fato, você se aprofundou sobre o assunto, conversou com todas as possibilidades possíveis de atuação em defesa das pessoas. Então, é esse também o nosso objetivo. Por isso, o muito que foi demonstrado aqui, o que foi dito aqui durante todos os dias, sintetizado ali, será uma grande fonte de direcionamento, sem dúvida nenhuma.

Geraldo, muito obrigado...

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Eu que agradeço.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – ... não apenas por hoje, mas pelo que você fez ao chamar a atenção também de maneira ordeira, necessária, emocionante em vários momentos, mas humana. Então, a sua representatividade hoje no bairro é nítida. Você se torna realmente alguém que busca não um benefício pessoal... Também não é nem buscar o culpado. Não é esse o objetivo agora. O objetivo agora é salvar vidas. Todos nós estamos com esse mesmo objetivo.

Como eu falei aqui, é fácil dizer: "Vamos sair. Vamos sair". Mas, às vezes, é necessário. E o como tem que ser exigido logo em sequência. Então, essa preocupação também é interessante.

Sendo assim, Joelinton, você participou aqui em vários momentos. Agradeço também a sua busca direta comigo. Veio atrás de informações – a tecnologia aproxima. Fique à vontade para mandar um recado, uma pergunta, um direcionamento neste momento.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – Eu gostaria só de agradecer, em nome dos moradores do Pinheiro, Senador, ao senhor.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Não é necessário.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** – São 21 mil habitantes.

Muito obrigado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Cada um fazendo a sua parte.

Obrigado. *(Palmas.)*

**O SR. JOELINTON BARBOSA GÓIS** – Boa noite a todos. Vou ser bem breve, já que está todo mundo com seus horários.

Infelizmente nós continuamos a passar por essa situação. Fato esse... Todo mundo já sabe que, no dia 15 de fevereiro, nós começamos a passar... Toda essa experiência para a gente vem agregando no nosso crescimento e vem agregando também no nosso conhecimento.

Falar, às vezes, que A ou B não fez a sua parte é muito fácil. Apontar uma determinada estrutura, apontar uma determinada pessoa é muito fácil. O que eu costumo dizer é que é muito mais difícil fazer se você não estiver preparado, se você não tiver estrutura completa, se você não estiver preparado para o que está acontecendo hoje no nosso bairro.

No dia 15, aparecerem as rachaduras, a gente simplesmente foi para a rua, olhou para um lado e para o outro, não sabia o que fazer, não sabia com quem falar. A Defesa Civil, por sua vez, nunca tinha passado por uma situação dessas. Então, assim como a gente teve que aprender a saber o que fazer, eles também tiveram que aprender. E, a meu ver, estão fazendo.

No dia 3, quando houve o tremor, houve uma propagação muito grande das pessoas que acabaram sendo envolvidas em todo o processo. E isso, sim, fez com que muita gente começasse a ver que o problema já não era mais de uma ou duas casas ou de um prédio, que não era de três casas ou de quatro ruas, mas o problema era geral e era um problema que tinha evoluído para o bairro. Isso aconteceu e vem acontecendo gradativamente.

No dia 12 de março, quando nós participamos da primeira audiência pública, eu fui bem transparente com todos os que estavam presentes, porque infelizmente nem todos os Vereadores... Assim como hoje, muita gente foi embora e também não aguardou para ver a população, pelos seus mais diversos motivos. Eu fui bem claro quando eu falei que, enquanto as autoridades, as empresas envolvidas ou as pessoas que estavam envolvidas na situação estivessem preocupadas em simplesmente se defender, eu alertei que a população estava preocupada porque não tinha o que fazer, eu alertei que o caos social iria existir não só porque a gente estava perdendo os imóveis, estava perdendo as economias e estava perdendo a perspectiva de uma herança que você iria deixar para seus filhos... Nós simplesmente não sabíamos o que fazer, nem a quem recorrer, porque ninguém queria se envolver com esse problema que era de quatro ruas. Nós pedimos para todos se envolverem. A própria população...

Eu presenciei, nos dias 16, 17 e 18 de junho, quando a CPRM foi fazer a vistoria para ver se havia casa rachada: as pessoas batiam a porta na cara deles, diziam que não havia rachadura, não, que não iam desvalorizar o imóvel, não.

Então, nós aprendemos a conviver, a esperar um ano pela ajuda humanitária. Nós aprendemos a ouvir, a colaborar e a entender as pessoas nas suas limitações. Nós passamos por um motivo de política, nós sabemos que houve uma eleição. Nós passamos pelas mais diversas situações e de criação do estado de emergência. Então, hoje, um ano depois, a gente continua sem saber ainda o que fazer.

Mas uma coisa muito me preocupa: um ano depois – com a fala do Dr. Thales, a quem eu respeito bastante –, dizer que, com 30mm de chuva, é para as pessoas saírem de casa significa que, em um ano, um problema que era de quatro ruas passou a ser problema de uma população. Hoje é no bairro do Pinheiro que nós estamos sentindo, mas aquele quadro verde lá vem avançando. E qual a garantia que nós vamos ter? Qual a garantia que nós temos de que somente será o bairro do Pinheiro se a gente não sabe a causa e se o processo de evolução é constante e devastador pela sua velocidade?

Mais uma vez, eu ressalto que, enquanto os Poderes Públicos não decidirem unir forças, enquanto os governantes não decidirem unir forças e trabalhar todo mundo em uma situação só, em um propósito só, nós vamos continuar participando de estudos e de reuniões, e a população vai continuar sofrendo, porque cada um está preocupado em defender a sua bandeira.

Será que, um ano depois, depois de tanto problema, não dá para a gente se unir e realmente trabalhar em conjunto, seja Vereador, seja Deputado, seja Senador, seja Presidente? Nós não estamos falando mais do meu problema. Nós estamos falando do problema de todo mundo. Nós estamos falando do problema de uma cidade e de um Estado, porque, se metade da cidade, que é a capital do Estado, precisar ser evacuada, como fica a situação do Estado? O Estado não vai ter nenhum tipo de problema social e econômico?

Eu tive reunião com o Prefeito e não tive problema para ser atendido. Eu tive reunião com o Governador e também não tive problema para ser atendido. Mas a população não é representada por uma pessoa só. A população é representada por ela mesma e por quem tem interesse. A população também precisa aprender a se interessar pelo seu próprio problema...

*(Soa a campainha.)*

**O SR. JOELINTON BARBOSA GÓIS** – ... e não esperar uma mensagem do WhatsApp, seja minha, seja de A, seja de B. As pessoas também precisam conhecer os problemas para saber onde ir atrás e cobrar de forma correta. A forma correta é com respeito. Saber o que está fazendo é que vai dignificar tantos os políticos, tanto os governantes como nós mesmos.

Então, hoje e em todos os momentos mais difíceis que nós tivemos, a Defesa Civil municipal esteve ao nosso lado, a Defesa Civil esteve no bairro. A Defesa Civil estadual entrou recentemente, mas está lá para ajudar. Mas a gente tem que fazer a nossa parte, a gente tem que cobrar deles o que eles realmente têm que fazer. Senão, a gente está arrumando trabalho para eles fazerem sem necessidade, porque, enquanto a gente está ligando para fazer uma vistoria que não precisa, há outra pessoa que está desesperada precisando de uma vistoria, e o cara está ocupado. Então, primeiro, eu preciso fazer a minha parte para depois cobrar que os outros façam as suas.

O Thales e a equipe dele merecem, sim, respeito, porque ele foi... Eu nunca vi uma pessoa do porte da empresa dele, do nível de cargo e de conhecimento dele ir a um bairro para atender à população, um a um, para dar uma satisfação. Então, um cara desses não pode deixar de ser respeitado, sem falar no conhecimento e no profissionalismo dele.

Eu não vou atrapalhar mais para ninguém perder os voos, mas eu peço, por favor...

Eu fiz um pequeno levantamento. Por exemplo, a gente sabe que o Pinheiro hoje tem em torno de 20 mil a 21 mil de população. Isso aí no Censo de 2008. A cidade em si pega metade do bairro. Então, eu fiz uma comparação entre população de homens e mulheres, mas, como foi bem dito aqui, nós temos as empresas e consequentemente nós temos as famílias e continuamos a ter homem e mulher. O Farol e o Pinheiro são bairros interligados. Hoje é o Pinheiro. Se for o Farol também, nós dobramos a população praticamente.

A minha casa, até o dia 14, era assim. No dia 15 – é uma foto antiga –, ela ficou rachada. Hoje quem chegar perto... Muita gente não tem coragem nem de entrar nela, porque não vai saber se sai, principalmente se estiver chovendo.

Como é que eu posso questionar se as pessoas que estiveram presentes na nossa história não se preocuparam?

*(Soa a campainha.)*

**O SR. JOELINTON BARBOSA GÓIS** – Se vocês olharem, os três estão aqui conversando. O Dinário está ali atrás, mas não está conversando, não está no WhatsApp. Eu tenho certeza de que ali estão passando mil e uma coisas na cabeça dele, como vai resolver um problema desses.

O primeiro é o bloco 8. A rosa é a casa tão falada, tão famosa. Embaixo também está a casa rosa. Esse muro é o meu. Esse rachão foi no primeiro dia. Hoje está maior.

A primeira foto era da sala de brinquedos de minha filha. Hoje só há buraco. E as tomadas fizeram o favor de levar, nem as tomadas há mais. Esse banco que está aí era... Onde ela está sentada, no banco, hoje é essa parede que está ali. Então, para você que é pai ver uma vida estruturada passar por uma situação dessas e nego ainda vir querer fazer disso aqui uma promoção... Desculpem-me, mas eu não aceito, porque aqui a gente está brincando não com o fato de você se promover;

a gente está brincando é com as nossas vidas. E eu trabalhei muito para chegar aonde eu cheguei e hoje não ter nada, porque simplesmente foi embora...

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Joelinton, só interrompendo aqui, conta um pouco da sua história. Você saiu quando de lá?

**O SR. JOELINTON BARBOSA GÓIS** – Dia 15 de fevereiro de 2018. Foi a primeira casa a rachar. Fui eu que liguei primeiro.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Foi a primeira casa, 15 de fevereiro de 2018. Hoje você recebe o auxílio?

**O SR. JOELINTON BARBOSA GÓIS** – Recebi quando todo mundo começou a receber. Recebi a segunda parcela.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – E você saiu baseado no laudo dado por alguém? Alguém disse para você sair ou foi você que...

**O SR. JOELINTON BARBOSA GÓIS** – Foi dada a opção: "Se você quiser ficar, você pode ficar, mas é notório que sua casa está totalmente afetada e corre risco de desabar."

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Isso aí foi colocado por escrito?

**O SR. JOELINTON BARBOSA GÓIS** – "Uma outra opção que existe é colocar estaca." Está bom, mas como é que eu vou colocar estaca se é o solo que está com problema? A gente ainda não sabe o que aconteceu. E eu entendo, realmente era muito novo.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Naquele momento.

**O SR. JOELINTON BARBOSA GÓIS** – Tanto é que o bloco dele colocou estaca, e, no dia 3, eles tiveram que tirar a estaca porque estavam só pagando diária.

Num belo dia de sábado, aqui nesta rua, havia sete caminhões. É de partir o coração você passar por um bairro em que todo mundo gostava de viver, numa cidade relativamente grande, mas com clima de interior, e só em uma rua você ver sete mudanças saindo, sete famílias, sete destinos sendo modificados. Então, você só consegue perceber se você estiver vivendo o momento. Eu, apesar de já estar tão calejado com isso aqui, não vou mentir, não vou omitir para vocês, não. Quando vi isso aqui, eu chorei, porque é dramático você ver as pessoas numa situação dessas.

Isso foi no dia 28 de janeiro. Estava chovendo. Mas como eu posso reclamar da equipe do Dinário se, mesmo na chuva, os caras estavam lá para dar apoio para a gente? Eu estou falando aqui do Dinário, estou falando do Moisés e estou falando da CPRM, porque eu digo uma coisa para vocês.

Se não fosse o trabalho que Dinário fez e se não fosse a competência do Thales junto com o pessoal da CPRM, sim, vocês podem ter certeza de que, hoje, nós estaríamos com um problema muito maior, porque quem fez alguma coisa até hoje foram eles, e cada um está desenvolvendo um trabalho diferente.

E, aqui, fala-se do apoio. Isso só se resolve, pessoal, com trabalho em equipe. Isso só se resolve se nós deixarmos a vaidade de lado. Eu briguei feio com o Geraldo, mas ele faz ações boas. Eu o respeito, eu nunca o desrespeitei. E por que a gente, por que o Poder Público não se une e deixa a vaidade de lado? *(Palmas.)*

Não me interessa se é Braskem. Não cabe a mim julgar, porque eu não sou preparado para isso. Mas, hoje, em todas as reuniões eles estão presentes. E por que, como foi dito aqui, o IMA não está presente? Por que outras pessoas, como foi dito aqui, não estão presentes? É porque ninguém entendeu...

*(Soa a campainha.)*

**O SR. JOELINTON BARBOSA GÓIS** – ... que essas são vidas que estão aí largadas. Ninguém entendeu que estas aqui são famílias, que esses são sonhos que foram destruídos. Digo "ninguém" entre aspas; quem está aqui eu retiro.

Então, isto aqui para mim, hoje, é um desafio: fazer com que nós todos nos unamos em prol de recuperar o bairro ou até mesmo de arrumar um destino para essas pessoas. Até então, eram duas mil pessoas; agora, podem ser 20 mil, 21 mil pessoas. Entrando no Mutange, vai passar para 30 mil, 35 mil, 40 mil pessoas. E, aí, eu pergunto para vocês: qual cidade do País ou, talvez, do mundo está preparada para, do dia para a noite, virar a chave e arrumar 40 mil casas? Eu acho que ninguém está preparado para isso, nenhum Governo. Ou, se estiver preparado, vai pegar gente que tinha uma vida, que tinha uma história aqui – não estou desprezando ninguém – e vai mandar para Pilar. Não é assim! Não é assim! A gente

tem história, a gente tem respeito. Nós somos pessoas, não somos gados que se botam num caminhãozinho e se levam para onde querem. Se quer fazer, faça, mas, primeiro, me mostre que você fez a sua parte! Se fizer a sua parte, eu até posso ficar calado, mas, sem fazer nada, simplesmente dizendo "ah, foi o que aceitei", não, assim não, assim também não serve, não!

Pessoal, muito obrigado, mas essa história é nossa. Essa é a história que nós vivemos, e cada um tem a sua; isso é particular. Eu não posso dizer que a história do meu vizinho, que a história da vizinha é igual à minha. A história do Maurício não é igual à minha, porque eu sei o que eu passei para fazer e eu sei o que estou passando. De uma coisa eu tenho certeza: hoje, para mim, é mais fácil entender, é mais fácil conseguir sobreviver com isso do que para as pessoas que estão saindo de casa hoje. Eu tenho amigos que estão saindo de casa, mas eu sei a história desse processo, eu estive em todos os momentos e nós órgãos a que fomos convidados, mas – desculpem-me – eu não tenho tempo, nem ele tem tempo, para bater...

*(Soa a campainha.)*

**O SR. JOELINTON BARBOSA GÓIS** – ... de porta em porta, pedindo: "Deixa eu participar?". Eu acho que tem que ser um conjunto. Assim como eu tenho que pedir, as pessoas também têm que colaborar.

Obrigado, Rodrigo. Você nos deu oportunidade de participar, e isso é importante. Eu ainda queria sugerir: ao invés de todo mundo sair para deixar a população por último, por que não todo mundo ouvir a população no início para depois, sim, cada um começar a falar? Muita gente que estava aqui – respeito mais uma vez as ausências; cada um tem seus motivos – não vai baixar o vídeo para ouvir o que nós estamos conversando aqui. O que ele falou foi em vão; o que Maurício falou foi em vão; o que Geraldo falou foi em vão; o que eu falei foi em vão, porque ninguém estava aqui para ouvir.

Então, obrigado mais uma vez. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem, Joelinton! É importantíssima a sua fala. A sua presença aqui faz total sentido para esta audiência. Garanto-lhe o seguinte: o objetivo aqui é colher informações. Então, a gente vai colher informações de vocês. Esse sentimento, todos esses fatos, essas fontes estavam lá, eles já sentem... É lógico que vão receber todo o material aqui, mas o objetivo, como eu falei, foi traçar aqui uma linha de trabalho para que a gente possa fazer com que essa situação ganhe cada vez mais a importância que tem que ser dada. O que está acontecendo? O que fazer? Se vai sair, vai para onde e como? Depois, qual a origem disso? Então, esse é o tripé, isso foi necessário. E, mesmo assim, olhem o avançar da hora. Estamos aqui, acredito, há quase dez horas reunidos.

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Fora do microfone*.) – Sr. Presidente, eu vou precisar sair, senão vou perder o voo.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Tudo bem!

**O SR. GERALDO VASCONCELOS DE CASTRO JÚNIOR** (*Fora do microfone*.) – Muito obrigado pela atenção.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Tudo bem! Então, quero agradecer aos senhores.

O objetivo final, podem ter certeza, será... Há um fechamento. A palavra dita por V. Exa. aqui também, pelo formalismo, é o que dá significado ao bom senso. Você disse: "Olha, eu conversei com todos, estive sempre presente e acompanhei a evolução disso". Então, as pessoas estão sendo surpreendidas agora, e, de fato, às vezes, isso se dá por uma mensagem do WhatsApp, que diz: "Olha, agora chegou a sua vez!". E o outro diz: "E a minha vez quando é? Estou azul, amarelo, branco, laranja? O que vai acontecer com minha família?". Nem é só ele. Você mostrou a foto aqui. Acho que é sua filha, não é? Então, não há nada mais sensível do que isso.

Então, é importantíssima demais a sua fala!

Obrigado pela presença.

**O SR. JOELINTON BARBOSA GÓIS** – Deixe-me só... Ao invés de lhe fazer uma pergunta, eu vou lhe dar uma resposta. Hoje, eu não volto para o bairro porque tudo indica que a casa realmente não sirva para eu voltar. Não só a casa como o terreno estão comprometidos. Então, nem para construir, hoje, provavelmente o terreno sirva. Mas a gente é obrigado a aceitar isso.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Muito bem.

**O SR. JOELINTON BARBOSA GÓIS** – Faço só uma ressalva – eu já falei, mas volto a falar: foi frustrante perder a casa, mas foi mais frustrante ainda ninguém me dizer quem é o responsável.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Mas a história não acabou ainda, não. Temos muitos capítulos ainda.

Passo a palavra agora ao Presidente da Comissão Especial de Inquérito, Vereador Francisco Sales, que também já fez uma atividade, uma audiência pública. Na verdade, acho que foi uma reunião. Já teve alguns desdobramentos a instalação dessa Comissão importante.

Eu sei que o Vereador é a primeira porta política em que a população bate. V. Exa. também mora na região e é cobrado diariamente, se vai à padaria, se vai à farmácia. Espero que ainda esteja frequentando a mesma padaria e a mesma farmácia, porque não sei se ainda estão abertas. Mas V. Exa. tem legitimidade total para falar aqui pelos Vereadores também.

Então, eu gostaria de ouvir de V. Exa. como está sendo o dia a dia da comunidade e as atitudes feitas também por essa Comissão Especial.

**O SR. FRANCISCO SALES** – De início, eu gostaria de parabenizar V. Exa. por essa iniciativa.

Acredito que a nossa cidade, o bairro de Pinheiro, assim como os bairros de Bebedouro e Mutange, realmente, ganham muito com esse dia de hoje.

Estamos, há quase dez horas, neste trabalho. Eu gostaria de parabenizar todas as autoridades aqui presentes pelo comprometimento de estarem há quase dez horas em uma audiência pública.

Assim também, eu gostaria de parabenizar a sociedade civil, pelo quanto que chegaram aqui organizados o Geraldo, o Joelinton, o Maurício. Eles chegaram aqui organizados, planejando-se, para poderem expor tudo aquilo por que eles estão passando.

Então, eu gostaria muito de parabenizar esses moradores, Senador Rodrigo Cunha, que, há quase um ano, ou melhor, há mais de um ano, Deputada Tereza Nelma – a gente os acompanhou desde o início –, estão nesse sofrimento.

De início, como o Joelinton falou, Vereador Chico Filho, os próprios moradores não queriam abrir suas casas. Até hoje, Deputada Jó, ainda há moradores que querem esconder as rachaduras das suas casas e as fissuras. É triste!

Há 15 dias, fiz um trabalho com os guerreiros da Defesa Civil municipal, Dinário. Eu gostaria de parabenizar toda a Defesa Civil municipal, em seu nome, e aqueles grandes homens da CPRM, como eu gostaria também de parabenizar esses geólogos que estão na nossa cidade, que estão na nossa região, trabalhando sob o sol quente, Senador Rodrigo. Trabalham sob o sol quente! Quando a gente passa, eles estão lá trabalhando, com aquele foco, com aquele comprometimento, para trazer essas respostas, Vereador Chico Filho. Eu não posso deixar realmente de parabenizar esses guerreiros que trabalham, que fazem a CPRM e que vêm em busca dessas respostas.

Escutei atentamente a minha conterrânea falar do nosso querido Colégio Nossa Senhora do Bom Conselho, no qual a gente tem toda uma história, no nosso bairro de Bebedouro. E trago uma triste notícia: ontem, Deputada Tereza Nelma, foi 100% interditado o Colégio de Nossa Senhora do Bom Conselho, no bairro de Bebedouro. É muito triste para a gente, que tem história naquele bairro, que tem história naquele colégio, chegar ao ponto de ver aquele colégio ser interditado e de ver, hoje, aqueles alunos – é um colégio com 142 anos de história – não saberem para onde ir.

Prefeita Pauline, ao lado, há o Hospital Miguel Couto, antigo, que está com 50% também da sua estrutura física completamente danificados.

Os problemas, infelizmente, já não estão somente no bairro de Pinheiro, mas estão também, infelizmente, nos bairros de Bebedouro e Mutange, Senador Rodrigo Cunha. Há ruas em Bebedouro com dezenas de casas apresentando essas rachaduras. É triste! Meu telefone toca dez, vinte, trinta vezes por dia, com as pessoas perguntando a real situação e o que está acontecendo. As pessoas estão ficando doentes, as pessoas estão adoecendo!

Nós tivemos uma reunião, Vereador Chico, na qual o senhor estava presente, junto com o pessoal do Nudec, com o pessoal da Defesa Civil e com o Corpo de Bombeiros, e as pessoas não conseguiam conversar, Procuradora, porque as pessoas choravam. As pessoas não conseguiam conversar com a gente. Eu, que venho acompanhando isso há mais de um ano, quando clamava por respostas, já não consigo mais conversar com as pessoas, porque as pessoas estão doentes, as pessoas estão chorando, as pessoas estão deixando de se comunicar. Isso é muito triste. É realmente muito triste!

As pessoas, com esta audiência de hoje, Senador Rodrigo Cunha, estão em Maceió, no bairro de Pinheiro, com a esperança de que esta audiência pública, no dia de hoje, traga realmente as soluções, traga as respostas, traga os causadores disso tudo. As pessoas clamam por essas respostas.

Nós criamos a CEI, de que o Vereador Chico Filho também faz parte, e vamos investigar isso com a maior responsabilidade possível, com o maior entendimento possível.

Vivemos um momento em que a classe política, infelizmente, a cada dia que passa, vem perdendo mais credibilidade diante das pessoas, diante da sociedade. Isso aí a gente escuta nas filas dos bancos, nas casas lotéricas, nos restaurantes. A cada dia que passa, as pessoas acreditam menos na força política. Mas não podemos perder essa luta. Não podemos deixar realmente que esse pessimismo atrapalhe o nosso trabalho. Em várias reuniões de que participei, Coronel, escutei até de moradores: "Ah, político não resolve nada!". Isso dói, machuca. "Eu não quero conversa com político! Eu não acredito em política. Político já vem aqui para aparecer!" Mas as pessoas também têm que entender que os políticos também são seres humanos; nós somos pais, mães, somos pessoas e temos corações. Eu confesso aos senhores e senhoras que, assim como muitos moradores, também estou cansado. Eu também estou cansado, porque eu sou ser humano. Eu estou cansado! Eu, realmente, não sou de parar naquele primeiro paradigma ou obstáculo que eu enfrento, Senador, mas, de forma preventiva, eu venho, há quase um ano, pedindo que sejam paralisadas as atividades, de forma preventiva, da Braskem em toda a região.

Basta a gente fazer uma pesquisa na comunidade de Bebedouro e de Mutange, que V. Exa. conhece tão bem, como na de Pinheiro, basta fazer uma pesquisa para escutar as pessoas dizerem do péssimo vizinho que a Braskem é: "É barulhento, incomoda." Os moradores, Senador, gostariam de ver a Braskem bem longe das suas residências. A 100m ou 200m da estação, o solo treme, as paredes tremem. Eu peço, há mais de um ano, que essa atividade seja paralisada de forma preventiva. Está aí Bebedouro em uma situação já delicada. De Pinheiro a gente nem pode mais falar! E, em Mutange, mais de 70% das pessoas já moram em área de risco. Enquanto isso, a Braskem continua fazendo sua operação.

Eu gostaria muito, Senador, que a Braskem não tivesse nada a ver com isso, até por sua participação econômica. Nós sabemos que ela é importante para o nosso Estado e para a nossa cidade, sabemos a quantidade de empregos que ela gera. Mas eu costumo dizer o seguinte: se fosse um campo de futebol e se o gramado precisasse ser tratado, jamais poderia haver ali atividades esportivas, seriam interrompidas as atividades esportivas. Se, no nosso Rei Pelé, no nosso Trapichão, o nosso gramado está precisando se recuperar, são interrompidos os jogos, e se vai jogar em outro Estado.

Como é que o solo está danificado, seja a Braskem a causadora disso tudo ou não, e as explorações continuam? São perguntas que eu não consigo até hoje responder. Como é que isso continua? Como é que podem continuar essas operações? As pessoas, os vizinhos estão deixando suas casas, suas famílias, e lutaram por anos e anos para conquistarem as suas residências! Enquanto isso, a empresa continua fazendo sua operação, como se não estivesse acontecendo nada.

São quatro poços, Senador Rodrigo Cunha, 24 horas no ar. Parece que, agora, depois disso tudo, eles estão trabalhando a todo vapor. É um barulho desenfreado. Ser vizinho daquela empresa barulhenta chega a ser terrível! É até desumano ser vizinho de uma empresa daquela! Isso está ficando delicado e, ao mesmo tempo, cada vez mais complicado. Que possamos, nesta audiência pública, provocar todas as autoridades, para que possam agir de forma preventiva! Temos de agir de forma preventiva! Senhores, sei que a assessoria e até os amigos que estão em Maceió não vão gostar do que vou dizer agora: se, depois disso tudo, depois dessas respostas e depois das soluções, Vereador Chico Filho, a ANM, que para mim hoje é uma agência inoperante, e a CPRM, que é uma empresa competente em que eu acredito, disserem que a Braskem pode continuar operando naquela região dos barros de Pinheiro, Bebedouro e Mutange, se, depois de todas essas investigações, isso acontecer, Senador Rodrigo Cunha, eu renuncio ao meu mandato. Eu vou renunciar ao meu mandato, porque vou saber que estou totalmente errado e que não tenho condições de representar aqueles maceioenses. Pode ter certeza absoluta disso. Se, depois de todos esses estudos, a CPRM tiver a coragem, junto com ANM, de dizer que a Braskem vai continuar operando naquela região, explorando, eu, que não tenho apego nenhum, que venho da iniciativa privada e não tenho apego a cargo público, renuncio ao meu mandato de Vereador de Maceió.

Eu gostaria também, aproveitando a presença dos procuradores aqui, Senador Rodrigo Cunha, de fazer uma pergunta.

Eu gostaria que os representantes e diretores da Braskem estivessem neste momento aqui.

*(Soa a campainha.)*

**O SR. FRANCISCO SALES** – Já irei concluir, Presidente.

Eu gostaria que eles estivessem aqui.

Por que foi colocado à venda, ou então foi vendido, o clube dos funcionários da Braskem? Ou foi vendido ou foi colocado à venda agora. Isso é uma denúncia. É uma denúncia deste humilde Vereador. A Braskem é uma empresa que se preocupa muito, senhores e senhoras, mesmo não sendo uma empresa do varejo, com a imagem dela. É uma das empresas, Deputada, que mais investe na mídia de todo o nosso Estado. Ela também se preocupa com o seu funcionário, com o seu colaborador. Por que, neste momento, em que tanto o colaborador precisa descansar, repousar, ela colocou à venda ou vendeu o seu clube? Isso é uma denúncia, e tenho muita responsabilidade no que eu estou dizendo. Que sejam investigadas essas causas!

Este é o momento, Dr. Cleber, em que seus colaboradores precisam descansar. Se não me engano, por R$4 milhões está sendo vendido ou foi vendido o clube da Braskem. Isso é algo que a CEI vai investigar, que o Ministério Público também vai investigar. Por que isso é feito neste momento, em que a sociedade cobra tanto essas respostas?

Então, digo, Presidente Rodrigo Cunha, que não estou aqui para fazer política, mas estou aqui para fazer meu papel como cidadão. Quero dizer que não irei, realmente, ficar parado em hipótese alguma, até porque se está mexendo com toda a minha história. Está-se mexendo com meus bairros, está-se mexendo onde meus amigos e minha família residem. Está-se mexendo com o colégio onde eu tenho toda a minha história. Está-se mexendo com todas as minhas raízes. E aí não vai haver realmente ninguém nesta terra, a não ser Nosso Senhor Jesus Cristo, que peça para eu parar. Eu agradeço aos senhores e às senhoras por este dia tão importante para a nossa cidade.

Muito obrigado! *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Vereador Francisco Sales, é importante deixar claro que V. Exa. tem a convivência com as pessoas no seu dia a dia. Sua origem está nessa região. A cobrança é diária, é horária. As pessoas esperam também uma postura de V. Exa., que agora também está à frente de uma Comissão Especial de Investigação.

Eu quero aqui me colocar também à disposição. Caso V. Exa. tenha alguma dificuldade de acesso a alguma informação, onde quer que seja, reporte isso a mim também. Eu também quero somar forças com o trabalho realizado pela Câmara Municipal de Maceió. Eu quero ser um parceiro nessa sua atividade, como, da mesma forma, aguardo também que qualquer resultado que surja dessa Comissão Especial seja também encaminhado para o conhecimento de todos nós Senadores desta Comissão. É um trabalho importantíssimo. Inclusive, V. Exa. está lá. Estamos aqui em outra esfera, com outro tipo de responsabilidade, mas isso não quer dizer que seja maior do que a sua, de forma alguma.

Por isso, vou me empenhar atentamente. Sei o trabalho sério que você sempre teve, a forma determinada de suas ações. Que isso possa se reverter em resultados concretos!

V. Exa. chega ao ponto de colocar toda a confiança que as pessoas depositaram em V. Exa. em xeque. Eu digo: não vamos por essa linha, porque V. Exa. colabora de várias formas com o Município. V. Exa. disse aqui no início: "Eu não desisto no primeiro entrave." Mas não vamos desistir no segundo, não! Vamos somar forças. Quero dizer que V. Exa. não vai estar sozinho. O meu objetivo aqui é justamente tentar fortalecer, para que outras pessoas desenvolvam seus trabalhos. Aqui é o local para isso. Então, desejo-lhe força, sucesso! V. Exa. não está sozinho nessa Comissão. Há outros Vereadores que dela fazem parte, para que possam conseguir também resultados positivos.

Está aqui também inscrito o Vereador Chico Filho, Vereador por Maceió, que está presente aqui desde o início e que acompanha, com certeza, de perto, essa situação.

Eu queria saber também de V. Exa: depois do que foi demonstrado hoje aqui – V. Exa. teve conhecimento disso –, qual orientação que daria para os moradores de Pinheiro? V. Exa. também é muito querido ali.

**O SR. CHICO FILHO** – Sim.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Então, tem um poder de influência grande, sabe que a pressão é diária. As pessoas cobram postura. E também é importante a fala de V. Exa.

**O SR. CHICO FILHO** – Sr. Senador, parabenizo a participação de todos. Agradeço o convite.

Primeiro, como Relator da Comissão Especial, eu gostaria de solicitar a V. Exa. toda a documentação que foi apresentada no dia de hoje. Que possam ser enviados para a nossa Comissão esses documentos também, para que a gente possa fazer os nossos estudos!

Uma coisa que me deixa preocupado, Senador – este já é o comentário geral na cidade –, é relativa à questão que foi apresentada pelo Dr. Thales. Foi apresentado o novo mapa de feições. Há uma dúvida: o mapa é o mesmo? A área a ser desocupada seria só aquela área vermelha, amarela e laranja que foi colocada? Ou é para ser desocupado todo o bairro Mutange e parte do Bebedouro? Isso não ficou claro. Isso não ficou claro para mim e não ficou claro para a Defesa Civil, para você ver como uma falha de comunicação existe entre a esfera federal, os estudos e a esfera municipal e estadual e continua existindo até hoje. A bomba está na mão do Dinário, que não sabe o que vai fazer. Então, é importante que V. Exa., na condição de Senador, interfira nessa temática, tente encontrar com o pessoal da CPRM. Eu sei que não é sua atribuição, não é a minha, não é a de Jó, não é a de Tereza. Esse deveria ser um compromisso do Estado – Município, Estado e União –, mas, infelizmente, como não há um compromisso por parte desses entes, cabe a nós Parlamentares, que estamos interessados em ajudar a população, assim fazê-lo. Peço a V. Exa. que tente interagir junto à CPRM sobre esse novo mapa de feições, para verificar se é o que eu entendi, se é o que todo mundo em Maceió está entendendo, ou

se permanece restrito à área vermelha, amarela e laranja, e como se dará o pagamento da ajuda humanitária das demais pessoas que não estão nessas áreas. É uma preocupação.

Assim, eu demonstro minha preocupação, porque, se mais de 35 mil pessoas foram deslocadas das suas regiões, de onde moram, de onde trabalham e de onde têm os seus comércios, isso gerará uma crise sem precedentes que quebrará o Município de Maceió. Maceió não está pronta para isso. Maceió é uma cidade pequena, uma capital pobre, que não está pronta para enfrentar essa situação. E aí a gente precisa que o Sr. Prefeito e todos que fazem o Município – e eu me enquadro nisso, como Vereador – possam estar atentos a essa situação.

O que o Vereador Sales colocou e que foi levantado por alguns aqui é uma realidade. Há uma suspeita de que a Braskem pode ser uma das causadoras desses eventos. E aí eu deixo outra pergunta: sendo a Braskem a causadora desses eventos, é possível a paralisação imediata das atividades dessa empresa? Nós temos a extração do sal-gema, mas nós também temos a extração de água para ser jogada nesses poços, que supera a extração de água de todos os poços da cidade de Maceió – digo só dos poços da Braskem. Então, como fica o equilíbrio do nosso solo com a paralisação imediata da Braskem? Essa é a minha preocupação.

Paralisando-se o funcionamento da Braskem, Senador Rodrigo Cunha, 70 empresas da cadeia produtiva do plástico param suas atividades, 20% da economia do Estado se perdem, e nós quebramos o Estado de Alagoas. O Estado de Alagoas, que é um Estado pobre, não tem condições de abrir mão de 20% de sua economia, que sobrevive da cadeia produtiva do plástico.

Aí eu faço uma pergunta, lembrando que é preciso que o Governador e todos que fazem o governo estadual fiquem atentos a esse tipo de situação. Quebrando o Estado de Alagoas, quebra-se o pacto federativo. Isso vai chegar à União, é lógico, porque alguém vai ter que arcar com isso. Quem é que vai arcar? A União. E aí eu chamo a atenção do Sr. Presidente da República, porque esse é um problema que diz respeito também à União.

Ninguém está fazendo essa conta. Nós estamos restritos ao comércio do Pinheiro. E não é só isso. O que o Sr. Alexandre colocou aqui, e o fez com muita propriedade, é apenas a ponta do *iceberg*.

Alexandre, o que vem depois de tudo isso aí que V. Exa. colocou com tanta propriedade, as pessoas ainda não enxergaram. E as pessoas precisam enxergar.

Agora, nem tudo são problemas. Nós temos um Prefeito, um Governador e um Presidente que nós elegemos. E as autoridades que aqui estiveram e, principalmente, o Ministério Público não têm de ficar provocando para que o Poder Público, no âmbito municipal, estadual e federal, possa agir. Nós colocamos eles lá para agirem sem as nossas provocações, para que eles, através de planejamentos, façam o que nós precisamos que eles façam.

Se foi dito aqui pelo Dr. Thales...

*(Soa a campainha.)*

**O SR. CHICO FILHO** – Eu peço só um minuto, por gentileza, Senador Rodrigo Cunha.

Se foi dito aqui pelo Dr. Thales que há a possibilidade de fazer um trabalho de estabilização do terreno, de garantir que as pessoas que lá estejam possam viver em tranquilidade, que os Governos sentem e procurem fazer isso com urgência!

Em Maceió, os bairros de Pinheiro, de Mutange e de Bebedouro não vivem uma situação pior do que, por exemplo, a do Chile ou a do Japão, que estão ao lado de uma placa tectônica, onde, eventualmente, há um terremoto, acaba-se tudo, e, no outro dia, está tudo pronto de novo. As construções conseguem ter hoje amortecedores para absorver o impacto.

Então, que se apresente a possibilidade de a gente trabalhar esse solo, para a gente conter esses problemas, para que a gente continuar vivendo na cidade mais linda do País, que é a minha cidade de Maceió. É preciso que a gente pare e faça um planejamento, que a gente não fique sempre correndo atrás do prejuízo.

O que a Dra. Rosemeire, representante do Ministério Público do Trabalho, colocou aqui é a pura verdade. Sabem o que vai acontecer? O desastre, de que todo mundo fala. E, depois, vai chegar o helicóptero, para o Presidente fazer aquele voo, para, depois, os bombeiros jogarem as pétalas, e palmas.

Por que o Presidente, o Governador e o Prefeito não sentam agora – e já deviam ter sentado –, estabelecem um plano "b" para as situações posteriores ao prazo findado da ajuda humanitária e começam agora a fazer as obras de que o bairro precisa...

*(Soa a campainha.)*

**O SR. CHICO FILHO** – ... como drenagem de água pluvial, saneamento, trabalho do solo? Tudo isso já foi falado há mais de um ano! Tudo isso já foi falado há mais de um ano, Senador.

V. Exa. está de parabéns por ter trazido à baila esta discussão. Porém, o que me preocupa é, primeiro, o que os Governos estão fazendo; segundo, como isso chega para minha cidade.

Esta é a pergunta que todos fazem para mim, no WhatsApp: a minha casa vai ser atingida? Eu não sei. Eu não sei qual é a área! Foi apresentado aqui um mapa muito rápido, de uma meia-lua, e eu não sei onde isso atinge. Chega a Belo Horizonte? A informação que eu tinha era a de que não chegava a Belo Horizonte.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone.*) – Mas chega.

**O SR. CHICO FILHO** – Não sei. A informação que eu tinha era a de que não chegava ao CEPA. Tive a informação hoje, aqui em Brasília, de que o CEPA inteiro estaria com o risco de ser interditado. Para quem está aqui e não sabe o que é o CEPA e para aqueles que nos estão assistindo e não conhecem a cidade de Maceió, digo que o CEPA é o maior centro educacional do Estado de Alagoas; há o maior número de escolas e o maior número de alunos no mesmo centro educacional. E nós não temos onde colocar essas escolas.

*(Intervenção fora do microfone.)*

**O SR. CHICO FILHO** – Eu estou colocando os questionamentos, e V. Exa., se quiser, depois responde.

**O SR. ALEXANDRE SAMPAIO** (*Fora do microfone.*) – Vereador, é muito importante o que o senhor colocou. Todo mundo em Maceió quer saber disso.

**O SR. CHICO FILHO** – Quero só concluir.

Eu não estou levantando falso sobre se o CEPA foi atingido ou não. Não sou eu que estou levantando isso. As pessoas estão me perguntando, e eu não estou sabendo responder.

As pessoas estão me perguntando se a Ladeira do Calmon – o Vereador Francisco Sales mora próximo dela, bem como o Vereador Mauro Guedes Júnior – foi atingida ou não, e eu não sei dizer.

*(Soa a campainha.)*

**O SR. CHICO FILHO** – A gente precisa delimitar essa área. Falar simplesmente – já vi alguns depoimentos de pessoas que estavam aqui orientando nesse sentido – que todos devem evacuar a área não é o caminho. Primeiro, eles não têm para onde ir. Segundo, há gente... Graças a Deus, tenho meu pai, que está fora da área. Mas dez pessoas de uma mesma família que estavam na reunião do Nudec, Vereador Francisco Sales, moram em Bebedouro, na área vermelha, e não têm para onde ir, não têm recursos, não receberam ajuda humanitária. Elas vão para onde?

Então, deixo esses questionamentos, nobre Senador Rodrigo Cunha, e parabenizo V. Exa.

Espero ter contribuído. Tenho o compromisso de sempre buscar ajudar a minha população, ajudar o meu povo. Trabalho lá, tenho amigos lá.

*(Soa a campainha.)*

**O SR. CHICO FILHO** – Tenho amigos que conviveram comigo desde a infância que empreenderam lá e, hoje, Senador, perderam toda a vida deles lá. Hoje, mais de R$10 milhões estão enterrados no bairro de Pinheiro, sem respostas.

Parabenizo V. Exa.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Eu lhe agradeço, Vereador.

Esses relatos também corroboram tudo o que foi dito aqui pelos moradores, pelo Alexandre. É uma situação que nos remete realmente ao momento que estamos vivendo.

Aqui, a apresentação foi feita não para mim; inclusive, V. Exa. me assistiu aqui.

Quanto às conclusões, cada um vai tirar a sua. A conclusão a que eu cheguei aqui é que nós temos uma situação diferente daquela que tínhamos dez dias atrás, diferente da que tínhamos um mês atrás. E o maior exemplo disso é justamente o plano de evacuação. O plano de evacuação foi feito em cima de áreas seguras e hoje já tem que ser redirecionado, porque não é mais a mesma realidade.

O que foi colocado aqui é o seguinte – inclusive, foi um dos pleitos, foi uma solicitação minha aqui: que seja atualizada a demarcação dessa área. Falei aqui por quatro vezes, dizendo que o que está baseado hoje e dá origem a essas cores foi justamente um trabalho dedicado, pessoal, de visualizações dos edifícios, no olho. Nós estamos falando aqui de tecnologia de satélite, que vai a 1,5 mil metros de profundidade.

Então, quanto a esses dados, perguntei: eles existem já? Já existem. O que se está fazendo agora é uma leitura desses dados. Enquanto isso, qual foi a orientação? Quem vive na área vermelha já não pode estar lá. A última postura foi, inclusive, a do Ministério Público na terça-feira, emitindo uma recomendação para que a energia, a água e o gás sejam paralisados. Isso foi feito com base em quê? Nos laudos que já chegaram, no laudo que já foi dito aqui pelo Promotor desde outubro. Em junho, houve um alerta; em outubro, houve outra informação, dizendo que não era mais para ser ocupada essa área, o que se comprova através de fotografias e de gravidades que existem.

Foi dito aqui também pelo representante da CPRM sobre a velocidade que se tem de subsidência, que é justamente o afundamento do solo: é uma velocidade 30 vezes superior àquela que é considerada normal. Perguntei isso aqui, e isso foi dito e relido.

Então, foi colocado que quem está na área amarela e laranja, se chover, deve sair de casa. Isso aí já havia sido colocado uma época atrás, mas com outra magnitude: eram 80mm e, agora, são 30mm. Assim, isso está num passo gradativo.

Aí a minha pergunta é: quem mora lá vai esperar que chegue um aluguel social? Se não houver outro jeito, espera-se. Mas eu disse: se eu conheço alguém que mora nessa área, eu digo "não espere". Então, isso foi o que eu extraí.

Mas como é que isso pode ser corroborado, pode ser exigido, pode ser exequível? É como a Dra. Roberta fez aqui, formalizando. Vamos buscar a federalização? Que seja! Se é o Comitê de Integração, como o chamam aqui, que seja! O Secretário Nacional da Defesa Civil se propõe a fazer esse comitê federal, que já existe hoje. Foi um pedido meu aqui também para que ele leve para a Presidência para inserir não apenas a Federação; os Estados e os Municípios estão querendo também. E não vi aqui barreiras, pelo contrário.

Então, esses encaminhamentos foram colocados aqui. E não se pode dizer quem é culpado, porque o principal objetivo agora não é arrumar culpados, é arrumar soluções. O objetivo agora é fazer com que as pessoas não coloquem em risco a sua vida.

Então, isso é o que foi extraído pelo menos por mim e é o que vai ser internalizado com a equipe, com as pessoas que querem colaborar, para que a gente possa tirar o maior proveito de um dia como este de hoje, que terá vários desdobramentos. Então, essa é a missão que foi dada desde o início. Não é o único desdobramento que haverá, mas é o que teremos hoje.

Eu gostaria de ouvir também o Vereador Cleber, que pediu a palavra.

**O SR. CLEBER COSTA DE OLIVEIRA** – Senador Rodrigo Cunha, eu só gostaria de dizer da minha satisfação de ter vindo aqui. Vim aqui impelido pela curiosidade de saber o que o senhor tinha escondido nas mangas para dar aquela declaração na sexta-feira. Conhecendo o senhor como conheço, eu sabia que existia algo a mais. E vim aqui para tomar conhecimento dessas coisas que foram relatadas aqui.

Vou só pontuar uma. Foram várias, mas vou pontuar uma. Nós observamos que o relatório sobre o sal-gema, até o ano de 2017, falava que não tinha observado absolutamente nada; é um relatório totalmente normal. E o Thales, a partir do ano de 2018, passou a fazer a avaliação de subsidência e observou o quanto vem ocorrendo esse fenômeno no bairro de Pinheiro. Então, houve uma discrepância de informação. Acho que a gente precisa avaliar isso.

Quero salientar a importância da sua participação nesse processo, porque a sua interlocução com o Governo Federal vai ser de extrema importância. Nós, em Maceió, estamos com a Assembleia Legislativa e com a Câmara de Vereadores, mas teríamos certa dificuldade, talvez, com a interlocução no âmbito do Governo Federal. Então, a sua vinda é extremamente importante para facilitar essa interlocução.

Eu gostaria de informar também que nós vamos ter uma audiência pública, que havia sido marcada para a data de hoje, mas, evidentemente, nós a adiamos para a próxima quinta-feira. V. Exa. está convidado para participar.

Eu queria solicitar, se possível, que nos enviasse também todo esse material, para que pudéssemos subsidiar a nossa audiência pública da próxima quinta-feira na Câmara de Vereadores de Maceió.

Agradeço todas as informações que nós tivemos nesta data de hoje, o que foi extremamente importante para todos nós.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Agradeço-lhe, Vereador Cleber. V. Exa. também é uma pessoa muito comedida e coerente, é uma voz a ser ouvida sempre. Pode ter a certeza de que, com um trabalho como o da CEI e com a audiência pública que vai realizada, no que eu puder, vou colaborar; não medirei esforços. O material, assim que possível – inclusive, isto pode ser feito hoje, se for dado o *e-mail* –, será encaminhado. Acho que a transparência, o acesso à informação, a publicidade devem ser considerados ao máximo. Obrigado pela presença de V. Exa. aqui, o que legitima muito a nossa atuação.

Eu gostaria de passar a palavra, para as considerações finais, à Deputada Tereza Nelma, que, desde cedo, está aqui também acompanhando a fala de todos os expositores.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL) – É o compromisso, Sr. Senador, que nós temos com a vida. Eu levanto muito a bandeira da vida.

Essa situação do bairro Pinheiro me preocupa muito, porque iniciei pelo Mutange, por aquela região, pelo Flexal de Baixo, por ali onde a gente vê as coisas acontecerem.

Eu quero dizer para o povo, para a população de Pinheiro, de Mutange e de Bebedouro que vou continuar na luta, junto.

Eu já pedi na Câmara a constituição de uma comissão, que a nossa Bancada do Partido aprovou. Nós estávamos esperando a instalação das comissões. Como eu estou na Comissão da Seguridade Social, Família e Saúde, nós estamos tentando fazer isso por essa Comissão.

Convido V. Exa. para que nós fizéssemos uma comissão mista de Senadores e Deputadas e Deputados Federais. Por quê? Porque o nosso trabalho é diferenciado desse comitê instalado para o trabalho. Nós estamos juntos para fiscalizar, cobrar, estar presentes, fazer reuniões. E nós queremos muito ter a resposta do que aconteceu e como aconteceu. Nós sabemos dos estragos já.

Então, eu quero agradecer a todos.

Eu o parabenizo, Rodrigo, por esta audiência, que foi longa. Nós já realizamos várias audiências longas, mas não como esta. Esta eu acho que está ganhando de todas, mas foi necessária. É gratificante estar aqui.

Quero muito que o povo de Benedito Bentes, ou melhor – desculpem-me! –, do Pinheiro... Eu tenho uma prima que mora lá, tenho uma amiga muito próxima que mora lá. E hoje vou dizer calmamente: organizem-se para sair. Elas moram lá, juntas, não estão na área amarela nem na laranja, mas é bom sair também, até que isso aconteça.

Torço para que a CPRM, no dia 21 de abril – essa foi a data que ela nos deu –, realmente, tenha concluído o seu parecer, o seu diagnóstico, para que a gente tenha a oportunidade, Rodrigo, na Câmara Federal, no Senado, na Assembleia Legislativa e na Câmara de Vereadores, de saber disso antes que haja tantas notícias, para que gente possa chegar ao bairro e conversar com as pessoas.

Agradeço muito esta oportunidade.

Estamos juntos. Vou estar sempre junto, lutando pelo povo de Alagoas e, principalmente, pelos bairros Pinheiro, Bebedouro e Mutange.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Deputada Tereza Nelma, é do conhecimento de todos que V. Exa. também é uma grande lutadora, acompanha todos os desdobramentos desses fatos há muito tempo e é muito demandada pela população. Então, qualquer frente de trabalho que for iniciada, com certeza, contará também com o meu apoio.

Eu gostaria de ouvir também a Deputada Estadual Jó Pereira, que acompanhou a reunião em todos os momentos, que fez suas intervenções sempre produtivas, nas suas considerações finais.

**A SRA. JÓ PEREIRA** – Sr. Senador Rodrigo Cunha, é uma audiência pública de dez horas. É isso? Nós estamos aqui desde as 9h; agora já são por volta de 20h. E nós saímos daqui com uma responsabilidade maior do que aquela com que aqui nós chegamos, principalmente depois de tantos relatos, depois de ouvir o relato de tantas vidas que foram e estão sendo destruídas.

Não há como nós não falarmos, infelizmente, da ausência do Poder Público. Essa é uma constatação triste. Digo isto com o coração magoado: nós somos órfãos de Estado. Somos órfãos de Estado!

Estamos nós aqui, eu, uma Deputada Estadual; a Deputada Tereza Nelma; o senhor, que é um Senador da República. Nós estamos aqui com o Ministério Público Estadual e Federal e com a Defesa Civil estadual, que ainda está aqui, mas não conseguimos direcionamentos no sentido de que amanhã nós teremos uma solução.

Essas pessoas já sofrem, Deputada Tereza Nelma, há mais de um ano. Para nós, a responsabilidade pode estar maior hoje, porque começamos a vivenciar com mais detalhes as causas que foram colocadas aqui e as consequências também. Mas nós precisamos agir.

Não tenho como não falar, Deputada Tereza Nelma e Senador Rodrigo Cunha, de tudo, tudo que foi colocado aqui: o aluguel social, o saneamento básico, a drenagem das águas pluviais, o apoio financeiro às empresas, a isenção. Tudo depende de recurso público. E quem detém o poder de decidir – e aí eu vou para suas perguntas – onde, quando e quanto será investido para resgatar vidas? Quem tem o poder de decidir isso?

Senador Rodrigo Cunha, com a esperança que tenho em V.Exa., que não é pouca, é muita, porque confio no seu trabalho, eu espero que a sua voz seja muito mais ouvida que a voz desses Vereadores, que a voz desta Deputada e de outros que estavam na audiência pública, porque muitos dos compromissos que aqui foram selados hoje já foram selados com a

103/108

Câmara de Vereadores, já foram selados na Assembleia Legislativa do Estado e agora estão sendo selados no Senado da República.

Eu espero que, a partir de agora, eles sejam cumpridos, porque muitos compromissos, como foi o caso do aluguel social, da avaliação dos imóveis, da galeria de águas pluviais... Há aqui uma pergunta que eu não consegui fazer. Havia, no relatório da CPRM, a necessidade de pré-projetos, que ficaram sob a responsabilidade do Poder Público local. Esses pré-projetos nem o Município de Maceió tem condições de fazer, nem o Estado de Alagoas tem condições de fazer. Digo isso porque o senhor, como eu, foi Deputado Estadual em Alagoas e sabe que o Estado de Alagoas contrata, terceiriza projetos.

Então, temos que sair daqui com a certeza de que, só unidos, nós vamos conseguir avançar. Isoladamente, nenhuma das Casas Legislativas vai conseguir avançar. O Ministério Público Federal pode conseguir avançar, sim, mas não na velocidade em que essas pessoas precisam. No meu entendimento, quando o Poder Público age pela provocação do Ministério Público, ele já falhou, porque é mais burocrático.

Então, que saiamos daqui, Senador Rodrigo Cunha, com essa mesa, com esse comitê de interlocução e de articulação já sabendo uma data definida, porque quero participar, com reuniões periódicas, com o chamamento do Poder Executivo municipal, estadual e federal. Se acontecerem as reuniões no Estado de Alagoas, a ausência direta do Presidente da República nós vamos entender, mas a presença dos Executivos municipal e estadual em algumas dessas reuniões tem que se dar na pessoa do Sr. Prefeito e do Sr. Governador do Estado. Eu também digo a V. Exa. que o comando e o destino dos recursos financeiros não estão com nenhum Secretário de Estado, estão com o Governador do Estado; não estão com nenhum Secretário municipal.

Tenho certeza da boa vontade e da disponibilidade do Dinário, e, aqui, hoje, sinto o peso que o Dinário sente todos os dias.

Eu sei, Dinário, que você não faz mais porque não consegue e sei o quão importante foi esta audiência pública de hoje para você mostrar e publicizar até onde você e o Moisés já foram.

*(Soa a campainha.)*

**A SRA. JÓ PEREIRA** – Já alcançaram o limite! E o que tem de ser feito está além do seu alcance.

Então, Senador Rodrigo Cunha, vamos fazer essa interlocução. Se isso tiver que ser feito num ambiente imparcial, para não politizar, vamos fazer as audiências de interlocução da Comissão no Ministério Púbico Federal ou Estadual, ou onde quer que seja mais imparcial. Mas que elas existam! E que a gente já saia daqui com direcionamentos previamente definidos! Essa é a minha esperança. E, ainda, a gente deve buscar junto ao Governo Federal recursos públicos para obras extremamente importantes, como é o caso do saneamento e da drenagem das águas pluviais, para minimizar os efeitos que essas pessoas estão sofrendo no seu dia a dia.

Então, divido isso com V. Exa.

Ainda bem que pessoas como V. Exa., a Deputada Tereza Nelma e os Vereadores aqui estão presentes, para, como políticos, dividirmos conjuntamente essa responsabilidade!

Muito obrigada. *(Palmas.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Parabéns! Parabéns!

Deputada Jó Pereira, eu sabia que V. Exa. também, tendo acesso a essas informações, não ficaria de mãos atadas. Não é uma questão se é no Município A, B ou C; a questão é que são pessoas, onde quer que elas estejam. Então, é isso que deve sempre se sobrepor a qualquer outra situação.

Então, parabéns pelo seu envolvimento e por estar aqui hoje! É extremamente importante a presença de V. Exa.

Está aqui, inclusive para finalizar já a última fala da noite, o Dinário.

Então, por favor, Dinário!

**O SR. DINÁRIO LEMOS** (*Fora do microfone.*) – Vou mudar de lugar, para não fica de costas para ninguém.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Certo, certo! Com sua fala aqui, a gente finaliza bem esses trabalhos. Depois, vou só dar um arremate final. Mas foi um nome muito citado, já em alguns momentos.

*(Intervenção fora do microfone.)*

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Posteriormente, o Moisés falará também.

Por favor, liberem o microfone com fio aqui na mesa. Pessoal do áudio, libere aqui o microfone com fio. *(Pausa.)*

**O SR. DINÁRIO LEMOS** – Vou esclarecer um fato que é muito importante e que foi citado muito aqui. Primeiro, vamos falar sobre o cadastro.

Nós estávamos ali fazendo uma estratégia entre a Dra. Roberta, o Coronel Moisés e a Carla, que é da Secretaria de Assistência. Como já foi dito aqui, ele afirmou que a área laranja e amarela está garantida. A gente estava com tudo pronto para, na segunda-feira, já começar pela área laranja. Só estávamos precisando desse... Mas ele já disse isso aqui. Eu não tenho o empenho, mas não tenho dúvida, porque a minha preocupação era eu fazer e depois ser dito: "Você fez, mas não vai receber." Então, isso aí é uma coisa que, na segunda-feira, já começa.

Com relação à drenagem que foi falada aí e à água de superfície, lembro que eu tive uma reunião com a empresa que foi contratada pela Braskem. Eu juntei, na Secretaria, o Gustavo, que todo mundo aqui conhece, que é o responsável hoje pelos projetos. Há um projeto da macrodrenagem da Miguel Palmeira e do Divaldo Suruagy em que essa água vai para o Vale do Reginaldo. Então, no projeto de macrodrenagem, juntamos a Casal. O projeto já esteve pronto; inclusive, é preciso até que a CPRM diga se pode mexer ou se não pode mexer. Há a questão da drenagem. Então, esse grupo está conversando já. Juntamos todos, e eles estão conversando sobre o que se pode fazer agora para que possam avançar nesse sentido aí.

A terceira coisa era com relação... Sim, eu pedi lá, se não me engano, em dezembro ou em janeiro, um comitê institucional. Por quê? O que a gente vê depois? Não é só tirar as pessoas!

O Divaldo Suruagy e o Jardim Acácia são apartamentos de 60m2, apartamentos antigos, já não há mais, não voltam mais. São apartamentos muito danificados. O Jardim Acácia são quinhentos e poucos apartamentos, e o Divaldo Suruagy são trezentos e pouco. Isso dá novecentos e poucos apartamentos. Eu acho que cabe o Governo fazer um empreendimento desse; 2 mil, 3 mil apartamentos de 60m2 com estrutura. Mas quem vai cuidar disso? Quem vai cuidar disso? Quem vai estar aqui articulando? Agora, há recurso para isso? Já há um terreno, ou não há? Quem está cuidando disso? Porque eu não posso cuidar disso. Não é que eu não possa. É porque... Esta semana eu pedi para o meu pessoal se encontrar comigo às 8h da noite para eu poder vir para cá, porque eu não consegui trabalhar nem segunda nem terça devido a reuniões.

Então, o pós disso: você imagina, Deputada, se uma pessoa do Divaldo Suruagy, que ganhou aquele apartamento, que já está aposentada, recebe uma indenização de um apartamento. Vale quanto? O que vai fazer com R$100 mil? Não compra nem um barraco.

Então, esse grupo... Em paralelo às ações de tirar as pessoas, de recolocar, do serviço de meteorologia – nós estamos recebendo da CPRM uma sala; a gente vai ter a própria sala de monitoramento dentro da Defesa Civil. Nós estamos nos mudando. Já assinaram contrato. Mandaram foto para mim da casa, que já está em pintura, já está em reforma. Então, tem que ter um grupo, que eu pedi à Defesa Civil que montasse.

**A SRA. TEREZA NELMA** (PSDB - AL. *Fora do microfone.*) – Não vai ser no Exército? Vai ser numa casa?

**O SR. DINÁRIO LEMOS** – Vai ser numa casa.

**O SR. ALEXANDRE SAMPAIO** – No Pinheiro?

**O SR. DINÁRIO LEMOS** – No Pinheiro, atrás da Morada das Aves. Não há aquela caixa d'água? É embaixo daquela caixa d'água.

Enfim, há políticas públicas no País que não tratam da classe média. O que são as políticas públicas deste País? É dar grota. Dá ao cara lá 200 contos, e o cara lá que se inscreva. Aí o cara lá não sai. O tratamento da encosta é uma coisa séria, porque as pessoas não têm documento. Ali há gente que tem não sei quantos barracos. Eu só vejo uma forma ali – eu estava dizendo ao coronel: é uma indenização daqueles barracos, ou paga o aluguel daquele povo para esperar uma habitação nova, porque aquilo ali tem que tirar e tem que derrubar, porque, senão, ele vai receber o dinheiro e vai ficar. O cara está dentro do comércio, tem o trem na frente, o campo do CSA na porta, um sururu lá, tem o centro, tem o farol. É muito difícil aquele povo do Mutange. É difícil, porque são construções irregulares. Você chega assim... O cara casa uma filha, ele cava e faz a puxadinha. Aí começa a sacudir água no vizinho. Então, é uma coisa irregular. Você não tem como fazer uma obra de engenharia ali. Então, aquele público da encosta, de que às vezes eu falo, da Gruta do Padre até o Bebedouro, é um público diferenciado, que tem que ser tratado. Quem vai tratar desse grupo? Tem que ser um comitê. Quando eu receber, é para ação.

Agora, eu vim aqui a Brasília, Deputada Jo. Você sabe o que é vir para cá? Até para pedir passagem é difícil. As pessoas dizem: "Oxente, não tem orçamento, não! Vai pedir a uma secretaria. Vai pedir ao gabinete". Todas as vezes que eu venho... Às vezes eu venho sem diária, entendeu? É isso que eu digo.

E tem que haver um grupo de trabalho para as ações complementares. Lá eu tenho que estar focado. Hoje eu recebi a notícia – eu estava acompanhando – de que, em Maribondo, deu uma chuvada agora de tarde que quase arranca o teto

do posto. E Maceió intacta. "Gente, olhe esse negócio aí!". Manda outra mensagem a Defesa Civil do Estado: "Fulano está se acabando de chuva". Eu digo: "Gente, o que está havendo aí que em Maceió não está chovendo? Joana, olhe esse negócio". "Não; tem uma previsãozinha de moderada a fraca". Como é que você vive uma vida desse jeito? Três horas da manhã, eu com duas Caraçuípe na cabeça, já tontinho. Como é que se resolve?

Semana passada, havia um alerta. A Joana começou às 10h: "Tem alerta de chuva. Tem chuva chegando". "Quanto é isso?" – é um valor, mas eles não dizem qual é a quantidade de chuva; dizem que é de moderada a forte. Agora, com 30mm, é a mais fraca que houver. Ora, eu fiquei... Quando foi às 11h, eu disse: "Confirmou?". "Não. Ela desviou". E, se às 10h eu tivesse dito "é para dizer ao povo que saia", como seria? Vão dizer: o Dinário está fazendo besteira, deu o alerta errado. Então, são sequências, Senadores.

Eu estava dizendo aqui que tem que haver um grupo disso. E eu pedi oficialmente à Defesa Civil nacional que montasse esse grupo. Ministério das Cidades, Ministério da Indústria, Ministério da... qualquer um, mas que haja uma pessoa que acompanhe isso, inclusive lá em Alagoas, as reuniões lá, e que a gente possa participar, a bancada, a Defesa Civil do Município, a do Estado, a universidade, os Parlamentares.

**A SRA. TEREZA NELMA** (Bloco/PSDB - AL. *Fora do microfone*.) – A bancada deve participar.

**O SR. DINÁRIO LEMOS** – Acompanhar de perto para saber como é que isso está andando, e se avançou ou não avançou.

O que está acontecendo no Pinheiro? A CPRM, como foi dito aqui, está estudando, e todo mundo esperando um mapa para sair; para eu chegar lá e dizer assim: "é o mapa, vocês têm que sair". Gente, o que é isso? Pelo amor de Deus! Há um fenômeno numa cidade, a cidade está sofrendo, as pessoas estão... Viram aqui o comércio? E o que acontece? Falta de integração, não é? Falta de integração. E eu pedi isso em dezembro à Defesa Civil. Houve dificuldades? Houve, porque eles não estão acostumados a fazer isso.

Então, eu peço encarecidamente a V. Exa. que trabalhe nesse grupo com os ministérios, com gente que tenha condições de tomar decisões, porque, se mandar um técnico que diz "eu vou ver com o ministério", aí não dá. Tem que ser gente que tome decisões. Como são as decisões? Vai ser determinado isso, isso, isso e isso.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL. *Fora do microfone*.) – Publicado no *Diário Oficial*.

**O SR. DINÁRIO LEMOS** – Perfeito.

Era só para esclarecer isso mesmo. Todo mundo está cansado aqui. Era só para esclarecer isso.

Muito obrigado.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Agradeço mais uma vez, Dinário, por sua explanação.

Passo a palavra para o Tenente-Coronel Moisés, até para que, se possível, como foi mencionado aqui que o Cepa poderia estar envolvido – não vi isso em momento nenhum; e a área vermelha, pelo que eu sei, não chega a esse alcance –, V. Sa., pela postura que tem, possa esclarecer esse ponto.

**O SR. MOISÉS MELO** – Perfeitamente.

Gostaria de externar que em momento algum o Cepa foi cogitado como "todo o Cepa está comprometido". Em momento algum isso aconteceu. Nenhum geólogo afirmou isso, não há nada, nenhum relato escrito nessa situação.

Nós temos dois colégios, lá no final do Cepa – o Cepa tem uma extensão enorme –, dois colégios que oferecem fissuras e estão sendo monitorados constantemente pelos engenheiros da própria Secretaria de Educação, como também acompanhados pela Defensoria do Estado. Então, em momento algum o Cepa oferece esse risco à população. Nós temos ali mais de 10 mil alunos, e não podemos gerar esse pânico desnecessariamente. O Cepa não oferece esse risco, e afirmo isso com todas as letras baseado nas informações...

*(Soa a campainha.)*

**O SR. MOISÉS MELO** – ... da própria CPRM.

Nessas considerações finais, Senador, gostaria de agradecer o convite, agradecer as palavras da Deputada Jó Pereira, da Deputada Tereza Nelma e dizer que o Estado de Alagoas está comprometido, ajudando o Município, informando. Nós estamos trabalhando com vidas. Salvar pela prevenção é o maior objetivo de quem faz defesa civil, é o maior objetivo do Governo do Estado, e nós estamos envolvidos nesse projeto. A maior riqueza que nós temos a ser preservada é a nossa vida, por isso trabalhamos todas as hipóteses, não podemos descartar uma hipótese sequer, para que possamos preservar a vida de todo aquele que reside no Bairro do Pinheiro.

Como foi dito aqui pelo Dr. Thales, o Bairro do Pinheiro oferece um risco significativo, e aquelas áreas ali, na prática, com a chegada das chuvas, passam a ser áreas bem mais vulneráveis. Foi dito aqui que, a partir de 30mm, será solicitado que a população saia de suas residências. Então, passou, na prática, a ser uma área vermelha agora nesse período invernoso que está se aproximando – daqui a 60 dias começa a nossa quadra chuvosa.

Então, eu gostaria de agradecer o convite e dizer que nós estamos à disposição. Estamos colocando a Defesa Civil mais uma vez à disposição do Município para que possamos ajudar. No cadastramento, Senador, nós estamos colocando a Defesa Civil. É uma orientação do próprio Governador Renan Filho colocar a Defesa Civil para servir junto com o Município e cadastrar toda a população, no que seja necessário, o mais breve possível.

Nós nos colocamos à disposição do Dinário e de todos que fazem a defesa do Município.

Este é o posicionamento nosso: o Cepa não oferece risco. Há os pontos seguros que já foram trabalhados entre Defesa Civil, Estado e Município, que são os pontos justamente do Cepa, a Casa Vieira, o estacionamento da Hyundai e o ponto de ônibus lá do Terminal do Sanatório; e há aqueles dois pontos que inicialmente também apresentamos, que são os pontos justamente do IMA e da Praça Lucena Maranhão, que iremos estudar novamente, com o Dinário e com o pessoal da CPRM, e vamos definir mais dois pontos, já que essa área do Mutange poderá também ser envolvida nesse desastre, nesse possível desastre – desculpe.

Então, gostaria de agradecer mais uma vez e de colocar-me à disposição para ajudar e servir à Defesa Civil do Município com toda a força que nós temos.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Agradeço ao Tenente-Coronel Moisés pelos esclarecimentos.

Senhores, diante de todas as informações colhidas nessa longa, porém extremamente produtiva, audiência pública de hoje, podemos concluir uma série de encaminhamentos que considero compromissos que devemos, juntos, colocar em efetivação. Aqui eu elenquei três, e todos os senhores terão conhecimento dos desdobramentos de cada um deles.

O primeiro... Aqui foi dito e redito que já houve promessas em outros compromissos, em outros momentos, mas ele foi reforçado hoje, inclusive em voz e vídeo. Eu já fiz questão de perguntar a quem sentou na primeira e na segunda Mesas se concordavam com esse fato, e todos disseram que sim. Pedi pessoalmente para que internalizassem em seus órgãos.

São estes os compromissos: primeiro, a criação de um comitê de integração unificado. Diante da constatação de que a falta de diálogo institucional é um dos gargalos, é totalmente necessária a definição de uma equipe que se dedique especificamente ao Pinheiro. Precisamos viabilizar e definir a melhor metodologia para o funcionamento desse comitê. Então, isso aqui vai ser algo indispensável. Inclusive, repito, foi formalizado, mais uma vez, por um outro órgão: dessa vez, o Ministério Público Federal, que eu tenho certeza de que, no âmbito federal, é uma voz importante.

Estivemos aqui também com a Procuradoria-Geral da República, que esteve presente, mas se sentiu representada também pela Dra. Roberta. Conversamos aqui, e ela ficou de ser também responsável por essa interlocução para dizer o que aconteceu por aqui.

E vamos ficar no pé, com certeza. Na verdade, vamos exigir – não é nem pedir. Vamos exigir!

**A SRA. JÓ PEREIRA** (*Fora do microfone*.) – Para fazer parte desse grupo, eu me coloco à disposição.

**O SR. PRESIDENTE** (Rodrigo Cunha. Bloco Parlamentar PSDB/PODE/PSL/PSDB - AL) – Se possível, todo mundo aqui, sem problema nenhum.

Vamos tentar ser produtivos e absorver o que já existe, porque foi dito aqui – até perguntei para nominar – que existe um comitê integrado no Governo Federal. O Armin Braun mostrou o grupo do "zap" de que eu tinha falado aqui. Ele disse: "Olha, esses aqui fazem parte...". E mencionou aqui: o Ministério da Saúde, o Ministério do Desenvolvimento Regional, o Ministério de Minas e Energia, a Defesa Civil nacional, a direção da central nacional de crises. Então, isso foi bem importante.

O segundo ponto – vamos dizer aqui – é um pacote de medidas de apoio diante da escancarada necessidade de que o Poder Público garanta um amparo à sociedade com medidas, tais como: garantir levantamento do FGTS; linha de crédito especial; garantia de segurança; e a busca de implementar um decreto de calamidade que possibilite uma solução mais célere ao problema. Então, acho que isso resume muito bem algo que, inclusive, já foi tratado com o Ministro Gustavo Canuto, Ministro do Desenvolvimento Regional. O Ministério de Desenvolvimento Regional, hoje, corresponde ao que era antes o Ministério das Cidades e da Integração. Então, é um superministério! E já obtive a atenção dele numa reunião de mais de duas horas de duração, que vai ter um desdobramento.

Por último, e não menos importante, precisamos imediatamente solicitar o apoio do Governo Federal. Nossa Presidência precisa, com certeza, abraçar Alagoas, Maceió e o Pinheiro, tendo em vista a tamanha fragilidade em todas essas situações.

Então, eu acho que, dessa forma, nós estaremos fazendo o nosso papel, que não termina aqui; pelo contrário, começou aqui. Eu falo deste momento, que já é fruto de trabalhos – o que foi apresentado aqui foi fruto de trabalhos de várias outras reuniões. E que a gente possa fazer aquilo que eu disse no início: conversar para que seja extremamente produtivo, porque, se todos aqui continuarem fazendo audiências públicas, reuniões, o trabalho árduo desses senhores aqui, dos representantes de cada órgão se torna muito mais complicado, sempre tendo que dar satisfações, explicações, o que acaba até desvirtuando um pouco, porque as pessoas querem, de fato, sempre um representante à mesa. Se a gente está unificado, a gente não faz um retrabalho. Não se busca um super-herói, um xerife, alguém para chegar ali e encontrar solução. Não é isso! Inclusive eu acho que esse fato deve ser abraçado pela Presidência da República, pelo Governo Federal, e, no âmbito federal, pelo Ministério Público Federal – somando-se ao estadual, com certeza, mas essa representatividade eu acho que é indispensável. E tenho certeza de que não teremos obstáculos, pelo que eu pude sentir e pelo que foi demostrado e falado por todos que aqui estavam.

Sendo assim, senhores e senhoras, quero agradecer muito a todos os expositores, a todos que participaram ativamente desta audiência pública, que teve o grande objetivo de buscar soluções para as pessoas que sofrem no seu dia a dia no nosso querido Estado de Alagoas.

Então, a todos muito obrigado pela presença. E vamos aos fatos! *(Palmas.)*

*(Iniciada às 10 horas e 02 minutos, a reunião é encerrada às 20 horas e 17 minutos.)*