# EXHIBIT 2

**Federal, Labor and State Public Prosecutors' Office mediate an agreement between Braskem and the City Government of Maceió (AL)**

**mpf.mp.br**/al/sala-de-imprensa/noticias-al/ministerios-publicos-federal-do-trabalho-e-estadual-mediam-acordo-entre-braskem-e-prefeitura-de-maceio-al

Citizen and Environmental Rights

April 8, 2019, at 8:15 a.m.

Pinheiro District will undergo emergency drainage works and get monitoring equipment paid for by the company



Public Prosecutors' Offices meeting in which they mediated the execution of a technical cooperation agreement for the Pinheiro district. Attorneys general Raquel Teixeira and Roberta Bomfim represented the Federal Public Prosecutors' Office - MPF.

Acting together, the Federal, Labor and State of Alagoas Public Prosecutors' Offices mediated the execution of a Technical Cooperation Instrument between the City Government of Maceió, the rock salt mining company Braskem and the Regional Council of Engineering and Agronomy of the State of Alagoas last Wednesday (3), focusing on structural measures to be implemented by the company in the Pinheiro District, in the capital city of Alagoas.

The signing of the cooperation instrument proved to be necessary given the struggles the city of Maceió was facing to carry out the interventions deemed essential by the Mineral Resources Research Company (CPRM) - the Geological Survey of Brazil. It is the case of the emergency drainage works and the purchase and installation of monitoring equipment for the Pinheiro district.

The instrument provides for the actions that shall be funded by Braskem - which has expressed its intention to help mitigate the effects of the phenomenon that has been

affecting the Pinheiro district and adjacent areas. The mediation prioritized the adoption of damage prevention measures, the principle of the social role of property and social commitment.

The execution of the instrument does not represent an admission of fault or liability by the company, nor does it imply exemption or advance of any obligation to repair any damage.

Similarly, it does not prevent any in-court and out-of-court measures that may be deemed necessary for the protection of the rights and interests that the Public Prosecutors' Office is responsible for ensuring.

The agreement is immediately effective and aims to prevent even the effects of water brought by the rainy season.

**Mediation -** The Federal, State and Labor Public Prosecutors' Office acted as intervening consenting parties in the agreement, to ensure the protection of people's interest and that the preventive actions indicated by CPRM would be implemented.

For the Federal Public Prosecutors' Office, out-of-court actions seek quick solutions to the urgent needs of the citizens involved, without compromising any future legal actions that may be necessary.

**Actions -** Braskem shall hire qualified and specialized companies to carry out the studies, projects and works indicated in the Work Plan, guaranteeing the annotation of technical responsibility of the qualified professional and the respective payment of costs; shall donate goods and services to the City of Maceió, according to the Work Plan, through a deed of gift; and shall make its best efforts to fulfill the commitments undertaken as soon as possible.

The Federal Council of Engineering and Agronomy (Crea), on the other hand, undertook to optimize the issuance of Annotations of Technical Responsibility (ARTs) and other documents to enable works, as well as to inspect and monitor the execution of services.

The City of Maceió, through the Civil Defense and other bodies, is responsible for supporting works and mediating the contracted engineering company's access to properties, streets, avenues and other places, whenever necessary. It will also be responsible for implementing any requests made by Braskem, in addition to indicating the locations where the equipment to be donated by the company will be installed.

**Understanding the case -** After heavy rains in February 2018 and an earthquake in March 2018, there have appeared cracks on streets and buildings of the Pinheiro district, in Maceió. Craters on the streets and cracks on buildings pose a threat to the people who live in and go through the district.

The Public Prosecutors' Office of the State of Alagoas (MPF/AL) has been monitoring the situation in the affected areas since May 2018. In December, upon receipt of documentation from the MP/AL declining its addressing to the issue, the MPF established a procedure to follow up on matters regarding citizen rights.

Based on the understanding that this is not a matter of environmental damage only, but is also related to citizen rights and public and social assets, the MPF, through the Nucleus of Collective Protection, created a Working Group to monitor the measures adopted by the government aiming at the constitutional protection of citizen rights.

The decline by the MP/AL was based on the possible involvement of Braskem in the rock salt mining, and it contained a technical report from the Geological Survey of Brazil.

**Learn more about the actions of the MPF in the <u>Pinheiro Case</u>.**

Communication Department
Federal Public Prosecutors' Office in Alagoas
(82) 2121-1485/9.9117.4361
pral-ascom@mpf.mp.br
twitter.com/mpf_al

Citizen service in Maceió (AL)
(82) 2121-1400

## AFFIDAVIT - TRANSLATION

I, Ruth Maschke, hereby certify that the included document **04-61. mpf.mp.br-Ministérios Públicos Federal do Trabalho e Estadual mediam acordo entre Braskem e Prefeitura de Maceio** is to the best of my knowledge and belief, a true and accurate translation from Portuguese into English.

Translated by:

Ruth Maschke

São Paulo, June 17th, 2021

Ruth Maschke – CPF 005.194.622-03

# Ministérios Públicos Federal, do Trabalho e Estadual mediam acordo entre Braskem e Prefeitura de Maceió (AL)

**MPF** mpf.mp.br/al/sala-de-imprensa/noticias-al/ministerios-publicos-federal-do-trabalho-e-estadual-mediam-acordo-entre-braskem-e-prefeitura-de-maceio-al

Direitos do Cidadão e Meio Ambiente

8 de Abril de 2019 às 8h15

Bairro do Pinheiro receberá obras emergenciais de drenagem e equipamentos de monitoramento custeados pela empresa



Reunião com participação dos Ministérios Públicos, os quais mediaram assinatura de acordo de cooperação técnica para o bairro do Pinheiro. As procuradoras da República Raquel Teixeira e Roberta Bomfim representaram o MPF.

Atuando em conjunto, os Ministérios Públicos Federal, do Trabalho e do Estado de Alagoas mediaram a celebração de Instrumento de Cooperação Técnica entre a Prefeitura de Maceió, a exploradora de sal-gema Braskem e o Conselho Regional de Engenharia e Agronomia de Alagoas, na última quarta-feira (3), com foco nas medidas estruturais a serem implantadas pela empresa no bairro do Pinheiro, na capital alagoana.

A assinatura do instrumento de cooperação mostrou-se necessária diante da dificuldade do município de Maceió de executar intervenções apontadas pela Companhia de Pesquisa de Recursos Minerais (CPRM) – o Serviço Geológico do Brasil – como essenciais. É o caso da realização de obras de drenagem emergencial e a aquisição e instalação de equipamentos para monitoramento do bairro do Pinheiro.

1/3

O instrumento prevê as ações que serão custeadas pela Braskem – que manifestou a intenção de colaborar – para mitigar os efeitos do fenômeno que afeta o bairro do Pinheiro e áreas adjacentes. A mediação foi baseada na priorização da adoção de medidas preventivas de danos, no princípio da função social da propriedade e no compromisso social.

A celebração do ajuste não importa em reconhecimento de culpa/responsabilidade pela empresa e nem em isenção ou adiantamento de eventual obrigação de reparar danos.

Do mesmo modo, não inibe a adoção de quaisquer medidas judiciais e extrajudiciais que se mostrem necessárias para a defesa dos direitos e interesses que cabe ao Ministério Público zelar.

O acordo tem eficácia imediata e pretende prevenir, inclusive, os efeitos da água em decorrência da proximidade da quadra chuvosa.

**Mediação** – Os Ministérios Públicos Federal, Estadual e do Trabalho atuaram como intervenientes do acordo celebrado, a fim de garantir que o interesse público fosse preservado e concretizadas as ações preventivas indicadas pela CPRM.

Para o Ministério Público Federal, a atuação extrajudicial tem o objetivo de buscar soluções rápidas para necessidades urgentes dos cidadãos envolvidos, sem que isso comprometa quaisquer ações judiciais futuras que sejam necessárias.

**Ações** – A Braskem contratará empresas habilitadas e especializadas para execução dos estudos, projetos e obras indicadas no Plano de Trabalho, garantindo a anotação de responsabilidade técnica do profissional habilitado e respectivo recolhimento das custas; realizará a doação de bens e serviços ao município de Maceió, de acordo com o Plano de Trabalho, mediante instrumento de doação; empenhará seus melhores esforços para a execução dos compromissos assumidos no menor prazo possível.

Já o Crea se comprometeu a otimizar a liberação das Anotações de Responsabilidade Técnica (ARTs) e demais documentos para viabilizar as obras, bem como fiscalizar e monitorar a execução dos serviços.

Ao município de Maceió cabe, por meio da Defesa Civil e demais órgãos, apoiar a realização dos trabalhos e mediar o acesso da empresa de engenharia contratada aos imóveis, ruas, avenidas e demais locais, quando necessário. Também caberá a implementação das solicitações quer lhe forem feitas pela Braskem, além da indicação das localidades onde serão instalados os equipamentos a serem doados pela empresa.

**Entenda o caso** – Rachaduras surgiram em ruas e imóveis no bairro do Pinheiro, em Maceió, após fortes chuvas, em fevereiro de 2018, e um tremor de terra, em março de 2018. As crateras nas ruas e as rachaduras nos imóveis representam uma ameaça às pessoas que moram e circulam pelo bairro.

O MPF/AL acompanha a situação das áreas atingidas, desde maio de 2018. Em dezembro, diante do recebimento da documentação proveniente do MP/AL declinando de sua atribuição sobre a questão, o MPF instaurou procedimento para acompanhar as questões relativas aos direitos do cidadão.

Entendendo tratar-se não apenas de dano ambiental, mas também de matérias relacionadas aos direitos do cidadão e ao patrimônio público e social, o MPF, por meio do Núcleo de Tutela Coletiva, formou um Grupo de Trabalho para acompanhar as medidas adotadas pelo poder público visando a proteção constitucional dos direitos dos cidadãos.

O declínio de atribuição do MP/AL baseou-se em possível envolvimento da Braskem quando da exploração de sal-gema, contendo relatório técnico do Serviço Geológico do Brasil.

**Saiba mais sobre a atuação do MPF no Caso Pinheiro.**

Assessoria de Comunicação Social
Ministério Público Federal em Alagoas
(82) 2121-1485/9.9117.4361
pral-ascom@mpf.mp.br
twitter.com/mpf_al

Atendimento ao cidadão em Maceió (AL)
(82) 2121-1400