# EXHIBIT 3

**City Councilors will confront Braskem using data from CPRM and IMA on sinking of the soil**

**diariodopoder.com.br**/brasil-e-regioes/vereadores-confrontarao-com-a-braskem-os-dados-da-cprm-e-ima-sobre-afundamento

May 15, 2019



Legend:
CÂMARA MUNICIPAL DE MACEIÓ                    MACEIÓ CITY COUNCIL

Members of the Geological Survey of Brazil (CPRM) and the Institute for the Environment of the State of Alagoas (IMA) will be heard by members of the Special Inquiry Commission (CEI) of the Maceió City Council at a hearing scheduled for next Thursday (16), at the headquarters of the City Council, in Jaraguá. Last week, the CPRM pointed out that the company Braskem is liable for the cracks, fissures and sinking of the soil in the Pinheiro, Bebedouro and Mutange districts. On the same occasion, their technicians revealed that the company had submitted some documents about their mining activities that did not reflect the reality.

Therefore, after Thursday's hearings, CEI will compare the information and, if it is proven that Braskem used false data to defend itself against the accusations, the City Council may order for the offenders to be arrested, as explained by councilor Francisco Sales (PPL), the chairman of the CEI.

"We are going to ask the CPRM for more details about which data was hidden, which data was wrongly delivered and how this could have compromised the study of such a serious problem that affects thousands of families. Considering this issue, we can indeed carefully assess the request for the arrest of Braskem officers," he said.

The CEI reporting party, councilor José Márcio Filho (PSDB), stated that as Braskem was identified as being liable for the problems in Pinheiro, Mutange and Bebedouro, the hearing

and presentation of documents by the IMA and CPRM should provide him with enough material so that he can complete the final report and present it to the other members of the CEI and councilors of the capital city.

"The report presentation by CPRM, and details such as the incorrect data provided by Braskem, really helped the investigation works of the CEI. Thus, after we hear the technicians next Thursday, my expectation is that this will be enough for me to complete the report and present it to the other CEI members, as well as to the rest of the representatives. Obviously, we are not going to state the facts in advance, but if Braskem used false information to continue causing damage to the city of Maceió and thousands of families in Pinheiro, Mutange and Bebedouro, we cannot rule out the institution of a criminal investigation regarding the company's officers and an arrest warrant," declared José Márcio Filho.

The councilor explained the steps to be taken in the process after the report is completed. "Once it is approved by the chairman of CEI and the other members, the report will be read in a full court so that the other councilors are aware of what was decided. After that, we will send the documentation to the State Public Prosecutors' Office of Alagoas [MP/AL]. If we decide for the arrest warrant, the Public Prosecutor's Office will take the appropriate measures," concluded CEI reporting party.

THE ARTICLE CONTINUES AFTER ADVERTISING

Among the members of the commission are also the councilor and secretary of the commission, Silvânia Barbosa (PRTB), as well as representatives Beto da Farmácia (PROS), Mauro Guedes (PV), Lobão (PR), and Siderlane Mendonça (PEN).

Braskem said that it had collaborated with the CPRM, providing it "with relevant information and studies prepared in a correct and trustworthy manner," according to a note published on the action filed by the Federal Public Prosecutors' Office (MPF) asking for the suspension of its activities in a responsible manner.

(With information from Ascom CMM)

THE ARTICLE CONTINUES AFTER ADVERTISING

Tags: Sinking of districts Braskem Maceió City Council CEI of Pinheiro mining

| AFFIDAVIT - TRANSLATION |
| --- |

I, Maria Dolores Requena Marques, hereby certify that the included document **01-73-74. diariodopoder.com.br-Vereadores confrontarão a Braskem com dados da CPRM e IMA sobre afundamento (3)** is to the best of my knowledge and belief, a true and accurate translation from Portuguese into English.

Translated by:

Maria Dolores Requena Marques

São Paulo, June 17th, 2021

# Vereadores confrontarão a Braskem com dados da CPRM e IMA sobre afundamento

**DP** diariodopoder.com.br/brasil-e-regioes/vereadores-confrontarao-com-a-braskem-os-dados-da-cprm-e-ima-sobre-afundamento

May 15, 2019



Integrantes do Serviço Geológico do Brasil (CPRM) e do Instituto do Meio Ambiente de Alagoas (IMA) serão ouvidos pelos membros da Comissão Especial de Inquérito (CEI) da Câmara Municipal de Maceió em audiência marcada para a próxima quinta-feira (16), na sede da Casa, em Jaraguá. Na semana passada, a CPRM apontou a empresa Braskem como responsável pelas rachaduras, fissuras e afundamento do solo nos bairros do Pinheiro, Bebedouro e Mutange. Na mesma ocasião, seus técnicos revelaram que a empresa havia entregado documentos sobre as atividades de mineração que não correspondiam com a realidade.

Por isso, após as oitivas da quinta-feira, a CEI vai confrontar as informações e, se ficar comprovado que a Braskem utilizou dados falsos para se defender das acusações, não está descartado que a Câmara peça a prisão dos culpados, como explica o presidente da CEI, vereador Francisco Sales (PPL).

"Vamos solicitar à CPRM mais detalhes sobre quais dados foram ocultados, quais foram entregues de forma errada e como isso pode ter comprometido o estudo de um problema tão grave, que afeta milhares de famílias. Diante dessa questão, podemos sim avaliar cautelosamente o pedido de prisão dos dirigentes da Braskem", afirmou.

Relator da CEI, o vereador José Márcio Filho (PSDB), afirmou que como a Braskem foi apontada como responsável pelos problemas no Pinheiro, Mutange e Bebedouro, a oitiva e a apresentação de documentos por parte do IMA e CPRM podem lhe fornecer material suficiente para que ele conclua o relatório final e apresente aos demais membros da CEI e vereadores da capital.

"A apresentação do relatório feita pela CPRM, e detalhes como os dados incorretos entregues pela Braskem, adiantaram bastante os trabalhos de investigação da CEI. Dessa forma, após ouvirmos os técnicos na próxima quinta-feira, minha expectativa é de que isso seja suficiente para que eu conclua o relatório e apresente-o aos demais membros da CEI, assim como ao restante dos parlamentares. Obviamente, não vamos adiantar os fatos, mas se a Braskem usou informações falsas para continuar trazendo prejuízos ao município de Maceió e milhares de famílias do Pinheiro, Mutange e Bebedouro, não podemos descartar o indiciamento dos diretores da empresa e pedido de prisão", declarou José Márcio Filho.

O vereador explicou quais os passos do processo, após a conclusão do relatório. "Uma vez aprovado pelo presidente da CEI e seus membros, o relatório será lido em Plenário para que os demais vereadores tomem ciência do que foi decidido. Feito isso, enviamos a documentação para o Ministério Público Estadual [MP/AL]. Se concluirmos pelo pedido de prisão, o MP vai tomar as providências cabíveis", concluiu o relator da CEI.

CONTINUA DEPOIS DA PUBLICIDADE
A comissão ainda tem como membros a vereadora e secretária da comissão, Silvânia Barbosa (PRTB), além dos parlamentares Beto da Farmácia (PROS), Mauro Guedes (PV), Lobão (PR) e Siderlane Mendonça (PEN).

A Braskem disse que colaborou com a CPRM "com informações relevantes e estudos gerados de forma verdadeira e fidedigna", conforme nota publicada sobre a ação do Ministério Público Federal (MPF) pedindo a suspensão de suas atividades de maneira responsável.

(Com informações da Ascom CMM)

CONTINUA DEPOIS DA PUBLICIDADE
Tags: Afundamento de bairrosBraskemCâmara de MacéioCEI do Pinheiromineração

2/2