# EXHIBIT 4

**Audio: CPRM [*COMPANHIA DE PESQUISA DE RECURSOS MINERAIS*] PUBLIC HEARING MAY 8, 2019**

---

**(Start)**

**2:22:50 to 2:27:35**

CHAIRMAN: Davi Maia. Daniele and Vanessa. In the area of Braskem's mines, at Pinheiro, Mutange, what will actually happen to the population? What are the solutions? Actions to be taken? I live in front of the mine.

ALEXANDRE LUCAS: This has also already been answered, right? The entire area will be mapped again and all will be informed about what must be done.

CHAIRMAN: State Public Prosecutor's Office. Was the subsidence data provided by Braskem correct?

TALES SAMPAIO: No. The subsidence data produced by Braskem was wrong and the error was rather gross.

CHAIRMAN: Anonymous. What is the solution for the problems created? It has also already been answered, right? Eumanoel. Eumanoel. Is that correct? If there is an actual need to evacuate the Pinheiro district, is there an actual risk of the arch collapsing? What are the measures to recover the area?

ALEXANDRE LUCAS: This has already been answered as well.

CHAIRMAN: Geologist Osvaldo Araújo, Confea. Geologist Osvaldo Araújo. Oh, there you are. Did Braskem submit to CPRM the mining annual reports? This infor... are you a doctor? ((laughs)) Do they inform the volume of rock salt extracted per year? Did Braskem present the mine closing plans for each deactivated well? Do this refer to the rules that regulate the mining activity? Would a technical solution be the drilling of wells, where there is the problem of the salt's empty spaces and injection of cement or of a sand pulp plus water?

VICTOR BICCA: See, colleague geologist Osvaldo Araújo, this is actually the diagnosis. Regarding the volume of rock salt that was annually extracted, in March of each year, the company is required to submit the Mining Annual Report. So, we have all pieces of information in our database regarding how much rock salt was taken. Actually, the process for closing the well has a technical order that must be observed. It has to be pressurized. The mixture that stays there in surface must have the same level of saturation of the walls, for the dissolution process to be stopped. At the end of the process, a denser liquid is put in order to avoid the structure movement. So, all procedures have to meet the mining regulatory rules. And this will be actually demanded from the company in the process of decommissioning those wells that will have to be decommissioned. Regarding the geological conditioning, I emphasize the information that I received from our superintendent of mineral production, Mr. José Antônio, who is here with us, that the sonar of well number 1 attested that the cave structure is has the exact configuration regarding the closing process. And it appears, Mr. Tales, that it would not be susceptible to failure, or that any structure had moved itself. Differently from number 7 and 19. So, this seems to be aligned with the technical rationale reflected here in the report, as I said, brilliantly presented by CPRM.

**(End of transcription)**

I, Cristina Gonzales, hereby certify that the included document Audio: ***CPRM [COMPANHIA DE PESQUISA DE RECURSOS MINERAIS] PUBLIC HEARING MAY 8, 2019*** is to the best of my knowledge and belief, a true and accurate translation from Portuguese into English.

Translated by:

_____
Cristina Gonzales

São Paulo, June 16, 2021



American Translators Association
ata
Cristina Gonzales
English into Portuguese
Certification #531308
Certified Translator

**Áudio: AUDIÊNCIA PÚBLICA CPRM 08 05 19**

_____

**(Início)**

**2:22:50 até 2:27:35**

PRESIDENTE: Davi Maia. Daniele e Vanessa. Na área de minas da Braskem, no Pinheiro, Mutange, o que, de fato, acontecerá com a população? Quais são as soluções? Ações a serem tomadas? Moro em frente à mina.

ALEXANDRE LUCAS: Isso já foi respondido também, né? Toda a área vai ser remapeada e todos vão ser informados daquilo que vai precisar ser feito.

PRESIDENTE: Ministério Público Estadual. Os dados de subsidência fornecidos pela Braskem estavam corretos?

TALES SAMPAIO: Não. Os dados de subsidência produzidos pela Braskem estavam errados e o erro era bastante grosseiro.

PRESIDENTE: Anônima. Qual solução para os problemas gerados? Também já foi, né? Eumanoel. Eumanoel. É isso mesmo? Se há necessidade real de evacuação do bairro do Pinheiro, há risco real de desabamento do arco? Quais as medidas de recuperação da área?

ALEXANDRE LUCAS: Isso já foi respondido também.

PRESIDENTE: Geólogo Osvaldo Araújo, Confea. Geólogo Osvaldo Araújo. Ah, tá aí. A Braskem apresentou para a CPRM os relatórios anuais de lavra? Estes infor... o senhor é médico? ((risos)) Estes informam o volume de sal-gema extraídos por ano? A Braskem apresentou os planos de fechamento de mina para cada poço desativado? Isto refere-se às normas regulamentadoras da mineração? Uma solução técnica não seria a perfuração de poços, onde o problema dos vazios de sal com injeção de cimento ou de uma polpa de areia mais água?

VICTOR BICCA: Ó, o colega geólogo Osvaldo Araújo, realmente, é este diagnóstico, exatamente o que está dando. Quanto ao volume de sal-gema que

foi extraído, anualmente, no mês de março de cada ano, a empresa, obrigatoriamente, tem que apresentar o Relatório Anual de Lavra. Então, nós temos todas as informações no nosso banco de dados do quanto foi retirado de sal-gema. Efetivamente, o processo de fechamento do poço tem um ordenamento técnico que tem que ser observado. Tem que ser pressurizado. A mistura que fica lá em superfície tem que ter o mesmo grau de saturação que as paredes, enfim, para que o processo de dissolução seja estancado. No final do processo, é colocado, também, um líquido mais denso, pra evitar que haja a movimentação da estrutura. Enfim, todos os procedimentos têm que atender às normas regulamentares de mineração. E, isso vai ser cobrado, efetivamente, da empresa, no processo de descomissionamento daqueles poços que forem sendo necessário, descomissionados. Quanto ao condicionamento geológico, eu destaco a informação que eu recebi do nosso superintendente de produção mineral, doutor José Antônio, que está aqui junto conosco, de que o sonar do poço número 1 atestou de que a estrutura da caverna está exatamente com a configuração quanto do processo de fechamento. E ela parece, doutor, Tales, que ela não estaria suscetível a um falhamento, alguma estrutura que tivesse movimentado. Ao contrário do 7 e do 19. Então, isso parece que vem à linha ao raciocínio técnico espelhado aqui no relatório, como eu disse, brilhantemente apresentado pela CPRM.

**(Fim da transcrição)**