# EXHIBIT 11

**UBS**

Global Research     8 January 2020

# Braskem SA
## In the passenger's seat

### Downgrading to Sell: Spreads still concerns in the ST

Since our Jan 2019 report, the early signs of spread deterioration have emerged, increasing our concerns about the company's ability to maintain its EBITDA at its current level. 2019 was a very tough year for BRKM, with: 1) management changes; 2) the salt mine environmental problem (with a minimum fine of R$2.7bn); 3) the LYB deal falling through; 4) ODB's judicial recovery ("chapter 11"); and 5) spreads coming under increased pressure. And we do not think this cycle will end in the short term, supporting our downgrade on the stock. In 2020, improvements may come from Mexican operations and the Fast Track ethane import facility, but we think the gains will be timid compared with the entire company's results. Upside risk could come from the proposed change by PBR to collapse shares' classes or a potential control change. However, lenders collateral is close to R$40/sh, pointing to an expensive multiple and making a transaction unlikely, in our view.

### Expensive at 2020E EV/EBITDA 9x

We think the stock will remain under pressure due to its 2020/2021 multiples on the back of lower EBITDA. Spreads may continue their downward trend, mainly in the PE business, where additional capacity will likely continue to weigh on the company's results. The startup of its new project in the US could also contribute to lower PP margins. However, long-term margins may provide some support to the stock price, as demand may accommodate the increasing supply of PE and PP next year.

### Model update: 3Q19 results, spreads and economics

We are updating our model with 3Q19 results, an updated economic forecast from the UBS macroeconomic team and new spreads. We still believe the company will post weak results in 2020, as spreads will likely remain under pressure, while additional utilization in Mexico and the startup of the new PP plant in the US will not offset that. Overall, lower WACC and capex have positively impacted the company's value but the lower spreads and premium vs. offshore products may weigh on BRKM's results. Thus, we are decreasing our price target by R$3/share.

### Valuation: Downgrading to Sell: new price target of R$28 per share

Our new price target of R$28 (prior $31) is based on a DCF model.

## Equities

| Americas |
| Chemicals, Commodity |

| 12-month rating | **Sell** |
| | *Prior: Neutral* |
| **12m price target** | **R$28.00** |
| | *Prior: R$31.00* |
| **Price (08 Jan 2020)** | **R$34.16** |

RIC: BRKM5.SA **BBG:** BRKM5 BZ

### Trading data and key metrics

| 52-wk range | R$56.03-26.12 |
| Market cap. | R$27.6bn/US$7.13bn |
| Shares o/s | 346m (PNA ) |
| Free float | 50% |
| Avg. daily volume ('000) | 2,857 |
| Avg. daily value (m) | R$84.5 |
| Common s/h equity (12/19E) | R$6.40bn |
| P/BV (12/19E) | 4.3x |
| Net debt / EBITDA (12/19E) | 3.1x |

### EPS (UBS, diluted) (R$)

| | From | To | % ch | Cons. |
|---|---|---|---|---|
| 12/19E | 0.86 | (0.94) | NM | 0.72 |
| 12/20E | (0.77) | (1.80) | NM | 1.46 |
| 12/21E | 0.45 | (0.43) | NM | 1.83 |

**Luiz Carvalho**
Analyst
luiz.carvalho@ubs.com
+55-11-2767 6606

Gabriel Barra
Associate Analyst
gabriel.barra@ubs.com
+55-11-2767 6634

| Highlights (R$m) | 12/16 | 12/17 | 12/18 | 12/19E | 12/20E | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|---|---|---|---|
| Revenues | 47,664 | 49,261 | 58,000 | 52,258 | 49,716 | 50,869 | 51,042 | 54,843 |
| EBIT (UBS) | 5,921 | 9,376 | 8,305 | 3,810 | 2,964 | 4,367 | 2,444 | 4,180 |
| Net earnings (UBS) | (411) | 4,139 | 2,867 | (747) | (1,430) | (342) | (1,368) | (236) |
| EPS (UBS, diluted) (R$) | (0.52) | 5.20 | 3.60 | (0.94) | (1.80) | (0.43) | (1.72) | (0.30) |
| DPS (R$) | 2.20 | 1.26 | 1.88 | 0.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net (debt) / cash | (15,439) | (17,597) | (17,287) | (22,446) | (23,007) | (20,868) | (20,020) | (17,482) |

| Profitability/valuation | 12/16 | 12/17 | 12/18 | 12/19E | 12/20E | 12/21E | 12/22E | 12/23E |
|---|---|---|---|---|---|---|---|---|
| EBIT margin % | 12.4 | 19.0 | 14.3 | 7.3 | 6.0 | 8.6 | 4.8 | 7.6 |
| ROIC (EBIT) % | 15.3 | 23.7 | 19.7 | 8.3 | 6.1 | 9.3 | 5.4 | 9.8 |
| EV/EBITDA (core) x | 4.7 | 4.5 | 5.9 | 7.9 | 9.7 | 7.7 | 9.7 | 7.2 |
| P/E (UBS, diluted) x | (46.7) | 7.3 | 14.0 | (36.4) | (19.0) | (79.4) | (19.9) | NM |
| Equity FCF (UBS) yield % | (26.6) | 0.7 | 11.6 | 4.4 | (2.4) | 7.4 | 2.6 | 8.7 |
| Net dividend yield % | 9.1 | 3.3 | 3.7 | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 |

Source: Company accounts, Thomson Reuters, UBS estimates. UBS adjusted EPS is stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement. Valuations: based on an average share price that year, (E): based on a share price of R$34.16 on 08 Jan 2020 18:06 EST

**www.ubs.com/investmentresearch**

This report has been prepared by UBS Brasil CCTVM S.A. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 24.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Braskem SA**                                                          Sell (Price target R$28.00)

**UBS Research THESIS MAP** a guide to our thinking and what's where in this report

PIVOTAL QUESTIONS

**Q: Are the ST spreads still a concern?**

Spreads could remain under pressure in the short term, as additional capacity and lower demand have cooled down petchems business margins. Average BRKM's spread is expected to decrease 10% YoY in 2020, after a drop of close to 20% YoY in 2019. However, the long-term trend may be more supportive, as the additional capacity could be accommodated by demand. Still, we don't believe investors are willing to pay for this future premium, as it is very risky. As per the company presentation and per the IHS consulting the petchem spreads may continue its downward trend in 2020, which may push down the company EBITDA in 2020E (-20% YoY), impacting its 20' EV/EBITDA multiple.

*more→*

**Q: Are there any other concerns in the short term?**

Yes, problems including the ODB judicial recovery ("Chapter 11"), the Alagoas salt mine environmental issue and management changes could be seen as a potential risk. BRKM is in the hands of the ODB creditors that up to now have held the sale of the controlling stake for 2 years, which have disappointed PBR. The SOE expect to sell its stake this year, but with the delay of ODB's stake divestment it should not happen in the ST. Regarding the Alagoas Salt mine, the problems involving the PVC operation may continue pressuring the business margins, as per the company management.

*more→*

UBS VIEW

Despite the company's attractive asset portfolio with a diversified feedstock supply and favourable geographic positioning, we see several risks to the stock price: 1) the low spread cycle; 2) the disbursement regarding the Alagoas accident; 3) potential change in the REIQ and/or import taxes; 4) potential revision of the Mexican feedstock contract; and 5) the ongoing discussion between Odebrecht and its debtholders over Braskem shares.

EVIDENCE

As we have already noted several times and in accordingly with IHS, the current petrochemical spreads should continue under pressure during the 2019/20 cycle. We see PE spread as one of the main risks as the competition from the US producers based on gas may continue pressuring the domestic prices in Brazil. PVC is also a concern, as the company is operating as a non-integrated player, which should pressure the margins in the short term, decreasing the output and, as consequence, the exports.

WHAT'S PRICED IN?

The recent decline in the share prices has priced in some of the risks, but we still some risks in place, such as the petchem spread, the Alagoas issue and the REIQ and import tariffs.

UPSIDE / DOWNSIDE
SPECTRUM



| Value drivers | Spreads (%0 | Capacity utilization in mexico (%) | PP utilization capacity (%) | Growth rate(%) | FX rate |
|---|---|---|---|---|---|
| $42 upside | +5% | 98% | 95% | 2.7% | 4.10 |
| $28 base | Base case | 92% | 89% | 2.5% | 3.95 |
| $17 downside | -5% | 72% | 85% | 2.3% | 3.80 |

Source: UBS

*more→*

COMPANY DESCRIPTION

Braskem is the Brazilian leader in thermoplastic resin production and a major producer of polypropylene. The company has 40 industrial units, 29 in Brazil, five in the US, two in...

*more →*

**Luiz Carvalho,** Analyst, luiz.carvalho@ubs.com, +55-11-2767 6606

PIVOTAL QUESTIONS                                                                    return ↑

## Q: Are there any other concerns in the short term?

### UBS VIEW

Yes, problems as the ODB judicial recovery ("Chapter 11"), the Alagoas salt mine environmental issue and management changes could be seen as a potential risk. BRKM is in the hands of the ODB creditors that up to now have held the sale of the controlling stake for 2 years, which have disappointed PBR. The SOE expects to sell its stake this year, but with the delay of ODB's stake divestment it should not happen in the ST. Regarding the Alagoas Salt mine, the problems involving the PVC operation and the judicial process that is underway may continue weighting on the stock.

### EVIDENCE

As we have reported in our daily Lighthouse report, PBR has said publicly that its plans to sell BRKM stake in 2020 and recent news have affirmed the deal between ODB and debtholders to sell the stake only after 2 years from now. Regarding the Alagoas issue, is well known by the market that the company is facing a very challenging operation and legal situation, which has hurt the company business results and increased the risk to pay a large fine in the end of the legal process.

### WHAT'S PRICED IN?

We believe that the market has not fully priced in the potential fine that BRKM would need to pay to the Brazilian justice. Additionally, the current situation of ODB and its debtholders may hinder the sale of BRKM in the ST, which may weight on the stock prices.

## 3 additional risks: BRKM sale, Alagoas and new management

## ODB vs. PBR: No easy solution

Petrobras plans to sell its stake in Braskem in no more than 12 months and stated that it strongly disagrees with the recently-reported plans of BRKM controller Odebrecht to postpone the negotiations to sell its assets. Reuters reported that the creditors of the construction conglomerate were in advanced negotiations to postpone the sale of their stake in Braskem for two years (receiving dividends) and could also extend the term for 12 months; however, ODB later stated that a complete plan will be formalized in the next meeting with its debt-holders.

In October, Petrobras stated an alternative: listing Braskem on the Novo Mercado of the São Paulo Stock Exchange B3 as a way to add value to the petrochemical industry. To be listed on the Novo Mercado, Braskem needs to have only ordinary shares in negotiation, besides following a series of high-level governance rules. Odebrecht has 38.3% of Braskem, or 50.1% of the capital with voting rights, while Petrobras has total participation of 36.1%, or 47% of the shares with voting rights.

We believe the best case for BRKM would be to follow PBR's plan to transform its preferred shares to ordinary shares and include itself on the Novo Mercado. However, this process would take time and may not happen for the next six

months. Currently, banks that have BRKM shares as collateral are allowed to sell the shares, given as a guarantee, but we do not think it will happen in the short term, as the current share price is well below the breakeven value of R$40/share and they would give the control for "free". Also, since the company has some problems to solve in the short/medium term, we believe it will likely wait for better timing.

## Management changes underway

As per the Broadcast report, Braskem is expected to change high-level staff. As we discussed in our daily Lighthouse note, Valor reported that Petrobras requested for Odebrecht to change Braskem's leadership. As per the report, the request was presented to ODB's CEO and Braskem's Chairman. The motivation behind the request was Petrobras' negative view of how Braskem has dealt with some of its issues, such as the Alagoas salt mine allegations and the increased compensation for BRKM's management.

On the back of the news, Braskem announced that Mr. Roberto Simões, current chairman of the company's board of directors, will be BRKM's new CEO starting this year. Mr. Roberto Simões was the Director President for several companies in the past years, including Ocyan, Odebrecht Defesa e Tecnologia and Santo Amaro Energia.

## Alagoas issue: Agreement in place, but some discussion are still undergoing…

Last week, Braskem informed the market that it has signed a term of agreement with the Public Defender's office of the Alagoas state (DPE), the Public Federal Ministry (MPF), the Public Ministry of Alagoas state (MPE) and the Union's Public Defender (DPU) to support the eviction and compensation of the residents from the risk areas defined in the agreement, which will be submitted into judicial homologation.

The company estimated that the program of support of eviction from this term of agreement and in the areas announced previously by the company involves around 17,000 people. That said, Braskem evaluated that the amounts to be recognized as provisions are approximately: 1) R$1.7bn corresponding to the implementation of the Program of Financial Compensation and Reallocation Support; and 2) R$1bn regarding the necessary actions to close determined salt wells of the company. Reportedly, those provisions will be spent throughout the next years and could be changed according to the development of the matter.

Also, the DPE, MPF, MPE and DPU agreed with the 1) restitution of the R$3.7bn of cash that was frozen, in which R$1.7bn will be transferred to Braskem bank account specific to finance the Program of Financial Compensation and Reallocation Support, maintaining the working capital at a minimum of R$100mn, and verified by an external auditing company; 2) the substitution of the insurance-guarantee already presented by the company of R$6.4bn for two insurance guarantees with the total approximate amount of R$3bn, to guarantee the Public Civil Action proposed by the DPE and MPE and the Public Civil Action proposed by the MPF.

As per the Broadcast news, after announcing an agreement with authorities for the relocation and financial compensation of 17 thousand residents in Maceió, Braskem will still have to negotiate the vacancy of an yet undetermined sum of large properties in the risk areas of neighbourhoods in the capital of Alagoas, which may increase the amount of compensation of R$ 1.7 billion initially planned.

**Figure 21: Braskem's plant in Alagoas state**

**Figure 22: Vinyl segment production in Alagoas and Bahia (kt)**



Source: Company and UBS

Source: Company and UBS

In a next step, the petrochemical company will have to open talks with owners of hospitals, health units, clinics, schools, day care centers, universities, municipalities, public agencies, concessionaires and public service equipment, among others. The agreement does not apply to owners of this type of property.

**Figure 23: Vinyl integrated business model**

**Figure 24: Vinyl non-integrated business model (as is)**



Source: Company and UBS

Source: Company and UBS

On Friday (3 Jan) night, the judge Frederico Wilson da Silva Dantas, authorized the release of Braskem's cash resources and the transfer of R$ 1.7 billion from the company to an account to be used by the program for compensation and relocation of residents. He also allowed the exchange of the previous guarantee insurance of R$ 6.4 billion for another R$ 2 billion.

The company expects to resume operations in its chlor-alkali plant in 1H20, as it intends to bring salt to the plant from another Brazilian state in the Northeast,

recovering part of its integration. The company is also seeking rural and safer locations to mine salt closer to its plants; however, this will take some time to materialize, as a site has to be identified and a new brine pipeline has to be built.