# EXHIBIT 12

**IAS 37**

# Provisions, Contingent Liabilities and Contingent Assets

In April 2001 the International Accounting Standards Board adopted IAS 37 *Provisions, Contingent Liabilities and Contingent Assets*, which had originally been issued by the International Accounting Standards Committee in September 1998. That standard replaced parts of IAS 10 *Contingencies and Events Occurring after the Balance Sheet Date* that was issued in 1978 and that dealt with contingencies.

In May 2020 the Board issued *Onerous Contracts—Cost of Fulfilling a Contract*. This amended IAS 37 to clarify that for the purpose of assessing whether a contract is onerous, the cost of fulfilling the contract includes both the incremental costs of fulfilling that contract and an allocation of other costs that relate directly to fulfilling contracts.

Other Standards have made minor consequential amendments to IAS 37. They include IFRS 9 *Financial Instruments* (Hedge Accounting and amendments to IFRS 9, IFRS 7 and IAS 39) (issued November 2013), *Annual Improvements to IFRSs 2010–2012 Cycle* (issued December 2013), IFRS 15 *Revenue from Contracts with Customers* (issued May 2014), IFRS 9 *Financial Instruments* (issued July 2014), IFRS 16 *Leases* (issued January 2016), IFRS 17 *Insurance Contracts* (issued May 2017), *Amendments to References to the Conceptual Framework in IFRS Standards* (issued March 2018) and *Definition of Material* (Amendments to IAS 1 and IAS 8) (issued October 2018).

IAS 37

CONTENTS

*from paragraph*

**INTERNATIONAL ACCOUNTING STANDARD 37**
*PROVISIONS, CONTINGENT LIABILITIES AND*
*CONTINGENT ASSETS*

| | |
|---|---|
| **OBJECTIVE** | |
| **SCOPE** | **1** |
| **DEFINITIONS** | **10** |
| Provisions and other liabilities | **11** |
| Relationship between provisions and contingent liabilities | **12** |
| **RECOGNITION** | **14** |
| Provisions | **14** |
| Contingent liabilities | **27** |
| Contingent assets | **31** |
| **MEASUREMENT** | **36** |
| Best estimate | **36** |
| Risks and uncertainties | **42** |
| Present value | **45** |
| Future events | **48** |
| Expected disposal of assets | **51** |
| **REIMBURSEMENTS** | **53** |
| **CHANGES IN PROVISIONS** | **59** |
| **USE OF PROVISIONS** | **61** |
| **APPLICATION OF THE RECOGNITION AND MEASUREMENT RULES** | **63** |
| Future operating losses | **63** |
| Onerous contracts | **66** |
| Restructuring | **70** |
| **DISCLOSURE** | **84** |
| **TRANSITIONAL PROVISIONS** | **93** |
| **EFFECTIVE DATE** | **95** |

**APPROVAL BY THE BOARD OF** *ONEROUS CONTRACTS—COST OF FULFILLING A CONTRACT* **ISSUED IN MAY 2020**

| |
|---|
| FOR THE ACCOMPANYING GUIDANCE LISTED BELOW, SEE PART B OF THIS EDITION |

**IMPLEMENTATION GUIDANCE**

| |
|---|
| FOR THE BASIS FOR CONCLUSIONS, SEE PART C OF THIS EDITION |

**BASIS FOR CONCLUSIONS**

© IFRS Foundation

International Accounting Standard 37 *Provisions, Contingent Liabilities and Contingent Assets* (IAS 37) is set out in paragraphs 1–105. All the paragraphs have equal authority but retain the IASC format of the Standard when it was adopted by the IASB. IAS 37 should be read in the context of its objective, the *Preface to IFRS Standards* and the *Conceptual Framework for Financial Reporting*. IAS 8 *Accounting Policies, Changes in Accounting Estimates and Errors* provides a basis for selecting and applying accounting policies in the absence of explicit guidance.

© IFRS Foundation

IAS 37

# International Accounting Standard 37
## *Provisions, Contingent Liabilities and Contingent Assets*

## Objective

The objective of this Standard is to ensure that appropriate recognition criteria and measurement bases are applied to provisions, contingent liabilities and contingent assets and that sufficient information is disclosed in the notes to enable users to understand their nature, timing and amount.

## Scope

1   **This Standard shall be applied by all entities in accounting for provisions, contingent liabilities and contingent assets, except:**

   (a)   **those resulting from executory contracts, except where the contract is onerous; and**

   (b)   [deleted]

   (c)   **those covered by another Standard.**

2   This Standard does not apply to financial instruments (including guarantees) that are within the scope of IFRS 9 *Financial Instruments*.

3   Executory contracts are contracts under which neither party has performed any of its obligations or both parties have partially performed their obligations to an equal extent. This Standard does not apply to executory contracts unless they are onerous.

4   [Deleted]

5   When another Standard deals with a specific type of provision, contingent liability or contingent asset, an entity applies that Standard instead of this Standard. For example, some types of provisions are addressed in Standards on:

   (a)   [deleted]

   (b)   income taxes (see IAS 12 *Income Taxes*);

   (c)   leases (see IFRS 16 *Leases*). However, this Standard applies to any lease that becomes onerous before the commencement date of the lease as defined in IFRS 16. This Standard also applies to short-term leases and leases for which the underlying asset is of low value accounted for in accordance with paragraph 6 of IFRS 16 and that have become onerous;

   (d)   employee benefits (see IAS 19 *Employee Benefits*);

   (e)   insurance contracts and other contracts within the scope of IFRS 17 *Insurance Contracts*;

   (f)   contingent consideration of an acquirer in a business combination (see IFRS 3 *Business Combinations*); and

A1468                    © IFRS Foundation

IAS 37

(g)    revenue from contracts with customers (see IFRS 15 *Revenue from Contracts with Customers*). However, as IFRS 15 contains no specific requirements to address contracts with customers that are, or have become, onerous, this Standard applies to such cases.

6    [Deleted]

7    This Standard defines provisions as liabilities of uncertain timing or amount. In some countries the term 'provision' is also used in the context of items such as depreciation, impairment of assets and doubtful debts: these are adjustments to the carrying amounts of assets and are not addressed in this Standard.

8    Other Standards specify whether expenditures are treated as assets or as expenses. These issues are not addressed in this Standard. Accordingly, this Standard neither prohibits nor requires capitalisation of the costs recognised when a provision is made.

9    This Standard applies to provisions for restructurings (including discontinued operations). When a restructuring meets the definition of a discontinued operation, additional disclosures may be required by IFRS 5 *Non-current Assets Held for Sale and Discontinued Operations*.

## Definitions

10    **The following terms are used in this Standard with the meanings specified:**

**A *provision* is a liability of uncertain timing or amount.**

**A *liability* is a present obligation of the entity arising from past events, the settlement of which is expected to result in an outflow from the entity of resources embodying economic benefits.[1]**

**An *obligating event* is an event that creates a legal or constructive obligation that results in an entity having no realistic alternative to settling that obligation.**

**A *legal obligation* is an obligation that derives from:**

**(a)    a contract (through its explicit or implicit terms);**

**(b)    legislation; or**

**(c)    other operation of law.**

**A *constructive obligation* is an obligation that derives from an entity's actions where:**

**(a)    by an established pattern of past practice, published policies or a sufficiently specific current statement, the entity has indicated to other parties that it will accept certain responsibilities; and**

---

1    The definition of a liability in this Standard was not revised following the revision of the definition of a liability in the *Conceptual Framework for Financial Reporting* issued in 2018.

© IFRS Foundation                                                        A1469

IAS 37

(b)    as a result, the entity has created a valid expectation on the part of those other parties that it will discharge those responsibilities.

A *contingent liability* is:

(a)    a possible obligation that arises from past events and whose existence will be confirmed only by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the entity; or

(b)    a present obligation that arises from past events but is not recognised because:

(i)    it is not probable that an outflow of resources embodying economic benefits will be required to settle the obligation; or

(ii)    the amount of the obligation cannot be measured with sufficient reliability.

A *contingent asset* is a possible asset that arises from past events and whose existence will be confirmed only by the occurrence or non-occurrence of one or more uncertain future events not wholly within the control of the entity.

An *onerous contract* is a contract in which the unavoidable costs of meeting the obligations under the contract exceed the economic benefits expected to be received under it.

A *restructuring* is a programme that is planned and controlled by management, and materially changes either:

(a)    the scope of a business undertaken by an entity; or

(b)    the manner in which that business is conducted.

## Provisions and other liabilities

11    Provisions can be distinguished from other liabilities such as trade payables and accruals because there is uncertainty about the timing or amount of the future expenditure required in settlement. By contrast:

(a)    trade payables are liabilities to pay for goods or services that have been received or supplied and have been invoiced or formally agreed with the supplier; and

(b)    accruals are liabilities to pay for goods or services that have been received or supplied but have not been paid, invoiced or formally agreed with the supplier, including amounts due to employees (for example, amounts relating to accrued vacation pay). Although it is sometimes necessary to estimate the amount or timing of accruals, the uncertainty is generally much less than for provisions.

Accruals are often reported as part of trade and other payables, whereas provisions are reported separately.

                    © IFRS Foundation

IAS 37

**Reliable estimate of the obligation**

25    The use of estimates is an essential part of the preparation of financial statements and does not undermine their reliability. This is especially true in the case of provisions, which by their nature are more uncertain than most other items in the statement of financial position. Except in extremely rare cases, an entity will be able to determine a range of possible outcomes and can therefore make an estimate of the obligation that is sufficiently reliable to use in recognising a provision.

26    In the extremely rare case where no reliable estimate can be made, a liability exists that cannot be recognised. That liability is disclosed as a contingent liability (see paragraph 86).

## Contingent liabilities

27    **An entity shall not recognise a contingent liability.**

28    A contingent liability is disclosed, as required by paragraph 86, unless the possibility of an outflow of resources embodying economic benefits is remote.

29    Where an entity is jointly and severally liable for an obligation, the part of the obligation that is expected to be met by other parties is treated as a contingent liability. The entity recognises a provision for the part of the obligation for which an outflow of resources embodying economic benefits is probable, except in the extremely rare circumstances where no reliable estimate can be made.

30    Contingent liabilities may develop in a way not initially expected. Therefore, they are assessed continually to determine whether an outflow of resources embodying economic benefits has become probable. If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognised in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

## Contingent assets

31    **An entity shall not recognise a contingent asset.**

32    Contingent assets usually arise from unplanned or other unexpected events that give rise to the possibility of an inflow of economic benefits to the entity. An example is a claim that an entity is pursuing through legal processes, where the outcome is uncertain.

33    Contingent assets are not recognised in financial statements since this may result in the recognition of income that may never be realised. However, when the realisation of income is virtually certain, then the related asset is not a contingent asset and its recognition is appropriate.

34    A contingent asset is disclosed, as required by paragraph 89, where an inflow of economic benefits is probable.

                            © IFRS Foundation

IAS 37

35    Contingent assets are assessed continually to ensure that developments are appropriately reflected in the financial statements. If it has become virtually certain that an inflow of economic benefits will arise, the asset and the related income are recognised in the financial statements of the period in which the change occurs. If an inflow of economic benefits has become probable, an entity discloses the contingent asset (see paragraph 89).

## Measurement

### Best estimate

36    **The amount recognised as a provision shall be the best estimate of the expenditure required to settle the present obligation at the end of the reporting period.**

37    The best estimate of the expenditure required to settle the present obligation is the amount that an entity would rationally pay to settle the obligation at the end of the reporting period or to transfer it to a third party at that time. It will often be impossible or prohibitively expensive to settle or transfer an obligation at the end of the reporting period. However, the estimate of the amount that an entity would rationally pay to settle or transfer the obligation gives the best estimate of the expenditure required to settle the present obligation at the end of the reporting period.

38    The estimates of outcome and financial effect are determined by the judgement of the management of the entity, supplemented by experience of similar transactions and, in some cases, reports from independent experts. The evidence considered includes any additional evidence provided by events after the reporting period.

39    Uncertainties surrounding the amount to be recognised as a provision are dealt with by various means according to the circumstances. Where the provision being measured involves a large population of items, the obligation is estimated by weighting all possible outcomes by their associated probabilities. The name for this statistical method of estimation is 'expected value'. The provision will therefore be different depending on whether the probability of a loss of a given amount is, for example, 60 per cent or 90 per cent. Where there is a continuous range of possible outcomes, and each point in that range is as likely as any other, the mid-point of the range is used.

IAS 37

| Example |
| --- |
| An entity sells goods with a warranty under which customers are covered for the cost of repairs of any manufacturing defects that become apparent within the first six months after purchase. If minor defects were detected in all products sold, repair costs of 1 million would result. If major defects were detected in all products sold, repair costs of 4 million would result. The entity's past experience and future expectations indicate that, for the coming year, 75 per cent of the goods sold will have no defects, 20 per cent of the goods sold will have minor defects and 5 per cent of the goods sold will have major defects. In accordance with paragraph 24, an entity assesses the probability of an outflow for the warranty obligations as a whole. |
| The expected value of the cost of repairs is: |
| (75% of nil) + (20% of 1m) + (5% of 4m) = 400,000 |

40    Where a single obligation is being measured, the individual most likely outcome may be the best estimate of the liability. However, even in such a case, the entity considers other possible outcomes. Where other possible outcomes are either mostly higher or mostly lower than the most likely outcome, the best estimate will be a higher or lower amount. For example, if an entity has to rectify a serious fault in a major plant that it has constructed for a customer, the individual most likely outcome may be for the repair to succeed at the first attempt at a cost of 1,000, but a provision for a larger amount is made if there is a significant chance that further attempts will be necessary.

41    The provision is measured before tax, as the tax consequences of the provision, and changes in it, are dealt with under IAS 12.

## Risks and uncertainties

**42    The risks and uncertainties that inevitably surround many events and circumstances shall be taken into account in reaching the best estimate of a provision.**

43    Risk describes variability of outcome. A risk adjustment may increase the amount at which a liability is measured. Caution is needed in making judgements under conditions of uncertainty, so that income or assets are not overstated and expenses or liabilities are not understated. However, uncertainty does not justify the creation of excessive provisions or a deliberate overstatement of liabilities. For example, if the projected costs of a particularly adverse outcome are estimated on a prudent basis, that outcome is not then deliberately treated as more probable than is realistically the case. Care is needed to avoid duplicating adjustments for risk and uncertainty with consequent overstatement of a provision.

44    Disclosure of the uncertainties surrounding the amount of the expenditure is made under paragraph 85(b).

                 © IFRS Foundation

IAS 37

## Present value

45 **Where the effect of the time value of money is material, the amount of a provision shall be the present value of the expenditures expected to be required to settle the obligation.**

46 Because of the time value of money, provisions relating to cash outflows that arise soon after the reporting period are more onerous than those where cash outflows of the same amount arise later. Provisions are therefore discounted, where the effect is material.

47 **The discount rate (or rates) shall be a pre-tax rate (or rates) that reflect(s) current market assessments of the time value of money and the risks specific to the liability. The discount rate(s) shall not reflect risks for which future cash flow estimates have been adjusted.**

## Future events

48 **Future events that may affect the amount required to settle an obligation shall be reflected in the amount of a provision where there is sufficient objective evidence that they will occur.**

49 Expected future events may be particularly important in measuring provisions. For example, an entity may believe that the cost of cleaning up a site at the end of its life will be reduced by future changes in technology. The amount recognised reflects a reasonable expectation of technically qualified, objective observers, taking account of all available evidence as to the technology that will be available at the time of the clean-up. Thus it is appropriate to include, for example, expected cost reductions associated with increased experience in applying existing technology or the expected cost of applying existing technology to a larger or more complex clean-up operation than has previously been carried out. However, an entity does not anticipate the development of a completely new technology for cleaning up unless it is supported by sufficient objective evidence.

50 The effect of possible new legislation is taken into consideration in measuring an existing obligation when sufficient objective evidence exists that the legislation is virtually certain to be enacted. The variety of circumstances that arise in practice makes it impossible to specify a single event that will provide sufficient, objective evidence in every case. Evidence is required both of what legislation will demand and of whether it is virtually certain to be enacted and implemented in due course. In many cases sufficient objective evidence will not exist until the new legislation is enacted.

## Expected disposal of assets

51 **Gains from the expected disposal of assets shall not be taken into account in measuring a provision.**