UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC, and RAINER SENN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, <br><br> Defendants. | Case No. 2:20-cv-11366-CCC-ESK <br><br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

**THIS MATTER** having come before the Court on the motion of Defendants Braskem S.A., Roberto Lopes Pontes Simões, Fernando Musa, and Pedro Van Langendonck Teixeira de Freitas to dismiss Plaintiff's Amended Class Action Complaint, and this Court having fully considered the parties' respective submissions, as well as the record before it; and good cause appearing;

**IT IS THEREFORE** on this _____ day of _____, _____,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and the Amended Class Action Complaint shall be and hereby is **DISMISSED** with prejudice.

_____
HON. CLAIRE C. CECCHI