UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC, and RAINER SENN, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-11366-CCC-ESK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, | |
| Defendants. | |

I, David A. Luttinger Jr., hereby certify that I caused a true and correct copy of Defendants Braskem S.A., Roberto Lopes Pontes Simões, Fernando Musa, and Pedro Van Langendonck Teixeira de Freitas Notice of Motion to Dismiss, Memorandum of Law in Support of Defendants' Motion to Dismiss, and Proposed Order to be served upon all counsel of record via the CM/ECF system on June 28, 2021.

Dated: June 28, 2021

_s/ David A. Luttinger Jr._
David A. Luttinger Jr.