UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br><br>    Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>**CERTIFICATE OF SERVICE** |

I, David A. Luttinger Jr., hereby certify that I caused a true and correct copy of the Reply in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint to be served upon all counsel of record via the CM/ECF system on October 11, 2021.

Dated: October 11, 2021

                                 *s/ David A. Luttinger Jr.*
                                 David A. Luttinger Jr.