**SCHNADER HARRISON SEGAL &**
**LEWIS LLP**
**Lisa J. Rodriguez**
**Woodland Falls Corporate Park**
**220 Lake Drive East, Suite 200**
**Cherry Hill, New Jersey 08002-1165**
**Phone: (856) 482-5222**
**Fax: (856) 482-6980**
ljrodriguez@schnader.com

*Attorney for Co-lead Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br><br>*Defendants.* | Civil Action No. 2:20-cv-11366 (CCC) (ESK)<br><br>Motion Date: January 17, 2023 |

**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF AN ORDER PRELIMINARILY APPROVING SETTLEMENT**

PLEASE TAKE NOTICE that on January 17, 2023 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will move in the United States District Court for the District of New Jersey, New Jersey, for an Order Preliminarily Approving Settlement in this action.

In support of the Motion, Plaintiffs will rely on the Memorandum of Law attached.

A proposed form of Order accompanies this Motion.

Dated: December 20, 2022

          *s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
SCHNADER HARRISON SEGAL & LEWIS LLP
220 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1165
(856) 482-5741
ljrodriguez@schnader.com

*Attorney for Plaintiffs*