**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, <br><br> *Defendants.* | Civil Action No. 2:20-cv-11366 (CCC) (ESK) <br><br><br> **ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT** |

**THIS MATTER** having come before the Court on the motion of Lead Plaintiffs for an Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement in this action, and for good cause shown.

**IT IS** on this 17th day of January 2023, ORDERED that Plaintiffs' Motion Preliminarily Approving Settlement is GRANTED, and settlement is preliminary approved and it is further,

ORDERED that a Notice of Settlement shall be disseminated.

_____
Honorable Edward S. Kiel, U.S.M.J.

PHDATA 8378931_1