**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, <br><br> Defendants. | Case No. 2:20-cv-11366-CCC-ESK <br><br> Hon. Claire C. Cecchi, U.S.D.J. <br> Hon. Edward S. Kiel, U.S.M.J. <br><br><br> Motion Date: April 5, 2023 |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on May 3, 2023 at 1:30 p.m. or as soon thereafter as counsel may be heard, Lead Plaintiff Matsukawa Co., LTD hereby moves this Court for a Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and Reimbursement of Time for Lead Plaintiff.  This Motion is

1

supported by the accompanying Memorandum of Law, Declaration of Matthew M. Guiney and all exhibits thereto.

Dated: April 5, 2023

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS, LLP**

By: _____ /s/ *Lisa J Rodriguez* _____
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Telephone: (856) 482-5222
Email: lrodriguez@schnader.com

*Local Counsel for Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Michael S. Bigin (pro hac vice)
Joseph R. Seidman, Jr.
10 East 40th Street
New York, New York 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
bigin@bernlieb.com
seidman@bernlieb.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Matthew M. Guiney (pro hac vice)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com

2

*Co-Lead Counsel for Plaintiff and
the Proposed Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Lisa J. Rodriguez</u>