# EXHIBIT A

## Coutinho v. Braskem S.A. et al

Wolf Haldenstein Adler Freeman & Herz LLP
Time & Expense Report:  Inception through April 4, 2023

| Attorneys | Hours | Rate | Lodestar |
|---|---|---|---|
| Matthew M. Guiney | 207.70 | $750.00 | $155,775.00 |
| Patrick Donovan | 151.30 | $500.00 | $75,650.00 |
| Lillian Grinnell | 71.50 | $360.00 | $25,740.00 |
| Kevin G. Cooper | 12.30 | $420.00 | $5,166.00 |
| Rourke C. Donahue | 41.00 | $335.00 | $13,735.00 |
| **Total Attorneys** | **483.80** | | **$276,066.00** |

| Paraprofessionals | Hours | Rate | Lodestar |
|---|---|---|---|
| James A. Cirigliano | 31.7 | $345.00 | $10,936.50 |
| Judah Weinerman | 6.30 | $205.00 | $1,291.50 |
| **Total Paraprofessionals** | **38.00** | | **$12,228.00** |

| **TOTAL TIME** | **521.80** | | **288,294.00** |
|---|---|---|---|

| Expenses | |
|---|---|
| LEXIS | $10,327.85 |
| Federal Express | $23.58 |
| Filing Fees | $362.00 |
| Reproduction/Duplication | $81.00 |
| Professional Svces. - Global Economics | $7,709.25 |
| Professional Svces. - Weis Int'l Translators | $1,595.41 |
| Professional Svces. - Gryphon Strategies | $514.43 |
| **TOTAL EXPENSES** | **$20,613.52** |

/814081