# EXHIBIT D

Coutinho v. Braskem S.A., et al.
Schnader Harrison Segal & Lewis LLP
Time & Expense Reporting through March 30, 2023

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lisa J. Rodriguez | 34.20 | $ 990.00 | $ 33,858.00 |
| | **34.20** | | **$ 33,858.00** |

**Expenses**

| | |
|---|---|
| United Parcel Service | $ 41.23 |
| Federal Express | $ 11.84 |
| | $ 19.91 |
| | **$ 72.98** |