# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated, | Civil Action No. 2:20-cv-11366 (CCC) (ESK) |
| *Plaintiffs,* | |
| BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, | |
| *Defendants.* | |

**DECLARATION OF LISA J. RODRIGUEZ IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, Lisa J. Rodriguez, declare and affirm:

1.      I am a partner with Schnader Harrison Segal & Lewis LLP ("SHSL"),[1] Liaison Counsel for plaintiffs and the class in this litigation. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

2.      I have personal knowledge of the following matters, and could and would competently testify thereto if called upon to do so.

3.      I submit this Declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses.

4.      SHSL's compensation for services rendered in this Action was undertaken on a wholly contingent basis on the success of the action in securing a substantial benefit for the Plaintiffs and the Class. The fees and unreimbursed expenses described herein have not been paid

---

[1]  Attached hereto as Exhibit 1 is a current resume of SHSL.

-1-

from any source and have not been subject to any prior request, or prior award, in any litigation or other proceeding.

5.    I served as New Jersey counsel in this Action. The service undertaken by me included review and filing of pleadings on behalf of the Plaintiffs and the Class and communications with the Court.

6.    I dedicated 34.20 hours to the prosecution of this Action. The lodestar amount for the attorney time based on my firm's current rates is $33,858.00. The hourly rate shown below is my firm's historic rate and is reasonable in light of my specialized skill and experience litigating class actions, as set forth in Exhibit 1. The information in this Declaration regarding time is based on time recorded contemporaneously and then compiled electronically. A breakdown of the lodestar is as follows:

| NAME | | Total Hours | Hourly Rate | Cumulative Lodestar |
|---|---|---|---|---|
| Lisa J. Rodriguez | Partner | 34.20 | $990.00 | $33,858.00 |
| | | | | |

7.    Based on records maintained by my firm in the ordinary course of business, the total unreimbursed expenses incurred by SHSL with respect to this Action from inception to date are $72.98. The expenses, broken down by category are as follows:

| Expense Category | Amount |
|---|---|
| FedEx | 31.75 |
| UPS | 41.23 |
| Total | $72.98 |

I state under penalty of perjury under the laws of the State of New Jersey that the foregoing facts are true and correct to the best of my knowledge and belief.

LISA J. RODRIGUEZ

# EXHIBIT 1

**Schnader** | *The Higher Calling of the Law*

# About Us

Schnader is a full-service law firm of 160 attorneys with offices in Pennsylvania, New York, California, Washington, D.C., New Jersey, Delaware and an affiliation with a law firm in Jakarta. We provide businesses, government entities, and nonprofit organizations throughout the world with innovative, practical, and cost-effective solutions to their business and litigation needs. We also provide wealth management and an array of personal legal services to individuals.

## Service Philosophy

Since 1935, Schnader's hallmark has been its dedication to what our founders called "the higher calling of the law." That phrase embodies the firm's mission: substantive excellence, client service, and pro bono efforts to achieve a just and ordered society. To that end, we practice a service philosophy. Clients get the individual attention of partners on any material issue in a case or transaction. Mentoring is the focus of attorney and staff development. And giving back is our passion.

## Rankings & Recognitions

Schnader's distinction is in the sophistication of our legal work. Among our many honors, The Legal 500 recognized the firm's Mergers & Acquisitions, Aviation and Nonprofit Groups as among the best in the U.S. Schnader also has been recognized by Chambers USA in the top tier among both New York and Pennsylvania firms in multiple practice areas. In addition, Best Lawyers and U.S. News and World Report have recognized many of the firm's practice groups in its "Best Law Firms" rankings, and a number of our attorneys are ranked in Chambers and Best Lawyers. The firm also has been recommended by Benchmark Litigation.

Several of our attorneys are members of the American Law Institute. We also count many Fellows of the American College of Trial Lawyers, the International Academy of Trial Lawyers, the American Academy of Appellate Lawyers, American College of Trust and Estate Counsel, and the American College of Real Estate Lawyers among our ranks. In addition, Schnader includes within its ranks a former federal court of appeals judge who is internationally recognized in the field of alternative dispute resolution.

# Our Attorneys

Schnader attorneys played a significant role in developing some of our nation's laws, most notably in the 30-year development of the Uniform Commercial Code, and in the development of the Uniform Probate Code. Our lawyers have served in high government posts at the federal, state and local levels and as in-house counsel for major corporations, taught in leading law schools and written numerous legal treatises and articles. We serve on the boards of many community and nonprofit organizations which range from human services and civil rights to access to justice and fair election advocacy. We are proud of our history and we continue to carry forth the legacy of our founders through our dedication to "the higher calling of the law."

# Schnader | *The Higher Calling of the Law*

# Practices & Industries

## Practices

### Business Services

▶ Corporate

▶ Creditors' Rights and Business Restructuring

▶ Emerging Companies

▶ Employee Benefits

▶ Environmental, Energy, and Sustainability

▶ Family Business

▶ Finance

▶ Financial Services

▶ Intellectual Property

▶ Internal Investigations, Ethics & Compliance

▶ International

▶ Labor and Employment Counseling

▶ Mergers and Acquisitions

▶ Privacy and Data Security

▶ Public Finance

▶ Real Estate Lending

▶ Real Estate Transactions

▶ Securities

### Litigation

## Industries

▶ Art

▶ Aviation

▶ Communications and Media

▶ Construction

▶ Healthcare

▶ Higher Education

▶ Insurance

▶ Nonprofit

▶ Railroad

▶ Retail

▶ Sports

▶ Alternative Dispute Resolution

▶ Antitrust and Trade Regulation

▶ Appellate Practice

▶ Business Governance Litigation and Shareholder Disputes

▶ Class Action

▶ Criminal Defense

▶ E-Commerce and Technology

▶ Financial Services Litigation

▶ Government and Regulatory Affairs

▶ Government Contracts

▶ Intellectual Property Litigation

▶ Labor and Employment Practices

▶ Lender Liability

▶ Product Liability

## Tax and Wealth Management
▶ Tax

▶ Trust and Estate

# Schnader | *The Higher Calling of the Law*

# Class Action

Our Class Action Practice Group has been on the cutting edge of issues relating to multiparty and multidistrict cases and taken lead roles in matters involving a wide array of claims, such as product liability, environmental, consumer fraud, aviation, securities fraud, antitrust, employment, financial services, and insurance.

Our team's perspectives allow us to see issues from all sides, giving our clients a strategic advantage before, during, and after trial.

An effective defense against a class action lawsuit requires early strategic evaluation of the claims and defenses to minimize the client's exposure to risk. Our team has repeatedly and successfully litigated the propriety of class certification and resolved class actions early in the litigation, saving our clients time and money.

In addition to a strong defense team, we have an exceptional group of attorneys experienced in pursuing class action claims on behalf of our clients. Our attorneys understand the strategic choices plaintiffs' counsel make in important situations. We evaluate potential opportunities to maximize recovery and counsel clients on whether they should opt out of the class and file a separate action or remain part of the class and, if there is a settlement or recovery, how to respond.

In class actions, clients rely on Schnader's extensive trial experience, as well as our excellent brief writing and negotiation skills. Ever mindful of our client's business objectives and resources, we prepare every case with the goal of winning at trial. Our experience on both sides of the class action bar enables us to make smarter decisions and advocate most effectively on behalf of all of our clients.

# Specific examples of class action cases include the following:

- Schnader represented three railroads in class actions filed on behalf of residents and businesses in Gloucester County, New Jersey. The plaintiffs allegedly suffered economic loss after a train passing over a bridge derailed and released vinyl chloride vapor into the atmosphere. After

removal to federal district court, Schnader was successful in defeating motions for class certification. Schnader then worked with co-counsel to defend and mediate the individual cases.

- Schnader served as counsel to a defendant in a class action brought under the Telephone Consumer Protection Act. The case was ultimately settled on an individual basis after expert discovery.

- Schnader represented the defendant in *Bloodworth v. TBF Financial, Inc.*, a class action complaint asserting that defendant's efforts to collect credit card debt did not comply with the requirements of the Fair Debt Collection Practices Act. We filed a motion to dismiss. Before the motion was decided, the parties attended a scheduled mediation at which the case settled for a nominal amount.

- Schnader serves as class counsel for individuals incarcerated presently or in the future at Allegheny County Jail and who have a serious mental health condition. The litigation alleges that Allegheny County fails to provide constitutionally adequate mental health care and violates the Americans with Disabilities Act and other constitutional and statutory requirements.

- Schnader represented a class of pilots in the lawsuit against their union, arising from American Airline's 2001 acquisition of TWA. The pilots alleged that the union breached its duty of fair representation in connection with the transaction, resulting in unfair seniority integration. After a six-week jury trial in federal court, Schnader lawyers obtained a jury verdict against the union on liability and causation and ultimately a substantial class-wide settlement.

- Schnader attorneys served as co-lead counsel in multidistrict antitrust litigation alleging price fixing and international market allocation in the pressure-sensitive label stock industry. Schnader attorneys coordinated discovery from multiple parties, involving millions of pages of documents and worked closely with economists to develop models to assess damages arising from the alleged conduct. As a result of these efforts, our clients obtained settlement payments representing a substantial portion of their potential damages.

- Schnader attorneys served as liaison counsel to the lead plaintiff in a securities class action against Healthcare Services Corp., which settled class-wide for $16.8 million.

- Schnader represents a medical records provider in class action lawsuits challenging its pricing for medical records.

- Schnader attorneys represented Pennsylvania car owners in class actions against auto insurers alleging that the insurers failed to provide drivers with a mandatory discount for antitheft devices. These cases all resulted in settlements with the defendants.

# Contacts

Ira Neil Richards - Chair

215-751-2503

# Schnader | *The Higher Calling of the Law*



# Lisa J. Rodriguez
## Partner

ljrodriguez@schnader.com

Office: Cherry Hill, NJ

Phone Number: 856-482-5741

Lisa J. Rodriguez is the managing partner of the Firm's Cherry Hill, New Jersey office. She has decades of experience in litigating complex, multiparty class actions for business and government agencies on both the plaintiffs' and defendants' sides. Her class action experience spans a variety of substantive areas, including antitrust, securities, and consumer matters. She represents clients in matters involving intellectual property issues, corporate governance issues, and franchise. As an appellate advocate, Ms. Rodriguez frequently briefs and argues appeals in both state and federal appellate courts.

Ms. Rodriguez is actively involved in the Federal Bar of the United States District Court for the District of New Jersey. She is a Past President of the Association of the Federal Bar of the District of New Jersey, 2011-2012. She is currently a member the Lawyers Advisory Committee for the District of New Jersey, a committee that serves the District Court and among other things, serves as a liaison and a method of communication between the bench, bar, and the public.

Ms. Rodriguez was instrumental in developing the Brown Bag Lunch Series sponsored by the Association of the Federal Bar of New Jersey, in cooperation with the Judges of the District Court for the District of New Jersey. This is a lunch time continuing education program during which a panel of District Court Judges and federal court practitioners address issues of federal practice and procedure.

Ms. Rodriguez is a frequent panel speaker. She has appeared for the Practicing Law Institute on Securities Regulation and the Philadelphia Bar Education Center on consumer and class action issues. She has spoken at a HarrisMartin Antitrust Pay-for-Delay Litigation Conference and the American Bar Association National Institute on Class Actions. She has also appeared for the New Jersey Institute for Continuing Education on a variety of topics, including best appellate practices and class actions practices and procedures.

# Representative Matters

# Intellectual Property

Ms. Rodriguez' intellectual property experience includes:

- Serves as New Jersey counsel representing generic drug companies in patent infringement cases.
- Represented tech company in patent infringement litigation.

# Class Action Experience

Ms. Rodriguez' class action experience includes:

- Represented three defendants against whom consumer fraud claims were brought, challenging their automated email unsubscribe process.
- Successfully defended class certification brought against a medical records provider.
- Served as co-counsel in a five week trial on behalf of a class of pilots who were denied seniority when their airline was purchased by another airline, successfully leading to a liability verdict on behalf of the class of airline pilots.
- Appointed by the court to serve as class counsel on behalf of the inmates of the Camden County Correctional Facility in an unconstitutional overcrowding action. As a result of the parties' combined efforts in that case, the inmate processing through the entire Camden County criminal justice system was revamped, resulting in the substantial reduction of the inmate population. In connection with that case, Camden County became the first county in New Jersey to offer a pretrial services program to county and state inmates.
- Served as co-lead counsel in class actions challenging the practices of some companies in the rent-to-own industry in New Jersey, obtaining summary judgment on liability and damages on behalf of three certified classes.

# Antitrust

In the antitrust field, Ms. Rodriguez' experience includes:

- Serves as liaison counsel in pay-for-delay antitrust litigation pending in the United States District Court for the District of New Jersey.
- Represents indirect purchasers of ductile pipe in antitrust litigation pending in the United States District Court for the District of New Jersey.
- Served as liaison counsel in a number of federal court actions in actions relating to the pricing of various name brand and generic drugs.
- Court appointed by United States District Court Judge to serve as a member of the steering committee in a MDL antitrust litigation pending in the United States District Court for the District of New Jersey,

# Publications

Ms. Rodriguez is a contributing editor for the New Jersey Federal Civil Procedure Manual (Appeals), 2016-2020.

# Community and Pro Bono

- Serves as the Chair of the Board of Camden Center for Law and Social Justice, an organization that seeks to promote justice for the working poor in Southern New Jersey.
- Trustee of Legal Services of New Jersey

# Education

- George Washington University Law School, J.D., with honors
- George Washington University, B.A

# Bar Admissions

- New Jersey
- Pennsylvania

# Court Admissions

- U.S. Supreme Court
- Supreme Court of New Jersey
- Supreme Court of Pennsylvania
- U.S. Court of Appeals for the Third Circuit
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Eastern District of Pennsylvania
- U.S. District Court for the Northern District of California

# Clerkships

- Honorable Mitchell H. Cohen, U.S. District Court for the District of New Jersey

# Professional Affiliations

- Disciplinary Review Board, Supreme Court of New Jersey, Member
- Co-Chair of the New Jersey Fellow of The American Bar Foundation
- New Jersey Lawyers' Fund for Client Protection, past-chairman
- Lawyers Advisory Committee of the U.S. District Court for the District of New Jersey, Member
- New Jersey Supreme Court Ad Hoc Committee on the Uniform Bar Examination (2015-2016)
- Served on the Third Circuit Task Force on the Selection of Class Counsel (appointed by Chief Judge Edward Becker)
- Bar Association of the Third Federal Circuit, Board of Governors
- Association of the Federal Bar of New Jersey, Past President
- New Jersey State Bar Association Business and Commercial Litigation Committee, former co-chair; former chair of Class Action Committee

## Other Distinctions

- Recipient, 2014 Professional Lawyer of the Year Award, Association of the Federal Bar of New Jersey and New Jersey Commission on Professionalism in the Law*
- Listed in *The Best Lawyers in America* in Mass Tort Litigation/Class Actions - Plaintiffs, 2016-2023*
- Recognized by "New Jersey Super Lawyers" in the area of class action law, 2014-2018, 2021*
- Named among "Pennsylvania Super Lawyers," 2012-2019*

*No aspect of this advertisement has been approved by the Supreme Court of New Jersey. Further information on methodologies is available via these links.*

## Practices

- Antitrust and Trade Regulation
- Appellate Practice
- Business Governance Litigation and Shareholder Disputes
- Class Action
- Financial Services Litigation
- Intellectual Property
- Litigation

## Industries

- Aviation
- Higher Education