# **EXHIBIT G**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br>Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>Hon. Edward S. Kiel, U.S.M.J. |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and twenty-five (525) class action cases since its inception. I am over 21 years of age and am not a party to the action. I have personal knowledge of the facts set forth herein, and if called on to testify I could and would do so to the best of my ability.

**MAILING OF THE POSTCARD NOTICE**

2. Pursuant to the Court's Order Preliminarily Approving the Settlement, Certifying Settlement Class, Approving Notice to the Class and Scheduling Final Approval Hearing dated January 18, 2023 (Dkt. No. 63, the "Preliminary Approval Order"), SCS was approved as Claims

Administrator to supervise and administer the notice procedure, as well as the processing of claims, in connection with the Settlement in the above-captioned Action.[1]

3. To provide notice to those persons and entities who purchased or otherwise acquired Braskem S.A. ("Braskem") American Depositary Receipts ("ADRs") during the period from March 21, 2019 and July 8, 2020, both dates inclusive, ("Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Class. A true and correct copy of the Postcard Notice is attached hereto as **Exhibit A**.

4. SCS sent the Depository Trust Company ("DTC") a Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice and Claim Form") for the DTC to publish on its Legal Notice System ("LENS") on January 31, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. **Exhibit B** is a copy of the Notice and Claim Form.

5. As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers/owners whose securities are held in "street name" — *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers/owners. The names and addresses of these beneficial purchasers/owners are known only to the nominees. SCS maintains a proprietary master list consisting of 794 banks and brokerage companies ("Nominee

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation and Agreement of Settlement dated as of December 15, 2022 (Dkt. No. 59-2, the "Stipulation")

Account Holders"), as well as 914 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On January 31, 2023, SCS caused a letter to be mailed or e-mailed to the 1,708 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either (a) send the Postcard Notice directly to their customers who may be beneficial purchasers/owners, (b) email an electronic copy of the Summary Notice or direct link to the Notice and Claim Form supplied by SCS to beneficial purchasers/owners; or (c) provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly email notice, where email addresses were provided, or mail the Postcard Notice. A copy of the letter sent to these nominees is attached as **Exhibit C.**

6. SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 318 individuals and organizations identified in the transfer records provided to SCS by Braskem's transfer agent. These records reflect persons and entities that purchased Braskem ADR's for their own account, or for the account(s) of their clients, during the Class Period. The transfer record mailing was completed on February 6, 2023. Following this mailing, SCS received 1,061 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received requests from nominees for 3,540 copies of the Postcard Notice so that the nominees could forward them directly to their customers, and SCS received notice from a nominee that they mailed 124 Postcard Notices to their customers. To date, 5,043[2] Postcard Notices have been mailed to potential Settlement Class Members.

[2] Out of the 5,043 Postcard Notices mailed, SCS received six requests from potential Settlement Class Members for the Notice and Claim Form to be mailed. SCS immediately mailed the potential Settlement Class Members a copy of the Notice and Claim Form.

7. Additionally, a nominee notified SCS that it emailed 3,453 of its clients to notify them of this settlement and provided a direct link to the Notice and Claim Form on the settlement webpage.

8. In total, 8,496 potential Settlement Class Members were either mailed a Postcard Notice or emailed a direct link to the Notice and Claim Form.

9. Out of the 5,043 Postcard Notices mailed, 197 were returned as undeliverable. Of these, the United States Postal Service provided forwarding address for 15, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 182 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 40 were re-mailed to updated addresses.

**PUBLICATION OF THE SUMMARY NOTICE**

10. Pursuant to the Court's Preliminary Approval Order, the Summary Notice was published once in *Investor's Business Daily* and transmitted once over *PR Newswire*, as shown in the confirmations of publication attached hereto as **Exhibit D.** The Summary Notice publication was completed on February 6, 2023.

**TOLL-FREE PHONE LINE**

11. SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

**SETTLEMENT WEBPAGE**

12. On January 30, 2023, SCS established a page on its website at www.strategicclaims.net/Braskem. The webpage is accessible 24 hours a day, 7 days a week. The

webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Notice and Claim Form, the Postcard Notice, the Summary Notice, the Preliminary Approval Order, and the Stipulation with exhibits.

**REPORT ON EXCLUSIONS AND OBJECTIONS**

13. The Notice, Summary Notice, Postcard Notice, and the webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than April 3, 2023. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has received no requests for exclusion.

14. According to the Notice, Summary Notice, Postcard Notice, and webpage, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation of the Net Settlement Fund, the Judgment contemplated by the Stipulation, and/or the application for attorneys' fees and reimbursement of expenses are required to submit their objection in writing such that the request is received by Co-Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than April 19, 2023. As of the date of this declaration, SCS has neither received nor been notified of the filing of any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of April 2023, in Media, Pennsylvania.

Josephine Bravata

Josephine Bravata

# EXHIBIT A

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

Important Notice authorized by the United States District Court for the District of New Jersey

*This Notice may affect your legal rights.*

*Please read it carefully.*

*You may be entitled to a payment.*

Braskem S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street., Suite 205
Media, PA 19063

*Coutinho v. Braskem S.A., et al.*, *2:20-cv-11366-CCC-ESK*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT* WWW.STRATEGICCLAIMS.NET/BRASKEM *FOR MORE INFORMATION.*

The United States District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of claims brought against Braskem S.A. ("Braskem"), Roberto Lopes, Pontes Simões, Fernando Musa, and Pedro Van Langendonck Teixeira De Freitas (collectively, "Defendants"). This proposed Settlement would resolve the lawsuit in which Lead Plaintiff alleges that the Defendants violated federal securities laws by issuing untrue or materially misleading information that artificially inflated the price of Braskem American Depositary Receipts ("ADRs"). The Defendants deny any wrongdoing. The Settling Parties disagree on both liability and damages.

You are receiving this Notice because you or someone in your family may have purchased or acquired Braskem ADRs during the period from March 21, 2019 through July 8, 2020, both dates inclusive ("Class Period"), and thus you may be a member of the settlement class (the" Settlement Class") consisting, with certain exceptions, of all persons or entities who purchased or otherwise acquired a legal or beneficial ownership interest in Braskem ADRs during the Class Period. If the Settlement is approved, a Settlement Fund of $3,000,000 in cash, less attorneys' fees and expenses, will be used to pay Settlement Class Members who submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation and Agreement of Settlement and obtain a copy of the detailed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/Braskem. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Braskem S.A. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (2) phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To be considered for recovery, you must submit a Proof of Claim. *PROOFS OF CLAIM MUST BE SUBMITTED BY APRIL 19, 2023 TO THE CLAIMS ADMINISTRATOR AT BRASKEM S.A. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, 600 N. JACKSON STREET, SUITE 205, P.O. BOX 230, MEDIA, PA 19063, OR ELECTRONICALLY AT WWW.STRATEGICCLAIMS.NET/BRASKEM*. If you do not want to be legally bound by the Settlement and want to retain the right to sue the Defendants on your own regarding the legal claims in this case, you must request exclusion by April 3, 2023. If you exclude yourself, you will not be eligible for recovery under the Settlement. If you do not like any part of the Settlement and would like to tell the Court why it should not be approved, you must file an objection by April 19, 2023. The detailed Notice explains how to exclude yourself or object. *If you do nothing, all of your claims against the Defendants will be released, but you will not receive money from this Settlement.*

The Court will hold a hearing in this case on May 3, 2023 at 1:30 p.m. at the Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square – Room 347, Newark, NJ 07102 in Courtroom 8 to consider whether the Settlement is fair, reasonable, and adequate; to hear objections; and to consider Co-lead Counsel's request for attorneys' fees of up to 33% of the Settlement Fund and expenses. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, contact the Claims Administrator at (866) 274-4004 or visit the website, www.strategicclaims.net/Braskem.

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br>Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>Hon. Edward S. Kiel, U.S.M.J. |

**NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED BRASKEM S.A. ("BRASKEM") AMERICAN DEPOSITARY RECEIPTS (ADRs) DURING THE PERIOD FROM MARCH 21, 2019 AND JULY 8, 2020, BOTH DATES INCLUSIVE (THE "CLASS PERIOD").**

**EXCLUDED FROM THE CLASS ARE DEFENDANTS AND MEMBERS OF THE IMMEDIATE FAMILY OF ANY DEFENDANT, ANY ENTITY IN WHICH ANY DEFENDANT HAS, OR HAD DURING THE CLASS PERIOD, A CONTROLLING INTEREST, THE OFFICERS AND DIRECTORS OF THE COMPANY DURING THE CLASS PERIOD, AND LEGAL REPRESENTATIVES, AGENTS, EXECUTORS, HEIRS, SUCCESSORS, OR ASSIGNS OF ANY OF THE FOREGOING EXCLUDED PARTIES OR ENTITES WHO ASSERT AN INTEREST IN BRASKEM ADRs THROUGH OR ON BEHALF OF ANY SUCH EXCLUDED PERSONS OR ENTITIES.**

***PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY LEGAL PROCEEDINGS IN THIS LITIGATION. IF YOU ARE A MEMBER OF THE CLASS DESCRIBED HEREIN, YOU MAY BE ENTITLED TO RECEIVE A PAYMENT PURSUANT TO THE PROPOSED SETTLEMENT DESCRIBED BELOW.***

1. **CLASS RECOVERY:** This Notice has been sent to you pursuant to an Order of the United States District Court, District of New Jersey (the "Court") in the above-captioned action (the "Action"). One of the purposes of this Notice is to inform you of the proposed Settlement[1] of the Action for $3 million. Lead Plaintiff estimates there were approximately 17.1 million allegedly damaged Braskem ADRs purchased or otherwise acquired during the Class Period. Pursuant to the Plan of Allocation, if all affected Braskem ADRs elect to participate in the Settlement, the average recovery per ADR would be $.18 before deduction of any fees, expenses, costs, and awards described herein. The actual amount disbursed to members of the Class who participate in the Settlement may be more or less than this figure.

2. **POTENTIAL OUTCOME OF THE CASE:** Lead Plaintiff and Defendants disagree on both liability and damages and do not agree on the average amount of damages per ADR, if any, that would be recoverable if the Class prevailed on any claim alleged. Lead Plaintiff and Defendants disagree on, among other things, whether Defendants engaged in conduct that would give rise to any liability to the Class under the federal

[1] All capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation and Agreement of Settlement dated December 15, 2022 (the "Stipulation").

securities laws, whether Defendants have valid defenses to any such claims of liability, and the amount of damages per ADR, if any, Lead Plaintiff would be able to prove at trial, the methodology used to determine any such damages, and whether there were any mitigating circumstances which would reduce any or all of the damages alleged by Lead Plaintiff.

3. **REASONS FOR SETTLEMENT:** Lead Plaintiff believes that the proposed Settlement is fair, reasonable, and adequate to, and in the best interests of, the Class. Lead Plaintiff and his counsel have reached this conclusion after investigating and considering, among other things, the strengths and weaknesses of Lead Plaintiff's claims against Defendants, including the Defendants' contentions that the Class's claims are without merit, the uncertainties of this complex litigation, and the concrete benefits provided by the Settlement to the members of the Class. Without admitting any wrongdoing or liability on their part whatsoever, Defendants are nevertheless willing to agree to make the payment provided for by the Stipulation provided that all of the claims of the Class are settled and compromised, in order to eliminate the uncertainty, risks, costs, and burdens inherent in any litigation, especially in complex cases like this litigation. Defendants have concluded that continuing to defend this Action would be expensive and protracted. Defendants have denied and continue to deny each and all of the claims alleged by Lead Plaintiff in this Action. Defendants have denied and continue to deny all charges of wrongdoing and liability against them arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in this Action. Defendants also have denied and continue to deny, among other things, the allegations that Lead Plaintiff or the Class has suffered any damages, or that Lead Plaintiff or the Class was harmed by the conduct alleged in this Action.

4. **ATTORNEYS' FEES AND COSTS SOUGHT:** Co-lead Counsel has not received any payment for its services in conducting this litigation on behalf of Lead Plaintiff and the members of the Class, nor has it been reimbursed for its out-of-pocket expenditures. If the Settlement is approved by the Court, Co-lead Counsel will apply to the Court for attorneys' fees not to exceed 33% of the Settlement Amount, reimbursement of expenses not to exceed $55,000, and an award to Lead Plaintiff of up to $5,000. If the amount requested by Co-lead Counsel is approved by the Court, the average cost would be $.06 per ADR.

5. **IDENTIFICATION OF CLASS COUNSEL:** For further information regarding this Settlement please contact Co-lead Counsel: Matthew M. Guiney, Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, guiney@whafh.com, or Michael S. Bigin, Bernstein Liebhard LLP, 10 East 40th Street, New York, New York 10016, bigin@bernlieb.com.

## I. THE CLASS INVOLVED IN THE PROPOSED SETTLEMENT

The proposed Settlement affects the rights of the members of the Class. The Class consists of:

> All persons or entities who purchased or otherwise acquired a legal or beneficial ownership interest in Braskem ADRs during the Class Period. Excluded from the Settlement Class are: (1) Defendants and members of the immediate family of any Defendant; (2) any entity in which any Defendant has, or had during the Class Period, a controlling interest; (3) the officers and directors of Braskem during the Class Period; and (4) the legal representatives, agents, executors, heirs, successors, or assigns of any of the foregoing excluded persons or entities who assert an interest in Braskem ADRs through or on behalf of any such excluded persons or entities. Also excluded from the Settlement Class are any putative Settlement Class Members who exclude themselves by filing a request for exclusion in accordance with the requirements set forth in this Notice.

***The sending of this Notice should not be construed as any indication of the Court's view as to the merits of any claims or defenses asserted by any party to this Action.***

## II. THE LITIGATION

### Summary of the Litigation

The Court handling this Action is the United States District Court for the District of New Jersey, and the case is known as *Coutinho v. Braskem S.A., et al.*, 2:20-cv-11366-CCC-ESK (D.N.J.). The Court appointed Lead Plaintiff to represent the putative Class. The Defendants in this Action are Braskem, Roberto Lopes Pontes Simões, Fernando Musa, and Pedro Van Langendonck Teixeira De Freitas.

This Action alleges violations of the Federal Securities Laws (specifically Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §78j(b) and 78(t)(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5)) against Defendants.

Braskem is a publicly traded corporation with its principal place of business located in Sao Paulo, Brazil.

During the Class Period, Braskem's ADRs traded on the New York Stock Exchange under the ticker symbol "BAK" and also on the OTC market.

Lead Plaintiff alleges that, during the Class Period, Braskem's ADR price was artificially inflated as a result of materially misleading statements made regarding Braskem's role in, and extent of liability for damages from, ground subsidence at Braskem's salt mine in Alagoas, Brazil, which forced many residents of adjacent areas to vacate their homes and businesses. Defendants deny Lead Plaintiff's allegations that they made materially misleading statements or omissions to investors and further deny that they are liable to the Lead Plaintiff and/or the Settlement Class or that Lead Plaintiff or other members of the Settlement Class suffered any injury.

**Investigation and Research Conducted by Co-lead Counsel**

Before agreeing to the Settlement, Co-lead Counsel conducted extensive investigation and research into the merits of the Action. This investigation has included consultation with experts concerning the amount of damages suffered by the Class; detailed reviews of Braskem's public filings, SEC filings, press releases, and other public statements; documents from Brazilian governmental agencies; witness interviews; review of analyst reports, financial analysts, and industry analysts relating to Braskem; and research of the applicable law with respect to the claims asserted in the complaints filed in the Action, and the potential defenses thereto.

**Proposed Settlement**

Co-lead Counsel and Defendants' respective counsel participated in protracted negotiations on multiple telephone conferences. During these negotiations, the Parties discussed, among other things, the respective claims and defenses, damage analyses, legal analyses, the evidence to be offered by the Parties at trial, and other important factual and legal issues.

These negotiations resulted in the agreement to settle all claims of the Class against the Defendants, *i.e.*, the Stipulation, entered into on December 15, 2022. Co-lead Counsel believes that the claims asserted in the Action have merit and that the evidence developed to date in the Action supports the claims asserted therein. Co-lead Counsel also believe the Class would present supporting evidence at trial establishing liability against the Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

Co-lead Counsel, however, recognizes and acknowledges the expense and length of continued proceedings, trial, and appeals, and has taken into account the uncertain outcome and the risk of any litigation, especially complex actions such as here. They are also mindful of the inherent problems of proof under, as well as the defenses to, the federal securities laws violations asserted in this Action, including the defenses asserted by Defendants.

In light of the foregoing, Co-lead Counsel believes that the Settlement set forth in the Stipulation confers a meaningful benefit upon the Class. Based on their evaluation, Co-lead Counsel has determined that the Settlement is in the best interests of the Class.

**The Release**

If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims in this Action and will provide that Lead Plaintiff and all other Settlement Class Members, on behalf of themselves, and their respective past and present directors, officers, employees, agents, trustees, fiduciaries, guardians, servants, consultants, underwriters, attorneys, advisors, representatives, estate trustees, heirs, executors, administrators, predecessors, successors and assigns, and any other person claiming by, through or on behalf of them, shall be deemed by operation of law to (a) have released, waived, discharged and dismissed each and every of the Released Claims against the Released Parties; and (b) forever be enjoined from commencing, instituting or prosecuting any or all of the Released Claims against any of the Released Parties and (c) forever be enjoined from instituting, continuing, maintaining or asserting, either directly or indirectly, whether in the United States or elsewhere, on their own behalf or on behalf of any class or any other person, any action, suit, cause of

action, claim or demand against any person or entity who may claim any form of contribution or indemnity from any of the Released Parties in respect of any Released Claim.

"Released Claims" means any and all claims, debts, demands, rights or causes of action or liabilities whatsoever (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, penalties, expenses or liability whatsoever, whenever or wherever incurred), whether based on federal, state, local, foreign, statutory, or common law or any other law, rule or regulation, whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, at law or in equity, matured or unmatured, whether class, individual, or otherwise in nature, whether personal or subrogated, whether suspected or unsuspected, including both known Claims and Unknown Claims, (1) that have been asserted in this Action against any of the Released Parties, or (2) that have been or could have been asserted in this Action or any forum by Lead Plaintiff, or any Settlement Class Member against any of the Released Parties which in any way, directly or indirectly, arise out of, are related to, or are based upon (i) the purchase, sale, transfer, acquisition of Braskem ADRs before or during the Class Period and (ii) any allegations, transactions, facts, matters or occurrences, representations or omissions that were or could have been alleged, involved, set forth, or referred to in any of the complaints in this Action, including (without limitation) any alleged misrepresentation or omission concerning (a) Braskem's alleged role in causing alleged earthquakes, ground subsidence, or other geological events in Alagoas, Brazil, (b) any related liabilities, (c) any related investigations or proceedings, or (d) any actual or potential impact of the foregoing on the Company's salt mining operations or financial condition. Notwithstanding the foregoing, "Released Claims" does not include claims relating to the enforcement of the Settlement or its terms. "Released Claim" means any one of the Released Claims.

"Released Parties" means the Defendants; each of their respective current and former officers, directors, employees, agents, servants, representatives, parents, subsidiaries, affiliates, controlled persons, controlling persons, successors, predecessors, assigns, assignees, attorneys, accountants, advisors, insurers, family members and partners; and each of their respective heirs, executors, administrators, legal representatives, successors and assigns. "Released Party" means any one of the Released Parties.

"Unknown Claims" means any and all Released Claims that Lead Plaintiff or any Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties, and any of the Settled Defendants' Claims which Defendants do not know or suspect to exist in his, her or its favor, which if known by him, her or it might have affected his, her or its decision(s) with respect to the Settlement. With respect to any and all Released Claims and Settled Defendants' Claims, Lead Plaintiff and Defendants stipulate and agree that upon the Effective Date, Lead Plaintiff and Defendants shall each, for themselves and all persons claiming by, through, or on behalf of them, expressly waive, and each Settlement Class Member shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, that is similar, comparable, or equivalent to Cal. Civ. Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

## III. PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Braskem.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately

allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-sectarian charitable organization(s) selected by Co-lead Counsel and approved by the Court.

The Plan of Allocation has taken into consideration the Limitation on Damages provision of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(e), as well as the principles of economic loss articulated by the Supreme Court in *Dura Pharmaceuticals, Inc. v. Broudo,* 544 U.S. 336 (2005).

**<u>THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS</u>:**

**(I) Recognized Loss for the Braskem ADRs purchased or otherwise acquired during the Class Period will be calculated as follows:**

(A) For ADRs purchased or otherwise acquired during the Class Period <u>and sold during the Class Period</u>, the Recognized Loss per ADR will be the *lesser* of: (1) the inflation per ADR upon purchase (as set forth in Inflation Table A below) less the inflation per ADR upon sale (as set forth in Inflation Table A below); or (2) the purchase price per ADR minus the sales price per ADR.

(B) For ADRs purchased or otherwise acquired during the Class Period <u>and sold during the period July 9, 2020 through October 6, 2020</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per ADR upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per ADR and the average closing ADR price as of date of sale provided in Table B below.

(C) For ADRs purchased or otherwise acquired during the Class Period <u>and retained as of the close of trading on October 6, 2020</u> the Recognized Loss will be the *lesser* of: (1) the inflation per ADR upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per ADR minus $8.50[2] per ADR.

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $8.50 per ADR was the mean (average) daily closing trading price of the Company's ADRs during the 90-day period beginning on July 9, 2020 through and including on October 6, 2020.

| INFLATION TABLE A | |
|---|---|
| **Period** | **Inflation** |
| March 21, 2019 to April 2, 2019 inclusive | $2.78 per ADR |
| April 3, 2019 to May 8, 2019, inclusive | $1.94 per ADR |
| May 9, 2019 to July 8, 2020, inclusive | $0.47 per ADR |
| July 9, 2020 | $0.00 per ADR |
| After July 9, 2020 | $0.00 per ADR |

**Table B**

| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/9/2020 | $8.93 | $8.87 | | 8/7/2020 | $8.68 | $9.06 | | 9/8/2020 | $8.46 | $8.78 |
| 7/10/2020 | $8.87 | $8.87 | | 8/10/2020 | $9.40 | $9.07 | | 9/9/2020 | $8.32 | $8.77 |
| 7/13/2020 | $8.66 | $8.80 | | 8/11/2020 | $9.27 | $9.08 | | 9/10/2020 | $8.17 | $8.76 |
| 7/14/2020 | $8.89 | $8.82 | | 8/12/2020 | $8.99 | $9.08 | | 9/11/2020 | $8.08 | $8.75 |
| 7/15/2020 | $9.02 | $8.86 | | 8/13/2020 | $8.90 | $9.07 | | 9/14/2020 | $8.36 | $8.74 |
| 7/16/2020 | $9.13 | $8.91 | | 8/14/2020 | $8.84 | $9.06 | | 9/15/2020 | $8.55 | $8.73 |
| 7/17/2020 | $9.38 | $8.97 | | 8/17/2020 | $8.57 | $9.04 | | 9/16/2020 | $8.44 | $8.73 |
| 7/20/2020 | $9.41 | $9.03 | | 8/18/2020 | $8.75 | $9.03 | | 9/17/2020 | $8.73 | $8.73 |
| 7/21/2020 | $9.45 | $9.08 | | 8/19/2020 | $8.55 | $9.02 | | 9/18/2020 | $8.15 | $8.72 |
| 7/22/2020 | $9.47 | $9.12 | | 8/20/2020 | $8.74 | $9.01 | | 9/21/2020 | $8.15 | $8.71 |
| 7/23/2020 | $9.30 | $9.13 | | 8/21/2020 | $8.58 | $9.00 | | 9/22/2020 | $8.26 | $8.70 |
| 7/24/2020 | $9.34 | $9.15 | | 8/24/2020 | $8.66 | $8.99 | | 9/23/2020 | $7.61 | $8.68 |
| 7/27/2020 | $9.28 | $9.16 | | 8/25/2020 | $8.46 | $8.97 | | 9/24/2020 | $7.59 | $8.66 |
| 7/28/2020 | $9.25 | $9.17 | | 8/26/2020 | $8.09 | $8.95 | | 9/25/2020 | $7.49 | $8.64 |
| 7/29/2020 | $9.29 | $9.17 | | 8/27/2020 | $7.98 | $8.92 | | 9/28/2020 | $7.04 | $8.61 |
| 7/30/2020 | $9.22 | $9.18 | | 8/28/2020 | $8.10 | $8.90 | | 9/29/2020 | $7.10 | $8.58 |
| 7/31/2020 | $8.79 | $9.15 | | 8/31/2020 | $7.77 | $8.87 | | 9/30/2020 | $7.47 | $8.56 |
| 8/3/2020 | $8.78 | $9.13 | | 9/1/2020 | $7.99 | $8.85 | | 10/1/2020 | $7.46 | $8.54 |
| 8/4/2020 | $8.47 | $9.10 | | 9/2/2020 | $8.04 | $8.83 | | 10/2/2020 | $7.30 | $8.52 |
| 8/5/2020 | $8.75 | $9.08 | | 9/3/2020 | $7.97 | $8.80 | | 10/5/2020 | $7.66 | $8.51 |
| 8/6/2020 | $8.96 | $9.08 | | 9/4/2020 | $8.28 | $8.79 | | 10/6/2020 | $7.86 | $8.50 |

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's ADRs during the Class Period, the value of the Recognized Loss will be zero, and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in Braskem ADRs during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of Braskem ADRs shall not be deemed a purchase, acquisition or sale of ADRs for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase. The date of covering a "short sale" is deemed to be the date of purchase of Braskem ADRs, and the date of a "short sale" is deemed to be the date of sale of Braskem ADRs.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form

enclosed with this Notice, you must provide all of your purchases and acquisitions of Braskem ADRs during the time period from March 21, 2019 through and including October 6, 2020.

There shall be no Recognized Loss attributed to any Braskem securities other than ADRs. Settlement Class Members who do not submit valid Proofs of Claim will not share in the Settlement proceeds. Settlement Class Members who do not either submit a request for exclusion or submit a valid Proof of Claim and Release Form will nevertheless be bound by the Settlement and the Order and Final Judgment of the Court dismissing this Action. No claim will be recognized for Braskem ADRs purchased or otherwise acquired prior to March 21, 2019. No claim will be recognized for Braskem ADRs purchased or otherwise acquired on or after July 9, 2020.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Co-lead Counsel or the Claims Administrator or other agent designated by Co-lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

## IV. REQUESTING EXCLUSION FROM THE CLASS

**IF YOU ARE A MEMBER OF THE CLASS, YOU MAY BE ELIGIBLE TO SHARE IN THE BENEFITS OF THIS SETTLEMENT AND WILL BE BOUND BY ITS TERMS UNLESS YOU EXCLUDE YOURSELF FROM THE CLASS.**

Each Settlement Class Member shall be bound by all determinations and judgments of the Court in connection with the Settlement, whether favorable or unfavorable, unless such Settlement Class Member shall mail, by first class mail, sufficient postage prepaid, a written request for exclusion from the Class, **received no later than April 3, 2023,** addressed to the Claims Administrator at: Braskem S.A. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Suite 205, P.O Box 230, Media, PA 19063. Each request for exclusion must: (i) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Class in *Coutinho v. Braskem S.A., et al.*, 2:20-cv-11366-CCC-ESK (D.N.J.)"; (iii) state the number of Braskem ADRs that the person or entity requesting exclusion (A) owned as of the opening of trading on March 21, 2019 and (B) purchased/acquired and/or sold during the Class Period, as well as the dates, number of ADRs, and prices of each such purchase/acquisition and sale; and (iv) be signed by the person or entity requesting exclusion or an authorized representative. A request for exclusion shall not be effective unless submitted within the time and in the form and manner provided for herein. **You cannot exclude yourself by telephone, email, or fax.**

**If a person or entity who is a Settlement Class Member duly requests to be excluded from the Class, such person or entity will not be bound by any orders or judgments entered in respect of the Settlement and shall not be entitled to receive any benefits provided by the Settlement in the event it is finally approved by the Court.**

If a judgment approving the Settlement provided for in the Stipulation is finally entered, all Settlement Class Members who have not requested exclusion shall conclusively be deemed to have released and shall thereafter be barred from asserting any of the Released Claims against the Released Parties.

## V. STATEMENT OF ATTORNEYS' FEES AND COSTS SOUGHT

Before final approval of the Settlement, Co-lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33% of the Settlement Fund, plus interest. Co-lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $55,000, plus interest, as well as an award to the Lead Plaintiff of up to $5,000. Co-lead Counsel believes its intended fee request to be fair and reasonable. Co-lead Counsel has litigated this case on a wholly contingent basis and has received no compensation during the period the case has been pending. Co-lead Counsel expended considerable time and expense during the Action. Had the case not been successful, Co-lead Counsel would have sustained a considerable financial loss.

## VI. THE SETTLEMENT FAIRNESS HEARING

The Settlement Fairness Hearing shall be held before Honorable Edward S. Kiel at 1:30 p.m., in Courtroom 8 of the Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square – Room 347, Newark, NJ 07102, for the following purposes: (a) to determine whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class, and should be finally approved by the Court; (b) to determine whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Class, Lead Plaintiff should be certified as class representative for the Class, and Co-lead Counsel should be appointed as class counsel for the Class; (c) to determine whether a Judgment substantially in the form attached as Exhibit B to the Stipulation should be entered dismissing the Action with prejudice against Defendants; (d) to determine whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (e) to determine whether the motion by Co-lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved; and (f) to consider any other matters that may properly be brought before the Court in connection with the Settlement.

***The Settlement Fairness Hearing may be adjourned or continued from time to time by the Court without further notice to the Class other than an announcement at such Settlement Fairness Hearing or at any adjournment or continuance thereof.***

Any Settlement Class Member who does not timely and validly request exclusion from the Class and who objects to the Settlement, the proposed Plan of Allocation of the Net Settlement Fund, the Judgment contemplated by the Stipulation, and/or the application for attorneys' fees and reimbursement of expenses, or who otherwise wishes to be heard with respect to any of the foregoing, may appear in person or by attorney at the Settlement Fairness Hearing, at their own expense, and present any evidence or argument that may be proper and relevant. However, no person shall be heard, and no papers, briefs, pleadings, or other documents submitted by any such person shall be considered by the Court unless, no later than April 19, 2023, (1) the full name, address, and phone number of the person or entity filing the objection, (2) a notice of the person's or entity's intention to appear, (3) a statement of such person's or entity's objections to any matter before the Court, and (4) the grounds for such objections or the reason for such person's or entity's request to appear and to be heard, as well as the information requested in Section IV herein and all other documents and writings which such person or entity desires the Court to consider, shall be filed by such person or entity with the Clerk of the Court at the address below, and, on or before such filing, shall be delivered by hand, overnight mail, or by certified mail, return-receipt requested, sufficient postage prepaid, upon each of the following counsel of record:

| **Clerk of the Court** | **Co-Lead Counsel** | **Defendants' Counsel** |
|---|---|---|
| Frank Lautenberg Post Office<br>& U.S. Courthouse<br>2 Federal Square – Room 347<br>Newark, NJ 07102 | Wolf Haldenstein Adler Freeman<br>& Herz LLP<br>Attn: Matthew M. Guiney<br>270 Madison Avenue<br>New York, NY 10016<br><br>Bernstein Liebhard LLP<br>Attn: Michael S. Bigin<br>10 East 40th Street<br>New York, NY 10016 | Covington & Burling LLP<br>Attn: Mark P. Gimbel<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |

Any person or entity who fails to object in the manner prescribed in the paragraph immediately above shall be deemed to have waived any objections that person may have and shall be barred from raising such objections in this or any other action or proceeding. Objections directed solely to the proposed Plan of Allocation or attorneys' fees and expenses, will not affect the finality of either the Settlement or the Judgment to be entered thereto, if the Settlement is approved by the Court.

All members of the Class who do not request exclusion therefrom, in the manner provided herein, will be represented by Co-lead Counsel in connection with the Settlement, but may, if they so desire, also enter an appearance through counsel of their own choice and at their own expense.

## VII. PROOF OF CLAIM AND RELEASE FORM

***To be eligible to receive a cash distribution from the Settlement Fund, you must timely complete, sign and file a Proof of Claim and Release Form ("Proof of Claim").*** A Proof of Claim is annexed to this Notice, or available online at www.strategicclaims.net/Braskem. You may receive more than one copy of this Notice and the Proof of Claim, but you should **submit only one Proof of Claim**.

The Proof of Claim (1) **must** be completed in accordance with the Instructions on the Proof of Claim, (2) **must** enclose all documentation required by the Instructions, and (3) **must** be submitted to the Claims Administrator **online at www.strategicclaims.net/Braskem, or postmarked, if mailed on or before April 19, 2023** at the following address:

Braskem S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Proof of Claim will be deemed filed when mailed via first-class mail, sufficient postage prepaid, or the date when filed online.

Members of the Class who do not exclude themselves from the Class and who fail to submit a valid and timely Proof of Claim will nevertheless be bound by the Settlement if finally approved, and all orders and judgments entered by the Court in connection therewith.

By Order of the Court, the Proof of Claim provides for and requires a Release of all Released Claims as defined in Section II above, by all members of the Class who file Proofs of Claim. The Release will become effective on the Effective Date of the Settlement.

Each person or entity submitting a Proof of Claim thereby submits to the jurisdiction of the Court for purposes of the Action, the Settlement and any proceedings relating to such Proof of Claim, and agrees that such a filed Proof of Claim will be subject to review and further inquiry as to such person's or entity's status as a Settlement Class Member and the allowable amount of the claim.

If you would like acknowledgment of the receipt of your Proof of Claim by the Claims Administrator, please send it by certified mail, return requested, or its equivalent. **No other formal acknowledgment will be provided, and you will bear all risks of delay or non-delivery of your claim.**

## VIII. SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

Brokerage firms, banks, financial institutions, and other nominees ("Nominees") that, during the Class Period, purchased, otherwise acquired, or sold Braskem ADRs in the name of the Nominees on behalf of beneficial owners of such securities that may be Settlement Class Members, are requested to provide the Claims Administrator with the name, last known address, and email address (if available) of each such person or entity for whom the Nominee executed such transactions. The Claims Administrator will then email the Summary Notice, where an email address is available, or, if no email address is available, cause the Postcard Notice to be mailed promptly to said beneficial owners. Alternatively, Nominees may elect to provide notice directly to their beneficial holders by requesting either

an electronic copy of the Summary Notice or additional copies of the Postcard Notice from the Claims Administrator, in which case the Nominees are required to, within ten (10) calendar days of receiving the electronic Summary Notice or the Postcard Notice, email the electronic Summary Notice or mail the Postcard Notice directly to the persons for whom the transactions were made and provide the Claims Administrator with written confirmation of having done so. For either alternative, contact the Claims Administrator.

After receipt of a timely request for reimbursement and supporting documentation, the Claims Administrator will reimburse the Nominee for all reasonable costs incurred in gathering and forwarding the names, last-known addresses, and/or email addresses of beneficial owners to the Claims Administrator, or forwarding the Postcard Notice to beneficial owners, as the case may be. Nominees will be reimbursed for reasonable out-of-pocket costs incurred in providing notice to beneficial owners in an amount not to exceed $0.03, plus postage at the current pre-sort rate used by the Claims Administrator, for each Postcard Notice actually mailed by the Nominee; $0.03 per email notice sent by the Nominee; or $0.03 for each name, last-known address, and email address provided to the Claims Administrator.

## IX. FURTHER INFORMATION

This Notice merely provides a brief summary of the litigation and the proposed Settlement and is qualified by and subject in all respects to the full terms and conditions in the Stipulation. For a more detailed statement of the matters involved in the litigation, you should refer to the pleadings, the Stipulation, and the orders entered by the Court and to the other papers filed in the Action. These papers may be inspected at the Office of the Clerk of the United States District Court for the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square – Room 347, Newark, NJ 07102. If you have any questions regarding the information contained in this Notice, you may contact Co-lead Counsel in writing at the addresses specified in Section VI, above.

You may also visit the Claims Administrator's website at www.strategicclaims.net/Braskem to find the Stipulation and/or download copies of the Notice and Proof of Claim. In addition, you may request additional copies of the Notice and Proof of Claim by contacting the Claims Administrator at:

Braskem S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063
Toll-Free: (866) 274-4004
Fax: (610) 565-7985
info@strategicclaims.net

**INQUIRIES SHOULD NOT BE DIRECTED TO THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL**

Dated: January 18, 2023

By Order of the Court
United States District Court
District of New Jersey

## PROOF OF CLAIM AND RELEASE FORM

You are urged to read carefully the accompanying Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; (III) and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"). All capitalized terms used herein not otherwise defined herein shall have the same meaning as defined in the Notice.

To file a claim and recover under the Settlement of this Action, you must submit this Proof of Claim and Release Form (the "Proof of Claim"). However, such filing is not a guarantee that you will share in the proceeds of the Settlement in the Action.

**You must send your completed and signed Proof of Claim either postmarked, if mailed, or filed, if emailed, on or before April 19, 2023, addressed to the Claims Administrator at:**

Braskem S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

**You may also complete and submit a Proof of Claim electronically via the online filing system located at the Claims Administrator's website, www.strategicclaims.net/Braskem. If you choose to submit your Proof of Claim via the online filing system, it must be filed no later than April 19, 2023.**

If you are a Settlement Class Member and you do not timely request exclusion, you will be bound by the terms of any judgment entered in the Action, whether or not you submit a Proof of Claim.

If you are **not** a Settlement Class Member, **do not** submit a Proof of Claim.

**If you need assistance filling out this Proof of Claim, please contact the Claims Administrator.**

## Part I – INSTRUCTIONS FOR FILLING OUT THE PROOF OF CLAIM

**Important additional information regarding the Settlement and this Proof of Claim is contained in the accompanying Notice. Please refer to the Plan of Allocation set forth in the accompanying Notice for a detailed explanation of how a Claimant's Recognized Loss will be calculated.**

1. In order to be eligible to participate in the distribution of the Settlement Fund, a claimant ("Claimant") must have purchased or otherwise acquired Braskem S.A. ("Braskem") American Depositary Receipts ("ADRs") between March 21, 2019 and July 8, 2020, both dates inclusive (the "Class Period"), and otherwise be a member of the Class as defined in the Notice.

2. The submission of a Proof of Claim does not ensure that your claim will be upheld or that you will share in any recovery. All claims are subject to verification and investigation. You may be requested to provide further information.

3. All claims must be made by persons or entities who were beneficial owners (as opposed to record holders or nominees) of Braskem ADRs. (As outlined in the Notice, brokerage firms, banks and other nominees are requested to transmit copies of the Notice and Proof of Claim to their present or former customers who were such beneficial owners. *See* Notice, Section VIII.) If Braskem ADRs were owned jointly, all joint owners must complete and sign the Proof of Claim.

4. Executors, administrators, guardians, conservators and trustees may complete and sign the Proof of Claim on behalf of persons or entities represented by them, but they must identify such persons or entities and provide proof of their authority (*e.g.*, powers of attorney or currently effective letters testamentary or letters of administration) to do so.

5. You must file a separate Proof of Claim for each differently named account or ownership, such as an individual account, an IRA account, a joint account, a custodial account, etc. Joint tenants, co-owners or UGMA custodians should file a single claim. Claimants who file one or more claims (*e.g.*, one in Claimant's name and one for an IRA or joint ownership) must identify the other claims filed.

6. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may email the Claims Administrator's electronic filing department at efile@strategicclaims.net. Any file not submitted in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email after receiving your file. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at efile@strategicclaims.net to inquire about your file and confirm it was received and acceptable.

7. There will be no Recognized Loss attributed to any Braskem securities other than Braskem ADRs.

8. The date of purchase and/or sale of Braskem ADRs is the "trade" date and not the "settlement" date.

9. The first-in, first-out basis ("FIFO") will be applied to both purchases and sales.

10. The date of covering a "short sale" is deemed to be the date of purchase of Braskem ADRs; and the date of a "short sale" is deemed to be the date of sale of Braskem ADRs. ADRs originally sold short will have a Recognized Loss of zero.

11. No cash payment will be made on a claim where the potential distribution is less than $10.00.

12. You must attach to your claim form **copies** of brokerage confirmations, monthly statements or other documentation of your transactions in Braskem ADRs in order for your claim to be valid. Failure to provide this documentation could delay verification of your claim or could result in rejection of your claim.

13. If you have any questions or need additional Proofs of Claim, contact the Claims Administrator via the information set forth above. You may make photocopies of this form.

## PART II – CLAIMANT IDENTIFICATION

**Please complete this PART II in its entirety. The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.**

Beneficial Owner's Name

Co-Beneficial Owner's Name

Address1 (street name and number)

Address2 (apartment, unit or box number)

City | State | Zip Code

Province | Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home) | Telephone Number (work)

Email address (E-mail address is not required, but if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

Account Number (where securities were traded)[3]:

Claimant Account Type (check appropriate box)

☐ Individual (includes joint owner accounts) ☐ Pension Plan ☐ Trust
☐ Corporation ☐ Estate
☐ IRA/401K ☐ Other ____________________________ (please specify)

[3] If the account number is unknown, you may leave blank. If filing for more than one account for the same legal entity you may write "multiple." Please see ¶ 5 of the General Instructions above for more information on when to file separate Claim Forms for multiple accounts.

**PART III – SCHEDULE OF TRANSACTIONS IN BRASKEM ADRs**

| **1. HOLDINGS AS OF MARCH 21, 2019** – State the total number of Braskem ADRs held as of the opening of trading on March 21, 2019. (Must be documented.) If none, write "zero" or "0." ____________________ | Confirm Proof of Position Enclosed ○ |
|---|---|

**2. PURCHASES/ACQUISITIONS MARCH 21, 2019 THROUGH OCTOBER 6, 2020, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of Braskem ADRs from after the opening of trading on March 21, 2019 through and including the close of trading on October 6, 2020. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of ADRs Purchased/ Acquired | Purchase/ Acquisition Price Per ADR | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |

**4. SALES FROM MARCH 21, 2019 THROUGH OCTOBER 6, 2020, INCLUSIVE** – Separately list each and every sale/disposition (including free deliveries) of Braskem ADRs from after the opening of trading on March 21, 2019 through and including the close of trading on October 6, 2020. (Must be documented.)

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of ADRs Sold | Sale Price Per ADR | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |
| / / | | $ | $ | ○ |

| **5. HOLDINGS AS OF OCTOBER 6, 2020**– State the total number of Braskem ADRs held as of the close of trading on October 6, 2020. (Must be documented.) If none, write "zero" or "0." ________________ | Confirm Proof of Position Enclosed ○ |
|---|---|

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX** ☐

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

### SUBMISSION TO JURISDICTION OF THE COURT

By submitting this Proof of Claim, I/we, and every Settlement Class Member I/we represent, submit to the jurisdiction of the United States District Court for the District of New Jersey for purposes of this Action and the Settlement of the Action, as reflected in the Stipulation and Agreement of Settlement, dated December 15, 2022 (the "Settlement"). I/We further agree to be bound by the orders of the Court, agree that this Proof of Claim, my/our status or the status of the Settlement Class Member(s) I/we represent as a Claimant and the allowable amount of this claim will be subject to review and further inquiry, and that I/we will furnish such additional documentation with respect to this Proof of Claim as may be required.

### RELEASE

By signing this Proof of Claim, and in consideration of the establishment of the Settlement Fund, as of the Effective Date thereof, the undersigned claimant ("Claimant"), on behalf of Claimant and Claimant's predecessors, successors, parents, subsidiaries, affiliates, custodians, agents, assigns, representatives, heirs, executors, trustees, and administrators, (a) hereby releases, waives, dismisses, and forever discharges all of the "Released Claims," including "Unknown Claims," against each of the "Released Parties"; (b) is forever enjoined from commencing, instituting or prosecuting any or all of the Released Claims against any of the Released Parties and (c) is forever enjoined from instituting, continuing, maintaining or asserting, either directly or indirectly, whether in the United States or elsewhere, on their own behalf or on behalf of any class or any other person, any action, suit, cause of action, claim or demand against any person or entity who may claim any form of contribution or indemnity from any of the Released Parties in respect of any Released Claim.

"Released Claims" means any and all claims, debts, demands, rights or causes of action or liabilities whatsoever (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, penalties, expenses or liability whatsoever, whenever or wherever incurred), whether based on federal, state, local, foreign, statutory, or common law or any other law, rule or regulation, whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, at law or in equity, matured or unmatured, whether class, individual, or otherwise in nature, whether personal or subrogated, whether suspected or unsuspected, including both known Claims and Unknown Claims, (1) that have been asserted in this Action against any of the Released Parties, or (2) that have been or could have been asserted in this Action or any forum by Lead Plaintiff, or any Settlement Class Member against any of the Released Parties which in any way, directly or indirectly, arise out of, are related to, or are based upon (i) the purchase, sale, transfer, acquisition of Braskem ADRs before or during the Class Period and (ii) any allegations, transactions, facts, matters or occurrences, representations or omissions that were or could have been alleged, involved, set forth, or referred to in any of the complaints in this Action, including (without limitation) any alleged misrepresentation or omission concerning (a) Braskem's alleged role in causing alleged earthquakes, ground subsidence, or other geological events in Alagoas, Brazil, (b) any related liabilities, (c) any related investigations or proceedings, or (d) any actual or potential impact of the foregoing on the Company's salt mining operations or financial condition. Notwithstanding the foregoing, "Released Claims" does not include claims relating to the enforcement of the Settlement or its terms. "Released Claim" means any one of the Released Claims.

"Released Parties" means the Defendants; each of their respective current and former officers, directors, employees, agents, servants, representatives, parents, subsidiaries, affiliates, controlled persons, controlling persons, successors, predecessors, assigns, assignees, attorneys, accountants, advisors, insurers, family members and partners; and each of their respective heirs, executors, administrators, legal representatives, successors and assigns. "Released Party" means any one of the Released Parties.

"Unknown Claims" means any and all Released Claims that Lead Plaintiff or any Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties, and any of the Settled Defendants' Claims which Defendants do not know or suspect to exist in his, her or its favor, which if known by him, her or it might have affected his, her or its decision(s) with respect to the Settlement.

With respect to any and all Released Claims and Settled Defendants' Claims, Lead Plaintiff and Defendants stipulate and agree that upon the Effective Date, Lead Plaintiff and Defendants shall each, for themselves and all persons claiming by, through, or on behalf of hem expressly waive, and each Settlement Class Member shall be

deemed to have waived, and by operation of the Judgment shall have waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, that is similar, comparable, or equivalent to Cal. Civ. Code § 1542, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

Claimant may hereafter discover facts in addition to or different from those that he, she, or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Claimant shall expressly have, and be deemed to have, and by operation of the Judgment shall have, waived compromised, settled, discharged, extinguished, remised, and released, fully, finally, and forever, any and all Released Claims known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, that now exist, or heretofore have existed upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. Claimant acknowledges that the waivers contained in this paragraph, and the inclusion of "Unknown Claims" in the definition of Released Claims, were separately bargained for and are key elements of the Settlement.

## CERTIFICATION

By signing and submitting this Proof of Claim, the Claimant(s) or the person(s) who represent(s) the Claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Notice and this Proof of Claim, including the Releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the Claimant(s) is a (are) member(s) of the Class, as defined in the Notice, and is (are) not excluded by definition from the Class as set forth in the Notice;

3. that the Claimant(s) has (have) **not** submitted a request for exclusion from the Class;

4. that I (we) own(ed) the Braskem ADRs identified in the Proof of Claim and have not assigned the claim against Defendants or any of the other Defendants' Releases to another, or that, in signing and submitting this Proof of Claim, I (we) have the authority to act on behalf of the owner(s) thereof;

5. that the Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of Braskem ADRs and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

6. that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the Releases set forth herein;

7. that I (we) agree to furnish such additional information with respect to this Proof of Claim as Co-lead Counsel, the Claims Administrator, or the Court may require;

8. that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, agree(s) to the determination by the Court of the validity or amount of this Claim and waives any right of appeal or review with respect to such determination;

9. that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is (they are) subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is (they are) no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he/she/it is (they are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS PROOF OF CLAIM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

________________________________________

Signature of claimant Date

________________________________________

Print claimant name here

________________________________________

Signature of joint claimant, if any Date

________________________________________

Print joint claimant name here

***If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:***

________________________________________

Signature of person signing on behalf of claimant Date

________________________________________

Print name of person signing on behalf of claimant here

________________________________________

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant.)

Braskem S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

## REMINDER CHECKLIST

1. Sign the above release and certification.
2. Attach only **copies** of acceptable supporting documentation. Do not send originals, as these documents will not be returned to you.
3. Do not highlight any portion of the Proof of Claim or any supporting documents.
4. Keep copies of the completed Proof of Claim and documentation for your own records.
5. If you would like acknowledgment of the receipt of your Proof of Claim by the Claims Administrator, please send it by certified mail, return requested, or its equivalent. **No other formal acknowledgment will be provided, and you will bear all risks of delay or non-delivery of your claim.**
6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.
7. If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at **info@strategicclaims.net**, or by toll-free phone at **(866) 274-4004**, or you may visit the Claims Administrator's website **www.strategicclaims.net/Braskem**.

Braskem S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063

DO NOT call the Court, Defendants, or Defendants' Counsel with questions regarding your claim.

EXHIBIT C

REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA 19063
PHONE: (610) 565-9202 EMAIL: info@strategicclaims.net FAX: (610) 565-7985

January 31, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED BRASKEM S.A. ("BRASKEM") AMERICAN DEPOSITARY RECEIPT (ADRs) DURING THE PERIOD FROM MARCH 21, 2019 AND JULY 8, 2020, BOTH DATES INCLUSIVE (THE "CLASS PERIOD").

Excluded from the Settlement Class are: (1) Defendants and members of the immediate family of any Defendant; (2) any entity in which any Defendant has, or had during the Class Period, a controlling interest; (3) the officers and directors of Braskem during the Class Period; and (4) the legal representatives, agents, executors, heirs, successors, or assigns of any of the foregoing excluded persons or entities who asset an interest in Braskem ADRs through or on behalf of any such excluded persons or entities.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Braskem S.A. Securities Litigation*<br>Case No. 2:20-cv-11366-CCC-ESK<br>Exclusion Deadline: April 3, 2023<br>Objection Deadline: April 19, 2023<br>Claim Filing Deadline: April 19, 2023<br>Settlement Fairness Hearing: May 3, 2023 | Cusip Number: 105532105<br>Ticker Symbol: NYSE: BAK |

PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.

Please comply in one of the following ways:

1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the Summary Notice in electronic format or links to the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice') and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice and Claim Form") or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request an electronic copy of the Summary Notice or links to the Notice and Claim Form and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:

- **$0.03 per emailed Summary Notice link or Notice and Claim Form link sent;** OR
- **$0.03 per name, address and email address** if you are providing us the records; OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Order Preliminarily Approving the Settlement, Certifying Settlement Class, Approving Notice to the Class and Scheduling Final Approval Hearing and Proof of Claim and Release Form and all the important documents are available on our website at www.strategicclaims.net/Braskem/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Braskem S.A. Securities Litigation

EXHIBIT D

## AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in INVESTORS BUSINESS DAILY for National distribution for

1 insertion(s) on the following date(s):

FEB-06-2023;

ADVERTISER: Braskem S.A.;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
6 day of February 2023

Notary Public



# How To Read IBD Mutual Fund Tables

IBD tables have funds with 36-Month Performance Rating A+, A or A-, at least $200 million assets plus funds ranked by assets regardless of their performance. All other mutual funds are found at www.investors.com/ibd-data-tables. † denotes independent fund not part of family listed above. Each 36-Month Rating, vs. all other mutual funds, is recalculated monthly on a total return basis. Dividends and capital gains included. Daily accrual fund returns are calculated on a monthly basis. A+ = Top 5%, A = Top 10%, A- = Top 15%, B+ = Top 20%, B = Top 25%, B-=Top 30%, C+ =Top 35%, C = Top 40%, C- = Top 45%, D+ = Top 50%, D = Top 60%, D- = Top 70%, E = Below 70%. A+, A, and B+ 36-Month Ratings are boldfaced. Top 2% of funds in % performance yesterday are boldfaced. Performance of income funds may be compared to other income funds. b = assets used to pay 12(b)(1) plan distribution costs, r=redemption charge may apply, n=no initial load and appears after Net Asset Value, m=multiple fees, p=previous day's quote, s=split, x=ex-dividend or capital gains distribution. 5-Yr After Tax Rtn=5 year after-tax return assuming average income tax rate of 35% on dividends and 15% long-term capital gains rate.NAVChg is calculated vs. the prior session.

36 Mo Performance Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtrn | Net Asset Value | NAV Chg

$ 13.1 bil 877-435-8105
B- IE +0.25 +2 25.80 0.13
Hartford Funds A
$ 29.4 bil 888-843-7824
B+ Cap Appr +0.14 +4 35.84 0.38
A Div & Gro +0.10 +6 30.74 0.13
A Equity Inc +0 +8 +5 20.74 -0.06
B Growth Opps+15+19 +4 34.35 0.83
A MidCap Val +12+16 +3 16.53 0.15
B MidCap +13+18 +3 25.63 0.44
Hartford Funds I
$ 23.6 bil 888-843-7824
C Bal Income +0+10 +3 14.35 0.05
A- Intl Value +0+25 +1 16.57 -0.08
C- Schr EM E +11+23 -1.0 16.15 -0.06
A- SchrIntlStk +11+24 +3 15.96 0.04
A- SchrUSMCO +0+13 +5 17.76 0.16
Heartland Funds
$ 1.2 bil 800-432-7856
A+ McDp Val +0+11 +6 13.56n 0.01
A+ Value + +0+13 +6 40.23n 0.46
A+ Value +11+12 +4 44.89n 0.26
Hennessy Funds
$ 2.7 bil 800-966-4354
A+ Crnst MdCp +0 +7 +5 18.24 0.13
A Crnst Val +0 +6 +5 19.20 -0.18
Homestead Funds
$ 2.1 bil 800-258-3030
A+ Sm-Co Stock+15+17 +1 26.18n 0.59
A Value +0 +8 +6 47.74n 0.16
Hotchkis and Wiley
$ 2.6 bil 866-493-8637
A+ Lg Cap Val +11+14 +5 42.99 0.22
A+ Mid Cap Val +11+14 +4 49.54 -0.16
A+ Sm Cap Val +11+12 +6 72.75 0.27
A+ Value Opps +12+16 +6 35.41 0.43
Hussman Funds
$ 775 mil 800-487-7626
A- Strat Gro -4 -2 6.83n -0.05
IFP US Equity Fund
$ 1.6 bil 855-233-0437
A FranchPrtnr +11+16 +7 18.35 0.14
INVESCO A Shares
$ 1.4 bil 800-959-4246
A Amer Value +0+12 +4 31.08 0.03
Invesco Funds A
$ 112 bil 800-959-4246
B Cap Appr +0 +8 +5 51.34 0.64
B+ Charter +0+13 +4 15.98 0.25
A+ ComstockSlc +0+12 +5 32.49 0.22
A+ Comstock +0+10 +5 28.13 0.06
B- DiscvryMCG +0 +5 +6 22.10 0.09
B+ Div Inc +0 +6 +3 24.96 -0.06
B+ Dvsfd Div +0 +7 +4 18.22 -0.02
A+ Energy -1 -3 +2 28.32 -0.67
A- Eq & Income +0 +8 +3 10.38 0.03
A+ Eq-Wtd 500 +0+14 +5 70.01 0.76
C+ Global Fd +15+28 +1 85.62 2.51
D- Global Opp +16+25 -3.0 50.31 1.26
A Gr & Income +0 +9 +3 21.95 0.06
E HY Mun +0+11 +1 8.95 0.06
A+ Main SAC +0+13 +5 20.56 0.35
B+ Main St MC +0+13 +5 25.45 0.27
B+ Main Street +0+13 +4 47.03 0.69
E Munl Income +0+10 +1 12.18 0.05
A- Rising Div +0+12 +6 22.32 0.15
D- RO Muni Opp +0+12 +3 7.03 0.04
D- Rch HY Mun +0+13 +3 15.41 0.10
A S&P 500 Idx +0+13 +6 44.06 0.64
A+ SC Value +0+15 +5 19.12 0.07
A Sm Cap Eqty +12+12 +3 12.94 0.17
A+ SP MLP Al +0 +4 0 5.94 0.03
A+ SP MLP In +0 +5 +2 4.85 0.02
Invesco Funds P
$ 2.0 bil 800-959-4246
B- Summit +14+16 +6 18.86n 0.45
Invesco Funds Y
$ 29.3 bil 800-959-4246
E Dev Mkt +11+23 -2.0 38.81 -0.18
C+ Intl SM Co +12+24 +2 43.46 0.92
C OppenItlGro +11+23 +1 36.80 0.51
A+ SP MLP SI +0 +5 +2 7.07 0.03
Ivy Funds
$ 28.0 bil 888-923-3355
A+ Core Equity +0+13 +7 15.12 0.16
A LargeCapGro+12+19 +7 27.37 0.59
A+ MidCapGrowt+17+22 +9 31.30 0.83
B ScienceTec+17+24 +6 42.89 1.08
A Value Fund +0+10 +5 22.63 0.01

## –J–K–L–

Janus Henderson C
$ 25.6 bil 800-525-0020
C+ Balanced +0+10 +4 39.32 0.23
Janus Henderson S
$ 25.6 bil 800-525-0020
A- Enterprise +13+19 +7 128.16 1.63
JHF III DispVal
$ 30.1 bil 888-972-8696
A Ds Val +0 +7 +5 21.85 -0.05
A+ DVMC +0+14 +5 26.74 0.09
JHITFunLgCpCorFd
$ 2.3 bil 800-225-5291
A- HancockFdmn+14+18+4 57.38 1.26
John Hancock
$ 22.4 bil 800-225-5291
E HancockBond+0 +9 0 13.92 0.04
A HancockClsc+14+17 +3 35.40 0.03
C IntG +0+20 +2 24.31 -0.13
John Hancock Class 1
$ 23.0 bil 800-225-5291
B+ MM Ls Ag +0+16 +4 12.97 0.09
C+ MM Ls Bl +0+13 +2 12.42 0.07
B MM Ls Gr +0+14 +3 12.81 0.08
John Hancock Funds A
$ 14.8 bil 800-225-5291
B- HancockBala+0+10 +3 23.85 0.16
JPMorgan A Class
$ 42.5 bil 800-480-4111
C+ Inv Bal +0+11 +2 14.63 0.09
C- Inv Csv Gr +0 +9 +1 12.00 0.05
B Inv Gr&Inc +0+12 +3 17.18 0.12
A- Inv Growth +0+14 +4 21.40 0.18
A US Value +0 +8 +6 67.42 0.14
JPMorgan I Class
$ 76.9 bil 800-480-4111
D+ Em Mkt Eq +12+26 0 31.17 0.02
A Equity Idx +0+13 +7 62.71 0.91
A- Equity Inc +0 +6 +7 23.10 -0.07
A+ Gro Advtg +13+15 +9 26.37 0.54
A+ LgCp Gro +0+12 +11 49.21 1.03
A+ LgCp Val +0+10 +6 19.14 0.04
A McDp Eq +0+13 +6 55.16 0.55
A- McDp Gro +11+15 +8 42.16 0.61
A- SC Blend +13+13 +6 29.75 0.58
A- SmCp Eqty +0+13 +6 57.19 0.99
A TA Equity +0+11 +8 35.96 0.43
A+ US Eq +0+12 +8 18.62 0.28
A+ US LCC + +0+12 +7 16.07 0.16
A+ US Rsh +0 +9 +5 36.88 0.25
JPMorgan L Class
$ 8.2 bil 800-480-4111
A McDp Val +0+12 +5 37.27 0.25
JPMorgan R Class
$ 48.5 bil 800-480-4111
E Core Bond +0 +7 0 10.50 0.01
E Core Pl Bd +0 +7 0 7.41 0.01
D+ High Yield +0 +7 0 6.43 0.07
E Mtge Secs +0 +7 0 10.29 0.00
D Sh Dur Bd +0 +3 +1 10.59 0.00
A+ SmCp Val +13+13 +3 27.41 0.56
A+ US Res EnEq +0+13 +7 31.91 0.49
Kinetics Funds
$ 1.4 bil 800-930-3828
A+ Paradigm -9-10 +14 84.56n -0.27
A+ SC Oppty -6 -6 +17 122.15n -0.38
Laudus Funds
$ 1.8 bil 800-447-3332
C+ SelectLgCap+16+21 +6 19.77n 0.53
Lazard Instl
$ 17.0 bil 800-823-6300
C- Emg Mkt Eq +0+22 -2.0 16.00 -0.02
B- GlLstdInfr +0+11 +4 15.17 0.22
C- Int Str Eq +0+19 +1 14.62 0.06
Legg Mason I
$ 3.9 bil 877-721-1926
C+ Intl Gro +0+20 +3 58.98 0.11
A+ Value Trust +0+12 +6 115.45 0.16
LKCM Funds
$ 956 mil 800-688-5526
A Equity Fund +0+10 +8 32.82 0.21
Longleaf Partners
$ 3.1 bil 800-445-9469
A- Partners +19+27 0 21.75n 0.32
Loomis Sayles Fds
$ 8.7 bil 800-633-3330
D- Bond +0 +9 -1.0 11.94 0.07
A SCV +11+14 +3 24.85 0.34
Lord Abbett A
$ 40.9 bil 888-522-2388
B- Affiliated +0 +6 +3 15.84 0.01
A- Div Gro +0 +9 +6 17.63 0.04
A- Fund Eq +0 +9 +4 12.60 0.04
E Hl Muni +0+11 +2 10.93 0.06
E Int TxFr +0 +7 +1 10.27 0.03
C+ MA Bal +0 +8 +2 10.47 0.04
A- MdCp Stk +0+13 +2 30.67 0.18
E Natl TF +0+10 +1 10.55 0.04
Lord Abbett I
$ 42.1 bil 888-522-2388
D Bond Deb +0 +6 0 7.21 0.05
A- Convert +0 +5 +6 12.84 0.12
D+ Flt Rte +0 +4 +1 8.01 0.02
D High Yld +0 +7 0 6.39 0.07
D Sh Dur +0 +3 0 3.88 0.00

## –M–N–O–

MainStay Fds A
$ 8.2 bil 800-624-6782
A MK Convert +0 +4 +6 18.19 0.11
C- MK HY CB +0 +6 0 5.08 0.04
A+ WMC End C +0+12 +6 31.68 0.11
A+ WMC Val +0+17 +7 27.84 -0.03
MainStay Fds I
$ 3.3 bil 800-624-6782
A S&P500 Idx +0+13 +6 47.75 0.69
Mairs&Power
$ 5.5 bil 800-304-7404
A- &PowerGrowt+0+13 +6 129.42n 2.05
A- Sml Cap +0+13 +5 28.81n 0.54
Marsico Funds
$ 1.1 bil 888-860-8686
A- Foc +13+15 +8 17.61n 0.40
MassMutual Select
$ 12.2 bil 888-309-3539
A- Eq Op +0 +9 +8 16.66 0.01
A Fnd V +0 +8 +5 8.66 -0.03
B MCG +12+17 +6 19.52 0.28
A S&P500 +0+13 +7 14.17 0.21
Matthews Asian Funds
$ 4.1 bil 800-789-2742
A- Innvs +13+31 +4 12.76n -0.10
Meridian Funds
$ 1.5 bil 800-446-6662
A+ Contrarian +11+13 +6 37.94n 0.34
Metropolitan West
$ 67.5 bil 800-241-4671
E Total Rtn +0 +9 0 9.44 0.01
D Uncons Bd +0 +7 0 10.56 0.02
MFS Funds A
$ 52.3 bil 800-225-2606
A- Core Equity +0+13 +6 41.31 0.51
E Corp Bond +0+10 -1.0 12.51 0.05
C IntlIntrVal +0+24 +2 39.10 0.16
A MassInvGro +0+19 +8 36.06 0.56
A- Mass Inv Tr +0+12 +6 34.27 0.33
E Muni Income +0 +8 +1 8.24 0.03
E TotRetBond +0 +8 -1.0 9.72 0.03
B- TotalRetrn +0 +9 +3 19.33 0.05
B- Utilities +0 +7 +6 22.70 0.11
MFS Funds I
$ 51.8 bil 800-225-2606
B Growth +11+17 +8 147.71 2.79
D+ High Yield +0 +8 +1 7.88 0.09
A Intl Equity +0+23 +4 30.82 -0.01
B- MidCapGrowt+0+15 +7 26.23 0.35
A MidCapValue+0+13 +6 30.48 0.17
A- Research +0+12 +7 51.86 0.62
A- Value +0 +9 +6 49.45 0.12
Morgan Stanley Inst
$ 163 bil 800-548-7786
B Gl Fr +0 +8 +6 32.02 0.16
MorganStanleyPathway
$ 4.3 bil 888-673-9950
A- Lg Cap Eq +0+15 +6 20.61n 0.30
A- SMid Cap Eq +12+15 +4 16.39n 0.23
Muhlenkmp
$ 260 mil 800-860-3863
A+ Fund +0 +3 +6 56.48n -0.13
Munder Funds
$ 1.8 bil 800-539-3863
C+ Intl SmCp +0+24 0 14.16 0.06
Munder Funds Cl A
$ 735 mil 800-539-3863
A Multi-Cap +0+10 +3 43.68 0.34
Munder Funds Cl Y
$ 856 mil 800-539-3863
A+ IntegrtySC +12+16 +3 36.78 0.61
Nationwide Fds R6
$ 1.5 bil 800-848-0920
A+ MC Mkt Idx +12+16 +4 16.75 0.19
Nationwide Funds
$ 717 mil 800-848-0920
A S&P 500 +0+13 +7 19.95 0.29
Natixis Funds
$ 13.9 bil 800-225-5478
D Inv GB +0 +8 +1 10.02 0.02
A LS Growth +19+25 +6 19.39 0.51
A+ US Eq Opp +17+27 +5 34.03 0.87
Neuberger Berman Fds
$ 28.7 bil 800-366-6264
B- LngSh +0 +5 15.95 0.06
A+ Intr Val +14+16 +6 20.24 0.25
A+ LC Value +0 +7 +9 44.04 -0.26
D+ Str Inc +0+10 0 9.92 0.05
A- Sus Eqty +0+13 +6 37.58 0.58
Neuberger Berman Inv
$ 6.9 bil 800-877-9700
A+ Guardian +12+16 +8 21.38n 0.52
Neuberger Berman Tr
$ 5.7 bil 800-877-9700
A Genesis +13+15 +6 61.33 1.24
New Covenant Funds
$ 1.2 bil 877-835-4531
A Growth +0+16 +6 53.56n 0.84
NewAlternativesFd
$ 355 mil 800-423-8383
A- Alternative +0+14 +8 76.31 0.58
Nicholas Group
$ 4.7 bil 800-544-6547
A- Equity Inc +0 +9 +7 20.55n 0.05
A- Fund +0+16 +8 76.03n 1.12
Northern Funds
$ 33.3 bil 800-595-9111
E Bond Index +0 +8 0 9.43n 0.01
D+ HY Fxd Inc +0 +9 0 5.93n 0.08
C+ Intl Eq Idx +0+24 +1 13.24n 0.00
D- Intmdt TxEx +0 +7 +1 9.96n 0.03
A Lg Cp Core +0+12 +6 23.43n 0.36
A+ Mid Cap Idx +12+16 +5 20.80n 0.23
B+ Sm Cap Val +11+12 +2 19.94n 0.29
A Stock Idx +0+13 +7 44.48n 0.64
Nuveen Funds A
$ 15.5 bil 800-257-8787
E All-Am Muni +0 +8 0 10.32 0.04
Nuveen Funds I
$ 9.2 bil 800-257-8787
D- HY Muni +0+12 +3 15.64 0.12
D- IntDurMuni +0 +7 +2 8.90 0.03
D- LtdTrmMuni +0 +4 +2 10.88 0.02
A- MidCpValue+0+11 +5 51.11 0.26
A- SmCpValue+11+10 +1 28.88 0.39
Oakmark Funds Invest
$ 19.4 bil 800-625-6275
A- Eqty & Inc +0+13 +4 32.38n 0.35
A+ Fund +17+20 +6 119.25n 2.41
A- Global +16+28 +2 33.24n 0.42
B- Internatl +17+36 -1.0 26.81n 0.25
A Select +19+20 +1 59.14n 1.37
Old Westbury Fds
$ 35.6 bil 800-607-2200
A- All Cp Core +0+14 +7 21.78n 0.23
C+ LC Strat +0+14 +3 15.75n 0.15
D- Muni Bd +0 +6 +1 11.71n 0.03
C Sm&Md Cp St+11+18 +1 15.41n 0.15
Olstein
$ 284 mil 800-799-2113
A All Cap Val +14+19 +5 27.03 0.54
Optimum Funds Inst
$ 7.5 bil 800-914-0278
E Fxd Inc +0 +9 -1.0 8.35 0.01
A- Lg Cp Val +0 +9 +6 19.43 0.07
A+ S-M Cap Gro+13+12 +7 12.35 0.21
A+ S-M Cap Val +12+16 +2 14.62 0.19
Osterweis Strat Income
$ 4.6 bil 866-236-0050
C Stratincome +0 +6 +1 10.72n 0.08

## –P–Q–R–

PACE Funds Cl P
$ 4.5 bil 800-647-1568
A- Lg Co Gr +11+14 +7 13.24 0.26
A- Lg Co Vl +0+14 +4 19.28 0.11
A- S/M Gr +13+16 +6 13.52 0.27
A+ S/M Vl +12+12 +4 19.10 0.24
Parnassus Fds
$ 11.8 bil 800-999-3505
A Core Eqty +0+14 +8 50.64n 0.44
Pear Tree
$ 4.5 bil 800-326-2151
C Foreign V +0+23 -1.0 21.59 0.23
Perm Port Funds
$ 2.9 bil 800-531-5142
A- Perm +0+10 +5 48.66n 0.14
PGIM Funds A
$ 16.3 bil 800-225-1852
C Tot Rtn Bnd +0 +9 -1.0 12.27 0.03
PGIM Jenn Funds A
$ 16.3 bil 800-225-1852
A- JennDvsfdGr+15+16 +5 12.78 0.25
A- JennHealthS +0 +7 +6 33.99 -0.32
A- Jenn-Mid-Cap+0+14 +5 13.74 0.20
A+ JennNtlRes +0 +0 +5 54.00 -1.4
A+ JennSmallCo+11+13 +5 18.87 0.19
C JennUtility -1 +2 +6 14.60 -0.01
PGIM Quant Funds A
$ 16.3 bil 800-225-1852
A- Quant LCC +0+11 +4 16.47 0.21
PIMCO Fds Instl
$ 145 bil 800-927-4648
B- All Asset +0+11 +2 11.19 0.05
D All Ast Ath +0+14 -1.0 6.86 0.04
A+ Comm RR Str -2 -1 +3 4.81 -0.01
E Div Income +0+10 0 9.52 0.08
E Em Mkts Bd +0+15 -1.0 8.38 0.09
D+ High Yield +0 +8 +1 7.88 0.09
E IntlBd(DH) +0 +4 0 9.57 0.08
E Inv Grd Cr +0+10 0 9.07 0.03
E Lng-TmCrBd +0+17 -1.0 9.46 0.04
E Long Dur TR +0+15 -1.0 7.72 0.03
D- Low Dur +0 +3 0 9.20 0.01
D MtgOpp&Bd +0 +5 0 9.57 -0.01
D+ Real Return +0 +5 +1 10.22 -0.02
D+ Short-Term +0 +2 +1 9.47 0.00
D ShtAsstInv +0 +2 +1 9.86 0.00
A- Stk+Abs Rtn +0+15 +6 9.85 0.15
A- StocksPLUS +0+14 +6 10.30 0.16
E Tot Rtn ESG +0 +8 -1.0 7.83 0.00
E Tot Rtn +0 +8 -1.0 8.79 0.00
A+ TRENDS MFS +0 +8 +5 11.44 0.07
PIMCO Funds A
$ 31.1 bil 800-927-4648
A- RAE PLUS +0 +8 +3 5.15 0.02
PIMCO Funds I2
$ 56.8 bil 888-877-4626
C- Low Dur Inc +0 +6 +1 7.96 0.02
PIMCO Funds Instl
$ 73.2 bil 888-877-4626
A+ Comm+ Strat -1 +0 +5 6.83 -0.01
C Dynmc Bd +0 +4 0 9.69 0.04
D+ Income +0 +8 0 10.75 0.03
B Infl Rsp MA +0 +6 +2 7.73 -0.01
Pioneer Funds A
$ 14.7 bil 800-225-6292
A Core Eqty +0+16 +5 19.89 0.23
A+ Disc Gro +13+19 +7 14.31 0.21
A Disc Val +11+15 +3 14.37 0.12
B Fund +11+18 +7 32.59 0.50
A Mid Cap Val +0+14 +3 24.26 0.11
Pioneer Funds Y
$ 7.1 bil 800-225-6292
E Bond +0 +9 0 8.40 0.01
D Stratincome +0 +9 0 9.50 0.01
Price Funds
$ 291 bil 800-638-5660
B PriceOMUSSC+12+15 +5 38.96n 0.49
A+ AllCp Opp +0+11 +10 56.15n 0.39
C+ Balanced +0+13 +3 23.87n 0.15
C BlueChpGro +15+19 +4 119.30n 3.64
A+ Comm/Tech +17+19 +5 108.06n 2.84
A Div Gr +0+10 +9 66.97n 0.21
A EM Stock +0+23 -2.0 37.82n -0.16
A Eq Inc +0+10 +5 34.64n 0.07
A EqIndex500 +0+13 +7 109.99n 1.60
A+ Financial +0+10 +6 34.25n 0.05
A- Glbl Stck +11+17 +7 50.66n 0.49
D Glbl Tech +23+22 +1 12.34n 0.44
A+ GrowthStock+15+16 +4 70.88n 1.93
B- Intl Disc +11+22 +1 63.08n 0.57
B MdCp Growth+11+17 +6 98.66n 1.28
A+ McDp Val +13+18 +5 31.94n 0.28
A+ New Era +0 +7 +4 42.42n -0.67
B NewHorizons+16+15 +7 53.61n 1.36
C+ OverseasStc +0+21 +1 11.97n -0.03
C 2010 +0+10 +2 14.29n 0.07
C 2015 +0+10 +2 11.91n 0.07
C+ 2020 +0+11 +3 17.79n 0.10
C+ 2025 +0+11 +3 15.61n 0.09
B- 2030 +0+13 +3 23.50n 0.15
B- 2035 +0+14 +4 18.48n 0.13
B 2040 +0+14 +4 26.55n 0.20
B 2045 +0+15 +4 18.83n 0.15
B+ 2050 +0+15 +4 15.96n 0.13
B 2055 +0+15 +4 16.63n 0.14
B Sci&Tch +24+36 +4 32.47n 1.19
A+ SmCp Stk +13+13 +6 58.16n 1.11
A SmCp Val +13+11 +4 54.15n 1.01
B+ DE +0+14 +5 21.98n 0.22
E SpectrumInc +0 +9 0 11.38n 0.05
D- SumtMuniInt +0 +7 +1 11.43n 0.03
A- Tot Eq Mk +0+13 +7 45.09n 0.70
D- Tx-Fr HY +0 +9 +1 11.01n 0.06
A US ER +0+13 +7 39.61n 0.48
A- USLgCpCore +0+11 +7 30.82n 0.29
A- Value +0 +7 +6 39.83n -0.03
Price Funds I
$ 291 bil 800-638-5660
C Flt Rate +0 +4 +2 9.37 0.02
C I LC Gr +15+19 +4 47.89 1.46
B I MCEq Gr +11+18 +6 62.27 0.82
A- I SC Stk +13+13 +6 27.08 0.52
B LgCp Gro +13+16 +6 51.95 1.26
A LgCp Val +0+11 +6 23.54 0.09
PRIMECAP Odyssey Fds
$ 18.7 bil 800-729-2307
B+ OdysseyAgGr+16+20 +3 42.01n 0.57
A OdysseyGrow+11+15 +6 37.30n 0.34
A OdysseyStoc +0+13 +6 34.36n 0.27
Principal Funds A
$ 53.3 bil 800-222-5852
A Cap App +0+12 +6 57.71 0.73
C SAM Bal +0+12 +1 14.47 0.10
Principal Funds Inst
$ 53.3 bil 800-222-5852
D+ Hi In +0 +8 0 8.21 0.10
A LC S&P500 +0+13 +7 20.99 0.31
B LCG I +14+18 +7 14.93 0.38
A- LCV III +0 +8 +5 17.63 -0.03
C+ LT 2030 +0+13 +3 13.14 0.09
B- LT 2040 +0+14 +3 14.61 0.11
B LT 2050 +0+15 +4 15.15 0.13
A- MCG III +13+16 +7 11.59 0.20
A+ MCV I +0+12 +6 16.69 0.11
A Real Est +14+18 +3 28.72 0.65
A SC S&P600 +14+14 +4 26.55 0.62
A SmallCap +13+11 +4 27.34 0.39
D Sp Prf SI +0+10 0 9.22 0.06
ProFunds Inv Class
$ 1.6 bil 888-776-3637
A+ UltraNASDAQ+35+39+10 50.88n 3.37
Prospector Funds
$ 238 mil 877-734-7862
A- Opportunity +0+10 +6 24.84n 0.07
Putnam Funds Class A
$ 36.5 bil 800-225-1581
A- GlHealthCr -3 +1 +8 54.09 -0.86
B+ GrowthOppty+11+14 +7 42.26 0.77
A+ LargeCpVal +0 +9 +6 29.82 0.13
A Research +0+13 +6 37.97 0.44
A- Sm Cap Gro +0+12 +7 53.35 0.52
A- Sstnbl Ldrs +0+11 +7 95.70 1.13
Putnam Funds Class Y
$ 19.2 bil 800-225-1581
D+ UltShtDurl +0 +2 +1 10.04 0.00
RBB Fund
$ 851 mil 888-261-4073
A- BP SCV2 +12+13 +3 28.17 0.27
Royce Funds
$ 4.8 bil 800-221-4268
A PA Mut +14+19 +4 8.71n 0.16
A- Premier +16+20 +4 11.65n 0.20
A+ SC Oppty +17+21 +5 15.52n 0.31
A SC Spec Eq +0+13 +3 17.24n 0.23
A- SC Tot Ret +15+19 +3 7.52n 0.12
Russell Funds S
$ 13.9 bil 800-787-7354
A- Global Eq +0+17 +4 8.41 0.07
D- Tax Ex Bond +0 +7 +2 22.07 0.02
A- TM US Lg Cp +0+14 +6 62.36 0.98
A+ TMUSM&SCp+14+16 +4 37.94 0.59
A US Sm Cp Eq+12+13 +4 26.77 0.45
Rydex Dynamic Fds
$ 575 mil 800-820-0888
A+ NASDAQ 2x +35+39 +10 256.30 17.0
Rydex Investor Class
$ 1.7 bil 800-820-0888
A+ NASDAQ-100+17+20 +9 54.06n 1.86

## –S–T–U–

Schwab Funds
$ 232 bil 800-345-2550
A- Core Eqty +0+15 +5 18.37n 0.33
B+ Fdm Itl LCI +0+22 +2 9.90n -0.03
A+ Fdm US LCI +0+11 +8 22.53n 0.20
A+ FdmUSSmCol+15+16 +4 16.02n 0.28
A- Health Care -1 +4 +8 25.80n -0.21
C+ Intl Idx +0+24 +1 21.62n -0.02
A- Lg-Cap Gro +11+16 +6 22.33n 0.47
A- MktTrk Al E +0+16 +4 20.54n 0.21
A S&P 500 Idx +0+13 +7 64.03n 0.93
A- SC Idx +14+13 +3 32.10n 0.65
A+ Sm-Cap Eq +13+13 +3 18.92n 0.31
A Tot Stk Mkt +0+13 +7 71.65n 1.12
A 1000 Index +0+13 +7 89.91n 1.35
D+ TRSInflPSI +0 +5 +1 10.45n -0.01
SEI Inst F
$ 22.1 bil 800-858-7233
E CoreFxdInc +0 +8 -1.0 9.87 0.01
A+ LgCap Gro +0+13 +8 36.65 0.62
A+ Lg Cap Val +0+11 +4 25.73 0.16
A S&P 500 +0+13 +7 77.04 1.12
A- Sm Cap Val +13+15 +2 24.88 0.39
A Tx-Mgd LgCp +0+12 +7 32.18 0.27
SEI Inst Intl F
$ 22.1 bil 800-858-7233
B- Intl Eq +0+24 +1 11.05 0.10
Sequoia
$ 3.0 bil 800-686-6884
B- Fund +13+20 +5 140.32n 2.87
Shelton Funds
$ 801 mil 800-955-9988
A- Eqty Income +0+10 +3 15.89n 0.07
SSgA Funds
$ 1.3 bil 800-997-7327
A SSS&P500Ind+0+13 +7 219.29n 3.20
State Street Institu
$ 1.2 bil 800-242-0134
A SmCp Equity+13+13 +4 18.30 0.32
TCW Funds
$ 6.4 bil 800-248-4486
E EmMktsIncom+0+14-2.0 6.40n 0.09
E TotalReturn +0 +9 -1.0 8.56n 0.00
Third Avenue
$ 1.1 bil 800-443-1021
A+ Value +13+26 63.72 -0.34
Thivent Funds A
$ 6.5 bil 800-847-4836
A+ SC Stk +14+17 +6 22.02 0.43
Thivent Funds S
$ 4.7 bil 800-847-4836
A+ LC Val +0+11 +6 27.23n 0.09
A+ MC Stk +14+16 +6 34.60n 0.56
Thornburg Fds
$ 17.6 bil 800-847-0200
B- Inc Bldr +0+14 +2 22.60 -0.02
D Ltd Inc +0 +5 +1 12.78 0.01
D- Ltd Muni +0 +4 +1 13.69 0.01
TIAACREF Inst
$ 115 bil 877-518-9161
E Bond Indx +0 +8 0 9.80 0.00
E Core Bond +0 +8 0 9.35 0.02
A Eq Idx +0+13 +7 29.81 0.46
A Gro & Inc +11+13 +6 13.62 0.24
C+ Itl Eq Ix +0+24 +1 20.91 -0.02
C LC Id 2020 +0+11 +3 18.04 0.08
C+ LC Id 2025 +0+12 +3 19.80 0.11
B- LC Id 2035 +0+14 +4 23.24 0.16
B LC Id 2040 +0+15 +4 24.65 0.19
B+ LC Id 2045 +0+16 +4 25.54 0.22
A LCG Idx +13+19 +9 41.80 0.97
A- LCV Idx +0+11 +5 23.15 0.16
A- LCV +0 +9 +5 19.95 0.07
B Lfcy 2040 +0+13 +3 9.48 0.06
A Qnt SCE +12+13 +4 17.01 0.31
C Real Est +13+17 +3 18.30 0.40
A S&P500 Idx +0+13 +7 45.62 0.66
A- SCB Idx +14+13 +3 22.79 0.46
A Soc Ch Eq +0+14 +7 24.36 0.26
Tocqueville Funds
$ 428 mil 800-697-3863
A Tocq Fd +0+13 +6 41.16n 0.38
Tortoise Capital
$ 2.8 bil 855-822-3863
A MLP&EnInc +0 -2 +3 7.45 0.00
A- MLP&Pipe +0 +2 +3 13.57 0.04
Touchstone Family Fd
$ 6.1 bil 800-543-0407
A+ Focused +0+14 +7 56.16 0.88
A MC Value +0+10 +4 22.63 0.09
A+ Small Co +11+14 +4 5.37 0.09
Touchstone Funds Gro
$ 3.4 bil 800-543-0407
B Mid Cap +13+17 +6 46.82 0.57
Touchstone Strategic
$ 2.0 bil 800-543-0407
A Lrg Cp Foc +0+14 +7 52.22 0.74
A Value +0 +9 +6 10.56 -0.09
Transamerica A
$ 4.7 bil 888-233-4339
A Sm/Md Cap V+0+13 +3 27.82 0.28
Trillium
$ 224 mil 866-209-1962
A- ESG Gl Eq +0+19 +5 56.31n 0.72
Trust for Professional Manager
$ 6.0 bil 866-273-7223
A Rock Qlt LC +0+13 +7 18.87 0.32
E TrStratBond +0 +7 0 19.80 0.05
Tweedy Browne Fds
$ 6.5 bil 800-432-4789
C+ Intl Val +0+13 +2 27.05n -0.04
Ultimus
$ 970 mil 888-884-8099
A US Val Eqty +13+17 +2 20.43 0.10
UM Funds
$ 3.1 bil 800-480-4111
A+ Beh Val +0+13 +5 83.12 0.56
USAA Group
$ 46.2 bil 800-235-8396
A 500 Index +0+13 +7 53.31n 0.79
C Cornerstone +0+11 +2 24.98n 0.07
A- ExtendedMar+14+15 +5 19.82n 0.39
A- IncomeStock +0 +9 +5 18.21n 0.09
E Income +0 +8 0 11.60n 0.02
A+ NASDAQ-100I+17+20+10 32.73n 1.12
A SmallCapStc+15+16 +4 12.98n 0.28
D- Tax-ExInt-T +0 +7 +2 12.65n 0.03
D- Tax-ExLng-T +0+10 +1 12.24n 0.05
A- Value +0+11 +4 17.33n 0.09

## –V–W–X–

Value Line Funds
$ 1.8 bil 800-243-2729
A LineMdCpFoc+0+16 +10 28.83n 0.31
A- LineSelGro +0+17 +9 31.46n 0.32
A LineSmCpOpp+12+17 +5 48.11n 0.96
VanEck Funds
$ 1.4 bil 800-544-4653
A GlobalResrc +0 +2 +3 43.57 -0.95
Vanguard Funds Adm
$ 2014 bil 800-662-2739
A 500 Idx +0+13 +7 385.89n 5.61
B- Bal Idx +0+11 +4 42.61n 0.41
D CA Intm-Trm +0 +7 +2 11.43n 0.03
D CA Lng-Tm +0+10 +2 11.50n 0.04
A Cap Opp +11+15 +7 161.59n 1.49
A+ Cnsmr Dis +21+17 +7 137.36n 3.92
A- Cnsmr Stp +0 +5 +6 94.46n -0.65
B- Dev Mkt +0+23 +1 14.83n 0.00
A- Div A I +0+10 +8 42.97n 0.21
C EM St I +0+19 0 35.14n -0.18
B- Energy -1 -1 0 84.60n -1.5
A Equity Inc +0 +7 +7 86.83n -0.26
B- Euro S +11+26 +1 76.82n 0.16
A Explorer +14+17 +7 99.34n 1.65
B+ Ext Ml +15+16 +4 116.14n 2.40
A- Finl Idx +0+11 +4 45.03n 0.20
C+ FTSE xUS +0+22 +1 34.14n -0.06
D+ Gl Min Vol +0 +6 +3 27.33n -0.10
E GNMA +0 +8 -1.0 9.52n 0.00
A Gro & Inc +0+12 +7 85.54n 1.17
A Gro Idx +16+19 +8 127.23n 3.81
A- Health Care +0 +5 +7 89.52n -0.57
D- Hi Yld TxEx +0+10 +2 10.66n 0.04
A- Hlth Cr Idx -1 +4 +9 123.42n -0.39
D+ HY Corp +0 +8 +1 5.38n 0.06
A Indus Idx +0+12 +5 101.05n 0.98
D+ Infl-Prot +0 +5 +1 23.79n -0.02
A+ InfoTch Idx +16+21 +12 189.17n 5.34
E Int Trs +0 +5 0 20.28n -0.01
E Int-T B +0 +8 0 10.47n 0.01
E Int-Tm Inv +0 +9 0 8.70n 0.02
E Int-Tm Trs +0 +6 0 10.22n 0.00
A- Intl Gro +16+30 +4 105.08n 1.46
A Lg-Cp I +0+13 +7 96.11n 1.47
E Lg-Tm Inv +0+17 -1.0 8.45n 0.04
E Lg-Tm Trs +0+14 -2.0 9.49n 0.01
D Lg-Tm Tx-Ex +0 +9 +2 10.94n 0.04
D Ltd-Tm TxEx +0 +4 +1 10.82n 0.01
A- MC G I +13+17 +6 87.67n 1.79
A MC V I +0+12 +5 76.22n 0.72
A- Md-Cp I +11+14 +6 279.93n 4.11
A+ Mtrls Idx +11+19 +5 96.09n 0.08
D NJ Lng-Trm +0 +9 +2 11.43n 0.04
D- NY Lng-Trm +0+10 +1 10.89n 0.05
D- PA Lng-Trm +0 +9 +2 10.91n 0.04
C+ Pac Stk +0+22 0 86.79n -0.17
A PRIMECAP +0+14 +7 142.83n 1.13
C RE Idx +14+18 +2 132.77n 2.91
A- S-C Id +14+16 +5 100.06n 1.62
B- SC G Id +17+17 +4 82.15n 1.65
A+ SC V I +12+15 +4 76.37n 1.02
D- Sh-Tm B +0 +3 0 10.01n 0.00
D- Sh-Tm Fed +0 +3 0 10.17n 0.00
D- Sh-Tm Inv +0 +4 0 10.12n 0.00
D- Sh-Tm Trs +0 +2 0 10.02n 0.00
D- Sh-Tm Tx-Ex +0 +2 +1 15.67n 0.01
D- ST Corp Bd +0 +5 +1 20.84n 0.02
C- ST IPSI +0 +2 +1 23.66n -0.02
D- ST Trs +0 +2 0 19.42n 0.00
B- TM Bal +0+10 +4 38.57n 0.33
A TM Cp Ap +0+13 +7 216.87n 3.18
A+ TM SmCp +14+15 +5 87.69n 2.05
E Tot Bd +0 +7 0 9.83n 0.01
E Tot Intl Bl +0 +3 -1.0 19.61n 0.19
A+ Tot St +0+13 +7 102.25n 1.58
A TSM Idx +0+13 +7 102.26n 1.58
B US Growth +17+18 +6 118.72n 3.52
C Util Indx -1 +5 +7 76.20n 0.24
A Val Idx +0 +7 +7 56.45n 0.01
C Wellesley +0 +8 +3 61.40n -0.01
B- Wellington +0+10 +4 69.53n 0.37
A+ Windsor II +0+13 +7 71.91n 0.74
A+ Windsor +0+14 +6 74.20n 0.27
Vanguard Funds Ins
$ 776 bil 800-662-7447
A Rus 1000 Gl +13+16 +9 478.14 11.1
A Rus 1000 Id +0+13 +7 369.49 5.58
A- Rus 1000 Vl +0+11 +5 276.80 1.98
A Rus 2000 Id +14+13 +3 306.34 6.20
A Rus 3000 Id +0+13 +7 364.66 5.62
Vanguard Funds InsP
$ 776 bil 800-662-2739
A Instl Indx +0+13 +7 350.49 5.09
Vanguard Funds Inst
$ 776 bil 800-662-7447
A- FTSE Soc +11+15 +7 27.85 0.54
E LT Trs +0+13 -2.0 28.42 0.04
A+ S&P MC400 +12+16 +5 366.50 4.20
A+ S&P SC600 +14+15 +4 396.82 9.25
B+ T WldStk +0+17 +4 193.07 1.67
Vanguard Funds InstP
$ 776 bil 800-662-2739
A Ins T StMk +0+13 +7 73.62 1.14
Vanguard Funds Inv
$ 1202 bil 800-662-2739
A Div Eqty +12+15 +7 40.40n 0.68
A Div Gro +0 +8 +9 35.65n 0.02
A- Explorer Va +14+17 +3 43.52n 0.71
A+ Gl Cap Cyc +0+23 +3 12.35n -0.16
B+ Glbl Eqty +14+22 +4 30.57n 0.36
B- Intl Val +11+24 +1 39.51n -0.08
C- LS Cons Gro +0+10 +2 20.26n 0.12
B- LS Growth +0+14 +3 39.08n 0.31
C- LS Income +0 +8 +1 15.02n 0.07
C LS Mod Gro +0+12 +3 29.45n 0.21
D- MA Tax-Ex +0 +9 +2 10.24n 0.04
C+ Mid-CapGrth+14+17 +4 21.50n 0.43
A PrmCp Cre +0+12 +6 29.33n 0.22
A+ Sel Value +13+19 +4 28.20n 0.19
B- STAR +0+15 +3 26.41n 0.22
A+ Str SC Eq +14+16 +5 35.92n 0.54
A+ Strat Eqty +13+15 +5 34.44n 0.15
C- Tgt Ret Inc +0 +9 +1 12.86n 0.05
C Tgt Ret2020 +0+10 +2 26.88n 0.15
C Tgt Ret2025 +0+12 +3 17.83n 0.11
C+ Tgt Ret2030 +0+13 +3 33.73n 0.23
B- Tgt Ret2035 +0+14 +3 20.89n 0.15
B- Tgt Ret2040 +0+14 +4 36.85n 0.29
B Tgt Ret2045 +0+15 +4 24.83n 0.20
B Tgt Ret2050 +0+16 +4 41.22n 0.34
B Tgt Ret2055 +0+16 +4 45.98n 0.38
B Tgt Ret2060 +0+16 +4 42.35n 0.35
E Tot Bd II +0 +7 0 9.71 0.01
C+ TotIntlStk +0+22 +1 18.21 -0.02
Victory Funds
$ 13.7 bil 800-539-3863
A+ Estab Val +0+13 +8 48.50 0.34
A+ Sm Co Opp +11+14 +6 51.60 0.86
Virtus Equity Trust
$ 3.6 bil 800-243-1574
B KAR Sm-Cp G +0+20 +8 34.92 0.84
VirtusFunds
$ 5.3 bil 800-243-1574
E SilvantFG +15+18 +6 50.50 1.18
VirtusFunds Cl I
$ 9.2 bil 800-243-1574
A KARSm-CapVa+16+15+3 24.29 0.61
A+ KAR SmCp Cr+12+13+10 45.79 0.67
D NwfleetMSST +0 +4 0 4.43 0.00
Vivaldi Merger
$ 2.5 bil 877-779-1999
C TrustMrgrAr +0 +1 +3 10.76 0.00
Voya Fds
$ 6.5 bil 800-992-0180
E Intmdt Bd +0 +8 0 8.89 0.01
Wasatch
$ 5.4 bil 800-551-1700
A Core Gro +0+22 +6 77.75n 2.09
A+ Micro Cp V +13+12 +7 3.35n 0.05
A Sm Cap Val +17+20 +3 9.46n 0.21
WCM Focus Funds
$ 15.9 bil 888-988-9801
B+ FocusedItlG +13+25 +5 22.20 0.49
Weitz Funds
$ 3.0 bil 800-304-9745
A- Value +12+19 +6 46.83n 1.10
WesMark Funds
$ 766 mil 800-864-1013
A- LargeCompan+0+16 +6 20.53n 0.22
Western Asset
$ 57.3 bil 877-721-1926
E Core Bond +0+10 -1.0 11.15 0.04
E CorePlusBon +0+12 -1.0 9.93 0.04
D- ManagedMuni+0 +8 +1 15.12 0.05
E SMAShSeries +0+16 -3.0 6.73n 0.04
Westwood Quality Sma
$ 461 mil 877-386-3944
A- Quality SC +0+13 +3 20.10 0.26
Williamsburg Invst T
$ 755 mil 888-281-3217
A+ SmCp Focus+12+11 +7 16.88n 0.18
Wilmington Funds
$ 12.4 bil 800-497-2960
A+ RiverSmCpGr+11 +6 +8 52.12 0.56
A LC Str +0+13 +7 25.47 0.38
Wm Blair Funds Cl I
$ 4.1 bil 800-635-2886
A+ Sm Cap Gro +14+18 +6 32.46 0.51
A+ Sm Cap Val +13+14 +4 31.40 0.67

---

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated, Plaintiffs, v. BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, Defendants.

Case No. 2:20-cv-11366-CCC-ESK
Hon. Edward S. Kiel, U.S.M.J.

**SUMMARY NOTICE**

**TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED BRASKEM S.A. ("BRASKEM") AMERICAN DEPOSITARY RECEIPTS (ADRs) DURING THE PERIOD FROM MARCH 21, 2019 AND JULY 8, 2020, BOTH DATES INCLUSIVE (THE "CLASS PERIOD").**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**YOU ARE HEREBY NOTIFIED**, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey, that a hearing will be held on May 3, 2023, at 1:30 p.m., before the Honorable Edward S. Kiel at the United States District Court for the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square – Room 347, Newark, NJ 07102 in Courtroom 8, for the following purposes: (a) to determine whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class, and should be finally approved by the Court; (b) to determine whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Class, Lead Plaintiff should be certified as class representative for the Class, and Co-lead Counsel should be appointed as class counsel for the Class; (c) to determine whether a Judgment substantially in the form attached as Exhibit B to the Stipulation should be entered dismissing the Action with prejudice against Defendants; (d) to determine whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (e) to determine whether the motion by Co-lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved; and (f) to consider any other matters that may properly be brought before the Court in connection with the Settlement.

If you purchased or acquired Braskem ADRs between March 21, 2019 and July 8, 2020, both dates inclusive, your rights may be affected by the Settlement of this Action. If you have not received a Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"), you may obtain copies by contacting the Claims Administrator at: Braskem S.A. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Suite 205, P.O. Box 230, Media, PA 19063; Toll-Free: (866) 274-4004; Fax: (610) 565-7985; info@strategicclaims.net. You may also obtain copies via the Claims Administrator's website, www.strategicclaims.net/Braskem.

If you are a member of the Class and wish to share in the Settlement money, you must submit a Proof of Claim and Release Form ("Proof of Claim") to the Claims Administrator no later than April 19, 2023 establishing that you are entitled to recovery. As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the Notice, by no later than April 3, 2023. Any objections to the Settlement, Plan of Allocation, or attorney's fees and expenses must be filed and served, in accordance with the procedures set forth in the Notice, no later than April 19, 2023.

Inquiries, other than requests for the Notice, may be made to Co-lead Counsel: Matthew M. Guiney, Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, guiney@whafh.com.

**INQUIRIES SHOULD NOT BE DIRECTED TO THE COURT, THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

DATED: JANUARY 18, 2023

BY ORDER OF THE COURT
United States District Court for the District of New Jersey

---

*This announcement is neither an offer to purchase nor a solicitation of an offer to sell Shares (as defined below). The Offer (as defined below) is made solely by the Offer to Purchase, dated February 6, 2023, and the related Letter of Transmittal, and any amendments thereto, and is being made to all holders of Shares. The Purchaser (as defined below) is not aware of any state where the making of the Offer is prohibited by administrative or judicial action pursuant to any valid state statute. If Purchaser becomes aware of any valid state statute prohibiting the making of the Offer, Purchaser will make a good faith effort to comply with such statute. If, after such good faith effort, Purchaser cannot comply with such state statute, the Offer will not be made to nor will tenders be accepted from or on behalf of the holders of Shares in such state. In any jurisdiction where securities, blue sky or other laws require that the Offer be made by a licensed broker or dealer, the Offer shall be deemed to be made on behalf of Purchaser by one or more registered brokers or dealers licensed under the laws of such jurisdiction.*

**Notice of Offer to Purchase for Cash**
**Up to 1,000,000 Shares of Class B Common Stock**
**of**
**NIKE, INC.**
**at**
**$122.22 Net Per Share**
**by**
**TRC CAPITAL INVESTMENT CORPORATION**

TRC Capital Investment Corporation, a corporation under the laws of the Province of Ontario, Canada ("Purchaser"), is offering to purchase up to 1,000,000 shares of Class B common stock, no par value per share (the "Shares"), of NIKE, Inc., an Oregon corporation (the "Company"), at $122.22 per share, net to the seller in cash, upon the terms and subject to the conditions set forth in the Offer to Purchase, dated February 6, 2023, and in the related Letter of Transmittal (the "Offer"). The offer is not conditioned upon the tender of any minimum number of Shares.

**THE OFFER, PRORATION PERIOD AND WITHDRAWAL RIGHTS WILL EXPIRE AT 12:01 A.M., NEW YORK CITY TIME, ON MARCH 8, 2023, UNLESS THE OFFER IS EXTENDED OR EARLIER TERMINATED.**

Shares tendered pursuant to the Offer may be withdrawn at any time prior to 12:01 a.m., New York City time, on March 8, 2023, (the "Expiration Date") unless the Offer is extended, and, if not yet accepted for payment by the Purchaser, may also be withdrawn after March 20, 2023.

If more than 1,000,000 Shares are validly tendered prior to the Expiration Date and not properly withdrawn, the Purchaser will, upon the terms and subject to the conditions of the Offer, accept for payment and pay for only 1,000,000 Shares on a pro rata basis, with adjustments to avoid purchases of fractional Shares.

The information required to be disclosed pursuant to the Securities Exchange Act of 1934, as amended, is contained in the Offer to Purchase and is incorporated herein by reference.

The Offer to Purchase and the related Letter of Transmittal and other relevant materials will be mailed upon request to record holders of Shares and furnished to brokers, dealers, banks, trust companies and similar persons whose names, or the names of whose nominees, appear on the Company's shareholder list or, if applicable, who are listed as participants in a clearing agency's security position listing, for subsequent transmittal to beneficial owners of Shares.

**The Offer to Purchase and Letter of Transmittal contain important information which should be read before any decision is made with respect to the Offer.**

Requests for copies of the Offer to Purchase, the Letter of Transmittal and all other tender offer materials may be directed to the Information Agent, as set forth below, and copies will be furnished promptly. Questions or requests for assistance may be directed to the Information Agent.

*The Information Agent for the Offer is:*
CNRA FINANCIAL SERVICES INC.
101 St. Clair Avenue West, Suite 1908
Toronto, Canada M4V 0A2
Call: (416) 861-9446

February 6, 2023

SWINGTrader BY INVESTOR'S BUSINESS DAILY

Faster trades. Less work!

With its unique approach, SwingTrader helps investors make more money in less time. You get swing trade ideas handpicked by IBD's CAN SLIM® experts plus full trading plans for each stock. It's everything you need to speed up your trading—and your profits.

Try 3 weeks for $9.95 today!
1.800.831.2525 | www.investors.com/Swing1

© 2023 Investor's Business Daily, LLC. Investor's Business Daily, IBD, Leaderboard and corresponding logos are registered trademarks owned by Investor's Business Daily, LLC. CAN SLIM is a registered trademark of O'Neil Capital Management Inc.

©2023 Investor's Business Daily, LLC. All rights reserved.



**Josephine Bravata <jbravata@strategicclaims.net>**

# PR Newswire: Press Release Distribution Confirmation for Wolf Haldenstein Adler Freeman & Herz LLP. ID#3769446-1-1

1 message

**phhubs@prnewswire.com** <phhubs@prnewswire.com> Mon, Feb 6, 2023 at 9:00 AM
To: jbravata@strategicclaims.net

Hello

Your press release was successfully distributed at: 06-Feb-2023 09:00:00 AM ET

Release headline: Wolf Haldenstein Adler Freeman & Herz LLP Announces Proposed Securities Class Action Settlement on Behalf of Purchasers of Braskem S.A. American Depositary Receipts - BAK
Word Count: 694
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 3769446-1-1

View your release:* https://www.prnewswire.com/news-releases/wolf-haldenstein-adler-freeman--herz-llp-announces-proposed-securities-class-action-settlement-on-behalf-of-purchasers-of-braskem-sa-american-depositary-receipts---bak-301733903.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again a fter a few minutes.