# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br><br>Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J.<br><br>Motion Date: April 5, 2023 |

### NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND CERTIFICATION OF CLASS

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on May 3, 2023 at 1:30 p.m. or as soon thereafter as counsel may be heard, Lead Plaintiff Matsukawa Co., LTD hereby moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure to grant the proposed Final Order and Judgment granting final approval of the Settlement, Plan of Allocation, and Final Certification of the Class. This Motion is

1

supported by the accompanying Memorandum of Law, Declaration of Matthew M. Guiney, and all exhibits thereto.

Dated: April 5, 2023

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS, LLP**

By:    /s/ *Lisa J Rodriguez*
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Telephone: (856) 482-5222
Email: lrodriguez@schnader.com

*Local Counsel for Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Michael S. Bigin (pro hac vice)
Joseph R. Seidman, Jr.
10 East 40th Street
New York, New York 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
bigin@bernlieb.com
seidman@bernlieb.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Matthew M. Guiney (pro hac vice)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com

*Co-Lead Counsel for Plaintiff and the Proposed Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Lisa J. Rodriguez