UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br><br>        Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J. |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR (I) FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND CERTIFICATION OF CLASS; AND (II) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND REIMBURSEMENT OF TIME FOR LEAD PLAINTIFF**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Matsukawa Co. Ltd. ("Lead Plaintiff"), on behalf of itself and the Class, respectfully submits this reply memorandum in further support of the motions for: (i) final approval of the proposed settlement, plan of allocation, and certification of the Class for settlement purposes; and (ii) an award of attorneys' fees and reimbursement of expenses, and reimbursement of time for Lead Plaintiff (the "Motions").

## ARGUMENT

For the reasons articulated in the Motions, the Court should grant final approval of the proposed Settlement and approve the requested attorneys' fees and reimbursement of expenses, and reimbursement of time for Lead Plaintiff. *See* ECF Nos. 67-68. Final approval is further warranted because the period of time to object to the Motions has expired, and no Class Member (or other person or entity) has raised any objection to the Motions. The absence of any objection to any aspect of the Motions demonstrates the Class's resounding support for final approval.

Moreover, there is not a single request for exclusion from the Settlement – the same as when Lead Plaintiff moved for final approval. *See SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED*, attached hereto as Exhibit A.

The lack of any objection to the Motions, and the fact that not a single Class Member requested exclusion from the Settlement, strongly supports the fairness of the Settlement, the fee and expense request, and the request to reimburse Lead Plaintiff for its time litigating this case and achieving this Settlement.

## CONCLUSION

For the reasons detailed above and in the Motions, Lead Plaintiff and Lead Counsel request that the Court: (i) grant final approval of the Settlement; (ii) approve the Plan of Allocation; (iii) grant final certification of the Class for settlement purposes; and (iv) enter the Judgment in the form attached to the Stipulation (ECF No. 59-2 p. 87-97).[1]

Dated: April 26, 2023

Respectfully submitted,

SCHNADER HARRISON
SEGAL & LEWIS, LLP

By:       s/ Lisa J. Rodriguez
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Telephone: (856) 482-5222
Email: lrodriguez@schnader.com

*Local Counsel for Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Michael S. Bigin (pro hac vice)

---

[1] For the Court's convenience, attached hereto as Exhibit B is a copy of the relevant Judgment.

>Joseph R. Seidman, Jr.
>10 East 40th Street
>New York, New York 10016
>Tel.: (212) 779-1414
>Fax: (212) 779-3218
>bigin@bernlieb.com
>seidman@bernlieb.com
>
>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
>Matthew M. Guiney (pro hac vice)
>270 Madison Avenue
>New York, NY 10016
>Tel: (212) 545-4600
>Fax: (212) 686-0114
>guiney@whafh.com
>
>*Co-Lead Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                                     /s/ Lisa J. Rodriguez