# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BRASKEM S.A.,** *et al.*, <br><br> **Defendants.** | **Case No. 20–cv–11366–ESK** <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court previously on: (1) the motion for an award of attorneys' fees, reimbursement of expenses, and reimbursement of time for the lead plaintiff (ECF No. 67); and (2) the motion for the final approval of the settlement, the plan of allocation, and the certification of the class (ECF No. 68); and the parties having consented to my jurisdiction to address both motions on April 10, 2023 (ECF No. 71); and the Court, by an order and judgment entered on May 5, 2023, having: (1) granted both motions; and (2) directed counsel to submit a proposed form of order (Proposed Form of Order) to District Judge Cecchi, who was formerly assigned to this matter, to dismiss this case with prejudice while retaining exclusive and continuing jurisdiction over this matter and all parties to interpret and enforce the terms, conditions, and obligations of the settlement (ECF No. 74); and the parties subsequently consenting to my jurisdiction to conduct all proceedings in this matter on May 23, 2023 (ECF No. 76); and the Court having received no objections to the suggested wording of the Proposed Form of Order; and for good cause shown,

**IT IS** on this   **25th** day of **May 2023**   **ORDERED** that:

1.    This case is dismissed with prejudice.

2.    The Court retains exclusive and continuing jurisdiction over this case and all parties to interpret and enforce the terms, conditions, and obligations of the settlement.

3.     The Clerk shall designate this case as closed.

*/s/ Edward S. Kiel*

**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**
