**DILWORTH PAXSON LLP**
Lisa J. Rodriguez
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
(856) 675-1926
**lrodriguez@dilworthlaw.com**

*Attorney for Co-lead Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS, <br><br> *Defendants.* | Civil Action No. 2:20-cv-11366 (CCC) (ESK) <br><br><br> **Motion Date: December 18, 2023** |

### NOTICE OF MOTION BY LEAD PLAINTIFF TO DISTRIBUTE THE SETTLEMENT FUND TO THE CLASS

PLEASE TAKE NOTICE that on December 18, 2023, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel the Plaintiff and the Class will move before the Honorable Edward S. Kiel U.S.M.J, in the United States District Court for the District of New Jersey, for an Order granting the motion to distribute the settlement fund to the Class.

In support of the motion, Lead Plaintiff will rely upon the Memorandum of Points and Authorities filed in support of this motion, as well as the Declaration of Joseph Bravata. A proposed form of Order accompanies this Motion.

Respectfully submitted,

**DILWORTH PAXSON LLP**

123959400-1

By: /s/ Lisa J. Rodriguez
Lisa J. Rodriguez
457 Haddonfield Rd, Suite 700
Cherry Hill, New Jersey 08002
Tel: (856) 675-1926
Email: lrodriguez@dilworthlaw.com
*Local Counsel for Plaintiff and the
Settlement Class*

**BERNSTEIN LIEBHARD LLP**
Michael S. Bigin (pro hac vice)
Joseph R. Seidman, Jr.
10 East 40th Street
New York, New York 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
bigin@bernlieb.com
seidman@bernlieb.com

**WOLF HALDENSTEIN
ADLER FREEMAN & HERZ
LLP**

Matthew M. Guiney (pro hac vice)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com
*Co-Lead Counsel for Plaintiff and the
Settlement Class*

Dated: November 14, 2023

123959400-1