## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MATSUKAWA CO., LLC (n/k/a MATSUKAWA CO., LTD), individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>BRASKEM S.A., ROBERTO LOPES PONTES SIMÕES, FERNANDO MUSA, and PEDRO VAN LANGENDONCK TEIXEIRA DE FREITAS,<br><br>        Defendants. | Case No. 2:20-cv-11366-CCC-ESK<br><br>Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J. |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRIBUTION OF CLASS SETTLEMENT FUND

Lead Plaintiff Matsukawa Co. Ltd. ("Plaintiff"), on behalf of itself and the Settlement Class, respectfully submits this memorandum in support of the motion to distribute the settlement fund to the class.  This action has been settled and finally approved by the Court.  See ECF No. 77.

The court-appointed Claims Administrator, Strategic Claims Services ("SCS") has now advised Plaintiffs' Counsel that it has now completed all analyses and accounting procedures in connection with the claims and has finalized its determination of which claims are authorized and which are ineligible.  *See* Declaration of Josephine Bravata Concerning the Distribution of the Net Settlement Fund ("Bravata Declaration") attached as Exhibit 1 hereto.  All that remains to complete the Settlement process is to distribute the Net Settlement Fund to the Authorized Claimants.  Plaintiffs' Counsel therefore requests that the Court authorize the distribution of the Net Settlement Fund to Authorized Claimants, as explained in paragraph 9 of the Bravata Declaration.

Pursuant to the terms of the settlement, SCS prepared a distribution list of Settlement Class Members who filed valid claims.  The list totals 2,236 Settlement Class Members that represent almost $5 million in Recognized Losses.  Bravata Declaration at paragraph 7.

Based on the foregoing, Plaintiff respectfully requests that the Court approve and enter the [Proposed] Order Granting Unopposed Motion for Distribution of Class Settlement Fund attached as Exhibit 2 hereto.

Dated:  November 14, 2023

Respectfully submitted,

**DILWORTH PAXSON LLP**

By:s/ Lisa J. Rodriguez

Lisa J. Rodriguez
457 Haddonfield Rd, Suite 700
Cherry Hill, New Jersey 08002
Tel: (856) 675-1926
Email: ljrodriguez@dilworthlaw.com
*Local Counsel for Plaintiff and the Settlement Class*

**BERNSTEIN LIEBHARD LLP**
Michael S. Bigin (pro hac vice)
Joseph R. Seidman, Jr.
10 East 40th Street
New York, New York 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
bigin@bernlieb.com
seidman@bernlieb.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney (pro hac vice)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114

2

guiney@whafh.com

*Co-Lead Counsel for Plaintiff and the Proposed Class*

3